IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| HUGUETTE DEBETS, as Special Administrator of the Estate of JACKSON MUSONI, deceased, | ) ) ) ) | No. |
| Plaintiffs | ) ) ) | |
| v. | ) ) | |
| THE BOEING CO., an Illinois corporation, | ) ) | |
| Defendant. | ) | |

## ORDER

This cause coming on to be heard on HUGUETTE DEBET's Petition to Appoint Special Administrator, the Court being fully advised on the premises. All heirs have waived service and consented to the appointment of Huguette Debets;

IT IS HEREBY ORDERED:

1. HUGUETTE DEBET's Petition to Appoint Special Administrator of the Estate of JACKSON MUSONI, deceased is hereby granted.

2. All heirs have waived service and consented to the appointment HUGUETTE DEBETS.

3. HUGUETTE DEBETS is hereby appointed Special Administrator of the Estate of JACKSON MUSONI.

Andrew T. Hays
Sarah E. Buck
HAYS FIRM LLC
55 W. Wacker Dr., 14th Floor
Chicago, IL 60601
Phone: (312) 626-2537
ahays@haysfirm.com
Atty No. 46467

ENTERED
JUDGE JAMES P. FLANNERY
MAR 28 2019
Circuit Court-1505
JUDGE