Huguette Debets
                    Plaintiff,

v.                                                     Case No.: 1:19−cv−02170
                                                        Honorable Jorge L. Alonso

Boeing Co., The, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiffs Spini's motions for leave to appear pro hac vice [40] and [41] are granted. Attorney Justin Green is given leave to file an appearance form. Notice mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.