## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HUGUETTE DEBETS, as Special Administrator of the Estate of JACKSON MUSONI, deceased,<br><br>          Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY, a corporation,<br><br>          Defendant. | No. 1:19-cv-02170<br><br>Hon. Jorge L. Alonso<br><br>Related Cases:<br>No. 1:19-cv-02281, No. 1:19-cv-02322,<br>No. 1:19-cv-02348, No. 1:19-cv-02531,<br>No. 1:19-cv-02597, No. 1:19-cv-02709,<br>No. 1:19-cv-02770, No. 1:19-cv-02839,<br>No. 1:19-cv-02840, No. 1:19-cv-02841,<br>No. 1:19-cv-02842, No. 1:19-cv-02843,<br>No. 1:19-cv-02844; No. 1:19-cv-02846,<br>No. 1:19-cv-02847, No. 1:19-cv-02848,<br>No. 1:19-cv-02849, No. 1:19-cv-02969,<br>No. 1:19-cv-02971, No. 1:19-cv-03285,<br>No. 1:19-cv-03297, No. 1:19-cv-03298,<br>No. 1:19-cv-03381, No. 1:19-cv-03392,<br>No. 1:19-cv-03506, No. 1:19-cv-03525,<br>No. 1:19-cv-03540, No. 1:19-cv-03668,<br>No. 1:19-cv-03669, No. 1:19-cv-03671,<br>No. 1:19-cv-03677, No. 1:19-cv-03740,<br>No. 1:19-cv-03751, No. 1:19-cv-03819,<br>No. 1:19-cv-03820, No. 1:19-cv-03822,<br>No. 1:19-cv-03823, No. 1:19-cv-03824,<br>No. 1:19-cv-03844, No. 1:19-cv-03845,<br>No. 1:19-cv-03846, No. 1:19-cv-03901,<br>No. 1:19-cv-03927, No. 1:19-cv-03965,<br>No. 1:19-cv-04004, No. 1:19-cv-04009,<br>No. 1:19-cv-04027, No. 1:19-cv-04106 |

## JOINT INITIAL STATUS REPORT

Pursuant to Fed. R. Civ. P. 26(f) and this Court's case management procedures, and in preparation for the status hearing at 9:30 a.m. on June 27, 2019, the Parties hereby submit the following Joint Initial Status Report.

### I.    Nature of the Case

**A.    Federal Subject Matter Jurisdiction**. Plaintiffs allege this Court has original jurisdiction over these actions under the Multiparty, Multiforum Trial Jurisdiction Act of 2002, 28 U.S.C. § 1369 ("MMTJA"), and under the Court's original diversity jurisdiction, 28 U.S.C.

§ 1332. Defendants agree that this Court has original jurisdiction over these actions under the MMTJA and the Court's diversity jurisdiction.

The *Stumo*, *Kondaveeti*, *K'Obien*, *Gitelson*, *LaCroix*, *Egal*, *Gathumbi*, *Martin Riffel*, *Brittney Riffel*, *Moore*, and *Reem* Plaintiffs, as well as the Plaintiff in the six *Vaidya* actions and the Plaintiff in the four *Njoroge* actions, assert that the Court has original jurisdiction over these actions under 28 U.S.C. § 1331.

**B.    Claims asserted:**  These cases arise from the crash of Ethiopian Airlines Flight 302 near Ejere, Ethiopia on March 10, 2019. Plaintiffs assert wrongful death and survival claims, alleging causes of action sounding in strict products liability, negligence, breach of warranty, and civil conspiracy. Boeing has not filed counterclaims or third-party claims but does not waive the right to do so. Rosemount has not filed counter- or third-party claims either but also does not waive the right to do so.

**C.    Relief Sought:**  Plaintiffs in the *El Hammamy*, *Carrasco*, and *Gitelson* actions seek only compensatory damages from Boeing. Plaintiff in the *Mungai* action seeks only compensatory damages from both Boeing and Rosemount. Plaintiffs in the *Mairesse*, *Chimenti*, and two *Spini* actions assert claims for compensatory and punitive damages against both Boeing and Rosemount. Plaintiffs in the *Stumo*, *LaCroix*, six *Vaidya*, and four *Njoroge* actions seek compensatory and punitive damages against Boeing, but only compensatory damages against Rosemount. Plaintiffs in the remaining actions assert claims for compensatory and punitive damages against only Boeing.[1]

**D.    Jury Demand:**  All parties have made jury demands.

**E.    Parties Who Have Not Been Served:** Service has not been effected upon Boeing in the *Mungai* or *Reem* actions. As to the actions in which Rosemount has been named as a defendant, service has not been effected upon Rosemount in the *Mungai* action. *Supra* note 1.

---

[1] The information in this Paragraph reflects the cases consolidated as of June 21, 2019.

Numerous Plaintiffs have asserted claims against the Federal Aviation Administration arising out of the same occurrence as their claims against Boeing and Rosemount. These Plaintiffs state that they have begun the administrative claim process and anticipate filing actions against the FAA in the event their administrative relief is denied.

## II. Discovery and Pending Motions:

**A.      Pending Motions:**  On June 24, 2019, Boeing filed a Motion for Reassignment to this Court of 7 related cases that assert claims arising out of the same accident as the cases consolidated here.

On June 19, 2019, Boeing filed a Motion to Transfer or Consolidate Actions under 28 U.S.C. § 1407 with the Judicial Panel on Multidistrict Litigation.[2] Along with the 55 actions currently pending in this Court arising out of the crash,[3] three additional actions have been filed in the United States District Court for the District of South Carolina. Boeing has asked the Panel to consolidate and coordinate the actions that were pending in both districts as of June 17, 2019 in the Northern District of Illinois for pretrial purposes, but the identity of the transferee court remains uncertain until the Panel issues its order on consolidation and transfer.

**B.      Discovery Proposal:**  The parties were unable to reach agreement regarding an appropriate approach to discovery issues, but have not included argument supporting their positions.  Instead, in this initial status report they have proposed their differing positions where necessary. At the initial status hearing, the parties will be prepared to discuss their differing perspectives on a discovery plan, the appropriateness of the Mandatory Initial Discovery Pilot Program, as well as a briefing schedule for any arguments regarding the same.

***Boeing's Position.*** Boeing will negotiate now in good faith to settle claims for the full compensatory damages allowed under the applicable law as determined by the facts and circumstances of each case. Neither standard initial disclosures under Rule 26(a)(1) nor liability discovery are necessary given Boeing's willingness to negotiate settlements now in good faith. To

---

[2] Rosemount intends to join this motion and seek the same relief.
[3] This number includes 7 additional actions not yet consolidated before this Court.

accomplish this, all that is needed is discovery limited to Plaintiffs' entitlement to damages under the law applicable to their claims.

Boeing proposes the following schedule to further the objective of efficiently achieving early resolution in all pending cases:

| Date | Deadline |
|------|----------|
| **July 10, 2019** | Boeing propounds concise set of written discovery on Plaintiffs regarding compensatory damages |
| **September 10, 2019** | Plaintiffs respond to written discovery on compensatory damages and provide documents |
| **September 10, 2019 until March 2, 2020** | Parties engage in follow-up discovery on compensatory damages, conduct direct negotiations, and participate in mediations if necessary |
| **March 2, 2020** | Status conference on compensatory damages discovery and settlement discussions |

Boeing has taken steps to preserve relevant documents and information related to the case. Boeing expects that a plan for electronic discovery, if any is necessary, can be implemented at any time such plan becomes necessary.

*Rosemount's Position.* Rosemount supports Boeing's attempt to seek early resolution of this matter, and in order to facilitate its ability to do so, does not object to its discovery proposal.

*Plaintiffs' Position.* Plaintiffs propose the following schedule:

| Date | Deadline |
|------|----------|
| **September 3, 2019** | Deadline for Rule 26 Initial Disclosures |
| **May 1, 2020** | End of fact discovery |
| **July 1, 2020** | Parties to exchange expert witness disclosures |
| **August 3, 2020** | Deadline for rebuttal reports of expert witnesses |
| **October 1, 2020** | End of expert discovery |
| **January 2021** | Trial |

### III. Settlement:

#### A. Discussion:

*Boeing's Position*. Direct settlement negotiations can begin now. The parties anticipate mediation of the Plaintiffs' claims could occur both during and after damages discovery has been completed, which will allow the parties to engage in informed settlement discussions. Boeing also states that this is the procedure adopted in the actions arising out of the crash of Lion Air Flight JT 610 on October 29, 2018, which have been consolidated before Judge Thomas Durkin in this District.

*Rosemount's Position*. Rosemount has not engaged in any settlement discussions.

*Plaintiffs' Position*. Plaintiffs will agree to voluntary mediations concurrent with initial disclosures and discovery as stated in the schedule proposed by plaintiffs in Section II(B), *supra*.

#### B. Conference: The parties do not request a settlement conference at this time.

#### C. Party Understanding: Counsel for Boeing, Rosemount, and Plaintiffs have informed their clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment.

The parties do not unanimously consent to the Magistrate Judge's jurisdiction.

DATED: June 24, 2019

_Counsel for Plaintiffs_

Kristina Marie Infante
kinfante@podhurst.com
Steven C. Marks
smarks@podhurst.com
Dayron Silverio
dsilverio@podhurst.com
**Podhurst Orseck, PA**
1 S.E. Third Ave., Suite 2300
Miami, FL 33131
            _and_

Andrew T. Hays
ahays@haysfirm.com
Sarah Elizabeth Buck
sarah.buck@haysfirm.com
**Hays Firm, LLC**
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601

_Attorneys for Plaintiffs in_
_Case Nos. 1:19-cv-02170, 1:19-cv-02709, 1:19-cv-_
_03540, 1:19-cv-03677_

_Counsel for Defendants_

Jonathan R. Buck
JBuck@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
T: (312) 324-8400
F: (312) 324-9400

            _and_

Bruce D. Campbell
BCampbell@perkinscoie.com
Michael Scoville
MScoville@perkinscoie.com
Christopher M. Ledford
CLedford@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
T: (206) 359-8000
F: (206) 359-9000

_Attorneys for Defendant The Boeing Company_

Kevin P. Durkin
kpd@cliffordlaw.com
Robert A. Clifford
rac@cliffordlaw.com
Tracy A Brammeier
tab@cliffordlaw.com
**Clifford Law Offices, P.C.**
120 N. Lasalle St., Suite 3100
Chicago, IL  60602

*Attorneys for Plaintiffs in
Case Nos. 1:19-cv-02281, 1:19-cv-02839, 1:19-cv-02840, 1:19-cv-02841, 1:19-cv-02842, 1:19-cv-02843, 1:19-cv-02844, 1:19-cv-02846, 1:19-cv-02847, 1:19-cv-02848, 1:19-cv-02849, 1:19-cv-03819, 1:19-cv-03820, 1:19-cv-03822, 1:19-cv-03823, 1:19-cv-03824, 1:19-cv-03844, 1:19-cv-03845, 1:19-cv-03846, 1:19-cv-03901, 1:19-cv-04027*


Frank Mario Pitre
fpitre@cpmlegal.com
Alison Elizabeth Cordova
acordova@cpmlegal.com
John Paul Thyken
jthyken@cpmlegal.com
**Cotchett, Pitre & Mccarthy, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010

*Attorneys for Plaintiffs in
Case Nos. 1:19-cv-02281, 1:19-cv-02839, 1:19-cv-02840, 1:19-cv-02841, 1:19-cv-02842, 1:19-cv-02843, 1:19-cv-02844, 1:19-cv-02846, 1:19-cv-02847, 1:19-cv-02848, 1:19-cv-02849, 1:19-cv-03819, 1:19-cv-03820, 1:19-cv-03822, 1:19-cv-03823, 1:19-cv-03824, 1:19-cv-03844, 1:19-cv-03845, 1:19-cv-03846, 1:19-cv-03901*

Garrett Joseph Fitzpatrick
garrett.fitzpatrick@fitzhunt.com
Nicholas C. Bart
nick.bart@fitzhunt.com
**Fitzpatrick & Hunt, Pagano, Aubert, LLP**
20 S. Clark St., Suite 2620
Chicago, IL  60603
T:

*Attorneys for Defendant Rosemount
Aerospace, Inc.*

Floyd A. Wisner
faw@wisner-law.com
Alexandra M. Wisner
Awisner@wisner-law.com
**Wisner Law Firm, P.C.**
514 W. State Street Suite 2000
Geneva, Illinois 60134
T: (630) 262-9434

*Attorneys for Plaintiffs in*
*Case Nos. 1:19-cv-02170, 1:19-cv-02322, 1:19-cv-*
*02348, 1:19-cv-02531, 1:19-cv-03381, 1:19-cv-*
*03392, 1:19-cv-03506, 1:19-cv-03668, 1:19-cv-*
*03669, 1:19-cv-03671, 1:19-cv-03740*


Michael Patrick Verna
mverna@bowlesverna.com
**Bowles & Verna LLP**
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596

*Attorney for Plaintiffs in*
*Case No. 1:19-cv-02322*


Nooman K. Husain
nh@hlalawfirm.com
**Husain Law + Associates, P.C.**
5858 Westheimer, Suite 400
Houston, Texas 77057
T: (713) 800-1200

*Attorneys for Plaintiffs in Case Nos. 1:19-cv-02348,*
*1:19-cv-02531, 1:19-cv-03392, 1:19-cv-03668, 1:19-*
*cv-03669, 1:19-cv-03671, 1:19-cv-03740*

Omar Khawja
omar@attorneyomar.com
**Law Offices of Omar Khawaja**
5959 W. Loop St., Suite 420
Bellaire, Texas 77401
T: (218) 969-4837

*Attorneys for Plaintiffs in Case Nos. 1:19-cv-02531,
1:19-cv-03668, 1:19-cv-03669, 1:19-cv-03671, 1:19-
cv-03740*


Brian LaCien
blacien@prslaw.com
Joseph A. Power, Jr.
joepower@prslaw.com
Todd A. Smith
tsmith@prslaw.com
**Powers, Rogers & Smith**
70 West Madison St., Suite 5500
Chicago, IL  60602

*Attorneys for Plaintiffs in Case Nos. 1:19-cv-02597,
1:19-cv-02969, 1:19-cv-02971, 1:19-cv-03297, 1:19-
cv-03298, 1:19-cv-03927*


Andrew Joseph Stern
andy.stern@klinespecter.com
**Kline & Specter P.C.**
1525 Locust St.
Philadelphia, PA  19102

*Attorney for Plaintiff in
Case No. 1:19-cv-02597*


R. Wayne Culbertson
rwc@wayneculbertonlaw.com
Suresh Nekuri
**R. Wayne Culbertson, P.C.**
1119 W. Market
Kingsport, Tennessee 37660

*Attorneys for Plaintiff in
Case No. 1:19-cv-02597*

Opande Laban
Laban@Opandelaw.com
**The Opande Law Firm**
9494 SW. Freeway, Suite 300
Houston, TX  77074

   *and*

Alejandro Larrazabal
ALarrazabal@VDATrialLawyers.com
Carlos Alberto Velasquez
CVelasquez@VDATrialLawyers.com
**Velasquez Dolan Arias**
101 N. Pine Island Rd., Suite 201
Plantation, FL  33324

   *and*

Lawrence T. Ruder
**Ruder Law, LLC**
20 North Clark St., Suite 3100
Chicago, IL  60602

*Attorneys for Plaintiff in*
*Case No. 1:19-cv-02770*

Justin T. Green
jgreen@kreindler.com
Anthony Tarricone
atarricone@kreindler.com
**Kreindler & Kreindler LLP**
750 Third Avenue
New York, NY  10017

*Attorneys for Plaintiffs in*
*Case Nos. 1:19-cv-02969, 1:19-cv-02971, 1:19-cv-*
*03297, 1:19-cv-03298, No. 1:19-cv-04107, No. 1:19-*
*cv-04137, No. 1:19-cv-04140*

Pedro Cervantes
pcervantes@tristancervantes.com
**Tristan & Cervantes**
30 W. Monroe, Suite 630
Chicago, IL  60603

    *and*

Benny Agosto, Jr.
bagosto@awtxlaw.com
**Abraham Watkins Nichols Sorrels Agosto & Aziz**
800 Commerce St.
Houston, Texas 77002
T: 713-222-7211

    *and*

Adam Ramji
**Ramji Law Group**
9186 Katy Freeway, Suite 100
Houston, Texas 77055

*Attorneys for Plaintiffs in*
*Case No. 1:19-cv-03285*


Thomas A. Demetrio
Michael K. Demetrio
ccfiling@corboydemetrio.com
**Corboy & Demetrio, P.C.**
33 N. Dearborn St., Suite 2100
Chicago, Illinois 60602
T: (312) 346-3191

*Attorneys for Plaintiff in*
*Case No. 1:19-cv-03525*


D. Michael Andrews
mike.andrews@beasleyallen.com
**Beasley Allen Crow Methvin Portis & Miles, P.C.**
218 Commerce St.
Montgomery, Alabama 36104
T: (334) 269-2343

*Attorney for Plaintiffs in*
*Case Nos. 1:19-cv-03965, 1:19-cv-04004, 1:19-cv-*
*04009*

Jamie R. Lebovitz
JLebovitz@nphm.com
**Nurenberg Paris Heller & McCarthy Co., LPA**
600 Superior Ave. East, Suite 1200
Cleveland, Ohio 44114
T: (216) 621-2300

*Attorney for Plaintiffs in*
*Case No. 1:19-cv-04027*


Candice Diah
cad@williegary.com
Willie E. Gary
Larry A. Strauss
larry@williegary.com
**Law Offices Of Gary, Williams, Parenti, Watson &**
**Gary, PLLC**
221 S.E. Osceola Street
Stuart, FL 34994
T: (772) 283-8260

   *and*

Chuck Chionuma
chuck@chionuma.com
**Chionuma Law Firm, LLC**
3100 Broadway Blvd., Suite 602
Kansas City, MO 64111

*Attorneys for Plaintiffs in*
*Case No. 1:19-cv-04106*