**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: NAOISE LEE CONNOLLY v. THE BOEING CO.

Case Number: 1:19-cv-03540

An appearance is hereby filed by the undersigned as attorney for:
NAOISE LEE CONNOLLY as Special Administrator of the Estate of Micheal Ryan

Attorney name (type or print): Ricardo M. Martinez-Cid

Firm: Podhurst Orseck, P.A.

Street address: One S.E. 3rd Avenue, Suite 2300

City/State/Zip: Miami, FL 33131

Bar ID Number: 383988
(See item 3 in instructions)

Telephone Number: (305) 358-2800

Email Address: rmartinez-cid@podhurst.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 10, 2019

Attorney signature: S/ Ricardo M. Martinez-Cid
(Use electronic signature if the appearance form is filed electronically.)