# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: Ethiopian Airlines Flight ET 302 Crash | Lead Case: 1:19-CV-02170<br>Hon. Jorge L. Alonso |

## DEFENDANT ROCKWELL COLLINS, INC.'S
## FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2(a) DISCLOSURE STATEMENT

NOW COMES Defendant, ROCKWELL COLLINS, INC., by its attorneys, FITZPATRICK & HUNT, PAGANO, AUBERT, LLP, and, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2(a) states as follows:

1. United Technologies Corporation is a publicly held affiliate of ROCKWELL COLLINS, INC. ("ROCKWELL COLLINS"), owning 100% of its stock.

2. United Technologies Corporation has no parent corporation, but as reported in filings with the Securities and Exchange Commission, State Street Corporation, The Vanguard Group, and Blackrock, Inc., each own 5% or more of United Technologies Corporation's stock.

Dated: July 12, 2019

Respectfully submitted,

ROCKWELL COLLINS, INC.

By: /s/ Shane B. Nichols
   *One of its Attorneys*

Nicholas C. Bart
Nick.Bart@fitzhunt.com
Shane B. Nichols
Shane.Nichols@fitzhunt.com
**Fitzpatrick & Hunt, Pagano, Aubert, LLP**
20 S. Clark Street, Suite 2620
Chicago, IL 60603
Phone: (312) 728-4901
Fax: (312) 728-4950

**CERTIFICATE OF SERVICE**

I, Shane B. Nichols, certify that on July 12, 2019 I electronically filed the foregoing *DEFENDANT ROCKWELL COLLINS, INC.'S CORPORATE DISCLOSURE* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record. I certify under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of July 2019.

By: /s/ Shane B. Nichols
Fitzpatrick & Hunt, Pagano, Aubert, LLP
20 S. Clark Street
Suite 2620
Chicago, IL 60603
Phone: (312) 728-4902
Fax: (312) 728-4950