**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN J. CONWAY as Special Administrator for the ESTATE OF JULIAH MWASHI INGASIANA,<br><br>    Plaintiff,<br><br> v.<br><br>THE BOEING COMPANY, a Delaware Corporation; and ROSEMOUNT AEROSPACE, INC, a Delaware Corporation; and ROCKWELL COLLINS, INC., a Delaware corporation and HAMILTON SUNDSTRAND CORPORATION d/b/a UTC AEROSPACE SYSTEMS, a Delaware corporation, collectively with ROCKWELL COLLINS, INC d/b/a COLLINS AEROSPACE,<br><br>    Defendants. | In re: Ethiopian Airlines Flight ET 302 Crash<br><br>Lead Case: 1:19-CV-02170<br><br>Hon. Jorge L. Alonso<br><br>This filing applies to:<br><br>Case No. 1:19-CV-04074 |

## DEFENDANTS ROSEMOUNT AEROSPACE, INC., ROCKWELL COLLINS, INC. AND HAMILTON SUNDSTRAND CORPORATION'S AGREED MOTION FOR EXTENSIONS OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendants Rosemount Aerospace, Inc., Rockwell Collins, Inc., and Hamilton Sundstrand Corporation ("Defendants"), through their undersigned counsel, respectfully move this Court for extensions of time to answer or otherwise respond to Plaintiff's Complaint. Plaintiff has agreed to the extensions requested by each of the Defendants. In support of this Agreed Motion, Defendants state as follows:

  1.  Plaintiff filed the above-captioned Complaint against Defendants on June 18, 2019, and served it on each Defendant named herein on June 25, 2019.

  2.  Thus, each Defendants' answer or other response to the Complaint is due on July 16, 2019. *See* Fed. R. Civ. P. 12(a)(1)(A).

3. Defendants respectfully request that this Court extend the time in which each Defendant must respond to Plaintiff's Complaint by thirty days, or up to and including August 15, 2019, to allow Defendants time to prepare their answers or other responsive pleadings.

4. On July 8, 2019, counsel for Plaintiff informed counsel for Defendants that Plaintiff has no objection to any of the requested extensions.

5. This is each Defendants' first request for an extension of time to answer or otherwise respond to this Complaint.

6. No party to this action will be prejudiced by the requested extensions, which have not been brought for purposes of delay. The granting of the requested extensions will require the Defendants named herein to answer or otherwise respond within the same time as Defendant The Boeing Company, which received the same extension requested here.

WHEREFORE, for the reasons stated above, Defendants Rosemount Aerospace, Inc., Rockwell Collins, Inc., and Hamilton Sundstrand Corporation respectfully request that this Court enter an order allowing each of them until August 15, 2019, to answer or otherwise respond to Plaintiff's Complaint.

Dated: July 12, 2019

Respectfully submitted,

ROSEMOUNT AEROSPACE, INC.
ROCKWELL COLLINS, INC.
HAMILTON SUNDSTRAND CORPORATION

By: s/ Shane B. Nichols
*One of their Attorneys*

Nicholas C. Bart
Nick.Bart@fitzhunt.com
Shane B. Nichols
Shane.Nichols@fitzhunt.com
**Fitzpatrick & Hunt, Pagano, Aubert, LLP**
20 S. Clark Street, Suite 2620
Chicago, IL 60603
Phone: (312) 728-4901
Fax: (312) 728-4950

Garrett Fitzpatrick
Garrett.Fitzpatrick@fitzhunt.com
**Fitzpatrick & Hunt, Pagano, Aubert, LLP**
Tower 49
Twelve East 49th Street
31st Floor
New York, NY 10017
(212) 937-4000
*Attorneys for:*
*ROSEMOUNT AEROSPACE, INC.*
*ROCKWELL COLLINS, INC.*
*HAMILTON SUNDSTRAND CORPORATION*

## CERTIFICATE OF SERVICE

I, Shane B. Nichols, certify that on July 12, 2019 I electronically filed the foregoing *DEFENDANTS ROSEMOUNT AEROSPACE, INC., ROCKWELL COLLINS, INC., AND HAMILTON SUNDSTRAND CORPORATION'S AGREED MOTION FOR EXTENSIONS OF TIME TO ANSWER OR OTHERWISE RESPOND* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of July 2019.

By: /s/ Shane B. Nichols
**Fitzpatrick & Hunt, Pagano, Aubert, LLP**
20 S. Clark Street
Suite 2620
Chicago, IL 60603
Phone: (312) 728-4902
Fax: (312) 728-4950