# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Ethiopian Airlines Flight ET 302 Crash

Case Number: 19-cv-2170

An appearance is hereby filed by the undersigned as attorney for: Spini (1:19-cv-02969); Spini (1:19-cv-02971); Chimenti (1:19-cv-03298); Mairesse (1:19-cv-03297); Philipp (1:19-cv-04107) Wigstron Westerlind (1:19-cv-04137); Toole (1:19-cv-04140); Adhikari (1:19-cv-04219); Saafi (1:19-cv-04382); Fili (1:19-cv-04422).

Attorney name (type or print): Justin T. Green

Firm: Kreindler & Kreindler, LLP

Street address: 750 Third Avenue, 32nd Floor

City/State/Zip: New York, NY 10017

Bar ID Number: JG-0318
(See item 3 in instructions)

Telephone Number: 212 687 - 8181

Email Address: jgreen@kreindler.com

Are you acting as lead counsel in this case? [X] Yes [ ] No

Are you acting as local counsel in this case? [ ] Yes [X] No

Are you a member of the court's trial bar? [ ] Yes [X] No

If this case reaches trial, will you act as the trial attorney? [X] Yes [ ] No

If this is a criminal case, check your status. N/A
[ ] Retained Counsel
[ ] Appointed Counsel
If appointed counsel, are you
[ ] Federal Defender
[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07-25-2019

Attorney signature: S/ Justin Green
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015