# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE ETHOPIAN AIRLINES** ) | **Lead Case: 19 CV 2170** |
| **FLIGHT ET 302 CRASH** ) | |
| ) | **District Judge: Jorge L. Alonso** |
| | **Magistrate Judge: M. David Weisman** |

**CONSOLIDATED WITH:**

| | | |
|---|---|---|
| 19-cv-02281 | 19-cv-02322 | 19-cv-03823 |
| 19-cv-02348 | 19-cv-02531 | 19-cv-03844 |
| 19-cv-02597 | 19-cv-02709 | 19-cv-03846 |
| 19-cv-02770 | 19-cv-02839 | 19-cv-03927 |
| 19-cv-02840 | 19-cv-02841 | 19-cv-04004 |
| 19-cv-02842 | 19-cv-02843 | 19-cv-04027 |
| 19-cv-02844 | 19-cv-02846 | 19-cv-04076 |
| 19-cv-02847 | 19-cv-02848 | 19-cv-04107 |
| 19-cv-02849 | 19-cv-02869 | 19-cv-04140 |
| 19-cv-02971 | 19-cv-03285 | 19-cv-03824 |
| 19-cv-03297 | 19-cv-03298 | 19-cv-03845 |
| 19-cv-03381 | 19-cv-03392 | 19-cv-03901 |
| 19-cv-03506 | 19-cv-03525 | 19-cv-03965 |
| 19-cv-03540 | 19-cv-03668 | 19-cv-04009 |
| 19-cv-03669 | 19-cv-03671 | 19-cv-04074 |
| 19-cv-03677 | 19-cv-03740 | 19-cv-04106 |
| 19-cv-03751 | 19-cv-03819 | 19-cv-04137 |
| 19-cv-03820 | 19-cv-03822 | 19-cv-04162 |
| 19-cv-04219 | 19-cv-04242 | 19-cv-04282 |
| 19-cv-04284 | 19-cv-04285 | 19-cv-04382 |
| 19-cv-04422 | 19-cv-04295 | 19-cv-04591 |
| 19-cv-04697 | 19-cv-04699 | 19-cv-04828 |
| 19-cv-05137 | | |

# ORDER

The Court issues the following order to structure the initial status hearing in this matter.

**Appearance at the Status Hearing:**

All counsel wishing to be heard by the Court must appear in person. There will be no exceptions to this requirement.

Counsel who wish to appear telephonically may do so by calling 1-877-411-9748, passcode 1814539. Counsel appearing telephonically cannot speak during the hearing. There will be no exceptions to this rule.

Counsel who want to appear telephonically must send an email to Courtroom Deputy Alyssia Owens, alyssia_owens@ilnd.uscourts.gov, at least three days before the hearing, which identifies themselves and the party or parties they represent. On the day of the hearing, 10 minutes before the case is called, Ms. Owens will go through the list compiled from the emails to make sure all counsel are present by phone. The list of counsel appearing telephonically will be placed in the record at a later time.

**Advanced Status Reports:**

To the extent the parties believe an advanced status report would be beneficial, they may file such reports by Monday, September 9, 2019. The Court would appreciate, but does not require, that the parties file joint status reports.

**General Status of the Litigation:**

The Court will inquire about:
- the general status of the litigation. In particular, the Court will want to know if defense counsel expects additional lawsuits related to this matter to be filed, how many additional lawsuits are expected, and when those lawsuits might be filed;
- the status of initial discovery, including Rule 26 disclosures, as well as Mandatory Initial Disclosures under this district's Mandatory Initial Disclosure Project. Counsel who are unfamiliar with these procedures are directed to the Court's website for additional information;
- any discussions regarding designation of lead counsel for plaintiffs' cases and/or lead counsel for general discovery issues;
- any discussions regarding standardizing discovery requests;
- any discussions regarding early settlement efforts, versus preliminary discovery efforts; and
- the need for any preliminary protective orders.

If any counsel wishes the Court to address other issues, such suggestions should be included in a filed status report. The Court will consider addressing other issues, but will not guarantee any particular inquiry. The Court reiterates that if counsel wishes to be heard by the Court, he or she **MUST** appear in person at the status hearing.

The Court looks forward to working with all counsel in managing and resolving this matter.

**SO ORDERED.**  **ENTERED:** August 21, 2019

**M. David Weisman**
**United States Magistrate Judge**