UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES<br><br>FLIGHT ET 302 CRASH | Case No. 1:19-cv-2170 (Consolidated)<br><br>District Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: M. David Weisman |

THIS DOCUMENT RELATES TO ALL CASES:

**<u>ORDER APPOINTING PLAINTIFFS' ORGANIZATIONAL STRUCTURE</u>**

This Court, having reviewed the Joint Motion for Appointment of Plaintiffs' Organizational Structure and carefully considered the matter, hereby appoints the following.

1. Lead Counsel shall be Robert Clifford of the Clifford Law Offices. The Lead Counsel's responsibilities shall include: working with Plaintiffs' Executive Committee ("PEC") Co-Chairs to coordinate the responsibilities of the PEC and Plaintiffs' Steering Committee ("PSC"), receiving and distributing promptly to counsel for non-PEC and non-PSC Plaintiffs all relevant notices and other documents from the Court or from other parties, submitting to the Court and distributing to Defendant any notices or other documents, establishing and maintaining a depository for all documents produced by Defendants, keeping minutes or transcripts of these meetings, appearing at periodic court noticed status conferences, performing other necessary administrative or logistic functions, and carrying out any other duty as the Court may order.

2. The first of the two PEC Co-Chair positions shall be Steven Marks of Podhurst Orseck, P.A. It shall be his responsibility to primarily supervise and handle the legal issues arising in this matter, including: (i) advancing the common interests of the Plaintiffs in the prosecution of liability and legal issues on damages in the actions against Defendants and any other parties

hereafter joined or added as Defendants; (ii) briefing and arguing motions and appearing at all pretrial proceedings on behalf of Plaintiffs and opposing all motions of parties whose interests are adverse to Plaintiffs; (iii) preparing and directing legal research and memoranda on issues of law that arise in this lawsuit; and (iv) performing such other duties and functions as this Court may direct.

3. The second of the two PEC Co-Chair positions shall be Justin T. Green of Kreindler & Kreindler LLP (co-counseled with Powers, Rogers & Smith).. It shall be his responsibility to primarily supervise and direct issues relating to discovery in this matter, including: (i) supervising the discovery proceedings including the depositions of witnesses, preparation of written interrogatories, requests for production of documents, requests for admission, and other discovery requests; (ii) initiating motions to compel discovery or for the preservation of evidence; and (iii) performing such other duties and functions as this Court may direct.

4. The Executive Committee shall include the Clifford Law Offices (Robert A. Clifford, Kevin P. Durkin, Tracy A. Brammeier, and John V. Kalantzis), Podhurst Orseck P.A. (Steven C. Marks, Ricardo M. Martinez-Cid, and Kristina M. Infante), and Kreindler & Kreindler LLP (Justin T. Green, Brian J. Alexander, Daniel O. Rose, Anthony Tarricone Megan Benett and Erin Applebaum). The Court will consider the appointment of additional members of the Executive Committee once the Plaintiffs have reported to the Court on their proposal for such appointments. The appointment of the Plaintiffs' Executive Committee is of a personal nature. The above appointees may not be substituted by other attorneys, including other attorneys from the appointees' law firm, without court approval.

5. Tracy A. Brammeier is appointed as plaintiffs' Liaison Counsel. Her responsibilities shall include facilitating communications between the plaintiffs and defendants

and between the plaintiffs and the Court. She will be responsible for making filings on behalf of the plaintiffs' committees with the Court and will otherwise serve as the primary point of contact for plaintiffs in the case. She will also manage the finances for the plaintiffs' committees and carry out other responsibilities assigned to her by the plaintiffs' committees.

6. The Plaintiffs' Executive Committee shall prepare liability fact stipulations, discovery requests, and other documents on behalf of all Plaintiffs. The Lead Counsel and Co-Chairs of the PEC may designate and assign such duties and responsibilities as they shall deem necessary for the preparation of these cases for trial. PEC members may designate other counsel to conduct discovery if they are absent and counsel for Defendants will be advised of the names of such authorized counsel.

7. All liability discovery shall be done in a coordinated and consolidated basis by the PEC. All final decisions as to the prosecution of the case shall be made by the Lead Counsel and the two Co-Chairs with the advice and consent of the PEC. The decisions of the PEC will bind all Plaintiffs' counsel in this case as if those actions or non-actions had been undertaken by Plaintiffs' counsel, with leave to file application with the Court at any time for good cause shown why Plaintiffs' counsel should not be bound by a particular action or non-action of the PEC.

8. The Court will defer appointment of the members of a Plaintiffs' Steering Committee until after Plaintiffs have had the opportunity to confer and report back to the Court with suggested members.

9. Any appointed Plaintiffs' Steering Committee shall be composed of interested Plaintiffs' counsel with aviation experience and cases. The PSC may be called upon by the Lead Counsel and Co-Chairs on an as-needed basis to assist in the prosecution of the case.

10. The Lead Counsel and Co-Chairs shall determine jointly the amount necessary to be funded in order to prosecute the case and shall have the right to seek contribution from all plaintiffs' counsel to prosecute the case. All contributed funds shall be collected in the trust account of Clifford Law Offices, P.C.

**DONE AND ORDERED** in Chambers, Chicago, Illinois, this _____ day of _____, 2019.

                                                                                                              _____
                                                                                                               JORGE L. ALONSO
                                                                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record