**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN BARASA ZATA, Individually as Surviving Spouse and as KAROLINE AADLAND, Deceased, and on behalf of all Surviving Beneficiaries,<br><br>     Plaintiff,<br>v.<br><br>THE BOEING CO., a Delaware Corporation, and ROSEMOUNT AEROSPACE, INC.,<br><br>     Defendants. | In re: Ethiopian Airlines Flight ET302 Crash<br><br>Lead Case: 1:19-CV-02170<br><br>Judge Jorge L. Alonso<br>Magistrate Judge M. David Weisman<br><br>This filing applies to:<br>Case No.: 1:19-CV-05103 |

## CERTIFICATE OF SERVICE OF MIDP DISCLOSURES

  I, Justin T. Green, certify that on October 4, 2019, I caused to be electronically served on the below counsel for Defendants PLAINTIFF JOHN BARASA ZATA'S AMENDED INITIAL DAMAGES DISCLOSURES and related documents.

Keith G. Klein
KKlein@perkinscoie.com

Michael J. Kupka
MKupka@perkinscoie.com

Perkins Coie LLP
131 S. Dearborn Street
Chicago, IL 60603

*Counsel for Boeing*

Shane B. Nichols
Shane.Nichols@fitzhunt.com

Nicholas C. Bart
Nick.Bart@fitzhunt.com

Fitzpatrick & Hunt, Pagano, Aubert LLP
20 South Clark Street, Suite 2620
Chicago, IL 60603

Garrett Joseph Fitzpatrick (Pro Hac Vice)
Garrett.Fitzpatrick@fitzhunt.com

Fitzpatrick & Hunt, Pagano, Aubert LLP
12 E. 49th Street, 31st Floor
New York, NY 10017

*Counsel for Rosemount*

Respectfully submitted,

*/s/ Justin T. Green*

_____
One of the Attorneys for the Plaintiff

KREINDLER & KREINDLER LLP

Justin T. Green
jgreen@kreindler.com
Anthony Tarricone, Esq.
atarricone@kreindler.com
Brian J. Alexander
balexander@kreindler.com
Daniel O. Rose
drose@kreindler.com
Megan W. Benett
mbenett@kreindler.com
Andrew J. Maloney III
amaloney@kreindler.com
Erin R. Applebaum
eapplebaum@kreindler.com
750 Third Avenue
New York, NY 10017-5590
(212) 687-8181
(212) 972-9432 (Fax)


POWER, ROGERS & SMITH LLP

Todd A. Smith
tsmith@prslaw.com
Brian LaCien
blacien@prslaw.com
70 West Madison, Suite 5500
Chicago, IL 60602
(312) 236-9381
(312) 236-0920 (Fax)