## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH   Case Number: 19-CV-2170

An appearance is hereby filed by the undersigned as attorney for:
Spini (1:19-cv-02969); Spini (1:19-cv-02971); Chimenti (1:19-cv-03298); Mairesse (1:19-cv-03297); Philipp (1:19-cv-04107); Wigstron (1:19-cv-04137); Toole (1:19-cv-04140); Adhikari (1:19-cv-04219); Saafi (1:19-cv-04382); Fili (1:19-cv-04422); Zata (1:19-cv-05103)

Attorney name (type or print):
ERIN R APPLEBAUM

Firm: KREINDLER & KREINDLER, LLP

Street address: 750 THIRD AVE, 32ND FL

City/State/Zip: NEW YORK, NEW YORK 10017

Bar ID Number: 4916979
(See item 3 in instructions)

Telephone Number: (212) 973 - 3430

Email Address: EAPPLEBAUM@KREINDLER.COM

Are you acting as lead counsel in this case? [X] Yes [ ] No

Are you acting as local counsel in this case? [ ] Yes [X] No

Are you a member of the court's trial bar? [ ] Yes [X] No

If this case reaches trial, will you act as the trial attorney? [X] Yes [ ] No

If this is a criminal case, check your status. N/A
[ ] Retained Counsel
[ ] Appointed Counsel
If appointed counsel, are you
[ ] Federal Defender
[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/18/2019

Attorney signature: S/ Erin R Applebaum
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015