**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| MANUELA FILI, Individually and as Special Administrator of the Estate of MATTEO RAVASIO, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, a Delaware corporation; <br> ROSEMOUNT AREOSPACE, INC., a Delaware corporation; and <br> ROCKWELL COLLINS, INC., a Delaware corporation, <br><br> Defendants. | **NOTICE OF ADOPTION OF MASTER COMPLAINT** <br><br> *This Filing Relates to:* Case No. 1:19-cv-04422 <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff, MANUELA FILI, Individually and as Special Administrator of the Estate of MATTEO RAVASIO, Deceased, complains of the Defendants, and each of them, as follows:

1. Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

**2.** Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: N/A

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiff incorporates by reference each of the Counts in the Master Complaint checked below:

*As* against *THE BOEING COMPANY:*

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

☒ Count Five for Negligence

☒ Count Six for Strict Liability

☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

2

☒ Count Ten for Breach of Warranty

## PLAINTIFF'S INFORMATION:

4. Decedent, MATTEO RAVASIO, is an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiff is an heir, beneficiary, and/or next of kin of Decedent, or other person entitled to bring an action for the wrongful death of Decedent, and brings the causes of action alleged herein:

   MANUELA FILI

6. Plaintiff is a resident of Italy. Plaintiff's decedent was a resident of Italy.

7. Decedent's Estate is represented in the following capacity:

☒ Plaintiff, MANUELA FILI, is Special Administrator of the Estate of Decedent and is authorized to bring an action on behalf of the Decedent. Plaintiff was appointed as the Decedent's Special Administrator on June 27, 2019.

☐ Other (please describe):

## PLAINTIFF'S DAMAGES:

8. Plaintiff requests the relief checked below:

   All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

☒ For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.

☒    For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.

☒    For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.

☒    For all property losses, in an amount according to proof at trial.

☒    For attorneys' fees, costs and other damages as permitted under applicable laws.

☒    For punitive and exemplary damages in an amount according to proof at trial;

☒    For pre- and post-judgment interest on all damages as allowed by the law.

☒    For all costs of suit incurred herein.

☒    For such other and further relief as the Court shall deem just and proper.

☐    Other (specify):

**ADDITIONAL ALLEGATIONS, IF ANY**

9. Decedent, MATTEO RAVASIO, is survived by his wife, MANUELA FILI, and their daughter, CAMILLA RAVASIO, a minor. Matteo Ravasio was 51 years old when he was killed in the ET302 crash en route to Nairobi to participate in a humanitarian project for his employer, Africa Tremila. Matteo was a highly-educated and accomplished man, with an educational and professional background in economics and business. A man of great generosity with a deep commitment to public service, Matteo brought his keen intellect and sense of compassion to his professional life. For the past fifteen years, Matteo had been working with the non-profit organization Africa Tremila, based in Bergamo, Italy. Africa Tremila is an organization that establishes humanitarian programs to provide healthcare, education and food to families in developing African countries. At the time of his death, Matteo was the Treasurer for Africa Tremila, where he played a large role in important projects including the opening of two schools for children in Madagascar and a health clinic in Zimbabwe. Matteo traveled often to Africa to bring assistance and hope to those who have none. Matteo was

4

also known to offer his services and business advice on a pro bono basis to individuals without financial means who would visit his offices seeking professional assistance.

Matteo lived his life generously devoted to two causes: his own loving family and the great family of the needy in Africa and beyond. After ten years of courtship, Matteo married his great love, Manuela Fili. Just over three years ago, Manuela and Matteo were blessed with the birth of their daughter, C.R. Matteo was a devoted husband and father who is now survived by his mother, his grieving widow, and their young child. Manuela has suffered a devastating and unrecoverable loss, while Matteo's daughter continues to ask when her father will be returning home. This loss is felt by the other Fili and Ravasio relatives, as well, as Matteo was truly devoted to his family and to Manuela's family. At home, he was the main source of income and support for his wife and child. He shared childcare responsibilities with Manuela and was known as a sweet, patient, and precise father to his daughter. They enjoyed a very close relationship; at a recent school recital, when the children were asked to wave to their parents, Matteo's daughter visibly turned her eyes to heaven and waved up to her deceased father. Matteo's mother, wife, and child are all under the care of a psychologist for help in their time of immense grief. Matteo was also a critical source of strength for his mother, who was recently widowed when Matteo's father was struck by a motorcyclist while crossing the street. After his father's unexpected death, Matteo served as the primary source of comfort for his elderly mother, who is now bereft by the loss of her husband and her son in short succession. Matteo was also a sweet and devoted brother to his sister Francesca, who has been devastated by the loss of her brother's emotional and moral support. Matteo will also be greatly missed by his father-in-law, Roberto Fili, with whom he enjoyed a very close bond. Matteo and Roberto spend nearly every Sunday together, experimenting in the kitchen, discovering new restaurants, or sharing their passion for Formula 1 racing. Roberto also had to visit a

psychologist after Matteo's death, as he felt unable to communicate with and explain the loss to his young granddaughter.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: New York, New York
December 12, 2019

*/s/ Justin T. Green*
_____
One of the Attorneys for the Plaintiff

KREINDLER & KREINDLER LLP

Justin T. Green
jgreen@kreindler.com
Anthony Tarricone, Esq.
atarricone@kreindler.com
Brian J. Alexander
balexander@kreindler.com
Daniel O. Rose
drose@kreindler.com
Megan W. Benett
mbenett@kreindler.com
Andrew J. Maloney III
amaloney@kreindler.com
Erin R. Applebaum
eapplebaum@kreindler.com
750 Third Avenue
New York, NY 10017-5590
(212) 687-8181
(212) 972-9432 (Fax)

POWER, ROGERS & SMITH LLP

Todd A. Smith
tsmith@prslaw.com
Brian LaCien
blacien@prslaw.com
70 West Madison, Suite 5500
Chicago, IL 60602
(312) 236-9381
(312) 236-0920 (Fax)