**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| JOHN BARASA ZATA, Individually as Surviving Spouse and as Special Administrator of the Estate of KAROLINE AADLAND, Deceased, and on behalf of all Surviving Beneficiaries, | **NOTICE OF ADOPTION OF MASTER COMPLAINT** *This Filing Relates to:* Case No. 1:19-cv-05103 |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| v. | |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; and ROCKWELL COLLINS, INC., a Delaware corporation, | |
| Defendants. | |

1

Plaintiff, JOHN BARASA ZATA, Individually as Surviving Spouse and as Special Administrator of the Estate of KAROLINE AADLAND, Deceased, and on behalf of all Surviving Beneficiaries, complains of the Defendants, and each of them, as follows:

1. Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: N/A

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiff incorporates by reference each of the Counts in the Master Complaint checked below:

*As* against *THE BOEING COMPANY:*

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

☒ Count Five for Negligence

☒ Count Six for Strict Liability

☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

## PLAINTIFF'S INFORMATION:

4. Decedent, KAROLINE AADLAND, is an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiff is an heir, beneficiary, and/or next of kin of Decedent, or other person entitled to bring an action for the wrongful death of Decedent, and brings the causes of action alleged herein:

JOHN BARASA ZATA

6. Plaintiff is a resident of Norway. Plaintiff's decedent was a resident of Norway.

7. Decedent's Estate is represented in the following capacity:

☒ Plaintiff, JOHN BARASA ZATA, is Special Administrator of the Estate of Decedent and is authorized to bring an action on behalf of the Decedent. Plaintiff was appointed as the Decedent's Special Administrator on July 24, 2019.

☐ Other (please describe):

## PLAINTIFF'S DAMAGES:

8. Plaintiff requests the relief checked below:

All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

3

- ☒ For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.
- ☒ For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.
- ☒ For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.
- ☒ For all property losses, in an amount according to proof at trial.
- ☒ For attorneys' fees, costs and other damages as permitted under applicable laws.
- ☒ For punitive and exemplary damages in an amount according to proof at trial;
- ☒ For pre- and post-judgment interest on all damages as allowed by the law.
- ☒ For all costs of suit incurred herein.
- ☒ For such other and further relief as the Court shall deem just and proper.
- ☐ Other (specify):

**ADDITIONAL ALLEGATIONS, IF ANY**

9. Decedent, KAROLINE AADLAND, is survived by her husband, JOHN BARASA ZATA, her mother, MARIANNE AADLAND, and her father, KNUT INGVAR AADLAND. Karoline Aadland, was 28 years old when she was killed in the ET302 crash en route to Nairobi, Africa to participate in a meeting for her employer, The Red Cross of Norway. Karoline was a caring and committed person who fit many activities into her life. While still working for UNICEF during the day, Karoline volunteered for the Red Cross and wrote her master's thesis in the evenings. Karoline loved to travel, and her work and studies had taken her to France, Kenya, South Africa and Malawi. Karoline completed her Master's degree in 2018 at the Norwegian School of Economics and Business Administration (NHH) in Bergen, Norway, majoring in Energy, Natural Resources and Business Administration. To further her education, Karoline also attended a social entrepreneurship program at the University of Cape Town and studied French language and culture at the Gateway College in Paris. Karoline had completed

4

internships for UNICEF in Norway and Malawi and at the Organization for Economic Co-operation and Development (OECD) in Paris. At the time of her death, Karoline was the Program Finance Coordinator for Africa at the Norwegian Red Cross. Karoline is described as a kind hearted and gifted person, who sought to make the world a better place. She had an unwavering faith that individuals could make a difference for those who need it most. In 2016, she established SOMTO, a non-profit foundation that provided food and primary education for underprivileged children, attending the Childrock School in Nairobi, Nairobi. Karoline had supported the school since her first visit to the school as a AIESEC volunteer in 2012. SOMTO will be continued as a memorial foundation, the SOMTO Karoline Aadland Charity Foundation.

Karoline was the loving wife of John Zata and the caring and devoted only child of Marianne and Knut Ingvar Aadland. John Zata is a full-time MBA student at the BI University of Norway and is expected to graduate in 2023-2024. John does not earn any income and was completely financially dependent on Karoline, relying on her to provide funds for housing, clothing, tuition, entertainment and travel expenses. Karoline's father, Knut, is a trained attorney who for many years has owned a consulting business with his wife, Marianne. Knut is severely visually impaired and for many years has been dependent on his wife as an employed secretary. After the death of their only child, Knut and Marianne have been unable to go about their daily lives and Knut's consulting income can no longer support wages for Marianne and Knut. The Aadlands estimate that in the future they will incur an annual loss in the amount of NOK 1,087,527 (approximately $120,070.59). Additionally, Marianne will incur a pension loss from the age of 67 as a result of her no longer earning pension rights. It is clear that Karoline's husband and family have suffered an unrecoverable and tragic loss,

5

compounded by the circumstances of the crash and how easily the defendants could have prevented it from occurring.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: New York, New York
December 12, 2019

*/s/ Justin T. Green*
_____
One of the Attorneys for the Plaintiff

KREINDLER & KREINDLER LLP

Justin T. Green
jgreen@kreindler.com
Anthony Tarricone, Esq.
atarricone@kreindler.com
Brian J. Alexander
balexander@kreindler.com
Daniel O. Rose
drose@kreindler.com
Megan W. Benett
mbenett@kreindler.com
Andrew J. Maloney III
amaloney@kreindler.com
Erin R. Applebaum
eapplebaum@kreindler.com
750 Third Avenue
New York, NY 10017-5590
(212) 687-8181
(212) 972-9432 (Fax)

POWER, ROGERS & SMITH LLP

Todd A. Smith
tsmith@prslaw.com
Brian LaCien
blacien@prslaw.com
70 West Madison, Suite 5500
Chicago, IL 60602
(312) 236-9381
(312) 236-0920 (Fax)