**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| KONJIT SHAFI BALEKER, Individually as Surviving Dependent Sibling and as Special Administrator of the Estate of SINTAYEHU SHAFI BALEKER, Deceased, and on behalf of all Surviving Beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation;<br>ROSEMOUNT AREOSPACE, INC., a Delaware corporation;<br>ROCKWELL COLLINS, INC., a Delaware corporation,<br><br>Defendants. | **NOTICE OF ADOPTION OF MASTER COMPLAINT**<br><br>*This Filing Relates to:* Case No. 19-cv-07754<br><br>**DEMAND FOR JURY TRIAL** |

1

Plaintiff, KONJIT SHAFI BALEKER, Individually as Surviving Dependent Sibling and as Special Administrator of the Estate of SINTAYEHU SHAFI BALEKER, Deceased, and on behalf of all Surviving Beneficiaries, complains of the Defendants and each of them, as follows:

1. Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: N/A.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiff incorporates by reference each of the Counts in the Master Complaint checked below:

*As* against *THE BOEING COMPANY:*

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

☒ Count Five for Negligence

☒ Count Six for Strict Liability

☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

### PLAINTIFF'S INFORMATION:

4. Decedent, SINTAYEHU SHAFI BALEKER, was an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiff is an heir, beneficiary, and/or next of kin of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent, and bring the causes of action alleged herein:

   KONJIT SHAFI BALEKER

6. Plaintiff is a resident of Ethiopia. Plaintiff's decedent was a resident of Ethiopia.

7. Decedent's Estate is represented in the following capacity:

☒ Plaintiff, KONJIT SHAFI BALEKER, is the Special Administrator of the Estate of Decedent and is authorized to bring an action on behalf of the Decedent. Plaintiff was appointed as the Decedent's Special Administrator on November 22, 2019.

☒ Other (please describe):
Decedent's brother, Liul Shafi Baleker, was appointed by the Federal First Instance Court, Bole 5th Civil Bench, in Ethiopia to address matters concerning Decedent's Estate.

### PLAINTIFF'S DAMAGES:

8. Plaintiff(s) requests the relief checked below:

All past and future general and compensatory damages in an amount according to proof at trial, including the following:

- ☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.
- ☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.
- ☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.
- ☒ For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.
- ☒ For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.
- ☒ For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.
- ☒ For all property losses, in an amount according to proof at trial.
- ☒ For attorneys' fees, costs and other damages as permitted under applicable laws.
- ☒ For punitive and exemplary damages in an amount according to proof at trial;
- ☒ For pre- and post-judgment interest on all damages as allowed by the law.
- ☒ For all costs of suit incurred herein.
- ☒ For such other and further relief as the Court shall deem just and proper.
- ☐ Other (specify):

_____

_____

## ADDITIONAL ALLEGATIONS, IF ANY

9. Sintayehu Shafi Baleker was born on October 4, 1987 and died in the crash of ET302 on March 10, 2019 at age 31. Sintayehu is survived by his sister, Plaintiff Konjit Shafi Baleker, his father, Shafi Baleker Ibrahim, his mother, Mintwab Mitku Biru, and his brothers,

Liul Shafi Baleker and Wasihun Shafi Baleker. He was traveling to Kenya to participate in the Diagnosis Master Technician 2019 Recertification Course at the Toyota Kenya Academy, which was scheduled for March 11-15, 2019. Sintayehu was a top student in primary and secondary school. He then trained as an automobile mechanic at Assela TVET College, receiving several degrees, including a Diploma in 2007 as an Advanced Auto Mechanic Technician. He graduated first in his class. He was hired by the Motor & Engineering Company of Ethiopia Limited (MOENCO) starting as an Apprentice Technician in 2007. He completed his apprenticeship in 2009 and worked his way up through the ranks of the company from a junior auto electrician until he became MOENCO's Assistant Training Manager and one of the most highly skilled Master Technicians at the firm, where he was the only Toyota-Certified Core Training Instructor. His excellent work was regularly recognized at MOENCO, where he received multiple awards, including the 2016 CEO Gold Standard Award. While working at MOENCO, Sintayehu returned to school and in 2017 earned a Bachelor of Science Degree in Mechanical Engineering from Addis Ababa University.

Sintayehu was the youngest child in his family. The family struggled financially, especially after Sintayehu's father lost his business. When Sintayehu completed his training and got a full time job, he became the primary source of income for the entire family, which moved from Nazareth, Ethiopia to Addis Ababa after Sintayehu became the family breadwinner. Sintayehu paid all the expenses for his parents and siblings, including not only housing and food, but also education costs and many other essential expenses. Sintayehu also partially supported his Aunt and Uncle, who required his financial support for their survival. In addition to his financial support, Sintayehu provided substantial services to his family. But most importantly, Sintayehu provided the family with his absolute love and affection, and they returned that love in kind. This loss of Sintayehu's love is his family's greatest loss.

Sintayehu's death, the manner in which he died, and the causes of his death have caused his family members severe grief, mental harm, and even physical harm, for which they have sought medical attention.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: New York, New York
December 27, 2019

                                               */s/ Justin T. Green*

                                         One of the Attorneys for the Plaintiff

KREINDLER & KREINDLER LLP

Justin T. Green
jgreen@kreindler.com
Anthony Tarricone, Esq.
atarricone@kreindler.com
Brian J. Alexander
balexander@kreindler.com
Daniel O. Rose
drose@kreindler.com
Megan W. Benett
mbenett@kreindler.com
Andrew J. Maloney III
amaloney@kreindler.com
Erin R. Applebaum
eapplebaum@kreindler.com
750 Third Avenue
New York, NY  10017-5590
(212) 687-8181
(212) 972-9432 (Fax)


POWER, ROGERS & SMITH LLP

Todd A. Smith
tsmith@prslaw.com
Brian LaCien
blacien@prslaw.com
70 West Madison, Suite 5500
Chicago, IL 60602
(312) 236-9381
(312) 236-0920 (Fax)