## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: Ethiopian Airlines Flight ET 302 Crash | Lead Case No.: 1:19-cv-02170 |
| **GEORGE KIBET CHERUIYOT**, Individually and on behalf of the Estate of **BRIAN CHERUIYOT**, deceased, | Judge Jorge L. Alonso<br>Magistrate Judge David M. Weisman |
| Plaintiff, | *This Filing Relates to:*<br><u>*Case No. 1:19-cv-04009*</u> |
| v. | |
| **THE BOEING COMPANY**, | |
| Defendant. | |

## UNOPPOSED MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV P. 41(a)(2)

1. Plaintiff George Kibet Cheruiyot, individually and on behalf of Brian Cheruiyot, deceased, hereby respectfully moves this Court pursuant to Fed. R. Civ. P. 41(a)(2) for an order dismissing his claims that were set forth in Case number 1:19-CV-04009 without prejudice.

2. No counterclaim has been plead as against the Plaintiff and the Defendant will not be unduly prejudiced if this Court allows the claims to be voluntarily dismissed without prejudice.

3. Defendant is unopposed to Plaintiff's motion.

WHEREFORE, George Kibet Cheruiyot, individually and on behalf of Brian

Cheruiyot, prays that this Court enter and Order pursuant to Fed. R. Civ. P. 41(a)(2)

dismissing his claims that were set forth in Case number 1:19-CV-04009 without

prejudice.

**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES P.C.**

DATED: January 13, 2020     By:    s/ D. Michael Andrews
                                   D. Michael Andrews
                                   218 Commerce Street
                                   Montgomery AL 36104
                                   Telephone: (334) 269-2343
                                   Facsimile: (334) 954-7555
                                   Mike.Andrews@beasleyallen.com

## <u>CERTIFICATE OF SERVICE</u>

I, D. Michael Andrews, certify that on January 13, 2020, I electronically filed

the foregoing MOTION FOR ORDER OF DISMISSAL with the Clerk of the Court

using the CM/ECF system, which will send notification of such filing to all counsel

of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of January, 2020.    /s/ D. Michael Andrews

**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES P.C.**
218 Commerce Street
Montgomery AL 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555