**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, a Delaware corporation; <br> ROSEMOUNT AEROSPACE, INC., a Delaware corporation; <br> ROCKWELL COLLINS, INC., a Delaware corporation, <br><br> Defendants. | Lead Case No.: 19-cv-02170 <br><br> *This Filing Relates to:* <br><br> 19-cv-02969   19-cv-04219 <br> 19-cv-02971   19-cv-04382 <br> 19-cv-03297   19-cv-04422 <br> 19-cv-03298   19-cv-04964 <br> 19-cv-03751   19-cv-05103 <br> 19-cv-04107   19-cv-07754 <br> 19-cv-04137   19-cv-08180 <br> 19-cv-04140   20-cv-00562 |

**DEFENDANT ROCKWELL COLLINS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO CERTAIN PLAINTIFFS' ADDITIONAL ALLEGATIONS IN THEIR NOTICES OF ADOPTION OF MASTER COMPLAINT**

NOW COMES Defendant, ROCKWELL COLLINS, INC. ("ROCKWELL COLLINS"), by and through its attorneys, FITZPATRICK & HUNT, PAGANO, AUBERT, LLP, and hereby answers the additional allegations asserted within the above-referenced Plaintiffs' Notices of Adoption of Master Complaint. ROCKWELL COLLINS incorporates by reference its Answer and Affirmative Defenses to Plaintiffs' Master Complaint as though fully set forth herein and additionally alleges and shows the Court as follows:

**ANSWER TO ADDITIONAL ALLEGATIONS**

9. ROCKWELL COLLINS hereby incorporates by reference Paragraph 9 of the above-captioned Plaintiffs' Notices of Adoption as if set forth in full herein.

**ANSWER:** ROCKWELL COLLINS lacks sufficient knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and on that basis denies same.

WHEREFORE, Defendant ROCKWELL COLLINS, INC. prays that Plaintiff take nothing

by way of his/her Complaint against ROCKWELL COLLINS and that all claims, allegations, and causes of action against ROCKWELL COLLINS be denied and dismissed with prejudice. ROCKWELL COLLINS requests this relief together with its costs and disbursements in this action, reasonable attorneys' fees associated with this action and any further relief the Court deems just and equitable.

## JURY DEMAND

ROCKWELL COLLINS demands a trial by jury as to all claims and defenses in this action.

Dated: February 3, 2020                    ROCKWELL COLLINS, INC.

                                          By: /s/ Nicholas C. Bart
                                              *One of its Attorneys*

Nicholas C. Bart
Nick.Bart@fitzhunt.com
Shane B. Nichols
Shane.Nichols@fitzhunt.com
**Fitzpatrick & Hunt, Pagano, Aubert, LLP**
20 S. Clark Street, Suite 2620
Chicago, IL 60603
Phone: (312) 728-4901
Fax: (312) 728-4950

Garrett Fitzpatrick
Garrett.Fitzpatrick@fitzhunt.com
**Fitzpatrick & Hunt, Pagano, Aubert, LLP**
Tower 49
Twelve East 49th Street
31st Floor
New York, NY 10017
(212) 937-4000

## **CERTIFICATE OF SERVICE**

I, Shane B. Nichols, certify that on February 3, 2020 I electronically filed the foregoing *DEFENDANT ROCKWELL COLLINS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO CERTAIN PLAINTIFFS' ADDITIONAL ALLEGATIONS IN THEIR NOTICES OF ADOPTION OF MASTER COMPLAINT* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 3rd day of February 2020.

By: /s/ Shane B. Nichols
**Fitzpatrick & Hunt, Pagano, Aubert, LLP**
20 S. Clark Street
Suite 2620
Chicago, IL 60603
Phone: (312) 728-4902
Fax: (312) 728-4950