**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Huguette Debets

                  Plaintiff,

v.                                                    Case No.: 1:19−cv−02170
                                                    Honorable Jorge L. Alonso

Boeing Co., The, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 5, 2020:

      MINUTE entry before the Honorable M. David Weisman: Having reviewed correspondence provided by the firm of Gary, Williams, Parenti, Watson & Gary, PLLC, the Court dismisses the Rule to Show Cause issued on 1/9/20 (see #[686]) and will take no further action. The Court appreciates the candor and professionalism displayed in the correspondence. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.