# **EXHIBIT C**

| | |
|---|---|
| **From:** | RICARDO M. MARTINEZ-CID |
| **To:** | Johnson, Julia Mano; Sanja Petrevska; Webb, Dan K.; Essig, Christopher B.; CLedford@perkinscoie.com |
| **Cc:** | Robert A. Clifford; Kevin P. Durkin; Tracy A. Brammeier; John V. Kalantzis; STEVEN C. MARKS; Justin T. Green; Jennifer Gordon; Scoville, Michael E. (Perkins Coie) |
| **Subject:** | Re: In re: Ethiopian Airlines Flight 302 Crash, 19-cv-2170 (consolidated) |
| **Date:** | Monday, January 27, 2020 5:13:19 PM |
| **Attachments:** | image001.png |

Thank you, Julia. We are not interested in investigating why particular documents weren't produced, but overall the differences in the two productions that led to our not receiving numerous important documents.  Nonetheless, I provide you a few examples for context:

BOE_ETH_01405476
BOE_ETH_01405396
BOE_ETH_01405351

Unfortunately, I am not available for the in person meet and confer on the 5th.  Nor do I want to detract from the other topics set for that day.  I can be available by video as Dan suggested.  Perhaps we can make before the in person on the 5th work.   What time are you set to start?

Ricardo M. Martinez-Cid
**Podhurst** Orseck**, P.A.**
SunTrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Email: rmcid@podhurst.com

---

**From:** "Johnson, Julia Mano" <JMjohnson@winston.com>
**Sent:** Friday, January 24, 2020 4:45 PM
**To:** RICARDO M. MARTINEZ-CID; Sanja Petrevska; Webb, Dan K.; Essig, Christopher B.; CLedford@perkinscoie.com
**Cc:** Robert A. Clifford; Kevin P. Durkin; Tracy A. Brammeier; John V. Kalantzis; STEVEN C. MARKS; Justin T. Green; Jennifer Gordon; Scoville, Michael E. (Perkins Coie)
**Subject:** RE: In re: Ethiopian Airlines Flight 302 Crash, 19-cv-2170 (consolidated)

Ricardo,
Can you please identify the "key documents" that you are referring in your email below?  During the January 17 meet and confer, one of your colleagues mentioned that there were approximately 30 documents which contained the word "MCAS" that were produced on January 14.  Chris Ledford explained that the January 14 production was a "clean-up" production that included documents that had previously been flagged for additional privilege and Annex 13 review.  It would be helpful to understand if you are referring to those documents or something different so that we can determine whether there is an issue.

Also, since we already have an in-person meet and confer scheduled for February 5 in Chicago, it seems most efficient to discuss any impasse on this issue at that time.

Regards,
Julia

---

**From:** RICARDO M. MARTINEZ-CID <RMartinez-Cid@PODHURST.com>
**Sent:** Friday, January 24, 2020 9:46 AM
**To:** Johnson, Julia Mano <JMjohnson@winston.com>; Sanja Petrevska <sp@cliffordlaw.com>; Webb, Dan K. <DWebb@winston.com>; Essig, Christopher B. <CEssig@winston.com>; CLedford@perkinscoie.com
**Cc:** Robert A. Clifford <rac@cliffordlaw.com>; Kevin P. Durkin <kpd@cliffordlaw.com>; Tracy A. Brammeier <TAB@cliffordlaw.com>; John V. Kalantzis <jvk@cliffordlaw.com>; STEVEN C. MARKS <SMARKS@PODHURST.com>; Justin T. Green <jgreen@kreindler.com>; Jennifer Gordon <jg@cliffordlaw.com>; Scoville, Michael E. (Perkins Coie) <MScoville@perkinscoie.com>
**Subject:** Re: In re: Ethiopian Airlines Flight 302 Crash, 19-cv-2170 (consolidated)

Dear Dan, I write with respect to the 30(b)(6) notice. We believe this is a proper deposition that is likely to help lead us to important admissable evidence. I suggest we have an in-person meet and confer to discuss our impasse. Frankly, if Boeing helps us understand why Congress was able to get key documents that were not produced to us, we can cancel the deposition. I do not doubt your client is dealing in good faith, so assume the issue lies in the difference in processes used (key words, custodians, other sources, review style, etc.). I would love to welcome you to Miami this cold winter and am happy to provide break out rooms and lunch as you have graciously provided us. I can also be in Chicago if I can't entice you south. Please let me know your availability. Thanks, Ricardo

Ricardo M. Martinez-Cid
**Podhurst** Orseck**, P.A.**
SunTrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Email: rmcid@podhurst.com

---

**From:** "Johnson, Julia Mano" <JMjohnson@winston.com>
**Sent:** Thursday, January 23, 2020 7:03 PM
**To:** Sanja Petrevska; Webb, Dan K.; Essig, Christopher B.; CLedford@perkinscoie.com
**Cc:** Robert A. Clifford; Kevin P. Durkin; Tracy A. Brammeier; John V. Kalantzis; STEVEN C. MARKS; RICARDO M. MARTINEZ-CID; Justin T. Green; Jennifer Gordon; Scoville, Michael E. (Perkins Coie)
**Subject:** In re: Ethiopian Airlines Flight 302 Crash, 19-cv-2170 (consolidated)

Counsel,
Please see the attached correspondence from Dan Webb.
Regards,
Julia

---

**From:** Sanja Petrevska <sp@cliffordlaw.com>

**Sent:** Tuesday, January 21, 2020 4:46 PM
**To:** Webb, Dan K. <DWebb@winston.com>; Johnson, Julia Mano <JMjohnson@winston.com>; Essig, Christopher B. <CEssig@winston.com>; CLedford@perkinscoie.com
**Cc:** Robert A. Clifford <rac@cliffordlaw.com>; Kevin P. Durkin <kpd@cliffordlaw.com>; Tracy A. Brammeier <TAB@cliffordlaw.com>; John V. Kalantzis <jvk@cliffordlaw.com>; Steve C. Marks - HS <smarks@podhurst.com>; Ricardo Martinez <rmartinez-Cid@podhurst.com>; Justin T. Green <jgreen@kreindler.com>; Jennifer Gordon <jg@cliffordlaw.com>
**Subject:** In re: Ethiopian Airlines Flight 302 Crash, 19-cv-2170 (consolidated)

Counsel,
Please see the attached correspondence from Bob Clifford.



Sanja Petrevska
Executive Assistant to
Robert A. Clifford
120 N. LaSalle Street
Suite 3100
Chicago, IL 60602
Phone: 312-899-9090
sp@cliffordlaw.com
www.CliffordLaw.com

    

CONFIDENTIALITY NOTE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in the communication or any attachments.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.