IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH**<br><br>Plaintiffs,<br><br>v.<br><br>THE **BOEING** COMPANY, a Delaware corporation;<br>**ROSEMOUNT** AEROSPACE, INC., a Delaware corporation;<br>ROCKWELL **COLLINS**, INC., a Delaware corporation,<br><br>Defendants. | In re: Ethiopian Airlines Flight ET 302 Crash<br><br>Lead Case: 1:19-cv-02170<br><br>Hon. Jorge L. Alonso<br><br>*This Filing Relates to All Actions* |

**DEFENDANT THE BOEING COMPANY'S OMNIBUS RESPONSE TO
NOTICES OF ADOPTION AND SHORT FORM COMPLAINTS**

Defendant The Boeing Company ("Boeing"), by and through its attorneys of record, Perkins Coie LLP and Winston & Strawn LLP, hereby submits this response to the Plaintiffs' various Notices of Adoption of the Master Complaint and the Short Form Complaints filed with Notices of Adoption of the Master Complaint. This response applies to each Notice of Adoption and Short Form Complaint (the "Notices") filed in or consolidated with the above-captioned action, and it incorporates Boeing's Answer and Affirmative Defenses to the Plaintiffs' Master Complaint, as well as any amendments or additions thereto.

The various Notices contain 9 paragraphs, subparts of which differ slightly from Notice to Notice. Boeing's responses to these paragraphs are as follows:

A. **Incorporation Paragraphs.** The first four paragraphs introduce the Plaintiffs; state that they incorporate the allegations and any amendments to the Master Complaint filed in this action; identifies (where applicable) any paragraphs in the Master Complaint that the Plaintiffs do not wish to adopt; enumerates the entities the Plaintiffs are stating claims against (Boeing, Rosemount, and/or Rockwell Collins); and enumerates the counts in the Master Complaint that the

Plaintiffs are adopting. To the extent a response is required, Boeing responds to these Paragraphs in each Notice as follows:

Boeing incorporates its responses to the counts for relief provided in its Answer and Affirmative Defenses to the Master Complaint as if set forth fully herein. Boeing lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding the individual Plaintiffs' or Decedent(s)' identities and therefore denies them. Boeing denies that Plaintiffs are entitled to any relief from Boeing for any additional counts for relief included within these paragraphs where those counts are not stated within the Master Complaint. Boeing denies any remaining allegations contained within these Incorporation Paragraphs.

B. **Demographic Paragraphs.** The next four paragraphs allege demographic information about the Plaintiffs and the Decedent. To the extent a response is required, Boeing responds to these Paragraphs in each Notice as follows:

Boeing lacks knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

C. **Damages Paragraphs.** The next paragraph contains the Plaintiffs' selections of the types of damages they claim they are entitled to from the defendants they have asserted claims against. This paragraph corresponds to the allegations in the Paragraphs A through M of the Master Complaint's section VI. To the extent a response is required, Boeing responds to the Damages Paragraphs in each Notice as follows:

Boeing incorporates its response to those Paragraphs in its Answer and Affirmative Defenses to the Master Complaint as it set forth fully herein. Boeing denies any remaining allegations contained within the Damages Paragraphs.

D. **Additional Allegations Paragraphs.** The last section of the Notices allows Plaintiffs to provide additional allegations in support of their claims. All of the additional allegations filed to date assert additional facts about the Plaintiffs or the Decedent. To the extent a response is required, Boeing responds to the Additional Allegations Paragraphs as follows:

Boeing lacks knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

E. **Jury Trial Demands.** The Notices close with demands for a trial by jury on the Plaintiffs' claims, which Boeing has also demanded.

DATED: February 14, 2020.          **THE BOEING COMPANY**

By: /s/ Christopher M. Ledford
*One of its Attorneys*

| | |
|---|---|
| Dan K. Webb | Jonathan R. Buck |
| dwebb@winston.com | JBuck@perkinscoie.com |
| Christopher B. Essig | **Perkins Coie LLP** |
| cessig@winston.com | 131 S. Dearborn, Suite 1700 |
| Julia M. Johnson | Chicago, Illinois 60603-5559 |
| jmjohnson@winston.com | T: (312) 324-8400 |
| **Winston & Strawn LLP** | |
| 35 W. Wacker Drive | Michael Scoville |
| Chicago, Illinois 60601-9703 | MScoville@perkinscoie.com |
| T: (312) 558-5600 | Christopher M. Ledford |
| | CLedford@perkinscoie.com |
| | Mack H. Shultz |
| | MShultz@perkinscoie.com |
| | **Perkins Coie LLP** |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, Washington 98101-3099 |
| | T: (206) 359-8000 |

*Attorneys for Defendant*
*The Boeing Company*

## **CERTIFICATE OF SERVICE**

      I, Christopher M. Ledford, certify that on February 14, 2020, I electronically filed the foregoing **DEFENDANT THE BOEING COMPANY'S OMNIBUS RESPONSE TO NOTICES OF ADOPTION AND SHORT FORM COMPLAINTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

>Robert A. Clifford
>CLIFFORD LAW OFFICES
>120 North LaSalle Street, 31st Floor
>Chicago, IL 60602
>Tel: (312) 899-9090
>Fax: (312) 251-1160
>rac@cliffordlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of February 2020.

>/s/ Christopher M. Ledford
>PERKINS COIE LLP
>1201 3rd Avenue, Ste 4900
>Seattle, WA 98101
>Tel: (206) 359-8000
>Fax: (206) 359-9000