# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Huguette Debets

                    Plaintiff,

v.                                                   Case No.: 1:19−cv−02170

                                                      Honorable Jorge L. Alonso

Boeing Co., The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2020:

      MINUTE entry before the Honorable M. David Weisman: The motion hearing set for 2/19/2020 will begin at 11:00 a.m. rather than at 9:15 a.m. (PLEASE NOTE TIME CHANGE.) Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.