**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | Case No. 1:19-cv-2170 (Consolidated)<br><br>District Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: M. David Weisman |

## MOTION FOR ORDER APPOINTING ADDITIONAL MEMBERS OF PLAINTIFFS' EXECUTIVE COMMITTEE

On September 17, 2019, this Court entered an Order appointing Plaintiffs' Organizational Structure. *See* ECF No. 426. The Order appointed Robert Clifford of the Clifford Law Offices as Lead Counsel, Steven C. Marks of Podhurst Orseck, P.A. as Co-Chair of the Plaintiffs' Executive Committee, and Justin Green of Kreindler & Kreindler LLP as Co-Chair of the Plaintiffs' Executive Committee. At that time, this Court deferred appointing additional members of the Plaintiffs' Executive Committee ("PEC") until after Plaintiffs have had the opportunity to confer and report back to the Court with suggested members. Discovery in this case has now begun in earnest. The parties have been exchanging initial disclosures, issuing Requests to Produce and some deposition dates have been set and others are under discussion. The parties are scheduled to appear for a joint status conference before the Honorable Magistrate Judge David Weisman on February 19, 2020. Plaintiffs' Lead Counsel and Co-Chairs of the PEC have now had the opportunity to confer extensively with Plaintiffs' counsel and hereby submit their suggested appointments to the PEC. The undersigned counsel believes their proposal is unopposed.

1. The Plaintiffs' Executive Committee currently presently includes:

Clifford Law Offices (Robert A. Clifford, Kevin P. Durkin, Tracy A. Brammeier, and John V. Kalantzis), Podhurst Orseck, P.A. (Steven C. Marks, Ricardo Martinez-Cid, and Kristina M.

Infante), and Kreindler & Kreindler LLP (Justin T. Green, Brian J. Alexander, Dan O. Rose, Anthony Tarricone, Megan Bennett, and Erin Applebaum).

    2.    The undersigned counsel respectfully request that the Court appoint the following additional law firms as members of the PEC:

- i) Cotchett Pitre & McCarthy LLP (Frank M. Pitre, Alison E. Cordova, and John Paul Thyken);
- ii) Nurenberg Paris Heller & McCarthy (Jamie R. Lebovitz and Jordan D. Lebovitz);
- iii) Kline & Specter P.C. (Andrew J. Stern and Elizabeth Crawford);
- iv) Wisner Law Firm (Floyd Wisner and Alexandra Wisner);
- v) Power, Rogers &, LLP (Joseph A. Power, Brian LaCien, Jonathan M. Thomas);
- vi) Todd A. Smith, LLP (Todd A. Smith);
- vii) Motley Rice LLC (Mary F. Schiavo and James R. Brauchle); and,
- viii) Hughes, Socol, Piers, Resnick, & Dym Ltd. (Matthew J. Piers, Mark S. Dym, Charles Wysong);
- ix) Friedman Rubin (Alisa Brodkowitz and Richard H. Friedman).

    3.    Each of these law firms is well-qualified to serve on the PEC in this matter. The PEC will provide the leadership necessary to prepare these cases for trial on behalf of all Plaintiffs. The identified counsel by firm will provide the core of the legal work currently being devoted to the discovery and preparation of the case for trial. The PEC will continue to call upon all other Plaintiffs' counsel on an as needed basis to assist in the prosecution of the case.

## **CONCLUSION**

Based on the foregoing, Plaintiffs' counsel respectfully request that the Court approve the appointment of the proposed members of the PEC and the PSC.

Respectfully Submitted,

**CLIFFORD LAW OFFICES, P.C.**

*/s/ Robert A. Clifford*
Robert A. Clifford (ARDC No. 0461849)
*Lead Counsel, Plaintiffs' Executive Committee*

Kevin P. Durkin (ARDC No. 3127906)
Tracy A. Brammeier (ARDC No. 6317792)
*Plaintiffs Liaison Counsel*
John V. Kalantzis (ARDC No. 6283187)
120 North LaSalle Street, 31st Floor
Chicago, IL 60602
Tel: (312) 899-9090    Fax: (312) 251-1160
RAC@CliffordLaw.com
KPD@CliffordLaw.com
TAB@CliffordLaw.com
JVK@CliffordLaw.com


**KREINDLER & KREINDLER LLP**

*/s/ Justin T. Green*
Justin T. Green
*Co-Chair, Plaintiffs' Executive Committee*

Brian J. Alexander
Anthony Tarricone
Daniel O. Rose
Megan W. Benett
Erin R. Applebaum
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel: (212) 687-8181   Fax: (212) 972-9432

JGreen@kreindler.com
BAlexander@kreindler.com
ATarricone@kreindler.com
DRose@kreindler.com
MBenett@kreindler.com
EApplebaum@kreindler.com


**PODHURST ORSECK, P.A**.
SunTrust International Center, Suite 2300
One S.E. Third Avenue
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

*/s/ Steven C.Marks*_____
Steven C. Marks
Fla. Bar No. 516414
Ricardo M. Martinez-Cid
Fla. Bar No. 383988
Kristina M. Infante
Fla. Bar. No. 112557

*ATTORNEYS FOR THE PLAINTIFFS*

## CERTIFICATE OF SERVICE

  The undersigned certifies that on this 18th day of February, 2020, a true and correct copy of the foregoing was served electronically to the attorneys of record.

                /s/Robert A. Clifford_____
                Robert A. Clifford

                One of the Attorneys for Plaintiffs