# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**IN RE ETHIOPIAN AIRLINES**    )
**FLIGHT ET 302 CRASH**    )
‎    )

**Lead Case: 19 CV 2170**

**District Judge: Jorge L. Alonso**

**Magistrate Judge: M. David Weisman**

## <u>ORDER</u>

Counsel appearing by phone for the status hearing: John  Thyken, Alejandro Larrazabal Esq., Antonio Romanucci, Brian Alexander, Daniel Rose, Monica Kelly, Kevin Boyle, Benjamin Richman and Rachael Luke.

Counsel requested to appear by phone, but were not present: David Neiman and Larry Strauss.

Counsel present in the courtroom: Alexandria Wisner, Matthew Sims, Richards Martinez-Cid, Tracy Brammeier, Kevin Durkin, George Bellas, Justin Green, Andrew Stern, Todd Smith, Brian LaCien, Ning Ding, James Brauchle, John Marrese, Jonathan Abudy, Abram Bohner, Dan Webb, John Rosenthal, Julia Johnson, Michael Scoville, Chris Ledford, Nicholas Bart, Michael Krzak, A. Ilyas Akbari, Lawrence Ruder, Charlie Wysong, and John Kalanitzis.

DATED: February 19, 2020

_M. David Weisman_
_____
M. David Weisman
United States Magistrate Judge