UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | Case No. 1:19-cv-2170 (Consolidated)<br><br>District Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: M. David Weisman |

## ORDER APPOINTING ADDITIONAL MEMBERS OF PLAINTIFFS' EXECUTIVE COMMITTEE

This Court, having reviewed the Joint Motion for Appointment of Plaintiffs' Organizational Structure and carefully considered the matter, hereby appoints the following.

1. The Executive Committee includes Clifford Law Offices (Robert A. Clifford, Kevin P. Durkin, Tracy A. Brammeier, and John V. Kalantzis), Podhurst Orseck, P.A. (Steven C. Marks, Ricardo Martinez-Cid, and Kristina M. Infante), and Kreindler & Kreindler LLP (Justin T. Green, Brian J. Alexander, Dan O. Rose, Anthony Tarricone, Megan Bennett, and Erin Applebaum).

2. The Court appoints the following law firms as members of the Plaintiffs' Executive Committee: i) Cotchett Pitre & McCarthy LLP (Frank M. Pitre, Alison E. Cordova, and John Paul Thyken); ii) Nurenberg Paris Heller & McCarthy (Jamie R. Lebovitz and Jordan D. Lebovitz); iii) Kline & Specter, P.C. (Andrew J. Stern and Elizabeth Crawford); iv) Wisner Law Firm (Floyd Wisner and Alexandra Wisner); v) Power Rogers LLP (Joseph A. Power, Brian LaCien, Jonathan M. Thomas); vi) Todd A. Smith, LLP (Todd A. Smith); vii) Motley Rice LLC (Mary F. Schiavo and James R. Brauchle); viii) Hughes, Socol, Piers, Resnick, & Dym Ltd. (Matthew J. Piers, Mark S. Dym, Charles Wysong); ix) Friedman Rubin (Alisa Brodkowitz and Richard H. Friedman); x) Romanucci & Blandin LLC (Antonio Romanucci and David Neiman); and xi) Rapoport Weisberg

& Sims, P.C. (David E. Rapoport and Matthew S. Sims). The appointment of the Plaintiffs' Executive Committee is of a personal nature. The above appointees may not be substituted by other attorneys, including other attorneys from the appointees' law firm, without court approval.

**DONE AND ORDERED** in Chambers, Chicago, Illinois, this _____ day of _____, 2020.

                                      _____
                                      HONORABLE JORGE L. ALONSO
                                      UNITED STATES DISTRICT COURT JUDGE

Copies furnished to all counsel of record.