# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | Case No. 1:19-cv-2170 (Consolidated)<br><br>District Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: M. David Weisman |

## JOINT MOTION FOR ENTRY OF AN ESI DOCUMENT PRODUCTION PROTOCOL AND ORDER

All parties have agreed to the use of a protocol to produce electronically stored information (ESI) will be beneficial to the production of ESI and will reduce or eliminate disputes regarding the format and process of such production. The parties' proposed ESI Document Production Protocol and Order is attached hereto as Exhibit 1. With regard to paragraph F, "Identification of Responsive ESI," the parties continue to appreciate the Court's assistance with their discussions of a protocol for technology-assisted review.

Based on the foregoing, counsel for all parties request the Court approve and enter their proposed ESI Document Production Protocol and Order.

Respectfully Submitted,

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Robert A. Clifford | Dan K. Webb |
| *rac@cliffordlaw.com* | *dwebb@winston.com* |
| Kevin P. Durkin | Christopher B. Essig |
| *kpd@cliffordlaw.com* | *cessig@winston.com* |
| Tracy A. Brammeier | Julia Mano Johnson |
| *tab@cliffordlaw.com* | *jmjohnson@winston.com* |
| John V. Kalantzis | WINSTON & STRAWN LLP |
| *jvk@cliffordlaw.com* | 35 W. Wacker Dr. |
| CLIFFORD LAW OFFICES, P C. | Chicago, Illinois 60601 |
| 120 N. LaSalle Street Suite 3100 | (312) 588-5600 |
| Chicago, Illinois 60602 | |
| | Mack H. Shultz, Jr. |

| | |
|---|---|
| (312) 899-9090<br><br>Justin T. Green<br>Anthony Tarricone<br>Brian J. Alexander<br>Daniel O. Rose<br>Megan W. Benett<br>Andrew J. Maloney III<br>Erin R. Applebaum<br>KREINDLER & KREINDLER LLP<br>750 Third Avenue<br>New York, NY 10017-5590<br><br>Steven C. Marks<br>Ricardo M. Martinez-Cid<br>Kristina M. Infante<br>PODHURST ORSECK, P.A.<br>SunTrust International Center, Suite 2300<br>One S.E. Third Avenue<br>Miami, Florida 33131<br>On behalf of all Plaintiffs | *MShultz@perkinscoie.com*<br>Bruce D. Campbell<br>*BCampbell@perkinscoie.com*<br>Michael Scoville<br>*MScoville@perkinscoie.com*<br>Christopher M. Ledford<br>*CLedford@perkinscoie.com*<br>PERKINS COIE LLP<br>1201 Third Avenue Suite 4900<br>Seattle, Washington 98101-3099<br>206-359-8000<br><br>Jonathan R. Buck<br>*jbuck@perkinscoie.com*<br>Daniel T. Burley<br>*dburley@perkinscoie.com*<br>PERKINS COIE LLP<br>131 South Dearborn St.<br> Suite 1700 Chicago, IL 60603<br>312-324-8400<br>Attorneys for The Boeing Company |
| | Garrett Joseph Fitzpatrick<br>garrett.fitzpatrick@fitzhunt.com<br>FITZPATRICK & HUNT, PAGANO, AUBERT, LLP<br>12 E. 49th Street<br>31st Floor<br>NY, NY 10017<br>212-937-4002<br><br>Nicholas C. Bart<br>*nick.bart@fitzhunt.com*<br>Shane B. Nichols<br>*Shane.nichols@fitzhunt.com*<br>FITZPATRICK & HUNT, PAGANO, AUBERT, LLP<br>20 S. Clark St.<br>Suite 2620 Chicago, IL 60603<br>312-728-4902<br>**Attorneys for Rosemount Aerospace, Inc.** |

2

CERTIFICATE OF SERVICE

  I, Tracy A. Brammeier, certify under penalty of perjury that on this 12th day of March, 2020, I electronically filed the foregoing **Joint Motion for Entry of an ESI Document Production Protocol and Order** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: March 12, 2020            /s/Tracy A. Brammeier

                      Tracy A. Brammeier
                      One of the Attorneys for Plaintiffs