**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge M. David Weisman |

**AGREED MOTION TO EXTEND DISCOVERY**

Plaintiffs and Defendants The Boeing Company, Rockwell Collins, Inc., and Rosemount Aerospace, Inc. jointly move the Court to extend the May 1, 2020, discovery deadline to October 1, 2020. This motion is being made in good faith, as set forth below.

1. By Order entered June 28, 2019, the Court set a fact discovery deadline of May 1, 2020. (Dkt. No. 104.)

2. Since June 28, 2019, a number of new Plaintiffs have joined this case, a Master Complaint and Answers have been filed, and the parties have since engaged in substantial discovery efforts, including Mandatory Initial Discovery, issuing and responding to written discovery requests, exchanging document productions, and noticing depositions.

3. In light of the parties' ongoing discovery efforts, and the public health emergency arising from the COVID-19 pandemic, the parties seek a discovery extension in addition to the extensions already provided by the Northern District of Illinois's General Order No. 20-0012 (Dkt. Nos. 768, 775). Specifically, the parties seek an extension of the fact discovery deadline to October 1, 2020.

4. The parties do not make this request for purposes of delay, but rather so they can complete discovery in an orderly fashion that takes into account the expansive nature of this case and the difficulties resulting from conducting discovery amidst the COVID-19 pandemic.

Therefore, the parties respectfully request that the Court grant their motion to extend the fact discovery deadline to October 1, 2020.

Dated: April 22, 2020

| **PLAINTIFFS**<br>Robert A. Clifford<br>*rac@cliffordlaw.com*<br>Kevin P. Durkin<br>*kpd@cliffordlaw.com*<br>Tracy A. Brammeier<br>*tab@cliffordlaw.com*<br>John V. Kalantzis<br>*jvk@cliffordlaw.com*<br>CLIFFORD LAW OFFICES, P C.<br>120 N. LaSalle Street Suite 3100<br>Chicago, Illinois 60602<br>(312) 899-9090<br><br>Justin T. Green<br>Anthony Tarricone<br>Brian J. Alexander<br>Daniel O. Rose<br>Megan W. Benett<br>Andrew J. Maloney III<br>Erin R. Applebaum<br>KREINDLER & KREINDLER LLP<br>750 Third Avenue<br>New York, NY 10017-5590<br><br>Steven C. Marks<br>Ricardo M. Martinez-Cid<br>Kristina M. Infante<br>PODHURST ORSECK, P.A.<br>SunTrust International Center, Suite 2300<br>One S.E. Third Avenue<br>Miami, Florida 33131<br>**On behalf of all Plaintiffs** | **DEFENDANTS**<br>Dan K. Webb<br>*dwebb@winston.com*<br>Christopher B. Essig<br>*cessig@winston.com*<br>Julia Mano Johnson<br>*jmjohnson@winston.com*<br>WINSTON & STRAWN LLP<br>35 W. Wacker Dr.<br>Chicago, Illinois 60601<br>(312) 588-5600<br><br>Mack H. Shultz, Jr.<br>*MShultz@perkinscoie.com*<br>Bruce D. Campbell<br>*BCampbell@perkinscoie.com*<br>Michael Scoville<br>*MScoville@perkinscoie.com*<br>Christopher M. Ledford<br>*CLedford@perkinscoie.com*<br>PERKINS COIE LLP<br>1201 Third Avenue Suite 4900<br>Seattle, Washington 98101-3099<br>206-359-8000<br><br>Jonathan R. Buck<br>*jbuck@perkinscoie.com*<br>Daniel T. Burley<br>*dburley@perkinscoie.com*<br>PERKINS COIE LLP<br>131 South Dearborn St.<br> Suite 1700 Chicago, IL 60603<br>312-324-8400<br>**Attorneys for The Boeing Company** |
|---|---|
| | Garrett Joseph Fitzpatrick<br>garrett.fitzpatrick@fitzhunt.com<br>FITZPATRICK & HUNT, PAGANO,<br>AUBERT, LLP<br>12 E. 49th Street<br>31st Floor<br>NY, NY 10017<br>212-937-4002<br><br>Nicholas C. Bart<br>*nick.bart@fitzhunt.com* |

2

|  | Shane B. Nichols<br>*Shane.nichols@fitzhunt.com*<br>FITZPATRICK & HUNT, PAGANO,<br>AUBERT, LLP<br>20 S. Clark St.<br>Suite 2620 Chicago, IL 60603<br>312-728-4902<br>**Attorneys for Rosemount Aerospace, Inc.** |
|---|---|

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2020, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ ECF system, which will send notification of such filing to all attorneys of record.

/s/ Dan K. Webb
Dan K. Webb
*DWebb@winston.com*
Christopher B. Essig
*CEssig@winston.com*
Julia Mano Johnson
*jmjohnson@winston.com*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Mack H. Shultz, Jr.
*MShultz@perkinscoie.com*
Bruce D. Campbell
*BCampbell@perkinscoie.com*
Michael Scoville
*MScoville@perkinscoie.com*
Christopher M. Ledford
*CLedford@perkinscoie.com*
PERKINS COIE LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

Jonathan R. Buck
*jbuck@perkinscoie.com*
Daniel T. Burley
*dburley@perkinscoie.com*
PERKINS COIE LLP
131 South Dearborn St. Suite 1700
Chicago, IL 60603
(312) 324-8400

**Attorneys for The Boeing Company**