**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Huguette Debets, et al.
                      Plaintiff,

v.                                          Case No.: 1:19−cv−02170
                                                    Honorable Jorge L. Alonso

Boeing Co., The, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 27, 2020:

      MINUTE entry before the Honorable M. David Weisman:Defendants' agreed motion to extend discovery [780] is granted. Fact discovery is extended to 10/1/2020. Motion hearing set for 5/6/2020 is stricken. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.