# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Huguette Debets, et al.

                              Plaintiff,

v.

                                          Case No.: 1:19–cv–02170

Boeing Co., The, et al.                                   Honorable Jorge L. Alonso

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2020:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion for order appointing additional members of Plaintiffs' executive committee [737] is denied as moot. Amended motion for order appointing additional members of Plaintiffs' executive committee [740] is granted. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.