UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ETHOPIAN AIRLINES<br>FLIGHT ET 302 CRASH | )<br>)<br>) | Lead Case: 19 CV 2170<br><br>District Judge: Jorge L. Alonso<br><br>Magistrate Judge: M. David Weisman |

**ORDER**

     Magistrate status hearing held. Parties appeared telephonically. Parties reported that they were unable to reach an agreement regarding TAR protocol. Defendant Boeing stated that it intends to use a TAR process in meeting its discovery obligations. The Court noted that its previous comments regarding an appropriate TAR protocol should not be understood to be an endorsement of using TAR, and that any discovery disputes raised would be considered on the merits presented to the Court. By agreement, Plaintiffs must serve their initial set of requests for production by 7/10/2020. Any additional requests for production issued by Plaintiffs must be by agreement or with leave of Court. Parties shall file a joint status report by 8/13/2020. Status hearing set for 8/18/2020 at 2:00 p.m. The conference call-in number is 1-877-411-9748 and the passcode is 1814539. Counsel who want to appear telephonically must send an email to Courtroom Deputy Alyssia Owens, alyssia_owens@ilnd.uscourts.gov, at least three days before the hearing, Counsel appearing telephonically cannot speak during the hearing. There will be no exceptions to this rule. On the day of the hearing, 10 minutes before the case is called, Ms. Owens will go through the list compiled from the emails to make sure all counsel are present by phone.

DATED: June 18, 2020

M. David Weisman
United States Magistrate Judge