IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>This Document Relates To: **DONNA MARGARET VECERE,** Individually**,** as Personal Representative of the Estate of **MATTHEW THOMAS VECERE,** deceased, and on behalf of all Surviving Beneficiaries.<br><br>Original Case No.: 1:20-cv-03390 | Civil No.    1:19-cv-02170<br><br>District Judge:    Hon. Jorge L. Alonso |

**UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE**

Pursuant to LR 83.17, Robert A. Clifford, Kevin P. Durkin, Tracy A. Brammeier, and John V. Kalantzis of Clifford Law Offices, P.C, hereby move for leave to file additional appearances in this matter and in support, state as follows:

DONNA MARGARET VECERE filed suit on behalf of the Estate of decedent MATTHEW VECERE, as well as on behalf of all Surviving Beneficiaries [800.10]. TOMRA VECERE, MATTHEW's sister, a Surviving Beneficiary, has retained Clifford Law Offices, P.C. to represent her in the litigation.

Brian J. Alexander, Justin T. Green, Anthony Tarricone, Daniel O. Rose, Megan W. Bennett, Vincent C. Lesch of Kreindler & Kreindler, LLP, and Todd A. Smith and Brian LaCien of Smith LaCien, LLP, will continue to represent the Plaintiff, DONNA MARGARET VECERE, Individually, and as Personal Representative of the Estate of MATTHEW VECERE.

Robert A. Clifford, Kevin P. Durkin, Tracy A. Brammeier, and John V. Kalantzis are members in good standing of the Bar of the State of Illinois and are admitted to practice before this Court. As no trial date is pending, the granting of this motion will not cause any undue delay or be otherwise inequitable.

WHEREFORE, Robert A. Clifford, Kevin P. Durkin, Tracy A. Brammeier, and John P. Kalantzis of Clifford Law Offices, P.C. respectfully request this Honorable Court grant Mr. Clifford, Mr. Durkin, Ms. Brammeier, and Mr. Kalantzis of Clifford Law Offices, P.C. leave to file their additional appearances as Counsel for Surviving Beneficiary, TOMRA VECERE.

Dated: July 23, 2020

Respectfully Submitted,

/s/ Robert A. Clifford
Robert A. Clifford (ARDC No. 0461849)
Kevin P. Durkin (ARDC No. 3127906)
Tracy A. Brammeier (ARDC No. 6317792)
John V. Kalantzis (ARDC No. 6283187)
120 N. LaSalle Street, Ste. 3100
Chicago, IL 60602
312-899-9090
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

CERTIFICATE OF SERVICE

I, Robert A. Clifford, certify under penalty of perjury that on this 23rd day of July, 2020, I electronically filed the foregoing **Unopposed Motion for Leave to File Additional Appearance** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: July 23, 2020  /s/ Robert A. Clifford

Robert A. Clifford
One of the Attorneys for TOMRA VECERE