IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| | **SHORT FORM FIRST AMENDED COMPLAINT AND NOTICE OF ADOPTION OF MASTER COMPLAINT** |
| BRIAN ARIS KOBIERO, Individually and on behalf of DAWN CHRISTINE TANNER, Deceased, | |
| Plaintiff, | |
| v. | |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AEROSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation, | |
| Defendants. | |

1

Plaintiff, BRIAN ARIS KOBIERO, Individually and on behalf of DAWN CHRISTINE TANNER, Deceased, COMPLAINS OF THE DEFENDANTS JOINTLY AND SEVERALLY, AS FOLLOWS:

1. Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiff incorporates by reference each of the Counts in the Master Complaint checked below:

*As* against *THE BOEING COMPANY:*

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

☒ Count Five for Negligence

☒ Count Six for Strict Liability

☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

**PLAINTIFF'S INFORMATION:**

5. Decedent, DAWN CHRISTINE TANNER, is an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

6. On February 26, 2020 Plaintiff previously filed a cause of action (Case Number: 1:20-cv-01423, the Honorable Mary M. Rowland presiding) in an independent capacity as legally recognized Husband at Common Law of Decedent, DAWN CHRISTINE TANNER who was killed in the crash of March 10, 2019.

7. Due to potential conflicts of interest that unexpectedly arose, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice on February 27, 2020. The Voluntary Dismissal was Plaintiff's first. Plaintiff now refiles his cause of action under new lead counsel.

8.  At the time of her death, Decedent, DAWN CHRISTINE TANNER was a resident of Ontario, Canada, and a Canadian citizen residing at 137 Tragina Avenue South, Hamilton, Ontario, Canada. Plaintiff resides in Sega, Siaya County, Kenya and is a citizen of the Republic of Kenya.

9.  Plaintiff acknowledges that Hunter Tanner French is the proper Trustee to Decedent's Estate, that Hunter Tanner French and Cody Kevin French constitute Decedent's legal heirs, but not Decedent's only legal heirs.

☒ Other (please describe): None at this time. Plaintiff reserves his right to amend or supplement timely, as necessary.

### PLAINTIFF'S DAMAGES:

10. Plaintiff requests the relief checked below:

All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

☒ For past and future grief, emotional distress, and sorrow, in an amount according to

4

proof at trial.

☒ For all property losses, if any, in an amount according to proof at trial.

☒ For attorneys' fees, costs and other damages as permitted under applicable laws.

☒ For punitive and exemplary damages in an amount according to proof at trial.

☒ For pre- and post-judgment interest on all damages as allowed by the law.

☒ For all costs of suit incurred herein.

☒ For such other and further relief as the Court shall deem just and proper.

☒ Other (please describe): None at this time. Plaintiff reserves his right to amend or supplement timely, as necessary.

DEMAND FOR JURY TRIAL

PLAINTIFF hereby demands a trial by jury as to all claims in this action.

DATED: July 24, 2020

ARTURO J. GONZÁLEZ P.C.

/s/ Arturo J. González
Arturo J. González*
Texas Bar No. 8124050
405 Main Street, 2nd Floor
Houston, Texas 77002
Tel. 713-237-8383
Fax. 713-237-8385
Email: Art@ajg-law.com

**COUNSEL FOR PLAINTIFF**
**BRIAN ARIS KOBIERO**

\* Registered as a member of the Trial Bar for the United States District Court for the Northern District of Illinois on July 15, 2020.