IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re: Ethiopian Airlines Flight ET 302 Crash** ) ) ) ) Mohamed Farrag Mohamed Megali, ) Individually and as Special Administrator ) of the Estate of Abdel Hamid Farrag ) Mohamed Megali, Deceased, ) ) *Plaintiff*, ) ) v. ) ) ) THE BOEING COMPANY, a ) corporation, ROCKWELL COLLINS, ) INC., a corporation, ROSEMOUNT ) AEROSPACE, INC., a corporation, ) ) *Defendants.* ) | Lead Case No.: 19-cv-02170  Original Case No.: 19-cv-05803   District Judge Jorge L. Alonso Magistrate Judge David Weisman |

**JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE
AND APPROVAL OF MINOR SETTLEMENTS**

Plaintiff, Mohamed Farrag Mohamed Megali, Individually and as Special Administrator of the Estate of Abdel Hamid Farrag Mohamed Megali, Deceased (the "Decedent"), and as next friend for the Decedent's minor children O.A.F.M. and A.A.F.M. and Decedent's minor brother A.F.M., by their undersigned attorneys, respectfully move this Court for an order approving the settlement with Defendants, The Boeing Company, Rockwell Collins, Inc., and Rosemount Aerospace, Inc., of all claims relating to the death of Abdel Hamid Farrag Mohamed Megali, Deceased and dismissing those claims with prejudice, and in support thereof state as follows:

**FACTS**

1. Decedent was a passenger on board a Boeing 737 MAX 8 aircraft, registered as ET-AVJ ("Subject Aircraft") and operated by Ethiopian Airlines as ET Flight 302 en route from Addis Ababa, Ethiopia to Nairobi, Kenya on March 10, 2019.

1

2. Flight ET 302 crashed in Ethiopia shortly after takeoff, killing all 157 persons aboard the airplane, including the Decedent.

3. Plaintiff has asserted wrongful death and survival actions arising out of the death of the Decedent in the crash of ET 302 and on behalf of all heirs of the Decedent. Those heirs include the following: Aziza Mansour Abdelhamid Abdelfedel, the Decedent's spouse; Decedent's two minor children: O.A.F.M., age 4; and A.A.F.M., age 1; Decedent's father, Farrag Mohamed Megali Nofal; Decedent's mother, Makpola Ahmed Saad Nofal; and Decedent's three siblings, Mohamed Farrag Mohamed Megali, Houda Farrag Mohamed Megali, and A.F.M., a minor.

4. The undersigned counsel for Plaintiffs is an independent attorney who represents the interests of Plaintiff and Decedent's heirs, including the minor heirs, who has investigated, and is familiar with, the facts of this matter, including Plaintiff's claims, damages, Defendant's defenses and positions, relevant legal authorities, and evidence. Plaintiff's counsel has adequately investigated and evaluated all aspects of this matter on behalf of Decedent's minor children O.A.F.M. and A.A.F.M. and Decedent's minor brother A.F.M. They are members of the same family and whose claims and interests do not conflict with one another.

## PLAINTIFF'S ALLEGATIONS

5. Plaintiff filed a complaint based on products liability and negligence against Boeing and thereafter adopted the Master Complaint filed in the Lead Case.

6. Plaintiff alleges, among other things, that Boeing and certain component part manufacturers, namely Rockwell Collins, Inc. and Rosemount Aerospace, Inc. designed, manufactured, assembled, and sold the Subject Aircraft.

7. Plaintiff alleges that the Subject Aircraft was defective.

8. Plaintiff alleges that as the direct and proximate result of the alleged defective condition, the Subject Aircraft crashed into the terrain near Addis Ababa, Ethiopia, resulting in the death of the Decedent.

9. Plaintiff alleges that as a direct and proximate result of the alleged defective condition of the Subject Aircraft, Decedent's heirs and next of kin have suffered loss of support, loss of net accumulations, loss of household services, loss of care, comfort, companionship, guidance, and

society and mental anguish, sorrow and grief and various other damages as the result of the death of the Decedent.

## PLAINTIFF'S DAMAGES

10. Decedent Abdel Hamid Farrag Mohamed Megali was 26-years-old at the time of his death and nearly finished with his PhD. Decedent was a passenger on the flight.

11. The Decedent is survived by the following heirs:

    a. Aziza Mansour Abdelhamid Abdelfedel, the Decedent's spouse;
    b. Decedent's minor son, O.A.F.M., age 4;
    c. Decedent's minor daughter, A.A.F.M., age 1;
    d. Decedent's father, Farrag Mohamed Megali Nofal;
    e. Decedent's mother, Makpola Ahmed Saad Nofal;
    f. Decedent's brother, Mohamed Farrag Mohamed Megali;
    g. Decedent's sister, Houda Farrag Mohamed Megali; and,
    h. Decedent's minor brother, A.F.M.

## DEFENDANT'S POSITION AND DEFENSES

12. Defendants deny that the Subject Aircraft was defective and further deny that any act or omission by them proximately caused this crash.

## SETTLEMENT AGREEMENT

13. Counsel for Plaintiff and counsel for Defendants engaged in a mediation before retired Cook County Circuit Court Chief Judge O'Connell and have reached an agreement to settle the claims of Plaintiff (including Plaintiff's claims on behalf of Decedent's estate and heirs) against all Defendants.

14. As a condition of the settlement, Plaintiff has agreed to keep the amount of the settlement confidential.

15. A sealed declaration providing the terms of the settlement will be provided to the Court separately and filed under seal.

16. In negotiating this settlement, Plaintiff's counsel considered the strength of Plaintiff's action against the Defendants and Defendant's asserted defenses.

17. Plaintiff's counsel is experienced in the representation of families of victims of international airplane accidents. Plaintiff's counsel believes the settlement amount is fair and reasonable based on their experience and all the above-stated considerations, including the minor Plaintiffs' damages as a result of their minor status, and their incapacity in general.

18. The mediator Judge O'Connell has a great deal of experience as a judge in aviation matters and also believes this is a reasonable settlement.

19. Plaintiff's counsel has fully explained all the above facts to Plaintiff and the Decedent's heirs, and they agree that the settlement amount is fair and reasonable, and Plaintiff seeks the Court's approval of this settlement.

WHEREFORE, the Parties pray that this Court enter an Order:

a. Finding the undersigned, Monica R. Kelly, is an independent attorney adequately representing the interests of the minor Plaintiffs O.A.F.M., A.A.F.M., and A.F.M. and who is competent to represent the interests of minor plaintiffs and next of kin who are members of the same family;

b. Approving on behalf of the minor Plaintiffs O.A.F.M., A.A.F.M., and A.F.M. the settlement of the claims of Plaintiff (including Plaintiff's claims on behalf of Decedent's estate and heirs, including the minor heirs) against the Defendants and dismissing those claims with prejudice and without costs;

c. Dismissing Plaintiff's action with prejudice and without costs against Defendants; and,

d. Providing Plaintiff with such other relief as this Court may deem just.

Dated: January 26, 2021          Respectfully submitted,

By: /s/ *Monica R. Kelly*  
Manuel von Ribbeck  
Monica Ribbeck Kelly  
Ribbeck Law Chartered  
505 N. Lake Shore Drive, Suite 102  
Chicago, Illinois 60611  
(833) 883-4373  
(312) 973-0146  

By: /s/ *Dan K. Webb*  
Dan K. Webb  
DWebb@Winston.com  
Christopher B. Essig  
CEssig@Winston.com  
Julia M. Johnson  
Jmjohnson@Winston.com  
Winston & Strawn LLP

| | |
|---|---|
| mail@ribbecklaw.com | 35 West Wacker Drive |
| monicakelly@ribbecklaw.com | Chicago, Illinois 60601-9703 |
| *Attorneys for Plaintiff* | T: (312) 558-5600 |
| | *Attorneys for Defendant, The Boeing Company* |