**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: Ethiopian Airlines Flight ET 302 Crash** | ) ) ) ) | |
| Mohamed Farrag Mohamed Megali, Individually and as Special Administrator of the Estate of Abdel Hamid Farrag Mohamed Megali, Deceased, | ) ) ) ) ) | Lead Case No.: 19-cv-02170 Original Case No.: 19-cv-05803 |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| THE BOEING COMPANY, a corporation, ROCKWELL COLLINS, INC., a corporation, ROSEMOUNT AEROSPACE, INC., a corporation, | ) ) ) ) ) ) ) | District Judge Jorge L. Alonso Magistrate Judge David Weisman |
| *Defendants.* | ) | |

**NOTICE OF JOINT MOTION**

  PLEASE TAKE NOTICE that Plaintiff, Mohamed Farrag Mohamed Megali, Individually and as Special Administrator of the Estate of Abdel Hamid Farrag Mohamed Megali, Deceased (the "Decedent"), by their undersigned counsel, will present the foregoing **Joint Motion for Dismissal of Plaintiff's Claims with Prejudice and Approval of Minor Settlement** before the Honorable Judge Jorge L. Alonso on Monday, February 1, 2021 at 9:30 a.m., in courtroom 1903.

1

Dated: January 26, 2021         Respectfully submitted,

                               By: /s/ *Monica R. Kelly*
                               Manuel von Ribbeck
                               Monica Ribbeck Kelly
                               Ribbeck Law Chartered
                               505 N. Lake Shore Drive, Suite 102
                               Chicago, Illinois 60611
                               (833) 883-4373
                               (312) 973-0146
                               mail@ribbecklaw.com
                               monicakelly@ribbecklaw.com
                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certify that on January 26, 2021, I served a copy of the foregoing NOTICE OF JOINT MOTION on all counsel of record, by filing same with the Court via the ECF system, which will send copies to all counsel of record.

Respectfully submitted,

By: /s/ *Monica R. Kelly*
Manuel von Ribbeck
Monica Ribbeck Kelly
Ribbeck Law Chartered
505 N. Lake Shore Drive, Suite 102
Chicago, Illinois 60611
(833) 883-4373
(312) 973-0146
mail@ribbecklaw.com
monicakelly@ribbecklaw.com
*Attorneys for Plaintiff*