# Exhibit 1

 48  +254 728 323234  

Today

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

Hi Zipporah,
I hope you are well. I am Caroline Wangari an Advocate currently working with Supreme Court of Kenya. 11:50

Are you well represented in your Boeing case? I would like to get you in touch with aviation lawyers who have already settled their first Kenyan and first Egyptian ET 302 Boeing cases. The firm has also settled 68 out of their 88 Indonesian Lion Air cases. Would you like to hear from them? 11:50

Where did you get my number ?
11:51 ✓✓





 **+254 728 323234** 48

I can see their name in the articles?

Yes! Let me share right now. 12:06

→ Forwarded

**First Ethiopian Airlines Flight 302 Boeing 737 MAX 8 Settlement Announced | Airways Magazine**
Ribbeck Law Chartered (Ribbeck) announced the first settlement of lawsuits filed against Boeing by victims of the crash of Ethiopian Airlines (ET) Flight 302.
airwaysmag.com

https://airwaysmag.com/airlines/first-ethiopian-airlines-flight-302-max-8-settlement/ 12:06

→ Forwarded

https://youtu.be/mTbE1QflSXU 12:06

→ Forwarded



12:06