# Exhibit 2

# First Ethiopian Airlines Flight 302 Boeing 737 MAX 8 Settlement Announced

By **John Huston** - December 15, 2020



**MIAMI –** Ribbeck Law Chartered (Ribbeck) today announced the first settlement of lawsuits filed against airplane manufacturer Boeing by victims of the crash of Ethiopian Airlines (ET) Flight 302.

In a press release, the firm said that this is the first ET Air Flight 302 case to settle from dozens of lawsuits filed in US Federal Court in Chicago against Boeing by Ribbeck. Lawsuits were filed on behalf of victims' families in the aftermath of two fatal crashes involving the same Boeing 737 Max 8 model plane.

Ribbeck, with headquarters in Chicago, IL, also home of Boeing, has sought reasonable and fair compensation for the families of the victims of these tragedies. Ms. Kelly Wood-Prince of Ribbeck remarked, "While the amounts cannot be disclosed, as they are confidential, we are pleased with the results."

Wood-Prince added, "We believe Boeing has compensated our families fairly, reasonably, and timely. We didn't want the families to wait for years and years of litigation. It is important to note that no amount of money will bring our clients' beloved family members back."



Mr. Manuel von Ribbeck, of Ribbeck, stated, "Boeing is changing the way it operates and is trying to make its 737 Boeing Max 8 model safer. That is all that the families have ever wanted. We are pleased justice has been done in this case. It is time for forgiveness and to look to the future."



Ribbeck Law Chartered Founding Partner Manuel von Ribbeck (left), Igeria & Ngugi Advocates Head of Litigation David Njoroge and Global Managing Director of Ribbeck Law Chartered's Air Disasters Global Insurance Claims Deon Botha. Ribbeck Law Chartered, representing most of the victims of Boeing 737 Max 8 crashes against Boeing has settled the first case from the Ethiopian Air Flight ET302 plane crash filed by Kenyan families resulting in a multimillion-dollar compensation. Photo: Ribbeck Law.

## Boeing 737 MAX Final Report

The final report on the Boeing 737 MAX 8 found "repeated and serious failures" by Boeing and identified several key factors contributing to the Boeing 737 MAX 8 crash. These included design flaws and profit and production priorities at the expense of safety.

The report laid out numerous disturbing revelations about how Boeing—under pressure to compete with Airbus and deliver profits for Wall Street—escaped scrutiny from the FAA, withheld critical information from pilots, and ultimately put planes into service that killed 346 innocent people in the two separate crashes.

