# Exhibit 4



**Magdalene ET302**

> I met the lawyers Jana at kampensky — 18:41

> **You**
> Thanks. Been in the garage. Naelekea huko kesho.

> I wi — 18:47

> **You**
> I met the lawyers Jana at kampensky

> Really?? — 18:47

> Manuel wanted to meet me before he travels — 19:45

> ↱ Forwarded
> Manuel wanted to meet me before he travels — 19:47

> **Magdalene ET302**
> Manuel wanted to meet me before he travels

> Deon has told me — 19:48

> Did you get the cash? — 19:48

26 JANUARY 2021







**+251 91 147 3815** — last seen today at 16:06

- Hello there — 11:31
- Halo — 11:46
- How are you doing? — 12:31
- Am fine and yu — 13:55
- I am fine as well. — 13:55
- Thank you! — 13:55
- Last night I spoke to Manuel he told me about his meeting with your brother. Will you have time for a drink anytime today? — 13:56
- You me, magda and Deon — 13:56
- Manuel wants us to tell you guys 5 things. — 13:56
- I'll be away for three weeks. I am flying to Mombasa in a few — 14:10
- Let's have meetings online or on phone — 14:11
- Ow okay so we will have a zoom. — 14:11

