# Exhibit 5



**Robert A. Clifford**

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

Telephone 312-899-9090
Fax 312-251-1160
RAC@CliffordLaw.com
www.CliffordLaw.com

VIA EMAIL
February 8, 2021

Mr. Manuel von Ribbeck
Ms. Monica Ribbeck Kelly Wood-Prince
Ribbeck Law Chartered
505 N. Lake Shore Drive
Suite 102
Chicago, IL 60611
mail@ribbecklaw.com
monicakelly@ribbecklaw.com

Re:  Cease and Desist All Further Communications to Clients of Clifford Law Offices, P.C.

Mr. von Ribbeck and Ms. Kelly Wood-Prince,

I write to you regarding clear and uncontradictable reports that you and third-party individuals on your behalf have been in contact directly in-person, as well as via text and other messaging modes with clients who reside in Africa and are represented by Clifford Law Offices, P.C. I hereby demand that you immediately refrain from and cease and desist such improper and unethical conduct.

At a minimum, we are aware of improper communications with the following clients of Clifford Law Offices, P.C.:

- Allan Onyango Jaboma, brother to Bella Beryl Achieng Jaboma
- Zipporah Kuria, daughter to Joseph Kuria Waithaka
- Michael Kabugi, son to George Gikonyo Kabugi
- Amr Lotfy, son to Suzan Farag
- Elsie Wayama Otieno, daughter to Juliet Murundu Otieno

The improper and unethical interference with the continuing attorney-client relationship between these clients and Clifford Law Offices, P.C. is prohibited by law, the Illinois Rules of Professional Conduct and rules of the Illinois Supreme Court. If our attorney-client relationship is interfered with in any way by reason of your improper conduct, then appropriate further legal action will be taken.



Moreover, this conduct is in specific violation of Illinois Supreme Court Rule 4.2 which states:

*During the course of representing a client a lawyer shall not communicate or cause another to communicate on the subject of the representation with a party the lawyer knows to be represented by another lawyer in that matter unless the first lawyer has obtained the prior consent of the lawyer representing such party or as may otherwise be authorized by law.*

Your conduct and that of the third-party individuals acting on your behalf not only violate this Rule, they are an intentional interference with the contractual relationship Clifford Law Offices P.C. enjoys with its clients.

Be further advised that this intentional and tortious interference with our attorney-client relationship shall be brought to the attention of the U.S. District Court for the Northern District of Illinois, and also the Attorney Registration and Disciplinary Commission of the State of Illinois. This solicitation of clients is highly unethical and improper. I again direct you to Cease and Desist from sending text messages, email correspondence, attempting direct contact, or making any telephone calls that in any way, shape, or form attempt to communicate in any manner with clients represented by Clifford Law Offices, P. C.

We further demand that you provide written assurance by close of business tomorrow, Tuesday, February 9, 2021, that you will cease and desist as requested above from any further contact with any of these clients.

Regards,

ROBERT A. CLIFFORD

Cc: Kevin P. Durkin
    Tracy A. Brammeier
    John V. Kalantzis
    Frank M. Pitre
    John P. Thyken
    Nabilah A. Hossain