# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH**<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation,<br><br>Defendants.<br><br>———————<br><br>PLAINTIFFS' EXECUTIVE COMMITTEE,<br><br>Movant,<br><br>v.<br><br>MANUEL VON RIBBECK AND MONICA R. KELLY WOOD-PRINCE,<br><br>Respondents | Lead Case No. 19-cv-02170<br><br>*This Filing Relates to All Actions*<br><br>Hon. Jorge L. Alonso<br><br>Hon. M. David Weisman |

### AFFIDAVIT OF KEVIN P. DURKIN

I, Kevin P. Durkin, being first duly sworn, depose, and state:

1. I am a Partner at Clifford Law Offices, which is a member of Plaintiffs' Executive Committee.

2. I am submitting this Affidavit in support of Plaintiffs' Executive Committee's Motion for Entry of Order to Show Cause (hereinafter "the Motion").

28918882v1

3. I have read the Motion, and I am familiar with the factual statements therein. To the best of my knowledge, information, and belief formed after a reasonable inquiry under the circumstances, the statements made in the Motion are well-grounded in fact.

4. Exhibits 1 and 4 to the Motion are true and correct copies of WhatsApp messages that Clifford Law Offices obtained from Zipporah Kuria and Allan Onyango Jaboma, respectively.

5. Exhibit 5 and 6 are true and correct copies of cease and desist letters that were sent to Manuel von Ribbeck and Monica R. Kelly Wood-Prince by Clifford Law Offices and Power Rogers LLP, respectively.

6. To the best of my knowledge, neither Clifford Law Offices nor Power Rogers LLP have received any response to their respective cease and desist letters.

7. I declare under penalty of perjury under the laws of the United States that the statements of fact contained in this Affidavit are true and correct.

Executed on February 23, 2021

                                                */s/ Kevin P. Durkin*
                                                   Kevin P. Durkin

28918882v1