# Exhibit 9

**+254 728 323234**
online

12/29/2020

🔒 Messages are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Click to learn more.

Hi Kabugi, I hope you are well. 13:15

My name is Caroline Wangari, can we talk? 13:15

Hello Caroline. Sure. 13:20 ✓✓

Thank you. 13:21

Tell me 13:26 ✓✓

I tried to call you but the call did not go through so I decided to chat with you here. 13:32

I am a Lawyer, currently at Supreme Court. I offer legal aid and I have been calling families of the victims of the Ethiopian aircrash to check up on them and to see whether they have been represented or not, for those who are already represented whether they are happy with that representation so far and to offer legal advise to those who may be looking to get a second opinion. 13:32

I am a Lawyer, currently at Supreme Court. I offer legal aid and I have been calling families of the victims of the Ethiopian aircrash to check up on them and to see whether they have been represented or not, for those who are already represented whether they are happy with that representation so far and to offer legal advise to those who may be looking to get a second opinion. 13:33

+254 728 323234 ~Caroline
I am a Lawyer, currently at Supreme Court. I offer legal aid and I have been calling



**+254 728 323234**
online

to see whether they have been represented or not, for those who are already represented whether they are happy with that representation so far and to offer legal advise to those who may be looking to get a second opinion.
13:33

**+254 728 323234**  ~Caroline
I am a Lawyer, currently at Supreme Court. I offer legal aid and I have been calling families of the victims of the Ethiopian aircrash to check up on them and to see whether they have been represented or not, for those who are already represented …

Thanks. I'll think about it and feedback.
14:13

Would you be willing to hear from the lawyers who have already settled the compensation for the Kenyan family? I would be happy to arrange a one-on-one meeting with them.
14:20

**+254 728 323234**  ~Caroline
Would you be willing to hear from the lawyers who have already settled the compensation for the Kenyan family? I would be happy to arrange a one-on-one meeting with them.

Thanks but not for now.
14:33

**You**
Thanks but not for now.

Okay. I look forward to hearing from you. Thank you for talking to me. Have a good day.
14:36

Cool! Merry Christmas and Happy New Year.
14:45

Merry Christmas and a happy new year to you too. 14:46

1/9/2021

**+254 728 323234**
online

Thanks but not for now.

Okay. I look forward to hearing from you. Thank you for talking to me. Have a good day.
14:36

Cool! Merry Christmas and Happy New Year.
14:45

Merry Christmas and a happy new year to you too.
14:46

1/9/2021

🔒 Your security code with +254 728 323234 changed. Click to learn more.

TODAY

Hi Carol. Sorry to text late. But if I may ask, which firm are you representing?
21:43

Hi Kabugi, happy new year! I do not represent any firm but as I told you in December, I would be happy to connect you to the Kenyan family that was compensated. Are you well represented in your case?
21:55

Happy new year! Of what benefit would it be to connect with them?
21:57

1 UNREAD MESSAGE

You
Happy new year! Of what benefit would it be to connect with them?

I am sure you will get to know how their case was resolved, the timeline and the legal process they used.
22:01