# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>　　Plaintiffs,<br><br>　　v.<br><br>THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation,<br><br>　　Defendants.<br>_____<br><br>PLAINTIFFS' EXECUTIVE COMMITTEE,<br><br>　　Movant,<br><br>　　v.<br><br>MANUEL VON RIBBECK AND MONICA R. KELLY WOOD-PRINCE,<br><br>　　Respondents | Lead Case No. 19-cv-02170<br><br>*This Filing Relates to All Actions*<br><br>Hon. Jorge L. Alonso<br><br>Hon. M. David Weisman |

## AFFIDAVIT OF KEVIN P. DURKIN

I, Kevin P. Durkin, being first duly sworn, depose, and state:

1. I am a Partner at Clifford Law Offices, which is a member of Plaintiffs' Executive Committee.

2. I am submitting this Affidavit in further support of Plaintiffs' Executive Committee's Motion for Entry of Order to Show Cause.

3. I have read Plaintiff's Executive Committee's Supplemental Submission in Support of Plaintiff's Executive Committee's Motion for Entry of Order to Show Cause

(the "Supplemental Submission"), and I am familiar with the factual statements therein. To the best of my knowledge, information, and belief formed after a reasonable inquiry under the circumstances, the statements made in the Supplemental Submission are well-grounded in fact.

4. Exhibits 9 and 11 to the Supplemental Submission are true and correct copies of WhatsApp messages that Clifford Law Offices obtained from its clients Michael Kabugi and Amr Lotfy.

5. I declare under penalty of perjury under the laws of the United States that the statements of fact contained in this Affidavit are true and correct.

Executed on March 15, 2021

/s/ Kevin P. Durkin
Kevin P. Durkin