# Exhibit 11



17:38

**+20 121 205 6611**
last seen today at 15:21

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

This chat is with a business account. Tap to learn more.

Hello mr omar....
I am doctor mohamed brother of deceased abdelhamid who was with your mom in the ethiopia plane crashed.. I hope to remmber me.... I ask my god  that our be loved be in the paradise... And ask a pataince for us..... I wanna tell you that i already finish my case  and if you need my help in any procedures or if you wanna to ask about anything, i will be ready for help as much as possible.
Regards                    15:29

Hello Dr. Mohamed thats good news ! And I hope they  all rest in peace in paradise. How did that happen so fast ?!!! and the



17:39      4G

< 4    **+20 121 205 6611**
last seen today at 15:21

Hello Dr. Mohamed thats good news ! And I hope they all rest in peace in paradise. How did that happen so fast ?!!! and the compensation was rewarding ?
If it doesn't bother you may I know the amount of compensation or a round figure .
Warmest regards
16:00

I wish that too....
It is not fast, should finish everthing from two months ago but i took more time to get the notrazation of the settelment..... It is the srcond settelment... It is Very rewarding as for me... Also my lawyers told me it is a double what the other Egyptian family will get..... As you know it is a Confidentiality settelment... Let me ask my lawyers first if it is suitable to tell you
16:05

I know its confidential thats why . asked you for a round figure not the



17:39      4G

‹ 4    **+20 121 205 6611**
      last seen today at 15:21

I know its confidential thats why I asked you for a round figure not the exact amount so you be safe.
You can say between this and that !
I thought no settlement would happen until the final report from the Ethiopian airlines?
But thats good news anyway if it's rewarding for you .

16:10

➔ Forwarded
https://airwaysmag.com/airlines/first-ethiopian-airlines-flight-302-max-8-settlement/

16:11

➔ Forwarded
News Articles Kenya 12/14/20

https://youtu.be/mTbE1QflSXU

https://www.google.com/amp/s/citizentv.co.ke/news/kenyan-family-receives-compensation-from-boeing-over-ethiopian-airlines-crash-2269836/%3famp

https://www.kbc.co.ke/family-



17:39      4G

< 4   **+20 121 205 6611**
last seen today at 15:21

↗ Forwarded

News Articles Kenya 12/14/20

https://youtu.be/mTbE1QflSXU

https://www.google.com/amp/s/
citizentv.co.ke/news/kenyan-family-
receives-compensation-from-
boeing-over-ethiopian-airlines-
crash-2269836/%3famp

https://www.kbc.co.ke/family-
et302-crash-victims-receive-
compensation/

https://www.kenyans.co.ke/news/
60275-kenyan-family-gets-
ksh335m-compensation-over-
ethiopian-plane-crash?
utm_source=facebook&utm_mediu
m=kk

https://www.tuko.co.ke/396431-
ethiopian-airlines-crash-first-
kenyan-victims-family-reach-
record-breaking-settlement-
boeing.html







17:39

◀ 4    +20 121 205 6611
       last seen today at 15:21

**You**
Ok I see so you have better advantage than them ? Right?

More than them... And they know how much each Egyptian family got.. And they could to get the biggest one to me 😬 .. I know your lawyers well.... Mr taher... Am i right

16:31

I sware to God no one has contacted me for any settlement ! I am just asking have you triple amount than the kenyans or more ?

16:34

**You**
I sware to God no one has contacted me for any settlement !
I am just asking have you triple amount th...

It doesn't matter... I am following up with all the Egyptian families from the first day to today... I know everthing about all the procedures of each case and you get the first settelment and you refused it ( not



17:39

< 4   +20 121 205 6611
last seen today at 15:21

**You**
I sware to God no one has contacted me for any settlement !
I am just asking have you triple amount th...

It doesn't matter... I am following up with all the Egyptian families from the first day to today... I know everthing about all the procedures of each case and you get the first settelment and you refused it ( not you but your lawyers because it was low amount .... He should tell you about it) now all the families got the second settelment but they waiting for notrazation and the last procedures in the court                    16:37

I am not in Egypt, I live in the Uk thats I don't have any contact with the other families                    16:39

But your lawyers is an Egyptian one                    16:40

Mr taher   16:40

Am i right   16:40



**17:39**

‹ 4  +20 121 205 6611
last seen today at 15:21

Mr taher  16:40

Am i right  16:40

No  16:40 ✓✓

We don't live in Egypt me and my
brother if you want know  16:41 ✓✓

**You**
We don't live in Egypt me and my brother if
you want know

That is great... I hope to do soon
haha  16:42

But still we families of all victims
care about each other and I thank
you for that 🙏  16:42 ✓✓

**You**
But still we families of all victims care about
each other and I thank you for that 🙏

Yeah  16:43

We first and any one at last  16:43

No one of lawyers need our benifits



17:39

4G

< 4 **+20 121 205 6611**
last seen today at 15:21

**You**
But still we families of all victims care about
each other and I thank you for that 🙏

Yeah                                    16:43

We first and any one at last       16:43

No one  of lawyers need our benifits
all of them seeking to their own
                                        16:43

I really don't know and thank you
again for keeping me update with
the news                          16:44 ✓✓

**+20 121 205 6611**  ~Mohamed Farrag
No one  of lawyers need our benifits all of
them seeking to their own

Yes sure you're right          16:44 ✓✓

**You**
But still we families of all victims care about
each other and I thank you for that 🙏

It was my first words at the first
days of the crash but know one
listent to me                      16:44



17:40

📶 4G 🔋

< 4

**+20 121 205 6611**
last seen today at 15:21

📞

**You**
But still we families of all victims care about
each other and I thank you for that 🙏

It was my first words at the first
days of the crash but know one
listent to me                    16:44

**You**
I really don't know and thank you again for
keeping me update with the news

Always... I am always offer my help
without any thing in return 🤍     16:45

Each family has different situations
and the disaster is having its toll on
each one of us                    16:46 ✓✓

Thank you so much and I hope you
keep me updated with the news
God bless you 🙏                  16:46 ✓✓

**You**
Each family has different situations and the
disaster is having its toll on each one of us

Sure... It was a diffecult days and
still... No one of you feeling about

+                              🏷️ 📷 🎤



17:40

**+20 121 205 6611**
last seen today at 15:21

**You**
Each family has different situations and the disaster is having its toll on each one of us

Sure... It was a diffecult days and still... No one of you feeling about that than me.... I was alone here in each procedures and i was put in this case although i am still so young....

16:47

I give me lawyers my signature in only 20 % although the other families give their by 33%!!!! .... I dont have a local one i am dealing with the amercan one directly....

16:49

And you did a great job by ending all the headaches from this case

16:50

**You**
And you did a great job by ending all the headaches from this case

Yeah.. Alhamdullah

16:50



17:40

4G

< 4  **+20 121 205 6611**
last seen today at 15:21

**You**
And you did a great job by ending all the headaches from this case

Yeah.. Alhamdullah    16:50

👍
16:51 ✓✓

If you need to ask about anything according to your case, i can forward to my lawyers in USA... They are so helpful and they will supply you by all information    16:52

Good luck 🤝    16:52

I am not handling the case but my brother is and you know that there must be one representative only form the family    16:55 ✓✓

Sure.... You can tell him.... Did you know that there is no lawyers ask to meet me and i refused... Each one of them add to me a New









17:40

‹ 4    **+20 121 205 6611**
       last seen today at 15:21

↱ Forwarded

Both crashes in Indonesia and Ethiopia were because of the same defect.

Our experts have conducted our own investigation.

We also have the final report from Indonesia.

Therefore, we do not need the report from Ethiopia. It will probably not reveal anything new.

We are ready to proceed to trial because we represent the largest number of claimants from Indonesia and have prepared for that case for more than two years.

That is the reason why Boeing will settle with us now and will not with other lawyers.

Boeing knows we are ready for trial.



**17:40**

📶 4G 🔋

< 4  **+20 121 205 6611**
last seen today at 15:21

Boeing knows we are ready for trial.

Boeing will not offer fair amounts or settle cases with other lawyers because they know they don't have anything ready and may take years to go to trial.

With the current situation in the world because of the Covid pandemic, we run the risk that some of these companies and their insurers will go out of business.

Our law firm has a perfect window of opportunity now and could help those who do not want to wait several years to get the compensation and run the risk that Boeing or its insurance company go out of business. 17:17

Read it carefully 17:17

I am not a lawyer to understar... such things but what I know for



17:40 · 4G

< 4  +20 121 205 6611
last seen today at 15:21

I am not a lawyer to understand such things but what I know for sure that although both crashes have same cause but they are totally different in circumstances 17:20

Yeah... I think you should ask your brother 17:24

Thu 14 Jan

↗ Forwarded

Boeing Charged with 737 Max Fraud Conspiracy and Agrees to Pay over

The Boeing Company (Boeing) has entered into an agreement with the Department of Justice to resolve a criminal charge related to a conspiracy to defraud the Federal Aviation Administration's Aircraft Evaluation Group (FAA AEG) in connection with the FAA AEG's evaluation of Boeing's 7...

www.justice.gov

https://www.justice.gov/opa/pr/boeing-charged-737-max-fraud-conspiracy-and-agrees-pay-over-25-billion 11:29







17:40        ..ll 4G 🔋

‹ 4   +20 121 205 6611
last seen today at 15:21

حلو طالما لسة ماخدناش حقنا من بوينج
12:19 ✓✓

حتى لو اخدت حقك
12:20

الناس بتاعت الطايره لاندونيسيه مخلصين
من زمان وبرضو ليهم ف الفلوس دي
12:21

لاء اللي مضي مش حياخد حاجة اعتقد
12:23 ✓✓

اسمع الفديو هتلاقيها بتقولك for each
planes crashed
12:24

وبتوع إندونيسيا مخلصين من زمان
واخدين فلوسهم كمان
12:24

وزي ما قلتلك ان دي منفصله تمام عن
القضيه
12:24

وكمان تقدر تطلب لها محامي جديد لو
احتاجت محامي
12:25

اه بس عقود التسوية دايما بيبقي فيها بند
انك ليس لك الحق في المطالبة بأي حقوق

