# Exhibit 12

IN **THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>    Plaintiffs<br><br>       v.<br><br>THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation,<br><br>    Defendants,<br>_____<br><br>PLAINTIFFS' EXECUTIVE COMMITTEE,<br><br>    Movants,<br><br>       v.<br><br>MANUEL VON RIBBECK AND MONICA R. KELLY WOOD-PRINCE,<br><br>    Respondents | Lead Case No. 19-cv-02170<br><br>*This Filing Relates to All Actions*<br><br>Hon. Jorge L. Alonso<br><br>Hon. M. David Weisman |

**DECLARATION OF JUSTIN T. GREEN**

    1.    I am the co-chair of the Plaintiffs' Executive Committee in the Ethiopian Airlines Flight 302 litigation and a partner of Kreindler & Kreindler LLP. My law firm represents two families of ET302 victims living in Kenya. Both families reported to me that they

received solicitations from individuals associated with the Ribbeck Law Firm before the families engaged my firm.

2.   Earlier this year, one of my clients, John Karanja, received a telephone call from a person named Wakili Caroline Wangari, who represented that she was calling from the "High Court" and wanted to talk about representation in the ET302 litigation. She called from telephone number +254 728 323234. She told Mr. Karanja that she was working with a U.S. law firm. Mr. Karanja told me that Ms. Wangari told him that he should "switch off [his] USA lawyers."

3.   Mr. Karanja lost his wife, his daughter and his three grandchildren in the crash of ET302.

4.   Mr. Karanja reported the telephone call to me and informed me that Ms. Wangari declined to identify the U.S. law firm on whose behalf she was calling.

5.   Mr. Karanja told me that he did not invite the phone call from Ms. Wangari.

6.   Mr. Karanja informed me that after the call Ms. Wangari sent him a text on January 6, 2021 at 1:30 p.m. That text read "Hi Mr. Karanja, I hope you are well. We spoke last week and said I should call you again today. Please call me back. Wakili Caroline Wangari." Attached as exhibit 1 is a screenshot of the text.

7.   I declare under penalty of perjury that the statements of fact contained in this declaration are true and correct.

Executed on March 15, 2021.

_____
Justin T. Green

# Exhibit 1

