UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Huguette Debets, et al.
Plaintiff,

v.  Case No.: 1:19−cv−02170
Honorable Jorge L. Alonso

Boeing Co., The, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 18, 2021:

MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Motion for entry of order to show cause [929] and the Supplemental submission in support of Plaintiffs' executive committee's motion for entry of order to show cause [1053] are taken under advisement. Respondents shall respond to the supplement to the motion [1053] by 4/14/21; Plaintiffs' shall reply by 4/28/21. The Court will rule electronically on the motion. Attorneys Manuel von Ribbeck and Monica R. Kelly Wood−Prince are directed to not have any contact, direct contact or indirect contact, with any person who is represented by legal counsel in connection with this litigation. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.