UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARGARET WANJIKU KARANJA**, as the Administrator and Personal Representative of the Estate of **HELEN WAITHIRA KARANJA,** Deceased, <br><br> Plaintiff, <br> vs. <br><br> **THE BOEING COMPANY,** a Delaware Corporation**;** <br><br> **ROSEMOUNT AEROSPACE, INC.** A Delaware Corporation, <br><br> **ROCKWELL COLLINS, INC**., A Delaware Corporation, <br> Defendants | Lead Case: 19-cv-02170 <br><br> Hon. Jorge L. Alonso <br><br> *This Filing Applies to: 19-cv-2770* |

## NOTICE OF JOINT MOTION

TO: All Defense Counsel of Record

PLEASE TAKE NOTICE that on the 6th day of April, 2021 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear via telephone before the Honorable Jorge L. Alonso or any other judge sitting in his stead in Courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL and present **Joint Motion for Dismissal of Plaintiff's Claims With Prejudice and Approval of Settlement**.

Lawrence T. Ruder
RUDER LAW, LLC
300 Saunders Rd, St. 200
Riverwoods, IL 60015
(312) 481-7007
ARDC #: 3126379
*lruder@ruderlaw.net*

## CERTIFICATE OF SERVICE

I, Lawrence T. Ruder, certify that on March 31, 2021, I electronically served a true and correct copy of this Notice of Motion upon all defense counsel of record via the Court's CM/ECF system.

*/s/ Lawrence T. Ruder*

1