**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE CRASH OF ETHIOPIAN AIRLINES FLIGHT ET 302<br><br>MOTEA SAEED ALI, Personal Representative and Administrator of the Intestate Estate of SIIT ABDALLA MOHAMED, deceased. | Lead Case No.: 19-cv-02170 (consolidated)<br><br>Filing Applies to: 19-cv-04162<br><br>Honorable Judge Jorge L. Alonso |

**NOTICE OF JOINT UNOPPOSED MOTION**

**TO: All Defense Counsel of Record**

PLEASE TAKE NOTICE that on the 6th day of April, 2021 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear via telephone before the Honorable Jorge L. Alonso or any other judge sitting in his stead in Courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and present **Plaintiff's Joint Motion for Dismissal of Plaintiff's Claims with Prejudice and Approval of Minor's Settlement.**

Lawrence T. Ruder
RUDER LAW, LLC
300 Saunders Rd, St. 200
Riverwoods, IL 60015
(312) 481-7007
ARDC #: 3126379
*lruder@ruderlaw.net*

**CERTIFICATE OF SERVICE**

I, Lawrence T. Ruder, certify that on April 1, 2021, I electronically served a true and correct copy of this Notice of Motion upon all defense counsel of record via the Court's CM/ECF system.

*/s/ Lawrence T. Ruder*

Case: 1:19-cv-02170 Document #: 1086 Filed: 04/01/21 Page 2 of 2 PageID #:21625