IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | |
| ANDREA SPINI, Individually and as Special Administrator of the Estate of GABRIELLA VICIANI, Deceased, and on behalf of her Surviving Children, Marco Spini, Francesco Spini, and Elisabetta Spini,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; and ROCKWELL COLLINS, INC., a Delaware corporation,<br><br>Defendants. | Lead Case No.: 19-cv-02170<br><br>*This Filing Relates to:* Case No. 19-cv-02969<br><br>District Judge Jorge L. Alonso<br><br>Magistrate Judge David Weisman |

## NOTICE OF JOINT MOTION

TO:  All Defense Counsel of Record

PLEASE TAKE NOTICE that on the 26th Day of April, 2021 at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff ANDREA SPINI, Individually and as Special Administrator of the Estate of GABRIELLA VICIANI, Deceased, and on behalf of his Surviving Children, Marco Spini, Francesco Spini, and Elisabetta Spini, by their undersigned counsel, will present the foregoing Joint Motion for Settlement Approval and Dismissal with Prejudice before the Honorable Judge Jorge L. Alonso, in courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois.

Dated: April 19, 2021  Respectfully submitted,

By: /s/ *Justin T. Green*
Justin T. Green
jgreen@kreindler.com
Anthony Tarricone
atarricone@kreindler.com
Vincent C. Lesch
vlesch@kreindler.com
Kreindler & Kreindler LLP
485 Lexington Avenue
New York, New York 10017
T: (212) 687-8181

Todd Smith
tsmith@smithlacien.com
Brian LaCien
blacien@smithlacien.com
Smith LaCien LLP
70 West Madison Street #2250
Chicago, Illinois 60602
T: 312-509-8900

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certify that on April 19, 2021, I served a copy of the foregoing NOTICE OF JOINT MOTION on all counsel of record, by filing same with the Court via the ECF system, which will send copies to all counsel of record.

*/s/ Todd Smith*