IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | |
| ANDREA SPINI, Individually and as Special Administrator of the Estate of CARLO SPINI, Deceased, and on behalf of his Surviving Children, Marco Spini, Francesco Spini, and Elisabetta Spini,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; and ROCKWELL COLLINS, INC., a Delaware corporation,<br><br>　　　　Defendants. | Lead Case No.: 19-cv-02170<br><br>*This Filing Relates to:* Case No. 1:19-cv-02971<br><br>District Judge Jorge L. Alonso<br><br>Magistrate Judge David Weisman |

## NOTICE OF JOINT MOTION

**TO:　All Defense Counsel of Record**

PLEASE TAKE NOTICE that on the 26th Day of April, 2021 at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff ANDREA SPINI, Individually and as Special Administrator of the Estate of CARLO SPINI, Deceased, and on behalf of his Surviving Children, Marco Spini, Francesco Spini, and Elisabetta Spini, by their undersigned counsel, will present the foregoing Joint Motion for Settlement Approval and Dismissal with Prejudice before the Honorable Judge Jorge L. Alonso, in courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois.

Dated: April 19, 2021                                    Respectfully submitted,

                                                By:   /s/ *Justin T. Green*
                                                      Justin T. Green
                                                      jgreen@kreindler.com
                                                      Anthony Tarricone
                                                      atarricone@kreindler.com
                                                      Vincent C. Lesch
                                                      vlesch@kreindler.com
                                                      Kreindler & Kreindler LLP
                                                      485 Lexington Avenue
                                                      New York, New York 10017
                                                      T: (212) 687-8181

                                                      Todd Smith
                                                      tsmith@smithlacien.com
                                                      Brian LaCien
                                                      blacien@smithlacien.com
                                                      Smith LaCien LLP
                                                      70 West Madison Street #2250
                                                      Chicago, Illinois 60602
                                                      T: 312-509-8900

                                                      *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned counsel hereby certify that on April 19, 2021, I served a copy of the foregoing NOTICE OF JOINT MOTION on all counsel of record, by filing same with the Court via the ECF system, which will send copies to all counsel of record.


                                                      /s/ *Todd Smith*