**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | |
| ANDREA SPINI, Individually and as Special Administrator of the Estate of CARLO SPINI, Deceased, and on behalf of his Surviving Children, Marco Spini, Francesco Spini, and Elisabetta Spini, | Lead Case No.: 19-cv-02170 |
| Plaintiff, | *This Filing Relates to:* Case No. 1:19-cv-02971 |
| v. | District Judge Jorge L. Alonso |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; and ROCKWELL COLLINS, INC., a Delaware corporation, | Magistrate Judge David Weisman |
| Defendants. | |

**JOINT MOTION FOR SETTLEMENT APPROVAL AND
DISMISSAL WITH PREJUDICE**

Plaintiff, ANDREA SPINI, Individually and as Special Administrator of the Estate of

CARLO SPINI, Deceased (the "Decedent"), and on behalf of his Surviving Children, Marco Spini,

Francesco Spini, Elisabetta Spini, and Andrea Spini, and heirs, and Defendant, THE BOEING

COMPANY, by their undersigned attorneys respectfully and jointly move this Court for an order

approving the settlement of all claims relating to the death of Carlo Spini, and dismissing those

claims with prejudice, and in support thereof state as follows:

1

**FACTS**

1.     Decedent was a passenger on board a Boeing 737 MAX 8 aircraft, registered as ET-AVJ (the "Subject Aircraft") and operated by Ethiopian Airlines as Flight ET302 from Addis Ababa, Ethiopia to Nairobi, Kenya on March 10, 2019.

2.     Flight ET302 crashed in Ethiopia shortly after takeoff, killing all 157 persons aboard the aircraft, including the Decedent.

3.     Plaintiff, ANDREA SPINI, was appointed Wrongful Death Special Administrator of the Estate of Carlo Spini by the Circuit Court of Cook County, Illinois, County Department, Law Division, pursuant to 740 ILCS 180/2.1 on May 2, 2019.

4.     Plaintiff asserted wrongful death and survival actions arising out of the death of the Decedent in the crash of ET302 and on behalf of the Decedent's surviving children and heirs, who are listed below along with the Decedent's surviving grandchildren:

   a.   Plaintiff Andrea Spini (adult son);

   b.   Marco Spini (adult son);

   c.   Francesco Spini (adult son);

   d.   Elisabetta Spini (adult daughter)

   e.   Chiara Spini (adult grandchild of decedent)

   f.   Alexander Marco Spini (adult grandchild of decedent)

   g.   M.T.S. (minor grandchild of decedent);

   h.   F.S. (minor grandchild of decedent);

   i.   L.S. (minor grandchild of decedent);

   j.   M.V.S. (minor grandchild of decedent);

   k.   B.Z. (minor grandchild of decedent); and

l.    G.Z. (minor grandchild of decedent).

5.      Plaintiff's attorneys have thoroughly investigated this matter and are intimately familiar with the facts and circumstances of this case, including the legal claims and damages, Defendants' legal defenses, relevant legal authorities in both Illinois and abroad, and evidence from investigation and discovery to date.  Plaintiff's counsel has adequately evaluated all aspects of this matter on behalf of the Estate, heirs, and wrongful death beneficiaries, all of whom are members of the same family whose claims and interests do not conflict.

## PLAINTIFF'S ALLEGATIONS

6.      Plaintiff filed this complaint alleging negligence, breach of warranty and strict products liability claims against Defendants, and subsequently adopted the Master Complaint filed in the Lead Case in this consolidated matter.

7.      Plaintiff alleges, among other things, that Defendant The Boeing Company, along with certain component part manufacturers, Defendants Rosemont Aerospace, Inc., and Rockwell Collins, Inc., designed, manufactured, assembled and sold the Subject Aircraft.

8.      Plaintiff alleges that the Subject Aircraft was defective and negligently designed, manufactured and/or assembled.

9.      Plaintiff alleges that as a direct and proximate result of this alleged defective condition, and negligent design, manufacture and assembly, the Subject Aircraft crashed into terrain near Addis Ababa, Ethiopia, resulting in the death of the Decedent.

10.     Plaintiff further alleges that as a direct and proximate result of the alleged defective condition, and negligent design, manufacture and assembly of the Subject Aircraft, the Decedent's children, heirs and wrongful death beneficiaries have suffered loss of support, loss of net accumulations, loss of household services, loss of care, comfort, companionship, guidance and

society, mental anguish, grief and sorrow, as well as various other damages as a result of the death of the Decedent.

## PLAINTIFF'S DAMAGES

11.     Decedent Carlo Spini was 75-years-old at the time of his death, and had been a practicing physician for almost 50 years.  Decedent was a passenger on Flight ET302 on his way to a project for Africa Tremila, a medical charity for which Carlo served as President and through which he had worked for over a decade to oversee the creation and oversight of 11 hospitals, orphanages and healthcare clinics in Kenya, Malawi, Eritrea, South Sudan, Madagascar and other countries in need.

12.     The Decedent is survived by his four adult children and 8 grandchildren identified in paragraph 4 above.  His wife of almost 50 years, Gabriella Viciani, perished with him on Flight ET302.

## DEFENDANTS' POSITION AND DEFENSES

13.     Defendants deny that the Subject Aircraft was defective or negligently designed, manufactured or assembled, and further deny that any act or omission by them proximately caused this crash.

## SETTLEMENT AGREEMENT

14.     Plaintiff and Defendants engaged in mediation before retired Cook County Circuit Court Chief Judge Donald O'Connell and have reached an agreement to settle all claims asserted by Plaintiff on behalf of Decedent's Estate, heirs and wrongful death beneficiaries against all Defendants.

15.     As a condition of the settlement, the parties have agreed to keep the amount of the

4

settlement confidential.

16.     A declaration providing the terms of the settlement and allocation of proceeds will be provided to the Court separately and filed under seal.

17.     In connection with mediation of these claims and in the course of negotiating settlement, Plaintiff's counsel considered the strength of Plaintiff's claims against the Defendants, Defendants' asserted defenses, and various other relevant factors.

18.     Plaintiff's counsel has extensive experience in aviation litigation and in representing the interests of families who have lost loved ones as a result of international aviation disasters.  Plaintiff's counsel believe the settlement amount to be fair and reasonable based on their experience and all the above-stated considerations.

19.     Retired Chief Judge Donald O'Connell has a great deal of experience as a judge and mediator in aviation matters, and also believes this settlement to be fair and reasonable for all parties.

20.     Plaintiff's counsel have fully explained all the above facts to Plaintiff and Decedent's heirs and wrongful death beneficiaries, and they agree that the settlement amount is fair and reasonable.  Accordingly, Plaintiff seeks the Court's approval of this settlement.

WHEREFORE, the Parties pray that this Court enter an Order:

a. Finding the undersigned, Justin T. Green and Anthony Tarricone, have appropriately represented the interests of the Plaintiff and Decedent's Estate, heirs and wrongful death beneficiaries, and that Plaintiff has in turn competently served as Special Administrator;

b. Approving on behalf of the Decedent's Estate, heirs and wrongful death beneficiaries the settlement of all claims against Defendants resulting from the death of Decedent Carlo Spini aboard Flight ET302 (including Plaintiff's claims on behalf of Decedent's

estate and all surviving beneficiaries); and

c. Dismissing Plaintiff's action with prejudice and without costs against any party.

Dated: April 19, 2021                    Respectfully submitted,

By:  /s/ *Justin T. Green*              By:  /s/ *Dan K. Webb*
     Justin T. Green                         Dan K. Webb
     jgreen@kreindler.com                    DWebb@Winston.com
     Anthony Tarricone                       Christopher B. Essig
     atarricone@kreindler.com                CEssig@Winston.com
     Vincent C. Lesch                        Julia M. Johnson
     vlesch@kreindler.com                    Jmjohnson@Winston.com
     Kreindler & Kreindler LLP               Winston & Strawn LLP
     485 Lexington Avenue                    35 West Wacker Drive
     New York, New York 10017                Chicago, Illinois 60601-9703
     T: (212) 687-8181                       T: (312) 558-5600
                                             *Attorneys for Defendant, The Boeing*
     Todd Smith                              *Company*
     tsmith@smithlacien.com
     Brian LaCien
     blacien@smithlacien.com
     Smith LaCien LLP
     70 West Madison Street #2250
     Chicago, Illinois 60602
     T: 312-509-8900

     *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certify that on April 19, 2021, I served a copy of the foregoing NOTICE OF JOINT MOTION on all counsel of record, by filing same with the Court via the ECF system, which will send copies to all counsel of record.

                                        /s/ *Todd Smith*