IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AEROSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation,<br><br>Defendants. | Lead Case No. 19-cv-02170<br><br>*This Filing Relates to All Actions*<br><br>Hon. Jorge L. Alonso<br><br>Hon. M. David Weisman |
| PLAINTIFFS' EXECUTIVE COMMITTEE,<br><br>Movant,<br><br>v.<br><br>MANUEL VON RIBBECK AND MONICA R. KELLY WOOD-PRINCE,<br><br>Respondents. | |

### RESPONDENTS' MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE RESPONSE

Comes the Respondents, Manuel Von Ribbeck and Monica R. Kelly Wood-Prince, by their attorneys, and for their Motion for an Extension of Time in Which to Respond to the Executive Committee's Motion for Entry of Order to Show Cause and Supplemental Submission in Support of the Executive Committee's Motion for Entry of Order to Show Cause, state as follows:

1

1. The Executive Committee filed a Motion for Entry of Order to Show Cause and subsequently filed a Supplemental Submission. (Docket Nos. 929,1053) The Supplemental Submission was presented to this Court on March 18, 2021.

2. Thereafter, on March 18, 2021, this Court entered an order setting a briefing schedule with respect to the Executive Committee's filings. (Docket No. 1063.)

3. Pursuant to this Court's order, Respondents' Response was due April 14, 2021 and the Executive Committee's Reply was due May 6, 2021. (Docket No. 1063) Respondents previously requested one extension, which was granted, and not opposed. The Court's order extended the filing deadline for Respondents from April 14, 2021 to April 22, 2021 and required that a reply be filed by May 13, 2021.

4. Respondents require additional time in order complete their Response. The Response requires obtaining declarations of certain individuals referenced in the Executive Committee's filings. These individuals are located in Kenya and Egypt. There are language considerations and geographic limitations and therefore, additional time is required.

5. In addition, the undersigned counsel is scheduled to receive his second Covid-19 vaccine, Moderna version, on April 23, 2021. The reaction to the first dose was significant. Because of a concern about a reaction to the second dose, a full week extension is requested.

6. Counsel for the Respondents communicated on April 22, 2021 with Mr. Eaton, counsel for the Executive Committee, requesting an agreement to the extension request. (**Exhibit 1**). Mr. Eaton responded that he was awaiting authorization from his client as of the filing of this Motion. Respondents filed this Motion now because the deadline is today. Respondents seek a one week extension until April 29, 2021.

7. The Executive Committee would then have until May 20, 2021 in which to file a Reply, or such other appropriate date.

Wherefore, Respondents Manuel Von Ribbeck and Monica Kelly Ribbeck Wood-Prince respectfully request that this Court grant their Motion and extend the time period for Respondents to file a Response to the Executive Committee's Motion and Supplemental Submission, until April 29, 2021 and to allow the Executive Committee to have up to and including May 20, 2021 to file a Reply in Support of its Motion and Supplement.

/s/    Adrian Vuckovich
Attorney for Respondents
Manuel Von Ribbeck and
Monica Kelly Wood-Prince

Adrian Vuckovich (av@cb-law.com)
COLLINS BARGIONE & VUCKOVICH
1 North LaSalle Street, Suite 300
Chicago, Illinois 60602
(312) 372-7813

**Subject:** Flight 302
**Date:** Thursday, April 22, 2021 at 9:30:32 AM Central Daylight Time
**From:** Adrian Vuckovich
**To:** Eaton, J. Timothy
**CC:** Katie Hayes

Mr. Eaton,

   Our Response to the Motion For Show Cause is due today. I am having difficulty communicating individuals who are referenced in the Executive Committee's filings and therefore require an additional week. I apologize for the request but it is necessary.

   Please let me know if there is an objection. I believe the judge requires this. If you will agree, please let me know your desired reply date so I can include it in the motion.

   Thank you.


Adrian Vuckovich
COLLINS BARGIONE & VUCKOVICH
One North LaSalle Street, Suite 300
Chicago, Illinois 60602
Office: (312) 372-7813
Cell: (312) 771-7813
Fax: (312) 372-7840
av@cb-law.com

**EXHIBIT 1**