# EXHIBIT 2

## COLLINS BARGIONE & VUCKOVICH
COUNSELLORS AT LAW
ONE NORTH LA SALLE STREET, SUITE 300
CHICAGO, ILLINOIS 60602

GEORGE B. COLLINS (1931-2016)
CHRISTOPHER BARGIONE
chris@cb-law.com
ADRIAN M. VUCKOVICH
av@cb-law.com

KATHRYNE R. HAYES
khayes@cb-law.com

TELEPHONE (312) 372-7813
FAX (312) 372-7840

April 9, 2021

**By Email**
J. Timothy Eaton
Taft Law
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713

RE: Executive Committee v. Ribbeck

Dear Mr. Eaton,

     I am writing to request that the Executive Committee produce all of the information which provides a basis for the allegations which your client has made against my clients, Manuel Von Ribbeck and Monica Kelly Ribbeck Wood-Prince.

     Paragraph 4 of the Supplemental Submission, which was filed by the Executive Committee, states that the materials which support the allegations of solicitation and alleged violations of Rules 4.2 and 7.3 are only a "small portion" of the proof of solicitation.

     One of the remedies which the Executive Committee seeks is disciplinary measures against my clients.

     As you know, attorney disciplinary proceedings are quasi-criminal in nature. Accordingly, in any matter involving alleged charges of violation of ethical rules, the respondents are entitled to know the precise charges which are being made against them and the factual basis for the charges. Given the allegations made by the Executive Committee, it would be a violation of my clients' Due Process rights to not know all of the charges made against them and the basis for them prior to responding to your client's filings.

     Please provide me with all of the information/documents which form the basis for the charges the Executive Committee has made about my clients.

     Respectfully, we will need this information and documents right away in order to respond to the charges.

     Thank you for your attention to this matter.


EXHIBIT 2

Respectfully,

Collins Bargione & Vuckovich
Counsellors at Law

Adrian Vuckovich