# EXHIBIT 3



111 East Wacker, Suite 2800
Chicago, IL 60601
Tel: 312.527.4000 | Fax: 312.527.4011
taftlaw.com

J. Timothy Eaton
(312) 836-4071 – direct dial
teaton@taftlaw.com

April 14, 2021

**Via Electronic Mail – av@cb-law.com**
Adrian Vuckovich
Collins Bargione & Vuckovich
One North LaSalle Street, Suite 300
Chicago, Illinois 60602

Dear Mr. Vuckovich:

I am in receipt of your correspondence of April 9, 2021. I do not believe that the District Court contemplated discovery during the briefing of our motion. This is particularly true when you are seeking discovery of your own clients' conduct. This is why we are seeking an investigation.

In addition, I believe the language that you are referring to in your inquiry is answered by reading the paragraph in its entirety. I do not believe any more explanation is required.

Thank you and we look forward to your response.

Sincerely,

Taft Stettinius & Hollister LLP

JTE/pb

29233281v1

EXHIBIT 3