# EXHIBIT 6



# IOP02. Executive Committee

**(a) Duties & Responsibilities.** This Court shall administer and conduct its business by action of its Executive Committee. The Executive Committee shall prescribe its own rules of procedure. The members of the Executive Committee shall meet not less than once a month, except as they otherwise determine. The chief judge may call the members of the Committee to attend a special meeting where a ruling of the Committee is required and such ruling cannot be delayed until the next scheduled regular meeting.

**(b) Composition of the Executive Committee.** The Executive Committee shall be composed of the chief judge, the next district court judge eligible to be chief judge, four regular active judges of the Court, the presiding magistrate judge, and the clerk of the Court. The chief judge or, in the absence of the chief judge, the next district court judge eligible to be chief judge, shall preside over the meetings of the Executive Committee. The clerk shall serve as secretary to the Executive Committee.

Membership in the Executive Committee shall be rotated among the regular active judges of the Court in order of seniority. Except as otherwise provided by this section, the term of each regular active judge other than one holding non-voting membership shall start on the day following the last day of service of the prior judge, and end four years later. As the term of such a member of the Executive Committee expires or terminates for any reason, the regular active judge with the most seniority who has not served on the Executive Committee shall become a member. When all the regular active judges of the Court have served one term, membership shall be rotated on the basis of seniority of the active judges then members of this Court, provided that the chief judge may not serve as both a four-year term member and ex officio. When a judge assumes an unexpired term vacated by another judge, that judge shall serve for four years starting on the day following the last day of service of the judge who failed to complete a four-year term.

**(c) Voting Rights of Executive Committee Members.** Each member of the Executive Committee, other than the non-voting members, shall have one vote. The chief judge and the clerk of the Court shall be the only non-voting members of the Executive Committee. Therefore, voting members shall be the next district court judge eligible to be chief judge, four regular active judges of the Court, and the presiding magistrate judge. In the event of a split vote, the chief judge, or in the absence of the chief judge, the next district court judge eligible to be chief judge, shall cast the deciding vote. In the absence of the chief judge, the next district court judge eligible to be chief judge shall refrain from voting in the initial vote, but shall reserve his or her vote in case of a split vote among the other voting members. Each vote shall require a quorum of four voting members.

**EXHIBIT 6**

Note: The court does not control nor can it guarantee the accuracy, relevance, timeliness, or completeness of this information. Neither is it intended to endorse any view expressed nor reflect its importance by inclusion in this site.