# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Civil No. | 1:19-cv-02170 |
| This Document Relates To: **JABOMA BANDA OCHUODHO PHILIP AKEYO, ALLAN ONYANGO JABOMA** and **GEORGE OMONDI**, as Personal Representatives of the Estate of **ISABELLA BERYL ACHIENG JABOMA,** deceased. | District Judge: | Hon. Jorge L. Alonso |
| Original Case No.: 1:19-cv-04106 | | |

**UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to LR 83.17, Willie E. Gary and Larry A. Strauss of Gary, Williams, Parenti, Watson & Gary, PLLC, Valee L. Salone of the Law Offices of Valee L. Salone and Robert A. Clifford, Kevin P. Durkin, Tracy A. Brammeier, and John V. Kalantzis of Clifford Law Offices, P.C, hereby move for leave to withdraw the appearances of Mr. Gary [436], Mr. Strauss [435], and Ms. Salone [437] in the above captioned matter previously filed on behalf of Plaintiffs, JABOMA BANDA OCHUODHO PHILIP AKEYO, ALLAN ONYANGO JABOMA, and GEORGE OMONDI, as Personal Representatives of the Estate of ISABELLA BERYL ACHIENG JABOMA, deceased and to allow Mr. Clifford, Mr. Durkin, Ms. Brammeier, and Mr. Kalantzis of Clifford Law Offices, P.C. to substitute as Counsel on behalf of the Plaintiffs in this matter. Chuck Chionuma of Chionuma Law Firm, LLC will continue to represent the Plaintiffs.

Robert A. Clifford, Kevin P. Durkin, Tracy A. Brammeier, and John V. Kalantzis are members in good standing of the Bar of the State of Illinois and are admitted to practice before



EXHIBIT 14

this Court. As no trial date is pending, the granting of this motion will not cause any undue delay or be otherwise inequitable.

  WHEREFORE, Willie E. Gary and Larry Strauss of Gary, Williams, Parenti, Watson & Gary, PLLC, Valee L. Salone of Law Offices of Valee L. Salone and Robert A. Clifford, Kevin P. Durkin, Tracy A. Brammeier, and John P. Kalantzis of Clifford Law Offices, P.C. respectfully request this Honorable Court grant Mr. Gary, Mr. Strauss, and Ms. Salone leave to withdraw their appearances on behalf of the Plaintiffs in this matter and to grant Mr. Clifford, Mr. Durkin, Ms. Brammeier, and Mr. Kalantzis of Clifford Law Offices, P.C. leave to substitute as Counsel for the Plaintiffs.

Dated: June 18, 2020

Respectfully Submitted,

/s/ Willie E. Gary
Willie E. Gary (FL Bar 187843)
Larry S. Strauss (FL Bar 0654671)
Gary, Williams, Parenti, Watson & Gary, PLLC
221 SE Osceola Street
Stuart, FL 34994
772-283-8260
weg@williegary.com
larry@williegary.com

Valee L. Salone (ARDC No. 012027)
Law Offices of Valee L. Salone
22 W. Washington Street, Floor 15
Chicago, IL 60602
312-214-2522
vsalone@aol.com

/s/ Robert A. Clifford
Robert A. Clifford (ARDC No. 0461849)
Kevin P. Durkin (ARDC No. 3127906)
Tracy A. Brammeier (ARDC No. 6317792)
John V. Kalantzis (ARDC No. 6283187)
120 N. LaSalle Street, Ste. 3100
Chicago, IL 60602
312-899-9090
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

CERTIFICATE OF SERVICE

I, Robert A. Clifford, certify under penalty of perjury that on this 18th day of June, 2020, I electronically filed the foregoing **Unopposed Motion for Withdrawal and Substitution of Counsel** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: June 18, 2020          /s/ Robert A. Clifford

                                                      Robert A. Clifford
                                                      One of the Attorneys for Plaintiffs