# EXHIBIT 15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Civil No. 1:19-cv-02170<br><br>District Judge: Honorable. Jorge L. Alonso<br><br>Magistrate Judge David Weisman |

## DECLARATION OF MOHAMED FARRAG MOHAMED MEGALI

I, Mohamed Farrag Mohamed Megali ("Mohamed"), provide this Declaration pursuant to 28 U.S.C.A. section 1746(1), under penalties of perjury according to the laws of the United States of America, that the foregoing is true and correct:

1. I am over 18-years old, and I live in Alexandria, Egypt. I have personal knowledge of the statements contained in this declaration.

2. My brother, Abdel Hamid Farrag Mohamed Megali, died in the crash of Ethiopian Flight 302 on March 10, 2019.

3. Shortly after the crash, I went to Ethiopia to have my brother's remains repatriated to Egypt.

4. There were other Egyptian families who had lost relatives in the crash of Flight 302. Many family members of people who died on Flight 302 and other people share information and support and comfort one another. Attached as **Exhibit A** is one example.

5. I hired Manuel von Ribbeck to represent me against responsible parties concerning the crash of Ethiopian Airlines Flight 302. I had not previously hired a lawyer regarding Flight 302 before I met Mr. von Ribbeck. Other American lawyers contacted me and

1

EXHIBIT 15

my family directly about representing me and my family as a result of the crash. One of these lawyers was Keke Feng of Motley Rice. **Exhibit B**. Other lawyers offered me money if I would choose their law firms, which I declined. I was being represented by Mr. von Ribbeck at the time I received the communication from Motley Rice. A lawsuit had been filed against Boeing, case number 19cv05803, in Chicago, Illinois.

6. After Mr. von Ribbeck was hired, he helped me with a claim to obtain an advance payment from Ethiopian Airlines. I learned that this payment was made because of a treaty called the Montreal Convention. I was not charged by Mr. von Ribbeck for this service.

7. Mr. von Ribbeck also helped me file a claim with the Boeing Family Assistance Fund which was successful. The service was also done without charging legal fees.

8. In early of 2020, I was told that there would be a possible mediation of the claims filed against Boeing and other potential parties who could be responsible for the crash of Flight 302. Before the mediation occurred, I received information about the process and regarding why mediation could be successful. I was kept well informed of the process and was able to communicate with my lawyer.

9. Fortunately, the claims against Boeing settled at mediation to my great satisfaction. I am not permitted to disclose the amount of the settlement. The amount was significantly more than I expected to receive. I really felt like we won against Boeing. Although the amount of the settlement was confidential, I wanted the other families who lost people they loved to also win and show them it was possible.

10. Because of the services which were provided to me and the outcome, I am very satisfied with the work which was done by Mr. von Ribbeck. It is important to me that other families know that we were successful against Boeing which is a huge international company. I

2

am proud of it. It is also important to me to tell people how satisfied I am with the lawyers. It is my experience that it is hard to find a lawyer who can be trusted to do the job and who can be recommended. Also, my family and I had been contacted by so many lawyers about the case, I believed that I could talk about my lawyers.

11. After my case was finished, I was very surprised by the difference between the outcome of my case and the fact that other families' cases were not resolved and that they did not know what was happening with their claims. This was discussed in various chat groups on WhatsApp.

12. I wanted the families of other passengers to know our success, particularly the other Egyptian families which had been affected by the crash. Because of that, I contacted Mr. Omar. I also believed that I understood the process well and wanted to share experience.

13. I have seen the WhatsApp messages between me and Mr. Omar. Mr. Omar is also from Egypt, although he lives in England.

14. The WhatsApp communications were made by me because I wanted to send them. I was so impressed and pleased with the outcome of the case against Boeing and the representation which was provided to me and my family. I appreciated that I was helped with the claim against Ethiopian Airlines and with the Boeing Family Assistance Fund and was not charged for those services. I had heard from other families that their lawyers charge for providing those services. Some families were not informed about the right to recover money under the Montreal Convention.

At no time did Manuel von Ribbeck, Monica Kelly or anybody from the Ribbeck firm direct, instruct or ask me to send the WhatsApp messages between me and Mr. Omar.

15. The WhatsApp messages to Mr. Omar include newspaper articles. I took it upon myself to forward these news articles referenced in the WhatsApp messages. The articles refer to my settlement. I was proud of the fact that we had beaten Boeing and done it before anyone else did. That is why I forwarded the links to the articles.

16. I particularly wanted to help Egyptian families which I said in the WhatsApp messages. It is important to me because I believe that we should try to stick together as much as possible and help one another. I was trying to help Mr. Omar and even forwarded some WhatsApp messages I received prior to the mediation of my case. This was some of the information which I received about the mediation and how we would try to get Boeing to pay my claim.

17. I was not directed or instructed or asked by anyone to send this information to Mr. Omar. I did this of my own free will in order to help my Egyptian colleague and show him that his case could be over soon so that they too could try to make peace with the terrible events caused by the crash of Flight 302.

18. I believe I have the right to communicate with people and try to help them and encourage them to challenge Boeing.

By: _Mohamed Farrag Mohamed_

4

# ET-302 Families Petition Letter  Inbox


**Tor Stumo**
to Torleif, bcc: me

Dear ET302 Families,

Would you help us tell the US government that there should be no financial bailout for Boeing unless they fix aviation safety and stop bad management at Boeing?

Boeing is in the process of asking the United States Government for at least 60 Billion U.S. Dollars to help with its financial problems. It has received 17 Billion so far, and is likely to receive more in the coming weeks. Boeing would be in a stronger position if it did not design a killer MAX aircraft. Also, Boeing's leadership spent all its profits making its shareholders rich rather than building safe airplanes.

Please join us in a demand to the U.S. Congress that any Boeing financial assistance cannot occurs unless they include high standards of aviation safety and corporate governance. Click the link to sign the demand.

---

We, the undersigned, family members of those who lost their lives on Ethiopian Airlines Flight 302, have


   


EXHIBIT A

Date: Sun, Dec 1, 2019 at 10:42
Subject: Motley Rice LLC - Aviation Legal Representation
To: <mohamedfarraj1444@gmail.com>
CC: Théo MEVOULA <ciir2002@yahoo.fr>, kfeng <kfeng@flight-law.com>

Dear Mr. Farraj:

Hope this email finds you well. I am Keke Feng, Of Counsel with the largest plaintiff's law firm in the U.S., Motley Rice LLC. We are deeply sorry for your loss of the great Mr. Abdul Hamid Farraj. Please accept our sincere condolences.

I understand that you have been in touch with Mr. Theo, President of Association of African Victims of Aircraft Accidents, and that Theo has briefly introduced our law firm to you. Being the biggest plaintiff's law firm Motley Rice has over 200 attorneys and invests most resources to your aviation case; as you can imagine, your case faces one of the world's most powerful companies in the world - the Boeing Company. We have litigated against Boeing for numerous times and are very confident in our strategy and capabilities.

We have filed cases against Boeing in the federal court in Northern Illinois and will be soon filing another revised master complaint. We treat our clients as families and try our very best to help them in their most difficult times in life. We will fight the hardest for your case - it is being proven by time many times that we have obtained the highest compensation for many commercial aviation accident cases.

One question Theo brought up was about your sister's study in the U.S. We would definitely do all we can to help you with that noble goal. Studying in the U.S. is a strategic decision and we will fully support that to the extent we can. **Is she already studying in the U.S., or is she thinking of applying to come here? What school does she have in mind and what major is she thinking? We have worked with many university consultants and helped people achieve their academic goals**. In fact I have a client right now in Kenya who is determined to go to law school to become an aviation lawyer. I am 100% supportive on that and he is working on the admission test now.

I have learned from Theo that you may still have some other questions. Please do not hesitate to let me know any questions you might have. I am here for serve your family and you, whenever you are ready.

Best regards,
Keke Feng, Esq.


--
Keke Feng
Of Counsel, Motley Rice LLC


EXHIBIT B

Attorney at Law
International Aviation Attorney
Licensed in the State of California and Federal Court of the United States
**US Cell:** +1 (858) 205 7887
**China Cell:** +86 1391 6698 384
**Email:** kfeng@motleyrice.com
kfeng@flight-law.com
fengkeke@gmail.com
**Website:** www.motleyrice.com
**FaceBook/Twitter/LinkedIn:** Keke Feng
**WhatsApp/Telegram/Viber/Wechat微信:** +1 (858) 205 7887

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

--
Sent from Keke's iPhone