# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, | Lead Case No. 19-cv-02170 |
| | *This Filing Relates to All Actions* |
| | Hon. Jorge L. Alonso (District Judge) |
| | Hon. M. David Weisman (Magistrate Judge) |

### Declaration of Magdalyne Nzuma

I, Magdalyne Nzuma, provide this Declaration pursuant to 28 USCA Section 1746(1), under penalties of perjury and according to the laws of the United States of America, that the foregoing is true and correct:

1. I am over 18-years old and live in Kenya. I have personal knowledge of the statements contained in this Declaration.

2. My nephew, Bernard Mutua, was killed in the crash of Ethiopian Airlines Flight 302.

3. I do not work for Mr. von Ribbeck or his law firm. I have never worked for Mr. von Ribbeck or his law firm.

4. My sister was Bernard Mutua's mother. She was represented by Mr. von Ribbeck and his co-counsel David Njoroge, a lawyer in Kenya.

5. The death of my nephew was shocking and tragic. He was very young. We are a close family. His sudden loss hurt us all and affected us in so many ways.



EXHIBIT 16

6. Because of my nephew's death, I started getting involved in WhatsApp chat groups as a way to communicate with people who were experiencing the same loss we all felt. I am a part of various WhatsApp chat groups, which consist of family members of people who died in the crash of Flight 302.

7. I have seen and read <u>Exhibit 4</u> of the Executive Committee's Motion for Order to Show Cause. I understand that Allan's sister died on Flight 302. Allan regularly participates in the WhatsApp group messages.

8. Allan contacted me through the WhatsApp chat group and asked me about Mr. von Ribbeck. I did not initiate contact with Allan. I did not say or suggest to Allan that he should change lawyers and hire Mr. von Ribbeck or his law firm.

9. I further wish to state that at some point during my interaction with Allan, he expressed to me that he had lost his Father-in-Law and, for purposes of conducting the funeral, kept on requesting me to send him money. Considering our culture and support that we offer families and friends during hard times, I sent Allan Kenya Shilling 10,000/= (*apprx. USD. 100/-*), which amount he acknowledged and thanked me for my support. All this time I related with Allan as a friend and part of the families that lost loved ones in the ET302 accident and did not, at any point in time, ask him to join Mr. von Ribbeck's firm.

10. I was not directed by Mr. von Ribbeck or any other person to communicate with Allan. I did so of my own free will.

_____
Magdalyne Nzuma