# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, | Lead Case No. 19-cv-02170 |
| | *This Filing Relates to All Actions* |
| | Hon. Jorge L. Alonso (District Judge) |
| | Hon. M. David Weisman (Magistrate Judge) |

### **Declaration of David Njoroge**

I, David Njoroge, provide this Declaration pursuant to 28 USCA Section 1746 (1), under penalties of perjury under the laws of the United States of America, that the foregoing is true and correct:

1. I am over 18-years old and a citizen of Kenya. I have personal knowledge of the statements in this Declaration.

2. I am an attorney licensed to practice law in Kenya. I have been licensed since November 2009 when I was admitted to the Kenyan Bar.

3. I have read the WhatsApp messages which are attached to the Executive Committee's Motion for Rule to Show Cause and Supplemental Submission, as (**Exhibit 4**). Those messages refer to a person named Allan.

4. I have worked as co-counsel with Manuel von Ribbeck in connection with four individuals who we represented and whose family members were killed in the Flight 302 Ethiopian crash. Two cases were settled.

5. Allan initiated contact with me through one Caroline Wangari, a lawyer who practices in Nairobi, Kenya. Specifically, Allan requested to have a meeting sometimes in the month of December 2020, for purposes of discussing a case related to the ET302 crash.



EXHIBIT 17

6.      Allan explained that he had tried to reach Mr. von Ribbeck, who did not respond and that he wanted to speak to Mr. von Ribbeck. He also said he was currently represented by attorney Robert Clifford. He mentioned that he had recently discharged two other law firms and hired Mr. Clifford. However, he said that that he was not pleased with Mr. Clifford's representation and was seeking new representation. The information which I received from Allan was that he wanted to meet with Mr. von Ribbeck and that he was considering a change of lawyers. I relayed this information to Mr. von Ribbeck who declined to meet with Allan at that time.

7.      I then met with Allan, at his request. He informed me that his sister had died in the Flight 302 crash and that he was represented by Mr. Robert Clifford and that he was considering changing lawyers. I keenly interrogated Allan in an attempt to procure more information about his involvement in the case, specifically on whether or not he had the legal capacity to make such a decision. Allan explained to me that his father was actually the actual Administrator to the Deceased's estate and therefore the person with legal capacity to make any decision concerning the case. I promptly explained to Allan that under Kenyan law, he was not an heir and that only the deceased passenger's parents/Administrators to the deceased's estate may bring a claim.

8.      We spoke for a while about his matter. I did not ask or suggest to him that he change lawyers. I understand that his family continues to be represented by Mr. Clifford.

_David Njoroge_