# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH,** | Lead Case No. 19-cv-02170 *This Filing Relates to All Actions* Hon. Jorge L. Alonso (District Judge) Hon. M. David Weisman (Magistrate Judge) |

## DECLARATION OF CAROLINE WANGARI

I, Caroline Wangari, provide this Declaration pursuant to 28 USCA Section 1746(1), under penalties of perjury and according to the laws of the United States of America, that the foregoing is true and correct:

1. I am a citizen and resident of Kenya. I am also a lawyer and Advocate. I used to work with the Supreme Court of Kenya. I have personal knowledge of the statements contained in this Declaration.

2. I graduated from Kenyatta University Law School in 2020. I was in law school when Flight 302 crashed. It had a huge impact on me and on my country. There had been a recent UN conference in Nairobi, Kenya. Many of the passengers who went down in the crash and died were connected to the conference.

3. In law school, I studied International Human Rights and Humanitarian Law. Because of my interest in International Law and the significance of the ET 302 crash, I began following and reading all of the information and news about the crash and the investigations into Boeing and the crash. Because it was so horrific, some people in Kenya had raised the possibility of prosecuting a case against Boeing in Kenya based on violations of civil and criminal law.

1

EXHIBIT
18

4. I became aware of Mr. von Ribbeck in December 2020 when I read an article describing the successful settlement of a claim Mr. von Ribbeck achieved for one of his clients against Boeing. It was the first case that had settled, according to the article.

5. I met Mr. von Ribbeck in early January 2021. I met him through another lawyer I knew named David Njoroge. Mr. Njoroge has referred several cases to Mr. von Ribbeck. I was very impressed with Mr. von Ribbeck with respect to his legal knowledge and ability and, in particular, with his knowledge of air crash litigation and his extensive history of litigating successfully against Boeing.

6. During that time I also had the opportunity to meet members of the Glato family during their trip to Kenya. The Glato family had fired their prior lawyers, Robert Clifford and Dominique Lemoine and had retained Mr. von Ribbeck. Mr. Robert Clifford had requested that the substitution of attorneys be notarized, so I helped to get the documents notarized in Nairobi.

7. I learned from the Glato family that their prior lawyers, Robert Clifford and Dominique Lemoine, had not been able to collect the money advanced by Ethiopian Airlines to other families. I also learned that all of the families represented by Mr. von Ribbeck had received this money already.

8. I also learned from the Glato family that they had not received the money from the Boeing Family Assistance Fund that had been sent to one of their prior lawyers in February 2020, that it was almost a year later, January 2021, and they had received nothing. I learned from the Glato family that they were afraid that their money had been embezzled. I was shocked to learn that. I wondered how many families might be in the same situation.

9. In talking to people, I learned that many Kenyans whose family members died in the crash were unhappy with their lawyers and they were fearful and suspicious about how their claims were being handled. They also were upset at the lack of information from their lawyers and the poor communication they were having with their lawyers from the USA.

10. I also heard complaints from people that many of the American lawyers did not communicate with their clients regarding the mediations and settlements that were taking place in the USA.

11. I am not now, and have never been, an agent or representative of Mr. von Ribbeck. Mr. von Ribbeck has never asked me to contact potential clients on his behalf.

12. I became interested in trying to help Kenyan families after I learned what had happened to the Glato family. I also realized that there was a potential for me to make money by referring cases to different law firms in the USA. I noticed that there are several lawyers involved in this type of cases.

13. I told some people about Mr. von Ribbeck and his firm as it is allowed under Kenyan law. Mr. von Ribbeck did not direct me or ask me to do this. I had hoped to help people who were affected by the crash and that clearly had problems with their legal representation, an act that does not amount to misconduct in the Kenyan laws context.

14. I have never met or spoken with Ms. Monica Kelly Wood-Prince.

15. At some point during my communication with other lawyers and families, I texted Zipporah Kuria, a family member of one of the air crash victims. There are many chat groups and Facebook groups for the families.

16. Because so many families in Kenya were unhappy with their foreign lawyers, I thought to ask whether she was happy with her current lawyers or if she was interested in speaking with other lawyers.

17. As a lawyer in Kenya, I am bound by my ethical code. My contact with Zipporah did not violate any of the ethical rules that govern my conduct.

18. In my text to Zipporah, I did not initially disclose the name of Mr. von Ribbeck, David Njoroge or any other lawyer in the U.S. I did not want to do so unless Zipporah showed interest in speaking with other lawyers. It was my idea not to disclose Mr. von Ribbeck or David's name or any other name unless Zipporah was interested in contacting them.

19. I have recommended Mr. von Ribbeck and David Njoroge and I will continue to do so based on what has happened to the Glato family. I believe many families in Kenya would benefit from their services. I made these recommendations on my own and without any requests or encouragement to do so by Mr. von Ribbeck or David Njoroge.

                                                                                     _____
                                                                                       Caroline Wangari