UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ETHOPIAN AIRLINES | ) | Lead Case: 19 CV 2170 |
| FLIGHT ET 302 CRASH | ) | |
| | ) | District Judge: Jorge L. Alonso |
| | | |
| | | Magistrate Judge: M. David Weisman |

## ORDER

Magistrate status hearing held on 11/9/2021. By agreement of the parties, defense will provide a response and redline to plaintiff's proposed inspection protocol of a Boeing 737 MAX by 11/17/21 and parities will continue to meet-and-confer on this issue. Parties report written discovery is ongoing. Parties further report their intent to have a discovery scheduling conference to determine which cases may require additional discovery and a deposition plan. Status report due by close of business on 1/12/22. Status hearing set for 1/18/22 at 11:00 a.m. the conference call-in counsel who want to appear telephonically must send an email to Chambers at Weisman_Chambers@ilnd.uscourts.gov at least three days before the hearing. Counsel other than lead counsel appearing telephonically cannot speak during the hearing. There will be no exceptions to this rule. On the day of the hearing, 10 minutes before the case is called, the Courtroom Deputy will go through the list compiled from the emails to make sure all counsel are present by phone.

T: (00:17)

Dated: November 9, 2021

M. David Weisman
United States Magistrate Judge