# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHOPIAN AIRLINES FLIGHT ET 302 CRASH** ) ) ) | Lead Case: 19 CV 2170<br><br>District Judge: Jorge L. Alonso<br><br>Magistrate Judge: M. David Weisman |

## ORDER

Counsel appearing by phone for the status hearing: Robert A. Clifford, Kevin Durkin, Tracey A. Brammeier, Justin Green, Jamie Lebovitz, John Thyken, David Neiman, Todd A. Smith, David I. Katzman, Jonathan M. Thomas, Steve C. Marks, Kristina Infante, Elizabeth A. Crawford, Anthony Fiorentino, Dan Webb, Christopher Essig, Julia Johnson, Christopher Ledford, and Nicholas Bart.

Counsel requested to appear by phone, but were not present: Yvette Loizon, John Kalantzis, Brian J. Alexander, Anthony Terricone, D. Michael Andrews, Frank Pitre, Antonio Romanucci, Kevin Boyle, James Brauchle, Ricardo M. Martinez-Cid, Clay Robbins, and Matthew Sims.

DATED: November 9, 2021

M. David Weisman
United States Magistrate Judge