**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge M. David Weisman |

**JOINT MOTION TO APPROVE STIPULATION**

Plaintiffs and Defendants (the "Parties"), through their respective counsel, jointly request that the Court approve the Stipulation attached hereto as Exhibit A by entering the Agreed Order attached hereto as Exhibit B, thus resolving the issue of liability and ending discovery on all issues other than the issue of compensatory damages in these cases.

In support of this Motion, the Parties state as follows:

1. The Parties have, over the course of the last several months, engaged in extensive productive discussions about the claims and defenses in this consolidated action.

2. As a result of these discussions, and in an effort to promote the timely and efficient resolution of the claims in this case, the Parties negotiated and entered into a stipulation as to certain issues, including, among others, liability, punitive damages, and choice of law for certain issues.[1]

3. With this Motion, the Parties hereby present the stipulation attached as Exhibit A to the Court for approval.

4. The Parties request that the Court enter the Agreed Order attached as Exhibit B to effectuate the stipulation attached as Exhibit A. Per the Court's standing order, a copy of this Agreed Order has also been emailed to the address specified therein.

---

[1] The Stipulation has been entered into between Defendants and all Plaintiffs except for two Plaintiffs who have abstained, as noted in the Stipulation.

1

WHEREFORE, the Parties respectfully request that the Court grant this motion by entering the Agreed Order attached hereto as Exhibit B.

Dated: November 10, 2021

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| By: /s/Robert A. Clifford | By: /s/Dan K. Webb |
| Robert A. Clifford | *One of its Attorneys* |
| rac@cliffordlaw.com | |
| Kevin P. Durkin | Dan K. Webb |
| kpd@cliffordlaw.com | dwebb@winston.com |
| Tracy A. Brammeier | Christopher B. Essig |
| tab@cliffordlaw.com | cessig@winston.com |
| John V. Kalantzis | Julia Mano Johnson |
| jvk@cliffordlaw.com | jmjohnson@winston.com |
| CLIFFORD LAW OFFICES, P.C. | WINSTON & STRAWN LLP |
| 120 N. LaSalle Street Suite 3600 | 35 W. Wacker Dr. |
| Chicago, Illinois 60602 | Chicago, Illinois 60601 |
| (312) 899-9090 | (312) 588-5600 |
| | |
| Steven C. Marks | Mack H. Shultz, Jr. |
| smarks@podhurst.com | MShultz@perkinscoie.com |
| Ricardo M. Martinez-Cid | Michael Scoville |
| rmartinez-cid@podhurst.com | MScoville@perkinscoie.com |
| Kristina M. Infante | Christopher M. Ledford |
| kinfante@podhurst.com | CLedford@perkinscoie.com |
| Pablo Rojas | PERKINS COIE LLP 1201 |
| projas@podhurst.com | Third Avenue Suite 4900 |
| PODHURST ORSECK, P.A. | Seattle, Washington 98101-3099 |
| SunTrust International Center, Suite 2300 | 206-359-8000 |
| One S.E. Third Avenue | |
| Miami, Florida 33131 | Jonathan R. Buck |
| | jbuck@perkinscoie.com |
| Justin T. Green | Daniel T. Burley |
| jgreen@kreindler.com | dburley@perkinscoie.com |
| Anthony Tarricone | PERKINS COIE LLP |
| atarricone@kreindler.com | 131 South Dearborn St. Suite 1700 |
| Brian J. Alexander | Chicago, IL 60603 |

balexander@kreindler.com
Daniel O. Rose
drose@kreindler.com
Megan W. Benett
mbenett@kreindler.com
Andrew J. Maloney III
amaloney@kreindler.com
Erin R. Applebaum
eapplebaum@kreindler.com
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor
New York, NY 10017

**On behalf of all Plaintiffs**

By: /s/David I. Katzman
David I. Katzman
dkatzman@klm-law.com
**Katzman, Lampert & Stoll**
950 West University Drive
#101
Rochester, Michigan 48307

**Attorney for Plaintiffs Mohammed Omer Cherchir and Anthony P. Janik**

312-324-8400

**Attorneys for The Boeing Company**

By: /s/ Nicholas C. Bart
*One of its Attorneys*
Nicholas C. Bart
Nick.Bart@fitzhunt.com
Shane B. Nichols
Shane.Nichols@fitzhunt.com
Fitzpatrick & Hunt, Pagano, Aubert, LLP
20 S. Clark Street, Suite 2620
Chicago, IL 60603
Phone: (312) 728-4901
Fax: (312) 728-4950

Garrett Fitzpatrick
Garrett.Fitzpatrick@fitzhunt.com
Fitzpatrick & Hunt, Pagano, Aubert, LLP
Tower 49
Twelve East 49th Street
31st Floor
New York, NY 10017
(212) 937-4000

**Attorneys for:**
**ROSEMOUNT AEROSPACE, INC.**
**ROCKWELL COLLINS, INC.**
**HAMILTON SUNDSTRAND CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2021, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Tracy A. Brammeier
Tracy A. Brammeier
tab@cliffordlaw.com
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090