**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AEROSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation. | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge M. David Weisman<br><br>*This Filing Relates to All Actions* |

**NOTICE OF MOTION**

TO: ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on the 16th day of November, 2021, at 9:30 AM or as soon thereafter as counsel may be heard, the parties will appear before the Honorable Judge Jorge L. Alonso in courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street in Chicago, Illinois, and present Joint Motion to Approve Stipulation, a copy of which is also being served upon you.

Dated: November 10, 2021

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| By: /s/Robert A. Clifford<br>Robert A. Clifford<br>rac@cliffordlaw.com | By: /s/Dan K. Webb<br>*One of its Attorneys* |

1

Kevin P. Durkin
kpd@cliffordlaw.com
Tracy A. Brammeier
tab@cliffordlaw.com
John V. Kalantzis
jvk@cliffordlaw.com
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090

Steven C. Marks
smarks@podhurst.com
Ricardo M. Martinez-Cid
rmartinez-cid@podhurst.com
Kristina M. Infante
kinfante@podhurst.com
Pablo Rojas
projas@podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center, Suite 2300
One S.E. Third Avenue
Miami, Florida 33131

Justin T. Green
jgreen@kreindler.com
Anthony Tarricone
atarricone@kreindler.com
Brian J. Alexander
balexander@kreindler.com
Daniel O. Rose
drose@kreindler.com
Megan W. Benett
mbenett@kreindler.com
Andrew J. Maloney III
amaloney@kreindler.com
Erin R. Applebaum
eapplebaum@kreindler.com
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor
New York, NY 10017


**On behalf of all Plaintiffs**

Dan K. Webb
dwebb@winston.com
Christopher B. Essig
cessig@winston.com
Julia Mano Johnson
jmjohnson@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
(312) 588-5600

Mack H. Shultz, Jr.
MShultz@perkinscoie.com
Bruce D. Campbell
BCampbell@perkinscoie.com
Michael Scoville
MScoville@perkinscoie.com
Christopher M. Ledford
CLedford@perkinscoie.com
PERKINS COIE LLP 1201
Third Avenue Suite 4900
Seattle, Washington 98101-3099
206-359-8000

Jonathan R. Buck
jbuck@perkinscoie.com
Daniel T. Burley
dburley@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn St. Suite 1700
Chicago, IL 60603
312-324-8400

**Attorneys for The Boeing Company**

Nicholas C. Bart
Nick.Bart@fitzhunt.com
Shane B. Nichols
Shane.Nichols@fitzhunt.com
Fitzpatrick & Hunt, Pagano, Aubert, LLP
20 S. Clark Street, Suite 2620
Chicago, IL 60603
Phone: (312) 728-4901
Fax: (312) 728-4950

Garrett Fitzpatrick

2

| | |
|---|---|
| David I. Katzman<br>dkatzman@klm-law.com<br>**Katzman, Lampert & Stoll**<br>950 West University Drive<br>#101<br>Rochester, Michigan 48307<br><br>**Attorney for Plaintiffs Mohammed Omer Cherchir and Anthony P. Janik** | Garrett.Fitzpatrick@fitzhunt.com<br>Fitzpatrick & Hunt, Pagano, Aubert, LLP<br>Tower 49<br>Twelve East 49th Street<br>31st Floor<br>New York, NY 10017<br>(212) 937-4000<br><br>**Attorneys for:**<br>**ROSEMOUNT AEROSPACE, INC.**<br>**ROCKWELL COLLINS, INC.**<br>**HAMILTON SUNDSTRAND CORPORATION** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2021, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ ECF system, which will send notification of such filing to all attorneys of record.

                                        /s/ Tracy A. Brammeier
                                        Tracy A. Brammeier
                                        tab@cliffordlaw.com
                                        CLIFFORD LAW OFFICES, P.C.
                                        120 N. LaSalle Street Suite 3600
                                        Chicago, Illinois 60602
                                        (312) 899-9090