# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge M. David Weisman |

**AGREED ORDER ON JOINT MOTION TO APPROVE STIPULATION**

This case is before the Court on the Plaintiffs' and Defendants' (the "Parties'") Joint Motion to Approve Stipulation. Having reviewed that motion and the stipulation attached as Exhibit A thereto ("Stipulation"), and the Court being fully advised of the premises, IT IS HEREBY ORDERED:

1. The Court approves the Stipulation (attached hereto as Exhibit A), and it is hereby entered and applicable to all participating Parties.

2. Pursuant to the Stipulation and according to its terms, and only for the purpose of this consolidated action and any individual action related thereto, Boeing has agreed to be liable to the estates, survivors, dependents, and beneficiaries of the victims of the Ethiopian Airlines Flight 302 accident that occurred on March 10, 2019 ("ET 302 accident") for all duly proven compensatory damages resulting from the deaths of Plaintiffs' decedents, and the Parties have agreed that Illinois law shall govern compensatory damages.

3. Any trial in this matter between Boeing and any Plaintiff that is party to the Stipulation shall be limited to the issue of compensatory damages.

4. The Parties to this Stipulation shall take no further discovery on the issue of liability stemming from the ET302 accident and, from this point forward, they shall only be permitted to continue to take discovery on the issue of the determination of appropriate and fair compensatory damages. Lead counsel in this action shall report to the magistrate judge for further case management consistent with this Order.

5. All claims against Defendants Rosemount Aerospace, Inc., and Rockwell Collins, Inc., including any parents or affiliates thereof, brought or that could have been brought by any Plaintiff that is a party to the Stipulation are hereby dismissed with prejudice and without costs to any party.

**SO ORDERED.**

Dated: November 15, 2021

Honorable Jorge L. Alonso
United States District Judge