**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) |
| | Honorable Jorge L. Alonso |
| This filing relates to: 19-cv-2281 | Magistrate Judge Weisman |

**DEFENDANTS ROCKWELL COLLINS AND ROSEMOUNT AEROSPACE'S**
**OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

NOW COME Defendants, Rosemount Aerospace, Inc. ("Rosemount") and Rockwell Collins, Inc. ("Rockwell Collins"), and for their Opposition to Plaintiffs' Motion for Leave to Amend the Complaint in this matter, state as follows:

1. On or about February 24, 2022, Plaintiffs Michael Stumo and Nadia Milleron, as personal representatives of the Estate of Samya Stumo ("Stumo Plaintiffs"), filed a Motion for Leave to Amend the Complaint in this matter. Dkt. 1264.

2. Defendant Boeing intends to oppose the Motion, asking that it be held in abeyance pending the Court's determination of various issues that may render the determination of the present Motion moot.

3. Rosemount and Rockwell Collins agree that the Stumo Plaintiffs will not be prejudiced if the present Motion is held in abeyance and further agree that the Court's determination of various issues as presented by Boeing may render the present Motion moot.

1

4.     In contrast, the Defendants and the Court may be prejudiced if they are required to expend significant time and resources in addressing responsive pleadings and motion practice directed to an amended complaint that may ultimately be rendered moot.

WHEREFORE, for these reasons, Defendants Rockwell Collins and Rosemount Aerospace respectfully request that the Court hold the Stumo Plaintiffs' Motion for Leave in abeyance and reserve ruling on the Stumo Plaintiffs' Motion until all parties have had an opportunity to be heard and the Court has ruled on other issues that may render the Motion moot.

Dated: March 15, 2022

ROSEMOUNT AEROSPACE, INC.
ROCKWELL COLLINS, INC.


By: /s/ Shane B. Nichols
       *One of its Attorneys*

Nicholas C. Bart
Nick.Bart@fitzhunt.com
Shane B. Nichols
Shane.Nichols@fitzhunt.com
**Fitzpatrick & Hunt, Pagano, Aubert, LLP**
10 S. LaSalle Street, Suite 3400
Chicago, IL 60603
Phone: (312) 728-4901
Fax: (312) 728-4950

## <u>CERTIFICATE OF SERVICE</u>

I, Shane B. Nichols, certify that on March 15, 2022 I electronically filed the foregoing

Opposition To Plaintiffs' Motion For Leave To Amend The Complaint with the Clerk of the Court

using the CM/ECF system, which will send notification of such filing to attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

 DATED this 15th day of March 2022.

By: /s/ Shane B. Nichols
**Fitzpatrick & Hunt, Pagano, Aubert, LLP**
10 S. LaSalle Street, Suite 3400
Chicago, IL 60603
Phone: (312) 728-4902
Fax: (312) 728-4950