# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Huguette Debets, et al.

                          Plaintiff,

v.                                         Case No.: 1:19−cv−02170
                                                      Honorable Jorge L. Alonso

Boeing Co., The, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 22, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Motion of Jane Nyambura Kimiti, as Personal Representative of the Heirs of Anthony WanjohiNgare, deceased, to approve minor settlement and dismiss claims with prejudice [Agreed] [1275] is granted. Member case number 19−3671 will be dismissed with prejudice. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.