IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| | *This Filing Relates to: Case No. 20-cv-00562* |
| BENSON BIRUNDU MOSIGO, as Administrator of the Estate of ANNE MOGOI BIRUNDU, deceased, | |
| Plaintiff, | |
| v. | |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation, | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF BLAKE J. KOLESA

Counsel for Plaintiff, Benson Birundu Mosigo, as Administrator of the Estate of Anne Mogoi Birundu, deceased, moves as follows pursuant to Local Rules 83.17 of the Northern District of Illinois:

1.  Romanucci & Blandin, LLC hereby moves the Court for leave to withdraw the appearance of Blake J. Kolesa as counsel for Plaintiffs in this action. Blake J. Kolesa is no longer employed at Romanucci & Blandin, LLC.

2.  Romanucci & Blandin, LLC and its attorneys of record continue to represent Plaintiff.

1

3. The withdrawal of Blake J. Kolesa is not interposed for the purpose of harassment or delay, and no party will be prejudiced by the granting of this motion.

WHEREFORE, Romanucci & Blandin, LLC moves this Court for an Order granting leave to withdraw Blake J. Kolesa as counsel for Plaintiff and that the Clerk remove him from the service list for all future correspondence.

Dated: March 29, 2022                    Respectfully Submitted,

*/s/ David A. Neiman*
David A. Neiman
Romanucci & Blandin, LLC
321 N. Clark St., Ste. 900
Chicago, IL 60654
(312) 458-1000
dneiman@rblaw.net

## **CERTIFICATE OF SERVICE**

  I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing Motion for Leave to Withdraw Appearance of Blake J. Kolesa was electronically filed on March 29, 2022, via the Court's CM/ECF system which will send notification of such filing to all attorneys of record:

*/s/ David A. Neiman*
