# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Huguette Debets, et al.
                        Plaintiff,

v.                                                   Case No.: 1:19−cv−02170
                                                                       Honorable Jorge L. Alonso

Boeing Co., The, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 16, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 8/4/22 at 9:30 a.m. The parties are directed to file a joint status report by 7/28/22. Plaintiffs' counsel is directed to supplement the list of 20 cases identified as cases that should be among the first to proceed to trial with 30 more cases, and share the revised list with Defendants within 21 days. Jury trials set for 3/20/23 at 9:00 a.m. and 6/25/23 at 9:00 a.m., each to last for two weeks. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.