UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE ETHOPIAN AIRLINES** | ) | **Lead Case: 19 CV 2170** |
| **FLIGHT ET 302 CRASH** | ) | |
| | ) | **District Judge: Jorge L. Alonso** |
| | | |
| | | **Magistrate Judge: M. David Weisman** |

## ORDER

    Motion hearing held. Plaintiff Huguette Debets' unopposed motion order regarding issuance of U.S. Visas [1437] is granted. Further, to expeditiously and efficiently address any future issues of this nature, the Court creates the following standing order: If a plaintiff requests an order from this Court to facilitate travel, counsel shall present the motion and an accompanying proposed order to defense counsel for agreement. If the motion is agreed to, counsel shall file the motion on the record as agreed. If the motion is not agreed to, defendant(s) shall file their objections within two business days of the motion having been filed. The Court will then rule based on the motion and the filed objection.

T:(00:10)

DATED: November 17, 2022

                                                                             M. David Weisman
                                                                             United States Magistrate Judge