**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge M. David Weisman |

**AGREED ORDER**

This case is before the Court on the Plaintiffs' Unopposed Motion for Order Regarding the Issuance of U.S Visas. Having reviewed that motion and the Court being fully advised, IT IS HEREBY ORDERED:

1. The Court has set two trial dates in these consolidated cases: March 20, 2023 and June 5, 2023.

2. Plaintiffs and their witnesses will need to travel to the U.S. to prepare their cases for trial, to testify at trial in those cases, and to otherwise attend the public trials set in these consolidated cases.

3. In order to do so, these Plaintiffs and their witnesses will need the appropriate visas in order to undertake this necessary travel to the U.S.

4. Given the time needed to complete the necessary paperwork and other requirements mandated by the Department of State, these Plaintiffs and their witnesses will need to undertake their applications for U.S. visas without delay.

5. Those Plaintiffs and their witnesses may use this Agreed Order in their application and during the Consular Interview for the appropriate U.S. visas, as confirmation of their

1

status as parties to this proceeding, and the Court's desire that they be permitted to travel to Chicago to confer with their counsel, and to participate as parties and witnesses to the trials and proceedings as scheduled.

**SO ORDERED.**

Dated: November 17, 2022

*M. David Weisman*

_____

Honorable M. David Weisman
United States Magistrate Judge

2