# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge M. David Weisman |

## JOINT STATUS REPORT

**I.  Discovery**

**A.  March 20, 2023 trial and backup cases**

Plaintiffs have disclosed five experts common to all cases. Boeing has disclosed six experts common to all cases. All but one of the experts are scheduled for depositions in December and January, with two completed so far.

Plaintiffs also have disclosed experts for each of the cases selected for trial on March 20, 2023, a total of 11 case-specific experts. Boeing will disclose its experts specific to each of those cases on December 20, 2022 (and January 11, 2023 for responses to one of Plaintiffs' experts). Depositions for case-specific experts remain to be scheduled.

The parties have been engaged in depositions of fact witnesses in each of these cases. To date, 35 fact depositions have been taken in the March trial cases, with 3 additional fact depositions scheduled. Plaintiffs continue to supplement their discovery responses.

**B.  June 5, 2023 trial and backup cases**

Plaintiffs will disclose experts for each of the cases selected for the June trial on January 20, 2023. Boeing will disclose its experts on March 6, 2023.

The parties have been engaged in depositions of fact witnesses in some of these cases. To date, 8 fact depositions have been taken in the June trial cases, with no additional fact depositions scheduled at this time. Plaintiffs continue to supplement their discovery responses.

### C. Other pending cases

The parties also continue to engage in ongoing fact discovery efforts for the remainder of the pending cases. To date, 41 fact depositions have been taken in cases which are not part of the trial pool, with 6 additional fact depositions scheduled.

## II. Settlement and Mediation Status

To date, cases filed in the Northern District of Illinois involving 68 decedents have been resolved by settlements, including 31 settlements in principle for which dismissals have not yet been filed or are pending. The parties are continuing to mediate cases; however, Boeing offered availability for 10 mediations in December, and Plaintiffs accepted 3 of those mediation slots. Boeing has offered additional mediation dates in January, which have been filled.

Dated: December 9, 2022

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Robert A. Clifford | Dan K. Webb |
| *rac@cliffordlaw.com* | *dwebb@winston.com* |
| Kevin P. Durkin | Christopher B. Essig |
| *kpd@cliffordlaw.com* | *cessig@winston.com* |
| Tracy A. Brammeier | Julia Mano Johnson |
| *tab@cliffordlaw.com* | *jmjohnson@winston.com* |
| John V. Kalantzis | WINSTON & STRAWN LLP |
| *jvk@cliffordlaw.com* | 35 W. Wacker Dr. |
| CLIFFORD LAW OFFICES, P C. | Chicago, Illinois 60601 |
| 120 N. LaSalle Street | (312) 588-5600 |
| 36th Floor | |
| Chicago, Illinois 60602 | Mack H. Shultz, Jr. |
| (312) 899-9090 | *MShultz@perkinscoie.com* |
| | Michael Scoville |
| Justin T. Green | *MScoville@perkinscoie.com* |
| Anthony Tarricone | Christopher M. Ledford |
| Brian J. Alexander | *CLedford@perkinscoie.com* |
| Daniel O. Rose | PERKINS COIE LLP |
| Megan W. Benett | 1201 Third Avenue Suite 4900 |
| Andrew J. Maloney III | Seattle, Washington 98101-3099 |
| Erin R. Applebaum | 206-359-8000 |
| KREINDLER & KREINDLER LLP | |
| 485 Lexington Avenue | Jonathan R. Buck |
| 28th Floor | *jbuck@perkinscoie.com* |

| | |
|---|---|
| New York, NY 10017-5590<br><br>Steven C. Marks<br>Ricardo M. Martinez-Cid<br>Kristina M. Infante<br>PODHURST ORSECK, P.A.<br>SunTrust International Center, Suite 2300<br>One S.E. Third Avenue<br>Miami, Florida 33131<br>**On behalf of all Plaintiffs** | Daniel T. Burley<br>*dburley@perkinscoie.com*<br>PERKINS COIE LLP<br>131 South Dearborn St.<br>Suite 1700 Chicago, IL 60603<br>312-324-8400<br>**Attorneys for The Boeing Company** |
| | Garrett Joseph Fitzpatrick<br>garrett.fitzpatrick@fitzhunt.com<br>FITZPATRICK & HUNT, PAGANO, AUBERT, LLP<br>12 E. 49th Street<br>31st Floor<br>NY, NY 10017<br>212-937-4002<br><br><br>Nicholas C. Bart<br>*nick.bart@fitzhunt.com*<br>Shane B. Nichols *Shane.nichols@fitzhunt.com*<br>FITZPATRICK & HUNT, PAGANO, AUBERT, LLP<br>20 S. Clark St.<br>Suite 2620 Chicago, IL 60603<br>312-728-4902<br>**Attorneys for Rosemount Aerospace, Inc.** |

3