UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Huguette Debets, et al.
                    Plaintiff,
v.                                                  Case No.: 1:19−cv−02170
                                                    Honorable Jorge L. Alonso
Boeing Co., The, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 13, 2022:

MINUTE entry before the Honorable Jorge L. Alonso: Joint motion for settlement approval and dismissal with prejudice [1458] is granted. The claims of Plaintiffs Latitia Tavernier and Sebastien Barranger, Individually and as Special Co−Administrators and Special Co−Representatives of the Estate of Suzanne Barranger, Deceased originally filed in case number 20cv6266 are dismissed with prejudice. Joint motion for settlement approval and dismissal with prejudice [1460] is granted. The claims of Plaintiffs Andrea Govinda Tusa and Vicenzo Ananda Tusa, Individually and as Special Co−Administrators and Special Co−Representatives of the Estate of Sebastiano Tusa, Deceased, originally filed in case number 20cv6260 are dismissed with prejudice. Joint motion for settlement approval and dismissal with prejudice [1462] is granted. The claims of Plaintiffs Latitia Tavernier and Sebastien Barranger, Individually, as Special Co−Administrators and Special Co−Representatives of the Estate of Jean−Michel Barranger, deceased, originally filed in case number 20cv6271 are dismissed with prejudice. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.