IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge M. David Weisman |

## JOINT REPORT

On December 16, 2022, this Court set a final pretrial conference for March 3, 2023, and ordered the parties to submit a proposed schedule for pretrial briefing. Accordingly, the parties propose the following schedule for this Court's consideration.

| Pretrial Motion Deadlines (Expert Motions) | |
|---|---|
| Opening Briefs | February 8, 2023 |
| Response Briefs | February 22, 2023 |
| Reply Briefs | March 1, 2023 |

| Motion *in Limine* Deadlines | |
|---|---|
| Motions *in Limine* Exchanged | February 17, 2023 |
| Meet and Confer | TBD – Week of February 20 |
| Motion *in Limine* Oppositions Exchanged | February 27, 2023 |
| Motions in *Limine* Filed | February 27, 2023 |

| Pretrial Order Deadline | |
|---|---|
| Proposed Final Pretrial Order | February 27, 2023 |

Dated: December 22, 2022

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Robert A. Clifford | Dan K. Webb |
| *rac@cliffordlaw.com* | *dwebb@winston.com* |
| Kevin P. Durkin | Christopher B. Essig |
| *kpd@cliffordlaw.com* | *cessig@winston.com* |
| Tracy A. Brammeier | Julia Mano Johnson |
| *tab@cliffordlaw.com* | *jmjohnson@winston.com* |

| | |
|---|---|
| John V. Kalantzis<br>*jvk@cliffordlaw.com*<br>CLIFFORD LAW OFFICES, P C.<br>120 N. LaSalle Street<br>36th Floor<br>Chicago, Illinois 60602<br>(312) 899-9090<br><br>Justin T. Green<br>Anthony Tarricone<br>Brian J. Alexander<br>Daniel O. Rose<br>Megan W. Benett<br>Andrew J. Maloney III<br>Erin R. Applebaum<br>KREINDLER & KREINDLER LLP<br>485 Lexington Avenue<br>28th Floor<br>New York, NY 10017-5590<br><br>Steven C. Marks<br>Ricardo M. Martinez-Cid<br>Kristina M. Infante<br>PODHURST ORSECK, P.A.<br>SunTrust International Center, Suite 2300<br>One S.E. Third Avenue<br>Miami, Florida 33131<br>**On behalf of all Plaintiffs** | WINSTON & STRAWN LLP<br>35 W. Wacker Dr.<br>Chicago, Illinois 60601<br>(312) 588-5600<br><br>Mack H. Shultz, Jr.<br>*MShultz@perkinscoie.com*<br>Michael Scoville<br>*MScoville@perkinscoie.com*<br>Christopher M. Ledford<br>*CLedford@perkinscoie.com*<br>PERKINS COIE LLP<br>1201 Third Avenue Suite 4900<br>Seattle, Washington 98101-3099<br>206-359-8000<br><br>Jonathan R. Buck<br>*jbuck@perkinscoie.com*<br>Daniel T. Burley<br>*dburley@perkinscoie.com*<br>PERKINS COIE LLP<br>131 South Dearborn St.<br> Suite 1700 Chicago, IL 60603<br>312-324-8400<br>**Attorneys for The Boeing Company** |

|  | Garrett Joseph Fitzpatrick<br>garrett.fitzpatrick@fitzhunt.com<br>FITZPATRICK & HUNT, PAGANO, AUBERT, LLP<br>12 E. 49th Street<br>31st Floor<br>NY, NY 10017<br>212-937-4002<br><br><br>Nicholas C. Bart<br>*nick.bart@fitzhunt.com*<br>Shane B. Nichols *Shane.nichols@fitzhunt.com*<br>FITZPATRICK & HUNT, PAGANO, AUBERT, LLP<br>20 S. Clark St.<br>Suite 2620 Chicago, IL 60603<br>312-728-4902<br>**Attorneys for Rosemount Aerospace, Inc.** |
|---|---|