UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Huguette Debets, et al.
          Plaintiff,

v.                Case No.: 1:19−cv−02170
                Honorable Jorge L. Alonso

Boeing Co., The, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 11, 2023:

  MINUTE entry before the Honorable Jorge L. Alonso: Plaintiffs Alessandro Degregorio and Elena Degregorio, Individually and as Special Co−Administrators and Special Co−Representatives of the Estate of Harina Hafitz, Deceased (the "Decedent"), and on behalf of all Surviving Beneficiaries' Agreed motion for settlement approval and dismissal with prejudice [1488] is granted. The claims originally filed in case 20cv5459 are dismissed with prejudice. Plaintiff Sylvie Lamarche Lacroix, individually and as Estate Trustee of the Estate of Stphanie Lacroix, deceased's Agreed motion to approve settlement of claims and dismiss all claims [1490] is granted. The claims originally filed in case 19cv3751 are dismissed with prejudice. Joint motion to approve settlement and dismiss all claims [1497] is granted. Plaintiff Eyasu Teshome, as Liquidator of the Estate of Maygenet WorkuAbebe, deceased's claims originally filed in case 20cv2437 are dismissed with prejudice. Plaintiff's Eyasu Teshome, as Liquidator of the Estate of Maygenet WorkuAbebe, deceased's Agreed motion to seal [1498] is granted. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.