# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>*This filing relates to:*<br>*Case No. 1:21-cv-00588*<br>*Case No. 1:20-cv-01955*<br>*Case No. 1:19-cv-02709*<br>*Case No. 1:19-cv-07754*<br>*Case No. 1:19-cv-05103*<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Weisman |

## JOINT MOTION REGARDING MEDIATION PROCEEDINGS

Plaintiffs and Defendants (the "Parties"), through their respective counsel, jointly request that the Court enter an order compelling mediations to take place in the cases currently set for trial in March 2023, as well as the back-up cases selected for those trials.

In support of this motion, the Parties state as follows:

1. The lead cases currently set for trial in March 20, 2023 are Plaintiff Mark Pegram, Individually and as Administrator of the Estate of Samuel James Pegram, deceased, and on behalf of all surviving beneficiaries, originally filed as Case No. 1:21-cv-00588 ("the Pegram Case") and Plaintiffs Gulshan Sultanali Merani, as Estate Trustee of the Estate of Ameen Ismail Noormohamed, deceased, and Yasmin Ameen Noormohamed, Naheed Noormohamed, and Aleema Noormohamed, originally filed as Case No. 1:20-cv-01955 ("the Noormohamed Case").

2. The back-up case for the Pegram Case is Plaintiffs Julio La Torre Carrasco and Madelen Maria Ekermann, as Co-Special Administrators and Co-Representatives of the Estate of

1

Josefin Augusta Ekermann, deceased, originally filed as Case No. 1:19-cv-02709 ("the Ekermann Case").

3. The back-up cases for the Noormohamed Case are Plaintiff Konjit Shafi Baleker, individually as surviving dependent sibling and as Special Representative and Special Administrator of the Estate of Sintayehu Shafi Baleker, deceased, and on behalf of all surviving beneficiaries, originally filed as Case No. 1:19-cv-07754 ("the Baleker Case") and Plaintiff John Barasa Zata, individually as surviving spouse and as Special Representative and Special Administrator of the Estate of Karoline Aadland, deceased, and on behalf of all surviving beneficiaries, originally filed as Case No. 1:19-cv-05103 ("the Aadland Case").

4. Counsel for Plaintiffs and counsel for Boeing have previously engaged in mediations before retired Cook County Circuit Court Judge Donald O'Connell, who has a great deal of experience as a judge and mediator in aviation matters. Through their efforts before the mediator, counsel for Plaintiffs and counsel for Boeing have successfully reached settlements in numerous other cases.

5. The Parties believe that an order compelling mediations to take place before retired Cook County Circuit Court Judge Donald O'Connell in these cases may well assist in achieving resolution of all the lead and back-up cases currently scheduled for trial on March 20, 2023.

WHEREFORE, the Parties request that this Court enter an Order compelling mediation proceedings before retired Cook County Circuit Court Judge Donald O'Connell to take place in the above-referenced cases.

DATED: January 23, 2023

**On behalf of all Plaintiffs**

/s/Robert A. Clifford
Robert A. Clifford
rac@cliffordlaw.com
Kevin P. Durkin
kpd@cliffordlaw.com
Tracy A. Brammeier
tab@cliffordlaw.com
John V. Kalantzis
jvk@cliffordlaw.com
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090

Steven C. Marks
smarks@podhurst.com
Ricardo M. Martinez-Cid
rmartinez-cid@podhurst.com
Kristina M. Infante
kinfante@podhurst.com
Pablo Rojas
projas@podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center, Suite 2300
One S.E. Third Avenue
Miami, Florida 33131

Justin T. Green
jgreen@kreindler.com
Anthony Tarricone
atarricone@kreindler.com
Brian J. Alexander
balexander@kreindler.com
Daniel O. Rose
drose@kreindler.com
Andrew J. Maloney III
amaloney@kreindler.com
Erin R. Applebaum
eapplebaum@kreindler.com
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor
New York, NY 10017

**THE BOEING COMPANY**

By: /s/ *Dan K. Webb*
*One of Its Attorneys*

Dan K. Webb
dwebb@winston.com
Christopher B. Essig
cessig@winston.com
Julia M. Johnson
jmjohnson@winston.com
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600

Michael Scoville
MScoville@perkinscoie.com
Christopher M. Ledford
CLedford@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Dan K. Webb*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600
