**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br>Honorable Jorge L. Alonso<br>Magistrate Judge Weisman |

**DECLARATION OF CHRISTOPHER LEDFORD IN SUPPORT OF BOEING'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT THOMAS JENKYN**

I, Christopher Ledford, declare as follows:

1. I am an attorney with the firm of Perkins Coie LLP and am admitted *pro hac vice* in this Court as one of the attorneys for Defendant The Boeing Company. The matters stated herein are of my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. I submit this declaration in support of Boeing's Motion to Exclude Opinions of Plaintiffs' Expert Thomas Jenkyn.

3. Exhibit A is a true and correct copy of the Rule 26 Report of Thomas Jenkyn, including CV.

4. Exhibit B is a true and correct copy of transcript of the December 15, 2022 deposition of Thomas Jenkyn.

5. Exhibit C is a true and correct copy of G.T. Desmoulin & G.S. Anderson, *Method to Investigate Contusion Mechanics in Living Humans*, 2 J. FORENSIC BIOMECHANICS (2011).

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Signed this 8th day of February, 2023, at Seattle, Washington.

CHRISTOPHER M. LEDFORD