# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge M. David Weisman |

**PLAINTIFFS' RULE 26(a)(2)(B) DISCLOSURE OF THOMAS R. JENKYN, PhD, PEng**

On behalf of all Plaintiffs in this consolidated action, the PEC makes the following disclosure pursuant to FRCP 26(a)(2)(B):

**Thomas R. Jenkyn, PhD, PEng**
TLS Forensic Biomechanics and Engineering Ltd.
655 Whitehaven Crescent, Suite B
London, ON, N6G 4V6
Canada

Thomas R. Jenkyn, PhD, Peng is a licensed engineer with expertise in mechanical, biomechanical, and aerospace engineering. A copy of his curriculum vitae detailing his qualifications is attached to his report.

Mr. Jenkyn is expected to testify consistent with his attached report, based upon a reasonable degree of engineering certainty.

Mr. Jenkyn will explain the bases for his opinions and testify to general engineering principles as they relate to his opinions in his report.

Mr. Jenkyn is expected to update his report based upon review of additional materials, future amendments to testimony, or disclosure of new information.

Mr. Jenkyn bases his opinions upon his training and experience and the materials listed in his report.

**CLIFFORD LAW OFFICES, P.C.**
*/s/ Robert A. Clifford*_______________
Robert A. Clifford
*Lead Counsel, Plaintiffs' Executive Committee*
Kevin P. Durkin
Tracy A. Brammeier
*Plaintiffs Liaison Counsel*
John V. Kalantzis
120 North LaSalle Street, 36th Floor
Chicago, IL 60602
Tel: (312) 899-9090
RAC@CliffordLaw.com
KPD@CliffordLaw.com
TAB@CliffordLaw.com
JVK@CliffordLaw.com

**KREINDLER & KREINDLER LLP**
Justin T. Green
Anthony Tarricone
Brian J. Alexander
Daniel O. Rose
Megan W. Benett
Andrew J. Maloney III
Erin R. Applebaum
485 Lexington Avenue, 28th Floor
New York, NY 10017-5590

**PODHURST ORSECK, P.A.**
Steven C. Marks
Ricardo M. Martinez-Cid
Kristina M. Infante
SunTrust International Center, Suite 2300
One S.E. Third Avenue
Miami, Florida 33131

**Biomechanics Report**

Re: Boeing 737 Max 8
Flight ET302
Incident date: March 10, 2019

Prepared for: Kevin Durkin
Clifford Law LLP
120 North LaSalle Street, 36th Floor
Chicago, IL 60602
Tel: (312) 625-6192
www.cliffordlaw.com

Principal Author:

Thomas R. Jenkyn, PhD, PEng

Report Date: September 22, 2022
Our File No.: CL-XXvBAC-001

BIOMECHANICS AND ENGINEERING

Thomas Jenkyn, PhD, PEng

## 1.0 Qualifications

I, Thomas R. Jenkyn, PhD, PEng, am responsible for the contents of this report. A copy of my current curriculum vitae is included in Appendix A. I am the senior engineer of TLS Forensic Biomechanics and Engineering Ltd. In brief, my undergraduate and master's degrees are in Engineering Science with a specialization in Aerospace Engineering from the University of Toronto. My doctoral degree is in Biomedical Engineering with a specialty in Biomechanics from the University of Strathclyde in Glasgow, Scotland. My post-doctoral research fellowships were in orthopaedic biomechanics in the Department of Orthopedic Surgery and the Department of Diagnostic Radiology at the Mayo Clinic, Rochester, MN, USA.

In addition to my consulting work I am a professor of human biomechanics at the University of Western Ontario (UWO) with a joint appointment in the Department of Mechanical and Materials Engineering and the School of Kinesiology. Since 2002 I have been Co-Director of the Wolf Orthopaedic Biomechanics Laboratory and the Director of the Wolf Orthopaedic Quantitative Imaging Laboratory (an advanced x-ray imaging facility) in the Fowler Kennedy Sport Medicine Clinic. Since 2015 I have been the Director of the Impact Biomechanics and Concussion Laboratory at UWO campus in London, ON. I have performed and published studies into human biomechanics and orthopaedic injuries and have used human volunteers and patients, cadaveric tissues and mathematical models to perform these studies.

## 2.0 Background information

The air crash in question involved flight ET302 of Ethiopian Airlines and occurred just after 08:43:43 local time (05:43:43 UTC) on the morning of March 10, 2019. The aircraft involved was a Boeing 737 MAX 8 commercial jetliner that was leaving Addis Ababa, Ethiopia bound for Nairobi, Kenya. At around 08:38:44, the pilots began to have trouble flying the aircraft due to uncommanded flight inputs affecting the pitch trim. While climbing from take-off, the aircraft continually attempted to pitch nose-down despite the pilots' efforts against this. The pilots' efforts were ultimately unsuccessful and the aircraft crashed into the ground near the town of Bishoftu, Ethiopia about six minutes after take-off. As a result of the crash, all 157 people on board perished. There were 8 crew and 149 passengers.

What is in question is what the passengers and crew experienced biomechanically in the minutes before the ultimate crash. The aircraft, as recorded by the Flight Data Recorder, experienced unusual accelerations of large magnitude, especially in the vertical axis direction. The question is

how did these large magnitude accelerations induce movement in the bodies and body segments of the passengers and crew? Did the passengers and crew involuntarily strike the interior of the aircraft or each other in an injurious manner? Did passengers who were restrained by their seatbelts sustain any injuries prior to the ultimate crash? Did passengers and crew who were not restrained by seatbelts become involuntarily airborne and mobile within the cabin?

## 3.0 Purpose and scope

TLS Forensic Biomechanics and Engineering Ltd. was retained to perform a biomechanical simulation of the motion induced in the bodies and body segments of the passengers of the aircraft due to the accelerations of the aircraft in the final minutes before the crash. In particular, TLS was asked to determine whether the passengers would have left their seats, struck the interior of the aircraft or struck one another due to the accelerations induced in their body segments or had any other injurious forces applied to their bodies. TLS was also asked to quantify the interactions between the passengers and their seatbelts, seats, armrests, seatback trays, loose objects, loose personal items and electronics, loose luggage, contents of the seat pockets and other components of the aircraft. Biomechanics is the application of physics and engineering principles to the study of the motion and loading of biological tissues, body segments and bodies overall.

The scope of my investigation included the following:

1. Receipt and review of the following background documents:
   - i) Amended Protective Order for case 1:19-cv-2170 dated January 5, 2022;
   - ii) Flight Data Recorder (FDR) outputs for the entire flight of ET302 on March 10, 2019;
   - iii) Aircraft Accident Investigation Bureau Preliminary Report from the Ministry of Transport of the Republic of Ethiopia;
   - iv) Aircraft Accident Investigation Bureau Interim Report from the Ministry of Transport of the Republic of Ethiopia;
   - v) Deposition transcript for Kevin Walsh dated June 9, 2022 with exhibits marked 231 to 235;
   - vi) Deposition transcript for Mike Bryan dated June 9, 2022 with exhibits marked 221 to 227;
   - vii) Structural Certification Test Report for Boeing Sky Interior Pivot Bins;
   - viii) Dynamic Compliance Report regarding BE16.0 Pinnacle A seat model prepared for Ethiopian Airlines;

ix) TSO-C127a Minor Change Notification from B/E Aerospace dated April 23, 2018;

x) TSO-C39c Minor Change Notification from B/E Aerospace dated February 28, 2018;

xi) Dynamic Non-TSO Compliance Report from B/E Aerospace;

xii) Aerospace Standard AS8043 Rev B "Restraint Systems for Civil Aircraft" Society of Automotive Engineers International 2014-03.

2. Simulations of a portion of the crash flight using HVE-GATB software to determine the motions of passengers seated in a row of economy seats and seated in a row of first class seats to examine the motion of body segments and interactions with fellow passengers, their seatbelt restraints and the interior of the aircraft.

3. Preparation of this report with my findings.

## 4.0 Background documents

To characterize the events in the minutes before the air crash, I reviewed the Aircraft Accident Investigation Bureau Preliminary Report and Interim Investigation Report. The information that I see as relevant to the biomechanics of the collision is given below.

### 4.1 <u>Aircraft Accident Investigation Bureau Preliminary Report from the Ministry of Transport of the Republic of Ethiopia</u>

The Preliminary Report stated that the Digital Flight Data Recorder (DFDR) unit and its Crash Survivable Memory Unit (CSMU) were successfully recovered from the crash site and sent to the BEA in Paris, France where the data stored therein was downloaded.

> '…1.11.1 DIGITAL FLIGHT DATA RECORDER
> The aircraft was fitted with a FA2100 NAND DFDR manufactured by L3-com with part number 2100-4945-22 and serial number 001217995.
> On 11 March 2019, the DFDR was recovered from the accident site by the AIB. The DFDR chassis with the Crash Survivable Memory Unit (CSMU) attached were transported to the French BEA recorder facility for data downloading…The memory unit recorded 1790 parameters…and contained…the accident flight….'

Of the data downloaded, the vertical, longitudinal and lateral accelerations experienced by the aircraft during the accident flight were successfully retrieved. This output is shown below in Figure 1. The biomechanical simulation in this report relied on these outputs.




**Figure 1**: Appendix 1 from the Preliminary Report of the Aircraft Accident Investigation Bureau showing the recorded vertical (red), longitudinal (blue) and lateral (black) accelerations of the aircraft in terms of multiples of acceleration due to gravity (g's).

4.2 <u>Aircraft Accident Investigation Bureau Interim Investigation Report from the Ministry of Transport of the Republic of Ethiopia</u>

The Interim Investigation Report stated that the Digital Flight Data Recorder (DFDR) unit and its Crash Survivable Memory Unit (CSMU) were successfully recovered from the crash site and sent to the BEA in Paris, France where the data stored therein was downloaded.

> '…1.11.1 DIGITAL FLIGHT DATA RECORDER
> The aircraft was equipped with a FA2100 NAND DFDR manufactured by L3-com with part number 2100-4945-22 and serial number 001217995.
> On 11 March 2019, the DFDR was recovered from the accident site by the AIB. On 12 March 2019 the DFDR chassis with the Crash Survivable Memory Unit (CSMU) attached were transported to the French BEA recorder facility for data downloading…
> The memory puck was opened and the electronic board containing the memory component support was extracted…
> …the memory board was in good condition. There was no trace of impact. The two memory chips as well as the micro-processor were found in good condition…
> The down loaded file provided…valid data, including the flight of the event….'

Of the data downloaded, the vertical acceleration experienced by the aircraft during the accident flight was reported in Appendix 2 as below in Figure 2. The biomechanical simulation in this report relied on these outputs.




**Figure 2**: Appendix 2 from the Interim Investigation Report of the Aircraft Accident Investigation Bureau showing the recorded vertical acceleration (black) of the aircraft in terms of multiples of acceleration due to gravity (g's).

## 5.0 Biomechanical engineering simulation of the crash

### 5.1 <u>Biomechanics of aircraft flight, passenger motion and non-inertial frames of reference</u>

When an aircraft is flying straight and level at a constant speed and heading, not climbing or descending, not banking or yawing, every passenger on that aircraft will feel no forces acting in their body except for gravity. Gravity is a body force. That means it acts on every part of the passenger's body, pulling it downward toward the center of the earth. On each segment of the passenger's body gravity can be considered to act at the segment center of mass. The gravitational force pulling on the passenger's body is also known as the passenger's 'weight'. This gravitational force is proportional to the mass of the passenger. Each segment of the passenger's body, such as their forearm or their thigh, has a weight that is proportional to the mass of that segment.

When a body is freely accelerated by gravity (i.e. is allowed to fall) then the acceleration that that body experiences is 9.81 $m/s^2$ (32.2 $ft/s^2$). This acceleration due to gravity is defined as 1 g. In the case of our passenger, they do not actually accelerate towards the ground since they are seated in their seat or standing in the aisle, but they would feel the weight of their body due to the gravitational forces. So, it is convenient and accurate to refer to their weight in normal gravity as being 1 g. This is the environment within which we usually live. So experiencing 1 g of gravity acting on the body would be considered normal to the passenger since this is the gravitational loading that one would experience during other activities of daily life, such as sitting in an easy chair at home, walking to the coffee shop or working out at the gym. We are accustomed to living in 1 g.

So long as the aircraft continues flying straight and level at a constant speed, then the aircraft is an 'inertial frame of reference' for the passenger. There are no other body forces acting on the passenger other than gravity. In this case the aircraft is obeying Newton's First Law of Motion, the Law of Inertia, which states that objects, such as the body of the passenger and the aircraft itself, do not want to be accelerated. This is the case so long as the aircraft continues at a constant speed and heading.

If the aircraft does accelerate in any direction, this forces the passenger to accelerate as well. Then Newton's First Law is violated and the aircraft is now a 'non-inertial frame of reference' for the passenger. The passenger will now experience 'inertial forces' that act in the opposite direction to the aircraft's acceleration. For instance, if the aircraft accelerates upwards into a climb, the passenger experiences an inertial force pushing them downwards into their seat bottom. If the aircraft speeds up and accelerates forward, then the passenger experiences an inertial force backwards into their seat back. Consider an automobile collision. If an automobile is suddenly stopped by driving into a brick wall, it is accelerated backwards. The occupants of the automobile experience an inertial force throwing them forward within the automobile.

An inertial force is also a body force. Like gravity it acts on the entire body of the passenger. On each body segment, the inertial force can be thought to act on the segment center of mass, just like gravity. It is Newton's Second Law of Motion that dictates the magnitude of the inertial force acting on the body. Newton's Second Law states that F=m x a. F is the magnitude of the inertial force acting on the body, m is the mass of the body and a is the linear acceleration of the body. The linear acceleration is measured in $m/s^2$ or $ft/s^2$ just like g, the acceleration due to gravity. So it is useful to report linear acceleration as a multiple of 1 g rather than by its magnitude in $m/s^2$ or $ft/s^2$. For instance, if the acceleration of the aircraft is 4.9 $m/s^2$ upwards, this will cause a downward inertial force to act on the passenger of 0.5 g's, since 4.9 $m/s^2$ is about half of 9.81 $m/s^2$ which is 1 g.

Since the inertial force is a body force just like gravity and since it acts at the center of mass of each body segment, just like gravity, the inertial force is simply added to the gravitational force. The gravitational force, weight, is always there, plus whatever inertial force is acting on the body. So for the example above, where the aircraft accelerates at 0.5 g's upwards, the passenger will feel a downward force of gravity (1 g) plus the downward inertial force (0.5 g) for a total downward force of 1.5 g's. Put differently, as the aircraft accelerates upwards 0.5 g's, the passenger will weigh 50% more than normal. For example, a 200 lb passenger would now weigh 300 lbs. If the aircraft accelerates upward at one full g, then the passenger will experience a downward force of gravity (1 g) plus the downward inertial force (1 g) for a total of 2 g's pushing them downward. The 200 lb passenger now weighs 400 lbs in this situation.

Linear acceleration can occur forward and backward along the longitudinal axis of the aircraft (Figure 4 below). Linear acceleration can also occur side to side, left and right along the lateral axis of the aircraft (Figure 4). So similar to the upward acceleration, if the aircraft is flying straight and level then slows down, accelerating backwards by 0.1 g's, the passenger will experience an inertial force forward of 0.1 g's. If the aircraft accelerates to the left by 0.1 g's, the passenger experiences an inertial force to the right of 0.1 g's.

Inertial forces also occur when the aircraft travels in a curved path. When an object travels in a curved path it is being accelerated toward the center of the curved path. So if the aircraft was traveling in a curved path to the right, then it is accelerating to the right and the center of the curved path lies to the right of the aircraft. The magnitude of the acceleration due to the curved path is determined by two factors, the speed of the aircraft and the tightness of the curved path. This acceleration is known as the 'centripetal acceleration' and it is equal to $a=v^2 / r$. v is the speed of the aircraft and r is the 'radius of curvature'. The tighter the turn, the smaller the radius of curvature. The centripetal acceleration increases as the inverse of the radius of curvature. The centripetal acceleration also increases as the square of the object speed. So if the speed of the aircraft is increased by a factor of two (i.e. it doubles in speed) as it goes around the curved path, then the centripetal acceleration increases by a factor of four. If the tightness of the curve is increased by a factor of two (i.e. the radius of curvature is cut in half) then the centripetal acceleration increase by a factor of two.

Another way to think of centripetal acceleration is to imagine driving an automobile. When the car is driving forward straight and at a constant speed the occupants of the automobile feel no body forces acting on them other than gravity pulling downward as normal. But when the driver steers the automobile into a righthand turn, the occupants feel an inertial force pulling them to the left. The automobile has been accelerated to the right by the driver causing a centripetal acceleration of the automobile to the right. But the inertial force acting on the occupants of the automobile pulls them to the left. This is known as the 'centrifugal force'. If the driver steers a wide arc and travels slowly, then the centrifugal inertial force is small. But if the driver is exiting a freeway onto an off-ramp at high speed with an aggressive steering input to the right, then the centrifugal force to the left is very large, causing the occupants of the automobile to be forcibly pulled and thrown to the left. If they are wearing their seatbelts, they will feel contact forces on their pelvis, shoulder and chest where the seatbelt is holding them in their seats.

In an aircraft, the curved path followed can either be a change of heading to the left or right, or a change of pitch nose up or nose down. When the curved path is a change of heading, the aircraft will roll into the curve with a bank angle. If the aircraft is turning to the left it will bank to the left with the left wing down and the right wing up. While banked like this, as far as the passenger is

concerned, gravity is now downward and to their left. But the aircraft is also being accelerated to the left by its centripetal acceleration. So the passenger also feels the centrifugal force downward and to their right. These two body forces, gravity and the centrifugal force combine during a banked turn to forcibly push the passenger downward into their seat bottom. The tighter the turn and the faster the aircraft airspeed, the greater the magnitude of this downward force acting on the passenger.

It is important to distinguish the directions as perceived by the passenger from the directions attached to the ground beneath the aircraft. The passenger is banked along with the aircraft, so their definition of up and downward (with respect to their seat bottom) is also banked with the aircraft. The passenger's up and down axis is not the same direction as upward and downward with respect to the center of the earth, whereas gravity always follows downward toward the center of the earth. Similarly, the passenger's definition of left in the leftward banked turn is now tilted below horizontal along with the aircraft's left wing and the passenger's right direction is now tilted above horizontal along with the aircraft's right wing. The directions defined by the passenger are fixed to the aircraft. So as the aircrafts banks and turns, the passenger's directions follow the aircraft, not the ground.

When an aircraft changes its pitch so that it is increasingly nose up, then the aircraft experiences an upward centripetal acceleration. In this scenario, the passenger experiences a forceful downward centrifugal force through their seat bottom. The tighter the nose up path or the faster the aircraft is travelling, the greater the centrifugal force pulling the passenger into their seat bottom.

The situation that we have not yet discussed is what happens when the aircraft accelerates downward toward the ground. This can happen either with a linear acceleration downward, such as when an aircraft drops due to turbulence or wind shear. Or it can happen as the aircraft changes pitch into greater nose down attitude. As the aircraft accelerates downward, the passenger will experience an inertial force that pulls them upwards. For example, if the aircraft accelerates at 0.5 g's downwards, the passenger will feel an <u>upward</u> inertial force of 0.5 g's. This can also be described as a negative force since gravity is downwards and that is considered normal. An upward inertial force can be described in this case as -0.5 g's. But the passenger still has the force of gravity pulling downwards with +1 g. As discussed before, the gravitational force and the inertial force are both body forces acting at the center of mass of each body segment, so the passenger will experience a downward force of +1 g (from gravity) minus an upward 0.5 g's (from the inertial force), for a total force of only 0.5 g's downward. Now the passenger weighs only 50% of their normal weight. So the 200 lb passenger now weighs only 100 lbs.

If the aircraft accelerates downward at one full g, then the inertial force on the passenger is -1 g. The passenger will experience a downward gravitational force of 1 g minus the upward inertial

force of 1 g for a total of zero g's. When the aircraft accelerates downward at 1 g, then the passenger will be weightless.

In a more extreme example, let's say the aircraft accelerates downward toward the ground at 2 g's. This is an acceleration of 19.62 $m/s^2$ (64.4 $ft/s^2$) which is very large. Then the passenger will experience an upward inertial force of -2 g's. Combining this with the gravitational force of +1 g, the passenger now has an overall body force of -1 g's. In this situation the passenger is not weightless. Instead this passenger will experience a force equivalent to their normal weight pulling them upwards towards the ceiling.

An overall body force of -1 g acting on the passenger is the physical equivalent of the aircraft flying straight and level but inverted. In an inverted aircraft, the passenger and their seat are upside down. Gravity is pulling the inverted passenger downward toward the center of the earth with their entire body weight. If they have their seatbelt fastened, then they will remain in their seat, but they will be hanging from their seatbelt by their hips and pelvis. Their arms would very likely be hanging above their head and the change in their pockets falling out. If the inverted passenger does not have their seatbelt fastened, they fall out of their seat with an acceleration toward the ceiling of the aircraft of 9.81 $m/s^2$ (32.2 $ft/s^2$).

Consider the passenger experiencing -1 g in the aircraft (right side up) that is accelerating downward at -2 g's. This passenger will experience the exact same force as the passenger in the inverted aircraft flying straight and level. The overall body force of -1 g's is pulling the passenger upward with the equivalent of their body weight. If they have their seatbelt fastened, they will remain in their seat but they are quite literally hanging from their seatbelt with their hips and pelvis. Their arms would very likely be hanging above their head and the change falling out of their pockets. If the passenger experiencing -1 g's does not have their seatbelt fastened, they will accelerate upward, out of their seat, at 9.81 $m/s^2$ (32.2 $ft/s^2$).

In an even more extreme example, consider an aircraft accelerating downward at -2.5 g's. The overall body force acting on the passenger would be -1.5 g's. If the passenger has their seatbelt fastened, then they will be hanging from their hips and pelvis but will pulled upward with 50% more force than their body weight. They will be pulled upward on their seatbelt with a force that is 150% of their normal body weight. For instance, the 200 lb passenger is now hanging upside-down from their seatbelt and they weigh 300 lbs. If the passenger does not have their seatbelt fastened, then they will accelerate upward out of their seat at 14.7 $m/s^2$ (48 $ft/s^2$). This will remove the unrestrained passenger upward from their seat with next to no time to react.

In several examples now, the passenger of the aircraft or the occupant of the automobile have been described as being restrained by their seatbelts. When the passenger of the aircraft is acted

upon by inertial forces that are acting upward, forward, left or right, it is the seatbelt that holds the passenger in their seat. Inertial forces that act backwards will push the passenger into their seat back. Inertial forces that act downwards will push the passenger down into their seat bottom. But the seatbelt is required to counteract inertial forces in the directions that take the passenger out of their seat. The seatbelt restrains the passenger in their seat by applying a reaction force onto the passenger. The amount of force that the seatbelt applies is determined by Newton's Third Law of Motion. This is the Law of Action and Reaction Forces. It states that for every force acting on an object, that object reacts with an equal and opposite force. In this case, the action force comes from the passenger onto the seatbelt. In the case of the passenger experiencing an overall force of -1 g's, the hips and pelvis, which are in contact with the seatbelt, pull on the seatbelt and apply an upward force of 1 g. The seatbelt becomes taut, and if the anchors and the buckle hold, then the seatbelt will return the same 1 g force downward, back into the hips and pelvis. This reaction force from the seatbelt counteracts the overall body force acting on the passenger. With the reaction force from the seatbelt, the passenger does not accelerate out of their seat. If the seatbelt fails, or if the seatbelt was never fastened, then there is no counteracting reaction force from the seatbelt and the passenger is rapidly accelerated out of their seat.

Even in the case of the unrestrained passenger who accelerates out of their seat in negative g's Newton's Third Law applies. Once the passenger is accelerated out of their seat they will soon come into forceful contact with the interior of the aircraft. This could be the ceiling or the bottom of the overhead luggage bin. For instance, if the passenger contacts the ceiling with their head, then Newton's Third Law will determine the force with which the ceiling provides a reaction force to stop the passenger's motion. If the passenger has been accelerated out of their seat at -1 g, then they will be travelling very quickly at the point of contact with the ceiling. The reaction force from the ceiling in that situation will be large and likely injurious (as shown in Figure 13 below).

It is assumed that all the passengers and crew aboard flight ET302 were wearing their seatbelts properly and were restrained within their seats. This is a conservative assumption and I have not seen any indications to the contrary in any of the materials that I have reviewed for this report. Of course, it is possible that some passengers and crew were not so restrained during some or all of the crash flight, including the flight events described in this report. I describe the effects of inertial forces acting on the bodies of unrestrained passengers for illustrative purposes only. By describing, in detail, the motion that the body would undergo without seatbelt restraint, it is easier to understand the magnitude of the forces acting on the body through the restraint system that acts to stop that motion from happening in the properly restrained passenger.

Any loose objects would also experience the same inertial forces acting on the passengers. At takeoff, any number of items could be expected to be loose or loosely held in the seatback pocket at each passenger seat. Loose items could be expected to include, but are not limited to, iPads,

eReaders, phones, pagers, water bottles, mugs, cups, glasses, eyeglasses and eyeglass cases hearing devices, books, purses, wallets, newspapers, magazines, food items, food containers, jackets, sweaters, headphones, shoes that have been removed, luggage improperly stowed under the seat, children's toys, children's soothers, infant bottles. Items stowed loosely in the seatback pocket in front of the passenger could be expected to include, but are not limited to, laptop computers, iPads, eReaders, phones, pagers, water bottles, mugs, cups, glasses, eyeglasses and eyeglass cases hearing devices, books, purses, wallets, newspapers, magazines, food items, food containers, jackets, sweaters, headphones, shoes that have been removed, children's toys, children's soothers, infant bottles.

In the event of the aircraft accelerating downward at more than -1 g's, these items will become mobile within the cabin space. Consider the object experiencing -1 g within the aircraft, as the aircraft is accelerating downward at -2 g's. The overall vertical force of -1 g's is pulling the object upwards with the equivalent of the object's weight. If the object is loose or loosely stowed, it will accelerate upward at 9.81 $m/s^2$ (32.2 $ft/s^2$). In the more extreme example of an aircraft accelerating downward at -2.5 g's, the overall force acting on the objects would be -1.5 g's and the object would accelerate upward at 14.7 $m/s^2$ (48 $ft/s^2$).

Once the object is airborne and mobile within the cabin, it will be acted upon by the inertia forces in the longitudinal direction and the lateral direction as the aircraft is accelerated in these two directions. In this way, the object that is airborne will move freely fore and aft and left and right within the cabin in a manner that is both very rapid and unpredictable to the passengers. Once airborne, the chance of the object striking a passenger or the interior of the aircraft is almost certain. When the airborne object strikes the interior of the aircraft, for instance the ceiling or the bottom of an overhead bin, then Newton's Third Law will dictate that the struck surface will apply a reaction force to the object. This will then accelerate the object in a new direction at significant speed in a manner that is unpredictable.

When an object that is mobile in the cabin in this manner strikes a passenger, the force of impact will be determined by the speed and mass of the object. For more massive objects, such as luggage, books, water bottles, etc. there is a significant risk of contusion to the passenger if struck. If the object has sharp corners, such as the edges of a laptop computer or iPad, then there is a significant risk of laceration to the passenger who is struck. Once mobile within the cabin, it would be probable that an object would be capable of travelling a significant distance within the cabin during the extended period during which flight ET302 was experiencing large and unusual accelerations during the crash flight.

5.2 HVE-GATB simulation software

Two series of simulations were run to determine the motions induced in the limbs and bodies of the passengers on flight ET302. The first series of simulations examines three passengers seated side by side in a row of three economy class seats (Figure 3 below). The second series examines two passengers seated side by side in a row of two first class seats (Figure 12 below). All simulations were performed with a software package called Human Vehicle Environment (HVE) which modeled the accelerations of the aircraft. HVE is a well-established and validated simulation software package in the field of collision reconstruction and simulation (Day, 1999; Day, 1994).

Within the HVE platform, the passengers were simulated using a software module called the Graphical Articulated Total Body (GATB, Collision Engineering Associates, Mesa, AZ, USA; Grimes, 1997; Cheng et al, 1998). The GATB module was designed to examine the kinematics and kinetics of the human body, either within a motor vehicle or aircraft as a passenger, or outside a motor vehicle as a pedestrian (Ashrafiuon et al, 1997; Obergefell et al 1988; Stone et al, 1989). The GATB software is based on the Articulated Total Body (ATB) model (Grimes, 1997) that has been used since the 1970s to simulate the occupants of motor vehicles and aircraft during crash events (Leetch and Bowman, 1983a; 1983b). The GATB software is the same as the original ATB software in terms of its physics. The only difference is the computer interface by which the user uses the model. The software allows for the simulation of seatbelt restraints applying forces to any segment of the body model. The software allows for contact between the interior or the exterior of a vehicle on any segment of the body model. And the software calculates contact forces, linear and angular accelerations and changes of velocity for all of segments of the body during complex crash events.

In the series of simulations, passengers are placed in seats of the appropriate geometry (either economy class or first class) beside each other. This enables both the motions of the individual passengers to be determined, as well as their interactions. The simulation calculates how each of the body models were biomechanically loaded during the last 150 seconds of the crash flight, with focus on the last 24 seconds. The angular and linear positioning, velocities and accelerations of each body segment is calculated with respect to time. The force of contact between body segments and the interior of the aircraft or the body segments of the other passengers is also calculated.

Each human body model consists of 15 linked segments that are connected at 14 discrete joints. The biomechanical loading and kinematics of each segment were calculated throughout each simulation. Each human body model could be scaled in terms of height, weight and male or female sex. The height and weight of each human body model ranged from the 5th to the 95th percentile. The male body model heights ranged from 5'-7" (172 cm) up to 6'-6" (198 cm) and weights from

134 lbs (61 kg, 598 N) up to 214 lbs (97 kg, 951 N). The female body model heights ranged from 4'-11" (150 cm) up to 5'-10" (177 cm) and weights from 98 lbs (45 kg, 441 N) up to 152 lbs (69 kg, 677 N). The lower end of these ranges captures the body size of young adults and older children. There was a very large number of possible combinations of heights, weights and sexes that could be placed in each of the three economy class seats in the first series of simulations and in the two first class seats in the second series of simulations. A sampling approach was used to run a feasible number of simulations in each series that captured the range of interactions between passenger body models related to sex, height, weight and seating position and determine which factor is most strongly correlated with the seatbelt tension. An analysis of this type is a statistically acceptable methodology for evaluating situations with a very large number of variations.

An example of one simulation in the first series of simulations of the three passengers in economy class seats is described in this section to illustrate the simulation process and its most common results. In this exemplar simulation, the human model in the aisle seat was a female of smaller stature, shown in pink in Figure 3. Her body segments were proportioned as a 15th percentile adult female with a standing height of 5'-3" (160 cm) and body weight 110 lbs (49.8 kg, 490 N). The human model in the middle seat was a male of average stature, shown in blue in Figure 3. His body segments were proportioned as a 35th percentile adult male with a standing height of 5'-11" (180 cm) and a body weight of 166 lbs (75.3 kg, 736 N). The human model in the window seat was a female of average stature, shown in gold in Figure 3. Her body segments were proportioned as a 60th percentile adult female with a standing height of 5'-7" (172 cm) and a body weight of 130 lbs (59 kg, 578 N).

Contact surfaces were created to represent the surfaces of the seats in which the passengers were sitting, the floor beneath them, the wall next to the window seat, the overhead bin bottom and side and the ceiling of the aircraft. These appear in Figure 3 as grey surfaces. The contact surfaces defining the interior surfaces of the aircraft cabin are labeled in Figure 3 for reference. The surfaces making up the seat and armrest geometry were also contact surfaces. Any contact between any of the body segments and any of the contact surfaces results in a reaction force on body objects. The contact surfaces are immovable. The body segments react to the contact force by accelerating away from the contact surface proportional to the reaction force.

Each body model is restrained in its seat with a lap seatbelt. The seatbelt anchors on the left and right side of each body model on each side of the seat at the rear where the seat bottom meets the seat back. The lap belt makes contact with the pelvis segment of each body model and has no slack length. This means the belt develops tension as soon as the pelvis moves away from the seatbelt anchor. The stretch in the lap portion of the belt was defined in compliance with the Society of Automotive Engineers (SAE) Aerospace Standard AS8043B.




**Figure 3**: Frontal view of the three passenger body models seated in economy class seats with their lap belts secured. In this simulation, the aisle seat was a female of smaller stature and weight (shown in pink). In the middle seat is a male of average stature and weight (shown in blue). In the window seat is a female of average stature and weight (shown in gold). The contact surfaces making up the interior surfaces of the aircraft cabin are labeled. The seat and armrest were also contact surfaces.

Of the array of outputs recorded by the Flight Data Recorder (FDR), the three outputs of direct relevance to the biomechanical simulation were the vertical, longitudinal and lateral accelerations experienced by the aircraft during the crash flight. These three components are measured at the center of mass (CG) of the aircraft with the directions shown in Figure 4 below. These axes move with the aircraft. So as the aircraft pitches forward into a nose down orientation, the vertical axis will tilt forward with the aircraft.




**Figure 4**: The vertical, longitudinal, and lateral axes of the aircraft along which the linear accelerations measured by the FDR are recorded. These axes move in orientation with the aircraft.

The acceleration along the vertical axis was the greatest in magnitude of the three axes. The vertical acceleration is shown in Figure 5 below. The longitudinal and lateral accelerations are shown in Figure 7 below. Normal weightbearing vertical acceleration due solely to gravity is positive 1 g. Positive vertical acceleration in both figures tends to drive the body toward the ground. Negative vertical acceleration tends to drive the body toward the ceiling. When positive g's are greater than 1, then the body weighs more than usual. When the g's are less than 1, then the body weighs less than usual. Zero g's give a sensation of weightlessness. The greater the negative g's, then greater the acceleration of the body away from the floor and toward the ceiling. With negative g's, any passenger who is not restrained in their seat with their seatbelt will become airborne and involuntarily mobile within the aircraft cabin.

For the first 42 seconds from the start of the runway roll around 08:37:56 local time (264272) until takeoff around 08:38:38 (264314), the vertical acceleration ranged from 0.876 to 1.146 g's, which can be considered normal for a takeoff since the flight at that point was proceeding normally. Soon after takeoff, the left-side angle of attack sensor began to significantly deviate from the right-side angle of attack sensor as per the Aircraft Accident Investigation Bureau Reports. Then for the next 2 minutes and 36 seconds from 08:38:38 (264314) until 08:41:14 (264470) the vertical acceleration ranged from 0.681 to 1.4 g's. After that, the undulations in the vertical acceleration increased in magnitude. During the 2 minutes and 4 seconds from 08:41:14 (264470) until 08:43:18 (264594)

the vertical accelerations ranged from 0.439 to 1.691 g's. During this period, the vertical acceleration alternated between larger than normal g's and less than normal g's for more than 2 minutes. There was no warning of changing vertical acceleration and the undulations were irregular in their timing. During moments of less than normal positive g's, such as 0.439 g's, passengers would weigh less than normal. A 200 lb person would weigh only 88 lb. During moments of greater positive g's, such as 1.691 g's, that 200 lb person would weigh 338 lbs. At that moment, every passenger on the plane would feel their head being pulled forward and downward involuntarily by the extra weight of their head. Their arms would be pulled downward involuntarily, out of their shoulders and into their armrests, lap or seat bottom due to the extra weight to their arms and hands. They would feel their buttocks being pushed down into their seat bottom with nearly 70% more force than usual. They would feel their legs and feet being pushed downward into the floor with nearly 70% more force. Then, without any warning, the vertical acceleration would reduce to less than normal over the duration of seconds. For instance, going from a positive acceleration of 1.691 g's to 0.439 g's, every passenger's head lifts upwards and backwards into extension involuntarily. Their arms are pushed back upwards into their shoulders involuntarily. And then the vertical acceleration would change again and become greater than normal with warning. Every passenger's head would flex forward again involuntarily, their arms would be pulled downward again and their legs and feet would be pushed into the floor again. The overall effect of these uncertain and unexpected changes in vertical acceleration would be to jostle, throw and thrust the passengers' bodies, including but not limited to their arms, legs, torso and head upwards and downwards in an unpredictable and forceful manner.

As their arms gained and lost weight with the changing vertical acceleration, passengers' arms would be also move upwards and downwards as their own musculature sought to maintain a stable posture. The head would have experienced a similar upward and downward flexion as the musculature of the neck sought to maintain a forward-looking posture. Every passenger would have had the pressure in their buttocks increase and decrease in contact with their seat bottom with the changing vertical acceleration, decreasing as the positive g's decreased, and increasing as the positive g's increased. For more than 2 minutes, the passengers would have been experiencing an irregular undulation of vertical accelerations above and below +1 g with a range of more than 1 g. This range of undulation, above +1 g by more than 60% and below by about 50% is biomechanically significant since each passenger would be experiencing inertial loading on their bodies that they would not usually experience, nor expect to experience on a commercial flight, and which would be highly unusual during a normal and safe commercial flight. And this large undulation in vertical acceleration occurred for more than 2 minutes with no predictability for the passengers that would allow them to brace themselves effectively.

During these undulations of vertical acceleration, no passenger would be able to anticipate how their head will be torqued into flexion or extension, meaning they would continually be having their heads torqued up and down with the vertical accelerations in the manner described above. But more than this, no passenger would be able to trust the positioning of their arms. They would have great difficulty placing their hand in any location or on any object as the vertical acceleration involuntarily acted on them. No one could safely or confidently take a sip of water from a cup. No one could safely or confidently place anything in their own pocket or the pocket on the seat back in front of them. Any passenger that was not seated with their back against their seat back would be a greater difficulty since the vertical accelerations would be acting on the mass of their torso as well as their heads, neck and arms. If any passenger were tilted forward in their seat, then when the vertical acceleration increased to be greater than normal, those passengers would all have their torso forced further forward into a greater flexion, taking their head and neck with it.

When the vertical acceleration decreased again to less than normal positive g's, the torsos of those passengers tilted forward would then be pushed backwards into extension involuntarily taking their head and neck with it. Even when sitting upright in a normal manner, each passenger's own musculature would cause them to strike their head against the headrest of their own seat when the vertical acceleration reduced to less than normal positive g's. There were no visual warnings to the changing vertical acceleration acting on every passenger's body. So maintaining body position without pushing oneself backward into the seatback and gripping the armrests would have been extremely difficult. The fact that this state of undulating vertical accelerations at irregular and unpredictable moments lasted for more than 2 minutes would more likely than not have been physically taxing, physically agonizing, physically excruciating, and physically exhausting to every passenger on this aircraft.

Unfortunately for every passenger on the aircraft, worse was yet to come. The vertical acceleration experienced by the aircraft in the final 24 seconds of the recorded crash flight were the largest in terms of magnitude compared to the vertical accelerations of the rest of the flight. The complete trace of the vertical acceleration as recorded by the FDR is shown below in Figure 5. The final 24 recorded seconds are shown in closeup in Figure 6. What made the final 24 recorded seconds worse than the previous period was that the vertical accelerations in two instances went negative with a significant magnitude below zero g's (points 2 and 4 in Figures 5 and 6).




**Figure 5**: Vertical acceleration recorded by the FDR for the entire crash flight plotted with respect to UTC time (hh:mm:ss). Acceleration is plotted as a multiple of acceleration due to gravity, 1 g. Normal weightbearing is +1 g. Positive acceleration tends to drive the body toward the floor. Negative acceleration tends to drive the body toward the ceiling.




**Figure 6**: Vertical acceleration (red line) as recorded by the FDR with respect to FDR time for the last 24 seconds of the crash flight. Acceleration is plotted as a multiple gravity, in g's (red legend to right). Normal weightbearing is +1 g. Positive acceleration tends to drive the body toward the floor. Negative acceleration tends to drive the body toward the ceiling. The four timepoints in Figure 5 are also labeled here. This FDR data was plotted by C Pereira of Transportation and Security Consulting, Inc.

As shown in Figure 5, and in closeup in Figure 6, after 08:43:18 (264595.3) until the end of the crash flight, just after 08:43:43 (264619.8), the vertical acceleration quickly becomes negative. From 08:43:18 (264595.3) to 08:43:26 (264603.3; labeled as going from 1 to 2 in Figures 5 and 6), the vertical acceleration drops from 1.348 down to -0.440 g's. This is a drop of 1.79 g's in only 8 seconds. At 08:43:26 (264603.3; point 2), the passengers would be forced out of their seats as the aircraft dropped away below them. Their seatbelts would have become strained, if they were fastened, and would have applied significant force onto each passenger as the seatbelt dug into and impinged on their hips and pelvis. Any passenger at this point not wearing a seatbelt would have become airborne. Then from 08:43:26 (264603.3) until 08:43:30 (264607.1; labeled as point 2 to 3 in Figures 5 and 6), the vertical acceleration then increased from -0.44 up to 0.798 g's. At 08:43:30 (264607.1; point 3), the passengers would be pushed down into their seats again after several seconds of being thrust upwards out of their seats. Their weight would have been only about 80% of normal. This sensation was short-lived since from 08:43:30 (264607.1) until the end of the FDR recording at 08:43:43 (264619.8) the vertical acceleration then rapidly went negative again reaching a maximum recorded value of -1.91 g's (at point 4 in Figures 5 and 6). This is an oscillation -2.708 g's. During the period of more than 12 seconds after 08:43:30 (264607.1), passengers would have been thrust out of their seats with a force equal to nearly twice their bodyweight. This is biomechanically equivalent to the passengers hanging upside down from their seatbelts while also weighing nearly twice their normal bodyweight. The tension in the seatbelt would have been significant. Each passenger would almost certainly have experienced a painful compression of their hips and pelvis from the seatbelt at this point. Their arms would have been thrown upwards involuntarily by the negative vertical acceleration, with a high chance of striking the storage bin above them, or the passenger next to them. Their heads would have been extended backward at the neck so that they were looking upwards rather than straight forwards and would have struck the headrest of their seats. This last oscillation with a range of -2.708 g's is more biomechanically significant than the previous.

Of course, in addition to experiencing the vertical accelerations described in the preceding paragraphs, the passengers also experienced longitudinal and lateral accelerations. The longitudinal and lateral accelerations as recorded by the FDR are both shown in Figure 7 below. These are plotted as multiples of the acceleration due to gravity, i.e. g's. The longitudinal acceleration was the next largest in magnitude after the vertical component. The lateral acceleration had the smallest magnitude. During stable flight, the normal longitudinal and lateral accelerations can be expected to be zero. Positive longitudinal acceleration tends to drive the body backward into the seat back. Negative longitudinal acceleration tends to drive the body forward out of the seat back. Lateral accelerations push the body to the left and the right.




**Figure 7**: Longitudinal (top) and lateral (bottom) accelerations recorded by the FDR for the entire crash flight plotted with respect to UTC time (hh:mm:ss). Acceleration is plotted as a multiple of acceleration due to gravity, 1 g. Normal longitudinal or lateral acceleration during stable flight is zero g.

From Figure 7, it is shown that from the moment that take off started until about 08:43:32 (264608), the longitudinal acceleration was positive and pushing the passengers backward into their seat back. The maximum longitudinal acceleration was experienced at 08:38:42 (264618) with a magnitude of 0.379 g's. From that point on until 08:43:32 (264608), the longitudinal acceleration tended to decrease and had a magnitude of 0.250 g's or less. After 08:43:32 (264608) until the end of the crash flight, the longitudinal acceleration was negative and the passengers would have been pushed forward away from their seat backs. This would have contributed to any tension in their seatbelts created by negative vertical acceleration. The largest negative longitudinal acceleration was recorded at the end of the FDR recording at 08:43:42 (264618) with a magnitude of -0.206 g's. During the crash flight, the lateral acceleration ranged between 0.082 and -0.053 g's. This range is less biomechanically significant and occurred primarily between 08:38:00 (264276) and 08:41:00 (264456) rather at the end of the flight. The peak roll rate during the crash flight was 6.32 deg/s and the peak roll angular acceleration was 19.52 deg/s$^2$. The peak pitch rate was 4.24 deg/s and the peak pitch angular acceleration was 8.48 deg/s$^2$. These accelerations, linear in the longitudinal and lateral directions and angular about the longitudinal and lateral axes, are small compared to the vertical linear acceleration and are omitted from the acceleration pulse used in the simulations. Since the roll and pitch angular accelerations were small, then variations in the vertical

acceleration experienced at individual seats at a displacement from the center of mass of the aircraft were also considered to be small and were omitted from the simulations.

5.3 Results of the exemplar biomechanical simulation of economy class seating

Several biomechanical simulations were run for three passengers seated in economy class seats for the last 150 seconds of the crash flight from 08:41:14 (264470) until 08:43:43 (264619.8). The outputs of the simulation included, but were not limited to, the joint angles between each of the body model segments in all three directions with respect to time. These values were provided in spreadsheet form to the experts producing the animation of the crash flight. The outputs also included the seatbelt tensions, the contact forces between each body segment and any contact surface struck, and the linear and angular velocities and accelerations of each of the body model segments with respect to time. The simulations were run with a time-step of 0.005 s. Contacts with body segments were run with a shorter time-step of 0.0002 s for the duration of contact. Acceleration inputs were entered in increments of 2 seconds. Change in acceleration was interpolated between input data points ensuring a smooth acceleration waveform.

As shown in the previous section in Figures 5 and 6, there are four points in the last 24 seconds of the flight that were of particular biomechanical significance in terms of the vertical aircraft acceleration. These were labeled and points 1 through 4 in Figures 5 and 6. In this section, the results of the biomechanical simulation are presented at these four important points in the final 24 seconds of the crash flight. Point 1 occurs at 08:43:18 (264595.3) when the vertical acceleration is a positive 1.348 g's. This is shown in Figure 8 below. The three passengers described in the previous section are seated with their seatbelts on. The views shown in Figure 8 are from the front (left), from the right side (center) and from the top (right). Recall that the pink passenger (smaller female) is in the aisle seat and the gold passenger (average female) is in the window seat. The average male (blue) is in the middle seat. The vertical acceleration is a positive +1.348 g's pushing the passenger down into their seat bottoms. The passengers' arms are pressed down next to their thighs inside the arm rests. Their heads are experiencing a downward flexion due to the added vertical acceleration above 1 g.



**Figure 8**: The economy class simulation at 08:43:18 (264595.3) which is point 1 shown in Figures 5 and 6. The three passengers described in the previous section are seated with their seatbelts on. They are shown from the front (left), from the right side (center) and from the top (right). Recall that the pink passenger (smaller female) is in the aisle seat and the gold passenger (average female) is in the window seat. The average male (blue) is in the middle seat. The vertical acceleration is a positive +1.348 g's pushing the passengers down into their seat bottoms. The passengers' arms are pressed down next to their thighs inside the arm rests. Their heads are experiencing a downward flexion due to the added vertical acceleration above 1 g.

After the positive vertical acceleration at point 1, the aircraft experienced a rapid negative acceleration for the next 8 seconds until at 08:43:26 (264603.3; point 2 in Figures 5 and 6) the vertical acceleration is -0.44 g's. Figure 9 below shows the three passengers from the front (left), the right side (center) and from the top (right). The negative acceleration is thrusting the three passengers out of their seats. Their seatbelts are taut with a tension of between 181 and 261 N. All three are being lifted out of their seat bottoms and their seatbelts are holding them down. Their arms are all raised upward close to their heads and their heads are being tilted backwards.

Figure 10 shows the simulation at 08:43:30 (264607.1) which is point 3 in Figures 5 and 6 when the vertical acceleration has gone back to positive 0.798 g's. The three passengers are shown from the front (left), the right side (center) and from the top (right). The positive vertical acceleration has returned the three passengers back to their seats. The seatbelts have gone slack and their arms have returned down to their sides next to their thighs and the armrests. Their heads are now tilting downward.



**Figure 9**: The simulation at 08:43:26 (264603.3) which is point 2 in Figures 5 and 6. The three passengers are shown from the front (left), the right side (center) and from the top (right). The vertical acceleration at this point is -0.44 g's which is thrusting the three passengers out of their seats. All three are being lifted out of their seat bottoms and their seatbelts have become taut. Their arms are all raised upward close to their heads and their heads are being tilted backwards.



**Figure 10**: The simulation at 08:43:30 (264607.1) which is point 3 in Figures 5 and 6. The three passengers are shown from the front (left), the right side (center) and from the top (right). The vertical acceleration at this point has gone back to positive 0.798 g's which has returned the three passengers back to their seats. The seatbelts have gone slack and their arms have returned down to their sides next to their thighs and the armrests. Their heads are now tilting downward again.

The final data point in the FDR recording is shown in Figure 11 with the simulation at 08:43:43 (264619.8). This is point 4 in Figures 5 and 6. The vertical acceleration has now reached its negative maximum at -1.91 g's. The three passengers are now being thrust out of their seat bottoms and their hips and pelvises are hanging on their seatbelts. The tension in the seatbelts is between 676 N (equivalent to 152 lbs force or 138% body weight, BW) and 880 N (equivalent to 199 lbs force or 119% BW), which is well correlated with passenger bodyweight. Their arms are extended up above their heads and the gold and the blue passengers' arms are in contact with the underside of the overhead bin. The three passengers each have their heads tilted backwards and striking their headrests and they are looking somewhat upwards as the aircraft drops away beneath them. There were several instances of one passenger striking another passenger or themselves with one of their upper extremities.



**Figure 11**: The simulation at 08:43:43 (264619.8) which is point 4 in Figures 5 and 6 and the last data point collected by the FDR on the crash flight. The vertical acceleration is at its maximum negative peak of -1.91 g's. The three passengers are now being thrust out of their seat bottoms and are hanging on their seatbelts. Their arms are extended up above their heads and the gold and the blue passengers' arms are in contact with the underside of the overhead bin. The three passengers each have their heads tilted backwards and they are looking somewhat upwards as the aircraft drops away beneath them.

5.4 Summary of the results of the economy class biomechanical simulations series

The series of simulations for the economy class seats were performed with different combinations of passenger sex, height and weight in each of the three seats. These simulations concentrated on the final 24 seconds of the crash flight as recorded by the FDR. Over that time period, and over combinations of passengers in the simulations, the seatbelt restraint forces ranged from a minimum of 530 N (equivalent to 120 lbs force or 122% body weight, BW) in female passengers with height of 4'-11" (150 cm) and body weight of 98 lbs (45 kg, 441 N) to a maximum of 1415 N (equivalent to 318 lbs force or 148% BW) in male passengers with a height of 6'-6" (198 cm) and body weight of 214 lbs (97 kg, 951 N). The tension in the seatbelt in each simulation was well correlated with the bodyweight of the passenger.

Based on my experience and my training, it is my opinion to a reasonable degree of certainty that the range of force from the seatbelt acting on the hips and pelvis described in the preceding paragraph, is more than sufficient to cause contusion to the skin and underlying tissues and to cause the rupture of the superficial blood vessels within these tissues in each and every passenger in the economy class seats in the last 24 seconds of the crash flight. Each passenger would have sustained a force on their hips and pelvis from the seatbelt that was more than their bodyweight as shown above. These seatbelt forces are biomechanically large and significant and to a reasonable degree of certainty will cause the injuries described above in every passenger.

A study of healthy volunteers was conducted by Desmoulin and Anderson (2011) to measure the contact force required to cause superficial contusion and rupture of the superficial blood vessels that leads to the formation of bruises in the skin and underlying tissues. This study showed that the minimum force required (i.e. the threshold force) for contusion and rupture to superficial blood vessel in the legs is 342 N where the bone is superficial to the skin (i.e. on the shin) and 460 N where the bone is deep (i.e. on the thigh). This study did not study the hips and pelvis in the specific location where a lap belt is secured. The lap belt, if fitted properly, passes over the anterior superior ilia of the pelvis. In this location, the bone is superficial to the skin. Indeed, this is why it is proper to fit the lap belt in this location, since restraint force from the belt can be most directly transmitted to the skeleton in order to control the acceleration of the passenger. Therefore, the closest comparison between the lap belt restraint force and the Desmoulin study is the result for the shin. In the shin the tibia is superficial to the skin. The threshold force for contusion in this region is 342 N. So it is reasonable to conclude that a seatbelt restraint force acting on the anterior pelvis of greater than 342 N will result in the contusion and rupture of the superficial blood vessel under the belt. By this threshold, all three of the passengers in all of the biomechanical simulations of the economy seats will have sustained contusions to the hips and pelvis from their seatbelts since the seatbelt forces ranged from 530 and 1415 N.

Based on my experience and my training, it is my opinion to a reasonable degree of certainty that the range of force from the seatbelt acting on the hips and pelvis described above, is more than sufficient to cause pain in each and every passenger in the economy class seats in the last 24 seconds of the crash flight. Each passenger would have sustained the force from the seatbelt on their hips and pelvis that has been shown above to be more than their bodyweight. These seatbelt forces are biomechanically large and significant and to a reasonable degree of certainty will cause pain in every passenger.

In a properly fitted lap seatbelt, when the restraint forces acting on the passenger are large enough, as shown in the preceding paragraphs, contusion and pain will occur. As the restraint forces increase, the injuries that can occur in a properly fitted and functioning lap seatbelt include laceration, abrasion, crushing of the soft tissue of the pelvis and hips and even fracture to the pelvis (Glover et al, 2018). These injuries will be worse if an object, such as keys or a wallet, become impinged between the loaded seatbelt and the anatomy of the pelvis. The risk of greater and more severe injury happens when the lap seatbelt, rather than lying over the pelvis, instead lies over the abdomen. When the seatbelt becomes loaded and taut and restrains the passenger in this position on the body, the restraint forces are applied to the soft tissue, musculature and underlying organs of the abdomen. The injuries that can result in this case include lumbosacral spine fractures, splenic laceration, renal lacerations or hematomas, liver lacerations or hematomas, vascular injuries, small bowl injuries and mesenteric injuries. These are often life-threatening if the restraint forces are significant (Glover et al, 2018).

5.5 Summary of the results of the first class biomechanical simulations series

The second series of biomechanical simulations were performed with difference combinations of two passengers seated in first class seats. The passenger sex, height and weight in each seat was varied in each simulation. The simulations were run for the last 24 seconds of the crash flight from 08:43:18 (264595.3) until 08:43:43 (264619.8). The outputs were the same as the first series of simulations, including but were not limited to, the joint angles between each of the body model segments in all three directions with respect to time. In the series of first class seat simulations, the outputs were the seatbelt tensions, the contact forces between each body segment and any contact surface struck, and the linear and angular velocities and accelerations of each of the body model segments with respect to time. The simulation parameters were the same as the first series of economy seat simulations.

The same acceleration pulse from the FDR data with the same four points in the last 24 seconds were simulated as for the economy class passengers above. The two passengers seated in their

first class seats at point 1 (08:43:18; 264595.3) is shown below in Figure 12. The two passengers are the slight female (in pink) and the average male (in blue) described in Section 5.2 above. The views shown in Figure 12 are from the front (left), from the right side (center) and from the top (right). The pink passenger (smaller female) is in the aisle seat and the blue passenger (average male) is in the window seat.



**Figure 12**: The first class seat simulation at point 1 (08:43:18; 264595.3). Two of the passengers described in Section 5.2 are seated with their seatbelts on. They are shown from the front (left), from the right side (center) and from the top (right). The pink passenger (smaller female) is in the aisle seat and the blue passenger (average male) is in the window seat. At this point, the vertical acceleration is a positive +1.348 g's pushing the passengers down into their seat bottoms. The passengers' arms are pressed down next to their thighs inside the arm rests. Their heads are experiencing a downward flexion due to the added vertical acceleration above 1 g.

In this first class example simulation, the tension in the seatbelts ranged between 716 N (equivalent to 161 lbs force or 146% BW) and 890 N (equivalent to 200 lbs force or 121% BW). In the overall series of simulations for first class seats, the seatbelt restraint force ranged from a minimum of 678 N in female passenger with height of 4'-11" (150 cm) and body weight of 98 lbs (45 kg, 441 N) to a maximum of 1509 N in male passenger with a height of 6'-6" (198 cm) and body weight of 214 (97 kg, 951 N). As with the economy seat simulations, the minimum seatbelt restraint force acting on the pelvis of the smallest passenger still exceed the threshold for skin contusion and rupture of the superficial blood vessels, so every passenger on the aircraft, to reasonable degree of certainty, sustained contusion injury and ruptured superficial blood vessels in the anatomy in contact with the lap belt during the last 24 seconds of the crash flight.

Based on my experience and my training, it is my opinion to a reasonable degree of certainty that the range of force from the seatbelt acting on the hips and pelvis described in the preceding paragraph, is more than sufficient to cause contusion to the skin and underlying tissues and to cause the rupture of the superficial blood vessels within these tissues in each and every passenger in the first class seats in the last 24 seconds of the crash flight. Each passenger would have sustained a force on their hips and pelvis from the seatbelt that was more than their bodyweight as shown above. These seatbelt forces are biomechanically large and significant and to a reasonable degree of certainty will cause the injuries described above in every passenger. Based on my experience and my training, it is my opinion to a reasonable degree of certainty that the range of force from the seatbelt acting on the hips and pelvis described above, is more than sufficient to cause pain in each and every passenger in the first class seats in the last 24 seconds of the crash flight. Each passenger would have sustained the force from the seatbelt on their hips and pelvis that has been shown above to be more than their bodyweight. These seatbelt forces are biomechanically large and significant and to a reasonable degree of certainty will cause pain in every passenger.

## 5.6 Passenger motion without seatbelt restraint

As shown in Section 5.2, when the aircraft experienced a negative vertical acceleration, the passengers were driven upwards out of their seat bottoms. It was the tension in the seatbelt that kept each of them in their seats. And as seen in the simulation of point 4, the last data point recorded by the FDR and the peak negative vertical acceleration, the tension in the seatbelts was large and biomechanically significant. Another simulation was run to determine the motion of one of the passengers in the previous simulation without her seatbelt fastened. It is assumed that every passenger and crew member on board flight ET302 was wearing their seatbelt restraint properly. The following simulation results are presented for illustrative purposes only to show what would have happened to a passenger who did not have their seatbelt fastened.

Figure 13 below shows the same simulation as in the Section 5.3, but with the aisle seat passenger's seatbelt unfastened. The top left panel in Figure 13 is point 1 in Figures 5 and 6. She is held in her seat by the positive vertical acceleration. But as the acceleration goes negative leading up to point 2 (bottom right panel), she becomes airborne and is thrust up and out of her seat vertically. The top right panel in Figure 13 is 0.5 seconds before point 2 when she leaves her seat as the other passengers' arms are raised. In the bottom left panel, 0.25 second before point 2, she strikes her head on the ceiling causing her to rotate backwards. The force with which her head struck the ceiling was 710 N (144% BW) causing a forward flexion torque at the neck of 11.0 Nm. At point 2 (08:43:26, 264603.3; in the bottom right panel), she comes to rest prone against the ceiling.



**Figure 13**: Simulation of the aisle seat passenger without her seatbelt fastened. At 08:43:18 (264595.3; top left), point 1 in Figures 5 and 6, she is in her seat due to the positive vertical acceleration. But as the acceleration goes negative leading up to point 2 (bottom right), she becomes airborne and is thrust up and out of her seat vertically. At 08:43:25.50 (top right) she leaves her seat as the other passengers' arms are raised. At 08:43:25.75 (bottom left) she strikes her head on the ceiling and rotates backwards. At 08:43:26 (264603.3; bottom right), she comes to rest prone against the ceiling.

5.7 Biomechanics of aircraft and passenger impact with the ground

The last airspeed recorded by the Flight Data Recorder was 500 knots or 575 mph (926 km/h). The last pitch angle recorded was a nose down of -43.07 degrees. The crash site was estimated to be 10 meters deep with a crater about 28 meters wide and 40 meters long. Wreckage was scattered over an area 200 meters wide by 300 meters long (Accident Investigation Bureau Interim Report). As stated in that report, this is consistent with a high energy impact. A photograph of the crater is shown below in Figure 14, which is a reproduction of figure 33 in the Interim Report.

The largest pieces of wreckage found at the site were the two engines. The rest of the aircraft including the fuselage, the wings and the tail, had disintegrated into pieces smaller than the remains of the engines. Human remains were recovered throughout the crash site. However, the human remains were reported to be exclusively small segments and tissues rather than complete or partially complete bodies (per Reuters, Regulatory News, March 13, 2019, hyperlinked in Section 8.0).




**Figure 14**: Reproduction of figure 33 from the Interim Report of the Accident Investigation Bureau showing the crater created by the impact of Flight ET302.

From the instant that the nose of the aircraft struck the ground, the inertia of the aircraft would have continued to drive itself downward into the ground. The ground would have provided an extremely large reaction force in response that would have rapidly and progressively destroyed the structure of the aircraft from nose to tail. This process of destruction, from initial contact to complete destruction, would have occurred over a very short period of time.

Biomechanically, as the aircraft disintegrated in front of each passenger, each passenger would ultimately have impacted the ground at an impact speed of around 575 mph (926 km/h). For a comparison of how fast an impact speed this is, it bears noting that if a passenger of Flight ET302 had fallen out of the plane as it was in its final dive, they would have impacted the ground significantly slower than the aircraft. A person falling in a 'belly flop' position, with their body parallel to the ground and with their arms and legs spread outward, has a terminal velocity of fall of only around 120 mph (193 km/h). So, the passenger freefalling in air would very quickly fall behind the aircraft. The aircraft was travelling nearly five times faster than a freefalling person for two reasons. First, it is more aerodynamic and second, it was being powered into the ground by two jet engines.

Striking the ground as a freefalling passenger at 120 mph is similar to the impact that a car, driving at 120 mph (193 km/h), would experience if it drove, without braking, into a concrete bridge abutment or road barrier. The injuries would be catastrophic and almost certainly fatal. A head-on collision at 120 mph, in addition to being fatal, can cause rupture of the internal organs including the heart and lungs, fracture of multiple ribs and vertebrae and massive soft tissue injuries, and on rare occasions loss of limbs or decapitation (O'Donovan et al, 2022). As bad as these injuries are, this collision would not cause the disintegration the body into small segments and tissues. The body remains mostly intact.

The air crash at 575 mph (926 km/h) has no analogy to freefalling or automobile collisions for the simple fact that neither can travel as fast as Flight ET302 was at the moment it impacted the ground. The impact at a speed of 575 mph is more closely analogous to the impact from the blast wave of an explosion. Blast waves travel near the speed of sound in air, 767 mph (1234 km/h) and carry momentum with which the body is struck, similar to the ground striking the passenger of the aircraft. The closer one is to the explosion, the greater the momentum the blast wave carries, and so the greater the severity of injuries and the greater the likelihood of death (Galante, et al, 2021).

When a blast wave strikes the body, four classes of injuries occur (Plurad, 2011; CDC Primer; Galante et al, 2021). It is the third class of blast wave injury, a tertiary blast injury, that is analogous to the ET302 air crash. Tertiary blast injuries are caused by violent displacement of the victim or the victim being struck by structure affected by the explosion. This class of injury includes, but is not limited to, blunt force injury, traumatic asphyxiation, crush syndromes, fracture, traumatic amputation and closed and open brain injury (Plurad, 2011; CDC Primer).

The analogy between the fatal injuries from a blast wave and fatal injuries from this air crash is not perfect. With blast wave injuries, it is the blast wave that is moving, not the body. With this air crash, it is the passenger of the aircraft that is moving, not the ground. Also, the blast wave is travelling faster than the aircraft's airspeed at impact. But the blast wave has only a finite

momentum, while the ground striking the passenger of the aircraft can be considered to have infinite momentum, since it is immovable compared to the passenger.

But it is reasonable to conclude that in this air crash, with an impact speed of 575 mph or more, the energies acting biomechanically on the passengers and imparting fatal injuries were of similar magnitude to being exposed to a blast wave in close proximity to an explosion. The bodies of the passengers would have been torn apart, into small segments and tissue, over the very short time period of the aircraft's collision with the ground.

## 6.0 Conclusions

It is my opinion, based on the accelerations recorded by the FDR and on my experience and training in biomechanical engineering, that due to the vertical acceleration of the aircraft the passengers experienced unusually large, physically taxing, physically agonizing and physically exhausting accelerations and forces biomechanically induced on their bodies during the 2 minutes and 4 seconds between 08:41:14 (264470) and 08:43:18 (264594), while the vertical acceleration ranged from 0.439 to 1.691 g's. This is a highly irregular undulation of vertical acceleration where the passengers would have gone from being 60% heavier than normal to 50% lighter, over and over again. This happened almost at random and without any visual warning to the passengers. This is biomechanically significant and highly unusual during a normal and safe commercial flight. The impact of the change in vertical acceleration would have caused each passenger and flight crew to be jostled, thrown and thrust involuntarily within the aircraft. Their arms, legs, torso, neck and head would have been induced to move involuntarily and without warning in different directions, primarily up and down. When the passengers were experiencing larger than normal vertical acceleration, i.e. greater than +1 g, every one of their body segments would have become heavier than normal and would have been pulled downward with more force than normal. At the maximum positive vertical acceleration of +1.691 g's, the 200 lb passenger would have weighed 338 lbs and would have been pushed forcibly down into their seat as though they were wearing a backpack that weighed 138 lbs. Every segment of their body would be pulled downward toward the floor. All the fluid in their body, every organ in their body, would have been pulled downward toward the floor. Each passenger would have strained with their muscles against this unusual downward pull in their necks, arms, torso and legs. Then without warning the larger than normal vertical acceleration would end and the vertical acceleration would have gone to less than normal. When the vertical acceleration changed from more than +1 g to less than +1 g, the musculature of each and every passenger would have caused their head and neck to extend backwards, striking the headrest on their seat. Their arms and legs would have rebounded upwards due to their

musculature pulling them upwards. Then the vertical acceleration would become greater than +1 g again without warning. This continued without warning for more than two minutes.

It is my opinion that during the period from 08:43:18 (264595.3) until the end of the crash flight (this was about 24 seconds at a minimum), everyone sustained at least a contusion injury. Those who were restrained, which is assumed to be everyone on the aircraft, would have sustained contusion injury from the seatbelt compressing the soft tissue around their hips and pelvis. If there were any who were unrestrained by a seatbelt, they would have almost certainly sustained more significant contusion injury or worse injury once they became mobile and airborne within the aircraft cabin and subsequently struck the interior of the cabin, or other passengers, with great force. It is also my opinion, based the accelerations recorded by the FDR and based on my experience and training in biomechanical engineering and on the results of the series of biomechanical simulations performed, that it is more probable than not that restrained passengers would also have struck their arms and hands on the interior of the aircraft, on the seat or armrests within which they were seated, or on an adjacent passenger.

It is my opinion that the time period after 08:43:18 (264595.3) until the end of the crash flight (a period of 24 seconds at a minimum) was the worst of the crash flight in terms of the biomechanics. At 08:43:18 (264593.3) the vertical acceleration was +1.348 g's and then dropped to a negative -0.44 g's in only 8 seconds at 08:43:26. Passengers' arms would have involuntarily been raised into the air. Their seatbelts would have become tight. Any passenger not restrained with a seatbelt would have become airborne. Then the aircraft underwent a positive vertical acceleration to +0.798 g's at 08:43:30 (264607.1). Passengers would have been pushed back down into their seats. Any unrestrained passengers that were airborne would have fallen back to the floor, seats or other passengers in an uncontrolled manner. This was short-lived and the plane went into its ultimate dive inducing a negative vertical acceleration of -1.91 g's. They would have been thrust out of their seats with a force equal to nearly twice their bodyweight. The tension in the seatbelt would have been significant and painful. Their arms would have been thrown upwards involuntarily with a high chance of striking the storage bin above them, or the passenger next to them. The last period of the crash flight, over two minutes of abnormal flight, would have been excruciating. But the final period after 08:43:18 until the end of the crash flight (24 seconds at a minimum) would have been the worst experience of the crash flight.

My opinions expressed in this report are based on a review of the evidence and facts in this case relevant to the biomechanics and the application of generally accepted methodology and principles within the field of biomechanics and biomechanical engineering to the evidence and facts. There was sufficient evidence and data provided in this case for me to be able to draw conclusions with a reasonable degree of certainty.

This report will be supplemented at a later date when data on specific plaintiffs and seating locations become available and individual cases are set for trial. If the specific plaintiff or plaintiffs are members of the flight crew, then a new analysis will be done with the appropriate seat geometry and restraint system that was used by those members of the flight crew.

Should any new evidence become available in this case I reserve the right to modify my opinion. Should you have any questions regarding this report, please contact the undersigned.

Thomas R Jenkyn, PhD, PEng
TLS Forensic Biomechanics and Engineering Ltd.

Sept 22, 2022
Date

## 7.0 References


Aerospace Standard AS8043 Rev B "Restraint Systems for Civil Aircraft" Society of Automotive Engineers International 2014-03

Ashrafiuon H, Alem NM, McEntire BJ. 1997. "Effects of weight and center of gravity location of head-supported devices on neck loading." Aviation, Space, and Environmental Medicine. 68(10): 915-922

Cheng H, Rizer AL, Obergefell LA. 1998. "Articulated Total Body model version V: User's manual," Human Effectiveness Directorate, Crew Survivability and Logistics Division, Wright-Patterson AFB, Dayton, OH, Report No. AFRL-HE-WP-TR-1998-0015

Day T. 1999. "An overview of the EDSMAC4 collision simulation model." SAE Technical Paper Series No. 1999-01-0102

Day T. 1994. "The scientific visualization of motor vehicle accidents." SAE Technical Paper Series No. 940922

Desmoulin GT, Anderson GS. 2011. "Method to investigate contusion mechanics in living human." Journal of Forensic Biomechanics. 2: 1-10.

Explosions and Blast Injuries: A Primer for Clinicians. Centers for Disease Control National Injury Prevention https://www.cdc.gov/masstrauma/preparedness/primer.pdf

Galante N, Franceschetti L, Del Sordo S, Casali MB, Genovese U. 2021. "Explosion-related deaths: An overview on forensic evaluation and implications." Forensic Science, Medicine and Pathology. 17: 437-448

Glover JM, Waychoff MF, Casmaer M, April MD, Hunter CJ, Trexler ST, Blackbourne LH. 2018. "Association between seatbelt sign and internal injuries in the contemporary airbag era: A retrospective cohort study." American Journal of Emergency Medicine. 36: 545-550

Grimes WD, Lee FD. 2000. "The effect of crash pulse shape on occupant simulations." SAE Technical Paper Series No. 2000-01-0460

Leetch BD, Bowman WL. 1983a. “Articulated total body (ATB) ‘view’ program software report, part 1, programmer’s guide” Air Force Aerospace Medical Research Laboratory, Biodynamics and Bioengineering Division, Wright-Patterson AFB, Ohio 45433

Leetch BD, Bowman WL. 1983b. “Articulated total body (ATB) ‘view’ program software report, part 2, user’s guide” Air Force Aerospace Medical Research Laboratory, Biodynamics and Bioengineering Division, Wright-Patterson AFB, Ohio 45433

Obergefell LA, Gardner T, Kaleps I, Fleck J. 1988. “Articulated total body model enhancements, volume 1, modifications.” Defense Technical Information Center, Department of Defense

Obergefell LA, Gardner T, Kaleps I, Fleck J. 1988. “Articulated total body model enhancements, volume 2, user’s guide.” Defense Technical Information Center, Department of Defense

O’Donovan S, van den Heuvel C, Baldock M, Byard RW. 2022. “Causes of fatalities in motor vehicle occupants: an overview.” Forensic Science, Medicine and Pathology. doi.org/10.1007/s12024-022-00503-3

Plurad DS. “Blast injury”. Military Medicine. 176(3): 276-282

https://www.reuters.com/article/ethiopia-airplane-bodies/no-bodies-only-small-remains-recovered-from-ethiopia-airlines-crash-site-spokesman-idINL8N2104S2

Stone G, Stodolsky N, Jahn TP. 1989. “Flight deck modernization.” SAE Technical Paper Series No. 1989-09-01

**Appendix A: Curriculum Vitae of Thomas R Jenkyn, PhD, PEng**

# Thomas R Jenkyn, PhD, PEng

---

## ENGINEERING POSITION

**Professional Engineer**, licensed in the Province of Ontario (PEO #90491257) since 2004
Expertise in Mechanical Engineering, Biomechanical Engineering, Aerospace Engineering
Evaluator for PEO accreditation as Biomechanical Engineer since 2012

**Senior Engineer**
TLS Forensic Biomechanics and Engineering Ltd.
655 Whitehaven Crescent, Suite B
London, ON, N6G 4V6
(519) 282-0275
tjenkyn@tlsbiomechanics.com

**95+ Forensic Biomechanics reports since 2009**
61 involving accident reconstructions, 70 using HVE software, 5 using MADYMO software
Clients include Clifford LLP, Williams Walsh O'Connor, Lerners LLP, Siskinds LLP, Shillingtons McCall LLP, Foster Townsend, as well as municipalities and insurers across New England and Ontario
Serving both plaintiffs and defendants

## ACADEMIC POSITION

**Professor of Human Biomechanics**
Joint appointment with tenure in
Department of Mechanical and Materials Engineering,
Faculty of Engineering
and
School of Kinesiology,
Faculty of Health Sciences
The University of Western Ontario
Thompson Engineering Building, Room 367
London, ON, Canada N6A 5B9
(519) 661-2111 ext. 88339
tjenkyn@uwo.ca

**Co-Director, Wolf Orthopaedic Biomechanics Laboratory**
**Director, Impact Biomechanics and Concussion Laboratory**
Fowler Kennedy Sport Medicine Clinic
The University of Western Ontario
3M Centre, Room 1215
London, ON, Canada N6A 3K7
(519) 661-2111 ext. 81122

## EDUCATION

**2000-2002** **Post-doctoral Research Fellowship**
Mayo Clinic, Department of Orthopaedic Surgery
Biomechanics and Motion Analysis Laboratories,
and
Magnetic Resonance Imaging Laboratory, Department of Diagnostic Radiology
Rochester, MN, USA 55905

**2001** **PhD (Biomedical Engineering)**
The University of Strathclyde, Bioengineering Unit,
Faculty of Engineering
Glasgow, UK

**1996** **MASc (Aerospace Engineering)**
University of Toronto Institute for Aerospace Studies,
Faculty of Applied Science and Engineering
Toronto, ON, Canada

**1994** **BASc (Engineering Science)**
University of Toronto
Faculty of Applied Science and Engineering
Toronto, ON, Canada

## RESEARCH SUPPORT AND CONSULTING

Canada Foundation for Innovation (CFI), Leading Edge Fund grant, 2013-2018, “Facility for load-bearing imaging, biomechanics and clinical orthopaedics reseach.”

Canadian Institutes of Health Research (CIHR), Operating grant, 2014-2019, “Single-plane dynamic radiography for quantification of bone and joint motion.”

Natural Science and Engineering Research Council, Discovery Grant, 2015-2020, “Biomechanical load sharing in the foot during dynamic, load-bearing activity.”

Canadian Olympic Committee (COC) and Canadian Curling Association (CCA), Own the Podium 2010, Top Secret Program, 2006-2010, consulting with national level athletes to improve biomechanical technique and human-equipment interactions to give our Canadian teams the advantage in Vancouver 2010

Canada Foundation for Innovation, Infrastructure Operating Grant, 2005-2012, “Abnormal arthrokinematics and osteoarthritis.”

Canadian Institutes of Health Research (CIHR), University-Industry Partnership Program, Operating Grant, 2003-2013, “Medial opening wedge high-tibial osteotomy for the treatment of knee osteoarthritis.” in partnership with Arthrex, Inc, FL, USA

## NATIONAL AND INTERNATIONAL MEMBERSHIPS AND AFFILIATIONS

Memberships
Society of Automotive Engineers, member since 2009
Canadian Society for Biomechanics, member since 2003
International Society of Biomechanics, member since 1997
American Society of Biomechanics, member since 1999
Gait and Clinical Movement Analysis Society, member since 1999
Mayo Clinic Alumni Association, member since 2002
Health Science Research Ethics Board, The University of Western Ontario, full board member from 2005-2006, alternate member 2003-2005, 2006-present

Granting agency reviewer
Canadian Institutes of Health Research (CIHR), project grant reviewer since 2016
Canada Foundation for Innovation (CFI), grant reviewer since 2006
Manitoba Medical Service Foundation, grant reviewer since 2004
Natural Science and Engineering Research Council (NSERC), grant reviewer since 2005
Nova Scotia Health Science Research Foundation, grant reviewer since 2009
Ontario Graduate Scholarship Program, Biomedical and Mechanical Engineering divisions, review panel chair 2006-present, review panel member 2005-2006

Journal reviewer
Journal of Orthopaedic Research, reviewer since 2009
Journal of Biomechanics, reviewer since 2004
Gait and Posture, reviewer since 2001

## COURSES TAUGHT

Biomechanics (KIN2241, undergraduate course), study the physical principles that influence the biomechanics of human movement in sport, exercise, dance, the workplace and activities of daily life. How to analyze the kinematics of the segments of the body and the kinetics that result from that motion. Students will be able to analyze the forces, impact biomechanics, moments of force, work, power and energy of various common activities.

Kinematics and Dynamics of Machines (MME3381, undergraduate course), study of the fundamentals of mechanisms and machines, graphical and analytical synthesis of planar linkages, and the position, velocity and acceleration analysis of planar linkages. Students will design and analyze cams, gear trains and apply dynamics fundamentals and dynamic force analysis. Focus on balancing of rotating and reciprocating machines and vibration analysis using computer modeling, simulation and analysis of machines.

Biomechanics of Human Joint Motion (MME 9516a, graduate course), apply engineering concepts to human joint motion; especially the gait cycle. Examine various motion measurement methods, including practical applications and associated errors. Calculate external joint loads,

understand inertial effects and simulate impact biomechanics. Study the architecture and function of skeletal muscle; concepts of energy, work and power applied to joint motion.

Engineering Dynamics (MME 2213b, compulsory undergraduate course), topics include: rectilinear, angular and curvilinear motion, kinematics of a particle; a translating rigid body and a rigid body in pure rotation; definitions of different energies and energy balance; power and efficiency; linear impulse and momentum; impacts and the inertia of deflections.

Clinical Kinesiology (KIN 4472b, elective undergraduate course), topics include: clinical roles of rehabilitation health professionals, basic articular joint function, walking gait, reaching and grasping, biomechanics of trauma and musculoskeletal disorders, specific joint pathologies, diagnoses, treatments and outcomes.

Orthopaedic Biomechanics (KIN 9447b, graduate course), applying biomechanical concepts to the musculoskeletal system in health and disease. Topics include: Basic science: concepts of stress-train, elastic and plastic deformation, forces and moments, impact biomechanics, tension, compression, shear, bending and torsional loads. Applied science: the biomechanics of musculoskeletal injuries and of orthopaedic surgery, plates, nails and screws, total joint replacements and physical therapy. Clinical science: role of biomechanics in osteoarthritis, traumatic and repetitive strain injury of joints of the lower limbs, upper limbs and spine (especially ankle, knees and shoulders), ligament and meniscal tears and ruptures.

**PEER-REVIEWED PUBLICATIONS**

1. da Silva R, Jenkyn TR, Carranza V. 2022. The role of transient vibration and skull properties on concussion: a computational analysis. Journal of Vibration Engineering and Technologies. In press.
2. da Silva R, Jenkyn TR, Carranza V. 2022. Enhanced pre-processing for deep learning in MRI whole brain segmentation using orthogonal moments. Brain Multiphysics. In press. 100049.
3. Balsdon M, Dombroski C, Bushey KM, Jenkyn TR. 2021. Impression methods for custom foot orthoses comparing semi-weightbearing foam and non-weightbearing plaster using a kinematic measurement of the medial longitudinal arch. Journal of Prosthetics and Orthotics. 33(1): 26-33.
4. da Silva R, Jenkyn TR, Carranza V. 2021. Development of a convolutional neural network based skull segmentation in MRI using standard tesselation language models. Journal of Personal Medicine. 11(4): 310.
5. da Silva R, Jenkyn TR, Carranza V. 2021. Convolutional neural networks and geometric moments to identify the bilateral symmetric midplane in facial skeletons from CT scans. Biology. 10(3): 182.
6. da Silva R, Carranza V, Jenkyn T. 2020. Application of novel automatic method for determining the bilateral symmetry midline of the facial skeleton using invariant moments. Symmetry. 12(1448): 1315-1328.
7. da Silva R, Jenkyn T. 2020. Classification of mammogram abnormalities using Legendre moments. International Journal of Image and Graphics. 21(1): 317-329.
8. Sowerby L, Harris M, Joshi R, Johnson M, Jenkyn T, Moore C. 2020. Does endoscopic sinus surgery alter the biomechanics of the orbit?. Journal of Otolaryngology Head and Neck Surgery. 49(1): 44.

9. Balsdon ME, Dombroski CE, Bushey K, Jenkyn TR. 2019. “Impression methods for custom foot orthoses-comparing semi-weight-bearing foam and non-weight-bearing plaster using a kinematic measurement of the medial longitudinal arch.” Journal of Prosthetics and Orthotics epublished before print
10. Balsdon ME, Dombroski CE, Bushey K, Jenkyn TR. 2019. “Hard and soft off-the-shelf foot orthoses and their effect on the angle of the medial longitudinal arch: A biplane fluoroscopy study.” Prosthetics and Orthotics International 43(3): 331-338
11. Balsdon ME, Bushey KM, Dombroski CE, LeBel ME, Jenkyn TR. 2016. “Medial longitudinal arch angle presents significant differences between foot types: a biplane fluoroscopy study.” Journal of Biomedical Engineering. 138(10)
12. Belcastro A, Willing R, Jenkyn T, Johnson M, Galil K, Yazdani A. 2016. “A three-dimensional analysis of zygomatic symmetry in normal, uninjured faces.” Journal of Craniofacial Surgery. 27(2): 504-508.
13. Roumeliotis G, Willing R, Neuert M, Ahluwalia R, Jenkyn T, Yazdani A. 2015. “Application of a novel semi-automatic technique for determing the bilateral symmetry plane of the facial skeleton of normal adult males.” Journal of Craniofacial Surgery. 26(6): 1997-2001.
14. Marriott K, Birmingham TB, Kean CO, Hui C, Jenkyn TR, Giffin JR. 2015. “Five-year changes in gait biomechanics after concomitant high tibial osteotomy and ACL reconstruction in patients with medial knee osteoarthritis.” American Journal of Sports Medicine. 43(9): 2277-2285.
15. Roumeliotis G, Ahluwalia R, Jenkyn T, Yazdani A. 2015. “The Le Fort system revisited: Trauma velocity predicts the path of Le Fort I fractures through the lateral buttress.” Plastic Surgery. 23(1): 40-42.
16. Khadilkar L, MacDermid JC, Sinden KE, Jenkyn TR, Birmingham TB, Athwal GS. 2014. “An analysis of functional shoulder movements during task performance using Dartfish movement analysis software.” International Journal of Shoulder Surgery. 8(1): 1-9.
17. Syed SH, Willing R, Jenkyn TR, Yazdani A. 2013. “Video analysis of the biomechanics of a bicycle accident resulting in significant facial fractures.” Journal of Craniofacial Surgery. 24(6): 2023-9.
18. Willing RT, Roumeliotis G, Jenkyn TR, Yazdani A. 2013. “Development and evaluation of a semi-automatic technique for determining the bilateral symmetry plane of the facial skeleton.” Medical Engineering and Physics, epublished ahead of print
19. Moyer RF, Birmingham TB, Dombroski CE, Walsh RF, Leitch KM, Jenkyn TR, Giffin JR. (2012). “Combined effects of a valgus knee brace and lateral wedge foot orthotic on the external knee adduction moment in patients with varus gonarthrosis.” Archives of Physical Medicine and Rehabilitation 94(1): 103.21.
20. Bechard DJ, Birmingham TB, Zecevic AA, Jones IC, Leitch KM, Giffin JR, Jenkyn TR. 2012. “The effect of walking poles on the knee adduction moment in patients with varus gonarthrosis.” Osteoarthritis and Cartilage 20(12):1500-1506.
21. Kedgley AE, Fox AM, Jenkyn TR. 2012. “Image intensifier distortion correction for fluoroscopic RSA: the need for independent accuracy assessment.” Journal of Applied Clinical Medicine and Physics 13(1): 3441
22. Birmingham TB, Zecevic AA, Jones IC, Giffin JR, Jenkyn TR. 2012. “Toe-out, lateral trunk lean, and pelvic obliquity during prolonged walking in patients with medial compartment knee osteoarthritis and healthy controls.” Arthritis Care and Research 64(4): 525-32.
23. Fox AM, Kedgley AE, Lalone EA, Johnson JA, Athwal GS, Jenkyn TR. 2011. “The effect of decreasing computed tomography dosage on radiostereometric analysis (RSA) accuracy at the glenohumeral joint.” Journal of Biomechanics 44(16): 2847-50.

24. Lalone EA, Fox AM, Kedgley AE, Jenkyn TR, King GJ, Athwal GS, Johnson JA, Peters TM. 2011. “The effect of CT dosage on glenohumeral joint congruency measurements using 3D reconstructed patient-specific bone models.” Physics in Medicine and Biology 56(20): 6615-24
25. Shultz R, Jenkyn T. 2012. “Determining the maximum diameter for holes in the shoe without compromising shoe integrity when using a multi-segment foot model.” Medical Engineering and Physics 34(1): 118-22.
26. Leitch KM, Birmingham TB, Jones IC, Giffin JR, Jenkyn TR. 2011. “In-shoe plantar pressure measurements for patients with knee osteoarthritis: Reliability and effects of lateral heel wedges.” Gait and Posture, 34(3): 391-6.
27. Shultz R, Birmingham TB, Jenkyn TR. 2011. “Differences in neutral foot positions when measured barefoot compared to in shoes with varying stiffnesses.” Medical Engineering and Physics, 33(10): 1309-13.
28. Shultz R, Kedgley AE, Jenkyn TR. 2011. “Quantifying skin motion artifact error of the hindfoot and forefoot marker clusters with the optical tracking of a multi-segment foot model using single-plane fluoroscopy.” Gait and Posture 34(1): 44-8.
29. DJ Bechard, TB Birmingham, AA Zecevic, TR Jenkyn. 2011. “Time-varying behavior, test-retest reliability and concurrent validity of lateral trunk lean and toe-out angles during prolonged treadmill walking.” Gait and Posture 34(1): 81-5.
30. TR Jenkyn, JC Erhart, TP Andriacchi. 2011. “An analysis of the mechanisms for reducing the knee adduction moment during walking using a variable stiffness shoe in subjects with knee osteoarthritis.” Journal of Biomechanics, 44(&): 1271-6.
31. CL Pollock, IC Jones, TR Jenkyn, TD Ivanova, SJ Garland. 2010. “Changes in kinematics and trunk electromyography during a 2000m race simulation in elite female rowers.” Scandanavian Journal of Medical Science in Sports, 22(4):478-487.
32. T Bhatnagar, TR Jenkyn. 2010. “Internal kinetic changes in the knee due to high tibial osteotomy are well-correlated with change in external adduction moment: an osteoarthritic knee model.” Journal of Biomechanics 43(12): 2261-6.
33. TR Jenkyn, R Shultz, JR Giffin, TB Birmingham. 2010. “A comparison of subtalar joint motion during anticipated medial cutting turns and level walking using a multi-segment foot model.” Gait and Posture 31(2): 153-158.
34. D Bechard. AE Kedgley, V Nolte, TR Jenkyn. 2009. “Total kinetic energy production of body segments is different between racing and training paces in elite Olympic rowers.” Sport Biomechanics 8(3): 199-211.
35. AE Kedgley, TR Jenkyn. 2009. “RSA calibration accuracy of a fluoroscopy-based system using non-orthogonal images for measuring functional kinematics.” Medical Physics 36(7):3176-3180.
36. TB Birmingham, JR Giffin, BM Chesworth, DM Bryant, RB Litchfield, K Willits, TR Jenkyn, PJ Fowler. 2009. “Medial opening wedge high tibial osteotomy: a prospective cohort study of gait, radiographic, and patient-reported outcomes.” Arthritis and Rheumatism. 61(5): 648-657.
37. AE Kedgley, TB Birmingham, TR Jenkyn. “Comparative accuracy of radiostereometric and optical tracking systems.” Journal of Biomechanics. 42(9): 1350-1354.
38. CO Kean, TB Birmingham, J Garland, TR Jenkyn, T Ivanova, I Jones, JR Giffin. “Knee joint moments and muscle activity following simultaneous high tibial osteotomy and ACL reconstruction.” Medicine and Science in Sport and Exercise. 41(3): 612-619.
39. C Pollock, T Ivanova, I Jones, TR Jenkyn, J Garland. "Electromyography and kinematics of the trunk during rowing in elite female rowers." Medicine and Science in Sport and Exercise. 41(3): 628-636.

40. TR Jenkyn, K Anas, AC Nicol. 2009. "Foot segment kinematics during normal walking using a multi-segment model of the foot and ankle complex." Journal of Biomechanical Engineering. 131(3): 034504.
41. NM Dunk, AE Kedgley, TR Jenkyn, JP Callaghan. 2009. "Evidence of a pelvis-driven flexion pattern: are the joints of the lower lumbar spine fully flexed in seated postures?". Clinical Biomechanics 24(2): 164-168.
42. MA Hunt, TB Birmingham, D Bryant, I Jones, JR Giffin, TR Jenkyn, AA Vandervoort. 2008. "Lateral trunk lean explains variation in dynamic knee joint load in patients with medial compartment knee osteoarthritis." Osteoarthritis and Cartilage. 16(5): 591-9.
43. TR Jenkyn, MA Hunt, I Jones, JR Giffin, TB Birmingham. 2008. "Toe-out gait in patients with knee osteoarthritis partially transforms external knee adduction moment into flexion moment during walking gait: A tri-planar kinetic mechanism." Journal of Biomechanics. 41(2): 276-83.
44. MA Hunt, TB Birmingham, TR Jenkyn, JR Giffin, I Jones. 2008. "Measures of frontal plane lower limb alignment obtained from static radiographs and dynamic gait analysis." Gait and Posture. 27(4): 635-40.
45. TB Birmingham, MA Hunt, IC Jones, TR Jenkyn, JR Giffin. 2007. "Test-retest reliability of the peak knee adduction moment during walking in patients with medial compartment knee osteoarthritis." Arthritis and Rheumatism. 57(6): 1012-7.
46. TR Jenkyn, AC Nicol. 2007. "A multi-segment kinematic model of the foot with a novel definition of forefoot motion for use in clinical gait analysis during walking." Journal of Biomechanics. 40(14): 3271-8.
47. MA Hunt, PJ Fowler, TB Birmingham, TR Jenkyn, JR Giffin. 2006. "Foot rotational effects on radiographic measures of lower limb alignment." Canadian Journal of Surgery. 49(6): 401-6.
48. A Specogna, T Birmingham, MA Hunt, IC Jones, TR Jenkyn, PJ Fowler, JR Giffin. 2007. "Radiographic measures of knee alignment in patients with varus gonarthrosis: effect of weightbearing status and associations with dynamic joint load." American Journal of Sport Medicine. 35(1): 65-70.
49. EA Hassan, TR Jenkyn, CE Dunning. 2007. "Direct comparison of kinematic data collected using an electromagnetic tracking system versus a digital optical system." Journal of Biomechanics. 40(4): 930-5.
50. MA Hunt, TB Birmingham, JR Giffin, TR Jenkyn. 2006. "Associations among knee adduction moment, frontal plane ground reaction forces and lever arm during walking in patients with knee osteoarthritis." Journal of Biomechanics. 39(12): 2213-2220.
51. A Specogna, T Birmingham, J DaSilva, JS Milner, J Kerr, MA Hunt, IC Jones, TR Jenkyn, PJ Fowler, JR Giffin. 2004. "Reliability of lower limb frontal plane alignment measurements using plane radiographs and digitized images." Journal of Knee Surgery. 17(4): 203-210.
52. TR Jenkyn, RL Ehman, K-N An. 2003. "Noninvasive muscle tension measurement using the novel technique of magnetic resonance elastography (MRE)." Journal of Biomechanics. 36(12): 1917-1921.
53. G Heers, T Jenkyn, MA Dresner, MO Klein, JR Basford, KR Kaufman, RL Ehman, KN An. 2003. "Measurement of muscle activity with magnetic resonance elastography." Clinical Biomechanics. 18(6): 537-42.
54. N Mura, SW O'Driscoll, ME Zobitz, G Heers, TR Jenkyn, S-M Chou, AM Halder, K-N An. 2003. "The effect of infraspinatus disruption on glenohumeral torque and superior migration of the humeral head: A biomechanical study" Journal of Shoulder and Elbow Surgery, 12(2): 179-184.
55. TR Jenkyn, B Koopman, P Huijing, RL Lieber, KR Kaufman. 2002. "Finite element model of intramuscular pressure during isometric contraction of skeletal muscle." Physics in Medicine and Biology. 47(22): 4043061.

56. JR Basford, TR Jenkyn, KN An, RL Ehman, G Heers, KR Kaufman. 2002. “Evaluation of healthy and diseased muscle with magnetic resonance elastography.” Archives of Physical Medicine and Rehabilitation. 3(11): 1530-1536.

57. G Babis, RT Trousdale, TR Jenkyn, KR Kaufman. 2002. “The comparison of two methods of screw fixation in periacetabular osteotomy.” Clinical Orthopaedics and Related Research. 403: 221-227.

**Appendix B: Fee Schedule**

Review of documentation and confidential initial verbal opinion,
$5,000

Biomechanics opinion report, with simulation and review of scientific literature, confidential meetings with clients and other experts,
$870/hour

Deposition, conferencing, appearance at court,
$870/hour

**Appendix C: Depositions and appearance at court**

Zheng Ziyang v Ishoey Oskar Liu, State Court of the Republic of Singapore
Court file no: MC/MC 229 of 2021
March 10, 2022, court appearance and expert testimony for Plaintiff

Hummel v Jantzi, Ontario Superior Court, 2019 ONSC 3571
Court file no: 13-42743 (Hamilton)
June 13, 2019, court appearance and expert testimony for Plaintiff

Walsh v City of Torrington, CT, Connecticut Superior Court, 2018
Docket no: HHD-CV-16-6067494-S
August 1, 2018, deposition for Defendant

Rogers v Testa, Ontario Superior Court, 2011 ONSC 4060
Court file no: 54500 (London)
September 29, 2011, court appearance and expert testimony for Defendant