# EXHIBIT B



# Retnav Forensics, LLC

Medico-Legal Forensic Consulting

September 21, 2022

Justin T. Green
Kreindler & Kreindler
485 Lexington Avenue, 28th Floor
New York, NY 10017

RE: Ethiopian Airlines Flight 302
Evaluation of Physical Injury Prior to Impact

Dear Mr. Green:

I have been requested to review this tragic case and provide an opinion, to a degree of medical certainty, concerning whether the passengers of fight Ethiopian Airlines 302 suffered physical and pathologic injuries during the flight prior to ground impact and their deaths on March 10, 2019. It is my opinion to a reasonable degree of medical certainty that every passenger on the flight would have been exposed to essentially the same environmental insults due to a plane that could not be controlled by the pilots and sustained a baseline of injuries.

## Background

I am a board certified Anatomic, Clinical, and Forensic Pathologist and a lawyer. I served in the Navy for 26 years as Medical Officer. I was appointed by the Secretary of Defense as the Armed Forced Forces Medical Examiner and the Director of the Armed Forces Medical Examiner System (AFMES) for the final ten years of my active duty in the Navy. In this role, and per federal law and various directives and instructions, I operated with wide discretion from normal chains of command to ensure that the system functioned objectively and free of undue influence.

The system includes forensic pathologists, investigators, anthropologists, toxicologists, DNA scientists, epidemiologists, and various other personnel to provide a comprehensive death investigation system to honor the dead and protect the living. As the only such system at the federal level, AFMES provides professional expertise to dozens of other federal agencies.

Injury pattern recognition and analysis is a major element of the mission of the AFMES. While such evaluation was occasionally performed on the living, the majority were deceased. While the primary mission was to determine the cause of death, injuries of all types were evaluated. When possible, patterns of injuries are compared with objects or structures that caused the injury. There is continuous feedback and communication provided to a multitude of other military organizations with statistics and input on improving equipment, safety systems, tactics, and medical care.

The AFMES is involved in every military aircraft mishap, with or without fatalities. All members carry significant security clearances and have access to all operational information in connection with fatal incidents. The AFMES has been involved in tens of thousands of blunt force and other types of injuries from all types of deaths since the 1950's. These include deaths from minimal force to the highest forces ever applied to the human body. The AFMES has been involved in accidents involving every type of aircraft. Of note AFMES was the lead medical investigators for both space shuttle crashes, the Pentagon, Shanksville PA, and continues to work with the New York City Medical Examiner New York City in response to the terrorist events on September 11, 2001. The System has been involved with countless US and foreign civilian airline disasters, along with most of the investigations mentioned by the other plaintiff experts.

I have employed the same methodologies here as employed and described above.

**Materials Reviewed**

1. Ethiopian Airlines Flight 302 Digital Flight Data Recorder. Converted Files provided by Mr. Charles Pereira, 10 January 2022.
2. Federal Democratic Republic of Ethiopia, Ministry of Transport, Aircraft Accident Investigation Bureau. Aircraft Accident Investigation Bureau Preliminary Report, Ethiopian Airlines Group B737-8 (MAX) Registered ET-AVJ, 28 NM Southeast of Addis Ababa, Bole International Airport, March 10, 2019. Report AI-01/19, March 2019.
3. Troy P. Faaborg, M.S., M.S.A. CAsp, Physiological Evaluation of the passengers and crew of the fatal crash of Ethiopian Flight 302 on March 10, 2019, report dated September 20, 2022

**Evaluation**

The entire flight time for this crash was approximately 5 minutes from take off until impact, with problems readily apparent within seconds after takeoff. Upon impact with the ground, the forces described would have resulted in total body fragmentation. The passengers would have likely been belted throughout the entire sequence. The belt provides a single point of restraint with varying protection to a single point of the body under certain circumstances. The rest of

2

the torso, extremities, and head are subjected to the forces applied during this flight. The lap belt provides a limited degree of protection to the rest of the body. It has also repeatedly caused injury due to restraint, applied force and the result of those forces. All internal organs, bony and other soft structures, including those beneath the lap belt are vulnerable to injury caused by external forces.

According to my review of the documents and factual information listed above, the aircraft was subject to continuous extreme maneuvering, including unexpected rolling, and sudden changes in pitch and altitude in both directions which resulted in force accelerations on the passenger bodies. The reports confirm the force at times was significant with passenger acceleration at almost twice the force of gravity multiplied by the mass or weight.

Causation of injury would be from numerous sources including the forces imparted on the passengers; the passenger striking a stationary structure, such as a seat armrest, or from an object in motion striking the passenger, such as a phone or ipad.

I have reviewed the Physiological Evaluation of the passengers and crew by Troy P. Faaborg, M.S., M.S.A. CAsp, and agree, to a medical degree of certainty, based on more than 25 years of experience as a Medical Examiner and having conducted thousands of forensic medical exams and/or autopsies, with the physiological insults, effects, impacts, and/or injuries identified and described on pages 18-19 of his report.

To a degree of medical certainty based on my training, extensive experience with injury analysis, and the forces applied, all of the passengers would, more likely than not, have experienced physical, emotional, physiological effects or impacts, including physical stress, which caused injury, damage, or harm to their bodies. In sum, the forces experienced by the passengers combined with the likelihood of impact with other persons, the cabin interior or moving objections, during each of the upset events described by Troy Faaborg to a reasonable degree of medical certainty, caused some degree of injury to all of the passengers.

I reserve the right to amend or supplement this report upon receipt of further objective and probative information with regard to the flight generally or individual passenger data.

Respectfully submitted,

Craig Mallak, MD, JD

Digitally signed by Craig Mallak, MD, JD
Date: 2022.09.21 20:01:13 -04'00'

Craig T. Mallak, JD, MD, FACP
Capt, MC, USN (Ret.)

3

Craig Thomas Mallak
CAPT, MC, USN (ret)
Retnav Forensics,  PA
14894 Innerarity Point Road
Pensacola, FL  32507
(301) 661-3776
retnavforensics@gmail.com

## EDUCATION

Forensic Pathology Fellowship, Armed Forces Institute of Pathology, 1996-97
Anatomic and Clinical Pathology Residency, National Naval Medical Center, Bethesda MD, 1993-1995
Anatomic and Clinical Pathology Residency, Naval Hospital Oakland, Oakland, CA, 1991-1993
M.D.   Creighton University, 1989
J.D.   Creighton University, 1985
B.S.    Michigan State University, Criminalistics, 1982

## EXPERIENCE

**06/21-Present          Medico-Legal Consultant, Retnav Forensics, PA**

**07/12-06/21          Chief, Broward County Office of Medical Examiner
                        andTrauma Services, Fort Lauderdale, FL**

Serve as the Chief of Broward County Office of Medical Examiner and Trauma Services. The office serves a population of 1.8 million permanent residents and several hundred thousand visitors that vacation and spend the winter months in South Florida. The office has a staff of 40 personnel including a toxicology laboratory that provides post-mortem and Driving Under the Influence testing for the County. By streamlining and using best practices decreased turnaround time in toxicology from 6-9 months to an average of 10-12 days for the last 30 months. Autopsy report turnaround time decreased from an average of 9 months to less than 30 days. In less than 18 months obtained National Association of Medical Examiners and American Board of Forensic Toxicology (ABFT) accreditation. In addition to the Medical Examiner, serve as the Chief Medical Officer and Director of Trauma Services for the County. In this role have adopted uniform protocols for emergency medical services and the County is the second in the nation to adopt the advanced interventional stroke protocols. In private practice, have testified in Federal court serval times and continue to work on cases of war crimes and genocide involving countries such as Syria and Iran.

**06/2002 – 06/12**　　　**Armed Forces Medical Examiner, Armed Forces Medical Examiner System, Dover Air Force Base, Dover, DE (formerly a division of the Armed Forces Institute of Pathology (AFIP), Washington, DC)**

Served as the leader of the only Federal Medical Examiner System including oversight of the Armed Forces Toxicology Laboratory, Armed Forces DNA Laboratory, Mortality Surveillance Division, and Forensic Pathology Fellowship Program. Responsible for carrying out the functions mandated by 10 US Code 1471 and Department of Defense Instruction 5154.30 for the Department of Defense and other Federal agencies. The medical examiner staff employs over 250 staff, including 12 forensic pathologists, 35 Toxicologists, 120 DNA scientists, and additional support personnel. The system has as an annual budget of US $50M. Lead the transition of the Armed Forces Medical Examiner System through the process of becoming a stand-alone organization after the disestablishment of the AFIP including building a new $80M/125k sq foot facility. Directed the medical investigation and analysis following the crash of the Space Shuttle Columbia (STS-107). The System also invested dozens of military and civilian aircraft fatalities, working with military safety boards and the National Transportation Safety Board. Throughout the Iraqi and Afghanistan conflicts, initiated the first ever complete forensic investigation of every fatality from a declared conflict. Data gathered has been used to improve body armor, helmets, vehicles, and enhance battlefield medical care. Also, for the first time ever, initiated, implemented, and carried out the first ever forensic pathology investigations of detainees held in United States custody. During this period, the Armed Forces DNA Laboratory identified the final two children of Czar Nicholas of Russia, putting an end to the speculations that the daughter of the Czar, Anastasia, survived the assassination of the other family members.

**06/2000-06/2002**　　　**Medical Corps Detailer, Naval Personnel Command, Millington, TN**

Responsible for assignment and career management of over 1000 Naval Medical Officers; also served as Regional Armed Forces Medical Examiner performing cases worldwide as requested by the Office of the Armed Forces Medical Examiner. In this role deployed to investigate deaths throughout the United States over twenty times during this tour. Maintained clinical laboratory skills by working every Monday morning at the University of Tennessee Medical School Pathology Department in Memphis, signing out surgical pathology and cytology cases as well as instructing residents.

**08/2000-06/2002**　　**Deputy Shelby County Medical Examiner, Memphis, TN**

Served as a part time medical examiner with the Shelby County Medical Examiner's Office, 20-40 hours per month. Responsibilities included casework and instruction of pathology residents and a forensic pathology fellow. Duty days were on the weekends, holidays, and evenings, providing sole practitioner coverage for Shelby County and cases

2

sent from other counties in West Tennessee. The office investigated over 5000 deaths per year, with 2000 cases admitted to the morgue and over 700 cases being autopsied.

**09/1997-06/2000 Regional Armed Forces Medical Examiner and Director of Ancillary Services, Naval Hospital Okinawa, Japan**

I served as the Medical Examiner for the Pacific region with responsibility of investigating deaths of military members in Japan, Korea, Guam, and other Pacific islands and countries where US personnel were stationed. In this position I was also responsible for investigating death of US civilians that were residing in Pacific region, when requested by the US State Department. Position required, on average, twice a month deployment for forensic pathology investigations off the island of Okinawa. Performed 60-autopsies, signed-out 2000 surgical pathology cases, and evaluated 1000 cytology specimens per year. Position required 24/7 duty for medical examiner cases, and every third week for hospital pathology duties. As the Director of Ancillary Services, responsibilities included oversight of the Pharmacy, Physical Therapy, Radiology, and Laboratory Departments, with a staff of 200, and annual budget of $10.5 million. As a hospital director I served on the executive steering committee, credentialing committee, ranking board for hospital staff during the annual evaluation cycle, and the executive committee of the medical staff. During this period, I was requested to deploy with the Federal Bureau of Investigation to Kosovo to investigate war crimes and allegations of genocide. I spent four weeks in Kosovo, performing 60 autopsies and preparing reports that were later used in war crimes trials.

**08/1995-06/1996 Associate Medical Examiner, Office of the Armed Forces Medical Examiner, Armed Forces Institute of Pathology Washington, DC**

I served as a medical examiner with the responsibility of deploying world-wide to investigate military deaths and others of federal interest, performing autopsies, and completing consultations for a period of 10 months prior to the commencement of the formal forensic pathology fellowship.

**08/1990-08/1991    General Medical Officer, 3d FFSG, Camp Kinser, Okinawa, Japan and Cubi Point, Philippines**

Battalion and Regimental Surgeon for the US Marine Corps - Supervised 30 Corpsman and served as a member of Regimental Battle Staff. Provided General Practitioner care to 500-1500 Marines while in garrison and deployed. During this one-year tour I was deployed for eight months in the Philippines, and four months in garrison in Okinawa, Japan. Out of eight General Medical Officers, I was the only one to be recognized with the Navy-Marine Corps Achievement Medal at the completion of the tour of duty.

**08/1985-05/1989  Associate General Counsel for Godfather's Pizza, Inc, Omaha, NE**

This position was part time employment at a Multinational Corporation while attending medical school. Responsibilities included legal matters pertaining to contracts, leases, franchise agreements and general corporate law.

3

**Summer 1984 and 1985 Law Clerk, Cholette, Perkins, and Buchanan PLC, Grand Rapids, MI**

Approximately 100 lawyer law firm that specialized in Medical Insurance Defense cases. Performed general clerking duties of research, writing, and assisting attorneys with various cases. Was offered an Associate Position but returned to Medical School. Firm was dissolved in the late 1990's.

**PROFESSIONAL LICENSURE**

Medical

> California
> Florida Michigan
> Nebraska (inactive)
> North Carolina
> Ohio
> Rhode Island
> Tennessee

Legal

> Nebraska

**ACTIVE DUTY SECURITY CLEARANCE – TS/SCI+**

**BOARD CERTIFICATION**

American Board of Pathology - Anatomic and Clinical Pathology, 08 November 1995
American Board of Pathology - Forensic Pathology, 09 September 1997


**PUBLICATIONS**

*Position Paper: Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid and Other Drugs,* The American Journal of Forensic Medicine and Pathology, 41(3): 152-159.

*Death on Orbit: Extreme Environmental Conditions and the Deaths of American Astronauts, 2017,* Acad Forensic Pathol. 2018 8(1): 112-118.

*Loss of Signal, the STS 107 Columbia Mishap*; Author of Medical chapters*, 2014, NASA (US Printing Office) Publication*

*Died of Wounds on the Battlefield; Causation and Implications for Improving Combat Casualty Care;* Trauma, Volume 71, Number 1, July Supplement 2011, pp 84-88.

*Postmortem Imaging: MCDT Features of Postmortem Change and Decomposition,* The American Journal of Forensic medicine and Pathology: March 2010 – Volume 31 – Issue 1- pp 12-17

*Coins as Intermediate Targets: Reconstructive Analysis with Synthetic Body Models*, The American Journal of Forensic Medicine and Pathology: June 2009 - Volume 30 - Issue 2 - pp 159-161

*Multidetector Computed Tomography Findings in Deaths with Severe Burns,* The American Journal of Forensic Medicine and Pathology: June 2009 - Volume 30 - Issue 2 - pp 137-141

*Injury Severity and Causes of Death from Operation Iraqi Freedom and Operation Enduring Freedom: 2003-2004 Versus 2006,* Journal of Trauma-Injury Infection & Critical Care. Advances in Combat Casualty Care: Clinical Outcomes from the War: February 2008, 64(2) Supplement: S21-S27,

*Quantitative Analysis of the Aminosteroidal Non-Depolarizing Neuromuscular Blocking Agent Vecuronium by LC–ESI-MS: A Postmortem Investigation,* Journal of Analytical Toxicology: July/August 2008, Volume 32, Number 6 - pp.422-427

*Virtual Autopsy: Two- and Three-dimensional Multidetector CT Findings in Drowning with Autopsy Comparison*, Radiology 2007, 243 – pp. 862-868

*Chest wall thickness in military personnel: implications for needle thoracentesis in tension pneumothorax.* Military Medicine. 2007; 172 (12).

*Autopsy Radiography, Digital Radiographs (DR) vs Multidetector Computed Tomography (MCDT) in High-Velocity Gunshot Wound Victims,* The American Journal of Forensic Medicine and Pathology: March 2007, 28:3 – pp. 13-19

*Virtual Autopsy: Preliminary Experience in High-Velocity Gunshot Wound Victims*, Radiology: 2006, 240 - pp. 522-528.

*Blast Injuries, Aircraft Mishaps, and Radiation Injury*. In <u>Basic Competencies in Forensic Pathology; A Forensic Pathology Primer</u>, edited by Prahlow, JA. College of American Pathologists Press, 2006.

*Doctors and torture*. N Engl J Med. 2004; 351:1571-1574

*Saddam's Revenge: A Post-Gulf War Casualty,* The American Journal of Forensic Medicine and Pathology: March 2001, 22(1) - pp. 43-45.

*A Deadly Anti-SIDS Device,* The American Journal of Forensic Medicine and Pathology: March 2000, 21(1), - pp. 79-82.

*A Penny (or Peso) for your Thoughts; An Unusual Intermediate Target,* The American Journal of Forensic Medicine and Pathology: September 1998, 19:3 –pp. 230-233.

5

*Atypical Cytomorphological Appearance of Cryptococcus neoformans,* Acta Cytologica: 40:2, 363-370, 1996.

*A Unique Intracytoplasmic Inclusion in a Probable Granular Renal Cell Carcinoma Metastasis,* Ultrastructural Pathology, 19:205-209, 1995.

**TEACHING APPOINTMENTS**

Clinical Instructor, Uniform Services School of Health Sciences, Bethesda, Maryland, 1993-1997

Clinical Instructor, George Washington University, Washington, DC, 1995-1997, 2002-2010

Associate Professor, Nova Southeastern University, School of Allopathic Medicine, Davie, Florida, 2017-2021

**GRANTS**

Virtual Autopsy and wound characterization, Phase I, DARPA funded, $3.97M, November 2004-May 2006

Multiple Research Grants in excess of $10M for classified projects

Awarded one of seven National Institute of Justice, Strengthening Forensic Sciences Grants, $100,000 for training of pathologists to become forensic pathologists, 2017. Grant was renewed for another $100,000 in 2018, 2019 and again in 2020 for $124,000.

Awarded Department of Justice Coverdell Strengthening Forensic Sciences Grand for $165,000 for a Quadrupole Time of Flight Liquid Chromatography Mass Spectrometry Drug Analyzer. Florida Department of Health provided an additional $100,000 to purchase this analyzer - 2020

**APPOINTMENTS**

CDC/National Association of Medical Examiners Mass Disaster Task Force, 2021

CDC/National Association of Medical Examiners Opioid Epidemic Task Force, 2019

Board of Governors, National Association of Medical Examiners, 2006-2012

College of American Pathologists, Forensic Pathology Committee, 2004-2010

US Navy FY 2006 and FY 2010 Medical Corps LCDR Selection Board

Center for Disease Control Sudden Infant Death Task Force – ongoing since 2006

Program Chair, American Academy of Forensic Sciences Annual Meeting, February 2007

6

Section Secretary, Path-Bio, American Academy of Forensic Sciences, 2008-09

Section Chair, Path-Bio, American Academy of Forensic Sciences, 2009-2010

Invited Editor, Journal of Forensic Sciences, 2007-2014

Board of Editors, Journal of Forensic Sciences, 2014-present

Board of Editors, The American Journal of Forensic Medicine and Pathology, 2006-2012

Editorial Board, Academic Forensic Pathology Journal, 2010-2014

White House Subcommittee on Forensic Sciences, 2009-2012

Board of Directors, Broward County Medical Society

Board of Directors, Broward County Substance Abuse Prevention Council

Member, Mission United: Re-acclimating service members into civilian life

**LECTURES AND PRESENTATIONS**

"The Golden Hour Conference, Why do injured people die?", The Institute of Pre-Hospital Care, Royal London Hospital, London England, November 10, 2018

Throughout 2016 to 2021, multiple town halls, and invited speaker on the Opioid crisis, multiple venues throughout Broward and Palm Beach County

Florida Association of Medical Examiners, July 2017, annual meeting; Lecture "Handling Mass Fatalities, The Medical Examiner's Role"

Florida Association of Medical Examiners, June 2014, annual meeting; Lecture "No more MIA/POW Flags"

Broward Health System, Trauma Services and Medical Examiners; a Key Synergy to the Health of a Community, May 3013

Wartime Forensics, MENSA Convention, April 2013

Memorial Health System (Broward County, FL), The Medical Examiner as a Public Health Physician, February 2013

National Public Radio, Fresh Air hosted by Terry Gross, Slain Soldiers Offer Clues To Protect The Living, June 23, 2009

Veterans Administration, VISN-18, Graduation Speaker, August 2008

MDCT features of postmortem change and decomposition, Presented at the 94th Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL. November 29 - December 5, 2008.

7

Arizona Emergency Services Association, 35th Annual Conference, Dealing with Mass Disasters, June 2008

Raleigh-Durham-Chapel Hill, NC, Society of Forensic Toxicologists Meeting, Distribution of propofol in two cases of self-administration deaths, October 2007,

NORTHCOM conference on dealing with weapons of mass destruction, Colorado Springs, CO, Mar 2007

Creighton University First Annual Forensics in Healthcare Conference, Omaha NE, October 2006

Instructor and Lecturer, Operation Golden Medic, Camp Parks, California, June 2006

New Advances in Identification, International Association for Identification, Ontario, CA, May 2006

New York State Coroners and Medical Examiners Association Annual Meeting, Keynote Speaker, Niagara Falls, NY April 2006

Testimony before the US Senate and House of Representatives Armed Services Committees about advancements in body armor, January 2006, published in the New York Times as "Military Says It Is Speeding Efforts to Add Side Armor," February 2, 2006

New Advances in Post Mortem Radiology, Joint Committee on Post Mortem Examinations, Sydney, Australia, November 2005

AMSUS Stitt Lecture Award, Nashville TN, November 2005

Armed Forces Epidemiology Board, Mortality Update, Colorado Springs, CO, September 2005

Masters Course in Death Investigation, Saint Louis University, Saint Louis, MO, July 2005

Southern California Association of Fingerprint Examiners Meeting, Ontario, CA, June 2005

Harvard Associates for Police Sciences, Keynote Speaker, Baltimore, Maryland June 2005

AFIP Ash Lecturer, Armed Forces Institute of Pathology, May 2005

Medicine Meets Virtual Reality, Virtual Autopsy Update, Long Beach, CA, January 2005

The effect of formalin decontamination on STR analysis conducted on human remains submitted for identification Dallas, Tex, 56th Annual Meeting of the American Academy of Forensic Sciences, 2004 (Poster)

8

September 11, 2001, the response to the attacks on the Pentagon and Shanksville, Pa: Lubbock, Tex, 10th Annual West Texas Medical Legal Investigators Course, September 2002

Organizer and Director of the Armed Forces Institute of Pathology, Basic Forensic Pathology Course, Rockville, Maryland, 2002-2010

Director for George Washington University Master's level Forensic Pathology Course, 2002-2008
Pulmonary Calcinosis, American Academy of Forensic Sciences annual meeting, Poster Presentation with forensic pathology fellow, 2019

Comotio Cordis by Exploding Roman Candle, National Association of Medical Examiners, virtual meeting, Poster, 2020

Multiple Additional Poster and Platform presentations at National meetings of The College of American Pathologists, American Society of Clinical Pathology, National Association of Medical Examiners, American Academy of Forensic Sciences, New England Society of Forensic Sciences, and multiple other professional organizations.

## **AWARDS**

Philippine Republic Presidential Unit Citation
Navy Fleet Marine Force Ribbon
Navy Marine Corps Achievement Medal
Joint Service Commendation Meal with two oak clusters
Meritorious Service Medal with two oak leaf clusters
Defense Superior Service Medal

Armed Forces Institute of Pathology Ash Lecturer (invited)
Army Order of the Military Medical Merit (Honorary as not Army)Association of Military Surgeons of the United States Stitt Award

9