# EXHIBIT C



# Safety Science Consulting
5302 MacDonald Rd, Woodbridge, Virginia 22193

September 20, 2022

Jamie R. Lebovitz, Esq.
Nurenberg, Paris, Heller & McCarthy
600 Superior Avenue East, Suite 1200
Cleveland, Ohio 44114

Re: Ethiopian Airlines Flight 302

Dear Mr. Lebovitz,

In response to your request, I have examined the facts and circumstances of the crash of Ethiopian Airlines flight 302 (ET 302) shortly after takeoff from Addis Ababa Bole International Airport enroute to Nairobi, Kenya Jomo Kenyatta International Airport on March 10, 2019. The scheduled passenger flight took off at 08:38 local time (05:38 UTC), and crashed at 08:44 local time (05:44 UTC) approximately 28 NM southeast of the Addis Ababa Bole International airport; all 149 passengers, five cabin crew, and one flight security officer were killed and the aircraft was destroyed.

## Documents, Materials, and Related Literature Reviewed

Ethiopian Airlines Flight 302 Digital Flight Data Recorder. Converted Files provided by Mr. Charles Pereira, 10 January 2022.

Federal Aviation Administration, Civil Aerospace Medical Institute. *Acceleration in Aviation: G-Force.* OK-21-0375, 14 December 2021.

Federal Aviation Administration, Civil Aerospace Medical Institute. *Introduction to Aviation Physiology*. No date; accessed at www.faa.gov on 27 April 2022.

Federal Democratic Republic of Ethiopia, Ministry of Transport, Aircraft Accident Investigation Bureau. *Aircraft Accident Investigation Bureau Preliminary Report, Ethiopian Airlines Group B737-8 (MAX) Registered ET-AVJ, 28 NM South East of Addis Ababa, Bole International Airport, March 10, 2019*. Report AI-01/19, March 2019.

Federal Aviation Administration, Flight Standards Service. *Announcing Advisory Circular (AC) 120-88, Preventing Injuries Caused by Turbulence.* Safety Alert for Operators (SAFO) 05007, 1 December 2005.

Federal Democratic Republic of Ethiopia, Ministry of Transport, Aircraft Accident Investigation Bureau. *Aircraft Accident Investigation Bureau Interim Investigation Report on Accident to the B737-8 (MAX) Registered ET-AVJ operated by Ethiopian Airlines on 10 March 2019*. Report AI-01/19, 09 March 2020.

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

Levy, Richard. *Mental Stress and Physical Factors in the Terminal Phase of Fatal Aircraft Accidents: A Review of Related Scientific Literature, the Significance of Recovered Voice Recorder Tapes , and the Perception of Injury in the Last Nanoseconds of Life.* Journal of Air Law & Commerce, number 65, February 1999.

Moisseiev, Elad., & Gad Dotan. *Negative g-Force Ocular Trauma Caused by a Rapidly Spinning Carousel.* Case Reports in Ophthalmology, 4(3), 180–183, 2013.

United States Air Force, Air Force Research Laboratory, School of Aerospace Medicine. *Handbook of Aerospace and Operational Physiology, 2nd edition,* Section 7.1, *Physiologic Effects of Acceleration.* Report AFRL-SA-WP-SR-2016-0018, October 2016.

**Professional Background**

I served 21 years on active duty in the United States Air Force, all of which was in the Biomedical Science Corps of the Air Force Medical Service as an aerospace physiologist. My primary role was to train aircrew – pilots and crewmembers – and passengers on the effects of flight on the human body, by applying my education and training on topics such as anatomy and physiology, respiration and circulation, acceleration, spatial disorientation, and human factors, to support military aviation operations. The training that I provided focused on the interrelationships between how the human body functions under normal conditions, and the physical and physiological effects of changes in acceleration and altitude on those functions. Additional details can be found in my curriculum vitae that follows this report.

Additionally, I have served as an adjunct professor for Embry-Riddle Aeronautical University since 2003, teaching undergraduate- and graduate-level courses in flight physiology, human factors in aviation safety, aviation psychology, and aircraft accident investigation.

While on active duty in the United States Air Force, I was also formally trained in aviation accident investigation through the Air Force Safety Center, and served as a human factors subject matter expert on more than a dozen formal Safety Investigation Boards. I am board certified in Aerospace Physiology by the Aerospace Medical Association.

During these investigations, we routinely analyzed flight performance data collected from digital flight data recorders. Through this analysis we were able to determine exactly what the aircraft was doing, and then determine the probable cause of why the accident occurred. As a human factors and aerospace physiology subject matter expert, my responsibility during the investigation and analysis was three-fold:

- Understand the movement of the aircraft and forces of flight as recorded by the flight data recorder and determine the physiological effects of those forces on the people on the aircraft
- Apply understanding of cognitive psychology and human factors to determine how these physical and physiological effects likely manifested in psychological and physical responses

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

- Based on this analysis, determine the probable causes of the accident and the human factors that contributed to them

**Analysis**

In order to best understand the nature of the physical, physiological, and psychological responses of the passengers of flight ET 302, we must first understand the nature of the forces experienced during the flight and how they affected these responses.

***Introduction to the Physiology of Flight***

Acceleration forces are described in terms relative to the pull of gravity, measured in units of gravitational force equivalent known as G forces (G). When standing on the ground or sitting in a chair we experience gravity pulling us toward the earth. That is defined as 1 G. Forces greater than 1G pull you down more towards earth and makes you heavier – a force of 2 G is twice the force of gravity and makes your body and all of its parts weigh twice as much. Anything less than 1 G doesn't pull you down as much as gravity does, and therefore makes you feel lighter. At zero G you will feel weightless, and at less than zero-G you are actually being pulled away from the earth. Negative G exposures are not common in aviation, particularly on airliners.

It is important to note that in aviation, acceleration forces can be vertical (up and down) like gravity, but can also be horizontal as transverse (forward and backward) or lateral (side to side) forces. The following figure illustrates the six different directions of acceleration forces and how they are annotated:



FAA Civil Aerospace Medical Institute; adapted from Ernsting, John, Nicholson, Anthony N., and Rainford, David J. *Aviation Medicine.* Third edition. Butterworth-Heinemann, 1999.

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

To make it easier to understand the differences in the six different directions of acceleration forces in aviation, physiologists and aviators often describe the forces in terms of how the body is pushed or pulled. The result is a vernacular that describes acceleration forces by the result that they have on the eyeballs, specifically. For example, positive Gx or forward acceleration is described as "eyeballs in" acceleration because the resulting force feels as if the eyeballs are being pushed straight back, or into the head.

**Forces in Response to Aircraft Acceleration**

| Linear Motion | Acceleration Description | Physiologic Annotation | Aircraft Vernacular |
|---|---|---|---|
| Forward | Forward acceleration | +Gx | Eyeballs In |
| Backward | Backward acceleration (deceleration) | -Gx | Eyeballs Out |
| Upward | Headward acceleration | +Gz | Eyeballs Down |
| Downward | Footward acceleration | -Gz | Eyeballs Up |
| To the Right | Right lateral acceleration | +Gy | Eyeballs Left |
| To the Left | Left lateral acceleration | -Gy | Eyeballs Right |

Adapted from United States Air Force, Air Force Research Laboratory, School of Aerospace Medicine. *Handbook of Aerospace and Operational Physiology.* October 2016.

Of course, the eyeballs are not the only structures that are affected by G forces. All body fluids and internal structures such as the blood, heart, lungs, and other internal organs can shift as a result of these forces. Perhaps of greatest consequence are resultant fluid shifts that affect the circulation of blood, as blood carries the oxygen required for effective function of the brain, eyes, and other tissues.

In aviation operations, vertical G-forces (positive and negative Gz) typically display the greatest range of forces, and cause the greatest physiological effects in the human body. As previously noted, without any external influence we are normally subjected to the force of gravity, or 1 Gz. Under these conditions the body functions normally, allowing blood to naturally be pulled downward, but with the blood pressure able to overcome the gravitational force and push blood and oxygen to the brain and upper extremities.

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg



Physiological homeostasis under the force of gravity, or 1G.

Under positive Gz the force is downwards from head to toe; the body is being pulled down and therefore feels much heavier because it is actually heavier. Since G-forces are measured as a multiple of the force of gravity, a force of 2 Gz is twice the force of gravity and makes a person feel twice as heavy because they are actually twice as heavy as normal.



Physiological effects of positive G forces, or forces greater than 1G.

Under even slight positive Gz forces movement is more difficult due to the increased weight of limbs and extremities, and balance and orientation are affected due to the increased forces affecting the vestibular organs. As the forces increase, the body also must work harder to overcome the increased G-force to deliver blood to the eyes and brain. The impairment of circulation by acceleration forces results in impaired blood transport, particularly under positive and negative Gz; this leads to stagnant hypoxia, or the impairment of function as a result of a lack of blood flow and oxygen delivery.

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

The retinas in the eyes are extremely sensitive to changes in blood pressure and oxygen delivery, so if the body cannot overcome the force, vision becomes tunneled ("greyout") or lost completely ("blackout"), and a loss of consciousness can occur when blood is no longer able to be delivered to the brain. Under greater G-forces the fluid pressure in the lower extremities can cause small blood vessels to burst, resulting in petechiae, or blood spots referred to as "G-sles" or "G-measles."

The US Air Force Handbook of Aerospace and Operational Physiology notes that it is generally accepted that exposure to acceleration is classified as "impact acceleration" when the duration of the force is less than one second. Forces longer than one second in duration are considered "prolonged exposures" because of the physical and physiological effects that result. There are five principal ways that acceleration forces affect the human body:

- **Restriction of mobility.** Body parts weigh more under positive G so higher muscle forces are required to keep parts such as the head, torso, and limbs in their desired positions.

- **Impaired respiration.** Due to the increased weight of the chest cavity and the lungs under positive G, the physical act of breathing is difficult.

- **Cardiovascular effects.** Fluid shifts affect the ability of the heart to transport blood throughout the body normally. Numerous cardiovascular effects have been noted under G stress, including greyout, blackout, loss of consciousness with accompanying seizures, convulsions, amnesia and confusion, cardiac dysrhythmias (tachycardia and bradycardia), heart blocks, and stress cardiomyopathy.

- **Reduction in visual acuity.** Visual impairment occurs due to changes in oxygen delivery to the retina.

- **Stimulation of the vestibular apparatus in the inner ear.** These organs are responsible for the sensation and perception of balance and orientation. The "normal operating conditions" for the vestibular apparatus is the force of gravity, so any forces greater or less than 1 Gz may result in disorientation, loss of balance, dizziness, and vertigo.

In addition to these effects, under acceleration forces body parts can become compressed or elongated. This can affect not only the shape but also the function of the soft internal organs such as the heart, lungs, kidneys, liver, and more, and result in compression (under positive G) or elongation (under negative G) of the spine.

In their initial pilot training, military student pilots are taught how to manage positive G forces through the incorporation of breathing techniques and the Anti-G Straining Maneuver (AGSM) to counter positive Gz forces. As positive Gz draws blood away from the brain and the eyes, and toward the lower body, implementation of the AGSM begins with tensing of the muscles in the lower body and abdomen so that blood is squeezed upward and not allowed to pool in the lower extremities. The second phase of the AGSM is to close the airway at the glottis (in the throat) and attempt to exhale against the closed airway, creating pressure in the upper body that forces

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

blood upward toward the brain and eyes. This forceful maneuver allows pilots to counter the acceleration forces of positive Gz in order to maintain blood flow to the brain and eyes, and therefore maintain visual capability (avoid greyout and blackout) and remain conscious.

While the effects of positive Gz can be profound, the human body is even less equipped to handle negative Gz. These forces occur when pushing over into a dive, and are even more uncomfortable than positive Gz since the force is from toe to head, as if being pulled out of your seat.

Under these forces blood is prevented from flowing back down the jugular veins and into the heart, but the arterial blood flow to the head is increased, resulting in an abnormally high and uncomfortable fluid pressure in the eyes and in the head. Again, the retina is very sensitive to changes in blood pressure, so even under relatively low negative Gz forces the increased blood pressure to the eyes can result in a loss of vision ("redout"). The additional pressure can also cause extreme headaches and ruptured blood vessels in the eyes and brain.



Physiological effects of negative G forces, or forces less than 1G.

To demonstrate the effect of negative G, consider the physiological implications of hanging upside-down. In this case, the force of gravity remains constant, but while hanging upside-down the force is in the opposite direction than normally experienced. Hanging upside-down subjects the body to the force of gravity, or 1 Gz, but in the opposite direction, and is therefore the physiological equivalent of *negative* 1 Gz.

Safety Science Consulting

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg



Physiological equivalence of a change in body position under a 1G (gravitational) constant.

If you have ever hung upside-down, you experienced the discomfort of the headward shift of blood and other fluids, resulting in greater than normal pressures in the head and upper extremities and associated discomfort in the head and eyes. Again, hanging upside down subjects the body to -1 Gz. Under negative G conditions ophthalmologists note that ocular discomfort occurs almost immediately, with subconjunctival hemorrhages occurring at negative 2-3 Gz (Moisseiev & Dotan, 2013); in the final seconds of the flight of ET 302 the passengers and the aircraft sustained forces equivalent to nearly -3 Gz.

Due to the direction of the fluid shift under negative Gz there is no mechanism to counter these acceleration forces. As a result, maneuvers that result in prolonged negative Gz are extremely rare in aviation. As a matter of fact, negative G exposure is so rare that the FAA does not even address the effects of negative G in their Introduction to Aviation Physiology, a comprehensive guide intended for all General Aviation pilots. Similarly, the USAF Handbook of Aerospace and Operational Physiology devotes many pages to understanding the nature of positive Gz and how to counter the physiological effects; there is less than one page on the effects of negative Gz exposure because it so rare, even in high-performance military fighter aircraft operations. Consider this excerpt from the Handbook related to negative Gz:

> *No satisfactory methods have been devised for overcoming or reducing the effects of -Gz. The limit of human tolerance remains in the range of -2.5 to -3.0 Gz for 7 to 10 seconds. The increased blood pressures that occur in the head and neck during -Gz frequently rupture the small, thin-walled venules and capillaries in these areas. The eye is particularly prone to develop hemorrhages, which usually occur between the conjunctiva and the sclera. As the pressure in the vessels of the neck increases during -Gz, the baroreceptor reflex causes a slowing of the heart and a dilation of the arterioles. This is an attempt to bring the arterial pressure back to normal. If the G-force is severe, the heart may stop for 10 to 15 seconds.*

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

Again, the only physiological training provided to military aviators related to G forces is how to cope with positive G forces. Because there is no physiological mechanism that can counter negative G forces, military aviators are simply trained to avoid any maneuvers that will result in high or sustained negative G.

Excessive horizontal acceleration and deceleration forces (Gx and Gy) are extremely rare in aviation. In the case of ET 302, lateral acceleration (side-to-side, Gy) reached 0.1 G, as recorded by the digital flight data recorder (baseline is zero side-to-side force), and the transverse forces (forward and backward, $G_x$) reached +0.38 Gx (forward acceleration, pushed back into the seat), and -0.22 Gx (forward deceleration, pulled forward away from the seat back), both of which were largely recorded in the final seconds of the flight.

Aside from the initial acceleration experienced during takeoff and deceleration upon landing, pilots seek to minimize the effects of acceleration forces on their passengers by maintaining controlled flight and coordinated turns. As such, turbulence is what most often causes the changes in flight forces that passengers may feel. Since nearly all who have flown as passengers on a commercial airline have experienced turbulence, consider the FAA's formal classifications of the degrees of intensity of turbulence, and their effects on the aircraft and passengers:

**FAA Turbulence Reporting Criteria with Aircraft Reactions**

| Intensity | Aircraft Reaction | Reaction Inside Aircraft |
|---|---|---|
| Light | Momentarily causes slight, erratic changes in altitude and/or attitude (roll, pitch, yaw) or slight, rapid, and somewhat rhythmic bumpiness without appreciable changes in altitude or attitude | Occupants may feel a slight strain against seat belts or shoulder straps. Unsecured objects may be displaced slightly. Food service may be conducted and little or no difficulty is encountered in walking. |
| Moderate | Similar to Light Turbulence but of greater in tensity. Changes in altitude and/or attitude occur but the aircraft remains in positive control at all times. It usually causes variations in indicated airspeed. Or, causes rapid bumps or jolts without appreciable changes in aircraft altitude or attitude. | Occupants feel definite strains against seat belts or shoulder straps. Unsecured objects are dislodged. Food service and walking are difficult. |
| Severe | Causes large, abrupt changes in altitude and/or attitude. Usually causes large variations in indicated airspeed. Aircraft may be momentarily out of control. | Occupants are forced violently against seat belts or shoulder straps. Unsecured objects are tossed about. Food service and walking are impossible. |
| Extreme | Aircraft is violently tossed about and is practically impossible to control. May cause structural damage. | (No description noted) |

While the horizontal forces experienced during the flight of ET 302 would certainly have jostled the passengers and crew similar to moderate to severe turbulence, they were relatively insignificant compared to the vertical G forces experienced during the flight. In the case of ET 302 the vertical G-force (Gz) fluctuations were extreme, and therefore are the primary subject of my analysis.

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

### The Psychological Response

The psychological response to flight forces begins as a physiological function. When our sensory systems sense information that is out of the ordinary, our body's involuntary "fight or flight" response is triggered to prepare the body to either face a potential threat or flee from it. Sensations that can initiate the fight or flight response may include loud noises, bright flashes, movement in the peripheral vision (seeing something out of the "corner of your eye"), temperature changes, or changes in the balance and orientation mechanism like unusual G forces.

In order to better understand the flight-or-flight response, a review of the human nervous system is beneficial. Our nervous system consists of two main parts: the central nervous system which contains the brain and spinal cord, and the peripheral nervous system which is the nerves that connect the rest of the body to the brain and spinal cord through a complex series of long nerve fibers. The peripheral nervous system includes the autonomic nervous system which is responsible for regulating involuntary functions of the body, and is comprised of the sympathetic and parasympathetic nervous systems. The fight-or-flight response is a sympathetic nervous system function.

During this sympathetic nervous system response, epinephrine, norepinephrine, and cortisol are released into the bloodstream, and almost immediately have a physical impact as the heart rate increases, rate and depth of breathing increases, pupils dilate, airways in the lungs open, and blood pressure increases. More oxygen is delivered to the brain and the senses become sharper so that the person may be hyper-focused on the potential danger, and to better prepare for how to deal with the potential threat. All of these reactions are controlled by the sympathetic nervous system and are therefore involuntarily, automatically triggered when presented with sensations that are not normal and as part of the body's "alarm" or "alert" response. Once the threat is perceived to have been resolved, the parasympathetic "rest and digest" response is engaged to return the body to homeostasis and baseline functioning.

When this alarm response is unexpected or more profound, such as following more extreme sensations or perceptions (e.g., loud noises, bright lights, extreme temperatures, or movements such as turbulence or earthquakes), the outward actions exhibited are classic to being startled: gasping, crying out in alarm, "jumping" or raising the arms. Even in infants this involuntary physiological response triggers an alarm or startle response, which is interpreted as a fear emotion and is expressed by crying. Young children who experience the same physiological fight or flight response, but who may not entirely understand a situation, will often take their cues from adults or other people in the environment and respond in kind. In those with the cognitive capacity to process and interpret a situation, the fight or flight response heightens the senses so that the full danger of the situation can be realized, resulting in anxiety, distress, dread, or fear.

Any unusual or abnormal sensations can trigger the involuntary fight or flight response, even when a person knows and expects that something is about to happen, such as while watching a horror movie with "jump scares," going through a haunted house, or riding a thrill ride. As

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

previously noted, the physiological response is the same for everyone, regardless of the perception or true nature of the danger.

For example, I have hundreds of hours of flying experience on multiple military aircraft platforms, and have experienced extreme maneuvering such as "assault landings" in a C-130, advanced tactical maneuvers in fighter jets such as the F-16, stall and spin recovery in the T-37 trainer aircraft, and have flown upside-down more times that I can remember. I received training and flew on the NASA "Vomit Comet" microgravity training platform and was exposed to numerous, repeat exposures to a zero G environment. I spent my career of more than two decades in the Air Force training aircrew about the forces of flight and how they affect you. And yet, every time there is a bit of turbulence on a commercial airline flight, even though I consciously know that there is no true and present danger, the fight or flight response still alerts me to the departure from normal homeostasis.

The fight or flight response heightens awareness so that a conscious and deliberate assessment of the abnormal situation can be made. When the scare was expected or determined not to be a true threat, such as when watching a horror movie or following mild turbulence on an aircraft, we are guided by experience to ignore the physiological cue and the body works to "rest and digest" and return to baseline functioning. If, however, the danger persists or we are unable to comprehend the situation, the physiological response is then expressed as the fear emotion.

In the case of ET 302 the initial fight or flight response was followed by additional visual, auditory, and vestibular cues that the flight profile was extremely unusual. From the most experienced to the least experienced flyers, the situation presented was extremely grim.

When considering how people will respond to the expectation of impending demise or death, it is helpful to consider the psychological phases that a person will go through during such an accident, succinctly described by Levy (1999):

1. **Homeostasis**. This is the body's normal, everyday condition when in balance with the surrounding environment and without threat to survival. Homeostasis is a stable platform – on the ground, upright ("straight and level"), and under only the force of gravity (1G).

2. **Alarm**. When exposed to unexpected noises and movements, such as the abrupt changes in altitude and attitude associated with the flight path of ET 302, humans experience an instinctive, physiological alarm response initiated by the sympathetic nervous system. This is the classic "fight or flight" response that is frequently described in stress medicine literature, and includes heart palpitations, tachycardia (elevated heart rate), increase blood pressure, cold sweating, and a startle or fear response. As the physiological changes caused by this sympathetic response result in emotional responses such as fear, the alarm state is sometimes referred to as a psychophysiologic state since the physiological reaction drives a psychological reaction.

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

3. **Reaction**. Reaction is an extension of the initial psychophysiological response. Sometimes described as a "General Adaptation Syndrome," this is the progression of the initial alarm or startle caused by the first unexpected movement, followed by increased fear and ultimately terror of the subsequent and more extreme aircraft motion. This reaction physically manifests in continued heart palpitations, tachycardia, hypertension, and nausea, with potential for vomiting and possibly loss of bladder and bowel control.

4. **Resignation, or Separation and Loss**. This is a universal response to abrupt, unexpected situations that threaten survival, and over which a victim has little or no control or hope of rescue. This response has been studied and detailed in cases such as the phone calls from those trapped in the towers during 9/11, communications with victims trapped following a mine collapse, and psychological interviews with repatriated prisoners of war following brutal imprisonments with an expectation of death. Consistent among all of these examples are an intense and painful sense of anticipated loss of loved ones.

5. **Anticipated Annihilation**. Associated with the expected and certain end of life and the loss of loved ones, this is the sadness and frustration of an incomplete life and early demise that are considered or expressed.

6. **Death**. In the case of Ethiopian Airlines flight 302, death likely occurred almost instantaneously due to extreme injuries as a result of the massive deceleration forces.

### *Application to Flight ET 302*

To say that what was experienced on flight ET 302 was uncommon or even extreme is very much an understatement. These passengers encountered forces beyond even what seasoned military fighter pilots may ever experience. The final minutes of the flight of ET 302 were extremely abnormal, such that even the most inexperienced passengers would know something was wrong.

The passengers felt the extreme swings in acceleration forces and the resulting pushing into and pulling out of the seat, saw the earth and sky out the window in unnatural positions, and felt the unexpected and extreme pitching and rolling of the aircraft. These intense forces resulted in strain against seatbelts and harnesses and flailing of limbs – moderately at first, and violently in the final seconds – as unsecured objects were tossed about the cabin. This surely triggered the fight or flight response.

From the time of the initial takeoff rotation there were clear indicators that the flight profile was not normal: the initial nose-over and negative G forces experienced during takeoff, 12-second negative G experience at 08:39:47 local time, and the significant drop at 8:41:15 local time followed by a series of repeated and sustained digressions from a normal flight path between 8:41:30 and 8:43:11 local time. All on board were not only startled and afraid, but their senses were heightened and on edge well before the aircraft made its final plunge.

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

Because the pilots of Flight 302 were fighting to control the aircraft, the airplane went up and down rapidly many times. As a result, the passengers experienced numerous exposures to negative Gs similar to moderate to severe turbulence - the forces that make you feel like your stomach is floating up inside you as you are pulled away from the earth. The passengers would be violently pulled out of their seats and against their seatbelts, and their arms would flail upwards. Their hair would fly up and any lose objects, like cell phones, iPads, and headsets would flying throughout the cabin. These negative G exposures were followed by positive G forces that pushed the passengers back down into the seat, and this continued repeatedly. There are many videos of aircraft experiencing severe turbulence that demonstrate these effects.

Moderate to severe turbulence presents a significant safety risk on commercial airline flights. The FAA and NTSB have published numerous circulars and publications related to the risk of crew and passenger injury and even death due to turbulence. In a recent FAA Safety Alert, it was noted that injuries caused by turbulence are still "relatively common," and that they "continue to be a challenge." The NTSB recently reported that turbulence-related accidents accounted for more than one third of reportable accidents from 2009-2018, evidence that the magnitude of the forces experienced on ET 302 posed a significant risk of injury to the passengers and crew.

The extreme and sustained nature of the negative Gs experienced in the final 21 seconds recorded by the DFDR during the flight would also have been a clear indicator of impending catastrophe for all passengers. These forces would have resulted in a strong emotional response of fear, as senses were already heightened by the extreme flightpath up to that point. The passengers and crew surely knew of their impending and inevitable death in the final seconds of the flight.

***Digital Flight Data Recorder Analysis and Interpretation***

The raw flight data from the ET 302 digital flight data recorder was analyzed to interpret the physiological effects of the aircraft maneuvers and resultant flight forces. It is important to note that the DFDR generally samples these motions and forces from instruments and sensors at a single point on the aircraft. As such, minor deviations in the magnitude of the measured forces may be experienced based on the seat position on the aircraft. Based on the review and biomechanical modeling of the forces recorded by the DFDR, it is important to note that these differences are inconsequential compared with the overall magnitude of the measured forces. As such, it can be reasonably assumed that the physiological response to these forces occurred for every person on board, regardless of seating position on the aircraft.

It is also important to understand that the information received by aircraft sensors is sent to a digital flight data acquisition unit that processes sensor data and digitizes and formats it for transmission to the digital flight data recorder. Since this process is not instantaneous, there is approximately two seconds of flight data that was not recorded because the aircraft crash interrupted the recording process. You will note that I discuss the DFDR data in terms like "the

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

final 21 seconds of the DFDR recording" instead of "the final 21 seconds of the flight" to acknowledge that the aircraft did not crash at exactly the end of the DFDR recording.

One of the first indicators that something was wrong occurred during the takeoff rotation, approximately six seconds after the aircraft left the runway. The DFDR shows that the aircraft suddenly stops its normal climbout rotation as a nose-down control input is made by the pilot. This "de-rotation" resulted in a negative G force on the aircraft and occupants that lasted approximately seven seconds. The DFDR shows that the maximum negative G force experienced during this maneuver was 0.63 G, or 0.37 G less than gravity. To the passengers and crew this would feel like the aircraft had stopped climbing, or was descending back toward the ground – something you certainly would not expect to feel just a few seconds after leaving the runway, and which would surely cause unease if not fear and alarm.

As the aircraft continued its climb, the flight profile continued to be erratic, and the next sign that something was wrong occurred at approximately 8:39:47 local time (Coordinated Universal Time (UTC) +3 hours), about 72 seconds after takeoff. At that time the aircraft was just over 1,000 feet above the ground, and suddenly pitched down and experienced negative Gs for approximately 12 seconds. According to the DFDR data the average G force was 0.85 G (0.15 G less than gravity), with a maximum negative G force of 0.70 G (0.3 G less than gravity), and the aircraft lost approximately 225 feet of altitude during this significant drop. While the magnitude of the negative G force was not extreme, the 12-second duration of the exposure would have felt like it lasted an extremely long time, particularly because it felt as if the aircraft was descending toward the ground. Aircraft movement of this nature this early in the flight profile coupled with clear visual indications of the aircraft's relative proximity to the ground surely alarmed the passengers. In response to the departure from homeostasis, the physiological alarm response and "fight or flight" survival instinct almost certainly triggered, increasing the passengers' increased alert and fear.

The next clear indicator of the extreme abnormality of the flight profile occurred at 8:41:15 local time when the aircraft suddenly pitched down and lost approximately 370 feet of altitude, and the passengers experienced negative Gs during a nine-second drop. According to the DFDR data, the average G force during this time was 0.67 G (0.33 G less than gravity) with a maximum negative G force of 0.44 G (0.56 G less than gravity). To the passengers this drop felt like an extreme roller coaster's initial descent but lasted even longer, and they would have felt some strain against seatbelts and harnesses.

Over the next two minutes there were many more rapid changes in G forces including eight more digressions from normal flight into negative G (all times local):

- 8:41:30 – approximately 2 seconds in negative G, peak force of 0.58 G (0.42 G less than normal)
  - Followed by a +1.69 G upward force*
- 8:41:46 – approximately 14 seconds in negative G, peak force of 0.53 G (0.47 G less than normal)
  - Followed by a +1.67 G upward force



Safety Science Consulting

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

- 8:42:12 – approximately 7 seconds in negative G, peak force of 0.75 G (0.25 G less than normal)
  - Followed by a +1.15 upward force
- 8:42:26 – approximately 4 seconds in negative G, peak force of 0.84 G (0.16 G less than normal)
- 8:42:31 – approximately 4 seconds in negative G, peak force of 0.85 G (0.15 G less than normal)
  - Followed by a +1.09 G upward force
- 8:42:35 – approximately 3 seconds in negative G, peak force of 0.51 G (0.49 G less than normal)
  - Followed by a +1.5 G upward force
- 8:42:53 – approximately 4 seconds in negative G, peak force of 0.72 G (0.28 G less than normal)
  - Followed by a +1.39 G upward force
- 8:43:05 – approximately 6 seconds, peak force of 0.46 G (0.54 G less than normal)

*As an example, a person who normally weighs 200 pounds weighs 338 pounds under +1.67 G.*



*ET 302 DFDR data for vertical acceleration (Gz) from start of takeoff roll at approximately 08:38:00 local time until end of DFDR recording, noting the initial de-rotation during takeoff, the 12-second negative G experience, 9-second drop, and subsequent deviations from expected flight profile. All times listed are local time.*

While the negative G forces may appear to be relatively small, it is important to note that any force less than the force of gravity (1 G) is unusual, particularly when combined with the negative-to-positive-to-negative G cycles. Not less than eight of these extreme oscillations occurred repeatedly over the next two and a half minutes. These forces are dramatic and unusual for a commercial aircraft; the drops would feel like an elevator quickly dropping down, or in freefall like on the "Tower of Terror" ride - something that no commercial aircraft passenger expects to experience on a normal flight at this phase of flight. Each negative G drop was followed by a positive G pull that pushed the passengers down into their seats. Coupled with the repeated and sustained nature of these forces, this was a clear indicator of the irregularity of the situation.

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

During these drops, the aircraft also began to bank (roll) many degrees from the horizontal, beginning at approximately 8:42:15. From this time until the eventual crash, the aircraft bank angles were routinely more than 15 degrees, and were sustained at 20-28 degrees for the next 38 seconds (8:42:51 to 8:43:29). The unusual roll coupled with the rapid changes in G forces would hyper-stimulate the sensory system, particularly the parts responsible for balance and orientation. The resulting disorientation and vertigo coupled with the flood of epinephrine and adrenaline into the body would make passengers experience extreme physical and emotional discomfort, to include nausea, vomiting, or even loss of bladder or bowel control, in the final minutes of the flight.

In the final 21 seconds recorded by the DFDR (8:43:23-8:43:44) the passengers experienced constant negative G that averaged less than zero; this not only made them feel weightless but the forces were actually pulling them upwards out of their seats and away from the earth even as the airplane was diving towards the ground at speeds approaching 600 mph. During the final 21 seconds of the flight, the DFDR recorded negative G forces as great as -1.91 G, meaning that everything and everyone not secured in the aircraft was being pulled upwards at nearly twice the force of gravity, at nearly 3 G less than normal. Given the flight profile of the aircraft in the final seconds of flight, the technical expert on DFDR analysis extrapolated the aircraft data for the unrecorded seconds immediately prior to impact and estimated that the forces were even more extreme than those that were recorded.



*ET 302 DFDR data for vertical acceleration (Gz) for the final 21 seconds of recording, noting that negative Gz were sustained for the final 21 seconds; this time includes two exposures exceeding zero Gz, one of which in the final six seconds of recorded data where forces reached nearly -2 Gz (three less than normal) and where less than zero Gz was sustained until the crash. All times listed are local time.*

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

As these negative G-forces pulled everything upwards, the passengers' blood pressure to their heads and brains increased as their blood rushed to their head. This would not only have been extremely uncomfortable and painful, but would also ensure that they remained conscious and aware of everything that was happening in the final seconds of the flight.

Anything, or anyone, not secured down at this point would be pulled to the top of the aircraft, so the cabin was likely filled with flying phones, headsets, and other personal items. Any passengers or crew who were not belted in at the time would be lifted off of the floor or out of their seats, and pinned to the top of the aircraft during the less-than-zero G portions of the final 21 seconds of flight. At the same time the engines and wind noise got louder and louder, and the view of the ground out the windows showed the ground rushing up rapidly.

Note the following from the DFDR data in the final seconds of the flight of ET 302:

- In the last 10 seconds (from 8:43:33 until the crash) pitch angles exceeded 15 degrees downward; the last recorded pitch angle was pitching down 43.07 degrees. Pitch angles seldom exceed 5 degrees in 737 flight operations, even during an "expedited descent."
- The aircraft continued to bank back and forth in the final seconds of flight; the last recorded bank (roll) angle was nearly 19 degrees. This maneuvering would be clearly visible through any window, and would also have stimulated the vestibular apparatus (balance and orientation mechanisms in the inner ear) of the passengers, resulting in disorientation or dizziness.
- The last recorded airspeed was 500 knots (nearly 600 miles per hour).
- In the final five seconds of flight, the G forces remained *less than zero*; in the final second of DFDR data the forces averaged -0.86 G, nearly 2 G less than normal; even though they were clearly hurling toward the ground the passengers were being violently pulled up out of their seats. Anything, or anyone not secured would have been pinned to the ceiling of the aircraft during these last harrowing moments.

Again, these values represent what was actually recorded by the DFDR; the last unrecorded moments were even more extreme. The passengers of ET 302 surely knew just how much trouble they were in and experienced alarm, reaction, resignation, separation and loss, and anticipated annihilation before the aircraft disintegrated into the earth.

### Physiological and Psychological Effects on Passengers

Because the forces of flight apply to the entire aircraft and all people on board, the physical effects and initial physiological effects of these forces were experienced by every person on the aircraft. As such, it is reasonable to conclude that every passenger and crewmember on flight ET 302 experienced the following physiological effects to the fluctuations of the G forces:

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

- Activation of the fight or flight response, and resulting release of stress hormones such as epinephrine. The fight or flight response may have started with the initial negative G drop during takeoff, but certainly triggered when occupants were exposed to sustained negative G during the 12-second drop at 8:39:47 and the 9-second exposure to sustained negative G at 8:41:15; and was exacerbated by the series of repeated and sustained digressions from normal flight that followed over the next two and half minutes, preventing return to homeostasis ("rest and digest").
- During the negative G exposures at 8:39:47, 8:41:15, and all of those that followed, occupants would have experienced these physiological responses:
  - Fluid (e.g., blood) shifts downward (under positive Gz) and upward (under negative Gz)
  - Shifting and compression/elongation of internal organs
  - Compression/elongation of the spine
  - Restriction of mobility
  - Impaired respiration and difficulty in the physical act of breathing
  - Cardiovascular effects such as:
    - Increased heart rate
    - Increased blood pressure
    - Increased rate and depth of breathing
  - Reduction in visual acuity due to changes in oxygen delivery to the retina.
  - Stimulation of the vestibular apparatus in the inner ear

Because all passengers and crew on board ET 302 experienced the same physical and physiological effects of the forces on the aircraft, there are injuries and outcomes that were likely experienced by all passengers. It is more likely than not that all passengers and crew experienced most of the following to varying degrees:

- Fear and panic
- Nausea
- Vomiting
- Hyperventilation
- Cardiac dysrhythmias such as tachycardia and bradycardia
- Circulatory effects such as stagnant hypoxia and pooling of the blood in extremities
- Severe headache
- Feeling that eyes are "popping out" of the head
- Facial swelling
- Dizziness and vertigo
- Visual degradation including tunneling of the vision (greyout or blackout) due to positive G, or redout from extreme negative G

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

Other injuries and outcomes were likely to have occurred as a result of the intense forces of flight. Every occupant more likely than not experienced one or more of the following to varying degrees:

- Loss of bladder or bowel control
- Stress cardiomyopathy and heart blocks
- Capillary rupture in the neck, face, and head
- Petechiae (ruptured blood vessels) in the ear canals, eyes, and soft palate

Given the extreme nature of the flight forces in the final 21 seconds of flight, some passengers could or might have experienced the following to varying degrees:

- Momentary stopping of the heart (10-15 seconds)
- Subconjunctival hemorrhages
- Cardiac arrest

**Summary of Basis/Opinions and Conclusion:**

Based on my review of the facts of this case, the relevant literature referenced above, my academic understanding and application of that knowledge, the years of professional experience as a biomedical scientist and trained accident investigator, and my review of the documents and reports associated with this accident, it is my professional opinion – given with a reasonable degree of certainty as a board certified Aerospace Physiologist – that the passengers of Ethiopian Airlines flight 302 suffered extraordinary physical, physiological, and psychological injuries, resulting in extreme pain and terror associated with the anticipation of horrific loss of loved ones and personal annihilation as a result of the sequence of events involved in the loss of aircraft control and subsequent crash into the ground at extremely high speed.

I reserve the right to supplement and/or modify this report based upon receiving additional information, including but not limited to information pertaining to specific trial cases as well as the final Ethiopian Airlines 302 investigation report.

Very respectfully,

Troy P. Faaborg, M.S., M.S.A., CAsP
Lieutenant Colonel (Ret.), USAF, BSC

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

# *CURRICULUM VITÆ*
## *Troy P. Faaborg, B.S., M.A.S., M.S., M.A., CAsP, FAsMA, FRAeS*

## Personal Information

| | |
|---|---|
| Name: | Troy P. Faaborg |
| Address: | 5302 MacDonald Road, Woodbridge, Virginia  22193 |
| Contact: | (703) 619 7021; Troy.Faaborg@gmail.com; linkedin.com/in/troy-faaborg |

## Education and Certification

August 1993 to May 1998 — Iowa State University (Ames, Iowa)
Bachelor of Science, Exercise and Sport Science (Physiology)
    Minor in Health Studies

January 2000 to May 2003 — Embry-Riddle Aeronautical University (Enid, Oklahoma Campus)
Master of Aeronautical Science
    Specialization in Human Factors in Aviation Systems

August 2001 to May 2003 — University of Illinois at Urbana-Champaign (Urbana, Illinois)
Master of Science, Psychology (Visual Cognition & Human Performance)
    Specialization in Applied Human Factors Engineering

May 2004 — Air University (Maxwell Air Force Base, Alabama)
Squadron Officer School, Resident Program

May 2007 — Aerospace Medical Association
Board Certification in Aerospace Physiology (CAsP)

November 2008 – June 2009 — Air University (Maxwell Air Force Base, Alabama)
Air Command and Staff College (Distance Learning)
Master of Military Operational Art and Science
    With Highest Academic Distinction

December 2015 — Defense Acquisition Workforce Improvement Act (DAWIA)
Certified Acquisition Professional, Engineering Level I

December 2015 — Defense Acquisition Workforce Improvement Act (DAWIA)
Certified Acquisition Professional, Science & Technology Manager Level I

September 2016 — Naval Postgraduate School (Monterrey, California)
Graduate Certificate in Human Systems Integration

July 2017 — Air University (Maxwell Air Force Base, Alabama)
Air War College (Distance Learning)

December 2017 — Institute for Healthcare Improvement (IHI Open School)
Basic Certificate in Quality and Patient Safety

## Vocational Experience



Safety Science Consulting

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

| | |
|---|---|
| June 1998 – May 1999 | **Chief, Aircrew Training Element**<br>74ᵗʰ Aerospace Medicine Squadron, Wright-Patterson Air Force Base, Ohio |

Managed the regional Aerospace Physiology training program for military and civilian aircrew.  Managed scheduling and training of 1,500 aircrew annually, oversaw scheduling and training of 11 specialized instructors; fully qualified instructor for 9 courses and 14 subject areas.

| | |
|---|---|
| May 1999 – July 2001 | **Aerospace Physiologist**<br>71ˢᵗ Medical Operations Squadron, Vance Air Force Base, Oklahoma |

Planned, executed, and conducted aircrew and student training for Aerospace Physiology original, refresher, and passenger training as well as the instrument refresher course and safety briefings.  Prepared and delivered lectures relevant to all aspects of physiology and human performance training for over 5,000 students annually, and oversaw a $87,000 budget and $1.3 million of real property and equipment.

| | |
|---|---|
| July 2001 – June 2003 | **Student, Air Force Institute of Technology**<br>University of Illinois at Urbana-Champaign, Urbana, Illinois |

Competitively selected by the Air Force for a rigorous advanced academic degree program in Human Factors to fulfill Air Force requirements.  Responsible for comprehensive review of over 2,400 fatal general aviation mishaps from 1990 – 1998; classified over 6,000 causes and factors to identify human factors trends using cutting-edge Human Factors Analysis and Classification System(HFACS).

| | |
|---|---|
| June 2003 – June 2006 | **Human Performance Training Flight Commander**<br>31ˢᵗ Aerospace Medicine Squadron, Aviano Air Base, Italy |

Developed and delivered theater-specific operational threat management briefings for over 4,000 personnel and two fighter squadrons.  Human performance expert on issues impacting aircrew combat and mission effectiveness, and consultant during mishap investigations and flying operations.  Conducted over 900 hours of specialized training to reduce aircraft and ground mishaps and monitored mishap data for trend analysis; developed strategies to mitigate negative human performance trends.

| | |
|---|---|
| June 2006 – May 2010 | **Chief of Human Performance Enhancement**<br>509ᵗʰ Medical Operations Squadron, Whiteman Air Force Base, Missouri |

Directed and oversaw all aspects of aerospace medical operations; managed over 60 military and civilian personnel in Public Health, Health and Wellness, Optometry, Flight Medicine, and Aerospace Physiology.  Local authority, expert, and instructor for all physiology and human factors issues; provided human performance guidance and oversight to protect $42 billion B-2 bomber fleet to include tailored, bio-mathematically based counter-fatigue plans for over 3,960 hours of training, operational, and combat missions.  Educated non-flying warfighters on specific human performance threats, and served as Aerospace Medicine Flight Commander.

| | |
|---|---|
| May 2010 – July 2014 | **Chief, Human Factors Safety Division**<br>HQ Air Force Global Strike Command Safety Directorate |



Safety Science Consulting

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

**Barksdale Air Force Base, Louisiana**

Directed human factors safety program management, mishap prevention and investigation, and safety trend analysis for command's 23,000 airmen and civilians. Coordinated mishap human factors investigations and hazard control recommendations, and reviews all mishap reports for human factors content. Served as command's senior human factors and operational fatigue expert; technical authority on human factors and physiological contributions in mishap causation and prevention.

July 2014 – June 2016 **Chief, Air Force Human Systems Integration**
**Assistant Secretary of the Air Force (Science, Technology, & Engineering)**
**The Pentagon**

Advised the Assistant Secretary of the Air Force for Acquisition on Air Force- and Department of Defense-level human systems integration policies, processes and programs. Defined and advocated human-centered operational and technical requirements, and assessed human performance and human factors safety and suitability in the weapon system technical planning and management process.

July 2016 – August 2019 **Chief, Aerospace and Operational Physiology Branch**
**Air Force Medical Support Agency**
**Defense Health Headquarters, Falls Church, VA**

Lead executive and strategic development, planning, programming, and budgeting for all Aerospace and Operational Physiology enterprise requirements. Managed 400-member Air Force Aerospace and Operational Physiology program, and developed and implemented policy to optimize training, safety, and operational effectiveness for over 16,000 aviators Air Force-wide. Applied human factors and safety science to the Air Force Medical Service's Medical Incident Investigation process; developed curriculum and served as a subject matter expert to train all investigating officers and board presidents.

July 2019 – November 2019 **Senior Director for Applied Safety Science and High Reliability**
**MedStar Health System Quality & Safety, Columbia, MD**

Served as safety science subject matter expert and leader to oversee the quality and effectiveness of MedStar Health's innovative safety program. Envisioned, designed, and implemented large-scale safety initiatives and education programs, key components of MedStar's Health High Reliability Organization (HRO) program, and defined expectations of system leaders. Lead strategic development, planning, programming and policy implementation to elevate the safety knowledge of all MedStar employees to ensure the optimization of MedStar's patient safety and risk reduction programs. Applied human factors and safety science to MedStar's event review process through the development of curriculum and training programs.

January 2020 – Present **Founder and CEO**
**Safety Science, LLC., Woodbridge, VA**
Independent consultant to health systems, hospitals, and acute care clinics to revolutionize patient safety programs through application of human factors engineering, safety science, and human factors principles. Applies expertise in safety program management, aviation and nuclear safety, aviation mishap investigation, human factors, crew resource management, human systems integration, cognitive engineering, and aerospace physiology to improve



Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

healthcare patient safety programs and reduce risk of harm to patients. Leverages expertise in high-risk, high reliability organizations to improve patient care delivery and safety culture.

April 2020 – March 2021 | **Project Manager, Air Force Patient Safety Program**
R&K Enterprise Solutions, Inc., Newport News, VA

Oversees 64 team members providing expert and program support to the Air Force Medical Service's Patient Safety Program. Ensures all aspects of the contract exceed Government expectations for technical expertise, staffing quality and timeliness, and communication and collaboration with Government key stakeholders. Coaches, mentors, and leads team to affect safety culture improvements, and to produce actionable, effective, and sustainable solutions to identified hazards to patient safety.

March 2021 – Present | **Vice President – Program Management Office**
R&K Enterprise Solutions, Inc., Newport News, VA

Provides executive-level oversight of all project deliverables and services provided across R&K's contract portfolio, and serves as Quality Assurance Manager. Oversees ISO 9001:2015-certified quality management system, which features documented processes to ensure all services conform to requirements and foster an environment of continual service improvement. Leads R&K's team of Project and Program Managers to provide the most effective support and surveillance in contract performance objectives; aligns individual project goals and metrics to performance objectives and contract performance standards to ensure exceptional service that meets or exceeds all quality standards. Collaborates with corporate team members to enhance operational program execution through constant liaison with Business Development, Business Operations, Recruiting and Human Resources, IT, and Security.

November 2003 – Present | **Adjunct Associate Professor, Embry-Riddle Aeronautical University**

**Undergraduate Courses Taught:**

PSYC220 - Introduction to Psychology
PSYC320 - Aviation Psychology
PSYC350 - Social Psychology
SFTY320 - Human Factors in Aviation Safety
SFTY330 – Aircraft Accident Investigation
ASCI357 - Flight Physiology

**Graduate Courses Taught:**

ASCI604 - Human Factors in the Aviation / Aerospace Industry
ASCI634 - Aviation and Aerospace Psychology
ASCI660 - Sensation and Perception
ASCI663 - Memory and Cognition

**Formal Training**

| | | |
|---|---|---|
| Aug | 1998 | US Air Force Aerospace Physiological Officer Training Course |
| Aug | 1998 | US Air Force Academic Instructor Course |
| Aug | 1999 | US Air Force School of Aerospace Medicine Human Performance Enhancement Course |
| Mar | 1999 | Night Vision Goggle Instructor Course |
| Apr | 1999 | Aircrew Combat Survival Course |
| Jul | 1999 | Aviation Human Performance Course |
| Nov | 1999 | Physiological Officer Flight Familiarization Course |
| Mar | 2000 | Aircrew Arctic Survival Training Course |
| Oct | 2000 | Aviation Mishap Investigation and Prevention Course |

Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

| Sep | 2003 | US Air Force Medical Officer High Performance Aircraft Training Course |
|-----|------|------------------------------------------------------------------------|
| May | 2004 | US Air Force Squadron Officer School |
| Jun | 2004 | US Air Force Life Support Officer Training Course |
| Sep | 2004 | Critical Incident Stress Management: Advanced Group Crisis Intervention Course |
| Feb | 2005 | US Air Force Safety Center Aircraft Mishap Investigation Course |
| Oct | 2006 | Aircrew Fatigue Countermeasures Training Course |
| Aug | 2007 | Aircrew Water Survival Training Course |
| Jun | 2009 | US Air Force Air Command and Staff College |
| Sep | 2009 | US Air Force Flight Safety Officer and Safety Program Management Course |
| Oct | 2008 | Air Combat Command Reduced Oxygen Breathing Device Operator Training Course |
| Apr | 2011 | Defense Nuclear Weapons School Nuclear Weapons Familiarization Course |
| Sep | 2012 | US Air Force Safety and Accident Board President Course |
| Jul | 2017 | US Air Force Air War College |

## Awards and Special Recognition

- 1989  Eagle Scout (Boy Scouts of America)
- 1999  Air Force Achievement Medal (United States Air Force)
- 2001  Air Force Commendation Medal (United States Air Force)
- 2005  Military Outstanding Volunteer Service Medal (Department of Defense)
- 2006  Air Force Commendation Medal (United States Air Force, second award)
- 2007  Board Certification in Aerospace Physiology (Aerospace Medical Association)
- 2009  Wiley Post Outstanding Operational Physiologist (Aerospace Medical Association)
- 2009  Air Force Achievement Medal (United States Air Force, second award)
- 2010  Military Outstanding Volunteer Service Medal (Department of Defense, second award)
- 2010  Meritorious Service Medal (United States Air Force)
- 2010  Air Force Achievement Medal (United States Air Force, third award)
- 2013  Military Outstanding Volunteer Service Medal (Department of Defense, third award)
- 2014  Meritorious Service Medal (United States Air Force, second award)
- 2015  Fellow, Aerospace Medical Association
- 2016  Aerospace Physiology Society President's Award (Aerospace Medical Association)
- 2016 Meritorious Service Medal (United States Air Force, third award)
- 2017 Fred A. Hitchcock Award (Excellence in Aerospace Physiology, Aerospace Physiology Society)
- 2018 Goldenrath Award (Excellence in Aerospace Physiology, Aerospace Medical Association)
- 2018  Aerospace Physiology Society President's Award (Aerospace Medical Association)

## Publications and Presentations

Faaborg, TP (2017). Aircrew in extreme environments: Aerospace and Operational Physiology in the US Air Force. Presentation to National Museum of Health and Medicine, 24 October 2017.

Faaborg, TP (2011). Visual operating environments: Safety, science, and solutions; Aviation, Space, and Environmental Medicine 82(3), 278.

Faaborg, TP (2010). Aerospace and operational physiology: Training systems and simulations to support the warfighter; Aviation, Space, and Environmental Medicine 81(3), 305.

Faaborg, TP (2009). Working tirelessly to prevent fatigue: The use of FAST in the USAF B-2 long-duration mission counterfatigue program; Aviation, Space, and Environmental Medicine 80(3), 270.

Wiegmann D, Faaborg T, Boquet A, Detwiler C, Holcomb K, Shappell S (2005). Human error and general aviation accidents: A comprehensive, fine-grained analysis using HFACS, Civil Aeromedical Institute, FAA Technical Report DOT/FAA/AM-05/24.



Ethiopian Airlines 302 – Safety Science Consulting, T. Faaborg

Wiegmann D, Shappell S, Boquet A, Detwiler C, Holcomb K, Faaborg T (2005). Human error and general aviation accidents: A comprehensive fine-grained analysis using HFACS, University of Illinois at Urbana-Champaign, Aviation Human Factors Division, AHFD Technical Report AHFD-05-08.

Faaborg TP, Wiegmann D, Shappell S (2003). Decision errors and general aviation accidents: A fine-grained analysis using HFACS; Aviation, Space, and Environmental Medicine 74(4), 460.

Faaborg, TP (2003). Human error analysis of fatal general aviation accidents, 1990-1998; Application of a revised taxonomy of unsafe acts, USAF Technical Paper, CI02-930.

## Significant Related Experience

- Recognized operational fatigue expert; served as a consultant to NATO Strategic Airlift Capability Heavy Airlift Wing on performance enhancement during sustained operations. Traveled to Papa, Hungary to present subject matter expert presentation to the 12-nation delegation

- Represented the US Air Force as an expert presenter at the Operational Restorative Sleep Symposium hosted by the Office of the Assistant Secretary of Defense for Research and Engineering.

- Used the Fatigue Avoidance Scheduling Tool bio-mathematical fatigue model to develop and deliver tailored pre-flight and in-flight counterfatigue plans for long-duration missions. Prepared plans for two-person crews for missions of up to 56-hours with zero fatigue-related incidents in over 3,960 flight hours.

- Trained in mishap investigation and prevention, served as the human factors expert consultant for five major (Class A) US Air Force flight mishaps.

- Developed the first Air Force major command Human Factors Safety Division and served as its Chief; Benchmarked numerous programs in human factors training, mishap investigation and human factors reporting, and human factors analysis and mishap prevention.

- Compiled Air Force Global Strike Command annual mishap trend analysis; Identified human factor trends all mishap disciplines and provided actionable recommendations to commanders.

- Lead agent for Air Force Human Systems Integration (HSI) oversight of policy, guidance, education and training; led the Joint HSI Working Group as 2015 chairman; represented US Air Force HSI to community of 25 professionals from 14 federal agencies and defense components.

- Core team member in the Air Force Medical Service's overhaul of Medical Incident Investigation process. Developed innovative safety science- and human factors-based curriculum and served as a subject matter expert instructor for training of over 150 investigating personnel; impacted the safety culture for Air Force patient safety for 44,000 Air Force Medical Service personnel.

- Senior safety science and human factors subject matter expert on MedStar Health System's Quality & Safety team. Developed intensive training workshop to standardize the approach to reviewing clinical unanticipated outcomes and safety events, and delivered the CME-certified course in four workshops to over 100 investigating personnel from every major MedStar entity. Created and implemented a safety science-based approach for presenting event review findings in a first-of-its kind final report, now in use across MedStar's 10 medical centers and 300 ambulatory facilities.