**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso<br><br>DECLARATION OF DURAND R. BEGAULT IN SUPPORT OF THE BOEING COMPANY'S MOTION TO EXCLUDE VICKIE NORTON |

**DECLARATION OF DURAND R. BEGAULT**

I, Durand R. Begault, declare as follows:

1.       Since 1996, I have been Director of the Audio Forensic Center with Charles M. Salter Associates, located in San Francisco, California. I analyze audio technologies; conduct electro-acoustical test and measurement (*e.g.*, environmental sound, noise exposure, software-hardware 'black-box' analysis); audio and video recording authentication; analysis of audibility of speech, alarms, and warning signals; voice identification and elimination; analysis of 'ear witness' testimony; enhancement of speech from noisy audio-video tape recordings; patent, copyright and due diligence; gunshot, acoustic event analysis from recordings; videotape image enhancement; and analysis of digital recordings.

2.       I also have held a research scientist position at NASA Ames Research Center since 1988. I conduct research in, among other topics, psychoacoustics and multimodal systems; and I conduct experiments and publications regarding spatial hearing, speech intelligibility, human performance, room acoustic analysis and simulation, and advanced technologies for communications and warning systems.

1

3. I received a Ph.D. in Computer Audio from the University of California, San Diego in 1987, where I conducted my doctoral and post-doctorate research at the Computer Audio Research Laboratory. I participate in professional societies and organizations, including the Acoustical Society of America, the Audio Engineering Society (as a fellow of the society), the Human Factors and Ergonomics Society, the Institute of Noise Control Engineering, and the Society of Forensic Engineers and Scientists. I have authored or co-authored over 90 peer-reviewed journal and conference publications and several textbook chapters concerned with audio, acoustics, and psychoacoustics. These include publications and patents concerned with auditory alerts and speech intelligibility.

4. I have personally reviewed the Rule 26 report of Vickie Norton dated September 19, 2022, as well as the materials upon which she relied, with regards to the audibility of aural alerts emanating from the flight deck (*i.e.*, the cockpit). The matters stated herein are based on my review of Captain Norton's report and my personal and professional knowledge. If called as a witness, I could and would testify competently on the matters set forth in this declaration.

5. I submit this declaration in support of The Boeing Company's Motion to Exclude Vickie Norton.

6. The following outlines the standard procedures for determining audibility (*e.g.*, the ability to detect the presence of an alert sound) and intelligibility (the ability to understand the meaning of speech or alarms), as practices within the discipline of acoustic engineering, psychoacoustics, and human factors engineering. A consideration of these factors and criteria would be necessary to come to a conclusion based on a reasonable degree of scientific certainty regarding alert audibility and intelligibility.

7.    "Acoustical engineering" refers broadly to applied engineering sciences concerned with sound and vibration. Its application involves testing, measurement, or prediction of sound propagation according to standardized methods, *e.g.*, as published by the Acoustical Society of America (ASA), ASTM International (formerly the American Society for Testing and Materials), or the American National Standards Institute (ANSI). Acoustical engineering underlies many of the standard techniques used in psychoacoustics and human factors engineering. "Psychoacoustics" is a scientific discipline concerned with sound perception, including audibility and speech intelligibility. "Human factors engineering" is a discipline concerned with the relationship between systems and human performance. Organizations such as the Human Factors and Ergonomics Society have evaluated alerting systems for their salience and meaningfulness in practice.

8.    An acoustical engineer would execute pertinent procedures described in measurement standards (*e.g.*, ANSI/ASA S1.13, "Measurements of Sound Pressure Levels in Air" or ASTM E2964-21, "Standardized Test Method for Measurement of the Normalized Insertion Loss of Doors") to determine repeatable, objective levels of the alerts at issue, as well as the level of background noise. These standards include uniform methods of instrumentation, measurement technique, processes, and documentation.

9.    An acoustical engineer would use standardized methods for assessing alert or speech detection or intelligibility (the meaning, as opposed to only the presence, of words or alerts), and would include sound level measurements of both a target *signal* (speech or alerts) and of simultaneous *noise* (all other sounds that may be present). In an aviation context, the background noise level is higher than normally experienced in daily living situations due to engine noise, air friction, and ventilation systems. It is also reasonable to assume that relatively increasing engine

power levels and increasing airspeeds would produce increasing background noise levels, although testing would be required to quantify those levels.

10.    "Auditory masking" refers to the capacity of background noise to obscure a signal of interest, such as speech or an alert. Since the potential for auditory masking of signals would exist in noisy environments such as an aircraft in flight, a signal-to noise ratio (SNR) analysis would be particularly important for supporting any claim of intelligibility or audibility. The resulting SNR is a basic method of quantifying the audibility of alerts or speech. It is calculated in acoustics by simply subtracting the level of the signal in decibels from the level of the noise in each frequency band of interest. The SNR is applied to various standards for alerts and speech communication requirements. An example of a standardized method for assessing the role of SNR is found in ANSI/ASA S3.5, "Methods for Calculation of the Speech Intelligibility Index."

11.    An acoustical engineer would address auditory masking by measurement of signal and noise levels using calibrated instrumentation. Auditory masking occurs when the level of a noise signal reaches the level where signal detection or intelligibility can no longer occur, due in part to physiological processes of the cochlea. Generally speaking, a negative SNR means a sound would be impossible or unlikely to be detected. By contrast, international standard ISO 7731 ("Danger signals for work places-Auditory danger signals") requires a positive SNR for alarms of 15 dBA.

12.    An acoustical engineer would address and calculate the effects of significant factors that would affect signal level. To determine alert audibility or intelligibility, it is necessary at a minimum to calculate (1) the level of the sound at its origin, (2) the effects of attenuation as a function of distance, (3) the effects of transmission loss of the intervening objects between the sound source and a receiver, and (4) the effects of acoustic absorption from intervening objects between the sound source and a receiver. When sound sources are not located in a direct,

unobstructed path to a receiver, the sound level can be attenuated by the acoustic absorption characteristics of seats, people, and other obstructions.

13. A sound source's level is attenuated as a function of the distance from the point where the sound emanates to the point where it reaches a listener. This is referred to as attenuation due to propagation distance. In a "free field" (an open space without reflections or absorption), a sound level is attenuated by 6 decibels for every doubling of distance. Attenuation due to propagation distance is a factor that an acoustical engineer would calculate in forming a conclusion based on a reasonable degree of scientific certainty.

14. An acoustical engineer would also address acoustic barriers between the origin of speech or alert sounds and a listener. In this particular case (*i.e.*, in a situation where sounds emanate from a 737 MAX flight deck with the flight deck door closed and the purported listeners are seated in the passenger cabin), examples of acoustic barriers would include the flight deck door, lavatory, galley, and passenger seats. An acoustical engineer would measure the acoustic transmission loss, that is, the sound attenuation effect of objects that intervene between a sound source and a receiver, using a standardized method (*e.g.*, "ASTM E2964-21, "Standardized Test Method for Measurement of the Normalized Insertion Loss of Doors").

15. An acoustical engineer would consider the spectral character of alerts, speech, and background noise. Most sound sources, including alerts and speech, are made up of multiple sound frequencies, collectively referred to as the spectrum of a sound. Each type of alert sound or speech will have a distinct sound spectrum. Acoustical engineers will use a sound spectrum analyzer to determine the signal-noise ratio in terms of individual frequencies, so as to best calculate audibility. Evaluation of sound spectrum is important for assessing the role of auditory masking in

evaluating the effect of SNR for each frequency, as explained earlier. Auditory masking is most significant when the frequencies of a signal and noise overlap.

16.     An acoustical engineer would also address intelligibility. Scientifically, the assessment of speech intelligibility involves standardized methods (*e.g.*, ANSI/ASA S3.5, "Methods for Calculation of the Speech Intelligibility Index") that differ from methods of assessing audibility of alerts. Specifically, while the SNR of speech may be adequate to be audible, the meaning of the speech may be unintelligible because the level is not sufficient to recognize specific words or phonemes.

17.     An acoustical engineer would also address the intelligibility or meaningfulness of alert sounds. While laypersons may understand everyday alert signals such as car horns or emergency vehicle sirens, an acoustical engineer would need to address the extent to which highly specialized flight deck alerts designed for pilots and copilots would be comprehended by lay passengers, assuming they were audible to those passengers in the first instance.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Signed this 5th day of February, 2023, at Muir Beach, California.

By

_____

Durand R. Begault

6