**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Weisman |

**DECLARATION OF CHRISTOPHER LEDFORD IN SUPPORT OF BOEING'S
MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT VICKIE NORTON**

I, Christopher Ledford, declare as follows:

1.     I am an attorney with the firm of Perkins Coie LLP and am admitted *pro hac vice* in this Court as one of the attorneys for Defendant The Boeing Company. The matters stated herein are of my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.     I submit this declaration in support of Boeing's Motion to Exclude the Opinions of Plaintiffs' Expert Vickie Norton.

3.     Exhibit A is a true and correct copy of the transcript of the December 9, 2022 deposition of Vickie Norton.

4.     Exhibit B is a true and correct copy of the Rule 26 report of Vickie Norton, including CV.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Signed this 8th day of February, 2023, at Seattle, Washington.

_____
CHRISTOPHER M. LEDFORD

-1-