**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br>Honorable Jorge L. Alonso<br>Magistrate Judge Weisman |
|---|---|

**DECLARATION OF CHRISTOPHER LEDFORD IN SUPPORT OF BOEING'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT CHARLES PEREIRA**

I, Christopher Ledford, declare as follows:

1. I am an attorney with the firm of Perkins Coie LLP and am admitted *pro hac vice* in this Court as one of the attorneys for Defendant The Boeing Company. The matters stated herein are of my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. I submit this declaration in support of Boeing's Motion to Exclude the Opinions of Plaintiffs' Expert Charles Pereira.

3. Exhibit A is a true and correct copy of the transcript of the December 6, 2022 deposition of Charles Pereira.

4. Exhibit B is a true and correct copy of the Rule 26 report of Charles Pereira.

5. Exhibit C is a true and correct copy of the transcript of the December 15, 2022 deposition of Plaintiffs' expert Thomas Jenkyn.

6. Exhibit D is a true and correct copy of the transcript of the January 4, 2023 deposition of Plaintiffs' expert Troy Faaborg.

7. Exhibit E is a true and correct copy of Plaintiffs' computer-generated animation titled "A.mp4," which has been uploaded via the Court's digital media exhibit submission website.

8. Exhibit F is a true and correct copy of Plaintiffs' computer-generated animations titled "C.mp4," which has been uploaded via the Court's digital media exhibit submission website.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Signed this 8th day of February, 2023, at Seattle, Washington.

CHRISTOPHER M. LEDFORD