# EXHIBIT B

  

# CHARLES M. PEREIRA
Transportation Safety & Security Consulting, Inc.

September 22, 2022

Ethiopian Flight 302 Plaintiff's Committee

Re:     Crash of Ethiopian Airlines Flight 302 about 28 nm SE of Addis Ababa Bole
        International Airport, Ethiopia, Africa on March 10, 2019

Dear Plaintiff's Committee,

I was retained by the Plaintiff's Committee to provide expertise in the reconstruction of the events leading up to the crash of Ethiopian Airlines Flight 302 (ET302).  I have 38 years of education and professional experience in the areas of Aeronautical Engineering and Aviation Accident Investigation as provided in my CV (see Attachment I).

I obtained my Bachelor of Science degree in Aeronautical Engineering from Embry-Riddle Aeronautical University in 1989.  While attending Embry-Riddle, I worked for Gulfstream Aerospace Corporation from 1986 to 1988 as an engineering intern in their Flight Test Engineering and Stability and Control divisions, principally doing recorded flight data analysis and reporting on the G-IV business jet certification flight test program.  My Gulfstream work included cockpit jump seat and data station flight time on G-IV flight tests up to 51,000 feet and 0.9 Mach number.

I subsequently worked for the US National Transportation Safety Board from 1990 to 2005, during which time I served as Vehicle Recorder Group Chairman, Vehicle Performance Group Chairman, or other senior engineering position on more than 100 US and foreign accident investigations.  These investigations included almost all of the world's most publicized and complex aviation, rail, and marine accidents, criminal events, and terrorist events during this time period, including the following major aviation cases:

- ✦ **NASA Space Shuttle Columbia** February 2003, re-entry in Earth atmosphere, in-flight break-up;
- ✦ **Aviation Charter/Senator Paul Wellstone** Beech King Air A100, October 2002, Eveleth, MN, failure to maintain airspeed and subsequent stall;
- ✦ **9-11 Commission** multiple aircraft, September 2001, multiple locations in US, terrorist acts;
- ✦ **Southwest Airlines** Boeing 737-300, March 2000, Burbank, CA, excessive landing speed and subsequent runway overrun;
- ✦ **Emery Worldwide Airlines** Douglas DC-8-71, February 2000, Sacramento, CA, mechanical malfunction with elevator control rod link;
- ✦ **American Airlines** McDonnell Douglas MD-83, June 1999, Little Rock, AR, runway overrun in thunderstorm;
- ✦ **Swissair** McDonnell Douglas MD-11, September 1998, Peggy's Cove, Nova Scotia, in-flight fire;
- ✦ **Korean Air** Boeing 747-300, August 1997, Agana, Guam, controlled flight into terrain (CFIT);
- ✦ **Federal Express** McDonnell Douglas MD-11, July 1997, Newark, NJ, hard landing and wing failure;
- ✦ **TWA Flight 800** Boeing 747-141, July 1996, near East Moriches, NY, center fuel tank explosion during climb-out;
- ✦ **USAF Secretary Ron Brown** Boeing CT-43A, April 1996, Dubrovnik, Croatia, CFIT
- ✦ **American Eagle** Avions de Transport Regional (ATR) 72, October 1994, Roselawn, IN, in-flight icing and subsequent uncommanded aileron deflection;
- ✦ **White House Presidential Assassination Attempt** Cessna 172, September 1994, Washington, DC, crashed into White House lawn near edge of White House;
- ✦ **USAir Flight 427** Boeing 737-300, September 1994, Aliquippa, PA, uncommanded rudder deflection and loss of control;
- ✦ **Action Air Charters** Piper PA-31-350, April 1994, Stratford, CT, runway overrun in fog;
- ✦ **Northwest Airlink** Jetstream BA-3100, December 1993, Hibbing, MN, CFIT;
- ✦ **China Eastern Airlines** McDonnell Douglas MD-11, April 1993, Shemya, AK, inadvertent spoiler deployment and subsequent aircraft-pilot coupling issue;
- ✦ **Lockheed** HTTB C-130, February 1993, Dobbins AFB, fly-by-wire rudder actuator logic flaw led to loss of control;
- ✦ **MartinAir** DC-10-30, December 1992, Faro, Portugal; hard landing and wing failure;
- ✦ **GP Express** Beech C99, June 1992, Anniston, AL, CFIT;
- ✦ **Air Transport International** DC-8-63, February 1992, Swanton, OH, loss of control during missed approach;
- ✦ **Senator John Heinz** Piper Aerostar 601, April 1991, Merion, PA, mid-air collision during helicopter inspection of malfunctioning landing gear.

My NTSB work included over 300 domestic and international cockpit jump seat flights on FAA Part 121 and 135 airplanes in which I received training and performed various jump seat crew duties, investigative flight tests on airplanes and helicopters including the

2

USAF icing tanker, and numerous investigative full motion and engineering simulator "flights".

My unique combination of education and experience qualifies me to perform the work you have requested of me to date, which includes review of Ethiopian government and Boeing documents and data; Flight Data Recorder (FDR) and Cockpit Voice Recorder (CVR) data analysis; flight path and event reconstruction; and animation development and review.

The FDR that was installed on the accident airplane is a Federally-mandated crash-protected electronic recording device that receives and stores numerical data (e.g., airspeed, altitude, heading, etc.) from aircraft sensors and systems for the primary purpose of post-accident investigation. The CVR that was installed on this airplane is a Federally-mandated crash-protected electronic recording device that receives and stores audio data (i.e., sounds) from the cockpit environment and flight crew VHF radio communications channels for the sole purpose of post-accident investigation.

I acquired the raw electronic recorded flight data from the accident airplane's FDR via my clients via Boeing. I used Boeing and Plane Sciences parameter configuration information and software to process the recorded data into engineering units.

I was unable to obtain raw or other electronic recorded data from the CVR due to the fact that the Ethiopian government has not released or otherwise provided it and instead had to rely on the written CVR transcript provided by the Ethiopian government including their time correlation.

I subsequently used the FDR, CVR, and accident site data to develop a ground and flight path for the accident airplane with time-correlated FDR and CVR content (see attachment II). I created animations during this process to visually depict, correlate, and confirm the FDR, CVR, path, and accident site data. To a reasonable degree of engineering certainty, my animations fairly and accurately depict the transference of the FDR, CVR, and accident site data into visual reconstructions of the events leading to and including the crash of ET302.

I subsequently provided my animations and time-correlated FDR/CVR data, as well as instructions regarding correlation points and boundary conditions, to the biomechanical engineering staff at TLS Forensic Engineering (TLS) and the animation firm Eyewitness Animations, Inc. (EA). TLS used these data to perform biomechanical engineering simulations related to the forces and movements experienced by the passengers of ET302, and TLS subsequently provided their simulation results to EA for animation purposes. EA then used the TLS simulation data along with my animations, data, and instructions to create their own fair and accurate animations of ET302 and the passenger environment and movements within the seating area. I have reviewed and assessed these TLS simulations and EA animations during their development and to a reasonable degree of engineering certainty they too fairly and accurately depict the transference of the FDR,

CVR, and accident site data into visual reconstructions of the events leading to and including the crash of ET302.

I subsequently provided my time-correlated FDR/CVR data to Troy Faaborg, an aerospace physiologist at Safety Science Consulting (SSC).

To a reasonable degree of engineering certainty, the FDR, CVR, path, accident site, animation, and other data available for this accident indicate that the following events occurred during the time leading up to this accident:

While sitting on the ramp prior to taxi, Flight 302 already showed the left angle of attack (AOA) system value was more than 10 degrees less than the right AOA system value. At 0823:38 Local Time (all subsequent times are Local Time) that left AOA value began to drift further away from the stable right AOA.

Flight 302 began its taxi roll at about 0825:18 and arrived at the hold short area for Runway 07R at about 0833:23.

Flight 302 began moving from the hold short area towards Runway 07R at about 0835:29 and came to a stop aligned on Runway 07R at about 0836:12.

The left AOA value began moving back towards the direction of the right AOA at about 0836:33 and at 0837:30 the right AOA value began decreasing towards the left AOA value.

ATC cleared Flight 302 for departure from Runway 07R at 0837:34 and the flight crew advanced the throttles to takeoff power at 0837:42. At about 0837:57, the First Officer (FO) announced N1 TOGA had been set (takeoff go-around power setting) and N1 speeds stabilized around 95%.

Airspeed values began moving through 45 knots at about 0838:04 and the flight crew announced this two seconds later. Left and right AOA values were approximately equal at this time. At about 0838:13, the Captain made the 80 knots airspeed callout.

At about 0838:32 the V1 airspeed was called followed 1 second later by the FO making the Rotate call, with computed airspeed passing through about 145 knots at the time and AOA values close to each other left and right. (From this point onward in this report all "airspeed" values will refer to the Computed Airspeed Right FDR parameter.)

At about 0838:35 and 152 knots airspeed, pitch attitude began increasing consistent with rotation and the radio altitude value began increasing shortly thereafter consistent with rotation and liftoff. AOA values were still close to each other left and right.

At about 0838:43, 169 knots airspeed, and 60 ft radio altitude, the landing gear handle was moved to the UP position and the left AOA value immediately increased through 30 degrees on its way to almost 75 degrees consistent with a failure of the left AOA system

4

(right AOA values stayed normal). This left AOA failure caused the left stick shaker to activate consistent with the airplane falsely believing it was at stall AOA and caused erroneous data on the left side systems such as altitude and airspeed for the remainder of the flight. Thus began the in-flight chain of events that exposed the flight crew and passengers aboard Flight 302 to Boeing 737 MAX flight control system and other safety deficiencies that minutes later caused the crash and death of all aboard.

(Note that from this point onwards in this report, unless otherwise stated, all airspeed and altitude values are from the Right side systems due to the erroneous nature of the Left side values after the Left AOA failure.)

Immediately after the stick shaker activated, the Captain responded by pushing the nose down and the airplane pitched down from about 18 degrees to 9 degrees pitch attitude. This pitch-over caused the vertical acceleration to decrease from 1.42 g to 0.64 g over the course of 2 seconds and the climb rate decreased rapidly. This was the first of many flight path upsets that the passengers would experience as the flight crew struggled to deal with the consequences of the left AOA failure and related Boeing 737 MAX safety deficiencies.

At about 0838:55, the Captain called Command and 5 seconds later the autopilot disconnect warning sounded and the Captain asked "What's going on?"

At about 0839:11, the FO contacted ATC and advised they were on the Shala 2 departure and were climbing as cleared to flight level 320 (FL320), with no mention of their stick shaker activation issue. ATC confirmed and cleared them further up to FL340.

At about 0839:22 and 215 knots airspeed, Autopilot 1 was engaged.

At about 0839:45 and 231 knots airspeed, the Captain called for Flaps Up and within seconds the flap handle moved to the Up position followed by flap retraction to 0 degrees, the Captain moved the control column slightly nose-down, the airplane began pitching nose-down, vertical acceleration decreased to 0.71 G, climb rate decreased, and then the airplane began descending.

At about 0839:55 and 250 knots airspeed, Autopilot 1 disengaged and within seconds the the Captain began pulling back on the control column. Shortly thereafter at about 0839:59, the Maneuvering Characteristics Augmentation System (MCAS) began making nose-down pitch trim inputs because the airplane falsely believed that it was at stall AOA due to the failed left AOA system and related Boeing 737 MAX system design deficiencies.

At about 0840:01, the Captain asked the First Officer to tell ATC they are having a flight control problem. One second later the Terrain Awareness Warning System (TAWS) issued a "don't sink" warning and three seconds later the FO advised ATC they were "unable to maintain". The airplane continued descending as the MCAS continued

5

trimming nose-down and the Captain pulled nose-up. Airspeed continued increasing through 260 knots with engine speed still at 95% N1.

At about 0840:09, the MCAS stopped trimming nose-down and the airplane leveled off. The airplane had descended about 225 feet at this time.

At about 0840:11, the Captain asked the FO to ask ATC to maintain runway heading, the FO promptly did, and ATC promptly approved the request.

At about 0840:13, the Captain began manually trimming nose-up while still pulling nose-up on the control column and the airplane began climbing.

At about 0840:21, the MCAS once again began trimming the airplane nose-down because the airplane still falsely believed that it was at stall AOA due to the failed left AOA system and related Boeing 737 MAX system design deficiencies. The airplane began pitching nose-down again and climb rate decreased, with vertical acceleration decreasing to 0.68 G. The Captain then increased his nose-up control column force to over 100 lb to try to counter the MCAS inputs.

At about 0840:23, the TAWS once again began issuing a series of "don't sink" warnings and three seconds later the Captain began asking the FO to "trim with me" most likely due to the continued large nose-up control forces he was maintaining against the MCAS nose-down trim.

At about 0840:27, the MCAS stopped trimming nose-down and the flight crew began trimming nose-up again.

At about 0840:31, the TAWS issued another "don't sink" warning as airspeed increased through 320 knots with engine speed still at 95% N1.

At about 0840:35, as the flight crew was still manually trimming in the nose-up direction, the FO asked the Captain if he should "Stab trim cutout?", the Captain said yes, the FO replied "Stab trim cutout", and at about 0840:40 the horizontal stabilizer trim cutout discrete on the FDR changed from the "normal" position to the "cutout" position. The trim position then stopped moving and shortly thereafter the Captain said "pull up" repeatedly and the airplane began climbing.

At about 0840:50, the Captain asked the FO to ask ATC if they could maintain 14,000 feet altitude and to tell them they had a flight control problem, the FO did so, and ATC approved the request and asked their intention. The FO replied "will call you". Throughout this period the Captain's control column force remained around 60 to 90 lb nose-up and airspeed was around 340 knots.

At about 0841:16, the Captain's control force began decreasing into the 50 to 60 lb range and pitch attitude and climb rate immediately began decreasing, followed by a vertical acceleration drop to about 0.5 G, and then a 370 foot descent with airspeed increasing

6

through about 375 knots. During this accelerating descent, at about 0841:20, the airplane's overspeed clacker aural warning began sounding and remained on for the rest of the flight. The Captain's nose-up control column force increased at about this time, he made a sound consistent with this increased effort, and then the Captain and FO began commenting about their airspeed and altitude.

At about 0841:30, as airspeed increased into the red and white overspeed section of the airspeed indicator, the Captain began saying "speed…pitch up, pitch up". The FO asked "pitch up?" to which the Captain replied "yes with me ok, yes pitch up". The airplane's descent stopped, it began climbing, and airspeed began decreasing around 0841:36.

Vertical acceleration continued to oscillate +/- 0.5 G or more, pitch attitude and climb rate continued oscillating up and down significantly, and roll angle began diverging in an increasingly right wing down direction for about the next two minutes as the Captain struggled to maintain manual flight control in the presence of significant untrimmed control column forces, stick shaker, and overspeed aural and visual warnings.

At about 0841:46, the Captain asked "trim, is it functional?" to which the FO responded "it is not working, shall I try it manually?". The Captain said "try it" and then the CVR recorded the sound of the manual trim wheel handle extending and the FO said "trim up".

At about 0841:54, the Captain said "it is not working" followed by "ok keep with me, keep with me" and the sounds of physical straining. Engine settings remained unchanged.

At about 0842:00, the Captain said "We have to go up to one four thousand ok" as their climb continued through about 11,500 feet altitude.

At about 0842:10, the Captain asked the FO to request a vector to return, the FO made the request, and ATC asked if they wanted to hold or do the approach, to which the FO replied approach.

At about 0842:27, the Captain began repeatedly saying "standby, standby" and made straining sounds as his control column position began moving slightly in the nose-down direction and vertical acceleration and climb rate decreased.

At about 0842:30, ATC advised Flight 302 to turn right to 260 and the FO confirmed this to ATC. The airplane remained in a right turn.

At about 0842:42, the Captain said "pitch up with me"…"towards one four thousand" after which control column position, pitch attitude, vertical acceleration, and climb rate began increasing. The Captain then said "what's it? Master caution?" followed by a discussion about anti ice and eventually the Captain said "left alpha vane, left alpha vane".

7

At about 0843:04, the Captain said "should we pitch together, the pitch is not enough" after which the FO began making straining sounds and vertical acceleration and climb rate decreased rapidly.

At about 0843:09, the FDR stab trim discrete changed from "cutout" to "normal".

At about 0843:10, the Captain said "command…put it on" to which the FO replied "command" followed immediately by the autopilot disconnect warning sounds. The Captain then said "no, leave it it's ok, let's go up". The airplane stopped climbing and leveled off, with airspeed increasing shortly thereafter.

At about 0843:16, the Captain said "disconnect, let's go back right heading, ok". The airplane then began climbing slowly and rolled further right wing down.

At about 0843:21, the MCAS resumed making nose-down trim inputs and the airplane began pitching nose-down, rolling left wing down, and then descending rapidly, with vertical acceleration decreasing from about 1.30 G to -0.44 G over the course of 5 seconds.

At about 0843:28, with the airplane pitching nose-down and descending rapidly, vertical acceleration decreasing rapidly through -0.5 G, and airspeed increasing through 380 knots, stick shaker still on, and the overspeed clacker still on, the CVR recorded the Captain making straining sounds and screaming "PITCH UP" repeatedly.

At about 0843:35, as the airplane was descending through about 12,000 feet altitude at over 15,000 foot per minute descent rate and 430 knots airspeed, the TAWS began its "TERRAIN TERRAIN PULL UP PULL UP" aural warnings.

At about 0843:39, as the airplane continued to pitch nose-down through -25 degrees and descend rapidly with airspeed increasing through 450 knots and increasing negative vertical acceleration, the Captain began screaming "MAYDAY MAYDAY MAYDAY".

The airplane continued pitching nose-down and descending rapidly until impacting the ground at approximately 0843:44.9 with a pitch attitude of about 50 degrees nose-down, an airspeed of about 520 knots, and vertical acceleration close to -2.4 G.

The elapsed time from the beginning of the last MCAS-induced pitch-over to impact was about 23.9 seconds, during which the flight crew and passengers were subjected to extreme acceleration and attitude changes before impact, bodily disintegration and death.

I reserve the right to supplement these opinions as new evidence is discovered or as new tasks are assigned to me.

Subsequent to my NTSB factual depositions during the period 1990-2004, I have provided deposition and/or trial testimony in the following accident cases withing the past 4 years:

Charles M. Pereira     TSSC, Inc.     PO Box 96     Nags Head, NC  27959     252.216.6291     fax 800.901.1499
NTSB409@gmail.com

- *Air Sarina PC-12/47 crash at Solemont, France August 24, 2012*

- *Upper Limit Aviation R-22 helicopter crash near Alta, UT on July 8, 2013*

- *N52SZ B200 crash after takeoff at Wichita, KS on October 30, 2014*

- *Amtrak train derailment and crash near DuPont, WA on December 18, 2017*

My fee schedule for this case is currently $330 per hour plus actual expenses for non-trial/deposition time, and $495 per hour plus actual expenses for trial/deposition time.


Sincerely,


Charles M. Pereira

Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC  27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com

Attachment I

CV

  

# CHARLES M. PEREIRA
## Transportation Safety & Security Consulting, Inc.

### *CURRICULUM VITAE*

*Cell: 252-216-6291   Email: NTSB409@gmail.com*

---

## Current Activities

International Transportation Safety & Security Consultant in private practice. Specializing in:

- → aviation, marine, and rail accident & terrorism investigation and reconstruction
- → on-scene documentation and surveys of crash sites and wreckage distributions, including planning, conduct, and supervision of underwater search and recovery efforts
- → identification and analysis of recorded data sources such as radars, FDRs, CVRs, event recorders, voyage recorders, image recorders, satellites, command & control centers, etc.
- → correlation of crash site, wreckage, and witness data with recorded data
- → vehicle performance analysis
- → simulation and flight test planning, supervision, and results analysis
- → coordination with human performance, operations, weather, maintenance, national security, and other experts on issues related to vehicle performance and recorded data
- → development of animations and presentation graphics
- → determination of safety & security issues and causal & contributing factors
- → development of engineering, operational, legislative, & regulatory solutions to safety and security issues
- → technical review of government, manufacturer, and expert reports
- → drafting and technical review of accident reports, party submissions & letters, petitions, etc.
- → assistance in preparing for, conducting, and analyzing technical interviews and depositions

## Technical Experience

### National Commission on Terrorists Attacks Upon the United States (9/11 Commission), 2003-2004

#### Professional Staff – Aviation Consultant:

Sole NTSB employee selected by the 9/11 Commission to serve on its staff. Responsible for the analysis, written summary, and public presentation of all radar, FDR, CVR, ATC, Command and Control, terrain, and building geometry data for hundreds of aircraft, numerous ATC and Command and Control facilities, and three crash sites – all of which were spread out between Florida, Indiana, and Massachusetts. Used the analysis of these data to co-write Chapter 1 of "The 9/11 Commission Report" and to co-develop 2-D and 3-D animations of the hijacked airplanes, military airplanes, Air Force One, and other commercial and general aviation airplanes of interest. The animations included synchronous playback of audio recordings from FAA, military, and other sources. Coordinated acquisition and set-up of the Final Public Hearing auditorium, stage, and audio-visual

---

*Charles M. Pereira   TSSC, Inc.   4023 W Soundside Rd   PO Box 96   Nags Head, NC  27959*

---

**Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC  27959    252.216.6291    fax 800.901.1499**
**NTSB409@gmail.com**

equipment, all of which culminated in the live, world-wide broadcast of the final results of the 9/11 Commission investigation. The 2-D and 3-D animations were key to the success of the Final Hearing and were replayed by TV stations world-wide for several days afterwards.

## National Transportation Safety Board, 1990 - 2005

### Senior Aerospace Engineer, Vehicle Performance Division:

Vehicle Performance Group Chairman on NTSB "Go-Team." Managed all phases of vehicle performance investigations for aviation, rail, and marine incident/accident investigations, from on-scene surveys of wreckage, crash site, runway, and track details, to final report language and safety recommendations. This included correlation of crash site and wreckage data with recorded data such as radar, FDR, CVR, event recorders, and voyage recorders; long-term investigations at manufacturer and FAA facilities; flight, icing, and structural simulations; flight tests; development of animations and presentation graphics based on crash site, wreckage, and recorded data sources, as well as simulation results. Developed first NTSB graphical analysis of FAR requirements for GPWS which led to safety recommendations and eventual FAR changes to upgrade and improve GPWS carriage requirements. Wrote draft regulatory and standards language for all modes of transportation and trained foreign accident investigators on vehicle performance investigation techniques. Developed training materials for wet runway accident investigation techniques for NTSB training academy.

### Senior Aerospace Engineer, Vehicle Recorders Division:

Vehicle Recorder Group Chairman on NTSB "Go-Team." Managed all phases of vehicle recorder investigations for aviation, rail, and marine incident/accident investigations, from on-scene recovery of recorders to final report language and safety recommendations. This included readout, analysis, and correlation of data from hundreds of FDRs, CVRs, event recorders, voyage recorders, engine FADECs, and other forms of recording media and memory devices. Wrote NTSB Factual, Study, and Analysis reports, as necessary, for each investigation. Established NTSB credibility for surface recorder expertise via development of NTSB railroad event recorder lab including first integrated readout suite to handle most types of event recorders; co-chaired first FRA/NTSB Event Recorder Working Group and co-wrote first FRA event recorder carriage regulations; member of first IMO Voyage Recorder Working Group and co-wrote first IMO voyage recorder carriage requirements; performed first chip-level readout for solid state railroad event recorder; performed first NTSB readout of a marine voyage recorder; and developed first waveform-level readout technique for magnetic tape railroad event recorders. Developed first NTSB graphical analysis of FAR requirements for FDR/CVR which led to a series of sweeping safety recommendations and eventual FAR changes to upgrade and improve FDR/CVR carriage requirements and minimum FDR parameter requirements. Wrote draft recorder legislation for all modes of transportation and trained NTSB and foreign recorder specialists.

## Gulfstream Aerospace Corporation, 1986 – 1988

### Engineering Intern, Flight Test Division:

Provided engineering support for all aspects of G-IV Certification Flight Test Program. Manned data recording station at rear of G-IV during flight tests with responsibility for parameter monitoring and call-outs and changing tapes to assure continuous recording. Transferred data from on-board tapes to DEC-VAX computers and then plotted data for engineering analysis and certification submissions to FAA. Set up transducers and other data recording system devices for various flight test requirements and calibrated them for recording. Analyzed various problem areas such as braking systems, stall characteristics, and rudder travel, resulting in system changes such as leading edge aero fence devices. Received special award from Chairman Alan Paulson for outstanding effort and success in getting G-IV certification prior to NBAA convention.

2

**Engineering Intern, Stability & Control Division:**

Provided engineering support for various G-III and G-IV stability and control projects. Analyzed wind tunnel data for G-IV FEWSG Navy anti-submarine concept. Performed various analyses for G-IV around-the-world record flight effort that resulted in new world speed and endurance records.

## Accident & Terrorism Investigations

### Aviation

Served as Vehicle Recorder Group Chairman, Vehicle Performance Group Chairman or Co-Chairman, Special Assistant to Board Member, or Aviation Consultant on the following notable investigations conducted by the National Transportation Safety Board, Secret Service, US Air Force, NASA, foreign accident investigation authorities, and 9/11 Commission [partial list]:

- **NASA Space Shuttle Columbia** February 2003, re-entry in Earth atmosphere, in-flight break-up;
- **Aviation Charter/Senator Paul Wellstone** Beech King Air A100, October 2002, Eveleth, MN, failure to maintain airspeed and subsequent stall;
- **9/11 Commission** multiple aircraft, September 2001, multiple locations in US, terrorist acts;
- **Southwest Airlines** Boeing 737-300, March 2000, Burbank, CA, excessive landing speed and subsequent runway overrun;
- **Emery Worldwide Airlines** Douglas DC-8-71, February 2000, Sacramento, CA, mechanical malfunction with elevator control rod link;
- **American Airlines** McDonnell Douglas MD-83, June 1999, Little Rock, AR, runway overrun in thunderstorm;
- **Swissair** McDonnell Douglas MD-11, September 1998, Peggy's Cove, Nova Scotia, in-flight fire;
- **Korean Air** Boeing 747-300, August 1997, Agana, Guam, controlled flight into terrain (CFIT);
- **Federal Express** McDonnell Douglas MD-11, July 1997, Newark, NJ, hard landing and wing failure;
- **TWA Flight 800** Boeing 747-141, July 1996, near East Moriches, NY, center fuel tank explosion during climb-out;
- **USAF Secretary Ron Brown** Boeing CT-43A, April 1996, Dubrovnik, Croatia, CFIT;
- **American Eagle** Avions de Transport Regional (ATR) 72, October 1994, Roselawn, IN, in-flight icing and subsequent uncommanded aileron deflection;
- **White House Presidential Assassination Attempt** Cessna 172, September 1994, Washington, DC, crashed into White House lawn near edge of White House;
- **USAir Flight 427** Boeing 737-300, September 1994, Aliquippa, PA, uncommanded rudder deflection and loss of control;
- **Action Air Charters** Piper PA-31-350, April 1994, Stratford, CT, runway overrun in fog;
- **Northwest Airlink** Jetstream BA-3100, December 1993, Hibbing, MN, CFIT;
- **China Eastern Airlines** McDonnell Douglas MD-11, April 1993, Shemya, AK, inadvertent spoiler deployment and subsequent aircraft-pilot coupling issue;
- **Lockheed** HTTB C-130, February 1993, Dobbins AFB, fly-by-wire rudder actuator logic flaw led to loss of control;
- **MartinAir** DC-10-30, December 1992, Faro, Portugal; hard landing and wing failure;
- **GP Express** Beech C99, June 1992, Anniston, AL, CFIT;
- **Air Transport International** DC-8-63, February 1992, Swanton, OH, loss of control during missed approach;
- **Senator John Heinz** Piper Aerostar 601, April 1991, Merion, PA, mid-air collision during helicopter inspection of malfunctioning landing gear.

3

Charles M. Pereira    TSSC, Inc.    4023 W Soundside Rd    PO Box 96    Nags Head, NC  27959

Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC  27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com

## Marine

Served as Vehicle Recorder Group Chairman, Vehicle Performance Group Chairman, or Consultant to Office Director on the following notable investigations conducted by the National Transportation Safety Board [partial list]:

- **Sailing Vessel** *Morning Dew*, December 1997, Charleston, SC, grounding and sinking;
- **Panamanian Container Ship** *Evergrade* **and USCG Cutter** *Cowslip*, May 1997, Astoria, OR, collision in fog;
- **Liberian Passenger Ship** *Star Princess*, June 1995, Poundstone Rock, AK, grounding (first US marine accident with Voyage Data Recorder);
- **Panamanian Passenger Ship** *Royal Majesty*, June 1995, Nantucket, MA, grounding due to GPS antenna connection failure and crew complacency.

## Rail

Served as Vehicle Recorder Group Chairman or Vehicle Performance Group Chairman on the following notable investigations conducted by the National Transportation Safety Board [partial list]:

- **Amtrak and MARC** trains, February 1996, Silver Spring, MD, head-on collision after failure to heed signal;
- **ATSF and UP** trains, December 1994, Cajon, CA, rear-end collision;
- **BN** freight trains, June 1994, Thedford, NE, collision of three trains;
- **Amtrak and CSX** trains, May 1994, Selma, NC, sideswipe collision due to improper loading of CSX car;
- **BN and UP** trains, November 1993, Kelso, WA, head-on collision;
- **Amtrak** train, September 1993, Mobile, AL, derailment due to barge impact damage to bridge;
- **Amtrak** train, July 1991, Lugoff, SC, derailment and collision with freight cars;
- **Amtrak and MBTA** trains, December 1990, Boston, MA, derailment and collision due to excessive speed in turn by Amtrak train;
- **ATSF** trains, November 1990, Corona, CA, collision;
- **Norfolk Southern** trains, August 1990, Sugar Valley, GA, collision and derailment.

## Education and Training

- Bachelor of Science, Aeronautical Engineering, 1989 - Embry-Riddle Aeronautical University, Daytona Beach, Florida.
- Completed all coursework for Master of Science, Aeronautical Science with Aviation/Aerospace Safety Specialization, GRP remaining for degree – Embry Riddle Aeronautical University.
- United States Coast Guard Captain's License, Operator of Uninspected Passenger Vessels, 3rd Issue and related training courses.
- NTSB Aviation Accident Investigation Course.
- Engine Aircraft Accident Investigation Course – Pratt & Whitney.
- Aircraft Accident Investigation Course – Transportation Safety Institute.
- Numerous vehicle data recorder training courses for all modes of transportation.
- Numerous University of Kansas Aerospace Short Courses from 1993 to 2000 in the areas of avionics, aircraft certification, stability & control, flight testing, aircraft icing, and meteorology.

## Awards & Special Recognition

- 2004 Special Act Award from 9/11 Commission and NTSB for Outstanding Performance of duties during 9/11 Commission detail (worked 80+ hours/week for a year to meet report and animation deadline, helped identify DOD falsification of fighter airplane actions and readiness, acquired and modified NTSB Board Room into 9/11 Hearing Room)

4

Charles M. Pereira   TSSC, Inc.   4023 W Soundside Rd   PO Box 96   Nags Head, NC  27959

Charles M. Pereira   TSSC, Inc.   PO Box 96   Nags Head, NC  27959   252.216.6291   fax 800.901.1499
NTSB409@gmail.com

➢ 1998 Special Act Award from NTSB for Outstanding Performance of duties during TWA 800 investigation.
➢ 1996 Dr. John K. Lauber Award for Technical Excellence from National Transportation Safety Board for long-term technical excellence in accident investigations in all modes of transportation, and for establishing NTSB credibility and authority in the area of surface vehicle recorders for all surface modes of transportation.
➢ Received numerous additional National Transportation Safety Board Special Act/Service Awards for Outstanding Accomplishments on various accident investigations and safety efforts; Outstanding or Excellent Performance Awards for each year during the period 1990 through 2004; Quality Step Increase Awards for the years 1991 through 1997.
➢ Maryland Senatorial Scholarship in 1984 specifically awarded for pursuit of Aeronautical Engineering Degree by Senator Charles Smelser.

## Technical Papers & Publications:

➢ Authored more than 200 NTSB Group Chairman Factual, Study, and Analysis Reports in the aviation, marine, and rail modes.
➢ Authored dozens of NTSB Safety Recommendations in the aviation, marine, and rail modes, including those resulting in the first-ever data recorder carriage requirements for rail and marine modes, expanded FDR parameters and GPWS carriage requirements for aviation mode, first-ever EGPWS/TAWS carriage requirements in aviation mode, and Low Airspeed Alerting requirements for aviation mode, the combined result of which helps save over 1,000 lives annually and improves aviation, rail, and marine accident investigations world-wide.
➢ Co-authored numerous NTSB major accident "Blue Cover" final reports from 1990 to 2004.
➢ Co-authored "*The 9/11 Commission Report*", *Chapter 1*, "*We Have Some Planes*", 2004.
➢ Co-authored portions of USAF report on Secretary Ron Brown accident in Croatia.
➢ Authored several papers on aircraft icing for FAA In-Flight Icing Conference and AIAA Conference.
➢ Authored paper for 2001 Teledyne User's Conference entitled "***Status of NTSB Safety Recommendations Regarding FDRs, CVRs, and Cockpit Video/Image Recorders.***"

## Professional Affiliations:

➢ Member of International Society of Air Safety Investigators (ISASI).
➢ Member of Audio Engineering Society (AES).

## Teaching and Public Service Activities:

➢ Embry-Riddle Aeronautical University – Periodically travel to Daytona Beach campus and other venues to instruct Aeronautical Engineering students on how to get Federal Government Engineering jobs, how NTSB conducts accident investigations, and related matters.
➢ National Transportation Safety Board Accident Investigation School – Developed wet runway accident investigation training program and traveled to China to teach CAAC staff how to investigate airplane accidents.
➢ Various K-12 Schools – Periodically provide lectures on college education and career choices, accident investigation, and other issues related to life decisions and health.
➢ Virginia Tech University, Department of Mechanical Engineering – Annually provide lecture to graduating mechanical engineers on Engineering Ethics and Accident Investigation.

5

Attachment II

FDR Data, Flight Path Plots, Crash Site Images

Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC  27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com



Ethiopian Airlines Flight 302 ACCIDENT DFDR DATA

FULL FLIGHT

Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC 27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com



Ethiopian Airlines Flight 302 ACCIDENT DFDR DATA

Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC 27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com



Ethiopian Airlines Flight 302 ACCIDENT DFDR DATA

Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC  27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com



Ethiopian Airlines Flight 302 ACCIDENT DFDR DATA

LAST MINUTE OF FLIGHT

Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC  27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com



Ethiopian Airlines Flight 302 ACCIDENT DFDR DATA

LAST 30 SECONDS OF FLIGHT

Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC  27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com



ESTIMATED TRENDS TO IMPACT

Ethiopian Airlines Flight 302 ACCIDENT DFDR DATA

Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC 27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com



Ethiopian Airlines Flight 302 ACCIDENT DFDR DATA + SRTM ELEVATION DATA

Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC  27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com



24



Charles M. Pereira    TSSC, Inc.    PO Box 96    Nags Head, NC  27959    252.216.6291    fax 800.901.1499
NTSB409@gmail.com