# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge Weisman |

**BOEING'S RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* NO. 9
TO BAR REFERENCES TO THE CIRCUMSTANCES OF
PLAINTIFFS' COUNSELS' EMPLOYMENT OR COUNSELS' FEES**

Boeing does not oppose Plaintiffs' Motion *in Limine* No. 9 because, unless Plaintiffs open the door, Boeing does not intend to introduce evidence of or argue about "the timing or circumstances under which Plaintiffs' counsel were employed, the manner in which Plaintiffs' attorneys are compensated, or the existence of contingency fee agreements." Mot. at ¶ 1.

The court should deny the motion as moot.

| | |
|---|---|
| DATED: February 27, 2023 | **THE BOEING COMPANY** |
| | By: /s/ *Dan K. Webb* <br> *One of Its Attorneys* |

Dan K. Webb
dwebb@winston.com
Christopher B. Essig
cessig@winston.com
Julia M. Johnson
jmjohnson@winston.com
Samuel M. Zuidema
szuidema@winston.com
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600

Andrew E. Tauber
atauber@winston.com
**Winston & Strawn LLP**
1901 L St. NW
Washington, D.C. 20036
Phone: (202) 282-5000

Michael Scoville
MScoville@perkinscoie.com
Mack Shultz
MShultz@perkinscoie.com
Christopher M. Ledford
CLedford@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Jon R. Buck
JBuck@perkinscoie.com
**PERKINS COIE LLP**
110 N. Wacker Dr., Suite 3400
Chicago, Illinois 60606-1511
Phone: (312) 324-8400
Fax: (312) 324-9400

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Dan K. Webb*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600