**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Huguette Debets, et al.
Plaintiff,
v.
Boeing Co., The, et al.
Defendant.

Case No.: 1:19−cv−02170
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 9, 2023:

MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 4/6/23 at 11:00 a.m. The parties report that the cases set for trial on 3/20/23 have been resolved. Jury trial previously set for 3/20/23 is stricken. For the reasons stated on the record, Motion numbers [1612], [1615], [1616] and [1631] are denied as moot. Boeing's sealed motion [1586] is denied in part as to the supplemental opinions of the Pegram Plaintiff's expert Dr. Hidalgo. Plaintiffs' response to that motion shall be filed by 3/23/23; Boeing's reply shall be filed by 3/30/23. Boeing's reply to Plaintiffs' consolidated response to Boeing's motions in limine [1638] shall be filed by 3/23/23. The parties' joint oral motion for mediation is granted. The parties are directed to file a joint status report by 4/3/23 setting pretrial deadlines for the June 5 trial. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.