**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge Weisman |

**BOEING'S RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* NO. 10
TO BAR ANY REFERENCE, COMMENT, MENTION, INSINUATION, OR
SUGGESTION THAT PLAINTIFFS OR THEIR ATTORNEYS ARE MOTIVATED BY
GREED, OR ARE OTHERWISE IMPROPERLY MOTIVATED**

As Boeing assured Plaintiffs during the parties' most recent meet-and-confer, Boeing does not intend to make any comments referring to Plaintiffs' or their attorneys' motivations for bringing suit. The court should therefore deny Plaintiffs motion *in limine* #10 as moot.

| | |
|---|---|
| DATED: May 26, 2023 | **THE BOEING COMPANY** |
| | By: /s/ *Dan K. Webb* |
| | *One of Its Attorneys* |

Dan K. Webb
dwebb@winston.com
Christopher B. Essig
cessig@winston.com
Julia M. Johnson
jmjohnson@winston.com
Samuel M. Zuidema
szuidema@winston.com
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600

Andrew E. Tauber
atauber@winston.com
**Winston & Strawn LLP**
1901 L St. NW
Washington, D.C. 20036
Phone: (202) 282-5000

Michael Scoville
MScoville@perkinscoie.com
Mack Shultz
MShultz@perkinscoie.com
Christopher M. Ledford
CLedford@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Jon R. Buck
JBuck@perkinscoie.com
**PERKINS COIE LLP**

1

110 N. Wacker Dr., Suite 3400
Chicago, Illinois 60606-1511
Phone: (312) 324-8400
Fax: (312) 324-9400

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Dan K. Webb*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600