# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Huguette Debets, et al.

                            Plaintiff,

v.                                                             Case No.: 1:19−cv−02170

                                                                      Honorable Jorge L. Alonso

Boeing Co., The, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2023:

       MINUTE entry before the Honorable Jorge L. Alonso: Pretrial conference held and continued to 6/14/23 at 2:30 p.m. The Court makes the following rulings on the parties' motions: [1532] is granted in part and denied in part; [1534] is granted; [1536] is granted; [1537] is granted as it is moot; [1538] is withdrawn; [1541] is denied; [1542] is granted; [1586] is granted; [1587] is granted; [1594] is withdrawn; [1596] is granted; [1598] is granted; [1600] is denied; [1601] is granted in part and denied in part; [1603] is denied; [1605] is granted in part and denied in part; [1701] is granted as it is moot; [1703] is denied; [1705] is granted ; [1706] is granted; [1726] is granted; [1729] is denied without prejudice; [1736] is granted in part and denied in part; [1741] is granted; [1755] is granted. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.