**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 |
| This Document Relates To: | Judge Jorge L. Alonso |
| JOHN BARASA ZATA, Individually as Surviving Spouse, and as Special Representative and Special Administrator of the Estate of KAROLINE AADLAND, Deceased, and on behalf of all Surviving Beneficiaries | Magistrate Judge M. Davis Weisman |
| Case No.: 1:19-cv-05103 | |

**AGREED MOTION FOR SETTLEMENT APPROVAL AND
DISMISSAL WITH PREJUDICE**

Plaintiff, JOHN BARASA ZATA, Individually as Surviving Spouse, and as Special Representative and Special Administrator of the Estate of KAROLINE AADLAND, Deceased, and on behalf of all Surviving Beneficiaries, by his undersigned attorneys respectfully move this Court for an order approving the settlement of all claims relating to the death of Karoline Aadland (the "Decedent"), and dismissing those claims with prejudice, and in support thereof state as follows:

**FACTS**

1.  Decedent was a passenger on board a Boeing 737 MAX 8 aircraft, registered as ET-AVJ (the "Subject Aircraft") and operated by Ethiopian Airlines as Flight ET302 from Addis Ababa, Ethiopia to Nairobi, Kenya on March 10, 2019.

2.  Flight ET302 crashed in Ethiopia shortly after takeoff, killing all 157 persons aboard the aircraft, including the Decedent.

1

3. Plaintiff, JOHN BARASA ZATA was appointed Wrongful Death Special Administrator of the Estate of KAROLINE AADLAND by the Circuit Court of Cook County, Illinois, County Department, Law Division, pursuant to 740 ILCS 180/2.1 on July 24, 2019, and Special Representative of the Estate of KAROLINE AADLAND by the Circuit Court of Cook County, Illinois, County Department, Law Division, pursuant to 735 ILCS 5/13-209, on January 20, 2021.

4. Plaintiffs asserted wrongful death and survival actions arising out of the death of the Decedent in the crash of ET302 and on behalf of Decedent's Estate, heirs, and wrongful death beneficiaries, which includes the following:

   a. John Barasa Zata (husband)

   b. Knut Aadland (father)

   c. Marianne Aadland (mother).

5. Plaintiff's attorneys have thoroughly investigated this matter and are intimately familiar with the facts and circumstances of this case, including Plaintiff JOHN BARASA ZATA's and Decedent's parents' damages, Defendants' legal defenses, relevant legal authorities in both Illinois and abroad, and the evidence in discovery to date. Plaintiff's counsel has adequately evaluated all aspects of this matter on behalf of Plaintiff and the Decedent's Estate, heirs, and wrongful death beneficiaries.

**PLAINTIFF'S ALLEGATIONS**

6. Plaintiff filed his complaint on July 29, 2019, and subsequently adopted the Master Compliant filed in the Lead Case in this consolidated matter alleging negligence, breach of warranty and strict products liability claims against Defendant. Plaintiff's present operative

pleading, his First Amended Short Form Complaint and Notice of Adoption of Master Complaint, was filed on March 9, 2021.

7. Plaintiff alleges, among other things, that Defendant The Boeing Company designed, manufactured, assembled and sold the Subject Aircraft.

8. Plaintiff alleges that the Subject Aircraft was defective and negligently designed, manufactured and/or assembled.

9. Plaintiff alleges that as a direct and proximate result of this alleged defective condition, and negligent design, manufacture and assembly, the Subject Aircraft crashed into terrain near Addis Ababa, Ethiopia, resulting in the death of the Decedent.

10. Plaintiff further alleges that as a direct and proximate result of the alleged defective condition, and negligent design, manufacture and assembly of the Subject Aircraft, Plaintiff and Decedent's heirs, and wrongful death beneficiaries have suffered loss of support, loss of net accumulations, loss of household services, loss of care, comfort, companionship, guidance and society, mental anguish, grief and sorrow, as well as various other damages as a result of the death of the Decedent.

**PLAINTIFF'S DAMAGES**

11. Decedent Karoline Aadland was 28 years old at the time of her death. The Decedent was employed by the Norwegian Red Cross, and was travelling onboard Flight ET302 for work.

12. The Decedent is survived by her husband and parents, identified in paragraph 4 above.

**DEFENDANT'S POSITION**

13. Defendant Boeing agrees and stipulates, for purposes of this consolidated litigation

only, that it is liable to Plaintiff and Plaintiff's Decedent's next of kin for all compensatory damages resulting from the death of Plaintiff's Decedent. (Dkt. #1217-1).

## SETTLEMENT AGREEMENT

14. Plaintiff and Defendant engaged in mediation before retired Cook County Circuit Court Chief Judge O'Connell and have reached an agreement to settle all the claims of Plaintiff (including Plaintiff's claims on behalf of Decedent's Estate, heirs, and wrongful death beneficiaries) against all Defendants.

15. As a condition of the settlement, the parties have agreed to keep the amount of the settlement confidential.

16. A sealed declaration providing the terms of the settlement and allocation of proceeds will be provided to the Court separately and filed under seal.

17. In connection with mediation of these claims and in the course of negotiating settlement, Plaintiff's counsel considered the strength of Plaintiff's claims against the Defendants, Defendants' asserted defenses, and various other relevant factors.

18. Plaintiff's counsel has extensive experience representing international aviation disaster victims' families, and specialize in aviation litigation. Plaintiff's counsel believes the settlement amount to be fair and reasonable based on their experience and all the above-stated considerations.

19. Retired Chief Judge O'Connell has a great deal of experience as a judge and mediator in aviation matters, and also believes this settlement to be fair and reasonable for all parties.

20. Plaintiff's counsel has fully explained all the above facts to Plaintiff and Decedent's heirs and wrongful death beneficiaries, and they agree that the settlement amount is

fair and reasonable.

21. Plaintiff's counsel conferred with counsel for Defendant Boeing, and counsel for Defendant stated Boeing agrees with the relief requested herein.

22. Accordingly, Plaintiff seeks the Court's approval of this settlement.

WHEREFORE, the Parties pray that this Court enter an Order:

a. Finding that the undersigned, Justin T. Green, Kreindler & Kreindler LLP and local counsel Smith LaCien LLP have appropriately represented the interests of Plaintiff and the Decedent's Estate, heirs and wrongful death beneficiaries, and that Plaintiff JOHN BARASA ZATA has in turn competently served as Special Administrator and Special Representative;

b. Approving on behalf of the Decedent's Estate, heirs, and wrongful death beneficiaries the settlement of all claims against Defendant resulting from the death of Decedent Karoline Aadland aboard Flight ET302 (including Plaintiff's claims on behalf of Decedent's Estate, heirs and all surviving beneficiaries);

c. Dismissing Plaintiffs' action with prejudice and without costs against any party; and,

d. Providing Plaintiff with such other relief as this Court may deem just.

Dated: June _8_, 2023  Respectfully submitted,

By: /s/ Justin T. Green
Justin T. Green
jgreen@kreindler.com
Vincent Lesch
vlesch@kreindler.com
Kreindler & Kreindler LLP
485 Lexington Avenue
New York, New York 10017

T: (212) 687-8181

Todd Smith
tsmith@smithlacien.com
Brian LaCien
blacien@smithlacien.com
Smith LaCien LLP
70 West Madison Street #2250
Chicago, Illinois 60602
T: 312-509-8900
*Attorneys for Plaintiff John Barasa Zata*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on June 8 , 2023, I electronically filed the foregoing **AGREED MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE** with the Court using the CM.ECF system, which will send notification of such filing to all attorneys of record.

         */s/ Todd Smith*
         Todd Smith
         *tsmith@smithlacien.com*
         SMITH LACIEN LLP
         70 West Madison Street #2250
         Chicago, IL 60602
         T: 312-509-8900