# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge M. David Weisman |

## JOINT STATUS REPORT

On July 11, Judge Alonso ordered the next trial will proceed on November 6, 2023, with a final pretrial order submission and motions in limine filed by September 28, 2023. He further ordered Boeing to notify Plaintiffs on August 1, 2023 of its selection of six cases from the remainder of the trial pool to proceed on that date. By agreement of the parties Boeing will notify Plaintiffs of its trial cases selection on July 25, 2023. While Plaintiffs were allowed time to respond to Boeing's selection, the parties believe it prudent to put an expert discovery schedule in place now, in anticipation of proceeding with the cases selected by Boeing on July 25 (or resolving any disagreement shortly thereafter). Therefore, the parties propose the following schedule for expert discovery specific to the November 6, 2023 trial cases:

| | |
|---|---|
| August 11, 2023 | Plaintiffs disclose expert reports |
| September 1, 2023 | Boeing discloses expert reports |
| September 21, 2023 | Expert depositions completed |

Case-specific discovery is ongoing, and the parties are expected to focus on the upcoming trial cases through September 21, 2023. The parties request further status with this Court if they receive further orders from Judge Alonso regarding subsequent trial settings.

Dated: July 13, 2023

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Robert A. Clifford | Dan K. Webb |
| *rac@cliffordlaw.com* | *dwebb@winston.com* |
| Kevin P. Durkin | Christopher B. Essig |
| *kpd@cliffordlaw.com* | *cessig@winston.com* |
| Tracy A. Brammeier | Julia Mano Johnson |
| *tab@cliffordlaw.com* | *jmjohnson@winston.com* |
| John V. Kalantzis | WINSTON & STRAWN LLP |
| *jvk@cliffordlaw.com* | 35 W. Wacker Dr. |
| CLIFFORD LAW OFFICES, P C. | Chicago, Illinois 60601 |
| 120 N. LaSalle Street | (312) 588-5600 |
| 36th Floor | |
| Chicago, Illinois 60602 | Mack H. Shultz, Jr. |
| (312) 899-9090 | *MShultz@perkinscoie.com* |
| | Michael Scoville |
| Justin T. Green | *MScoville@perkinscoie.com* |
| Anthony Tarricone | Christopher M. Ledford |
| Brian J. Alexander | *CLedford@perkinscoie.com* |
| Daniel O. Rose | PERKINS COIE LLP |
| Megan W. Benett | 1201 Third Avenue Suite 4900 |
| Andrew J. Maloney III | Seattle, Washington 98101-3099 |
| Erin R. Applebaum | 206-359-8000 |
| KREINDLER & KREINDLER LLP | |
| 485 Lexington Avenue | Jonathan R. Buck |
| 28th Floor | *jbuck@perkinscoie.com* |
| New York, NY 10017-5590 | Daniel T. Burley |
| | *dburley@perkinscoie.com* |
| Steven C. Marks | PERKINS COIE LLP |
| Ricardo M. Martinez-Cid | 131 South Dearborn St. |
| Kristina M. Infante | Suite 1700 Chicago, IL 60603 |
| PODHURST ORSECK, P.A. | 312-324-8400 |
| SunTrust International Center, Suite 2300 | **Attorneys for The Boeing Company** |
| One S.E. Third Avenue | |
| Miami, Florida 33131 | |
| **On behalf of all Plaintiffs** | |

|  | Garrett Joseph Fitzpatrick<br>garrett.fitzpatrick@fitzhunt.com<br>FITZPATRICK & HUNT, PAGANO, AUBERT, LLP<br>12 E. 49th Street<br>31st Floor<br>NY, NY 10017<br>212-937-4002<br><br><br>Nicholas C. Bart<br>*nick.bart@fitzhunt.com*<br>Shane B. Nichols *Shane.nichols@fitzhunt.com*<br>FITZPATRICK & HUNT, PAGANO, AUBERT, LLP<br>20 S. Clark St.<br>Suite 2620 Chicago, IL 60603<br>312-728-4902<br>**Attorneys for Rosemount Aerospace, Inc.** |
|---|---|