**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT**

**I.      Trial cases**

The following cases are set for trial on November 6, 2023:

- Estate of Danielle Moore (19-cv-03846)
    – Backup: Estate of Chunming Wang (19-cv-15756)
    – Backup: Estate of Ama Tesfamariam (19-cv-06079)
- Estate of Camille Geoffroy (20-cv-04788)
    – Backup: Estate of George Kabugi (19-cv-06025)
    – Backup: Estate of Christine Alalo (19-cv-06077)

The parties are working to prepare these cases for trial and have agreed upon a schedule of exchanges leading to the filing of the pre-trial order on September 28, 2023.

**II.      Discovery Status**

Discovery common to all cases is complete. Case-specific discovery is ongoing, with the parties currently focused on the upcoming trial cases.  In the six November trial cases, 41 fact depositions are currently scheduled to take place before September 15, with at least nine additional depositions expected to be scheduled for the trial cases.  Case-specific expert reports are in the process of being exchanged with Plaintiffs providing their expert reports to Boeing on August 11 and August 18, and Boeing providing its responsive expert reports on September 1 and 11.  Case-specific expert depositions remain to be scheduled and are expected to take place by September 21.

1

### III. Settlement and Mediation Status

To date, cases filed in the Northern District of Illinois involving 101 decedents have been resolved by settlements, including 14 settlements in principle reached since the parties were last before the Court on July 11, 2023. The parties are continuing to work to schedule additional mediations and are exploring using the streamlined mediation approach for an additional group of cases.

Dated: August 11, 2023

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Robert A. Clifford | Dan K. Webb |
| *rac@cliffordlaw.com* | *dwebb@winston.com* |
| Kevin P. Durkin | Christopher B. Essig |
| *kpd@cliffordlaw.com* | *cessig@winston.com* |
| Tracy A. Brammeier | Julia Mano Johnson |
| *tab@cliffordlaw.com* | *jmjohnson@winston.com* |
| John V. Kalantzis | WINSTON & STRAWN LLP |
| *jvk@cliffordlaw.com* | 35 W. Wacker Dr. |
| CLIFFORD LAW OFFICES, P C. | Chicago, Illinois 60601 |
| 120 N. LaSalle Street | (312) 588-5600 |
| 36th Floor | |
| Chicago, Illinois 60602 | Mack H. Shultz, Jr. |
| (312) 899-9090 | *MShultz@perkinscoie.com* |
| | Michael Scoville |
| Justin T. Green | *MScoville@perkinscoie.com* |
| Anthony Tarricone | Christopher M. Ledford |
| Brian J. Alexander | *CLedford@perkinscoie.com* |
| Daniel O. Rose | PERKINS COIE LLP |
| Megan W. Benett | 1201 Third Avenue Suite 4900 |
| Andrew J. Maloney III | Seattle, Washington 98101-3099 |
| Erin R. Applebaum | 206-359-8000 |
| KREINDLER & KREINDLER LLP | |
| 485 Lexington Avenue | Jonathan R. Buck |
| 28th Floor | *jbuck@perkinscoie.com* |
| New York, NY 10017-5590 | Daniel T. Burley |
| | *dburley@perkinscoie.com* |
| Steven C. Marks | PERKINS COIE LLP |
| Ricardo M. Martinez-Cid | 131 South Dearborn St. |
| Kristina M. Infante | Suite 1700 Chicago, IL 60603 |

2

| | |
|---|---|
| PODHURST ORSECK, P.A.<br>SunTrust International Center, Suite 2300<br>One S.E. Third Avenue<br>Miami, Florida 33131<br>**On behalf of all Plaintiffs** | 312-324-8400<br>**Attorneys for The Boeing Company** |
| | Garrett Joseph Fitzpatrick<br>garrett.fitzpatrick@fitzhunt.com<br>FITZPATRICK & HUNT, PAGANO,<br>AUBERT, LLP<br>12 E. 49th Street<br>31st Floor<br>NY, NY 10017<br>212-937-4002<br><br><br>Nicholas C. Bart<br>*nick.bart@fitzhunt.com*<br>Shane B. Nichols *Shane.nichols@fitzhunt.com*<br>FITZPATRICK & HUNT, PAGANO,<br>AUBERT, LLP<br>20 S. Clark St.<br>Suite 2620 Chicago, IL 60603<br>312-728-4902<br>**Attorneys for Rosemount Aerospace, Inc.** |

3