**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>*This filing relates to:*<br><br>MOHAMED NAJEH SAAFI, Individually as a Surviving Sibling and as Special Administrator and Special Representative of the Estate of KARIM SAAFI, Deceased, and on behalf of all Surviving Beneficiaries,<br><br>Case No. 1:19-cv-04382 | Lead Case No.   1:19-cv-02170<br><br>District Judge:   Hon. Jorge L. Alonso<br><br>Magistrate Judge: Hon. M. David Weisman |

**AGREED MOTION FOR SETTLEMENT APPROVAL AND
DISMISSAL WITH PREJUDICE**

Plaintiff MOHAMED NAJEH SAAFI, Individually as a Surviving Sibling and as Special Administrator and Special Representative of the Estate of KARIM SAAFI, Deceased, (the "Decedent"), and on behalf of all Surviving Beneficiaries, by their undersigned attorneys respectfully moves this Court for an order approving the settlement of all claims relating to the death of KARIM SAAFI, and dismissing those claims with prejudice, and in support thereof states as follows:

**FACTS**

1.     Decedent was a passenger on board a Boeing 737 MAX 8 aircraft, registered as ET-AVJ (the "Subject Aircraft") and operated by Ethiopian Airlines as Flight ET302 from Addis Ababa, Ethiopia to Nairobi, Kenya on March 10, 2019.

2.     Flight ET302 crashed in Ethiopia shortly after takeoff, killing all 157 persons aboard the aircraft, including the Decedent.

1

3. Plaintiff MOHAMED NAJEH SAAFI was appointed Special Administrator of the Estate of Karim Saafi by the Circuit Court of Cook County, Illinois, County Department, Law Division on June 27, 2019, and Special Representative for Survival Actions of the Estate of Karim Saafi by the Circuit Court of Cook County, Illinois, County Department, Law Division on January 20, 2021.

4. Plaintiff asserted wrongful death and survival actions arising out of the death of the Decedent in the crash of Flight ET302 and on behalf of the Decedent's surviving family, which includes the following:

   a. Tahar Saafi (father)
   b. Latifa Bouslama Saafi (mother)
   c. Mohamed Najeh Saafi (brother)
   d. Anice Saafi (brother)
   e. Sonia Saafi (sister)
   f. Wissem Saafi (brother)
   g. Amel Saafi (sister)
   h. Lamya Saafi (sister)
   i. Fadwa Gmiden (fiancé)

5. Plaintiff's attorneys have thoroughly investigated this matter and are intimately familiar with the facts and circumstances of this case, including the legal claims and damages, Defendant's legal defenses, relevant legal authorities in both Illinois and abroad, and evidence from investigation and discovery to date. Plaintiff's counsel has adequately evaluated all aspects of this matter on behalf of the Decedent's Estate, heirs, and wrongful death beneficiaries (all of whom are members of the same family whose claims and interests do not conflict).

**PLAINTIFF'S ALLEGATIONS**

6. Plaintiff filed their Complaint on June 28, 2019 alleging negligence, breach of warranty and strict products liability claims against Defendant in this consolidated matter and subsequently adopted the Master Complaint filed in the Lead Case in this consolidated matter.

7. Plaintiff alleges, among other things, that Defendant The Boeing Company designed, manufactured, assembled, and/or sold the Subject Aircraft.

8. Plaintiff alleges that the Subject Aircraft was defective and negligently designed, manufactured, and/or assembled.

9. Plaintiff alleges that as a direct and proximate result of this alleged defective condition, and negligent design, manufacture, and/or assembly, the Subject Aircraft crashed into terrain near Addis Ababa, Ethiopia, resulting in the death of the Decedent.

10. Plaintiff further alleges that as a direct and proximate result of the alleged defective condition, and negligent design, manufacture and/or assembly of the Subject Aircraft, the Decedent's heirs, and wrongful death beneficiaries have suffered loss of support, loss of net accumulations, loss of household services, loss of care, comfort, companionship, guidance and society, mental anguish, grief and sorrow, as well as various other damages as a result of the death of the Decedent.

**PLAINTIFF'S DAMAGES**

11. Decedent KARIM SAAFI was 38 years-old at the time of his death. Decedent was a passenger on Flight ET302 and was traveling on behalf of the African Diaspora Youth Forum in Europe (ADYFE) to attend a meeting of the Economic, Social, and Cultural Council of the African Union.

12. The Decedent is survived by both his parents, six siblings, and his fiancé, as identified in paragraph 4 above.

## DEFENDANT'S POSITION

13. Defendant Boeing agrees and stipulates, for purposes of this consolidated litigation only, that it is liable to Plaintiff and Plaintiff's Decedent's next of kin for all compensatory damages resulting from the death of Plaintiff's Decedent. (Dkt. #1217-1).

## SETTLEMENT AGREEMENT

14. Plaintiff and Defendant engaged in mediation before retired Cook County Circuit Court Chief Judge Donald O'Connell and have reached an agreement to settle all claims asserted by Plaintiff on behalf of Decedent's Estate, heirs, and wrongful death beneficiaries against Defendant.

15. As a condition of the settlement, the parties have agreed to keep the amount of the settlement confidential.

16. A sealed Declaration providing the terms of the settlement and distribution among the heirs and wrongful death beneficiaries will be provided to the Court separately and filed under seal.

17. In connection with mediation of these claims and in the course of negotiating settlement, Plaintiff's counsel considered the strength of Plaintiff's claims against the Defendant, Defendant's asserted defenses, and various other relevant factors.

18. Plaintiff's counsel has extensive experience in aviation litigation and in representing the interests of families of victims of international aviation accidents. Plaintiff's counsel believes the settlement amount to be fair and reasonable based on their experience and

all the above-stated considerations.

19. Retired Chief Judge Donald O'Connell has a great deal of experience as a judge and mediator in aviation matters, and also believes this settlement to be fair and reasonable for all parties.

20. Plaintiff's counsel has fully explained all the above facts to Plaintiff and Decedent's heirs and wrongful death beneficiaries, and they agree that the settlement amount is fair and reasonable.

21. Plaintiff's counsel conferred with counsel for Defendant Boeing, and counsel for Defendant stated Boeing agrees with the relief requested herein.

22. Accordingly, Plaintiff seeks the Court's approval of this settlement.

WHEREFORE, the Parties pray that this Court enter an Order:

a. Finding the undersigned, Anthony Tarricone, Kreindler & Kreindler LLP and local counsel Smith LaCien LLP have appropriately represented the interests of the Plaintiff and Decedent's Estate, heirs and wrongful death beneficiaries, and that Plaintiff MOHAMED NAJEH SAAFI has in turn competently served as Special Administrator and Special Representative of the Decedent's Estate on behalf of all surviving beneficiaries;

b. Approving on behalf of the Decedent's Estate, heirs, and wrongful death beneficiaries the settlement of all claims against Defendant resulting from the death of Decedent KARIM SAAFI aboard Flight ET302 (including Plaintiff's claims on behalf of Decedent's estate, heirs, and all surviving beneficiaries);

c. Approving on behalf of the Decedent's Estate, heirs, and wrongful death beneficiaries

the distribution of net settlement proceeds consistent with the plan of distribution described in the sealed Declaration.

d. Dismissing Plaintiff's action with prejudice and without costs against any party; and,

e. Providing Plaintiff with such other relief as this Court may deem just.

Dated: August 29, 2023

/s/ *Anthony Tarricone*
Anthony Tarricone
atarricone@kreindler.com
Justin T. Green
jgreen@kreindler.com
Kreindler & Kreindler LLP
485 Lexington Avenue
New York, NY 10017
T: 212-687-8181

Todd Smith
tsmith@smithlacien.com
Brian LaCien
blacien@smithlacien.com
Smith LaCien LLP
70 West Madison Street #2250
Chicago, Illinois 60602
T: 312-509-8900

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023 I electronically filed the foregoing **AGREED MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE** with the Court using the CM.ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Todd Smith*
Todd Smith
*tsmith@smithlacien.com*
SMITH LACIEN LLP
70 West Madison Street #2250
Chicago, IL 60602
T: 312-509-8900