**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) |
| | Honorable Jorge L. Alonso |
| SOLOMON TEZERA, Individually and as Liquidator of the Estate of AMA TESFAMARIAM, deceased, and as Special Administrator and Special Representative of the Estate of AMA TESFAMARIAM, deceased and as Guardian of RUTH SOLOMON, | Magistrate Judge M. David Weisman |
| *This filing relates to: 19-cv-6079* | |

**AGREED MOTION FOR ORDER REGARDING ISSUANCE OF U.S. VISAS**

Plaintiffs, through their respective counsel, request that this Court enter the attached Order regarding the Issuance of U.S. Visas in this matter and, in support, state as follows:

1. On July 11, 2023 [Dkt. 1795], this Honorable Court set a trial date in these consolidated cases for November 6, 2023.

2. On July 26, 2023 Defendant Boeing selected Plaintiffs' case as one of the matters to proceed to trial.

3. These Plaintiffs need to adequately prepare their cases for trial. They also need to have their witnesses testify before the Court.

4. Plaintiffs and their witnesses are in need of the appropriate U.S. visa which will allow them to enter the U.S, both for preparation of their cases for trial and to attend the trials themselves.

5. Given the length of time needed to complete the required paperwork and processes mandated by the U.S. Department of State, Plaintiffs need to begin the visa process without delay.

6. This Honorable Court has issued a standing order to expeditiously and efficiently address facilitating travel for Plaintiffs and their witnesses [Dkt. 1444].

7. This Honorable Court has also previously issued an Agreed Order, for use in the Plaintiffs' visa interviews and applications [Dkt. 1448].

8. Defendants have no objection to the issuance of the attached Agreed Order.

WHEREFORE, Plaintiffs respectfully request that the Court issue the attached Agreed Order regarding the Issuance of U.S. Visas.

Dated: September 25, 2023

/s/Robert A. Clifford
Robert A. Clifford
rac@cliffordlaw.com
Kevin P. Durkin
kpd@cliffordlaw.com
Tracy A. Brammeier
tab@cliffordlaw.com
John V. Kalantzis
jvk@cliffordlaw.com
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023, I electronically filed the foregoing Agreed Motion for Order Regarding Issuance of U.S. Visas with the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Robert A. Clifford
Robert A. Clifford
RAC@CliffordLaw.com
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, 36th Floor
Chicago, IL 60602
312-899-9090