**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) |
| | Honorable Jorge L. Alonso |
| | Magistrate Judge M. David Weisman |
| SINTAYEHU ABEBAW WONDMSIGEGN as Special Administrator for the ESTATE OF ATO MULUGETA ASFAW, deceased, | |
| *This filing relates to: 19-cv-6077* | |

## <u>UNOPPOSED MOTION FOR ORDER REGARDING ISSUANCE OF U.S. VISAS</u>

Plaintiff Sintayehu Abebaw Wondmsigegn, through his respective counsel, requests that this Court enter the attached Order regarding the Issuance of U.S. Visas in this matter for Yewebdar Abebaw Wondmsigegn and her minor children ("the Asfaw family") and, in support, state as follows:

1.      Plaintiff Sintayehu Abebaw Wondmsigegn, Special Administrator of the Estate of Ato Mulugeta Asfaw on behalf of his sister Yewebdar Abebaw Wondmsigegn, makes this request. Yewebdar is the widow of Ato Mulugeta Asfaw, who perished in the crash of flight ET 302. She and her three minor children, M.M. Asfaw, Y.M. Asfaw, and A.M. Asfaw, whom she shares with her deceased husband, are in need of the appropriate visas to travel to the United States to conduct their scheduled in-person depositions.

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA 98101
Phone (206) 622-8000 ● Fax (206) 682-2305

2.      In accordance with the Court's standing order [Dkt. 1444], Plaintiff's counsel has conferred with Defendants regarding the issuance of a visa for the above mentioned in-person depositions

3.      Defendants have no objection to this motion or the attached Agreed Order.

4.      Counsel must be able to meet in person to adequately conduct these depositions and, by extension, preserve evidence.

5.      Because Ethiopia is currently in a state of civil war, it is much safer for the parties to come to the United States than for counsel to travel to Ethiopia. Their depositions are scheduled to start the week of December 4, 2023.

6.      The State Department travel advisory currently in place for Ethiopia is "Level 3: Reconsider Travel" due to sporadic violent conflict, civil unrest, crime, communications disruptions, terrorism and kidnapping in border areas.[1]

7.      Given the length of time needed to complete the required paperwork and processes mandated by the U.S. Department of State, Plaintiffs need to begin the visa process without delay.

8.      The Asfaw family is in need of assistance from this Honorable Court with regard to the application process and the Consular Officers before whom they are required to appear for an interview in order to obtain the appropriate U.S. visas.

9.      Plaintiff proposes that this Court enter the attached Order, for use in their applications for the appropriate U.S. visa and during the required Consular interviews for same.

10.      This Honorable Court has previously issued similar orders regarding plaintiffs' visa interviews and applications [*see* Dkts. 1448, 1804, and 1806].

---

[1] Ethiopia Travel Advisory, U.S. Department of State (Sept. 8, 2023)
https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/ethiopia-travel-advisory.html.

WHEREFORE, Plaintiffs respectfully request that the Court issue the attached Agreed Order regarding the Issuance of U.S. Visas.

DATED:  September 27, 2023

SCHROETER, GOLDMARK & BENDER
*/s/ Alisa Brodkowitz*
Alisa Brodkowitz, *Pro hac vice*
Attorney for Plaintiffs
401 Union Street, Suite 3400
Seattle, WA 98101
Phone: (206) 889-6438
Fax: (206) 682-2305
alisa@sgb-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I electronically filed the foregoing Agreed Motion for Order Regarding Issuance of U.S. Visas with the Court using the CM/ ECF system, which will send notification of such filing to all attorneys of record.

/s/ Robin Keller
Robin B. Keller, Paralegal
SCHROETER GOLDMARK BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone: 206-622-8000
Fax: 206-682-2305
Email: keller@sgb-law.com