IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge M. David Weisman |
| SINTAYEHU ABEBAW WONDMSIGEGN as Special Administrator for the ESTATE OF ATO MULUGETA ASFAW, deceased, <br><br> *This Filing relates to: 1:19-cv-04242* | |

### ORDER ON MOTION FOR ISSUANCE OF VISAS

This case is before the Court on the Plaintiffs' Unopposed Motion for Order Regarding the Issuance of U.S Visas. Having reviewed that motion and the Court being fully advised, IT IS HEREBY ORDERED:

1. Plaintiff Sintayehu Abebaw Wondmsigegn's unopposed motion for the Issuance of U.S. Visas **IS GRANTED**.

2. Based on the need to adequately prepare for and take their depositions, Yewebdar Abebaw Wondmsigegn, the widow of Ato Mulugeta Asfaw (who perished in the crash of flight ET 302) and their children M.M. Asfaw, Y.M. Asfaw, and A.M. Asfaw, should be given appropriate visas to travel to the United States. The depositions are scheduled for the week of December 4, 2023.

3.  Given the length of time needed to complete the required paperwork and processes mandated by the U.S. Department of State, the visa process should begin without delay.

4.  Yewebdar Abebaw Wondmsigegn, M.M. Asfaw, Y.M. Asfaw, and A.M. Asfaw may use this Agreed Order in their application and during the Consular Interview for the appropriate U.S. visas, as confirmation of their status as parties to this proceeding, and the Court's desire that they be permitted to travel to the United States to confer with their counsel, and to participate as parties and witnesses to the trials and proceedings as scheduled.

IT IS SO ORDERED.

DATED: _____ of ____, 2023

_____
Honorable M. David Weisman
United States Magistrate Judge