## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Helena Yonatan Zerihun, et al.
                                         Plaintiff,

v.                                                          Case No.: 1:19–cv–02170
                                                            Honorable Jorge L. Alonso

Boeing Co., The, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 28, 2023:

    MINUTE entry before the Honorable M. David Weisman: Unopposed motion for order regarding issuance of U.S. Visas [1853] is granted. Enter order. Motion hearing set for 10/2/23 is stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.