IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) |
| | Honorable Jorge L. Alonso |
| BAYIHE DEMISSIE TEGEGN, Individually and as Liquidator of the Estate of ELIZABETH MINWUYELET, deceased, and as Special Administrator and Special Representative of the Estate of ELIZABETH MINWUYELET, deceased and as Guardian of MAYAWE BAYIHE DEMISSIE, | Magistrate Judge M. David Weisman |
| *This filing relates to: 19-cv-8285* | |

**AGREED MOTION FOR ORDER REGARDING ISSUANCE OF U.S. VISAS**

Plaintiffs, through their respective counsel, request that this Court enter the attached Order regarding the Issuance of U.S. Visas in this matter and, in support, state as follows:

1. Plaintiff's case is currently pending before this Honorable Court. He is a citizen of Ethiopia, though is currently a U.S. resident.

2. Though this Court has not set any further trial dates, this Plaintiff needs to adequately prepare his case for trial. He also needs to have witnesses testify before the Court, including his sister, Tsegerida Berhanu Ejie, and Plaintiff's decedent's sister, Betelhem Minwuyelet Wubete, both of whom are Ethiopian citizens.

3. Plaintiff's witnesses are in need of the appropriate U.S. visas which will allow them to enter the U.S, both for preparation and to attend the trials themselves.

4. Given the length of time needed to complete the required paperwork and processes mandated by the U.S. Department of State, Plaintiff needs to begin the visa process without delay and cannot wait until the next trial setting by this Court.

5. This Honorable Court has issued a standing order to expeditiously and efficiently address facilitating travel for Plaintiffs and their witnesses [Dkt. 1444].

1

6. This Honorable Court has also previously issued an Agreed Order, for use in the Plaintiffs' visa interviews and applications [Dkt. 1448].

7. Defendant has no objection to the issuance of the attached Agreed Order.

WHEREFORE, Plaintiff respectfully requests that the Court issue the attached Agreed Order regarding the Issuance of U.S. Visas.

Dated: December 12, 2023

/s/Robert A. Clifford
Robert A. Clifford
rac@cliffordlaw.com
Kevin P. Durkin
kpd@cliffordlaw.com
Tracy A. Brammeier
tab@cliffordlaw.com
John V. Kalantzis
jvk@cliffordlaw.com
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 12, 2023, I electronically filed the foregoing Agreed Motion for Order Regarding Issuance of U.S. Visas with the Court using the CM/ ECF system, which will send notification of such filing to all attorneys of record.

                /s/ Robert A. Clifford
                Robert A. Clifford
                RAC@CliffordLaw.com
                CLIFFORD LAW OFFICES, P.C.
                120 North LaSalle Street, 36th Floor
                Chicago, IL 60602
                312-899-9090