# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Helena Yonatan Zerihun, et al.

                          Plaintiff,

v.                                                         Case No.: 1:19–cv–02170
                                                                      Honorable Jorge L. Alonso

Boeing Co., The, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

       MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Agreed Motion for settlement approval and dismissal with prejudice [1983] is granted. Plaintiff MAGNUS MONTELIUS, As Special Representative and Special Administrator of the Estate of ALEXANDRA WACHTMEISTER, Deceased, and on behalf of all Surviving Beneficiaries' claims in case number 21–cv–00628 are dismissed with prejudice. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.