UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE ETHOPIAN AIRLINES FLIGHT ET 302 CRASH** | ) ) ) | **Lead Case: 19 CV 2170** |
| | | **District Judge: Jorge L. Alonso** |
| | | **Magistrate Judge: M. David Weisman** |

## ORDER

Magistrate motion hearing held. Oral argument heard on Plaintiff's Motion for Limited Relief from the May 4, 2020, Amended Protective Order [2105]. For the reasons stated on the record, the Court finds good cause to modify the protective order; accordingly, Plaintiff's Motion for Limited Relief from the May 4, 2020, Amended Protective Order [2105] is granted over Boeing's objection. Any individuals receiving or reviewing the documents to be provided to the Department of Justice must be identified and sign the Acknowledgement and Agreement to be bound by the controlling Protective Order in this matter. The amended protective order shall include a provision giving Boeing three (3) business days' notice of any documents Plaintiff intends to provide to the Department of Justice. In that regard, the amended protective order shall state that general relevance objections as to the production of these documents will not be entertained, but if the documents contain information that is of significant commercial interest to Boeing or Boeing has a concern that the documents contain classified information, it may seek appropriate relief from the Court within 3 business days' of receiving notice from Plaintiff. As to Boeing's request that the amended protective order contain a provision allowing Boeing to ask the government to designate documents as secret under Federal Rule of Criminal Procedure 6(e)(2), the Court denied the request at this time given the time constraints at issue, but stated it is open to modifying the protective order on this ground if circumstances call for it and it is an appropriate exercise of this Court's authority. Status hearing set for 6/20/24 will be begin at 12:00 p.m. rather than at 2:00 p.m. [TIME CHANGE ONLY]. A joint proposed Amended Protective Order containing language in accordance with the Court's rulings today shall be submitted to the Court's proposed order inbox no later than COB on 6/19/24. While the precise language to amend the protective order remains to be completed, this Court's order granting relief sought by plaintiffs is effective as of entry of this order. See Federal Rule of Civil Procedure 72(a) (providing for 14 days "after being served with a copy" of magistrate judge order to appeal). Parties may appear in person or dial in using the Court's conference call in number. The conference call-in number is 1-855-244-8681 and the access code is 2316 422 1828##. Counsel MUST send an email to Courtroom Deputy, Alyssia Owens, Alyssia_Owens@ilnd.uscourts.gov, at least three days before the hearing. Counsel other than lead counsel appearing telephonically cannot speak during the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

T: (00:40)

DATED: June 17, 2024

_____
M. David Weisman
United States Magistrate Judge