IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | |
| CHEN ZHAO, Individually, as Heir and Successor in Interest of YETAO JIN, deceased, | Case No. 19-cv-02170 |
| | Honorable Jorge L. Alonso |
| Plaintiff, | Magistrate Judge M. David Weisman |
| v. | *This filing pertains to case No. 19-cv-06153* |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AEROSPACE, INC., Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation, | |
| Defendants. | |

## NOTICE OF MOTION

TO:     ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on the 16th day of July 2024 at 9:30 AM or as soon thereafter as counsel may be heard, the parties will appear before the Honorable Judge Jorge L. Alonso in courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street in Chicago, Illinois, and present **PLAINTIFF'S MOTION TO SEAL.**

Dated:  July 10, 2024                                  **PLAINTIFFS**

/s/ Robert A. Clifford
Robert A. Clifford
rac@cliffordlaw.com
Kevin P. Durkin
kpd@cliffordlaw.com
Tracy A. Brammeier
tab@cliffordlaw.com

1

John V. Kalantzis
jvk@cliffordlaw.com
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090


Frank M. Pitre
fpitre@cpmlegal.com
John P. Thyken
jthyken@cpmlegal.com
Nabilah A. Hossain
nhossain@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-0577

Zhidong Wang
Z. Wang & Associates, P.C.
20 S. Clark Street, Suite 750
Chicago, IL 60603
(O) 312-782-1668 (F) 312-782-1669
zwang@wanglawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2024, I electronically filed the foregoing Notice of Motion using the CM/ ECF system, which will send notification of such filing to all attorneys of record.

I further certify that I have sent notice of the filing to the below as follows:

Chen Zhao through her attorneys Clifford Law Offices

Jianzhen Li through attorney Zhidong Wang

Ang Jin via his email address: b6505581828@gmail.com

/s/ Robert A. Clifford
Robert A. Clifford
RAC@CliffordLaw.com
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, 36th Floor
Chicago, IL 60602
312-899-9090