IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| JOSHUA MWAZO BABU and EMILY CHELANGAT BABU, Individually and as Co-Personal Representatives of the Estate of JARED BABU MWAZO, deceased. | *This Filing Relates to: Case No. 19-cv-5562* |

**MOTION FOR LEAVE TO FILE UNDER SEAL MOVANTS' MOTION TO WITHDRAW AS COUNSEL FOR THE ESTATE OF JARED BABU MWAZO**

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rules 5.8 and 26.2, Movants, Clifford Law Offices and Cotchett, Pitre & McCarthy, respectfully seek leave to file under seal their Motion to Withdraw as Counsel for the Estate of Jared Babu Mwazo ("Motion to Withdraw"), which will be filed immediately after this motion for leave:

1. This action arises out of the wrongful death of Jared Babu Mwazo ("Jared") who died in the crash of Ethiopian Airlines Flight 302 on March 10, 2019. His wife, Mercy Ngami Ndivo ("Mercy") also died in the crash. Jared's case is pending before this Honorable Court as 19-cv-5562. Mercy's case is pending before this Honorable Court as 19-cv-5563.

2. Movants' Motion to Withdraw contains information regarding Movants' representation of Jared's Estate, including litigation strategy and attorney-client communications, all of which are confidential pursuant to Ill. R. Prof'l Conduct (2010) R. 1.6 (eff. Jan. 1, 2010).

3. Movants are revealing to this Honorable Court the aforementioned confidential information pursuant to their obligations under Ill. R. Prof'l Conduct (2010) R. 1.6(6), "to comply

with other law or a court order;" and R. 1.16 "[to] withdraw from representation of a client if: ***(3) the lawyer is discharged."

4. Placing the Motion to Withdraw under seal will not prejudice any party and will serve the interests of justice and equity in this case.

5. Pursuant to Local Rule 26.2, Movants are concurrently and provisionally filing the Motion to Withdraw under seal.

WHEREFORE, for the foregoing reasons, Movants respectfully request that an Order be issued sealing Movants' Motion to Withdraw as Counsel for the Estate of Jared Mwazo Babu.

Dated: July 11, 2024         s/ Robert A. Clifford

Robert A. Clifford (ARDC No. 0461849)
Kevin P. Durkin (ARDC No. 3127906)
Tracy A. Brammeier (ARDC No. 6317792)
John V. Kalantzis (ARDC No. 6283187)
Yvette C. Loizon  (ARDC No. 6274036)
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, 36th Floor
Chicago, IL 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com
ycl@cliffordlaw.com

Joseph W. Cotchett
Frank M. Pitre
John P. Thyken
Nabilah A. Hossain
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
fpitre@cpmlegal.com
jthyken@cpmlegal.com
nhossain@cpmlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, I electronically filed the foregoing Motion for Leave to File Under Seal with the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I further certify that I have sent notice of the instant filing to the following via electronic mail:

Eric C. Onyango
Prime Legal, LLC
222 N. Columbus Drive, #1507
Chicago, IL 60601
eriquelaw@gmail.com

/s/ Robert A. Clifford
Robert A. Clifford
RAC@CliffordLaw.com
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, 36th Floor
Chicago, IL 60602
312-899-9090