**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Helena Yonatan Zerihun, et al.

Plaintiff,

v.                                                      Case No.: 1:19–cv–02170
                                                         Honorable Jorge L. Alonso

Boeing Co., The, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 26, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiffs' Agreed motion to approve settlement of claims and dismiss all claims with prejudice [2251] is granted. Plaintiffs Ivy Nduta Macharia and Joy Macharia, individually and on behalf of the Estate of Juliah Mwashi, deceased's claims in case number 19–cv–4004 and Plaintiff Kevin J. Conway, as Special Administrator for the Estate of Juliah Mwashi Ingasiana's claims in case 19–cv–4074 are dismissed with prejudice. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.