```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

IN RE:   ETHIOPIAN AIRLINES         ) Lead Case No. 19 CV 2170
FLIGHT ET 302 CRASH,                )
                                    )
                                    )
                                    ) Chicago, Illinois
                                    ) December 4, 2024
                                    ) 10:04 a.m.


                      TRANSCRIPT OF STATUS HEARING
                  BEFORE THE HONORABLE JORGE L. ALONSO
                      UNITED STATES DISTRICT COURT


APPEARANCES:

For the Plaintiffs:       CLIFFORD LAW OFFICES
                          BY: MR. ROBERT CLIFFORD
                              MR. KEVIN DURKIN (Telephonic)
                              MS. TRACY A. BRAMMEIER
                              MR. JOHN V. KALANTZIS
                          120 North LaSalle Street, 36th Floor
                          Chicago, Illinois 60602


For Certain               PODHURST ORSECK, PA
Plaintiffs:               BY: MS. KRISTINA M. INFANTE
                          One SE Third Avenue, Suite 2300
                          Miami, Florida 33131


For Certain               PODHURST ORSECK, PA
Plaintiffs:               BY: MR. STEVEN C. MARKS (Telephonic)
                          2525 Ponce de Leon, Suite 500
                          Coral Gables, Florida 33134


For Certain               BARTLETT CHEN LLC
Plaintiffs:               BY:  MR. AUSTIN BARTLETT (Telephonic)
                          77 West Wacker Drive, Suite 4500
                          Chicago, Illinois 60601


For Certain               MOTLEY RICE LLC
Plaintiffs:               BY: MS. MARY SCHIAVO (Telephonic)
                          28 Bridgeside Boulevard
                          Mount Pleasant, South Carolina 29464
```

```
 1     APPEARANCES:   (Continued)
 2

 3     For Certain              KLINE & SPECTER
       Plaintiffs:              BY: MS. ELIZABETH CRAWFORD (Telephonic)
 4                              1525 Locust Street, Floor 19
                                Philadelphia, Pennsylvania 19102
 5

 6     For Certain              KREINDLER & KREINDLER
       Plaintiffs:              BY: MR. BRIAN J. ALEXANDER (Telephonic)
 7                              750 Third Avenue
                                New York, New York 10017
 8

 9     For Certain              MARK LINDQUIST LAW
       Plaintiffs:              BY: MR. MARK LINDQUIST (Telephonic)
10                              100 South 9th Street
                                Tacoma, Washington 98402
11

12     For Certain              KREINDLER & KREINDLER
       Plaintiffs:              BY: MR. JUSTIN T. GREEN (Telephonic)
13                              485 Lexington Avenue, 28th Floor
                                New York, New York 10017
14

15     For Certain              PRIME LEGAL, LLC
       Plaintiffs:              BY: MR. ERIC CARLOS ONYANGO (Telephonic)
16                              222 North Columbus Drive, Suite 1507
                                Chicago, Illinois 60601
17

18     For Defendant Boeing:    WINSTON & STRAWN LLP
                                BY: MR. DAN K. WEBB
19                                  MS. JULIA M. JOHNSON
                                    MR. NATHAN R. GILBERT
20                              35 West Wacker Drive
                                Chicago, Illinois 60601
21

22                              PERKINS COIE LLP
                                BY: MR. CHRISTOPHER LEDFORD (Telephonic)
23                              1201 Third Avenue, Suite 4900
                                Seattle, Washington 98101
24

25
```

```
1    APPEARANCES (Continued)

2

     For Defendants            FITZPATRICK, HUNT & PAGANO, LLP
3    Rosemount                 BY:  MR. SHANE B. NICHOLS (Telephonic)
     Aerospace, Inc.,          10 South LaSalle Street, Suite 3400
4    and Rockwell Collins:     Chicago, Illinois 60603

5

6

7    Court Reporter:           ANGIE PHIPPS, RMR, CRR, FCRR
                               Official Court Reporter
8                              219 S. Dearborn Street, Room 1902
                               Chicago, Illinois 60604
9                              312.818.6683

10
                                   * * * * *
11                     PROCEEDINGS REPORTED BY STENOTYPE
           TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | (Proceedings commenced in open court at 10:04 a.m.) |
| 2 | COURTROOM DEPUTY:  All rise. |
| 3 | THE COURT:  Thank you.  Be seated, please. |
| 4 | COURTROOM DEPUTY:  This court resumes in session. |
| 5 | Case 19 CV 2170.  In re:  Ethiopian Airlines Flight |
| 6 | ET 302. |
| 7 | THE COURT:  All right.  Good morning.  Let's have the |
| 8 | attorneys identify themselves for the record.  Let's begin with |
| 9 | Mr. Clifford. |
| 10 | MR. CLIFFORD:  Thank you, Your Honor.  Good morning, |
| 11 | sir.  From Clifford Law, we have in court Robert Clifford, |
| 12 | Tracy Brammeier, and John Kalantzis, and on the phone I believe |
| 13 | we have Kevin Durkin.  And the other two counsel at the table |
| 14 | would like to identify themselves, Judge. |
| 15 | MS. INFANTE:  Good morning, Your Honor.  Kristina |
| 16 | Infante of Podhurst Orseck. |
| 17 | MR BARTLETT:  Good morning, Your Honor.  Austin |
| 18 | Bartlett of BartlettChen, and my co-counsel, Mark Lindquist of |
| 19 | Mark Lindquist Law, is also on the phone. |
| 20 | THE COURT:  Okay.  And for the defense. |
| 21 | MR. ALEXANDER:  Good morning, Your Honor.  Brian |
| 22 | Alexander from Kreindler & Kreindler. |
| 23 | (Unintelligible transmission.) |
| 24 | THE COURT:  One more time, Counsel. |
| 25 | MR. ONYANGO:  This is Eric Onyango for the Babus. |

1  MR. GREEN: Justin Green from Kreindler & Kreindler.
2  MR. MARKS: Steven Marks with Podhurst Orseck.
3  MS. SCHIAVO: Mary Schiavo with Motley Rice.
4  (Unintelligible transmission.)
5  THE COURT: One more time, Counsel.
6  MS. CRAWFORD: Elizabeth Crawford with the law firm of
7  Kline & Specter.
8  THE COURT: Any other attorneys for plaintiffs?
9  (No response.)
10  All right. For the defense, Mr. Webb.
11  MR. WEBB: Yes, Your Honor. Good morning. For
12  Boeing, in the courtroom, we've got Dan Webb, Julia Johnson,
13  and Nathan Gilbert from Winston & Strawn. And I don't know
14  whether Mr. Ledford may be on the phone from Perkins Coie, also
15  for Boeing.
16  MR. LEDFORD: Good morning. Chris Ledford for Boeing
17  as well.
18  THE COURT: All right. Anyone else?
19  MR. NICHOLS: This is Shane Nichols on the phone for
20  defendant Rockwell Collins and Rosemount Aerospace.
21  THE COURT: All right. We're set for status, and the
22  parties were kind enough to confer, as directed, and to file a
23  joint status report; and, importantly, the parties were able to
24  agree regarding the next trial. That trial is set for
25  April 7th of next year, five months from now.

1	And I will adopt the agreed order.  Case number one is
2	the Belanger case.  Case number two is the Dieci case.
3	That's 21 1210 and 19 8282.  And the backup case for Belanger
4	is Seex; the backup case for Dieci is Lewis.
5	The parties have disagreements on what should take
6	place after that, but turning again to April, let me set out
7	the deadlines.  I'm going to set a pretrial conference for
8	March 31st at 11:00 a.m., and I'll set the other deadlines.
9	COURTROOM DEPUTY:  The pretrial order and motions in
10	limine will be due Monday, March 3rd, and responses will be due
11	Monday, March 17th.
12	THE COURT:  And, again, the pretrial conference is
13	3/31 at 11:00.  That's regarding the four cases that are set
14	for trial.
15	In terms of July, the parties disagree about which
16	case should be set for trial.  I don't want to overcomplicate
17	things.  I've considered both positions regarding which of the
18	families' cases should be set.
19	Boeing points out that the Vaidya-Dixit case is
20	actually six cases in one setting as opposed to four cases,
21	but, again, I don't want to overcomplicate things.  And for the
22	simple reason that the Njoroge case is ready or will be ready
23	in early January, over Boeing's objection, I'm going to set the
24	Njoroge case for trial in July.
25	And does that mean that it's a one-week trial that I'm

1  setting in July?

2  MR. CLIFFORD: Yes, Your Honor.

3  THE COURT: Boeing agrees?

4  MR. WEBB: Yes.

5  THE COURT: All right. So I'm going to set a trial
6  beginning on the 14th of July.

7  MR. WEBB: Your Honor, can I raise one issue on that
8  just as a possible -- I'll call it -- a courtesy?

9  Thank you. The main in-house lawyer for Boeing has
10 been over the years Allison Kendrick. She has notified me this
11 morning one of her children is getting married right at the end
12 of June, and so she was asking whether there's any
13 possibility -- whether you could do it possibly towards the
14 last weekend in July. If you can't, obviously, we accept it,
15 okay? I don't know your schedule. But I'm making the request
16 to see if there's any possibility of moving it a little later
17 in July.

18 MR. CLIFFORD: And, Your Honor, that would conflict
19 with a whole bunch of other things as well on this side.

20 THE COURT: All right. Unfortunately, it does
21 conflict also with my calendar, as well.

22 MR. WEBB: Thank you, Your Honor.

23 THE COURT: Thank you. So, with apologies, I'm going
24 to set it for that week, July 14th, which is a Monday, for a
25 one-week trial. We can set other deadlines, including a

1    pretrial conference, after the April trials.
2            And in terms of what happens thereafter, Mr. Webb, is
3    Boeing in agreement that it makes sense to set another trial in
4    November?
5            MR. WEBB:  We do not, Your Honor.  By the way -- So
6    our position is, there could very well be the need for another
7    trial someday -- whether it's the end of this year or first of
8    next year; however, I respectfully suggest that we hold off on
9    setting that date because, first of all, most of the remaining
10   cases, most of them, are with Mr. Clifford that are not
11   settled.  I think there's 22 decedent cases, setting aside the
12   Babu and Stumo case for reasons Your Honor understands.
13           There's going to be a concerted effort to settle
14   cases, and Mr. Clifford and I have had some initial
15   discussions.  I'm not going to get into that, but there will be
16   a concerted effort.
17           So knowing what cases would ever go to trial and
18   whether any really need -- if we wait until after the April
19   trial, we'll know more about what's going on if we try a case
20   in April and that could affect other cases, and, like, we have
21   mediations already set for next.  I would respectfully ask that
22   we wait until after the April trial to set another trial,
23   either to determine what cases would go to trial or what date
24   the case would go.  That's our request.
25           MR. CLIFFORD:  And, Your Honor, from the plaintiffs'

1    perspective, we would oppose the notion of not setting another
2    date in 2025.
3             I didn't have a problem until -- actually, it was the
4    idea of what -- what cases would go.  But the idea of
5    suggesting that whatever cases are left can go to trial in the
6    seventh calendar year from this crash is just unthinkable to
7    these families.
8             We left the last status thinking out loud that, okay,
9    we're going to have April, we're going to have July, maybe
10   October, no later than November, for the next and that might be
11   it.  And we still think that.
12            And so what we would ask you to do is to target a
13   two-week period -- whether it's October, or the Court just
14   suggested November -- just target it.  That's your two weeks.
15   Whatever is left, we're going to try it in that two-week
16   period.  We can revisit that after April.  We don't have a
17   problem with that.  But just giving these families some hope
18   that, in fact, there will be resolution of all these cases in
19   2025 would be a really positive thing.
20            THE COURT:  All right.  Mr. Webb, what I'm going to do
21   is -- And the only thing I'll do is reserve two weeks beginning
22   on November 3rd.  So it will be November 3rd and November 10th;
23   those two weeks will be reserved.  It helps me and helps the
24   parties by making sure I don't set something else, and it will
25   help the magistrate judge, and it will help the parties.  We

1    will revisit which cases will go, if any, but I will set aside
2    those two weeks with the idea of setting another round or
3    whatever is left, excluding Babu and Stumo, on those dates.
4                MR. WEBB:  Your Honor, obviously, I accept your
5    ruling.  I'll just point out, I have another major trial set
6    for November 3rd.  It's been set for some time by the court.
7    I'll just report back to you later.  I'm not trying to have you
8    change the date.  That case has been set for some time.  It's a
9    major trial here in Chicago.  But who knows what will happen to
10   that case.  So I'm not asking you to change anything.  I'm just
11   alerting you, if I have to come back in later and explain why
12   that other case didn't resolve itself, whether it's going, I
13   reserve the right to do that and accept your schedule that
14   you've given me.
15               THE COURT:  Okay.  All right.  And that is 11 months
16   into the future, right?
17               MR. WEBB:  Yes.
18               THE COURT:  All right.  So the parties should plan
19   accordingly.
20               We've got a trial set April 7th.  We've got a trial
21   set July 14th.  That is the Njoroge trial.  And we have got
22   two weeks reserved in November.  We will talk about what
23   happens in November.  And as Boeing pointed out, there are
24   complications regarding the six or seven remaining cases.
25               Ms. Infante is here from Podhurst, correct?

1  MS. INFANTE: Yes, Your Honor.

2  THE COURT: All right. Ms. Infante, what do you
3  suggest regarding the Abdalla cases, 19 CV 3677 and 19 CV 2348?
4  Any suggestions going forward? My thought is to specifically
5  set those two cases for status on the next court date.

6  MS. INFANTE: I think that would be a good idea,
7  Your Honor.

8  In addition with respect to the Abdalla case, we have
9  a forthcoming motion that the Court can hear our full briefing.
10  But as the Court knows, there's two people purporting to be
11  personal representatives on behalf of the same estate, so the
12  motion will be basically to ask the Court to, essentially,
13  require that only the personal representative properly
14  appointed as special administrator that went through the proper
15  process, which is our client, that should be the only case; and
16  to the extent there are others claiming to be beneficiaries of
17  the estate, that's something that can be handled later because,
18  of course, the personal representative would have duties toward
19  all beneficiaries.

20  I don't mean to preview the full merits of the motion
21  here. I just wanted to alert the Court to that motion, that
22  that should be filed probably by later this week.

23  So hopefully we can, sort of, clear up that
24  complication in terms of, you know, the procedural issue of
25  having two competing cases on behalf of the same estate, but I

1 like Your Honor's suggestion of a status to be set specifically
2 on those cases.
3     THE COURT: All right. I will specifically set those
4 two cases as well as the lead case for the next court date.
5     It's a unique situation. It may have come up, or
6 almost come up in this case with the Tanner case, but I think
7 it was worked out. But it seems to me that, perhaps -- Again,
8 it's an unusual situation, but perhaps a motion to intervene
9 makes sense, but, again, just a thought. I'll set those two
10 cases specifically for status.
11     Anyone here from Wisner? Is Mr. Wisner present?
12   (No response.)
13     All right. I will note that Mr. Wisner represented to
14 me at some point that, if he loses in the Moroccan Supreme
15 Court, the case is over for me. That's what he represented to
16 me some time ago back in August, I believe, of this year.
17     MS. INFANTE: Yes, Your Honor. Just a little
18 information on that. Our latest update from the Moroccan
19 counsel is that Mr. Wisner's client has not appeared at the
20 last three hearings in Morocco and they have had to be
21 canceled. So, again, our motion will come with an affidavit
22 and an update for the Court on the Moroccan proceedings.
23     THE COURT: Okay. But has the Moroccan Court spoken
24 on this issue, ruled?
25     MS. INFANTE: It has already ruled in favor of our

1  client being the rightful wife and only wife permitted, you
2  know, under Moroccan law to proceed.
3           There has been now this additional challenge
4  that's essentially -- you know, I think in our terms would be
5  considered res judicata -- because it's essentially
6  relitigating the same issue that's been decided by the high
7  court in Morocco.  I'm happy to lay out the full procedural
8  history via affidavit for the Court's consideration on the next
9  motion.
10          THE COURT:  All right.  I'll set those two cases for
11 trial, and I will specifically also -- in addition to whatever
12 motion is filed, I will direct the plaintiffs' attorneys on
13 those cases to confer and file a joint status report.  The
14 defendant can have input if the defendant wants to have input
15 on that report.
16          MR. WEBB:  Okay.
17          THE COURT:  Mr. Clifford, what makes sense in terms of
18 next steps, next court date?
19          MR. CLIFFORD:  Thinking out loud, we'd love to see,
20 like, in late January.
21          MR. WEBB:  That's fine.
22          THE COURT:  Okay.  I'll set a court --
23          MR. CLIFFORD:  We'd love to see it beforehand, Judge,
24 but, I mean, you know.
25          THE COURT:  Well, we do have this other issue, so

1   perhaps mid-January.
2           MR. CLIFFORD:  Sure.
3           THE COURT:  Let me look at my trial schedule.
4           MR. WEBB:  That's fine.  Mid-January is fine.
5           MR. CLIFFORD:  Maybe the week of January 13, Judge?
6           COURTROOM DEPUTY:  Wednesday, January 15th, at
7   9:00 a.m.
8           THE COURT:  Let's get a short, inexpensive status
9   report regarding the remaining cases ahead of that January 15th
10  court date.
11          MR. CLIFFORD:  Yes, sir.
12          THE COURT:  And the parties should not be shy about
13  suggesting that we don't need that court date if we don't need
14  that court date.
15          MR. CLIFFORD:  Yes, sir.
16          MR. WEBB:  That's fine.
17          THE COURT:  All right.  Thank you, everyone.
18          MR. CLIFFORD:  Thank you, Judge.
19          MR. WEBB:  Thank you, Your Honor.
20     (Court adjourned at 10:23 a.m.)
21                          *  *  *  *  *
22     I certify that the foregoing is a true and correct
23  transcript of the status hearing in above-entitled matter.
24
    _/s/ ANGIE PHIPPS_____          _December 6, 2024_
25  ANGIE PHIPPS, RMR, CRR, FCRR
    Official Court Reporter