# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Helena Yonatan Zerihun, et al.
                              Plaintiff,

v.                                                   Case No.: 1:19–cv–02170
                                                          Honorable Jorge L. Alonso

Boeing Co., The, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso:Status hearing held and continued to 1/15/25 at 9:00 a.m. The parties are directed to file a joint status report 3 days prior to the hearing. Final Pretrial Order shall be emailed to Judge Alonso 9;s proposed order email address by 3/3/25. Motions in limine with supporting memoranda shall be filed by 3/3/25; responses shall be filed by 3/17/25. Final Pretrial Conference set for 3/31/25 at 11:00 a.m. Jury trial remains set for 4/7/25 at 9:00 a.m. Jury trial for the Njoroge case set for 7/14/25 at 9:00 a.m. Jury trial set for the weeks of 11/3/25 and 11/10/25 at 9:00 a.m. Parties who are unable to attend the status hearing by phone may appear telephonically. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 650–479–3207 and the access code is 1804010308. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.