```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE:   ETHIOPIAN AIRLINES        ) Lead Case No. 19 CV 2170
FLIGHT ET 302 CRASH,               )
                                   )
                                   ) Chicago, Illinois
                                   ) January 15, 2025
                                   ) 9:00 a.m.


            TRANSCRIPT OF PROCEEDINGS - STATUS HEARING
              BEFORE THE HONORABLE JORGE L. ALONSO
                   UNITED STATES DISTRICT COURT


APPEARANCES:

For the Plaintiffs:     CLIFFORD LAW OFFICES
                        BY: MR. ROBERT CLIFFORD
                            MR. KEVIN DURKIN
                            MS. TRACY A. BRAMMEIER (Telephonic)
                            MR. JOHN V. KALANTZIS
                        120 North LaSalle Street, 36th Floor
                        Chicago, Illinois 60602


For Certain             WISNER LAW FIRM
Plaintiffs:             BY: MR. FLOYD WISNER (Telephonic)
                        161 North Clark Street, Suite 1600
                        Chicago, Illinois 60601


For Certain             KLINE & SPECTER
Plaintiffs:             BY: MS. ELIZABETH CRAWFORD (Telephonic)
                        1525 Locust Street, Floor 19
                        Philadelphia, Pennsylvania 19102


For Certain             KREINDLER & KREINDLER
Plaintiffs:             BY: MR. JUSTIN T. GREEN (Telephonic)
                        485 Lexington Avenue, 28th Floor
                        New York, New York 10017
```

```
 1   APPEARANCES:  (Continued)

 2
     For Defendant Boeing:    WINSTON & STRAWN LLP
 3                            BY: MR. DAN K. WEBB
                                  MS. JULIA M. JOHNSON
 4                            35 West Wacker Drive
                              Chicago, Illinois 60601
 5

 6                            PERKINS COIE LLP
                              BY: MR. CHRISTOPHER LEDFORD (Telephonic)
 7                            1201 Third Avenue, Suite 4900
                              Seattle, Washington 98101
 8

 9
     For Defendants           FITZPATRICK, HUNT & PAGANO, LLP
10   Rosemount                BY:  MR. SHANE B. NICHOLS (Telephonic)
     Aerospace, Inc.,         10 South LaSalle Street, Suite 3400
11   and Rockwell Collins:    Chicago, Illinois 60603

12

13

14   Court Reporter:          ANGIE PHIPPS, RMR, CRR, FCRR
                              Official Court Reporter
15                            219 S. Dearborn Street, Room 1902
                              Chicago, Illinois 60604
16                            312.818.6683

17
                              * * * * *
18             PROCEEDINGS REPORTED BY STENOTYPE
       TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
19

20

21

22

23

24

25
```

1       (Proceedings had in open court.)
2              COURTROOM DEPUTY:  All rise.
3              THE COURT:  Thank you.  Be seated, please.
4              COURTROOM DEPUTY:  United States District Court for
5    the Northern District of Illinois is now in session.  The
6    Honorable Jorge Alonso presiding.
7              Case 19 CV 2170.  In Re:  Ethiopian Airlines Flight
8    ET 302.
9              THE COURT:  All right.  Good morning.  We are here in
10   court.  Let's have the attorneys identify themselves for the
11   record.
12             MR. CLIFFORD:  Thank you, Your Honor.  Good morning.
13   For the plaintiff, Robert Clifford, John Kalantzis, and Kevin
14   Durkin in court.
15             MS. BRAMMEIER:  Tracy Brammeier.
16             THE COURT:  I'm sorry.  One more time.
17             MS. BRAMMEIER:  Tracy Brammeier on the phone,
18   Your Honor.
19             MR. WISNER:  And, Your Honor, Floyd Wisner on the
20   phone for the Plaintiff Seex.
21             MS. CRAWFORD:  Good morning, Your Honor.  Elizabeth
22   Crawford here on the phone.
23             MR. GREEN:  Justin Green on the phone.
24             THE COURT:  One more time, Counsel.
25             MR. GREEN:  Justin Green for the plaintiffs, on the

1 phone.

2 THE COURT: All right. Any other plaintiffs' counsel
3 present on the phone?

4 (No response.)

5 All right. And for Boeing?

6 MR. WEBB: Yes, Your Honor. For Boeing, here in the
7 courtroom, Dan Webb and Julia Johnson are present for Boeing,
8 and I think maybe Mr. Chris Ledford may be on the call for
9 Boeing from Perkins.

10 MR. LEDFORD: Yes. Good morning, Your Honor.

11 THE COURT: Good morning. Mr. Ledford is present.

12 Anyone else present for Boeing or the other defendant?

13 MR. NICHOLS: Shane Nichols on the phone for Rosemount
14 Aerospace and Rockwell Collins.

15 THE COURT: All right. And there are plenty of issues
16 and motions pending and trial set.

17 We've got a trial coming up April 7th. We've already
18 set deadlines and set the pretrial conference date. That date
19 is March 31st of this year at 11:00. We've got the Njoroge
20 case set in July, and then I reserved a trial date in November.
21 Anything regarding that?

22 The April trials are Belanger and Dieci. The backup
23 cases are Lewis and Seex. Mr. Clifford, anything regarding
24 those cases that are set in April?

25 MR. CLIFFORD: The statuses, Judge, that -- and I am

1  in contact with Mr. Lindquist and Bartlett on the Belanger
2  case. Everyone is getting ready.
3      Dieci is a family from Italy. Some members of the
4  family were recently in Chicago giving depositions. I've been
5  in touch with the extended family in Rome. So they're ready.
6      I happen to be in touch with Mr. Romanucci on the
7  backup case. That's 1B, the Martin case. So I know they're
8  getting ready.
9      Everyone is gearing up, and we will be prepared to do
10 what you expect of us in April.
11     MR. WEBB: Yes, Your Honor. On the April 7th trial,
12 Boeing -- Mr. Clifford and I have had discussions about his
13 case, and we're open to continue to use Judge O'Connell to try
14 to resolve cases, as we've done in the past, and will continue
15 to do so to try to resolve the April cases, but they're not
16 resolved right now.
17     THE COURT: All right. And in the past, on a couple
18 of rounds, the parties asked me to enter an order directing the
19 parties to --
20     MR. CLIFFORD: You've done that, but we don't need
21 that here. I mean, we've got a program in place, and we both
22 freely speak with Judge O'Connell. Just yesterday -- I think
23 it was yesterday. But just yesterday, I sent to Mr. Webb a
24 demand and outline on the Dieci case, an updated. So I'm sure
25 he'll respond and it will be that, "Let's get together with

1 Judge O'Connell." I would expect that.

2 THE COURT: All right. So we've got our deadlines.
3 Does it make sense to set the pretrial conference as the next
4 court date, March 31st? That is some time off. Does it make
5 more sense to come back? I know there are other issues to
6 discuss. But does it make sense to come back in --

7 MR. CLIFFORD: The 31st seems good for us on the
8 plaintiffs' side, and if you want to -- because it helps me to
9 have that date in place because the families will come in for
10 that, as they have in the past, for your final pretrial. And
11 if your rulings on outstanding things warrant bringing us in
12 ahead of time, we'll be here.

13 MR. WEBB: I think that's fine. If there's any
14 movement on the settlement front, we would obviously notify
15 Your Honor as soon as we have any information.

16 THE COURT: Okay. And that will become apparent also
17 as motions are filed --

18 MR. WEBB: That's correct.

19 THE COURT: -- if something is resolved.

20 MR. WEBB: That's correct.

21 MR. CLIFFORD: Yes, sir.

22 THE COURT: All right. So the next court date will be
23 the pretrial conference date of 3/31 at 11:00. I'll also call
24 it a status date.

25 Turning next to the issues involving Shafi and Abdi,

1   those cases are 19 3677 and 19 2348.  Mr. Wisner is on the
2   phone.  And regarding Shafi, any attorneys present?
3           Is Mr. Marks present?
4           (No response.)
5           Mr. Wisner, you're with us?
6           MR. WISNER:  Yes, I am, Judge.
7           THE COURT:  All right, Mr. Wisner.  I did grant the
8   motion that purported to be unopposed.  It was the motion
9   seeking leave to intervene.
10          MR. WISNER:  Yes.
11          THE COURT:  You also were kind enough to work with
12  counsel and file a joint status report.  The motion to
13  intervene had an exhibit.
14          MR. WISNER:  Yes, Your Honor.
15          THE COURT:  It was a motion to dismiss, but there were
16  no instructions whether we were moving forward on that.  In
17  fact, the joint status report stated that negotiations were
18  ongoing.
19          MR. WISNER:  That is all accurate, Your Honor.  We're
20  not prepared to move forward on the motion to dismiss because
21  the problem still remains about the matter remaining pending
22  before the Moroccan Supreme Court.  We still don't have a
23  decision from that court.  It's promised soon, but I'm not sure
24  what "soon" means, and we hope to have it, you know, shortly.
25  But until that's decided, I don't think we could move forward

1  on a motion to dismiss. It's up to the Moroccan court, and
2  that still is pending.
3          THE COURT: So what do you suggest?
4          MR. WISNER: I suggest we put it over again briefly.
5  If Your Honor could live with another -- a month, then
6  hopefully we'll have a decision then.
7          THE COURT: All right. I will set a court date
8  specifically on those two cases, on 19 3677 and 19 2348. I
9  will set those two cases for status, and I'll direct the
10 parties to file a joint status report at least three days
11 before the next court date in approximately 30 days. I'll get
12 you that date momentarily.
13         COURTROOM DEPUTY: Tuesday, February 18th, at
14 9:00 a.m.
15         THE COURT: All right.
16         MR. WISNER: Okay.
17         THE COURT: So those two cases, 19 3677, 19 2348, the
18 next court date is February 18th at 9:00, and we'll get a joint
19 status report at least three days before the next court date.
20         Mr. Wisner, do not be shy to suggest that that court
21 date is unnecessary if, in fact, that's the case because we're
22 still waiting for the Moroccan court.
23         MR. WISNER: Yes, Your Honor.
24         THE COURT: So don't hesitate to suggest a continuance
25 or a resetting of that date.

1  MR. WISNER: Okay, Your Honor. I'll do that.
2 Thank you.
3  THE COURT: Thank you.
4  All right. So we've got two court dates. That
5 February date is only as to those two cases.
6  Mr. Clifford, anything else that we can accomplish
7 today?
8  MR. CLIFFORD: I don't think so, sir. I think
9 Mr. Webb wants to bring something up about November.
10  MR. WEBB: Your Honor, when we were before you on
11 December 4th, I think it was, at a status hearing, besides
12 setting down the April date and the July date for the Njoroge
13 case, you mentioned that you were going to put down a
14 placeholder for November 3rd and November 10th for possibly
15 more trials.
16  I called to your attention at that time -- I wanted
17 you to know that I actually have a trial set on November 3rd in
18 the Circuit Court of Cook County, but on a major case that's
19 been pending involving a lawsuit I filed against Northwestern
20 University on behalf of the terminated coach of Northwestern,
21 Mr. Fitzgerald.
22  That's a major case. I told you I would update you.
23 I can update you today. That case is not settled. I'm not
24 sure it's going to settle. And I'm just alerting you to what I
25 told you I would keep you advised about, because it's supposed

1  to be a four- to five-week trial, and it's a major trial.  And
2  I will keep updating you.  I think everyone should keep these
3  placeholders on their calendars if that's what you want us to
4  do and keep you advised about it.
5          MR. CLIFFORD:  Your Honor, if I may respond.  We view
6  your November settings as more than placeholders.  We practice
7  a lot, as Your Honor knows, over in the Circuit Court of
8  Cook County.  And I believe the case Mr. Webb is describing is
9  one case that's been consolidated with about 25 others.  I
10 mean, I can't say this absolutely, but not a lot goes forward
11 on the actual trial date over there, especially if you have
12 26 plaintiffs.
13         So I would fully expect changes in that setting, as
14 distinguished from, if you run this case out to its conclusion,
15 but for Stumo and Babu, you could be done here in November.  We
16 could be done here in November.
17         As a matter of fact, on the one matter, where we have
18 six deaths within two families, we've always viewed it -- you
19 know, that's the Vaidya-Dixit matter, we're going to be
20 encouraging Judge O'Connell to conduct mediations for those two
21 families.  And so if one of them settles and the other doesn't,
22 of those six cases, I mean, we're completely done in November
23 with those trial settings.
24         So, you know, I'm calling federal preemption.  I'm
25 embracing federal preemption here and asking you to just keep

1  those things in mind, in context, when you have to make
2  decisions about the settings.  That's all.
3              MR. WEBB:  Well, I would mention that Mr. Clifford is
4  wrong about this, and I don't want to get into the details of
5  that case, but the judge monitoring and handling that case now
6  says this case -- the reason the case has to go to trial,
7  because of the length of the case and my client can't go back
8  to work coaching until that case gets resolved.  It's a huge
9  issue.  I'm not going to get into it, but I believe the judge
10 is working really hard to keep this case on calendar for that
11 date to go forward.
12             It was picked for reasons, and so I have every reason
13 to believe it will go forward and that it's going to go
14 forward.  I don't, obviously, control the whole world in the
15 Circuit Court of Cook County, but I respectfully believe it's
16 going forward.  And it hasn't settled yet at this point, and
17 I'm not sure it's going to settle, and it's my obligation to
18 notify Your Honor of the exact status.
19             I can keep you notified every 60 days.  The last time
20 we were in court on December 4th, you thanked me for telling
21 you about it and told me to keep you advised, and I will do so,
22 and I will continue to do that.
23             THE COURT:  All right, Mr. Webb.  Thank you for
24 telling me about it.  I'm going to ask you to keep me updated
25 on status.

1                Does it make more sense to go to December, which, I
2     assume, is open now as opposed to contemplating that later?
3                MR. CLIFFORD:  Well, speaking for the families, when I
4     heard him in our private conversation describe what he just has
5     for the Court -- I, for one, loath the idea of kicking the
6     balance of this case into 2026.  So if, hypothetically, you
7     wanted to contemplate December and pick a placeholder date,
8     that might be fine, but, Judge, anything beyond that, we would
9     vehemently oppose.
10               And maybe this is where we should have -- depending
11    upon Your Honor's schedule right now, if you want us to come in
12    earlier in March or hold this off until March 31 when we're
13    here for a decision about that --
14               THE COURT:  I'm not sure Mr. Webb will know that much
15    more 30 days from now.
16               MR. WEBB:  I don't know that I will.  I really don't
17    know.  And that trial is going to last four to five weeks
18    because it is a consolidated trial, and I'll do whatever
19    Your Honor wants, but setting it --
20               MR. CLIFFORD:  What about October?  You will be
21    trial-ready then.  You will be ready to beat those guys up
22    pretty good.
23               MR. WEBB:  I've actually got another trial in Ohio.
24               Your Honor, I can keep you advised, because anything
25    can happen in that case.  I told you before we're fine with the

1   November trials if I'm not on trial.  I think, respectfully,
2   the best I can do is keep you updated, and I promise to do
3   that.
4         THE COURT:  Okay.  All right.  So the next court date,
5   then, for the consolidated case is March 31st.  The attorneys
6   will let me know if there's anything I can do before that court
7   date or anything that needs to be addressed before that court
8   date.  I anxiously await motions in limine, and we'll see
9   everybody 3/31.  I'll see the attorneys on Shafi and Abdi on
10  February 18th at 9:00.
11        MR. CLIFFORD:  Okay.
12        THE COURT:  Thank you.
13        MR. CLIFFORD:  Thank you, sir.
14        MR. WEBB:  Thank you, Your Honor.
15        THE COURT:  Thank you.  Court is in recess until 9:30.
16     (Court adjourned.)
17                          * * * * *
18     I certify that the foregoing is a correct transcript of the
19  status hearing taken on January 15, 2025, in above-entitled
20  matter.
21
22  */s/ ANGIE PHIPPS*                              *January 21, 2025*
    ANGIE PHIPPS, RMR, CRR, FCRR
23  Official Court Reporter
24
25