## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| Ex. 1 | Excerpts of Thomas R. Jenkyn Report |
| Ex. 2 | Excerpts of Dec. 15, 2022 Thomas R. Jenkyn Deposition |
| Ex. 3 | Excerpts of June 5, 2023 Final Pretrial Conference |
| Ex. 4 | Excerpts of Jan. 26, 2023 Rawson Wood Deposition |