# EXHIBIT 2

# In The Matter Of:
# ETHIOPIAN AIRLINES FLIGHT ET 302
# CRASH - DAMAGES

_____

## THOMAS RICHARD JENKYN, Ph.D.
December 15, 2022

_____

## TC REPORTING, INC.
### 1 DEERFIELD EAST - 1850
### QUOGUE, NY. 11959

THOMAS RICHARD JENKYN, Ph.D. - Vol. I

THOMAS RICHARD JENKYN, Ph.D.

Page 301

1
2  have it in AgileLaw as well.
3         MR. ESSIG:  Yes.
4         So we are going to mark it 297.  It's
5  going to be the animation that was produced with
6  the expert reports.
7         (Exhibit 297, Video animation share
8  screen by Winston and Strawn (no Bates No.),
9  marked for identification)
10        MR. ESSIG:  And we are going to play
11 it here just so we can see it.
12        (Animation played)
13 BY MR. ESSIG:
14    Q.  Had you seen that before?
15    A.  Yes.
16    Q.  I just want to ask you a couple
17 questions about some of the elements of the
18 animation.
19        There appears to be items of luggage
20 that came out from under the seats.
21        Did you see that?
22    A.  Yes.
23    Q.  You didn't direct anybody to include
24 those items?
25    A.  I did not.

Page 302

1
2    Q.  And you didn't provide any data on to
3  Eyewitness Animation about how loose items would
4  move?
5    A.  That's right.
6    Q.  We heard noises from the passengers
7  screaming and so forth.
8         Were you involved in the decision to
9  add a soundtrack of any of the noises, including
10 screaming or anything else, on the animation?
11    A.  No.
12    Q.  When you look at the animation, the
13 camera shakes somewhat during the cabin
14 animation.
15        Were you involved in the decision to
16 make that camera shake?
17    A.  I was not.
18    Q.  The g meter in the animation reaches
19 at the end approximately negative 2.4 g's.
20        In your report, you say the maximum
21 negative g's reported were negative 1.91.
22        Is that correct?
23    A.  That's what I had in my flight data
24 recorder data.
25    Q.  Okay.

Page 303

1
2         You didn't tell to Eyewitness
3  Animation to put a particular level of g's on
4  this?
5    A.  I did not.
6    Q.  And we've talked at length that you
7  assumed that all the passengers were belted,
8  right?
9    A.  Yes.
10   Q.  This animation does show one passenger
11 who is unbelted, right?
12   A.  Yes.
13   Q.  You didn't direct them to include that
14 unbelted passenger?
15   A.  No, but I did provide them with a
16 simulation where the window seat passenger was
17 unbelted, so I assume the motion is based on
18 that.
19   Q.  Okay.  Fair enough.
20        MR. ESSIG:  Go to page 32 of your
21 report.  Just look at that bottom paragraph.
22        (Pause)
23 BY MR. ESSIG:
24   Q.  It says: From the instant that the
25 nose of the aircraft struck the ground, the

Page 304

1
2  inertia of the aircraft would have continued to
3  drive itself downward into the ground.  The
4  ground would have provided an extremely large
5  reaction force in response that would have
6  rapidly and progressively destroyed the
7  structure of the aircraft nose to tail.  This
8  process of destruction from initial contact to
9  complete destruction would have occurred over a
10 very short period of time.
11        Do you see that?
12   A.  Yes.
13   Q.  The short period of time you are
14 talking about is milliseconds, right?
15   A.  Milliseconds, yes.
16   Q.  That means the destruction of the
17 airplane happens almost instantaneously?
18   A.  No.  Milliseconds is a long time.
19 It's about the length of a car crash.
20   Q.  The passengers would have perished in
21 milliseconds, though, right?
22   A.  Yeah, and you do a back-of-envelope
23 calculation, somewhere between seven and 10
24 milliseconds.
25   Q.  Are you offering any opinion about

THOMAS RICHARD JENKYN, Ph.D.

Page 305

1
2  whether the passengers had enough time to
3  experience pain in the milliseconds it took for
4  the plane to be destroyed when it impacted the
5  ground?
6      A.   I'm not, on their perception, no.
7          MR. ESSIG:  I don't think I have any
8  further questions.
9          MR. DURKIN:  All right.  Take a break
10 and we'll see where we are --
11         MR. ESSIG:  Okay.
12         THE VIDEOGRAPHER:  All right.  We are
13 going off the record.  The time is 2:09 p.m.
14         (Recess from 2:09 p.m. to 2:39 p.m.
15 Eastern Standard Time)
16         THE VIDEOGRAPHER:  We are going back
17 on the record.  The time is 2:39 p.m., and you
18 may proceed.
19 EXAMINATION
20 BY MR. DURKIN:
21     Q.   Doctor, just a few follow-up questions
22 from the examination by counsel.
23         Early on, you were talking about --
24 somehow a rollercoaster came into the
25 discussion?

Page 306

1
2      A.   Hm-hmm.
3      Q.   Is there a difference between what
4  these people went through and a rollercoaster
5  ride?
6      A.   There is, yeah.
7      Q.   Explain what that is.
8      A.   Well, generally with a rollercoaster,
9  when you are going down the bottom of a curve,
10 you are going to experience greater than 1 g
11 that's pushing you down into the seat.
12         When you come up and over the top, you
13 might get a very brief moment of weightlessness
14 or slightly negative g's, but it's a very
15 short-lived.
16         And then you go into close to free
17 fall, close to zero g, as you are coming down
18 the slope.  You don't get the large negative g's
19 that we saw during the two portions of the last
20 24 seconds.
21         The other thing with a rollercoaster
22 is you know you are doing a rollercoaster.  You
23 can see what's coming, and the restraint system
24 is designed specifically that it spreads the
25 load over your body in a way that's not

Page 307

1
2  injurious as you go on the rollercoaster and
3  experience those accelerations.
4      Q.   And you are not heading towards the
5  ground either without some type of safety
6  device?
7      A.   Of course.
8      Q.   Okay.
9          We talked about -- you did get the
10 data from Charles Pereira from the -- from
11 Boeing?
12     A.   That's right.
13     Q.   But you also relied on the data from
14 the Ethiopian government?
15     A.   So in the preliminary and interim
16 reports from the Ethiopian government, they also
17 had traces of the three directions of
18 acceleration acting on the aircraft.
19         I think I included one of -- that as
20 one of the graphs in my report.
21         And the data I got from Charles
22 Pereira was consistent with what was in the
23 reports from the Ethiopian government.
24     Q.   I see.
25         And you actually put a chart in there

Page 308

1
2  with the -- one of your charts came from the
3  government in your report?
4      A.   That's correct.
5      Q.   Okay.
6          There was a couple questions about the
7  initial work you did here about stiffness and
8  all that.
9          Is that a preliminary -- is that
10 preliminary work to set up a test?
11     A.   That's right.  So as you are setting
12 up the simulation in the first place, before you
13 are ready to start a large series of runs and
14 testing different parameters, you have got to
15 set up the simulation and get things working
16 right.
17         One of those things is you establish
18 the minimum stiffness required for the body
19 models to sit or stand in a physiological
20 manner.
21     Q.   That's a preliminary aspect?
22     A.   That's right.
23     Q.   Okay.
24         You were asked questions about you
25 weren't able to compare arm length and things

77 (Pages 305 to 308)

TC REPORTING
(516) 795-7444