# EXHIBIT 3

```
 1                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                              EASTERN DIVISION

 3                                        ) Lead Case No. 19 CV 2170
                                          )
 4   IN RE:  ETHIOPIAN AIRLINES            ) FINAL PRETRIAL
     FLIGHT ET 302 CRASH                  ) CONFERENCE
 5                                        )
                                          ) Chicago, Illinois
 6                                        ) Date: June 5, 2023
                                          ) Time: 11:00 a.m.
 7   _____

 8              TRANSCRIPT OF FINAL PRETRIAL CONFERENCE
                             HELD BEFORE
 9                THE HONORABLE JUDGE JORGE L. ALONSO
                     UNITED STATES DISTRICT JUDGE
10   _____

11                         A P P E A R A N C E S

12
     For the Plaintiffs:      Robert A. Clifford, Esq.
13                            Kevin P. Durkin, Esq.
                              Tracy A. Brammeier, Esq.
14                            Yvette C. Loizon, Esq.
                              John V. Kalantzis, Esq.
15                            Clifford Law Offices PC
                              120 North LaSalle Street, Suite 3600
16                            Chicago, Illinois  60602
                              312-899-9090
17
     For Certain              Steven C. Marks, Esq.
18   Plaintiffs:              Ricardo Martinez-Cid
                              Kristina Infante, Esq.
19                            Podhurst Orseck, PA
                              One SE Third Avenue, Suite 2300
20                            Miami, Florida  33131
                              305-358-2800
21
     (Appearances continued on the next page.)
22

23   COURT REPORTER:          Annette M. Montalvo, CSR, RDR, CRR
                              Official Court Reporter
24                            United States Courthouse, Room 1902
                              219 South Dearborn Street
25                            Chicago, Illinois  60604
                              312-818-6683
```

```
 1   APPEARANCES:   (Cont'd)

 2

 3   For Certain              Justin T. Green, Esq.
     Plaintiffs:              Kreindler & Kreindler LLP
 4                            485 Lexington Avenue, 28th Floor
                              New York, New York   10017
 5                            212-973-3414

 6

 7   For Certain              Frank M. Pitre, Esq.
     Plaintiffs:              John P. Thyken, Esq.
 8                            Nabilah A. Hossain, Esq.
                              Cotchett, Pitre & McCarthy, LLP
 9                            840 Malcolm Road, Suite 200
                              Burlingame, California   94010
10                            650-697-6000

11

12   For Certain              Zhidong Wang, Esq.
     Plaintiffs:              Z Wang & Associates, PC
13                            20 South Clark Street, Suite 750
                              Chicago, Illinois   60603
14                            312-782-1668

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES:   (Cont'd)

 2


 3   For Defendant          Dan Webb, Esq.
     The Boeing Company:    Christopher Essig, Esq.
 4                          Julia Johnson, Esq.
                            Samuel M. Zuidema, Esq.
 5                          Linda Coberly, Esq.
                            Winston & Strawn LLP
 6                          35 West Wacker Drive
                            Chicago, Illinois   60601
 7                          312-588-5600
                                 -and-
 8                          Christopher Ledford, Esq.
                            Perkins Coie LLP
 9                          1201 Third Avenue
                            Seattle, Washington   98101
10                          206-359-6642

11

12   For Defendants         (No appearance)
     Rosemount
13   Aerospace, Inc.
     and Rockwell
14   Collins:

15

16

17

18   _____
19   Proceedings reported by machine shorthand, transcript produced
     by computer-aided transcription.
20

21

22   Court Reporter:   Annette M. Montalvo, CSR, RDR, CRR

23

24

25
```

1  motions to strike, related to, again, all of the cases, not
2  just the five cases that are set for trial or backup set for
3  trial.
4        First is Boeing's motion to exclude plaintiffs'
5  expert Jenkyn, J-e-n-k-y-n.  This is number 1532 on the
6  docket.
7        I should note that all of these motions are briefed.
8  And this motion, the motion regarding the exclusion of expert
9  Jenkyn is going to be granted as to the contusion opinion, but
10 otherwise it's going to be denied.
11       As the proponents of this testimony, this expert
12 testimony, plaintiffs have the burden of establishing its
13 admissibility, and I agree with Boeing that plaintiffs have
14 failed to establish that Jenkyn's conclusions are based on
15 sufficient facts or data or are the product of a reliable
16 method as applied to this case.  Boeing convincingly argues
17 that the contusion opinions' sole support comes from the
18 Desmoulin, D-e-s-m-o-u-l-i-n, paper, and that is not
19 sufficient to support the conclusion that Jenkyn purports to
20 draw from that paper.
21       The expert admits that the paper is statistically
22 underpowered and based on sparse data.  This is at page 9 in
23 document 1532, the motion.  And the expert's other injury
24 opinions similarly are speculative and lacking in support
25 either in the factual record of this case or any applicable

1  scientific or technical literature.  So, again, the motion's
2  going to be granted as to the contusion opinion.
3              My reading of the briefing is that Boeing doesn't
4  dispute that Jenkyn can testify generally about forces exerted
5  on the passengers as the plane crashed.  Boeing argues that
6  Jenkyn is a biomechanical engineer, but rather than limit
7  himself to describing the forces that passengers on ET302
8  might have experienced and the types of injuries that might be
9  consistent with such forces, Jenkyn goes further, opining
10 that, in fact, every passenger sustained injuries and
11 experienced pain in the flight's final seconds.
12             I find that regardless of whether the passengers'
13 experience of those forces actually caused what is properly
14 characterized as pain or injury, it would have increased their
15 distress.  So it is at least relevant, based on 401's liberal
16 standard, on that basis.  So, again, I'm not sure that there's
17 a dispute about this limited issue, but to the extent that
18 there is, or to the extent that Boeing disagrees, I will allow
19 Jenkyn to testify generally about forces the passengers
20 experienced because he does have specialized expertise in
21 biomechanics.  His opinions will be useful to help the jury
22 understand what the final moments of the flight were like, and
23 they are the product of a reliable methodology.
24             So it is granted in part, but otherwise denied.
25             Next is Boeing's motion to exclude the opinion