# EXHIBIT 4

# In The Matter Of:
# ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH

_____

## RAWSON WOOD
January 26, 2023

_____

## *TC REPORTING, INC.*
*1 DEERFIELD EAST - 1850*
*QUOGUE, NY. 11959*

RAWSON WOOD - Vol. I

Page 109

```
 1   BY MR. DURKIN:
 2      Q    Okay.  How much force would have
 3   been on the lap belt when the nose of the
 4   aircraft hit the ground but they were still
 5   above the ground?
 6          MR. LEDFORD:  Objection to scope.
 7          Go ahead.
 8          THE WITNESS:  I made no
 9   calculations or detailed analysis of the
10   sequence of the crash itself; and, therefore,
11   I -- I don't know exactly what the timing or
12   the interactions or the structural changes
13   that would have occurred during the crash
14   sequence.
15   BY MR. DURKIN:
16      Q    Do you have any doubt it would be
17   enough to rip their guts apart?
18          MR. LEDFORD:  Objection to form.
19   BY MR. DURKIN:
20      Q    No, really, I mean it.
21          MR. LEDFORD:  Same objection.
22          THE WITNESS:  In my understanding
23   of the crash sequence, that all the passengers
24   tragically died; their bodies were disrupted
25   or fragmented, is I believe some of the
```

Page 110

```
 1   wording that I've seen, during the crash
 2   sequence, and those would be I think the more
 3   appropriate or professional language for
 4   discussing the tragic end of the occupants'
 5   lives.
 6   BY MR. DURKIN:
 7      Q    But I'm just saying, you know,
 8   you've got your lap belt -- you've got your
 9   lap belt on -- and forget the wording I said.
10   You said the first force would be the lap
11   belt, with the frontal impact of the aircraft.
12   Would that be with tremendous force?
13          MR. LEDFORD:  Objection to scope.
14          Go ahead.
15          THE WITNESS:  The adjective
16   "tremendous" is not defined in scientific
17   principles.  In reviewing the scientific
18   principles of this, I did not perform a
19   detailed analysis of the crash pulse or the
20   resulting forces of each occupant; therefore,
21   I don't have a scientific basis to answer this
22   question.
23   BY MR. DURKIN:
24      Q    Okay.  But from a -- how would
25   you, from a scientific basis, to the best of
```

Page 111

```
 1   your ability, describe the interaction with
 2   the passengers with the lap belt when the nose
 3   of the aircraft hit the ground?
 4          MR. LEDFORD:  Objection to scope.
 5          Go ahead.
 6          THE WITNESS:  Based on my
 7   understanding and the detailed literature
 8   surrounding lower-speed collisions than this
 9   particular case, generally, again, the vehicle
10   will slow underneath the occupants in a
11   frontal collision.  They will have interaction
12   with the seat belt, and then they would have
13   interaction with the vehicle structure around
14   them.
15          Generally, we know that crush
16   takes place, deformation of structure of
17   vehicles, prior to occupant motion.  So in
18   motor vehicle collisions, for example, the
19   vehicle's frontal structure begins to deform.
20   There's some crush applied to it.  Then they
21   will have some related motion or an
22   interaction.  In automotive crashes, it's
23   often with air bags, seat belt systems.
24          And as the crash continues, then
25   they would have interaction with structural
```

Page 112

```
 1   components:  steering wheels, dashboards, and
 2   other such structure.  In this case, there's
 3   really no basis in the literature to describe
 4   what the detailed propagation of the event
 5   would have been to the occupants.
 6   BY MR. DURKIN:
 7      Q    All right.  But you -- you've
 8   taken physics courses?
 9      A    Yes.
10      Q    Okay.  And I recall mine from my
11   high school junior year.  F equals MA; right?
12      A    Yes.  What you're describing would
13   be Newton's Second Law of Motion.
14      Q    There you go.
15          And the -- I want you to give us
16   your best -- your opinion about -- you can
17   give some approximation -- of the amount of
18   force each passenger would have felt initially
19   when they hit the first structure, the
20   restraint system, on ET 302.
21          MR. LEDFORD:  Objection to scope.
22   Objection to form.
23          Go ahead.
24          THE WITNESS:  In this case, as
25   you're saying, F equals MA, the aircraft and
```