## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| Ex. 1 | June 5, 2023 Final Pretrial Conference |
| Ex. 2 | May 22, 2024 Dr. Nadia Neri Deposition |
| Ex. 3 | Dec. 2, 2024 Dr. Nadia Neri Disclosure |
| Ex. 4 | Dec. 2, 2024 Dr. Gabriella Tambone Disclosure |
| Ex. 5 | May 24, 2024 Dr. Gabriella Tambone Deposition |
| Ex. 6 | Jan. 30, 2025 Dr. Tonya C. Phillips Deposition |
| Ex. 7 | Dr. Tonya C. Phillips Treatment Notes |
| Ex. 8 | Dec. 3, 2024 Plaintiff's Rule 26(a)(2) Disclosures |
| Ex. 9 | Jennie Linn Williams Treatment Notes |
| Ex. 10 | Jan. 30, 2025 Tania Jacobs Deposition |
| Ex. 11 | July 17, 2024 Maria Luisa Mattioli Deposition |
| Ex. 12 | Excerpts of July 30, 2024 Dr. Richard Cockerill Report |