# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| YALENA LOPEZ-LEWIS, as Administrator of the Estate of ANTOINE M. LEWIS Sr., deceased, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY., an Illinois corporation; and ROSEMOUNT AEROSPACE, INC. a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:19-cv-04964 Consolidated with Case No. 1:19-cv-02170 |

**PLAINTIFF'S RULE 26(a)(2) DISCLOSURES**

Plaintiff submits the following expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) and the scheduling order entered by this Court:

**RETAINED EXPERTS THAT MAY BE USED TO PRESENT EVIDENCE AT TRIAL**

1. **Richard Cockerill, MD, MBE**
   **Phone: 708-475-0788**
   **Email: rgcockerill@richardcockerill.com**

Dr. Cockerill is a clinical and forensic psychiatrist. His curriculum vitae is attached hereto as **Exhibit 1-A**. Dr. Cockerill is expected to testify consistent with the opinions and determinations disclosed in his report – a copy of which is attached hereto as **Exhibit 1-B**.

Dr. Cockerill will provide testimony which relates to his opinions, based upon his knowledge, experience, and training as outlined in his curriculum vitae. Dr. Cockerill will testify that his opinions in this matter are to a reasonable degree of certainty as a board-certified clinical and forensic psychiatrist. Further, Dr. Cockerill is expected to testify consistent with any deposition given in this matter. Dr. Cockerill reserves the right to supplement his opinions

disclosed herein, based on any new information that is made known to him.

Additionally, in accordance with Rule 26(a)(2)(B)(v), a list of those cases in which Dr. Cockerill has testified as an expert at trial or by deposition is attached hereto as **Exhibit 1-C**.

It is undecided as to what demonstrative exhibits will be utilized at trial. Plaintiff will supplement upon determination. At a minimum, Plaintiff discloses that Dr. Cockerill may use the documents referred to in his report during trial testimony.

Finally, Dr. Cockerill's fees for deposition and trial are $500 per hour.

2. **Robert W. Johnson**
   **Robert W. Johnson & Associates**
   **4984 El Camino Real, Suite 210**
   **Los Altos, CA 94022**
   **Phone: 650-494-2413**
   **Email: robert@rwja.com**

Mr. Johnson is an economist. His curriculum vitae is attached hereto as **Exhibit 2-A.** Mr. Johnson is expected to testify consistent with the opinions and determinations disclosed in his report – a copy of which is attached hereto as **Exhibit 2-B.**

Mr. Johnson will provide testimony which relates to his opinions, based upon his knowledge, experience, and training as outlined in his curriculum vitae. Mr. Johnson will testify that his opinions in this matter are to a reasonable degree of certainty as an economist. Further, Mr. Johnson is expected to testify consistent with any deposition given in this matter. Mr. Johnson reserves the right to supplement his opinions disclosed herein, based on any new information that is made known to him.

Additionally, in accordance with Rule 26(a)(2)(B)(v), a list of those cases in which Mr. Johnson has testified as an expert at trial or by deposition is attached hereto as **Exhibit 2-C**

It is undecided as to what demonstrative exhibits will be utilized at trial. Plaintiff will supplement upon determination. At a minimum, Plaintiff discloses that Mr. Johnson may use the

documents referred to in his report during trial testimony.

Finally, Mr. Johnson's fees for deposition and trial are $975 per hour.

**3. Brent Longnecker
1 Reputation
23303 Stuebner Airline
Tomball, Texas 77375
Phone: 713-851-6710
Email: brent@1-reputation.com**

Mr. Longnecker is a compensation consultant. His curriculum vitae is attached hereto as **Exhibit 3-A**. Mr. Longnecker is expected to testify consistent with the opinions and determinations disclosed in his report – a copy of which is attached hereto as **Exhibit 3-B.**

Mr. Longnecker will provide testimony which relates to his opinions, based upon his knowledge, experience, and training as outlined in his curriculum vitae. Mr. Longnecker will testify that his opinions in this matter are to a reasonable degree of certainty as an economist. Further, Mr. Longnecker is expected to testify consistent with any deposition given in this matter. Mr. Longnecker reserves the right to supplement his opinions disclosed herein, based on any new information that is made known to him.

Additionally, in accordance with Rule 26(a)(2)(B)(v), a list of those cases in which Mr. Longnecker has testified as an expert at trial or by deposition is attached within **Exhibit 3-B.**

It is undecided as to what demonstrative exhibits will be utilized at trial. Plaintiff will supplement upon determination. At a minimum, Plaintiff discloses that Mr. Longnecker may use the documents referred to in his report during trial testimony.

Finally, Mr. Longnecker's fees for deposition and trial are $850 per hour.

## TREATING PROFESSIONALS THAT MAY BE USED TO PRESENT EVIDENCE AT TRIAL

**4. Tonya Phillips, MD
University of Maryland Health Center
University Health Center, Building #140**

**College Park, MD 20742**
**Phone: 301-314-8184**
**Email: Health@umd.edu**

Dr. Tonya Phillips is a mental health provider who provided treatment to Yalena following the date of the crash to the present. Dr. Phillips is expected to testify within her field as to the emotional distress and other psychological damage suffered by Plaintiff resulting from decedent's death. Dr. Phillips is further expected to testify regarding any observations made during the course of treatment; any diagnosis or symptoms; review of all tests, therapy notes, and treatment rendered on Plaintiff; any details of examinations; any assessments, goals, and findings in her records; reasonableness and necessity of treatment rendered to Plaintiffs; and any causation and permanency opinions Dr. Phillips may have regarding Plaintiff's injuries. Dr. Phillips is expected to provide testimony consistent with the medical records attached herein as **Exhibit 4** and deposition given in this matter, if taken.

5. **Jennie Linn Williams, LCSW**
   **Kimbrough Ambulatory Care Center**
   **2480 Llewellyn Ave.**
   **Fort Meade, MD 20755**
   **Phone: 301-677-8800**

Jennie Linn Williams is a mental health provider who provided treatment to Yalena following the date of the crash to the present. Ms. Williams is expected to testify within her field as to the emotional distress and other psychological damage suffered by Plaintiff resulting from decedent's death. Ms. Williams is further expected to testify regarding any observations made during the course of treatment; any diagnosis or symptoms; review of all tests, therapy notes, and treatment rendered on Plaintiff; any details of examinations; any assessments, goals, and findings in her records; reasonableness and necessity of treatment rendered to Plaintiffs; and any causation and permanency opinions Ms. Williams may have regarding Plaintiff's injuries. Ms. Williams is expected to provide testimony consistent with the medical records attached herein as **Exhibit 5**

and deposition given in this matter, if taken.

Respectfully submitted,

Date: December 3, 2024

By:/s/ Antonio M. Romanucci
*Attorney for Plaintiff*

Andrew Kryder
THE KRYDER LAW GROUP
134 N. LaSalle Street, Suite 1515
Chicago, IL 60602
Tel: (312) 223-1700
Fax: (312) 377-1771
kryderlaw@gmail.com

Steven A. Hart
John S. Marrese
HART MCLAUGHLIN & ELDRIDGE
1 S. Dearborn St., Unit 1400
Tel: (312) 955-0545
shart@hmelegal.com
jmarrese@hmelegal.com

*Attorneys for Plaintiff*

Antonio M. Romanucci
Patrick J. Driscoll
ROMANUCCI & BLANDIN, LLC.
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 438-1004
aromanucci@rblaw.net
pdriscoll@rblaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December 2024, I have electronically served the

foregoing to the following:

Julia Johnson
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Phone: 312-558-7243
Email: Jmjohnson@winston.com

By: _/s/_ Patrick J. Driscoll