# EXHIBIT 11

# In The Matter Of:
# ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH-DAMAGES

_____

# MARIA LUISA MATTIOLI
July 17, 2024

_____

## TC REPORTING, INC.
### 1 DEERFIELD EAST - 1850
### QUOGUE, NY. 11959

MARIA LUISA MATTIOLI - Vol. I

MARIA LUISA MATTIOLI

Page 9

1  THE VIDEOGRAPHER: Thank you.
2  And, Mr. Martinez, can you please swear in the
3  interpreter and then the witness.
4  THE COURT REPORTER: Raise your right hand,
5  please.
6  You do solemnly swear or affirm that you will truly
7  and accurately interpret from English into Italian and
8  Italian into English to the best of your ability?
9  THE INTERPRETER: I do.
10  THE COURT REPORTER: Raise your right hand,
11  please.
12  You do solemnly swear or affirm that the evidence
13  you shall give in this matter shall be the truth, the
14  whole truth, and nothing but the truth?
15  THE WITNESS: I do.
16  THE VIDEOGRAPHER: Okay. Thank you.
17
18  MARIA LUISA MATTIOLI,
19  herein produced as a witness by the Plaintiff, having
20  been first duly sworn, testified as follows:
21
22  EXAMINATION
23  BY MR. CLIFFORD:
24  Q  Okay. Good afternoon to you.
25  A  Thank you. To you, too.

Page 10

1  Q  Would you be kind enough to tell the ladies
2  and gentlemen of the jury your full name?
3  A  Maria Luisa Mattioli.
4  Q  Okay. And is it Dr. Mattioli?
5  A  Yes.
6  Q  Okay. And just to establish up front,
7  Maria -- can I call you Maria Luisa?
8  A  Yes.
9  Q  Okay. That's easier for you?
10  A  Yes, it's easier.
11  Q  Okay. And would you tell the ladies and
12  gentlemen of the jury, are you the widow of Paolo Dieci?
13  A  Yes. I was the wife of Paolo.
14  Q  Okay. Duty requires me to ask, what is your
15  date of birth?
16  A  2 January 1968.
17  Q  Okay. And that makes you how old today?
18  A  Now, I'm 56.
19  Q  And where do you reside?
20  A  I live here in Rome, in Via della Cava
21  Aurelia 36.
22  Q  And that's a neighborhood or suburb of Roma or
23  a region?
24  A  Yeah, it's in the middle of the town. It's
25  near St. Peter's Square.

Page 11

1  Q  Okay. Near St. Peter's Square. You can walk
2  to St. Peter's Square?
3  A  Yes.
4  Q  Do you go there often?
5  A  And work also there. I work near my house.
6  Q  Okay. And who do you live with at your house?
7  A  Sorry, but today, I prefer the translation. I
8  live with Cecilia, and Giacomo lives now in France.
9  Q  And these are your two children?
10  A  Yes, two children.
11  Q  And just to explain to the folks on the jury,
12  your first language, of course, is Italian. Just as a
13  preliminary matter, let me say that your first language
14  is Italian, but you do understand some English and you
15  do -- and you are able to speak some English?
16  A  Yes.
17  Q  But today you would prefer as much as we can
18  to use the interpreter?
19  A  Yes. I speak in English because we lived also
20  in Ethiopia, and so I studied in Italy and then I spoke
21  there only in English. But today, I don't feel -- I
22  prefer the translation.
23  Q  No problem. No problem at all.
24  But if a simple answer comes to you and you want to
25  speak it in English you're free to do so.

Page 12

1  A  Okay. Okay.
2  Q  I'd like to talk to you a little bit -- I
3  mentioned in the beginning that -- I called you doctor.
4  Are you a medical physician?
5  A  Yes. I'm a general practitioner. And I work
6  in my area, and I have 1,000 patients, and I worked
7  there from ten years.
8  Before I was in -- in private clinic and I worked
9  private. In the two years, we lived in Addis Ababa.
10  And there I worked in private and I stayed with the
11  children because they were really little.
12  Q  Okay. Let me break that down a little bit, if
13  I may, for the jury.
14  Where were you trained? Where did you receive your
15  educational training, your college and then your medical
16  school? Would you tell us about that, please.
17  A  Yes. I studied here in Rome, and I studied in
18  La Sapienza University. And then I did a specialization
19  in medicine of sport. And for this reason, I went
20  around for my job around Italy, more in the north of
21  Italy, before having the children. Then I decided to
22  stop for having a job in -- here in Roma, also because
23  Paolo traveled a lot in the past, and so it was nice for
24  our family to have one person more here.
25  Q  Okay. One person home with the children, yes?

3 (Pages 9 to 12)

TC Reporting, Inc.
(516) 795-7444

MARIA LUISA MATTIOLI

### Page 17

1  do you think about?
2     A   Yes. I think about he is -- he was funny.
3  Ironic, but also very --
4     (Through the Interpreter) Deep.
5     (In English) -- deep. Deep in the thinking. So --
6  and it was like -- like he saw ahead the situation.
7  And, for me, it was really nice to speak with him about
8  many situations in the world, but not only -- also to --
9  he was really curious about culture, about movie, about
10 books. And he was really friendly with all of the
11 people, really open.
12    Q   How would you describe his spirit and his
13 attitude towards other people?
14    A   Lovely. Lovely. He was -- when happened to
15 Paolo, the death, I remember on the road -- our road is
16 Via della Cava Aurelia. All of the people, they know
17 him, but he was really --
18    (Through the Interpreter) Humble.
19    (In English) Yes. And they didn't know that he was
20 so good, work so important, you know. And all the
21 people was crying. And they give to me a big ticket
22 with all of the sign and gave to us a present for my
23 children and for me. And they said, "We love you and
24 your husband, because it was nice to see you every day."
25    We went to the bar together to speak with all the

### Page 18

1  people. So he was really friendly, Paolo.
2     Q   Let me ask you, you mentioned your children.
3  So as a preliminary matter, you have two children with
4  him?
5     A   Yes.
6     Q   Would you tell the ladies and gentlemen of the
7  jury who's first, who's second and --
8     A   Giacomo is the first child, and now is 25.
9  And Cecilia is the second one. She's 22.
10    Q   Okay. And when was -- when was Giacomo born?
11 What year?
12    A   Giacomo, the 20 March of 1999.
13    Q   And Cecilia?
14    A   And Cecilia, the 22 of August 2002.
15    Q   Okay. And what is Giacomo doing now for his
16 life's work?
17    A   Giacomo is an engineer, and he studied
18 hydrodynamic -- the new energy from the sea, from the
19 wind of the sea.
20    Q   Okay.
21    A   And now he's in Nantes, but he's moving to
22 Lisbona for working there.
23    Q   Okay. And just the first name you mentioned,
24 is that in France? Currently. You mentioned a town --
25    A   Nantes. Nantes. Yes, Nantes is the north of

### Page 19

1  France and now he's moving --
2     Q   He'll come home for a bit and then go to --
3     A   To Lisbona.
4     Q   To Portugal, to Lisbona?
5     A   Yes, because he loves a lot Portugal.
6     Q   Yeah. Okay. And tell us about the work of --
7  currently of Cecilia.
8     A   Cecilia is studying art and she's very good.
9  She did different course of cooking and so -- but the
10 first occupation is the art. She's painter and
11 sculptor. And she's also open to study also now -- she
12 spoke last week with me. She want to study
13 anthropology, because she want to study in a humanistic
14 university for helping the art.
15    Q   Okay. Currently, what is -- how is Cecilia
16 spending her time? What does she do with her -- does
17 she do volunteer work or is she working for a company?
18 What does she do?
19    A   Yes. Yes, she's working for a project now
20 of CSM, the Center of Mental Safe in Rome (as spoken),
21 and she's doing laboratory --
22    (Through the Interpreter) Workshops.
23    (In English) -- workshop of cooking and art with --
24 for psychiatric, chronic people, and also for the young
25 people who have problem of alcohol. And she likes much

### Page 20

1  to do this, but she said to me that it's too strong. So
2  now she want to stop a little for doing when she will be
3  more mature.
4     Q   Yeah. And so the cooking that you discussed,
5  does she cook -- to show these people how to learn how
6  to cook, or does she cook for them?
7     A   Yes, she does catering, and now some people
8  they know her and so they -- next week she has to go to
9  Umbria, another region, to do a catering, and she loves
10 life more open to different -- she's more eclectic.
11    Q   She's more eclectic?
12    A   Yes. She's doesn't like to be stuck in the
13 same way every day.
14    Q   Who is she more like, you or Paolo or neither?
15    A   No, she's original. She's Cecilia.
16    Q   Okay.
17    A   But she's -- she loves all about the story of
18 the father.
19    Q   Please explain.
20    A   Yes. She speaks a lot with a friend about
21 Paolo, about the job, and about the life in Ethiopia.
22 Because when we came back some years ago, for Cecilia it
23 was very strong because she was very little when we
24 lived there. And then when she came back she understood
25 a different situation.

MARIA LUISA MATTIOLI

Page 21

1  Q  Okay.
2  A  About -- between Italy.
3  Q  And when you -- how many years were you in
4  Ethiopia, did you live there?
5  A  Two years.
6  Q  Two years.
7      And when you were there, did you have the
8  opportunity to observe Paolo in his work?
9  A  Yes.
10 Q  Okay. Would you tell us a bit about his work?
11 Was he dedicated to it, or what would he do with the
12 people?
13 A  Yes. Totally dedicated. And this year, when
14 Giacomo was there in Ethiopia, he went around the
15 project of CISP and the people -- he said to me when he
16 came back, "Mama, papa is like for them" -- is like --
17    (Through the Interpreter) A saint.
18    (In English) Yes, they love him.
19 Q  And what type of work was he doing to help
20 those people? Do you know exactly?
21 A  They have a different project, because they
22 have healthy project like for HIV or for water or for
23 children. Different project.
24 Q  Yeah. And I don't know where your testimony
25 will fit in the sequence of things, but you mentioned

Page 22

1  CISP. It may not come up that way when the jury hears
2  it, but that's the name -- there's a long name for that?
3  A  Yes, it's Comitato Internazionale per lo
4  Sviluppo dei Popoli.
5  Q  Okay. And this -- do you know how that NGO --
6  nongovernmental organization -- do you know how that
7  began? How it started?
8  A  More than 20 years ago.
9  Q  And who started that?
10 A  No, 30 years ago.
11 Q  Yeah. And who started that?
12 A  Paolo and -- you had the interview.
13 Maura Viezzoli, Gianluca Falcitelli, Giulia Olmi,
14 Siliva Declich, five or six they started this NGO, and
15 they developed in the -- for this 30 years. And the
16 other one, one now, is in another place, but not all
17 they remain in this NGO.
18 Q  Okay. And now it's an organization that has
19 internationally over 1,000 people?
20 A  Yes.
21 Q  Do you know that?
22 A  Yes. They started like a group of political
23 and a friendly group, and now they are really important
24 in Europe.
25 Q  Yes. You know, I'd like to discuss a little

Page 23

1  bit more your relationship with Paolo.
2      When you met him, was he single? Was he married?
3  Was he divorced? What was he when you first met him?
4  A  Paolo was divorcing him from Mamite Aboye.
5  Q  Okay.
6  A  And me, I was not married. I had a boyfriend,
7  but it was finished. And we have a good relationship
8  with Mamite, because we -- Selamawit, daughter of
9  Mamite, lived with us.
10    (Through the Interpreter) She was like under our
11 tutorship.
12 Q  So to summarize that and put it in context and
13 as a preliminary matter, Paolo was married, he was
14 divorcing from his wife from Ethiopia?
15 A  Yes.
16 Q  And his wife in Ethiopia had a child, not
17 Paolo's child?
18 A  No.
19 Q  Okay. But you brought that child into your
20 home when you married Paolo?
21 A  Yes. And for this reason, the ex-wife has a
22 good relationship with me and with Giacomo and Cecilia.
23 And also because we love Ethiopia and so we have a photo
24 together in a meeting for Ethiopia and Roma so --
25 because we have similar thought.

Page 24

1  Q  Yeah. And so for a time, the former wife and
2  her child lived with you and Paolo and your two
3  children, and today you still have a strong relationship
4  with both.
5      Is that correct?
6  A  That's correct.
7  Q  Okay. When you and Paolo did marry, did you
8  marry here in Roma or --
9  A  Yes. We married here in Roma in Campidoglio.
10 Q  Okay. A little -- later in your testimony,
11 I'm going to show you some photos.
12 A  Yes.
13 Q  But Campidoglio, that's a -- tell us about
14 this place.
15    Is it a famous place here?
16 A  Yes. A famous place. When you don't get
17 married in the church, then you can have the wedding
18 there. And it was funny -- it was the wedding of Paolo,
19 Maria Luisa, so it was --
20    (Through the Interpreter) So we laughed a lot. We
21 had great fun.
22    (In English) We laughed a lot. Because it was
23 funny, it was the --
24    (Through the Interpreter) And, actually, the person
25 who celebrated the wedding couldn't speak properly. He

6 (Pages 21 to 24)

TC Reporting, Inc.
(516) 795-7444

MARIA LUISA MATTIOLI

Page 93

```
 1       Q   And has he discussed his plans for the future
 2   or his career goals with you?
 3       A   He said to me that he want to stay there two
 4   or three years, but we want to come back to Italy
 5   because there is the new factory that he's working
 6   probably in the future in Rome.  For him it's good to
 7   come back, but not now.  Now he has to take experience
 8   because the north of Europe is better than Italy.
 9       Q   In 2019, was Giacomo at university?
10       A   Yes, in -- near Roma, it was the first
11   university of the sea, engineer of sea, in Ostia.  But I
12   didn't go to the university for one month and a half (as
13   spoken).
14       Q   So I actually just don't understand fully how
15   this works in Italy.  So in the United States, typically
16   everyone has to pay for university.  It's not like a
17   public service like the lower levels of education are.
18       Are there universities in Italy where students can
19   attend without tuition, or does everybody pay in Italy
20   as well?
21       A   In Italy you can go to the public university
22   because they're good and you pay --
23       (Through the Interpreter) You pay based on your
24   income.
25       (In English) You have to give a card -- you have to
```

Page 94

```
 1   take from the bank and from your salary the income, and
 2   you pay less or more if you are -- it depends on that.
 3       And in Nantes, this university is very good,
 4   because for European people it's cheap.  It was not
 5   expensive.
 6       Q   So did you and Paolo pay for Giacomo to attend
 7   university in Ostia?
 8       A   Yes, yes.
 9       Q   Do you remember what the tuition was, roughly?
10       A   No, I don't know.  Probably 2,500 for the
11   year.  I don't remember.
12       Q   Okay.
13       A   Because it was a long time.
14       Q   So something like 2,500 for the year, though,
15   is your approximation?
16       A   Yes, more or less.
17       Q   Okay.  And do you know -- did you pay for his
18   schooling in Nantes or did Giacomo?
19       A   Yes, I paid.  But it was less of Italy, like
20   250 for year.  Because the government in France, they
21   decided that for some university they give the
22   opportunity to have this cheaper and -- for all the
23   Europe.  If you come from abroad, you have to pay more,
24   but not so much.
25       Q   Okay.  I'm going to talk just a little bit
```

Page 95

```
 1   about Cecilia now.
 2       Did she graduate from high school?
 3       A   Yes, she took the degree for high school, and
 4   she started the art academy -- now, she started with the
 5   science university about environment.  Then after about
 6   six months she said, "Mommy, it's not my road, because I
 7   don't want to study this subject for a long time.  I
 8   prefer to do art, but I didn't have the courage to say
 9   to you and Giacomo, because with art it's not so
10   possible to live."
11       And so I said, "Okay, Cecilia.  You have to do what
12   you like.  If you will be an artist, you can have also
13   another job or -- you have to try."
14       And so she started to study in Frosinone university
15   because in Roma it was late.  She did six months and
16   then she came to Roma.  In the Via di Ripetta here.
17   It's near.  And she did one year very well, but she was
18   not okay with herself, with panic attack and strong
19   anxiety.  And so she did two different psychotherapy.
20   The first one after the crash -- a little after the
21   crash, and then another time with the Doctor Neri that
22   you know.
23       But it was a difficult period for Cecilia.  She had
24   problem for sleeping and really strong panic attack.
25   And I did medicine.  I took her to the specialist and --
```

Page 96

```
 1   but it was not simple.  Now is a moment more quiet, and
 2   sometimes for helping the pain into herself, sometimes,
 3   also, she drank a little more.  And so it was not a safe
 4   period.
 5       Now, with the psychotherapy, I feel her a little
 6   better, and she said to me, "I want to study
 7   anthropology, because I feel near the thinking of my
 8   father.  I want to study more that."
 9       And so for me, now, she can take the right road for
10   her.
11       Q   I have just a few questions about Paolo and
12   his work with -- is it CISP?
13       A   Yes, CISP.
14       Q   It sounds like he was working with CISP
15   throughout your marriage.
16       Is that right?
17       A   Yes, before my marriage.
18       Q   And what was his title at the organization at
19   the time of the accident?
20       A   He was the president, because before he was
21   the director and then the president.
22       Q   And was that -- it sounds like, obviously, a
23   senior position in the organization.
24       Were there others at his level in the organization?
25       A   No, Paolo was a natural leader in this
```

MARIA LUISA MATTIOLI

Page 97

1  organization. And so -- yes, it was difficult after
2  Paolo to -- to find the change, but after -- luckily,
3  Sandro De Luca -- but Paolo was really --
4      (Through the Interpreter) Paolo was a reference
5  point for the organization and -- but luckily, now, this
6  Mr. De Luca volunteered to take his position and he's
7  now in his position.
8      Q   Did he ever discuss any plans to retire with
9  you?
10     A   No. Paolo loved a lot the -- his job and --
11 no, never, never.
12     Q   Throughout his career at CISP, his work
13 involved travel abroad, right?
14     A   Yes. Every month, one mission abroad.
15     Q   And about how long would a mission be?
16     A   It was not the same every month. Sometimes
17 ten days, sometimes two days in Brussels. I cannot say
18 the same.
19     Q   Okay. Were you Paolo's primary care
20 physician?
21     A   Yes, but before -- yes, I was the general
22 practitioner of Paolo. Before he had also another
23 doctor, but after he decided to come with me. But Paolo
24 had no health problem. He had malaria in Africa, but he
25 was really in a good health.

Page 98

1      Q   Did he ever have any surgeries that you're
2  aware of?
3      A   Yes. For -- it was a hernia here. But after
4  the surgery it was really okay.
5          THE INTERPRETER: It's neck herniation.
6          THE WITNESS: Yeah, so here in the neck.
7  BY MS. SENESE:
8      Q   Had he ever been hospitalized for any
9  condition?
10     A   For tropical problem, for fever, for malaria,
11 another time for pneumonia, but no chronical problem.
12     Q   Do you know if he was taking any medications
13 prior to the accident?
14     A   No, no.
15     Q   Did he smoke any tobacco products?
16     A   Tobacco, yes. Not so much, but, yes, he
17 smoked since the -- probably when he was a teenager.
18     Q   And he was smoking up until the time of the
19 accident?
20     A   Yes, yes. He was a smoker.
21     Q   Yeah. And if you had to estimate, how many
22 cigarettes a day would you say he smoked?
23     A   Not the same. All the period -- sometimes
24 ten, 12. Yes, not so much. Not so strong smoker.
25     Q   Okay. So maybe ten, 12 cigarettes a day?

Page 99

1      A   Yes.
2      Q   Did he drink alcohol?
3      A   Alcohol, no. Like me, with a friend.
4  Sometimes during dinner, but, no, was not the usual.
5      Q   I just have a few more questions, and then I
6  think we'll be done, unless Mr. Clifford has any other
7  questions for you. Just briefly about your finances.
8          Did you and Paolo combine finances or have separate
9  bank accounts?
10     A   No, Paolo had a little current account, but
11 for the job. No, because we had all together. And,
12 yes, without problem. We put it all -- the salary was
13 into one, the same bank.
14     Q   And would you say that you both paid for your
15 living expenses and the children's expenses fairly
16 equally?
17     A   No, at the beginning, for a long time, it was
18 Paolo more. And then, step by step, also my job was --
19 improved and at the end more Paolo than me.
20     Q   At the end also more Paolo than you or --
21     A   Yes, because --
22     Q   Okay.
23     A   Because I was five year there, like half of my
24 salary of today.
25     Q   Okay. Understood.

Page 100

1          And then since the crash, has anyone provided you
2  with financial support?
3      A   My father. My father because the bank
4  stopped the -- my -- I couldn't have the salary in my
5  bank, and so my father gave to me some money. And after
6  I tried to resolve --
7          (Through the Interpreter) With the inheritance and
8  the inheritance process.
9      Q   Was that a temporary issue that's resolved
10 now?
11     A   Si. It was in that moment very strong,
12 because I had no money, all was closed. And then after
13 it was possible to have the money.
14     Q   And are you -- are you living off of your
15 salary today?
16     A   Yes, I live with my salary.
17         MS. SENESE: Okay. Thank you, again, for your
18 time today. I really appreciate you being here and
19 answering my questions, and I'm sorry for your loss. I
20 don't have anything else to ask you.
21         THE WITNESS: Okay. Thank you.
22         MR. CLIFFORD: Maria Luisa, I do have a few
23 questions.
24         Do you want to take a break for now, or can I keep
25 going?

25 (Pages 97 to 100)

TC Reporting, Inc.
(516) 795-7444

MARIA LUISA MATTIOLI

### Page 101

```
 1         THE WITNESS:  No, I prefer to go.
 2         MR. CLIFFORD:  You want to get us out of your
 3   life?
 4
 5              FURTHER EXAMINATION
 6   BY MR. CLIFFORD:
 7      Q   Okay.  I want to pick up just on the last
 8   point that counsel was asking you, the counsel for the
 9   Boeing Company was asking you.
10         So to be clear, after the crash and Paolo's death,
11   the bank froze your account.
12         Is that correct?
13      A   Correct.
14      Q   And was that because of the fact that it was a
15   joint account?
16      A   Yes, because in television they knew and they
17   knew suddenly, and so they -- yes, I was without money,
18   and my father --
19      Q   And for how long were you without money before
20   it had to be lifted?
21      A   For one month it was a problem.
22      Q   Yeah --
23      A   Because you need -- I don't know in the USA,
24   but in Italy, it's too strong to do -- for me it was
25   terrible to do all the documents, because you have to
```

### Page 102

```
 1   speak all the time about the crash and the -- yes, I
 2   don't want to think to that period.
 3      Q   Right.  And -- okay.  And you got help from
 4   your father?
 5      A   Yeah, from my father.
 6      Q   Okay.  Also, counsel for the Boeing Company
 7   was asking you about Giacomo and Cecilia, and you said
 8   what you did, but I want to go back to your comments,
 9   several of them about Cecilia.
10         You mentioned sleeping difficulty and panic attack.
11         Could you explain to the jury how she has been
12   doing since the death of her father and in regard to her
13   well-being and her mental health?  How -- tell us --
14   take us over, if you can, in summary for the last four
15   years.
16      A   About the mental situation?
17         Yes, it was important to go to another
18   psychotherapist, because two years ago and more it was
19   really difficult for her.  And I remember that --
20      Q   Please explain that.  When you say -- tell the
21   jury what you mean.
22      A   Yes.  I was in the house and Cecilia with a
23   panic attack in another place of Roma.  "Mommy, come.
24   I'm dying.  I don't feel the heart."  It was all like
25   this.  Every day she was not okay, not sleeping.  And,
```

### Page 103

```
 1   also, she's young.  So sometimes for not thinking, she
 2   went out with the friends, sometimes the alcohol.  It
 3   was not okay.
 4         And during COVID she -- she had a boyfriend, a very
 5   good boyfriend, but they finished the relationship
 6   because she was in anxiety and panic every day.  So the
 7   boy after couldn't --
 8      Q   Was she like that before the crash and the
 9   death of her father?
10      A   After the crash.
11      Q   But was she like that before?
12      A   No, no, no.  She is a sensitive person.  So
13   she is really sensitive to the people.  She can feel the
14   pain of the other.  This is the behavior of Cecilia.
15   But no, no medicine before.  The problem before was
16   the --
17         (Through the Interpreter) Dyslexia.  That's the
18   problem.
19         (In English) Okay.  That one.
20         Yes, but after was like a mountain for her.  It was
21   really difficult to -- also to understand which was
22   better for her, if studying or not studying.  If -- all
23   the life was in confusion.  And then with the therapy --
24   Doctor Neri was very good for -- for give the focus to
25   Cecilia:  what is you, what is the crash, what is the
```

### Page 104

```
 1   family.  You need to go ahead to have your life to --
 2   you have very good skills.  So you have to improve the
 3   skills.
 4      Q   And this is from the counseling she's received
 5   from Dr. Neri who we will or have heard about -- heard
 6   from already in the case here?
 7      A   Yes.  Yes.  And she went also to a neurologist
 8   and to a psychiatric doctor.  The neurologist because
 9   she felt like a numbness in the legs.  And also here the
10   heart was not okay.  And there the neurologist said it's
11   not a neurological problem.  It's psychiatric problem.
12         So we went to the doctor.  She started to take
13   gabapentin, but she was really bad.  So she said, "I
14   don't want to take medicine.  I go ahead with the
15   Dr. Neri."  And sometimes she takes like --
16         (Through the Interpreter) Tranquilizers.
17      Q   And who prescribes the tranquilizers?
18      A   This neurologist, the first time, also the
19   psychiatric one, and then me.
20      Q   Okay.
21      A   Because I said, "Cecilia, you cannot stay like
22   this.  You are young, you have to be with your friend,
23   you have to be sure that if you have a panic attack you
24   need something."
25      Q   Does she take the medicine now?
```

TC Reporting, Inc.
(516) 795-7444

MARIA LUISA MATTIOLI

### Page 105

1   A   She has it in the bag, like me.  She has.
2   Sometimes she needs, sometimes no.
3       Q   Okay.  You mentioned that she needs quiet
4   time, something like that.
5       What were you referring to when she needs quiet
6   time?
7       A   She need to understand that she hasn't to put
8   many things in the life for not thinking.  No, because
9   she did a lot of things at the job and art and music and
10  there, but after she was really tired and anxiety.  Now,
11  she's starting to be more quiet.  And the friends are
12  bigger than her, so seven, eight years more and so she's
13  more mature.
14      Q   And are there times when you have observed
15  that there are things, though, that will trigger her and
16  she'll have anxiety?
17      A   Yes, when she understand that someone is not
18  okay.  I cannot show her if I have one problem.  She
19  feels when I get into the house.
20      Q   I wanted to actually get to that.
21      You mentioned to counsel for the Boeing Company
22  that it was important for you to show your children that
23  you were trying to live.
24      Did I say that correctly?
25      A   (Through the Interpreter) That was the most

### Page 106

1   important thing.
2       (In English) You say, okay, I don't want to live,
3   and then I had this thinking but -- because I thought
4   without control that I wanted to be sick (as spoken).
5       But then, I said okay, I have a job for Cecilia.  I
6   have to be here.  I have to be in the life because they
7   need a guide, no?  And so I said, "Okay, I have to try
8   train to me."  Because I'm a doctor, but I cannot train
9   to me by myself.  I needed to help.  I went to
10  psychotherapy, and then I stopped because I said for
11  them it's important to understand that the mother is
12  better.  Sometimes I'm better, sometimes no.  Now they
13  know, but they know that I'm here.  I'm not with Paolo.
14      And for them it's important because they understand
15  I can live, I can have my life.  And so also Giacomo and
16  Cecilia understand that the life was terrible for us,
17  but can be better.
18      Q   And you try to show them that every day?
19      A   I try.
20      MR. CLIFFORD:  Thank you.  I have no further
21  questions.
22      THE WITNESS:  Thank you.
23      MR. CLIFFORD:  Counsel for Boeing, do you have
24  any further questions?
25      MS. SENESE:  Nothing further.

### Page 107

1       MR. CLIFFORD:  This deposition is concluded.
2       THE VIDEOGRAPHER:  That concludes today's
3   proceedings.  We're off the record at 4:54.
4       (The videotaped deposition
5       concluded at 4:54 p.m.)

### Page 108

1           CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2       I, Matthew J. Martinez, Registered
3   Professional Reporter and Certified Shorthand Reporter
4   of the State of California, do hereby certify:
5       That the foregoing proceedings were taken
6   before me at the time and place herein set forth; that
7   any witnesses in the foregoing proceedings, prior to
8   testifying, were duly sworn or affirmed by me; that a
9   verbatim record of the proceedings was made by me using
10  machine shorthand to the best of my ability, which was
11  thereafter transcribed under my direction; that the
12  foregoing transcript is a true record of the testimony
13  given.
14      Further, that if the foregoing pertains to the
15  original transcript of a deposition in a Federal Case,
16  before completion of the proceedings, review of the
17  transcript [ ] was [ ] was not requested and reserved.
18      I further certify I am neither financially
19  interested in the action nor a relative or employee of
20  any attorney or party to this action.
21      IN WITNESS WHEREOF, I have this date
22  subscribed my name.
23   Dated:  Monday, July 22, 2024
24
25      _____
        Matthew J. Martinez, CSR, RPR