## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| Ex. 1 | July 30, 2024 Dr. Richard Cockerill Report |
| Ex. 2 | Jan. 24, 2025 Dr. Richard Cockerill Deposition |
| Ex. 3 | July 18, 2024 Yalena Lopez-Lewis's CAPS-5 Test Results |
| Ex. 4 | Jonathan E. Sherin & Charles B. Nemeroff, *Post-traumatic stress disorder: the neurobiological impact of psychological trauma* (2011) |
| Ex. 5 | June 5, 2023 Final Pretrial Conference |
| Ex. 6 | LEC-5 Questionnaire |
| Ex. 7 | Oct. 16, 2023 Pretrial Conference |
| Ex. 8 | Diagnostic and Statistical Manual of Mental Disorders (5th ed.) |