IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH**<br><br>This Document Relates To:<br>YALENA LOPEZ-LEWIS, as Administrator of the Estate of ANTOINE M. LEWIS Sr., deceased,<br><br>Case No.: 1:19-cv-4964 | Civil No. 1:19-cv-02170<br><br>District Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: Hon. M. David Weisman |

## NOTICE OF MOTION

Please take notice that on Monday, March 31, 2025, at 11:00 a.m., Plaintiff Yalena Lopez-Lewis will appear before the Honorable Judge Jorge L. Alonso in courtroom 1903 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff Lopez-Lewis' *Motion for Leave to File Under Seal Plaintiff Lopez-Lewis' Motions in Limine Nos. 2, 3, and 4,* copies of which are also being served upon counsel for all parties.

DATE: March 3, 2025                                                                 Respectfully Submitted,


                                                                                                    s/ Antonio M. Romanucci
                                                                                                    *One of Plaintiff's Attorneys*

Antonio M. Romanucci
Patrick J. Driscoll
Michelle R. DiSilvestro
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 438-1004
aromanucci@rblaw.net
pdriscoll@rblaw.net
mdisilvestro@rblaw.net

1