# Exhibit G:

# In The Matter Of:
# ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH -
# DAMAGES

## RODNEY LEWIS JR.
June 6, 2024

## TC REPORTING, INC.
### 1 DEERFIELD EAST - 1850
### QUOGUE, NY. 11959

RODNEY LEWIS JR. - Vol. I

ORIGINAL

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  ETHIOPIAN AIRLINES
FLIGHT ET 302 CRASH - Damages
-------------------------------
Lead Case: 1:19-cv-2170 Consolidated
District Judge:  Honorable Jorge L. Alonso
Magistrate Judge:  Honorable M David Weisman
-------------------------------
This Document Relates to: 1:19-cv-04964
_____

June 6, 2024

9:00 a.m. Central Standard Time


The ZOOM DEPOSITION of RODNEY

LEWIS, JR. called for examination, pursuant

to notice and pursuant to the Federal Rules

of Civil Procedure for the United States

District Courts pertaining to the taking of

depositions, taken before DIANE L.

STODULSKI, Certified Shorthand Reporter,

Registered Professional Reporter, and Notary

Public within and for the County of Cook and

State of Illinois commencing at 9:00 o'clock

a.m. on June 6, 2024.

RODNEY LEWIS JR.

2

```
1    A P P E A R A N C E S:
2    Attorneys for Plaintiffs' Executive
3    Committee and the Witness
4       ROMANUCCI & BLANDIN
5       BY:  MR. ANTONIO ROMANUCCI
6            MR. DAVID NEIMAN
7            MS. CATHERINE EWING
8       120 North LaSalle Street, Suite 3600
9       Chicago, IL  60602
10      aromanucci@rblaw.net, dneiman@rblaw.net,
11      cewing@rblaw.net
12           and
13      HART MC LAUGHLIN & ELDRIDGE
14      BY:  MR. STEVEN A. HART
15      One South Dearborn, Suite 1400
16      Chicago, IL  60603
17      shart@hmelegal.com
18
19
20
21
22
23
24
25
```

RODNEY LEWIS JR.

3

```
 1   A P P E A R A N C E S:  (Cont'd)
 2   Attorneys for Defendant the Boeing Company
 3       WINSTON & STRAWN LLP
 4       BY:  MS. BAILEY BRANDON
 5       35 West Wacker Drive
 6       Chicago, IL  60601-9703
 7       bbrandon@winston.com
 8
 9   ALSO PRESENT:
10       Chelsea Gilchrist, Video Monitor
11       Theresa Winter
12       Craig Jones, Videoconference
13            Services and Tech Support
14
15
16                    *     *     *
17
18
19
20
21
22
23
24
25
```

RODNEY LEWIS JR.

4

```
 1

 2          S T I P U L A T I O N S

 3

 4          IT IS HEREBY STIPULATED AND AGREED

 5   by and between the attorneys for the

 6   respective parties herein, that filing,

 7   sealing, and certification be and he same

 8   are hereby waived.

 9          IT IS FURTHER STIPULATED AND AGREED

10   that all objections, except as to the form

11   of the question, shall be reserved to the

12   time of the trial.

13          IT IS FURTHER STIPULATED AND AGREED

14   that the within deposition may be signed and

15   sworn to before any officer authorized to

16   administer an oath, with the same force and

17   effect as if signed and sworn to before

18   the Court.

19

20

21

22

23

24

25
```

RODNEY LEWIS JR.

5

1                    I N D E X

2    WITNESS                         EXAMINATION

3    RODNEY LEWIS, JR.

4       By Ms. Brandon (Direct)          06^

5

6

7

8                 E X H I B I T S

9    NUMBER                        MARKED FOR ID

10   Rodney Lewis, Jr. Deposition Exhibit

11              NO EXHIBITS MARKED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RODNEY LEWIS JR.

6

1       THE VIDEO MONITOR:  Good morning.

2   This is videoconference monitor, Chelsea

3   Gilchrist speaking.  We are going on the

4   record at 9:04 AM on Thursday, June 6th,

5   2014.

6             This is the video -- this is

7   the deposition of Rodney Lewis, Jr. in the

8   matter of Ethiopian Airlines Flight ET 302

9   Damages filed in the United States District

10  Court for the Northern District of Illinois

11  Eastern Division, Case No. 1:19-cv-04964.

12  The court reporter is Diane Stodulski.  She

13  will be participating remotely from her own

14  location via videoconference.  We are from

15  the firm TC Reporting, Inc.

16             I would like to do a roll call

17  from the list of law firms appearing

18  remotely today.  After I announce each firm,

19  members of counsel, please state your full

20  name on the record so we may note your

21  appearance accordingly.  Go ahead.

22       MR. ROMANUCCI:  Antonio Romanucci,

23  one of the attorneys for the plaintiff.

24       MR. NEIMAN:  And David Neiman also

25  an attorney for the plaintiff.

TC Reporting, Inc.
(516) 795-7444

RODNEY LEWIS JR.

7

1          THE VIDEO MONITOR:  Winston &

2     Strawn?

3          MS. BRANDON:  Bailey Brandon with

4     Winston & Strawn on behalf of Boeing.

5          THE VIDEO MONITOR:  Is there anyone

6     appearing remotely that has not previously

7     stated their appearance today?

8               I will certify that I will be

9     appearing for tech support and

10    videoconference services for all remote

11    participants.  Before we proceed, I will ask

12    lead counsel for today's deposition to

13    stipulate on the record that we are

14    proceeding according to the Federal Rules of

15    Civil Procedure and that this deposition

16    officer may swear in the deponent even

17    though she is not in the physical presence

18    of the deponent and that there is no

19    objection to this at this time nor will

20    there be an objection to it at any future

21    date.  Plaintiff's lead counsel, are you in

22    agreement?

23          MR. ROMANUCCI:  So stipulated.

24          THE VIDEO MONITOR:  And defendant's

25    lead counsel, are you in agreement?

RODNEY LEWIS JR.

8

1          MS. BRANDON:  Agreed.

2          THE VIDEO MONITOR:  Since all

3    counsel are in agreement to proceed, the

4    court reporter will proceed with the

5    statement in swearing in of the witness.

6          THE REPORTER:  Raise your right

7    hand, please.  Do you solemnly swear the

8    testimony you're about to give in this cause

9    shall be the truth, the whole truth, and

10   nothing but the truth?

11         THE WITNESS:  I do.

12         THE REPORTER:  Thank you.

13   WHEREUPON:

14         RODNEY LEWIS, JR.,

15   called as a witness herein, having been

16   first duly sworn, was examined upon oral

17   interrogatories and testified as follows:

18     D I R E C T   E X A M I N A T I O N

19   BY MS. BRANDON:

20     Q.   Okay.  Hello, first of all, I want

21   to make sure that you can hear and see me

22   okay.

23     A.   Yes, I can.

24     Q.   Great.  Thank you so much for being

25   here today. My name is Bailey Brandon and

RODNEY LEWIS JR.

9

1    I'm here as counsel for Boeing.  I know that

2    these are very difficult circumstances, and

3    I want to start off by saying that I'm so

4    sorry for your loss.  As Boeing's counsel I

5    just need to ask some questions so I can

6    better understand your testimony.  Before I

7    dive into any substance, have you ever had

8    your deposition taken before?

9        A.    No.

10       Q.    So I will just kind of go over some

11   ground rules to make sure that things run as

12   smoothly as possible today.  The first one

13   being that if you need a break at any time,

14   please let me know.  I just ask that you

15   finish answering a question before we take a

16   break.  Does that sound okay?

17       A.    That's fair.

18       Q.    And if you don't understand a

19   question which is entirely possible that I

20   might phrase something incorrectly, please

21   let me know, and I will be happy to rephrase

22   it.  Okay?

23       A.    Okay.

24       Q.    We are proceeding remotely today

25   which possesses problems sometimes; however,

RODNEY LEWIS JR.

10

1   if at any point you can't hear me or don't

2   understand me or vice-versa, we will let

3   each other know, and then we can work out

4   the tech issues.  Sounds good?

5       A.   Sounds good.

6       Q.   Just keep your voice up when you're

7   answering questions and remember that there

8   is a court reporter here today that is

9   writing down every word that we say and so

10  we need verbal answers to all questions

11  rather than head nods or shaking.

12      A.   Yes, that makes sense.

13      Q.   Is there any reason that you can't

14  participate in the deposition today and

15  answer truthfully?

16      A.   No.

17      Q.   Are you on any medications that

18  would affect your ability to testify fully

19  and honestly today?

20      A.   No.

21      Q.   Can you please spell your name for

22  the record?

23      A.   Rodney, R-O-D-N-E-Y, Lewis,

24  L-E-W-I-S, I'm a junior, J-R.

25      Q.   Are you known by any other names?

RODNEY LEWIS JR.

11

1      A.   No.  I've been called Rod.  Last

2   name in the military.  That's about it.

3      Q.   Are you represented by counsel

4   today?

5      A.   No.

6      Q.   When were you first contacted about

7   testifying in this case?

8      A.   I think a few months ago, maybe a

9   year ago they were talking about we might

10  possibly have to do something where we would

11  have to testify, and I got the e-mail last

12  night I think is when it hit.

13     Q.   Who contacted you?

14     A.   I think David Neiman was the first

15  e-mail to let me know that we might have to

16  do it, and I think that was last year

17  sometime.  I would have to go back to the

18  e-mails and the chain.  There has been a lot

19  of back and forth.

20     Q.   And you said you received an e-mail

21  last night regarding your deposition today?

22     A.   Yes, with the link and everything.

23     Q.   Did you do anything to prepare for

24  your deposition today?

25     A.   Me personally, no.  Well, dress

RODNEY LEWIS JR.

12

1  appropriately, those type of things.

2      Q.   Did you meet with an attorney

3  before your deposition today?

4      A.   Yes.  I did talk to the attorneys,

5  yes.

6      Q.   Who did you meet with?

7      A.   David Neiman.

8      Q.   And when did you meet?

9      A.   Was it two days ago I think.

10     Q.   Did you meet remotely or in person?

11     A.   Remotely.

12     Q.   How long did you meet for?

13     A.   That I do not know.  It wasn't

14  long.  It was during my workday.

15     Q.   I'm sorry?

16     A.   It wasn't long.  It was during my

17  work day so I kind of had to --

18     Q.   Did you review any documents in

19  preparation for your deposition today?

20     A.   No.

21     Q.   Has anyone asked you to collect any

22  documents in connection with this case?

23     A.   No.

24     Q.   I'm going to get into some of your

25  personal background.  When were you born?

RODNEY LEWIS JR.

13

1      A.    September 26, 1975.

2      Q.    Where did you grow up?

3      A.    Chicago, Illinois and Matteson,

4  Illinois.

5      Q.    Who lived in the same home as you

6  growing up?

7      A.    My mother, my father, my little

8  brother Antoine, my little sister

9  Antoinette.  My parents adopted several

10  other kids.  There were times where I had a

11  few aunts that lived with us.  My Aunt Lynn

12  lived with us for a little bit.  My aunt

13  Carol I think lived with us for a little

14  bit.  They adopted five kids, Monica,

15  Marquetta, Christina, Michael and Angelo so

16  it was a large family.

17      Q.    Large family, full house?

18      A.    Yes.

19      Q.    Where did you live next after

20  moving out of your childhood house?

21      A.    I moved in with my grandmother for

22  a little bit while I was in college.  That's

23  in Chicago.

24      Q.    Where do you currently reside?

25      A.    In Northlake, Texas.

RODNEY LEWIS JR.

14

1    Q.   How long have you lived there?

2    A.   About three years, since 2020.

3    Q.   Are you married?

4    A.   Yes.

5    Q.   Do you have any children?

6    A.   Yes.  I have two children.

7    Q.   How old are they?

8    A.   Rodney the III is 23 and Cameron is

9  18.

10    Q.   Where did you attend high school?

11    A.   At Rich Central Olympia Fields,

12 Illinois.

13    Q.   In Illinois?

14    A.   Yes.

15    Q.   What year did you graduate?

16    A.   1993.

17    Q.   You mentioned college earlier.

18 What college did you attend?

19    A.   That one was Chicago State.  I have

20 attended several colleges -- University of

21 Dallas, University of Texas El Paso, Art

22 Institute of Dallas a little bit, Dallas

23 Community College out here so I have been to

24 a few.

25    Q.   Any degrees from any of those

RODNEY LEWIS JR.

15

1    institutions?

2        A.    Yes.   I have a master's degree in

3    leadership studies from the University of

4    Texas El Paso.   I have an MBA from the

5    University of Dallas.   I have a bachelor's

6    degree from Columbia College.

7        Q.    Very impressive.

8        A.    Thank you.

9        Q.    The master's degrees from Texas,

10   are those more recent degrees since you've

11   been in Texas for the last few years?

12       A.    No.   The MBA I got in 2017.   The

13   master's in leadership studies I got while I

14   was still in the service.   That was in 2004.

15   No, it was 2005 I think is when I got that

16   one, and of course Columbia College was

17   2003.   I was still in the service at the

18   time.

19       Q.    Any other professional certificates

20   or licenses?

21       A.    I hada PMP for a while, project

22   management professional, and I did hold an

23   insurance license for a while, but I let

24   that lapse as well too.   I don't work in

25   that field anymore.

RODNEY LEWIS JR.

16

1    Q.    Speaking of employment, are you

2  currently employed?

3    A.    Yes, I am.

4    Q.    Where are you working?

5    A.    The Small Business Administration.

6    Q.    What is your role there?

7    A.    I'm a program analyst.

8    Q.    How long have you been working

9  there?

10    A.    Since 2018, about five years now,

11  going on six years.

12    Q.    And you mentioned earlier that you

13  were in the service.  When did you serve?

14    A.    From 1996 to 2012, 16 years.

15    Q.    During your time in the service,

16  where were you stationed?

17    A.    Fort Lewis, Washington to Fort

18  Wainwright, Alaska to Fort Stewart, Georgia.

19  I spent some time in Fort Lewis, Texas.  I

20  spent some time at Fort Bragg.  Most of my

21  duty stations were actually in the States

22  and I deployed two times to Iraq and once to

23  Afghanistan just for training.

24    Q.    What was your highest ranking in

25  the service?

RODNEY LEWIS JR.

17

1      A.   I was a captain O3.

2      Q.   And you retired from the service in

3   2012 you said?

4      A.   I left the service in 2012.  I

5   didn't retire.

6      Q.   You left the service.  I'm sorry.

7   My apologies.

8      A.   No problem.

9      Q.   At any point were you stationed in

10   the same place as your brother Antoine?

11      A.   Never happened.  Never got a

12   chance.

13      Q.   What about Yalena?

14      A.   Never got a chance to be stationed

15   in their areas.

16      Q.   I want to talk a little bit more

17   about your family just so I understand their

18   relationship.  It sounds like you have a big

19   family so I apologize if I mix some names

20   up.  I will do my best.

21      A.   That's fine.

22      Q.   So starting with your brother

23   Antoine, he was a younger brother; is that

24   right?

25      A.   Yes.

RODNEY LEWIS JR.

18

1    Q.   How would you describe your
2  relationship with your brother?
3    A.   He was my best friend, you know, as
4  an adult like he kind of knew everything.
5  He knows -- the person he knows all of your
6  jokes, everything kind of -- he was
7  basically my best friend.  He was the type
8  of person that would put forth effort in the
9  relationship a lot more than I would with
10  other things so like when you needed to call
11  somebody, he will call you.  He'll tell you
12  what's going on with everybody else because
13  he also knew everyone else in the family.
14  Most of my family being in Chicago and me
15  being in Texas, he was kind of like the
16  conduit to keep me up on all the information
17  of everybody back home and all of the
18  cousins and all over the place so of all of
19  the friends I have had in life he was my
20  best friend.  He was my best man for my
21  first marriage, and when I got to the second
22  marriage, and we did the wedding, he was
23  going to be my best man.
24    Q.   How often did you see your brother
25  in person if you were living in different

RODNEY LEWIS JR.

19

1   states?

2        A.   Nowhere near enough.  It would be

3   whenever we can go home at the same time

4   which we were both in the military so it

5   didn't happen enough.  I would be home.  He

6   wouldn't be home.  He would be home.  I

7   wouldn't be home.  Usually it was a funeral

8   unfortunately.  Every once in a while we get

9   everybody together.  We scheduled something

10  in 2014 where we all -- my brother, me, my

11  son, his son, my father we got out there and

12  went fishing and hung out for a little

13  while,

14   spent the weekend in the Chicago area.

15  Because he was -- he liked to be stationed

16  overseas.  We didn't get a chance to spend

17  enough time together once he was in the

18  military and I joined the military.  It was

19  all over the phone or when we finally got

20  Zoom and not Zoom but what was it back then

21  and Skype, it was kind of all of that type

22  of stuff.

23       Q.   So if you weren't able to see each

24  other, it sounds like you were at least able

25  to stay in contact other ways; is that

RODNEY LEWIS JR.

20

1    right?

2        A.    Yes, yes.

3        Q.    How often would you say you spoke

4    with him?

5        A.    Usually it was like once or twice a

6    month at least.  It just depends on where he

7    is at, where I'm at.  When we were deployed,

8    we couldn't really talk a whole lot, maybe a

9    couple of months.  In the last -- I would

10   say the last two or three years of his life

11   we talked a lot more often like once a

12   month.  I actually got to see him a lot more

13   often just kind of driving up to Chicago

14   or -- once I got out of the military there

15   was -- I had more free time.  I didn't have

16   as many restrictions so we were able to see

17   each other more and then talk more often so

18   we started, yes.

19       Q.    And that was either talking on the

20   phone or FaceTime?

21       A.    Yes.

22       Q.    Did you guys text message with each

23   other?

24       A.    Yes, we did.

25       Q.    Do you still have any of those text

RODNEY LEWIS JR.

21

1    messages?

2        A.    Actually I do.

3        Q.    What about e-mail?  Did you guys

4    ever communicate via e-mail ever?

5        A.    Not a lot with e-mail.  E-mail we

6    didn't do too much e-mail back and forth as

7    far as everything can be communicated text

8    wise or just talking on the phone or

9    something like that.

10        Q.    You mentioned a fishing trip.  Does

11    that mean that your children had the

12    opportunity to meet his son Antoine, Jr.?

13        A.    Yes.  Every opportunity we got we

14    try to get the kids home and see the

15    grandparents.

16        Q.    Holidays were you ever able to get

17    together?

18        A.    Yes.

19        Q.    When you two would talk, what would

20    you talk about?

21        A.    Oh, wow.  Life, military service.

22    He would keep informed on the family, stuff

23    he was studying, bit coin.  Like he told me

24    I think -- I can't remember the year, but it

25    was bit coin was about $200 apiece.  He told

RODNEY LEWIS JR.

1   me go get a thousand dollars and go buy five

2   of them.  We had an argument about it.  You

3   are crazy.  The government will never let

4   you do bit coin.  If they can't tax it, they

5   won't make any money off of it.  They're

6   going to shut it down.  He's like no, no,

7   you are wrong, and I didn't, and he was wise

8   in a lot of ways, a lot of things that I was

9   stuck thinking about, he was ahead of his

10  time in a lot of ways.

11      Q.   Did he talk to you about his work

12  in the military?

13      A.   Yes.

14      Q.   Did he talk about his future plans

15  with the military?

16      A.   Yes.  He wanted to retire.

17      Q.   Did he have a specific date in mind

18  on when he planned to retire?

19      A.   We didn't talk about a specific

20  date, but usually at 20 years you could

21  retire so we can extrapolate it.  I don't

22  know the date that he was talking about.

23      Q.   Did he ever tell you what he

24  planned to do after?

25      A.   He wanted to spend time in Africa.

RODNEY LEWIS JR.

23

1    He wanted to spend time with his wife.  He

2    wanted to build a business that would -- in

3    Africa that would benefit the people, and he

4    had a lot of like big financial plans and

5    things that he wanted to grow and do.

6        Q.   When you say a business to benefit

7    the people, can you expand on that at all?

8        A.   My brother loved Africa as a

9    continent.  He loved the people.  He loved

10   the culture.  His first duty station was

11   Germany, and he was to Africa I guess on

12   vacation and he got to spend time there and

13   meet people there and he really loved it and

14   he saw like say a lot of potential in growth

15   and stuff like that that I didn't completely

16   follow.  His thought process was he was

17   really adamant about I'm going to build a

18   business here.  I want to benefit the

19   country and taking over.  I wanted to give

20   back to the community and stuff like that so

21   he had a plan, and it was lost.

22       Q.   I will just remind you if you need

23   a break at any time, just say the word.

24   Okay?

25       A.   Okay.

RODNEY LEWIS JR.

24

1    Q.   I will switch gears a little bit to

2    talk about his wife.  You mentioned Yalena.

3    Am I pronouncing that correctly?

4         A.   Yes.

5    Q.   The two married; is that right?

6         A.   Yes.

7    Q.   When did you first meet Yalena?

8         A.   I don't remember.  It was a long

9    time ago.  I don't exactly remember.  The

10   furthest back I can remember I think is I

11   met my current wife, and I brought my

12   current wife home, and it was the same time

13   when he brought Yalena home -- I have to

14   look back at some pictures.  I really don't

15   know.

16        Q.   They were together for some time

17   before they got married; is that fair to

18   say?

19        A.   Yes.

20        Q.   Did you attend their wedding?

21        A.   Unfortunately no.  I don't know

22   where I was.  This sounds bad.

23        Q.   It's okay.  When you would try to

24   get together with Antoine, would you also

25   see him with Yalena?

RODNEY LEWIS JR.

25

1     A.   Usually he was by himself when I

2   was spending time with him.  When we came

3   back home, there were times when Yalena was

4   there and I had my wife there, but if it was

5   brother time, it was usually me and him.

6     Q.   And when you would see Yalena and

7   him together, can you describe their

8   relationship or did he tell you about their

9   relationship at all?

10     A.   It was loving.  They were very

11   loving and affectionate.  My wife is -- it

12   stood out because my wife is against PDA and

13   showing that type of stuff, and so my

14   brother was like and she was like him.

15   They're very comfortable with it, and there

16   was just different outlook.  I look at my

17   wife, see, it's not that bad.

18     Q.   Where did Yalena live prior to the

19   accident?

20     A.   I think she was in DC.  I don't

21   remember exactly.  Either DC or Korea.  I

22   don't know.  I don't remember.  I remember

23   they were in Korea together for a while.

24         MR. ROMANUCCI:  Rodney, if you

25   don't know, just say you don't know as

RODNEY LEWIS JR.

26

1    opposed to second-guess.  I don't think

2    anybody wants you to guess, but if you don't

3    know, just let us know that.

4            THE WITNESS:  Okay.  I don't know.

5    BY MS. BRANDON:

6        Q.   That's a completely acceptable

7    answer, and I know I'm asking some questions

8    that go back in time as well so feel free to

9    say you don't know, and I will move on.

10       A.   Can I take a second?  I'm going to

11   start my car up because it is getting hot in

12   here.

13       Q.   Okay.  So is it fair to say that

14   prior to the accident you saw Yalena rarely

15   just given the circumstances of the

16   military; is that right?

17       A.   Rarely.  I guess that's fair.  She

18   wasn't the one I was calling.  It was

19   between me and my brother so that sounds

20   fair.

21       Q.   So you and Yalena didn't talk

22   individually on the phone or text message or

23   anything like that?

24       A.   Before the accident, no.

25       Q.   Where does Yalena live now?

RODNEY LEWIS JR.

27

1       A.   I don't know.

2       Q.   Do you still talk to her now?

3       A.   Every once in a while.

4       Q.   Is that like once a month, once a

5  year?

6       A.   No.  It has been -- has it been a

7  year?  I don't think it has been a year.  I

8  really don't know, but we talk when

9  opportunity shows like if she's home.  I

10  can't remember the last time I was home and

11  she was home, but she came by at some point

12  when I was there.  I can't remember what the

13  event was, but we do talk just not, you

14  know.

15       Q.   So the last time you saw her was

16  the last time you were home.  Do you have an

17  approximation on when that was?

18       A.    It wasn't the last time I was home.

19  It was the last time we were home together.

20  Was it summer of last year?  I don't

21  remember.  Might be summer of last year.  I

22  honestly don't remember.

23       Q.   And so that was the last time that

24  you recall seeing her in person.  Have you

25  spoken to her since then on the phone or via

RODNEY LEWIS JR.

28

1    text or any other way?

2         A.   I texted her a question about a

3    month ago, and she responded and answered it

4    for me.

5         Q.   Antoine also had a son; is that

6    right?

7         A.   Yes.

8         Q.   Can you describe Antoine's

9    relationship with his son?

10        A.   It was real close.  They spent time

11   together.  It looked like they had fun.

12   Antoine had custody of him the last I think

13   8 months before he passed.  They allowed him

14   to come up to Canada with him so he was

15   living in Canada so they got to spend time

16   together.  It was a loving relationship.

17        Q.   So they lived in Canada together

18   full time?

19        A.   Yes.

20        Q.   Did Antoine, Jr. -- sorry, we froze

21   there for a second.  Can you hear me?

22        A.   Yes.

23        Q.   Did Antoine, Jr. live with his

24   mother at all during that 8 months?

25        A.   No.

RODNEY LEWIS JR.

1      Q.   How often would you see Antoine,

2   Jr. in person before the accident?

3      A.   Whenever I went home to Chicago,

4   usually he was there with my parents.

5      Q.   And did you talk to Antoine, Jr.

6   individually?  Aside from your conversations

7   with your brother, did you text on the side,

8   things like that?

9      A.   Every once in a while I will call

10  and check on him just my nephew and see how

11  he is doing especially when my brother had

12  been deployed for a while and checked and

13  see how he was doing.

14     Q.   When you would call him, what would

15  you talk about?

16     A.   How is school, the type of stuff

17  you do when you check on a kid.  How's

18  school?  Do you have a girlfriend yet?  Are

19  you playing video games?  What video games

20  are you playing?  You try to get on their

21  level a little bit.

22     Q.   Did he enjoy school?

23     A.   I think he did.  At least when he

24  was younger for sure I know he did.  I'm

25  pretty sure he did.

RODNEY LEWIS JR.

30

1    Q.   Any other activities he liked to
2  enjoy?
3    A.   He played basketball, he played
4  football, baseball too I think.
5    Q.   So was he -- were you aware of his
6  physical health at all?
7    A.   Yes, I'm sure -- well, I don't know
8  for sure, but he appeared healthy.
9    Q.   So you are not aware of any medical
10 conditions that he had?
11   A.   No.
12   Q.   What about his mental health?  Are
13 you aware of any issues with his mental
14 health that he expressed to you?
15   A.   No.
16   Q.   Where does Antoine, Jr. live now?
17   A.   I think Jacksonville, Florida.
18   Q.   Who does he live with?
19   A.   I don't know.  I can only
20 speculate.
21   Q.   When was the last time that you saw
22 him in person?
23   A.   I think it was May 2022 at one of
24 the memorials we did for my brother on his
25 birthday.

TC Reporting, Inc.
(516) 795-7444

RODNEY LEWIS JR.

31

1      Q.   Have you talked to him since you

2 saw him in person that day?

3      A.   I talked to him the next year. The

4 Fourth of July he called me, and we talked

5 for a little bit, and that was the last time

6 that I talked to him.

7      Q.   Do you know if he is currently

8 working or in school?

9      A.   I don't know. I don't know any of

10 that.

11      Q.   Your parents are Rodney and

12 Antoinette Lewis; is that right?

13      A.   Yes.

14      Q.   Where do they live?

15      A.   In Matteson, Illinois.

16      Q.   Are you close with them?

17      A.   Yes, I am.

18      Q.   How often do you see them in

19 person?

20      A.   I try to see them at least once or

21 twice a year, and I try and call them at

22 least once a week, although I fail at times.

23      Q.   I think we are all guilty of that

24 sometimes. Did they have a close

25 relationship with Antoine?

RODNEY LEWIS JR.

32

1    A.    Yes, they did.

2    Q.    How often did they have the

3    opportunity to see him in person?

4    A.    Every day.  Like I say my brother

5    when he got -- when he had custody of

6    Antoine, my parents were his family care

7    plan so when you are in the military you

8    have to have a family care plan so if you

9    deploy or you go anywhere they make sure

10   that your dependents are taken care of so my

11   parents were part of his family care plan so

12   he was there with him most of the time.

13   Q.    Did Antoine, Jr. live with your

14   parents then when he was deployed?

15   A.    Yes, when Antoine gets deployed,

16   while he had custody when he was deployed he

17   would live with them.

18   Q.    What about before he had custody,

19   where was Antoine, Jr. living?

20   A.    With his mother.

21   Q.    Have you ever met his mother?

22   A.    Yes.

23   Q.    Do you talk to her at all?

24   A.    No.

25   Q.    Your parents, did they have a close

RODNEY LEWIS JR.

33

1    relationship with Yalena?

2        A.   Yes, I think so.

3        Q.   Do you know how often they would

4    talk with her?

5        A.   No, I don't.

6        Q.   Do you know if they are still in

7    contact with her?

8        A.   No, I don't.  I'm sure they do

9    talk, but I don't know the details of when

10   and how often they talk.

11       Q.   That's okay.  Do your parents still

12   talk to Antoine, Jr.?

13       A.   Not that I'm aware of.  I don't

14   know.

15       Q.   You mentioned that you had a big

16   family with some siblings living at the

17   home.  Do you mind just repeating their

18   names for me?

19       A.   Antoine, Antoinette, Monica,

20   Marquetta, Christina, Michael, and Angelo.

21       Q.   And I won't make you go through all

22   of them, but are they all living in various

23   areas around the country or in the Chicago

24   area?

25       A.   Yes, primarily in Chicago.  I live

RODNEY LEWIS JR.

34

1    in Texas, and I think Monica lives in Kansas

2    City or Kansas.

3        Q.    What about Antoinette?

4        A.    Antoinette is still in Matteson.

5        Q.    Are you close with your siblings?

6        A.    Yes, I'm close, close enough.  I'm

7    far out so I don't get to spend as much time

8    with them as they might spend together or

9    whatever; but I am close with them, I talk

10   to them and give advice when I can, and try

11   and be a big brother.

12       Q.    How about Antoine, was he close

13   with your siblings?

14       A.    Yes.

15       Q.    Do you know it sounds like he was

16   the person who stayed in contact with

17   everyone?

18       A.    Yes, he was.  He was the hub.

19       Q.    And even though he couldn't see

20   them in person, would you say that he spoke

21   to them pretty frequently on the phone or

22   via FaceTime?

23       A.    Yes, that's fair.

24       Q.    Were your siblings close with

25   Yalena at all?

RODNEY LEWIS JR.

35

1    A.    I think so.  They probably talked

2    to her more than I did just because I wasn't

3    there.  When she came around, like most of

4    the time, I probably wasn't there, but it

5    makes sense.

6    Q.    And do you know if any of your

7    siblings were close with Antoine, Jr.?

8    A.    I don't know in particular, but I

9    don't know for sure.

10   Q.    Do you know if they still -- any of

11   them still talk to Antoine, Jr.?

12   A.    Not that I know of.  I don't know.

13   Q.    Are you familiar with someone named

14   Bonita Parker?

15   A.    Yes.

16   Q.    Who is she?

17   A.    That's my aunt, my mother's younger

18   sister.

19   Q.    She is your mother's sister.  You

20   beat me to it.

21       What is your understanding of

22   her role in this lawsuit?

23   A.    Supporting my mother.  Losing a

24   child as I have seen with my wife's parents

25   and with, you know, my parents and it takes

RODNEY LEWIS JR.

36

1   a lot out of you so they do need support and

2   I thank God that my aunts are there to kind

3   of help my mother and lift her up, but she

4   has been a blessing in a lot of ways because

5   I'm not there, and I can't do all of the

6   things that I want to do so I look at her as

7   my mom's extra lifeline.

8       Q.   It is great that she has that.  Are

9   you aware if your aunt is the administrator

10  of your brother's estate?

11      A.   No, I'm not aware.

12      Q.   I want to talk a little bit about

13  your brother.  I will just remind you of our

14  rule that we can take a break at any time.

15  Okay?

16      A.   Okay.

17      Q.   How old -- when was your brother

18  born?

19      A.   May 9th, 1979.

20      Q.   That's good that you know his birth

21  date.  I didn't mean to put you on the spot

22  there.  So you were his older brother; is

23  that right?

24      A.   Yes.

25      Q.   Are you familiar with his

RODNEY LEWIS JR.

37

1 educational background?

2     A.   Yes. I know he at least got a

3 bachelor's degree, and I think he was

4 working on the master's if he didn't get it

5 already.

6     Q.   Do you know what his degrees were

7 in?

8     A.   I know his career field was

9 logistics so I believe it was something

10 logistical. I don't know the details of it.

11     Q.   And your brother obviously joined

12 the military. Do you remember when he did

13 that?

14     A.   Yes. He convinced me to join. It

15 was June of 1996, June or July of 1996. He

16 joined the late entry program. He was a

17 sophomore in high school. I was in a period

18 when I wasn't paying attention to school. I

19 was working a full-time job and he had

20 recruiters talking to him and my parents at

21 the house when I came home so they are all

22 sitting at the table and I walk in getting

23 off a long day of work. The recruiter looks

24 at me like what are you doing with your

25 life, young man? My father was like sit

TC Reporting, Inc.
(516) 795-7444

RODNEY LEWIS JR.

38

1   down and talk to him, and my brother

2   convinced me if you join, it was his idea --

3   if you join I will get an E2 rank and you'll

4   get an E3 rank because you're coming right

5   out of college.  It just so happened that

6   they caught me at the right time so I know

7   exactly when he joined.

8      Q.   And so you say you talked about

9   rank, at the time of the accident do you

10  know what his rank was?

11      A.   Yes.  He was an O3.  He was a

12  captain like I was when I got out.

13      Q.   And you also mentioned retirement

14  was something that he had thought about; is

15  that right?

16      A.   Yes.

17      Q.   Do you know how many years he had

18  until he was eligible for retirement?

19      A.   I don't know exactly because he had

20  a break in service.  He did his enlisted

21  time.  He got out.  He drove a truck for a

22  while and then he did OCS the second time he

23  went in, and I don't know the exact amount

24  of time he had left, but it was getting to

25  the point he had to be there at least 12 or

RODNEY LEWIS JR.

1    13 years.  I'm not supposed to guess.  I

2    don't know.

3         Q.   Do you know where he was stationed?

4         A.   When are you talking about,

5    throughout his career?

6         Q.   Just before the accident.

7         A.   I think that's when he was in

8    Canada.  Was it Canada?  I keep saying

9    Canada.  Yes, I think it was Canada.  These

10   are things that are in my memory banks.  Was

11   it that long ago?

12        Q.   I assume your brother received a

13   salary working for the army; is that right?

14        A.   Yes.

15        Q.   Do you know what his annual salary

16   was?

17        A.   At that time I don't know.  It

18   changes every year with the military, and

19   that's quite a few years back.

20        Q.   Do you know if he had any other

21   sources of income?

22        A.   I know he had his bit coin.  That

23   was a big source.  That's all I'm aware of.

24        Q.   The bit coin, do you know if he had

25   documents related to his investments in bit

TC Reporting, Inc.
(516) 795-7444

RODNEY LEWIS JR.

40

1    coin?

2       A.   No, I don't know.  We didn't talk

3    about the specifics.  I just knew he had it.

4    I knew there was a point where he told me,

5    Rodney, I'm debt free, I'm out of debt

6    100 percent, and that was like years before

7    he passed.  I was, man, I was like happy for

8    him.  Like really?  That is unheard of.

9       Q.   I will 100 percent admit I don't

10   know anything about bit coin either.  All I

11   know is I heard stories, and I heard stories

12   on the other end of it.

13      A.   Okay.

14      Q.   So your brother he financially

15   supported his son; is that right?

16      A.   Yes.

17      Q.   Do you know if he fully supported

18   Antoine, Jr. or Antoine, Jr. was also being

19   financially supported by his mother?

20      A.   I don't know.

21          MR. ROMANUCCI:  I will object to

22   form as this may be outside of his personal

23   knowledge, but you can answer to the best

24   that you can.

25          THE WITNESS:  I don't know what

RODNEY LEWIS JR.

41

1   Torrance was providing or wasn't providing.

2   I don't know much about her at all.

3   BY MS. BRANDON:

4       Q.   Do you know if your brother paid

5   child support at any point?

6       A.   I don't know.  That I don't know

7   either.

8       Q.   Did your brother -- do you know if

9   your brother discussed his future career

10  plans with anyone else in particular?

11      A.   As far as the business that he

12  wanted to build and stuff like that, yes, he

13  told me and a couple of cousins that we

14  talked to on a regular basis, yes, he talked

15  to people about it.

16      Q.   But no specific timeline for when

17  he planned to pull the trigger on it?

18      A.   Once he was done with the service,

19  that was kind of the concept.

20      Q.   Again if you don't know the answer

21  to these questions, that is totally fine.

22  Are you aware if your brother had any

23  chronic or serious medical conditions?

24      A.   No.

25      Q.   No, you are not aware or no, he did

RODNEY LEWIS JR.

42

1    not?

2         A.    I'm not aware, but I don't think he

3    did.

4         Q.    Do you know if he had surgery for

5    anything in particular?

6         A.    Surgery?  No, not that he told me

7    about.

8         Q.    Do you know if he was taking any

9    medications?

10        A.    No.

11        Q.    Did he smoke tobacco products that

12   you know of?

13        A.    No.

14        Q.    Did he drink alcohol?

15        A.    He drank beer.

16        Q.    I'm going to switch topics, and

17   again I'm going to talk about the day of the

18   accident.  I know we've been going for about

19   50 minutes, do you want to take break or

20   would you like to press on?

21        A.    We can press on.

22        Q.    Where were you living at the time

23   of the accident?

24        A.    I was in Texas.

25        Q.    When did you first hear about the

TC Reporting, Inc.
(516) 795-7444

RODNEY LEWIS JR.

43

1    accident?

2        A.   I was at work and I got an IM from

3    somebody that I was connected with through

4    him, some guy, I don't really know him that

5    well, but he said have you heard from

6    Antoine?  I saw there was an accident over

7    in Africa, and I hope he wasn't on that

8    flight; and it didn't of course that sounds

9    crazy like, like that doesn't even make

10   sense so I kind of kept working throughout

11   the day, and I didn't go the whole day.

12   Basically I just pressed on because of all

13   the planes on earth, all the flights on

14   earth, all the stuff that happens there's no

15   way that my brother was on the flight that

16   crashes so I kept working and then I

17   think -- I can't remember who called me

18   next.  Somebody called me and said have you

19   heard from Antoine?  I was like no, I knew

20   he was headed towards Africa.  No, I haven't

21   heard from him.  I talked to him the other

22   day when he was getting ready to leave.  No,

23   I will check on him.

24            So I sent an I-message to him

25   and it came back that he was active so I

RODNEY LEWIS JR.

44

1    sent to him okay, he's fine.  The message

2    said he is active.  He hadn't responded.  I

3    kind of just left it alone, and this is --

4    in the office I was in there working, and

5    then I think somebody else called me.

6    Eventually Yalena called me, and when she

7    called me it kind of got real strange.

8              She's like well, my office I'm

9    not at work right now, but my commander is

10   calling me into his office and I'm not at

11   work, and she said I'm kind of scared.  I

12   don't want to go because I know Antoine I

13   haven't been able to reach him, and I don't

14   want to go in his office because he might be

15   telling me something.  Go ahead and go in.

16   I'm sure it is not that.  I sent him an

17   I-message and it says he's active so I'm

18   sure it's not that.  So she calls and she

19   goes in there and I was on my way home and

20   she called me back and let me know what

21   they, what they --

22             MR. ROMANUCCI:  We can take a short

23   break.  Okay, Bud?

24             THE WITNESS:  All right.

25             MR. ROMANUCCI:  Can we take a

RODNEY LEWIS JR.

45

1    five-minute break?

2          MS. BRANDON:  That's fine.

3               (Whereupon a short break was

4               had from 9:53 Am to 9:54 AM.)

5          THE VIDEO MONITOR:  We go back on.

6    I will just start that we are going back on

7    and sorry for the confusion there.

8               We are going back on the

9    record.  The time is 10:02 AM.

10   BY MS. BRANDON:

11       Q.   Hello again and again I apologize

12   for having to ask these questions, but again

13   I really appreciate you hanging in there for

14   us.

15       A.   I'm sorry.

16       Q.   Did you speak to Yalena after you

17   heard the news?

18       A.   Yes.  We talked a little bit

19   afterwards about making coordinations coming

20   back home.  We are all coming home.  Some of

21   the memorials, she kept us informed on that

22   type of stuff, just support just talking

23   about things and memories and all of that

24   type of stuff.

25       Q.   Did you talk to Antoine, Jr.

RODNEY LEWIS JR.

46

1   afterwards?

2      A.  Yes.  I talked to him a bit.  Same

3   thing.  We all just came home.  We were all

4   together for a bit.  He was at the

5   memorials.  Every time we had a family call

6   for a while he was there visiting my parents

7   a lot even though he was living with his

8   mother, he was visiting my parents every

9   time I was coming home and spending time

10   there.

11      Q.  Have you had an opportunity to

12   speak to Antoine, Jr. about the loss of his

13   father?

14      A.  Yes.  I talked to him a couple of

15   times about what he was going through, and

16   we had a few conversations.

17      Q.  What did he tell you about how he

18   is coping?

19      A.  He expressed anger and frustration.

20   He said I guess he didn't sound like

21   himself, like his mother talking through

22   him.  She had been telling him things.

23   Basically he was just angry, angry, and he

24   said something like my father is not all

25   that great.  Kind of -- he was like -- I can

RODNEY LEWIS JR.

47

1   feel like just anger.

2       Q.    Do you know if he has sought out

3   any sort of counseling?

4       A.    No, I don't know.

5       Q.    I apologize if I already asked

6   this, but when was the last time you spoke

7   with him?

8       A.    I think it was July 4th.  He called

9   me on the 4th of July I think it was 2023.

10      Q.    And did you talk about how he's

11  doing?

12      A.    It had to be 2022.  It was on the

13  4th of July.  I don't know exactly which

14  year, 2022 or 2023.  He told me where he was

15  at.  He didn't tell me a lot about what he

16  was doing.  I'm sorry.  I'm just realizing

17  there has been a lot of time that has

18  passed.

19      Q.    That's okay.  If you don't know,

20  that's totally fine.

21      A.    Yes.

22      Q.    And Yalena, have you spoken to her

23  about her grief of losing her husband?

24      A.    Yes.  We talk about that a lot.

25  Like when it first happened, it was a shock

RODNEY LEWIS JR.

48

1    to everybody, and she was like in shock

2    basically like you just married and now you

3    are a widow, and this is somebody that you

4    dated for years and years and years, you

5    finally get married, and so she was really

6    going through a lot at first.

7         Q.   Are you aware if she sought any

8    counseling since the accident?

9         A.   I do remember her saying she was

10   going to counseling.

11        Q.   Has she mentioned if that has been

12   beneficial to her?

13        A.   Yes.  She said it was beneficial.

14        Q.   And the last time -- again, I

15   apologize if I already asked this, but the

16   last time you spoke with her was when?

17        A.   I don't know the exact time I spoke

18   with her.  I talked to my parents, and they

19   dialed her in, or we were all together.

20        Q.   Did she mention how she has been

21   doing?

22        A.   I know her career -- she has been

23   moving forward with her career.  I know she

24   went to Korea and spent some time out there,

25   and I think she's back now.  I don't know

RODNEY LEWIS JR.

49

1  for sure.  I think she came back stateside

2  recently.  I don't know exactly.

3      Q.   Is there anything else that you can

4  recall about your conversations with Yalena

5  about her grief and how she has been coping

6  since the accident?

7      A.   No, not really.

8      Q.   And same question with respect to

9  Antoine:  Is there anything else that you

10  can recall about how he has been coping

11  since the accident?

12      A.   No.

13          MS. BRANDON:  I think that's all

14  that I have for you today.  I don't know if

15  your counsel has any follow-up.

16          MR. ROMANUCCI:  I have no

17  follow-up.  I have no questions.  No

18  follow-up.

19          MS. BRANDON:  And, Rodney, I want

20  to thank you very much for doing this.  I

21  know what terrible circumstances that these

22  are.  I sincerely apologize for your loss.

23          THE WITNESS:  Thank you.

24          MR. ROMANUCCI:  You can hang up,

25  and the attorneys and I will stay on and

RODNEY LEWIS JR.

50

1    have some things to discuss, but thank you

2    for your time and stay well, and we will

3    talk soon.  Okay?

4         THE WITNESS:  Okay.  Thank you.

5         THE VIDEO MONITOR:  I will just

6    state the time to take us off the record if

7    there's nothing further.

8         MR. ROMANUCCI:  So what are we

9    doing?  Are we going back to back to back?

10   We have designated times.

11        THE VIDEO MONITOR:  I will take us

12   off, if that's okay.  We are going off the

13   record at 10:09 AM, and this concludes the

14   testimony given by Rodney Lewis, Jr.

15        MR. ROMANUCCI:  She was trying to

16   take time off work.  There was an 11:00 AM

17   slot.

18        MR. NEIMAN:  I'm in my office so I

19   can find the time.  Maybe we can get started

20   at 10:30 AM.

21        MR. ROMANUCCI:  We can all fill in

22   the time.  I agree but --

23        MS. BRANDON:  Whatever is more

24   convenient for all of the witnesses is fine

25   with me.

RODNEY LEWIS JR.

51

1      MR. NEIMAN:  Thank you for your

2   flexibility.  Let me reach out to see if

3   they are ready to go.

4      MR. ROMANUCCI:  Hypothetically,

5   let's say we get Bonita at 10:30, do you

6   anticipate about the same amount of time

7   with her?

8      MS. BRANDON:  Yes.

9      MR. ROMANUCCI:  Are you okay with

10  that if we do that schedule?

11     MS. BRANDON:  Yes, unless something

12  weird happens.

13     MR. ROMANUCCI:  We don't know that

14  we can, but we'll see if we can.

15     MS. BRANDON:  I can hear you.  Just

16  holler, and I will come back on.

17

18

19

20

21

22

23

24

25

TC Reporting, Inc.
(516) 795-7444

RODNEY LEWIS JR.

52

```
 1        IN THE UNITED STATES DISTRICT COURT

 2       FOR THE NORTHERN DISTRICT OF ILLINOIS

 3              EASTERN DIVISION

 4   IN RE:  ETHIOPIAN AIRLINES

 5   FLIGHT ET 302 CRASH - Damages

 6   ------------------------------

 7   Lead Case: 1:19-cv-2170 Consolidated

 8   District Judge:  Honorable Jorge L. Alonso

 9   Magistrate Judge:  Honorable M David Weisman

10   ------------------------------

11   This Document Relates to: 1:19-cv-04964

12   _____

13        I, RODNEY LEWIS, JR., state that I

14   am the deponent in the aforesaid deposition,

15   that I have read the foregoing transcript of

16   my deposition taken June 6, 2024 consisting

17   of 52 pages, and that the foregoing is a

18   true and correct transcript of my testimony

19   so given except as I have so indicated on

20   the errata sheets provided herein.

21

22        _____
              RODNEY LEWIS, JR.

23   No corrections (Please initial)    ___

24   Number of errata sheets submitted ___ pgs.

25
```

TC Reporting, Inc.
(516) 795-7444

RODNEY LEWIS JR.

53

```
 1    STATE OF ILLINOIS  )

 2                       )SS.

 3    COUNTY OF C O O K  )

 4

 5           I, DIANE L. STODULSKI, Certified

 6    LiveNote Reporter, Certified Shorthand

 7    Reporter, Registered Professional Reporter,

 8    and Notary Public in and for the County of

 9    Cook, State of Illinois, do hereby certify:

10           That previous to the commencement

11    of the examination of the witness the

12    witness was duly sworn to testify the whole

13    truth concerning the matters herein;

14           That the foregoing deposition was

15    reported stenographically by me, was

16    thereafter reduced to a printed transcript

17    by me through computer-aided transcription,

18    and constitutes a true record of the

19    testimony given and the proceedings had;

20           That the said deposition was taken

21    before me at the time and place specified,

22    and that there were present Counsel as

23    specified;

24           That the reading and signing by the

25    witness of the deposition transcript was
```

TC Reporting, Inc.
(516) 795-7444

RODNEY LEWIS JR.

54

1    agreed upon as stated herein;

2

3          That I am not a relative or

4    employee or attorney or counsel, nor a

5    relative or employee of such attorney or

6    counsel for any of the parties hereto, nor

7    interested directly or indirectly in the

8    outcome of this action.

9          Witness my official signature

10   as Notary Public, in and for Cook

11   County, Illinois on this 11th day of

12   June, 2024.

13

14

15

16   _____
     DIANE L. STODULSKI, C.S.R./R.P.R.

17          License No. 084-002519

18

19

20

21

22

23

24

25

TC Reporting, Inc.
(516) 795-7444