IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| SULTAN BIN KHALAF BIN MOHSEN AL-MUTAIRI, as Special Administrator and Special Representative of the Estate of SAAD KHALAF M ALMUTAIRI, deceased, and with External Power of Attorney for his heirs,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation;<br>ROSEMOUNT AREOSPACE, INC., a Delaware corporation;<br>ROCKWELL COLLINS, INC., a Delaware corporation,<br><br>Defendants. | *This Filing Relates to: Case No. 19-cv-4285* |

**UNOPPOSED MOTION TO ALLOW CERTIFCATION OF COPIES OF SEALED ORDER FOR DKT # 2394**

Plaintiff SULTAN BIN KHALAF BIN MOHSEN AL-MUTAIRI, as Special Administrator and Special Representative of the Estate of SAAD KHALAF M AL-MUTAIRI, deceased, and with External Power of Attorney for his heirs, by and through his attorneys, hereby moves the Court to enter and order allowing certification of Docket No. 2394 (Sealed) as true and accurate copies of the original.

1. Plaintiff and beneficiaries are residents of the Kingdom of Saudi Arabia.

2. As part of the legal process to finalize the distribution of assets to the minor beneficiaries of SAAD KHALAF M AL-MUTAIRI, Plaintiff has been advised that the Kingdom of Saudi Arabia requires certified copies of orders for distribution to the minors.

3. Plaintiff respectfully requests the Court allow certification of the necessary documents, specifically Docket No. 2394 (Sealed) to ensure compliance with Saudi legal procedures and to facilitate the completion of the distribution process.

4. Plaintiff has previously requested these documents be certified by the clerk of the court and is informed Plaintiff must make this motion to receive certification of the sealed order.

WHEREFORE, the Plaintiff, SULTAN BIN KHALAF BIN MOHSEN AL-MUTAIRI, as Special Administrator and Special Representative of the Estate of SAAD KHALAF M AL-MUTAIRI, deceased, and with External Power of Attorney for his heirs, respectfully requests that the Court enter an order allowing the certification of the aforementioned documents as true and accurate copies of the originals for purposes of this action.

Dated: March 5, 2025

s/ Robert A. Clifford
Robert A. Clifford (ARDC No. 0461849)
Kevin P. Durkin (ARDC No. 3127906)
Tracy A. Brammeier (ARDC No. 6317792)
John V. Kalantzis (ARDC No. 6283187)
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 3600
Chicago, IL 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

Frank M. Pitre
John P. Thyken
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
fpitre@cpmlegal.com
jthyken@cpmlegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2025, I electronically filed the foregoing **UNOPPOSED MOTION TO ALLOW CERTIFICATION OF COPIES OF SEALED ORDER FOR DKT # 2394** using the CM/ECF system, which will send notification of such filing to all attorneys of record.

      s/ Robert A. Clifford
Robert A. Clifford (ARDC No. 0461849)
**CLIFFORD LAW OFFICES**
120 North LaSalle Street,
Suite 3600
Chicago, IL 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
rac@cliffordlaw.com