# EXHIBIT D

My docs: W-CEO

# CEO/FOUNDER'S DEATH AND COMPANY VALUE

Oded Shenkar

**INTRODUCTION**

Recent years have seen two related key developments in the scholarly world as well as the financial and executive community, that underlie the case before us. The first is a realization that intangibles constitute a large, rising, and sometimes dominant portion of company assets. This is true across the board, but appears to be more pronounced in the service sector (including hospitality) and for family firms, among other characteristics. The second key development is the growing recognition that social capital, or relational wealth, including the network of contacts of an executive, are key intangibles.[1] Thus, "most private business profits reflect the return to owner human capital;" and the entrepreneurial income captured by owner managers is seeing a dramatic rise.[2] Social capital has been especially paramount in supporting entrepreneurship and modernization.[3]

The aforementioned two developments have greatly amplified market attention to CEOs. As one study summarizes, "the market attaches value to CEO-specific information".[4] In other words, CEO are viewed as drivers of firm's performance, profitability, and ultimate value.[5] Concomitantly, attention turned to the outcome of losing a CEO, which implies not only a loss of leadership and expertise, but also a loss of a social network, which is one of very few of firm assets that are virtually impossible to replicate.[6] This has led, for instance, to the common practice in mergers and acquisitions (M&A),

---

[1] Coleman, J.S. 1988. Social capital in the creation of human capital. *American Journal of Sociology,* 94, S95-S120; Steier, L. 2001. Next-generation entrepreneurs and succession: An exploratory study of modes and means of managing social capital. *Family Business Review,* XIV, 3, 259-276

[2] Smith,M., Yagan, D., Zidar, O. & Zwick, E. 2019. Capitalists in the twenty-first century, *The Quarterly Journal of Economics, 1-72*

[3] Grootaert, C. & van Bastelaer, T. *The role of social capital in development.* Cambridge University Press; Nthuni, S.K. 2014 Influence of social capital on the growth of small and medium enterprises in Kenya, *International Journal of Social Sciences and Entrepreneurship,*261-78

[4] Jacobsen, S. The death of a deal: Are withdrawn acquisition deals informative of CEO quality? *Journal of Financial Economics,* 114, 2014, 54-83 (cited on p.54)

[5] Bennedsen, M., Perez- Grootaert, C. & van Bastelaer, T. 2002. *The role of social capital in development.* Cambridge, UK: Cambridge University Press

[6] Shenkar, O. 2010. *Copycats: How smart companies use imitation to gain a strategic edge.* Boston, MA: Harvard Business Press

1

especially the cross-border type, of including CEO retention in the contract, often aligning incentives by way of contingent payouts.[7]

There are instances where the CEO departure cannot be avoided, nor planned for, as is the situation where this senior executive suddenly and unexpectedly dies. Such instances, rare as they may be, have increasingly caught market attention. A 2016 study that examined 240 "sudden and unexpected CEO deaths" found that "absolute (unsigned) market reactions to these events in US public firms have increased markedly between 1950 and 2009." [8]

**THE PERFORMANCE IMPACT OF CEO DEATH**

The review presented here is cross-disciplinary. It is based on the scholarly literature in a number of relevant fields, ranging from finance and accounting to strategy and marketing, among other areas. Only studies that appear rigorous, e.g., in terms of sample size and method of analysis, that have been published in respected, verifiable sources, are included in this review. Most of the studies look at publicly listed firms, as data for those are more widely available, however they are applicable to non-listed firms as well. Finally, in an effort to approximate as much as possible the case at hand, special attention is paid to contingency factors, from demographics to type of death and the phase in the development of a firm. National and industry (sector) are also considered.

When it comes to firm performance, 'CEOs matter'. A study found that "CEOs are a key determinant of firm performance", that the "have an economically and statistically significant effect on profitability, revenue, and investment outcomes." [9] Another study reported that "founders' turnover had a significant immediate and negative effect on firm performance." [10] The divorce of a CEO of a family business "had a major negative impact on the business finances (revenues down 58%, gross profit down 56%, profitability down 65%, working capital down 65%, and total equity down 68%). [11] Still another study looked into CEO hospitalization, a phenomenon that is fairly similar to a sudden death in that it is usually unpredictable, and found that "firms whose CEOs are hospitalized underperform when their chief executives are sick ".[12]

---

[7] Reurer, J.J., Shenkar, O. & Ragozzino, R.2004. Mitigating risk in international mergers and acquisitions: the role of continent payouts. *Journal of International Business Studies*, 35, 9-32
[8] Quigley, T.J., Crossland, C. & Campbell, R.J. 2017. Shareholder perceptions of the changing impact of CEOs: Market reactions to unexpected CEO deaths, 1950-2009. *Strategic Management Journal,* 38, 939-949
[9] Bennedsen, M., Perez- Grootaert, C. & van Bastelaer, T. 2002. *The role of social capital in development.* Cambridge, UK: Cambridge University Press
[10] He, X., Wang, Z., Mei, L. & Lian, Y. 2010. *Journal of Chinese Entrepreneurship,* 2, 2, 148-164
[11] Galbraith, C.S. 2003. Divorce and the financial performance of small family business: An exploratory study. *Journal of Small Business Management,* 41, 3, 296-330
[12] Bennedsen, M., Perez- Grootaert, C. & van Bastelaer, T. 2002. *The role of social capital in development.* Cambridge, UK: Cambridge University Press

The negative impact of a CEO's sudden death is also reflected in other forms, whose impact on performance can be longer to take hold yet is not less meaningful. One such outcome is a marked decline in innovation performance. [13] Another documented outcome has been an increase in the resources invested and intensity in the strategic moves by competitors, who seek to take advantage of the void. [14] In a competitive market, as Kenya's hospitality sector is (and becoming more so), this is a considerable liability for a company that has to find its own bearings at the same time.

**CONTINGENCY FACTORS**

CEO death events vary. When reviewing the relevant knowledge base, it is therefore valuable to attend to key contingency factors in terms of their likely impact on the relationship between death and firm value and performance. This should help place the case before us in the proper context.

**Type of Death**

There are multiple ways by which a CEO is replaced. Steier offers four, namely (1) unplanned, sudden succession, (2) rushed succession, (3) natural immersion, and (4) planned succession and deliberate transfer of social capital. [15] Our interest here is in the first mode, specifically, cases of a CEO's sudden death, an unexpected as well as highly traumatic and emotional event. Sudden deaths include illnesses, most often heart attacks, but also such events as suicide and plane crashes.[16]

In 2012, Steve Appleton, the CEO and Chairman of Micron Technology, died when his small plane, an experimental Lancair, crashed. Trading was halted, and when it resumed, the Company's share slid six percent.[17] Indeed, the vast majority of the studies found sudden executive death to be detrimental to firm performance. The very few exceptions are studies conducted decades ago, based on small samples, or where CEOs were old and considered to be underperforming, conditions that are clearly at odds with the present case.

A study covering sudden deaths of executives between 1980 and 2013 found that "evidence and data supported the hypothesis that if an executive came to a sudden death, the stock prices and returns

---

[13] Lee, J.M., Kim, J. & Bae, J. Founder CEOs and innovation: Evidence from CEO sudden deaths in public firms. *Research Policy,* 49, 1, 2020, 103862
[14] Cho, S.U., Choi, Y., Park, H.D. & Kwon, J.H. One man's death is another man's bread: The effect of a CEO's sudden death on competitors' strategic investments. *Journal of Management Studies,* 61, 4, 2023, 1192-1229
[15] Steier, L. 2001. Next-generation entrepreneurs and succession: An exploratory study of modes and means of managing social capital. *Family Business Review,* XIV, 3, 259-276
[16] Larcker, D.F., and Tayan, B. 2012. Is a powerful CEO good or bad for shareholders? Rock Center for Corporate Governance at Stanford University, *Closer Look Series: Topics, Issues and Controversies in Corporate Governance and Leadership No. CGRP-28*
[17] Kuraris, J. & Randewich, N. 2012. Micron CEO dies in plane crash, industry stunned. *Reuters,* February 3, 2012

were negatively affected."[18] A similarly large study of CEOs of listed US firms who suddenly died between 1950 and 2018, were associated with a significant drop in share price and firm value following the death, as well as increase in the cost of capital.[19]

Smith, Yagan, Zidar and Zwick looked at both retirement and early deaths and found that "passthrough profits falls by three-quarters after owner retirement or premature death", with "the average premature death of a million-dollar-earning owner causes an 82% decline in firm profits." [20] Similarly, Nielsen and von Meyerinck reported that "firms connected to a suddenly deceased manager experience a statistically significant reduction in shareholder value between 1.6 and 2.6 million USD, which is consistent with the notion that managerial connections foster shareholder value." [21] Jenter and his associates added that "the large value losses associated with most sudden deaths, and especially sudden deaths of young and short-tenured CEOs, suggest that their firms are worth a lot more under the incumbent CEO than under the best alternative candidate…".[22] Both amplifying factors (age and tenure) are consistent with the case before us. In another study, researchers found that "firms lose significantly more shareholder value around the announcement of a sudden death when the deceased CEO was physically fit.[23] We can assume, at least judging by age and activity level, that this was the case for Jonathan.

**Demographics**

Research found "robust CEO effects for relatively young and highly educated CEOs, as well as for CEOs in rapidly growing environments". [24] Those qualifiers are applicable here. Jonathan was highly educated in a relevant field. He had a B.A. in hospitality and tourism management from a highly reputable

---

[18] Zhang, Y. 2015. *How does untimely death of an executive affect stock prices and company performance.* Unpublished MSc Dissertation in Financial Economics, Utah State University
[19] Lee, B.P. 2021. Unexpected CEO death and its consequences for firm performance. San Paolo, Brazil: University Getulio Vargas (dissertation).
[20] Smith,M., Yagan, D., Zidar, O. & Zwick, E. 2019. Capitalists in the twenty-first century, *The Quarterly Journal of Economics, 1-72*
[21] Nielsen, K.T. & von Meyerinck, F. 2018. Managerial networks and shareholder value: evidence from sudden deaths. Working Ppaer on Finance #2018/21, University of St. Gallen/ Swiss Institute of Banking and Finance (S/BF-HSG)
[22] Jenter, D., Matveyev, E. & Roth, L. 2018. *Good and bad CEOs*, Working Paper, HBS EMC Conference.
The greater impact of younger age is also supported by Combs.,J.G., Ketchen, J. , Perrymnan, A.A. & Donahue, M.S.. 2007. The moderating effect of CEO power on the board composition-firm performance relationship. *Journal of Management Studies*, 44, 8, 1299-1323
[23] Limbach, P. & Sonnenburg, F., *Does CEO fitness matter?* Center for Financial Research, University of Cologne, CFP Working Paper # 14-12, 2015, 1-58 (citation on p.19)
1-58[24] Bennedsen, M., Perez- Grootaert, C. & van Bastelaer, T. 2002. *The role of social capital in development.* Cambridge, UK: Cambridge University Press. The contribution of younger age to lower performance is also found by Sincerre, B.P. 2021. Unexpected CEO death and its consequences for firm performance. San Paolo, Brazil: University Getulio Vargas (dissertation).

4

hotel school in Switzerland and served in senior hotel positions for almost ten years. He was relatively young at the time of his appointment and his passing. He joined Tamarind as Director of Business Development before being appointed CEO. In both positions, Jonathan was the architect of growth and expansion, innovation and digitization in Company-wide operations. In many ways, the future prospects of the group rested with him, and with his death, many of those opportunities vanished, as evidenced by the cancelled acquisition following his death. This means that the loss we are looking at here applies not only to present assets, but also to future potential. Finally, the literature shows that a negative performance outcome for a firm following a CEO's sudden death was not universal, but was likely when the CEO was perceived strong and successful, which seems to fit the present case. After all, Jonathan would not have been offered the CEO position if he was not perceived by the board to be successful as the Business Development Director, his preceding role in the company. [25]

**Ownership and Management**

Tamarind was founded by Jonathan's father Chris (later joined by Martin Dunford) as a restaurant in Mombasa, Kenya, in 1972, expanding into the Tamarind group in 1977. Family-controlled firms, led by either a founder or a descendant of the founder, are more efficient than their matched counterparts (that is, similar in age and other measures) that are not family controlled; descendant-controlled firms are more efficient than founder-controlled firms.[26] The latter finding fits the case of Jonathan, and his loss deprived Tamarind from the opportunity to benefit from the continuity, efficiencies and trust embedded in a descendant of a family owner, who combines the value of the family relationship with the outside knowledge and openness to take the business still further. Given the age of his children at the time of his death, it was unrealistic for them, or, for that matter his wife, to continue the family active control of the firm. Even if they were able to, they would have been further removed from the founder. This too has performance ramifications: "On average, founders increase the performance of their firm" and "the message that founder control is beneficial is consistent with most of the recent literature. This has also been found more broadly in cases of founding-family ownership.[27] Zhang, cited earlier, noted that

---

[25] Larcker, D.F. & Tayan, B. Sudden death of a CEO: Are companies prepared when the lightning strikes? *Stanford Closer Look* series, 2012

[26] McConaughy, D.L., Walker, M.C., Henderson, G.V. & Mishra, C.S. 2000. Founding family-controlled firms: Efficiency and value, *Review of Financial Economics,* 7, 1, 1-19. Villalonga & Amit reach a different conclusion but it is obvious that the father to son succession in the case before us has been successful.

[27] Adams, R., Almeida, H. & Ferreira, D. 1009. Understanding the relationship between founder-CEOs and firm performance, *Journal of Empirical Finance*, 16, 136-150; Anderson, R.C. & Reeb, D.M. 2003. Founding-family ownership and firm performance: Evidence from the S&P 500, *The Journal of Finance,* 58,3, 1301-1327; Villalonga, B. & Amit, R. 2006. How do family ownership, control and management affect firm value? *Journal of Financial Economics,* 80,2, 385-417; Fahlenbrach, R. 2009. Founder-CEOs, investment decisions, and stock market performance, *Journal of Financial and Quantitative Analysis,* 44, 2, 439-466

5

negative impact of sudden death on stock price and returns was more likely when there was no heir apparent waiting in the wings. This too was the case with Tamarind.

Last but not least, using a vast data set of US listed firms that suffered a sudden CEO death during the 1979-2002 period, Lee and his colleagues found that when the deceased founder was replaced by a professional manager (i.e., not a family member), innovation, measured by patent count, declined by a whopping 43.8 percent.[28] This finding is of vital importance and relevance for the present case, since much of the upside of the Tamarind business is embedded in new ventures.

**Business Phase**

Many of the Tamarind's group ventures were young or barely conceived. In many ways, they can be considered as entrepreneurial ventures or startups. Not only are they new, but the risk associated with new eateries, for instance, is considered among the highest overall. Results for the impact of CEO's death on such firms are highly consistent. Medeiros and Doornik researched financing following the premature deaths of startup founders and found that: "losing a founder has perverse effects on startup financing. It reduces startup credit by 63%. Their credit becomes more expensive, as we observe an increase in interest rates of 6 percentage points. And startups struggle more to pay their debt, as we observe an increase of 7 percentage points in the default probability."[29] The authors add that their findings are "mainly driven by the turnover of a founder who is also a manager". Choi, Goldschlag, Haltiwanger & Kim looked at premature deaths of founding members of startups, and found that "the exogenous separation of a founding team member due to premature death has a persistently large, negative, and statistically significant impact on post-entry size, survival, and productivity of startups… the loss of a key founding member (e.g., founders) has an especially large adverse effect…".[30] In one of the largest studies of its kind, involving 1500 Norwegian entrepreneurs between 1999 and 2015, Becker and Hvide found out that the death of an entrepreneur had "large and sustained negative effects on growth and profitability."[31] For smaller startups, death had an impact on a firm's very survival; results are stronger for young startups. This is consistent with other studies, e.g., one showing that smaller family businesses are especially vulnerable to "life altering events."[32] Further, the Becker & Hvide paper concludes that "the effect of the

---

[28] Lee, J.M., Kim, J. & Bae, J. Founder CEOs and innovation: Evidence from CEO sudden deaths in public firms. *Research Policy,* 49, 1, 2020, 103862
[29] Medeiros, M. & Van Doornik, B. 2021. *Human capital and startup financing,* Working Paper Series # 546, Banco de Brasil.
[30] Choi, J., Goldschlag, N., Haltiwanger, J. & Kim, J.D. 2019. Founding teams and startup performance, Working Paper, NBER.
[31] Becker, S.O. & Hvide, H.K. 2022. Entrepreneur death and startup performance, *Review of Finance*, 163-185
[32] Efendioglu, A. & Muscat, E. 2009. Internal disruptions in family business succession: Death, divorce, and disability. *The Journal of Industrial Relation and Human Resources*, 11, 1, 17-31

6

death of entrepreneur managers are economically and statistically stronger than the death of managers that are not entrepreneurs. This suggests that traditional measures of lifetime earnings potential would greatly underestimate the impact of death in the case before us.

**Kenyan Culture**

I have already cited the importance of being in a rapidly growing environment, however one should not underestimate the importance of the cultural context. Kenya is a collectivistic society. On Hofstede's schema, Kenya scores 25 on individualism, showing a very high rate of collectivism.[33] Collectivism levels are relatively homogenous across ethnic groups within the country.[34] Although the relationship between social capital and collectivism is somewhat contentious, fine-grained studies show a positive association for dimensions of relevance here. To cite Beilmann and Realo, "people who accept responsibility for themselves and for their actions (mature self-responsibility), have tight and supportive relationships with their friends and neighbors (Companionship), and are dedicated to and ready to serve their nation (Patriotism) also have higher levels of social capital."[35]  Here too, Jonathan checks all the boxes. This implies that with his passing, the social capital lost was especially damaging to Tamarind's brand. To cite the Tamarind's hotel Facebook message after Jonathan's death: "Jonathan Seex: Deeply remembered as the heart behind the unique brand and culture that is Tamarind Tree Hotel." In turn, this again highlights that the passing has not only adversely impacting not only existing Tamarind's assets but has also undermined future prospects and entrepreneurial ventures, that were supposed to build on the Tamnarind's brand and reputation.

**Sectorial Context**

Hotels and restaurants are part of the hospitality industry, which is very much people-intensive. In this sector, the importance of social capital and personal touch are paramount. Hotel executives are a prime example of what is called "management by walking around", and strong interpersonal relations are a must, as client relations are key to success. When it comes to higher grade hotels, which is the case here, there are parallels with the luxury industry, where "evidence indicates that the purchasing intention of luxury consumers is linked more to the bond and the values that they share with the founder than to the quality of the goods purchased."[36] As a result, one would expect the loss of a leader and the resulting

---

[33] www.hofstede-Insights.com/country/kenya/
[34] Ketter, C.K. & Arfsten, M.C. 2015. 69-79Cultural value dimensions and ethnicity within Kenya, *International Business Research,* 8, 12,
[35] Beilmann, M. & Realo, A. 2012. Individualism-collectivism and social capital at the individual level, *TRAMES,* 16(66/61), 3, 205-217
[36] Torchia, C.D., Marceselli, C.R.C. & Sargneti, P. 2020. Founder succession and firm performance in the luxury industry. *Corporate Ownership & Control,* 17, 2, 88-96.

severing of a social network to be of even greater importance in hospitality than in most other sectors, as has been found for hotels Africa as well as in other geographies.[37]

**THE BOTTOM LINE**

      The aforementioned review of the literature shows that a sudden death of a senior executive has a significant and materially adverse impact on business. Not only is the negative impact almost universally upheld in empirical studies, but the contingency factors that have been found to amplify it, are all present in the case before us. Taken together, the findings strongly imply that the damage incurred by Jonathan's death was highly significant in eroding the long-term value of the business. Crucially, the damage that has been identified in the literature is not limited to the existing business, but was also likely to undermine future prospects and growth, as shown, for instance, in the markedly negative impact on the rate of innovation. In the case of Tamarind, new projects that have been in the planning stages or close to launch represent such innovation and growth prospects, as do the restaurant franchises that could (and probably would) expand beyond an existing location in South Africa to East Africa and the rest of Africa (as quite a fe Kenyan companies have done), and beyond. The final piece of evidence of the relationship between a CEO and a company's values comes however from this case itself, when, immediately following Jonathan's death, Ascent Capital consented to proceed with the transaction only if the Tamarind group were able to identify a CEO of the same caliber. Having failed to do so, Ascent chose not to continue with the transaction.

*Oded Shenkar*

Oded Shenkar, PhD. November 30, 2024

---

[37] Peter, A. 2014. The effect of interpersonal relationship on marketing performance in the Nigerian hotel industry. *International Journal of Business and Social Science*, 5, 2

8