# EXHIBIT F

<Lifetime Earnings>

# LIFETIME EARNINGS ANALYSIS FOR JONATHAN SEEX

Oded Shenkar

**ASSUMPTIONS (model setup)**

*DATE OF BIRTH:* 1973.

*WORKING AGE START:* 1995

*COMPENSATION:* All components are counted, including bonus, pension, expenses, etc.

= US$ 202,800 in 2019

Real Wage Growth Rate (adjusted inflation):

Calculated as a weighted average from historical growth rates and a general annual growth rate. The weighted rate combines (about 1.55%) periods. Both periods can be considered as an independent business cycle:

   a. 20%: an unusual fast developing period (1994 to 2010); data is from "Growth and Poverty in Sub-Saharan Africa" by Arne Bigsten, Damiano Kulundu Manda, Germano Mwabu, and Anthony Wambugu (https://academic.oup.com/book/12417/chapter/162904442).
   b. 80%: a usual period with stable development (2011 to 2020) from annual report of Kenya National Bureau of Statistics (KNBS).

2. The wages above is the median for all employees Kenya. As this person is an executive, he has a higher wage growth rate. We assume he is at the top 90th percentile. From 1979 – 2023, EPI analysis of the Current Population Survey Outgoing Rotation Group microdata, EPI Current Population Survey Extracts, Version 1.0.48 (2024a) provides the difference in wealth growth between top 90th percentile and median. Considering the gap is smaller over years, we choose the average between 0.9/0.3 and 1.1/0.7 = 2. Source: https://www.epi.org/publication/swa-wages-2023/#:~:text=Between%201979%20and%202019%2C%20the,top%20of%20the%20earnings%20distribution.

*EXCHANGE RATE:* the rounded average rate of Kenyan Schilling per US dollar in 2019.

*LIFE EXPECTANCY:* Sweden used as base. The deceased is Swedish, had passed a medical, and had access to private, high quality medical care, including outside of Kenya, if necessary. At age

45, the life expectancy of a Swedish male is 36.8 more years. According to the European Union, this is expected to rise by 5.5 years by 2070, so by 2055 it is supposed to be about 4 years higher.

*RETIREMENT AGE:* The median mandatory retirement age of US board members in the hospitality sector (73.5)[1] is used as a benchmark. This is a reasonable yardstick since the market for hospitality CEOs is global, as the career of the deceased attests. It is further assumed that the mandatory age will rise together with life expectancy for Swedes, at 77.5, which is used as a second benchmark. Since Jonathan was also an owner, he would have probably been able to stay as long as he would have liked. This brings us to a third and final benchmark, at age 80.

*MODEL:* The model calculates a person's lifetime earnings by combining estimated earnings growth with discounting rates. The methodology incorporates different growth rates, discount rates, and adjustments for high-income individuals.

*DISCOUNT RATE:*

1. Kenya interest rate : We take the average of interest rate in Kenya between 1994 to 2020 and the data is from Central Bank of Kenya. We get 8.59%, which is a common value for a developing country. As Kenya is still developing countries, we assume the interest rate will be lower in the future. We assign a 0.75% reduction every 10 years.
2. US longer interest rate : 2.9%. The median neutral interest rate from the latest FOMC projections (https://www.federalreserve.gov/monetarypolicy/fomccalendars.htm).

*FORMULA:*

Present Value with Fixed Discount Rate (for years before 2024)

The present value of lifetime earnings from 1995 to 2023, with a fixed discount rate:

$$PV_{1995\text{-}2023} = \sum_{year=start\_year}^{2023} \frac{initial\_salary \times (1 + wage\_growth\_rate)^{year-start\_year}}{(1 + base\_discount\_rate)^{year-start\_year}}$$

Present Value with Adjusted Discount Rate (for years from 2024 onward)

The present value of lifetime earnings from 2024 onward, using an adjusted discount rate:

$$PV_{2024+} = \sum_{year=2024}^{end\_year} \frac{initial\_salary \times (1 + wage\_growth\_rate)^{year-start\_year}}{(1 + discount\_rate\_adjusted(year))^{year-start\_year}}$$

---

[1] Spencer Steward, Hospitality and Leisure Governance Snapshot, 2018

Finally, the present value is:

$$\text{Total\_Lifetime\_Earnings} = PV_{1995\text{-}2023} + PV_{2024+}$$

Scenario 1: This person works in Kenya and make Kenyan Shilling so use the Kenya discount rate. The present values are

| working_until_age | value_in_2024_lifetime_earnings_kenya_discount |
|---|---|
| 73.5 | 6271114.54 |
| 77.5 | 6601143.72 |
| 80.0 | 6817757.09 |

The dollar value without adjustment on present values are:

| working_until_age | lifetime_earnings_without_adjusted_pv |
|---|---|
| 73.5 | 26233941.67 |
| 77.5 | 30515487.85 |
| 80.0 | 34087599.98 |

Scenario 2: This person works in Kenya and make USD so use the USD discount rate. The present values are

| working_until_age | value_in_2024_lifetime_earnings_us_discount |
|---|---|
| 73.5 | 11424358.43 |
| 77.5 | 12351458.05 |
| 80.0 | 13051484.55 |

*Oded Shenkar*

Oded Shenkar, PhD, November 30, 2024

3