# EXHIBIT G

**From:** faw@wisner-law.com <faw@wisner-law.com>
**Sent:** Saturday, December 7, 2024 1:25 PM
**To:** 'Webb, Dan' <DWebb@winston.com>; 'Johnson, Julia' <JMjohnson@winston.com>; 'Shultz, Mack H. (Perkins Coie)' <MShultz@perkinscoie.com>; 'Nick Bart' <nick.bart@fitzhunt.com>
**Subject:** FW: ET 302 Seex

Dear counsel,

Dear counsel,

I am attaching the other requested documents.

The first 3 files are related to lifetime earnings:

- lifetime_earnings.ipynb: This is the Python code used to compute the person's lifetime earnings
- lifetime_earnings.html: This is the HTML file. You can consider it a markdown format for the code above. Even if you don't have Python code, you can still open and view it.
- lifetime_earnings_documentation.docx: It contains the assumption, set up, and methods of to estimate lifetime earnings.

The remaining files are related to firm valuations:

- financial_summary_2015_2019.xlsx: The financial data extracted from the PDFs provided.
- tamarind_valuation_Nov25.ipynb: This is the Python code used to implement the discounted cash flow method.
- tamarind_valuation_Nov25.html: This is the HTML file. You can consider it a markdown format for the code above. Even if you don't have Python code, you can still open and view it.
- tamarind_valuationv9.docx: It contains the assumption (whether the CEO stays), set up, and discounted cash flow method to provide valuations of the firm.

Best regards,

Floyd