# EXHIBIT H

**From:** faw@wisner-law.com <faw@wisner-law.com>
**Sent:** Saturday, December 7, 2024 1:20 PM
**To:** 'Johnson, Julia' <JMjohnson@winston.com>; 'Webb, Dan' <DWebb@winston.com>; 'Shultz, Mack H. (Perkins Coie)' <MShultz@perkinscoie.com>; 'Nick Bart' <nick.bart@fitzhunt.com>
**Subject:** RE: ET 302 Seex

Dear counsel,

The documents considered by Dr. Oded Shenkar in preparing his reports are:

The brochures regarding projects of Tamarind Management Ltd (TML) 000167-000269

Jonathan Seex appointment letter—produced with Ex 9 to Plaintiff's Response to Request to Produce Documents

Jonathan Seex tax returns-- produced with Ex 9 to Plaintiff's Response to Request to Produce Documents

Sasema Co brochure-- produced with Ex 10 to Plaintiff's Response to Request to Produce Documents

Jonathan Seex CV-- produced with Ex 3 to Plaintiff's Response to Request to Produce Documents

TML shareholder statement--- produced with Ex 13 to Plaintiff's Response to Request to Produce Documents

Ascent Capital correspondence—000278-000284

Jonathan Seex shares in TML--- produced with Ex 13 to Plaintiff's Response to Request to Produce Documents

TML company tax returns 000135-000166

TML audited financial returns 00001-000134

Hotel sales information 000270-000277

TML Management Contract 000285-000310

TML Management Contract 000311-000318

Floyd A. Wisner
faw@wisner-law.com



**From:** Johnson, Julia <JMjohnson@winston.com>
**Sent:** Friday, December 6, 2024 3:53 PM
**To:** faw@wisner-law.com; Webb, Dan <DWebb@winston.com>; 'Shultz, Mack H. (Perkins Coie)' <MShultz@perkinscoie.com>; 'Nick Bart' <nick.bart@fitzhunt.com>
**Subject:** RE: ET 302 Seex

Counsel,

In connection with Dr. Shenkar's expert disclosures in the Seex case, and as required by FRCP 26(a)(2)(B)(i) and (ii), please provide the following:

- All documents and data files relied upon for Dr. Shenkar's reports and calculations.
- Any and all programs or spreadsheets that show the work for the calculations included in his reports. These may include Excel or similar files, documents, and/or programs and output from statistical software such as STATA, R, SAS, or similar.

Thank you,

Julia

**From:** faw@wisner-law.com <faw@wisner-law.com>
**Sent:** Monday, December 2, 2024 9:59 AM
**To:** Webb, Dan <DWebb@winston.com>; Johnson, Julia <JMjohnson@winston.com>; 'Shultz, Mack H. (Perkins Coie)' <MShultz@perkinscoie.com>; 'Nick Bart' <nick.bart@fitzhunt.com>
**Subject:** ET 302 Seex

Dear counsel,

    I am attaching plaintiff's case-specific expert reports in the above matter.

    Best regards,

    Floyd

Floyd A. Wisner
faw@wisner-law.com



161 North Clark Street, Suite 1600  
Chicago, IL 60601

Phone (312) 216-5168  
Fascimile (312) 878-5698

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.