# EXHIBIT I



Report in the matter of
*Ethiopian Airlines Flight ET 302 Crash –*
*Jonathan Seex*

*Case No. 1:19-cv-03392*

**Prepared By:**

Jonathan Guryan, Ph.D.

Date: January 16, 2025

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                                                    Charles River Associates

# Table of contents

1.  Introduction ...................................................................................................... 1

2.  Background and Qualifications ......................................................................... 1

3.  Materials Considered ....................................................................................... 2

4.  Dr. Shenkar's Analysis .................................................................................... 3

5.  Dr. Shenkar's lifetime earnings calculations are not relevant to an assessment of lost earnings damages resulting from Mr. Seex's death ................................... 3

6.  Dr. Shenkar's estimate of earnings growth is overstated and inconsistent with typical age-earnings profiles ...................................................................... 4

7.  Dr. Shenkar's assumptions of work life expectancy are overstated ..................... 5

8.  Dr. Shenkar improperly presents a calculation that is not discounted to present value ..... 6

9.  Dr. Shenkar does not account for personal consumption ....................................... 6

10. Potential Economic Damages Estimate for Mr. Seex ............................................ 6

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                                                    Charles River Associates

## 1.    Introduction

At the request of counsel for Boeing, I reviewed the "Lifetime Earnings" expert report of Oded Shenkar, Ph.D. in the matter of *Dubois-Seex v. The Boeing Company*, No. 1:19-cv-03392 (N.D. Ill.).[1] Specifically, I was asked by counsel to opine on the appropriateness and reliability of Dr. Shenkar's methodology and calculations related to "Lifetime Earnings." My review of Dr. Shenkar's report identified several flaws in his assumptions and methodology that render his report unreliable and uninformative to *lost-earnings* damages in this case. I was also asked to calculate economic damages based on lost earnings less personal consumption under more appropriate assumptions and using a more appropriate methodology.

This report sets forth the opinions I will express in this case and the reasons and bases for them. The following sections outline my background and qualifications, the details of my assessment of Dr. Shenkar's report, my own calculations, and the disclosures required by Court rules.

## 2.    Background and Qualifications

I am a labor economist. I graduated from Princeton University with a B.A. in Economics in 1996, and from the Massachusetts Institute of Technology ("MIT") with a Ph. D. in Economics in 2000. I am currently the Lawyer Taylor Professor of Education and Social Policy in the School of Education and Social Policy at Northwestern University. In addition, I am a Faculty Fellow at the Institute for Policy Research and a member by courtesy of the Economics Department and the Kellogg School of Management at Northwestern University.

From 2010 to 2019, I served as an editor of the Journal of Labor Economics (the leading field journal in labor economics), and I regularly serve as a reviewer for leading academic economic journals such as the American Economic Review, the Quarterly Journal of Economics, the Journal of Political Economy, the Review of Economics and Statistics, and the Review of Economic Studies. In my role as editor, I assessed the scientific quality of academic studies, I chose peer reviewers for studies, and based on the advice of these peer reviewers and on my own assessment, I provided editorial guidance to authors and made decisions about whether submitted manuscripts were published.

Throughout my career, I have conducted research on a wide range of topics related to labor economics and the economics of education. As an example, I have researched racial differences in wages and earnings, and the relationship between black-white pay differences and racial prejudice. Additionally, I have studied the effect of court-ordered school desegregation on the high school dropout rates of both black and white students. In my research, I often analyze large datasets using regression analysis and other statistical techniques. My economic research has been published in leading peer-reviewed journals such as the American Economic Review, the Journal of Political Economy, the Quarterly

---

[1] Dr. Shenkar submitted several reports in this matter. I was asked to review and comment on his report titled "Lifetime Earnings".

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                                              Charles River Associates

Journal of Economics, Developmental Psychology, the Journal of Educational Psychology, and the Review of Economics and Statistics.

I have presented my research findings on pending regulations to the former U.S. Secretary of Education, Arne Duncan, and to a number of his top-level staff, as well as to the Office of Management and Budget and lead congressional staffers for committee chairmen in the U.S. Senate and the U.S. House of Representatives. My research was cited by the U.S. Secretary of Education in the release of a regulation issued by the U.S. Department of Education.

I have taught a Ph.D. level course called "Quantitative Methods" on statistical methods and regression analysis, and an undergraduate level course called "The Economics of Inequality and Discrimination," both at Northwestern University. In previous years, I have taught graduate-level courses on microeconomics and labor economics at the University of Chicago Booth School of Business. The courses on microeconomics relate to various forms of market competition, the economics of costs, determination of market prices, and consumer and firm behavior.

Since 2010, I have been affiliated with Charles River Associates ("CRA"). As part of this affiliation, I have provided expert reports and trial and deposition testimony in several matters, including both federal and state courts.

I am a Faculty Research Fellow at the National Bureau of Economic Research. In 2009, I was awarded the John T. Dunlop Outstanding Scholar Award, which is given every year for the best research on domestic labor economics by a scholar within 10 years of completing a Ph.D. A copy of my CV, including those matters in which I have provided expert testimony, is attached to this report as Appendix A.[2]

## 3.  Materials Considered

In preparing this report, I considered the following documents and data:[3]

- Complaint in the matter of Jonathan Seex, deceased, v. The Boeing Company
- Lifetime Earnings Expert Report of Oded Shenkar, Ph.D., November 30, 2024, ("Shenkar Report") and supporting materials
- Response to Damages Interrogatories
- Response to Damages Requests for Production
- Initial Damages Disclosures
- Education Certificates
- Seex Appointment Letter to Tamarind

---

[2] My billing rate is $675 per hour and the staff working at my direction bill at rates ranging from $305 to $630 per hour. My compensation is not contingent on the outcome of this litigation.

[3] This report is based on the information available to me as of January 16, 2025. Should additional information become available, it may be necessary to supplement or amend this report. At trial, I may rely upon documents that have been produced or testimony that has been given in this matter. In addition, I may prepare demonstrative exhibits for use at trial.

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                  Charles River Associates

- Seex's 2014 to 2019 Tax Returns
- Nadege Dubois Seex's 2015 to 2019 Tax Returns
- Seex CV

## 4. Dr. Shenkar's Analysis

Dr. Shenkar calculates what he describes as the present value of lifetime earnings from 1995 to the assumed end of Mr. Seex's work life. Shenkar Report at 2. Dr. Shenkar makes three different assumptions about the end of Mr. Seex's work life resulting in three different estimates of lifetime earnings for Mr. Seex. Specifically, Dr. Shenkar assumes that Mr. Seex would work until (1) age 73.5, (2) age 77.5, or (3) age 80.

To estimate lifetime earnings from 1995 to the assumed end of Mr. Seex's work life, Dr. Shenkar assumes that Mr. Seex would earn $202,800 in 1995 (measured in 2019 dollars).[4] Dr. Shenkar then assumes that Mr. Seex's earnings would increase by approximately 3.1 percent each year.[5] For each work life scenario, Dr. Shenkar presents three different sets of lifetime earnings estimates: one that is not discounted, one that is discounted at 2.9 percent based on U.S. interest rates, and one that is discounted at 8.59 percent (with a reduction of 0.75 percent every 10 years) based on Kenyan interest rates.

In the sections below I explain why Dr. Shenkar's calculations are not relevant to an assessment of potential lost earnings damages in this case. In addition, I explain why several of Dr. Shenkar's assumptions conflict with standard analysis of labor markets, ignore important facts relating to the case, or are otherwise unfounded.

## 5. Dr. Shenkar's lifetime earnings calculations are not relevant to an assessment of lost earnings damages resulting from Mr. Seex's death

As explained above, Dr. Shenkar presents estimates of lifetime earnings from 1995 to the assumed end of Mr. Seex's work life. These estimates offer no insight into the potential economic losses suffered by Plaintiff as a result of Mr. Seex's death.

A proper methodology for calculating the lost earnings suffered by Plaintiff as a result of Mr. Seex's death would assess the earnings that Mr. Seex would have been expected to earn had he remained alive (i.e., lost earnings). This calculation begins on the day of the ET 302 crash and runs through the expected end of Mr. Seex's work life. Various assumptions are needed to estimate Mr. Seex's expected earnings through the end of his expected work life. To as great a degree as possible, these assumptions should be consistent with the evidence of Mr. Seex's past earnings. Dr. Shenkar's analysis fails as both a matter of methodology and as a result of the assumptions he relies upon for his estimates.

---

[4] Note that Dr. Shenkar's report states compensation as "US $202,800 in 2019", but based on his programs produced as backup to his calculations, it is clear that he is assuming earnings of $202,800 starting in 1995.

[5] Shenkar report p. 1 and backup program (lifetime_earnings.ipynb).

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                                                    Charles River Associates

First, Dr. Shenkar's calculations all begin in 1995. Mr. Seex died on March 10, 2019. Any compensation that Mr. Seex earned between 1995 and the date of his death had already been earned by Mr. Seex at the time of his death. None of Mr. Seex's earnings prior to his death could be considered lost as a result of his death because Mr. Seex already earned and received that income. Therefore, all earnings before Mr. Seex's death were not lost by Plaintiff as a result of Mr. Seex's death. By including earnings prior to Mr. Seex's death, Dr. Shenkar's estimates are improperly overstated.

Second, Dr. Shenkar's assumptions and resulting estimates are at odds with Mr. Seex's work history and past earnings. As described above, Dr. Shenkar assumes that Mr. Seex would have earned $202,800 in 1995, and that his income would increase about 3.1 percent per year through the end of his assumed work life. Dr. Shenkar does not explain the basis for his assumption that Mr. Seex begin earning in income in 1995, let alone why that income would be $202,800. According to Mr. Seex's CV, he was attending the Glion Hotel School between 1995 and 1998, earning a BS in Hospitality Management.[6] Mr. Seex's CV does not indicate any work during this period. Mr. Seex's work history lists his first position as a "Financial Analyst" from 1999 to 2001 in Boca Raton, Florida.

In addition, Dr. Shenkar's assumptions result in earnings estimates that conflict with Mr. Seex's earnings from the available tax documents from 2015 to 2018. I note that the estimates presented in Dr. Shenkar's report are different than those contained in his backup materials that purport to do the same calculations. I was unable to fully replicate Dr. Shenkar's calculations, but based on my best efforts to do so, his methodology results in earnings estimates of between $411,000 and $457,000 for the years 2015 to 2018. However, based on Mr. Seex's tax returns from 2015 to 2018, he earned between $53,555 and $153,716 (measured in 2019 dollars) during that time period. Thus, Dr. Shenkar's assumptions are at odds with the evidence and overstate Mr. Seex's earnings by between 297 and 767 percent from 2015 to 2018. All of Dr. Shenkar's earnings calculations are based on the same assumptions that generate the overstated amounts in 2015 to 2018. In Dr. Shenkar's methodology, the earnings in each year are a percentage growth rate from the prior year's assumed earnings, so his methodology also causes those inflated numbers to carry forward into the future years.

## 6.    Dr. Shenkar's estimate of earnings growth is overstated and inconsistent with typical age-earnings profiles

In each of his estimates of Mr. Seex's lifetime earnings, Dr. Shenkar assumes that Mr. Seex's earnings would grow at a constant 3.1 percent per year. This implies that Mr. Seex's earnings would continue to increase at a constant rate through the assumed end of his work life. The assumption of constant wage growth is inconsistent with the typical earnings path (often called an age-earnings profile) observed for most workers.

---

[6] See Seex CV.

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                                            Charles River Associates

Decades of economics research documents that, on average, earnings follow a path as workers age that labor economists refer to as the age-earnings profile (see e.g., Mincer, 1974, Murphy and Welch, 1990). Workers' earnings tend to increase early in their career, flatten out in the middle of their working years, and decline somewhat in the final years of working. Workers tend to begin their careers with relatively lower earnings. Early career earnings also tend to exhibit higher than average rates of growth as workers advance in their careers, either by advancing in their current occupation or by finding jobs at different companies. This period of high growth rates typically leads to midcareer earnings with steadier growth rates as workers progress through their prime earning years. Finally, as workers get closer to the end of their careers, earnings growth tends to flatten, and earnings even decline as workers near retirement. Studies indicate it is unlikely that Mr. Seex's earnings would continue to grow at a constant rate for the entirety of his career.

## 7.    Dr. Shenkar's assumptions of work life expectancy are overstated

In his report, Dr. Shenkar calculates three scenarios for each of his assumed discount rates based on differing assumptions about Mr. Seex's retirement age (work-life expectancy). Specifically, Dr. Shenkar assumes that Mr. Seex would work until age 73.5 (scenario 1), age 77.5 (scenario 2), or age 80 (scenario 3).[7] These assumptions are based on the median mandatory retirement age of U.S. board members in the hospitality sector (scenario 1 – age 73.5), adding four years to scenario 1 due to Swedish life expectancy purportedly being projected to be about four years longer by 2055[8] (scenario 2 – age 77.5), and then adding an additional 2.5 years because, Dr. Shenkar states, Mr. Seex "was also an owner, he would have probably been able to stay as long as he would have liked."[9]

Dr. Shenkar does not present any information about when individuals similar to Mr. Seex actually retire, and each of his scenarios rely on faulty assumptions.

For scenario 1, Dr. Shenkar relies on the median mandatory retirement age of U.S. board members in the hospitality sector, which would be the longest a board member in the U.S. hospitality sector could work. Dr. Shenkar does not present an analysis whether it is typical for U.S. board members (or Kenyan CEOs) in the hospitality sector to retire at the mandatory maximum, or whether the typical retirement age is earlier.

For scenario 2, Dr. Shenkar does not provide any support for the assumption that the purported increase in Swedish life expectancy means that those individuals would choose to spend additional years working as a result of having a higher projected life expectancy.

---

[7] Shenkar Report, p. 2.

[8] Dr. Shenkar provides no source for this claim other than to say, "according to the European Union." *Id.* It is unclear what, if any, study was done to support this claim.

[9] *Id.*

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                                                    Charles River Associates

For scenario 3, Dr. Shenkar does not provide any support for assuming that Mr. Seex would work until age 80, apparently arbitrarily adding an additional 2.5 years of work beyond scenario 2.

Based on standard work-life expectancy estimates, a male with a college education working at age 45 would be expected to work an additional 19.9 years on average (20.5 at the median).[10] Therefore, Dr. Shenkar's lifetime earnings calculations are overstated by including between 8.5 and 15 additional years of earnings.

## 8.  Dr. Shenkar improperly presents a calculation that is not discounted to present value

Dr. Shenkar presents three calculations of lifetime earnings: one that is not discounted, one that is discounted at 2.9 percent based on U.S. interest rates, and one that is discounted at 8.59 percent (with a reduction of 0.75 percent every 10 years) based on Kenyan interest rates.

Dr. Shenkar's non-discounted calculation as an estimate of damages due to lost earnings is economically incorrect. Discounting accounts for the idea that money in the future would be worth less to Mr. Seex than money today, and Dr. Shenkar implicitly agrees with this idea based on his other two calculations which are discounted. However, Dr. Shenkar's report is unclear about which method of discounting he believes is correct, and his results are different based on the discounting method he uses.

## 9.  Dr. Shenkar does not account for personal consumption

In wrongful death matters, an adjustment needs to be made to lost earnings calculations to account for the fact that some of Mr. Seex's earnings would have been consumed by Mr. Seex and not been available for use by the Plaintiff. Dr. Shenkar does not make any adjustment for Mr. Seex's personal consumption. The portion of earnings that Mr. Seex would have consumed himself is not part of the loss to Plaintiff as a result of Mr. Seex's death. Therefore, Dr. Shenkar's estimates overstate damages due to lost earnings.

## 10.  Potential Economic Damages Estimate for Mr. Seex

At the time of the accident, Mr. Seex was 45 years old (born on 8/22/1973) and was living and working in Kenya. Mr. Seex was working as the CEO of a hotel and restaurant business, Tamarind Management Ltd (TML), a position Mr. Seex had held since January 2018. Mr. Seex had a Bachelor of Science degree in hospitality and tourism management from the Glion Hotel School. Mr. Seex was married and had three children.

---

[10] See, Skoog, Gary R., James E. Ciecka, and Kurt V. Krueger, The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors. Journal of Forensic Economics 28(1-2), 2019, Table 5.

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                                                                                    Charles River Associates

In the previous sections, I explained why Dr. Shenkar's methodology and several of the assumptions that Dr. Shenkar makes in his calculations render his calculations unreliable in assessing the potential lost earnings damages for Mr. Seex. In this section, I present a calculation of lost earnings damages under a methodology and assumptions that more closely align with economic theory and the evidence in this case.

As I explain above, a proper methodology for calculating potential lost earnings damages as a result of Mr. Seex's death would assess the earnings that Mr. Seex would have been expected to earn had he remained alive. This calculation begins on the day of his death and runs through the expected end of Mr. Seex's work life.

According to tax documents from 2019, Mr. Seex had earned 4,566,817.89 Ksh ($35,164 in 2019 dollars) in 2019 prior to his death on March 10, 2019.[11] Assuming that Mr. Seex would have continued to have earnings at the same rate throughout the remainder of 2019, I estimate that Mr. Seex's total earnings for 2019 would have been 24,157,804 Ksh ($186,015 as of the date of this report, i.e., an additional 19,590,986 Ksh or $150,851 more than what he had already earned).

As noted above, Dr. Shenkar assumes that Mr. Seex's earnings would grow at a constant rate of about 3.1 percent through the end of his expected work life. This assumption is inconsistent with decades of economic research related to earnings over the course of a career. Therefore, in the estimates below I correct for this by estimating what economists call an age-earnings profile. An age-earnings profile is an estimate of how earnings change over a career for a typical worker, and accounts for changes that occur due to promotion, changing jobs, annual increases, or any other factor that impacts someone's earnings over a career.

To estimate the age-earnings profile, I use data from the American Community Survey (ACS) from 2019. The ACS is a nationally representative data set that includes, among other things, data related to earnings and ages of individuals in the U.S. Using the methodology described in Murphy and Welch (1990)[12], I estimated the age-earnings profile for the average Chief Executive in the U.S.[13] These age-earnings profiles estimate the average percent change from year to year for Mr. Seex's pre-accident job. To estimate the specific earnings paths for Mr. Seex, instead of assuming constant growth in earnings, I relied on the estimated age-earnings profile to project future earnings growth through the end of Mr. Seex's expected work life.

---

[11] Since I am using earnings from a tax return, and responding to Dr. Shenkar's calculations, my calculations implicitly only count earnings losses and do not capture damages from other potential sources such as benefits or lost household services. The evidence I have reviewed does not contain enough information to appropriately estimate losses beyond the lost earnings calculations I present here. Should additional information be provided I can reassess my calculations.

[12] Murphy, Kevin M., and Finis Welch, "Empirical Age-Earnings Profiles", Journal of Labor Economics, Vol. 8, No. 2 (April 1990), p. 202-229.

[13] To estimate the age-earnings profile, I select SOC code group 11-10 (Top Executives), which includes Chief Executives and Legislators. This group does not include General and Operations Managers (SOC 11-1020 which is a separate code). I then limit the SOC group to private sector workers to drop the Legislators from the group as there is not a separate code in my data to identify legislators separately from Chief Executives.

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                                                                    Charles River Associates

I was unable to find detailed enough data for Kenya to estimate an age-earnings profile that was specific to that country. Since I am using U.S. data to estimate the changes (measured in percentage terms) to Mr. Seex's earnings over time, I am implicitly assuming that changes in earnings for workers in Kenya are comparable to the changes in earnings for workers in the U.S. There is a large amount of economic literature that studies age-earnings profiles and returns to education and experience in countries around the world. Several of these studies report age-earnings profiles of similar shape and magnitude to those found using U.S. data.[14]

In addition to changes related to growth in earnings over someone's career, as the economy grows average earnings also tend to grow over time. This average annual growth in earnings over time is not captured by the age-earnings profile. Based on data from the Bureau of Labor Statistics (BLS), median real wages in the U.S. increased by about 0.44 percent per year from 2000 – 2019, by about 0.41 percent per year from 2010 – 2019, and by about 1.45 percent from 2015 – 2019.[15] Therefore, I adjust my estimates of Mr. Seex's earnings path to account for the age-earnings profile, and also added an average real wage growth of one percent.[16]

As explained above, based on standard work-life expectancy estimates, a male with a college education working at age 45 would be expected to work an additional 19.9 years on average (20.5 at the median).[17] My estimates below assume that Mr. Seex's work life would be consistent with the average work-life expectancy for a male with similar educational background (through age 65).

Finally, my estimates below also account for the idea that some of Mr. Seex's earnings would have been consumed by Mr. Seex himself and would not have been available for use by the Plaintiff. The portion of earnings that Mr. Seex would have consumed himself is not part of the loss to Plaintiff as a result of Mr. Seex's death. My estimates below rely upon the Patton-Nelson Consumption Tables 2016-2017, and take into account Mr. Seex's income and family

---

[14] See e.g., Mark Bils and Peter J. Klenow, "Does Schooling Cause Growth?", *American Economic Review*, Vol. 90 No. 5, December 2000, p. 1160-1183, George Psacharopoulos, "Schooling, Experience, and Earnings", *Journal of Development Economics* 4 (1977), p.37-48, George Psacharopoulos, "Returns to Investment in Education: A Global Update", *World Development*, Vol. 22, No. 9, p. 1325-1343, and Jane Armitage and Richard Sabot, "Socioeconomic Background and the Returns to Schooling in Two Low-Income Economies", *Economica*, New Series, Vol. 54, No. 213 (Feb., 1987), pp. 103-108.

[15] Data obtained from the St. Louis Federal Reserve (https://fred.stlouisfed.org/series/LEU0252881600A).

[16] The Kenya National Bureau of Statistics reported that real wages in Kenya have decreased each of the last four years. Therefore, my assumption of real wage growth at 1 percent based on U.S. data may overstate damages as real wages in Kenya have decreased in recent years while U.S. real wages have increased. (https://www.businessdailyafrica.com/bd/economy/real-wages-shrink-for-the-fourth-consecutive-year--4629710)

[17] See, Skoog, Gary R., James E. Ciecka, and Kurt V. Krueger, The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors. Journal of Forensic Economics 28(1-2), 2019, Table 5.

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                                                    Charles River Associates

size. Personal consumption is calculated through the end of Mr. Seex's life expectancy (age 82). [18]

To discount damages to present value, I rely upon the U.S. Treasury Inflation-Protected Securities rate which was 2.61 percent at the time of this report. This is an inflation-adjusted discount rate and this method for discounting is consistent with the method used by the U.S. Office of Management and Budget. [19]

Based on this methodology, Table 1 below presents my estimates of potential damages resulting from the death of Mr. Seex. I present the calculations measured in Kenyan currency as well as converted to U.S. dollars (exchange rate of 0.0077 Ksh to $1.00 as of the date of this report).

### Table 1 – Potential Lost Earnings – Mr. Seex

| Expected Income | Personal Consumption | Total |
|---|---|---|
| *Measured in Kenyan Shillings* | | |
| Ksh 493,475,548 | -Ksh 81,598,733 | Ksh 411,876,815 |
| *Measured in U.S. Dollars* | | |
| $3,799,762 | -$628,310 | $3,171,451 |

---

[18] Life expectancy for Sweden can be found here: https://apps.who.int/gho/data/view.main.61600. Since the Patton-Nelson Consumption Tables 2016-2017 are estimated and reported in U.S. dollars, I first convert Mr. Seex's estimated earnings to a U.S. dollar equivalent, and then adjust for purchasing power differences between Kenya and the U.S. Purchasing Power Parity estimates were obtained from the International Monetary Fund (https://www.imf.org/external/datamapper/PPPEX@WEO/OEMDC).

[19] https://www.whitehouse.gov/wp-content/uploads/2023/11/CircularA-4.pdf

Ethiopian Airlines Flight ET 302 Crash – Jonathan Seex

January 16, 2025                                                    Charles River Associates

# APPENDIX A

**Jonathan Guryan**

Institute for Policy Research
Northwestern University
2040 Sheridan Road
Evanston, IL 60208
773-848-9408
E-mail: j-guryan@northwestern.edu
jguryan@gmail.com

## Employment

*Northwestern University,* Lawyer Taylor Professor of Education and Social Policy, School of Education and Social Policy, September 2019 – present.

*Northwestern University,* Professor of Human Development and Social Policy, School of Education and Social Policy, September 2017 – 2019.

*Northwestern University*, Associate Professor of Human Development and Social Policy and Economics, School of Education and Social Policy, July 2010 – 2017.

*Northwestern University*, Faculty Fellow, Institute for Policy Research, July 2010 – Present.

*Northwestern University*, Program Coordinator and Director of Graduate Studies, Human Development and Social Policy program, School of Education and Social Policy, September 2016 – 2019.

*Northwestern University*, Member by courtesy, Department of Economics and Kellogg School of Management, July 2010 – Present.

*Education Lab*, University of Chicago Urban Labs, Co-Director and Co-Founder, September 2011 – Present.

*University of Chicago Booth School of Business*, Associate Professor of Economics, July 2004 – 2010.

*Princeton University,* Industrial Relations / Education Research Sections Visiting Fellow, September 2006 – June 2007.

*University of Chicago Booth School of Business*, Assistant Professor of Economics, July 2000 – July 2004.

## Education

*Massachusetts Institute of Technology*, 1996-2000, Ph. D. in Economics.

*Princeton University*, 1992-1996, A.B. in Economics, *Cum Laude*.

**Journal Articles**

"Randomized Evaluation of a School-Based, Trauma-Informed Group Intervention for Young Women in Chicago," *Science Advances*, 2023, 9(23). (joint with Monica P. Bhatt, Harold A. Pollack, Juan C. Castrejon, Molly Clark, Lucia Delgado-Sanchez, Phoebe Lin, Max Lubell, Cristobal Pinto, Ben Shaver, and Makenzi Sumners).

"Not too late: Improving academic outcomes among adolescents," *American Economic Review*, 2023, 113(3): 738-765. (joint with Jens Ludwig, Monica P. Bhatt, Philip J. Cook, Jonathan M.V. Davis, Kenneth Dodge, George Farkas, Roland Fryer, Jr., Susan Mayer, Harold Pollack, Laurence Steinberg, and Greg Stoddard).

"The Effects of Sexism on American Women: The Roles of Norms vs. Discrimination," *Journal of Human Resources*, 2022, forthcoming (joint with Kerwin Charles and Jessica Pan).

"Sibling Spillovers," *Economic Journal*, January 2021, 131(633): 101-128. (joint with Sandra E. Black, Sanni Breining, David N. Figlio, Krzysztof Karbownik, Helena Skyt Nielsen, Jeffrey Roth and Marianne Simonsen).

"The Effect of Mentoring on School Attendance and Academic Outcomes: A Randomized Evaluation of the Check & Connect Program," *Journal of Policy Analysis and Management*, Summer 2021, 40(3): 841-882. (joint with Sandra Christenson, Ashley Cureton, Ijun Lai, Jens Ludwig, Catherine Schwarz, Emma Shirey, Mary Clair Turner).

"Educational Performance of Children Born Prematurely," *JAMA Pediatrics*, August 2017, published online June 12, 2017, 171(8): 764-770 (joint with Craig F. Garfield, Krzysztof Karbownik, Karna Murthy, Gustave Falciglia, David N. Figlio and Jeffrey Roth).

"Effectiveness of Structured Teacher Adaptations to an Evidence-Based Summer Literacy Program," *Reading Research Quarterly*, October/November/December 2017, published online March 11, 2017, 52(4): 385-388 (joint with James S. Kim, Mary Burkhauser, David M. Quinn, Helen Chen Kingston, and Kirsten Aleman).

"Thinking Fast and Slow? Some Field Experiments to Reduce Crime and Dropout in Chicago," *Quarterly Journal of Economics*, February 2017, 132(1): 1-54 (joint with Sarah B. Heller, Anuj K. Shah, Jens Ludwig, Sendhil Mullainathan and Harold A. Pollack). Lead article.

"Motivation and Incentives in Education: Evidence from a Summer Reading Experiment," *Economics of Education Review*, 2016, 55: 1-20 (joint with James S. Kim and Kyung Park). Lead article.

"Delayed Effects of a Low-Cost and Large-Scale Summer Reading Intervention on Elementary School Children's Reading Comprehension," *Journal of Research on Educational Effectiveness*, October 2016, 9(S1): 1-22 (joint with James S. Kim, Thomas G. White, David M. Quinn, Lauren Capotosto, and Helen Chen Kingston). Lead article.

"Long-term Cognitive and Health Outcomes of School-Aged Children Who Were Born Late-Term vs Full-Term," *JAMA Pediatrics*, August 2016, published online June 6, 2016, 170(8): 758-764 (joint with David N. Figlio, Krzysztof Karbownik and Jeffrey Roth).

"Do Lottery Payments Induce Savings Behavior: Evidence From the Lab," *Journal of Public Economics*, June 2015, 126: 1-24 (joint with Emel Filiz-Ozbay, Kyle Hyndman, Melissa Schettini Kearney, and Erkut Y. Ozbay). Lead article.

"The Effects of Poor Neonatal Health on Children's Cognitive Development," *American Economic Review*, December 2014, 104(12): 3921-3955 (joint with David N. Figlio, Krzysztof Karbownik, and Jeffrey Roth).

"Taste-Based or Statistical Discrimination: The Economics of Discrimination Returns to its Roots," *Economic Journal*, November 2013, 572:F417-F432 (joint with Kerwin Charles).

"Studying Discrimination: Fundamental Challenges and Recent Progress," *Annual Review of Economics*, Volume 3, 2011 (joint with Kerwin Charles).

> Reprinted as chapter 3 in *Law and Economics of Discrimination*, John Donohue III, ed. Edward Elgar Publishing, 2014.

"Is Lottery Gambling Addictive?" *American Economic Journal: Economic Policy* August 2010, 2(3): 90-110 (joint with Melissa S. Kearney).

"The Race Between Education and Technology: A Review Article," *Journal of Human Capital* Summer 2009, 3(2): 177-196.

"The Efficacy of a Voluntary Summer Book Reading Intervention for Low-Income Latino Children from Language Minority Families: A Replication Experiment," *Journal of Educational Psychology* 102(1): 21-31, 2009 (joint with James Kim).

"Peer Effects in the Workplace: Evidence from Random Groupings in Professional Golf Tournaments," *American Economic Journal: Applied Economics,* October 2009, 1(4): 34-68 (joint with Matt Notowidigdo and Kory Kroft).

"Climate Change and Birth Weight," *American Economic Review Papers and Proceedings*, May 2009, 99(2), pp. 211-217 (joint with Olivier Deschenes and Michael Greenstone).

"Prejudice and Wages: An Empirical Assessment of Becker's *The Economics of Discrimination,*" *Journal of Political Economy*, October 2008, 116(5), pp. 773-809 (joint with Kerwin Charles).

> Reprinted as chapter 2 in *Law and Economics of Discrimination*, John Donohue III, ed. Edward Elgar Publishing, 2014.

"Does Teacher Testing Raise Teacher Quality? Evidence from Teacher Certification Requirements," *Economics of Education Review*, October 2008, 27(5), pp. 483-503 (joint with Joshua D. Angrist).

"Parental Education and Parental Time with Children," *Journal of Economic Perspectives*, Summer 2008, 22(3) (joint with Erik Hurst and Melissa S. Kearney).

"Gambling at Lucky Stores: Empirical Evidence from State Lottery Sales," *American Economic Review*, March 2008, 98(1), pp. 458-473 (joint with Melissa S. Kearney).

"Using Technology to Describe Social Networks and Test Mechanisms Underlying Peer Effects in Classrooms," *Developmental Psychology*, March 2008, 44(2) pp. 355-364 (joint with Eric Klopfer, Brian Jacob and Jennifer Groff).

"The Impact of Internet Subsidies in Public Schools," *The Review of Economics and Statistics,* May 2006, 88(2), pp. 336-347, (joint with Austan Goolsbee).

"Desegregation and Black Dropout Rates," *American Economic Review*, September 2004, 94(4), pp. 919-943.

"Teacher Testing, Teacher Education, and Teacher Characteristics," *American Economic Review*, *Papers and Proceedings*, May 2004, 94(2), pp. 241-246. (joint with Joshua D. Angrist).

**Grants**

NICHD (1P01HD076816-01A1): "Remediating Academic and Non-Academic Skill Deficits among Disadvantaged Youth" (Guryan: Core Lead) 2014-2019. $5,893,752

W.T. Grant Foundation (180140): "The Causes of Truancy and Dropout: A Mixed-Methods Experimental Study in the Chicago Public Schools" (Guryan:PI) 2011-2014.

NICHD (1R01HD067500-01): "A Randomized Study to Abate Truancy and Violence in Grades 3-9" (Guryan:PI) 2010-2015.

Institute for Education Sciences, U.S. Department of Education: "Preventing truancy in urban schools through provision of social services by truancy officers: A Goal 3 randomized efficacy trial (Chicago Public Schools)" (Guryan:PI) 2010-2014.

Smith Richardson Foundation: "Reducing Juvenile Delinquency by Building Non-Cognitive Skills: Experimental Evidence" (Guryan:PI) 2010-2012

University of Chicago Energy Initiative: "Health and Economic Costs of Climate Change" (Guryan:PI) 2008-2009.

W.T. Grant Foundation: "Proposal for multi-district randomized control trial of a voluntary summer reading intervention" (James Kim:PI, Guryan:Co-Investigator), 2007-2008.

National Science Foundation: "The Internet, Subsidies, and Public Schools," (Austan Goolsbee:PI, Guryan:Co-Investigator), 2003-2007.

**Working Papers**

"Can Technology Facilitate Scale? Evidence from a Randomized Evaluation of High Dosage Tutoring," *NBER Working Paper*, June 2024 (joint with Monica P. Bhatt, Salman A. Khan, Michael Laforest-Tucker and Bhavya Mishra).

"A Meditation on Multidisciplinarity, in the Context of a School-Based Meditation Intervention," *IPR Working Paper 24-04*, January 2024 (joint with Sarah Collier Villaume, Aurelie Ouss and Emma Adam).

"Consumer Sentiment Toward Asians in the Early Days of the COVID-19 Pandemic," working paper, February 2024 (joint with Kerwin Kofi Charles and Kyung H. Park).

"Not Too Late: Improving Academic Outcomes Among Adolescents," *NBER Working Paper 28531* March 2021 (joint with Jens Ludwig, Monica P. Bhatt, Philip J. Cook, Jonathan M.V. Davis, Kenneth Dodge, George Farkas, Roland G. Fryer Jr., Susan Mayer, Harold Pollack and Laurence Steinberg).

"Scope Challenges to Social Impact," *NBER Working Paper 28406* February 2021 (joint with Monica P. Bhatt, Jens Ludwig, and Anuj Shah).

"The Effect of Mentoring on School Attendance and Academic Outcomes: A Randomized Evaluation of the Check & Connect Program," *NBER Working Paper 27661* August 2020 (joint with Sandra Christenson, Ashley Cureton, Ijun Lai, Jens Ludwig, Catherine Schwarz, Emma Shirey and Mary Clair Turner).

"The Effects of Sexism on American Women: The Roles of Norms vs. Discrimination," *NBER Working Paper 24904*, August 2018 (joint with Kerwin Charles and Jessica Pan).

"The Economics of Scale-Up," *NBER Working Paper 23925*, October 2017 (joint with Jonathan M.V. Davis, Kelly Hallberg, and Jens Ludwig).

"Sibling Spillovers," *NBER Working Paper 23062*, January 2017 (joint with Sandra E. Black, Sanni Breining, David N. Figlio, Krzysztof Karbownik, Helena Skyt Nielsen, Jeffrey Roth and Marianne Simonsen).

"The Effect of Mentoring on School Attendance and Academic Outcomes: A Randomized Evaluation of the Check & Connect Program," *IPR Working Paper 16-18* November 2016 (joint with Sandra Christenson, Amy Claessens, Mimi Engel, Ijun Lai, Jens Ludwig, Ashley Cureton Turner and Mary Clair Turner).

"Discrimination, Culture and Women's Outcomes in the U.S." working paper. July 2016 (joint with Kerwin Charles and Jessica Pan).

"Not Too Late: Improving Academic Outcomes for Disadvantaged Youth," *IPR Working Paper 15-01* February 2015 (joint with Phillip J. Cook, Kenneth Dodge, George Farkas, Roland G. Fryer Jr., Jens Ludwig, Susan Mayer, Harold Pollack and Laurence Steinberg).

"Summer Meltdown? Variation in Children's Noncognitive Skills Between School and Summer Months," unpublished manuscript, August 2016 (joint with Ijun Lai and Ariel Kalil).

"Can a Scaffolded Summer Reading Intervention Reduce Socioeconomic Gaps in Children's Reading Comprehension Ability and Home Book Access? Results from a Randomized Experiment," *IPR Working Paper 15-15* October 2015 (joint with James S. Kim, Lauren Capotosto, David M. Quinn, Helen Chen Kingston, Lisa Foster, and North Cooc).

"Thinking Fast and Slow? Some Field Experiments to Reduce Crime and Dropout in Chicago," *NBER Working Paper 21178*. May 2015. (Joint with Sarah B. Heller, Anuj K. Shah, Jens Ludwig, Sendhil Mullainathan and Harold A. Pollack).

"Motivation and Incentives in Education: Evidence from a Summer Reading Experiment," *NBER Working Paper 20918*. January 2015 (Joint with James S. Kim and Kyung Park).

"Does Reading During the Summer Build Reading Skills? Evidence from a Randomized Experiment in 463 Classrooms," *NBER Working Paper 20689,* November 2014 (Joint with James S. Kim and David M. Quinn).

"Early Life Environment and Racial Inequality in Education and Earnings in the United States," *NBER Working Paper 20539*, October 2014 (joint with Kenneth Y. Chay and Bhash Mazumder).

"The (Surprising) Efficacy of Academic and Behavioral Intervention with Disadvantaged Youth: Results from a Randomized Experiment in Chicago," *NBER Working Paper 19862*, January 2014, (joint with Philip J. Cook, Kenneth Dodge, George Farkas, Roland G. Fryer Jr., Jens Ludwig, Susan Mayer, Harold Pollack and Laurence Steinberg).

"Do Lottery Payments Induce Savings Behavior: Evidence From the Lab," *NBER Working Paper 19130*, June 2013 (joint with Emel Filiz-Ozbay, Kyle Hyndman, Melissa Schettini Kearney, and Erkut Y. Ozbay).

"The Effects of Poor Neonatal Health on Children's Cognitive Development," *NBER Working Paper 18846*, February 2013 (joint with David N. Figlio, Krzysztof Karbownik, and Jeffrey Roth).

"Birth Cohort and the Black-White Achievement Gap: The Roles of Access and Health Soon After Birth," *NBER Working Paper* 15078, June 2009 (joint with Kenneth Y. Chay and Bhash Mazumder).

"Prejudice and the Economics of Discrimination," *NBER Working Paper 13661*, December 2007 (joint with Kerwin Charles).

"Does Money Matter? Regression-Discontinuity Estimates from Education Finance Reform in Massachusetts," *NBER Working Paper 8269,* May 2001.

**Other Publications**

"Overcoming Pandemic-Induced Learning Loss." In *Building a More Resilient US Economy*, edited by Melissa S. Kearney, Justin Schardin, and Luke Pardue. Washington, DC: Aspen Institute, November 2023 (joint with Jens Ludwig).

"America's schoolchildren need an 'Operation Warp Speed'," *The Hill*, October 2023 (joint with Jens Ludwig).

"Studying Properties of the Population: Designing Studies that Mirror Real World Scenarios" (joint with Jonathan M.V. Davis, Kelly Hallberg, and Jens Ludwig). Forthcoming in *The Scale-Up Effect in Early Childhood and Public Policy: Why Interventions Lose Impact at Scale and What We Can Do About It*, Edited by John List, Lauren Supplee, and Dana Suskind. Routledge.

"Decreasing Delinquency, Criminal Behavior, and Recidivism by Intervening on Psychological Factors other than Cognitive Ability: A Review of the Intervention Literature," in Controlling Crime: Strategies and Tradeoffs, Eds. Philip J. Cook, Jens Ludwig and Justin McCrary. University of Chicago Press, 2011. (joint with Patrick L. Hill, Brent W. Roberts, Jeffrey T. Grogger, and Karen Sixkiller.

"Making Savers Winners: An Overview of Prize-Linked Saving Products," in Olivia S. Mitchell and Annamaria Lusardi, eds., Financial Literacy:  Implications for Retirement Security and the Financial Marketplace. Oxford, UK: Oxford University Press, 2011, (joint with Melissa S. Kearney, Peter Tufano and Erik Hurst).

"taste-based discrimination", "The New Palgrave Dictionary of Economics", Eds. Steven N. Durlauf and Lawrence E. Blume, Palgrave Macmillan, 2009, The New Palgrave Dictionary of Economics Online, Palgrave Macmillan. 19 February 2010, DOI:10.1057/9780230226203.1906 (joint with Kerwin Charles).

"Trying to Understand the 2008-2009 Recession: Part 1, Perspective and Causes," *Journal of Lutheran Ethics* 9, March 2009.

"Trying to Understand the 2008-2009 Recession: Part 2, Remedies," *Journal of Lutheran Ethics* 9, March 2009.

"World Wide Wonder? Measuring the (non-)Impact of Internet Subsidies in Public Schools," *Education Next*, Winter 2006 (joint with Austan Goolsbee).

"Should We Test Prospective Teachers?" *Perspectives on Work*, Winter 2005.

"How Financial Aid Affects Persistence: Comment," in *College Choices: The Economics of Where to Go, When to Go, and How to Pay for It*, Caroline Hoxby, ed., 2004.

**Awards and Honors**

National Academy of Education, Elected member, 2021-present.

John T. Dunlop Outstanding Scholar Award, awarded by the Labor and Employment Relations Association, 2010.

Centel Foundation/Robert P. Reuss Scholar, Booth School of Business, University of Chicago, 2002-2003.

National Science Foundation, Graduate Research Fellow, 1996-1999.

**Litigation Testimony and Expert Reports**

*Testimony at trial, hearing, and arbitration*

"State of Colorado, ex rel. John W. Suthers, Attorney General, and Julie Mead, Administrator, Uniform Consumer Credit Code, v. Center for Excellence in Higher Education, Inc., et al." District Court, Denver City and County, Colorado. Case no. 2014cv34530. Testimony at preliminary injunction hearing.

"State of Minnesota by its Attorney General, Lori Swanson v. Minnesota School of Business, Inc, et al." State of Minnesota, District Court, County of Hennepin, Fourth Judicial District. Court file no. 27-CV-14-12558. Testimony at trial.

"Kenneth Martin, Aaron Truesdell, and Johnny Tejada, v. F.E. Moran Inc., Fire Protection of Northern Illinois." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 13 C 3526. Testimony at Daubert hearing.

"Kenneth Martin, Aaron Truesdell, and Johnny Tejada, v. F.E. Moran Inc., Fire Protection of Northern Illinois." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 13 C 3526. Testimony at trial.

"State of Colorado, ex rel. John W. Suthers, Attorney General, and Julie Mead, Administrator, Uniform Consumer Credit Code, v. Center for Excellence in Higher Education, Inc., et al." District Court, Denver City and County, Colorado. Case no. 2014cv34530. Testimony at trial.

"Michael Allard v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0003-0905. Testimony at arbitration hearing.

"David Kirk v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0002-4460. Testimony at arbitration hearing.

"Michael Reynaud and Fiona Reynaud v. Ogletree, Deakins, Nash, Smoak & Stewart, P.C.; Technicolor Creative Services USA, Inc." Superior Court of the State of California, County of Los Angeles, Central Branch. Case No. BC632972. Testimony at trial.

"State of Minnesota by its Attorney General, Lori Swanson v. Minnesota School of Business, Inc, et al." State of Minnesota, District Court, County of Hennepin, Fourth Judicial District. Court file no. 27-CV-14-12558. Testimony at trial.

"PECO Pallet, Inc. v. Northwest Pallet Supply Co." U.S. District Court for the Northern District of Illinois Eastern Division. Civil Action No. 1:15-cv-06811. Testimony at trial.

"Whitney Ashby. v. Western Culinary Institute, LTD and Career Education Corporation." American Arbitration Association. Testimony at arbitration hearing.

"Michael Pizzo v. Adtalem Global Education Inc. et al." JAMS Ref. Number: 1340015940. Testimony at arbitration hearing.

"Archibald v. DeVry, et al." JAMS Ref. Number: 1340016080. Testimony at arbitration hearing.

"Tillery v. DeVry Education Group, Inc., et al." JAMS Ref. Number: 1340016095. Testimony at arbitration hearing.

"Caro v. DeVry Education Group, Inc., et al." JAMS Ref. Number: 1340015757. Testimony at arbitration hearing.

"Osborne v. DeVry University, et al." JAMS Ref. Number: 1340017973. Testimony at arbitration hearing.

"Jacobs v. DeVry University, et al." JAMS Ref. Number: 1340017980. Testimony at arbitration hearing.

"Forsythe v. DeVry Education Group, Inc., et al." JAMS Ref. Number: 1340016020. Testimony at arbitration hearing.

"Hrinda v. DeVry University, et al." JAMS Ref No. 1340016074. Testimony at arbitration hearing.

"Perez v. DeVry University, et al." JAMS Ref No. 1340018384. Testimony at arbitration hearing.

"Smith v. DeVry University, et al." JAMS Ref No. 1340018381. Testimony at arbitration hearing.

"Haynes v. DeVry University, et al." JAMS Ref No. 1340017974. Testimony at arbitration.

"Sandra Selden v. Des Moines Area Community College", Iowa District Court for Polk County, Case No. LACL147358. Testimony at trial.

"Lisa Carvalho v. Santander Bank, N.A." U.S. District Court, District of Rhode Island. Case 1:19-cv-00287. Testimony at trial.

"Joyce DeLucca v. Hayfin Capital Management LLC," American Arbitration Association, AAA No. 01-22-0004-0911. Testimony at arbitration hearing.

"Bonnie Magallon, et al. v. Robert Half International, Inc." United States District Court for the District of Oregon, Eugene Division. Case No. 6:13-cv-01478-AA. Testimony at evidentiary hearing.

"Massachusetts Coalition for Immigration Reform, et al. v. U.S. Department of Homeland Security, et al.," United States District Court for the District of Columbia, Case No: 20-cv-3438-TNM. Testimony at trial.

*Deposition testimony*

"Lerman v. Turner, Carter, Kapelke, Kelly and Columbia College Chicago." U.S. District Court, Northern District of Illinois. 1:10-cv-02169. Deposition.

"Haley v. Cohen & Steers Capital Management." U.S. District Court, Northern District of California. 4:10-cv-03856-PJH. Deposition.

"Midwest Fence Corporation v. U.S. Department of Transportation, et al." U.S. District Court, Northern District of Illinois, Eastern Division. Case no. 10-cv-5627. Deposition.

"Jeffrey G. Gerasi v. Gilbane Building Company, Inc., AT&T, Services Inc., and Johnson Controls, Inc." Circuit Court of Cook County, Illinois. Case no. 08 L 7258. Deposition.

"Midwest Fence Corporation v. U.S. Department of Transportation, et al." U.S. District Court, Northern District of Illinois, Eastern Division. Case no. 10-cv-5627. Deposition.

"Beth A. Stokes v. John Deere Seeding Group, a subsidiary of Deere & Company a/k/a John Deere Company; and Jim Gunnison." U.S. District Court for the Central District of Illinois Peoria Division. Case No. 4:12-cv-04054-SLD-JAG. Deposition.

"Thomas E. Perez, Secretary of Labor, United States Department of Labor v. American Future Systems, Inc. d/b/a Progressive Business Publications, a corporation; and Edward Satell, individually and as President of the above referenced corporation." U.S. District Court for the Eastern District of Pennsylvania. Case no. 12-6171. Deposition.

"People of the State of Illinois, v. Alta Colleges, Inc., et al." Circuit Court of Cook County, Illinois County Department, Chancery Division. Case no. 12 CH 01587. Deposition.

"Duane Porter, et al., v. Pipefitters Association Local Union 597, U.A." U.S. District Court for the Northern District of Illinois Eastern Division. Case no. 12-cv-09844. Deposition.

"Randy C. Axelrod, v. Anthem, Inc. and All of its Affiliates, Wellpoint, Inc., and Amgen Inc." Marion Superior Court, County of Marion, State of Indiana. Cause No. 49D03-0710-PL-042057. Deposition.

"Terry Christopher, v. Richard Smykal, Inc. and American Built Systems, Inc." Circuit Court of the 12th Judicial Circuit, Will County, Illinois. No. 11 L 000526. Deposition.

"Jennifer DiPerna v. The Chicago School of Professional Psychology." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 1:14-cv-0057. Deposition.

"Timothy O'Brien, et al., v. Caterpillar Inc." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 14-cv-7229. Deposition.

"Kenneth Martin, Aaron Truesdell, and Johnny Tejada, v. F.E. Moran Inc., Fire Protection of Northern Illinois." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 13 C 3526. Deposition.

"Brenda Koehler, Kelly Parker, Layla Bolten, & Gregory Handloser v. Infosys Technologies Limited, Inc., and Infosys Public Services, Inc." U.S. District Court for the Eastern District of Wisconsin. Civil Action No. 2:13-cv-885. Deposition.

"State of Colorado, ex rel. John W. Suthers, Attorney General, and Julie Mead, Administrator, Uniform Consumer Credit Code, v. Center for Excellence in Higher Education, Inc., et al." District Court, Denver City and County, Colorado. Case no. 2014cv34530. Deposition.

"Michael Reynaud and Fiona Reynaud v. Ogletree, Deakins, Nash Smoak & Stewart, P.C.; Technicolor Creative Services USA, Inc." Superior Court of the State of California, County of Los Angeles, Central Branch. Case No. BC632972. Deposition.

"Jens Boy v. Zimmer, Inc.; Zimmer Dental, Inc. et al" Superior Court of the State of California, County of San Diego. Case No. 37-2016-00002761-CU-DF-CTL. Deposition.

"PECO Pallet, Inc. v. Northwest Pallet Supply Co.", U.S. District Court for the Northern District of Illinois Eastern Division. Civil Action No. 1:15-cv-06811. Deposition.

"Robert Bosch LLC and Bosch Brake Components LLC v. Nucap Industries Inc. and Nucap US Inc.," U.S. District Court for the Northern District of Illinois. Civil Action No. 15-cv-02207. Deposition.

"Brian Chan, et al. v. Big Geyser, Inc., Lewis Hershkowitz, Gerard A. Reda, Lynn Hershkowitz, Steven Hershkowitz, Eric Celt, Ron Genovese, Mike Wodiska, Kayte Mooney, and Dennis Tompkins." U.S. District Court for the Southern District of New York. Case No. 17-cv-6473. Deposition.

"Tillery v. DeVry Education Group, Inc., et al." JAMS Case No. 1340016095. Deposition.

"Monae v. Cook County Sheriff's Office, et al." and "Simpson v. Cook County Sheriff's Office, et al." U.S. District Court for the Northern District of Illinois. Case Nos. 18-cv-0424 and 18-cv-0553. Deposition.

"Zdzislaw Stoch v. John Crane, Inc." Circuit Court of Cook County Illinois. Case No. 2016-L-009400. Deposition.

"Lisa Carvalho v. Santander Bank, N.A." U.S. District Court, District of Rhode Island. Case 1:19-cv-00287. Deposition.

"Nicholas Vichio v. US Foods, Inc." U.S. District Court, Northern District of Illinois. Case No. 18-cv-8063. Deposition.

"Angel Omar Alvarez, et al. v. XPO Logistics Cartage LLC (Consolidated Action) and Victor Cortez Arrellano v. XPO Port Services Inc. (Consolidated Action).", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Deposition.

"Aaron Senne, et al. v. Office of the Commissioner of Baseball, et al." U.S. District Court for the Northern District of California. Case No. 3:14-cv-00608-JCS. Deposition.

"Ultima Services Corporation v. U.S. Department of Agriculture, et al." U.S. District Court, Tennessee Eastern District. Case No. 2:20-cv-00041. Deposition.

"Najera v. John Vianney Johnson, Uber Technologies, Inc., Raiser LLC, Lyft, Inc." Superior Court of the State of California, County of Orange, Central Justice Center. Case Number 30-2018-01006 334-CU-PA-CJC. Deposition.

"Sydney Dillard v. DePaul University." United States District Court for the Northern District of Illinois. Case No. 1:20-cv-7760. Deposition.

"Bonnie Magallon, et al. v. Robert Half International, Inc." United States District Court for the District of Oregon, Eugene Division. Case No. 6:13-cv-01478-AA. Deposition.

"Vernon Keith Robinson v. Des Moines Public Schools," Iowa District Court for Polk County. Case No. LACL136651. Deposition.

"Massachusetts Coalition for Immigration Reform, et al. v. U.S. Department of Homeland Security, et al.," United States District Court for the District of Columbia, Case No: 20-cv-3438-TNM. Deposition

"General Motors LLC, General Motors Company v. Alphons Iacobelli, FCA US LLC, Fiat Chrysler Automobiles, N.V., Jerome Durden," State of Michigan in the Circuit Court for the County of Wayne. Civil Action No. 20-011998-CB. Deposition.

"Ethiopian Airlines Flight ET 302 Crash – Saad Khalaf M Al-Mutairi," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Deposition.

"Ethiopian Airlines Flight ET 302 Crash – Elizabeth Minwuyelet," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Deposition.

"Ethiopian Airlines Flight ET 302 Crash – Anne Mukui Musyoki," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Deposition.

*Written testimony*

"Lerman v. Turner, Carter, Kapelke, Kelly and Columbia College Chicago." U.S. District Court, Northern District of Illinois. 1:10-cv-02169. Expert report.

"Haley v. Cohen & Steers Capital Management." U.S. District Court, Northern District of California. 4:10-cv-03856-PJH. Expert report.

"Haley v. Cohen & Steers Capital Management." U.S. District Court, Northern District of California. 4:10-cv-03856-PJH. Declaration.

"Report in the Matter of McMenimen & Associates, Inc. vs. In-Store Marketing Institute, Inc." U.S. District Court, Eastern District of Wisconsin. 2:11-cv-01095-WEC. Expert report.

"Report in the Matter of Robert G. Blatz v. CubeSmart Trust, et al." Court of Common Pleas for Chester County, Pennsylvania. 2011-08499. Expert report.

"Report in the Matter of Gary Van Poperin, et al. vs. Hewlett-Packard Company, Inc." U.S. District Court, Eastern District of Michigan. 10-cv-11110. Expert Report.

"Report in the Matter of Midwest Fence Corporation v. U.S. Department of Transportation, et al." U.S. District Court, Northern District of Illinois, Eastern Division. Case no. 10-cv-5627. Expert Report.

"Report in the Matter of Jeffrey G. Gerasi v. Gilbane Building Company, Inc., AT&T, Services Inc., and Johnson Controls, Inc." Circuit Court of Cook County, Illinois. Case no. 08 L 7258. Expert Report.

"Report in the matter of Beth A. Stokes v. John Deere Seeding Group, a subsidiary of Deere & Company a/k/a John Deere Company; and Jim Gunnison." U.S. District Court for the Central District of Illinois Peoria Division. Case no. 4:12-cv-04054-SLD-JAG. Expert Report.

"Expert Report in the Matter of Thomas E. Perez, Secretary of Labor, United States Department of Labor v. American Future Systems, Inc. d/b/a Progressive Business Publications, a corporation; and Edward Satell, individually and as President of the above referenced corporation." U.S. District Court for the Eastern District of Pennsylvania. Case no. 12-6171. Expert Report.

"Report in the matter of People of the State of Illinois, v. Alta Colleges, Inc., et al." Circuit Court of Cook County, Illinois County Department, Chancery Division. Case no. 12 CH 01587. Expert Report.

"Report in the matter of State of Colorado, ex rel. John W. Suthers, Attorney General, and Julie Mead, Administrator, Uniform Consumer Credit Code, v. Center for Excellence in Higher Education, Inc., et al." District Court, Denver City and County, Colorado. Case no. 2014cv34530. Expert Report.

"Report in the matter of Joseph Dohl and Patricia Davis, v. Sunrise Mountainview Hospital, Inc., et al." District Court, Clark County, Nevada. Case no. A698672. Expert Report.

"Expert Report of Dr. Jonathan Guryan" in "Duane Porter, et al., v. Pipefitters Association Local Union 597, U.A." U.S. District Court for the Northern District of Illinois Eastern Division. Case no. 12-cv-09844. Expert Report.

"Rebuttal Report in the matter of State of Minnesota by its Attorney General, Lori Swanson v. Minnesota School of Business, Inc, et al." State of Minnesota, District Court, County of Hennepin, Fourth Judicial District. Court file no. 27-CV-14-12558. Expert Report.

"Report in the matter of Terry Christopher, v. Richard Smykal, Inc. and American Built Systems, Inc." Circuit Court of the 12th Judicial Circuit, Will County, Illinois. No. 11 L 000526. Expert Report.

"Report in the matter of Randy C. Axelrod, v. Anthem, Inc. and All of its Affiliates, Wellpoint, Inc., and Amgen Inc." Marion Superior Court, County of Marion, State of Indiana. Cause No. 49D03-0710-PL-042057. Expert Report.

"Report in the matter of Megan and James Gibson v. Prime Healthcare Services, Inc., et al." Second Judicial District Court of the State of Nevada in and for the County of Washoe. Case No. CV14-10580. Expert Report.

"Report in the matter of Kingston Parnell, et al. v. Centennial Hills Hospital Medical Center, et al." District Court Clark County Nevada. Case No. A-14-710329-C.

"Report in the matter of Jennifer DiPerna v. The Chicago School of Professional Psychology." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 1:14-cv-0057. Expert Report.

"Report in the matter of Timothy O'Brien, et al., v. Caterpillar Inc." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 14-cv-7229. Expert Report.

"Report in the matter of Kenneth Martin, Aaron Truesdell, and Johnny Tejada, v. F.E. Moran Inc., Fire Protection of Northern Illinois." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 13 C 3526. Expert Report.

"Report in the matter of Cara Williams, et al., v. Wells Fargo Bank, N.A." U.S. District Court for the Southern District of Iowa, Central Division. Case No. 4:15-cv-00038. Expert Report.

"Declaration in the matter of Aaron Senne, et al. v. Office of the Commissioner of Baseball, and unincorporated association d/b/a Major League Baseball." U.S. District Court for the Northern District of California. Case No. 3:14-cv-00608-JCS. Declaration.

"Report in the matter of Brenda Koehler, Kelly Parker, Layla Bolten, & Gregory Handloser v. Infosys Technologies Limited, Inc., and Infosys Public Services, Inc." U.S. District Court for the Eastern District of Wisconsin. Civil Action No. 2:13-cv-885. Expert Report.

"Report in the matter of State of Colorado, ex rel. John W. Suthers, Attorney General, and Julie Mead, Administrator, Uniform Consumer Credit Code, v. Center for Excellence in Higher Education, Inc., et al." District Court, Denver City and County, Colorado. Case number: 2014cv34530. Expert Report.

"Declaration of Jonathan Guryan in Support of Defendant's Opposition to Motion to Certify Class." Nathan Surrett et al. v. Western Culinary Institute, LTD and Career Education Corporation. Circuit Court for the State of Oregon for the County of Multnomah. Case No. 0803-03530.

"Report in the matter of Michael Allard v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0003-0905. Expert Report.

"Report in the matter of David Kirk v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0002-4460. Expert Report.

"Report in the matter of Denise Holtz v. General Mills, Inc." American Arbitration Association. Expert Report.

"Report in the matter of Michael Murray v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0003-2050. Expert Report.

"Report in the matter of James Heflin v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0004-0321. Expert Report.

"Report in the matter of Peggy Maxe v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0005-2225. Expert Report.

"Report in the matter of PECO Pallet, Inc. v. Northwest Pallet Supply Co." U.S. District Court for the Northern District of Illinois Eastern Division. Civil Action No. 1:15-cv-06811. Expert Report.

"Rebuttal Report in the matter of PECO Pallet, Inc. v. Northwest Pallet Supply Co." U.S. District Court for the Northern District of Illinois, Eastern Division. Civil Action No. 1:15-cv-06811. Expert Report.

"Expert report in the matter of Robert Bosch LLC and Bosch Brake Components LLC v. Nucap Industries Inc. and Nucap US Inc." U.S. District Court for the Northern District of Illinois. Civil Action No. 15-cv-02207. Expert Report.

"Expert rebuttal report in the matter of Robert Bosch LLC and Bosch Brake Components LLC v. Nucap Industries Inc. and Nucap US Inc." U.S. District Court for the Northern District of Illinois. Civil Action No. 15-cv-02207. Expert Report.

"Report in the matter of Brian Chan, et al. v. Big Geyser, Inc., Lewis Hershkowitz, Gerard A. Reda, Lynn Hershkowitz, Steven Hershkowitz, Eric Celt, Ron Genovese, Mike Wodiska, Kayte Mooney, and Dennis Tompkins." U.S. District Court for the Southern District of New York. Case No. 17-cv-6473. Expert Report.

"Report in the matter of Darryl Williams and Howard Brooks, et al. v. Jani-King of Philadelphia, Inc., Jani-King, Inc., and Jani-King International, Inc." U.S. District Court for the Eastern District of Pennsylvania. Case No. 09-1738-RBS. Expert Report.

"Report in the matter of Jorge Valencia v. U.S. Bank National Association." U.S. District Court for the Southern District of Iowa, Central Division. Case No. 4:18-cv-00056. Expert Report.

"Expert Affidavit of Dr. Jonathan Guryan." Supreme Court of the State of New York, County of New York. Index No. 159947/2019. Affidavit filed in Tri-City, LLC, Endor Car and Driver, LLC, Lyft, Inc. v. New York City Taxi & Limousine Commission.

"Reply Affidavit of Dr. Jonathan Guryan." Supreme Court of the State of New York, County of New York. Index No. 159947/2019. Affidavit filed in Tri-City, LLC, Endor Car and Driver, LLC, Lyft, Inc. v. New York City Taxi & Limousine Commission.

"Report in the matter of John W. Brennan v. Arthur D. Little, Inc." Superior Court, Commonwealth of Massachusetts. CA No.: 1884-cv-02845. Expert Report.

"Expert Rebuttal Report of Jonathan Guryan, Ph.D." U.S. District Court for the Northern District of Illinois. Case Nos. 18-cv-0424 and 18-cv-0553. Monae v. Cook County Sheriff's Office, et al. and Simpson v. Cook County Sheriff's Office, et al. Expert Report.

"Report in the matter of Omotola Owoeye, v. Adtalem Global Education Inc. et al." JAMS Ref. Number 1340015799. Expert Report.

"Report in the matter of Michael Pizzo, v. Adtalem Global Education Inc. et al." JAMS Ref. Number 1340015940. Expert Report.

"Report in the matter of Zdzislaw Stoch v. John Crane, Inc." Circuit Court of Cook County Illinois. Case No. 2016-L-009400. Expert Report.

"Report in the matters of Angel Omar Alvarez, et al. v. XPO Logistics Cartage LLC (Consolidated Action) and Victor Cortez Arrellano v. XPO Port Services Inc. (Consolidated Action)." Superior Court State of California, County of Los Angeles. Case No. BC655393. Expert Report.

"Report in the matter of Lisa Carvalho v. Santander Bank, N.A." U.S. District Court, District of Rhode Island. Case 1:19-cv-00287. Expert Report.

"Report in the matter of Nicholas Vichio v. US Foods, Inc." U.S. District Court, Northern District of Illinois. Case No. 18-cv-8063. Expert Report.

"Report in the matter of Mitchell Clements v. WP Operations LLC", U.S. District Court, Western District of Wisconsin, Case No. 19-cv-1051-wmc. Expert Report.

"Report in the matter of Jared Mode, et al. v. S-L Distribution Company, LLC, S-L Distribution Company, INC., and S-L Routes, LLC." U.S. District Court, Western District of North Carolina. Case No. 3:18-cv-00150. Expert Report.

"Report in the matter of Sandra Selden v. Des Moines Area Community College", Iowa District Court for Polk County, Case No. LACL147358. Expert Report.

"Declaration of Jonathan Guryan in support of Defendant and Counter-Claimant XPO Logistics Cartage, LLC's opposition to Plaintiffs and Counter-Defendants' special motion to strike counterclaims (Anti-SLAPP)", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Declaration.

"Report in the matters of Angel Omar Alvarez, et al. v. XPO Logistics Cartage LLC (Consolidated Action) and Victor Cortez Arrellano v. XPO Port Services Inc. (Consolidated Action).", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Expert Report.

"Declaration of Jonathan Guryan in support of Defendant and Counter-Claimant XPO Port Services Inc.'s opposition to Plaintiffs and Counter-Defendants' special motion to strike counterclaims (Anti-SLAPP)", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Declaration.

"Rebuttal Report in the matter of Angel Omar Alvarez, et al. v. XPO Logistics Cartage LLC (Consolidated Action)", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Expert Report.

"Supplemental Report in the matter of Angel Omar Alvarez, et al. v. XPO Logistics Cartage LLC (Consolidated Action)", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Expert Report.

"Supplemental Report in the matter of Victor Cortez Arrellano, et al. v. XPO Port Services Inc. (Consolidated Action)", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Expert Report.

"Report in the matter of Mark Brackey, et al. v. Winnebago Industries, Inc., John Breuklander, and Gary McCarthy." Iowa District Court for Winnebago County. Case No. LACV018026. Expert Report.

"Report in the matter of Klayton Fennell v. Comcast Cable Communications Management, LLC and Comcast Corporation." U.S. District Court, Eastern District of Pennsylvania, Case No. 19-4750. Expert Report.

"Rebuttal Report in the matter of Carzanna Jones and Heynard L. Paz-Chow, on behalf of themselves and all others similarly situated, v. David Uejio, in his official capacity as Acting Director, and Consumer Financial Protection Bureau." U.S. District Court, District of Columbia, Case No. 18-cv-2132-BAH (D.D.C.). Expert Report.

"Report in the matter of Jessica Smith, v. DeVry University, et al." JAMS Ref. Number 1340018381. Expert Report.

"Report in the matter of Gwendolyn Haynes, v. DeVry University, et al." JAMS Ref No. 1340017974." Expert Report.

"Rebuttal Report in the matter of Aaron Senne, et al. v. Office of the Commissioner of Baseball, et al." U.S. District Court for the Northern District of California. Case No. 3:14-cv-00608-JCS. Expert Report.

"Report in the matter of Ultima Services Corporation v. U.S. Department of Agriculture, et al." U.S. District Court, Tennessee Eastern District. Case No. 2:20-cv-00041. Expert Report.

"Report in the matter of Cecil Thomas and John Dean, et al. v. TXX Services, Inc. and Patricia Dougan Hunt." United States District Court, Eastern District of New York. 13 CV 2789. Expert Report.

"Report in the matter of Sydney Dillard v. DePaul University." United States District Court for the Northern District of Illinois. Case No. 1:20-cv-7760. Expert Report.

"Report in the matter of Catherine Rose Jochims v. Hartley-Melvin-Sanborn Community School District," Case No. LAC025330. Expert Report.

"Report in the matter of Van Bawi Ceu, et al. v. Maw Zah, Hyundai Motor Company, et al.," Iowa District Court for Dallas County. Docket No. 2021CP1002816. Expert Report.

"Report in the matter of Najera v. John Vianney Johnson, Uber Technologies, Inc., Raiser LLC, Lyft, Inc." Superior Court of the State of California, County of Orange, Central Justice Center. Case Number 30-2018-01006 334-CU-PA-CJC. Expert Report.

"Supplemental Report in the matter of Mark Brackey, et al. v. Winnebago Industries, Inc., John Breuklander, and Gary McCarthy." Iowa District Court for Winnebago County. Case No. LACV018026. Expert Report.

"Report in the matter of Vernon Keith Robinson v. Des Moines Public Schools," Iowa District Court for Polk County. Case No. LACL136651. Expert Report.

"Report in the matter of *In re DeVry, University,*" Before the Office of Hearings and Appeals, United States Department of Education, Docket No. 22-54-BD. Expert Report.

"Report in the matter of Joyce DeLucca v. Hayfin Capital Management LLC," American Arbitration Association, AAA No. 01-22-0004-0911. Expert Report.

"Report in the matter of Bonnie Magallon, et al. v. Robert Half International, Inc." United States District Court for the District of Oregon, Eugene Division. Case No. 6:13-cv-01478-AA. Expert Report.

"Report in the matter of Massachusetts Coalition for Immigration Reform, et al. v. U.S. Department of Homeland Security, et al.," United States District Court for the District of Columbia, Case No: 20-cv-3438-TNM. Expert Report.

"Declaration of Dr. Jonathan Guryan," State of Minnesota County of Hennepin District Court Fourth Judicial District, in "State of Minnesota, by its Attorney General, Keith Ellison, v. Shipt, Inc.," Court File No. 27-CV-22-15991. Declaration.

"Report in the matter of General Motors LLC, General Motors Company v. Alphons Iacobelli, FCA US LLC, Fiat Chrysler Automobiles, N.V., Jerome Durden," State of Michigan in the Circuit Court for the County of Wayne. Civil Action No. 20-011998-CB. Expert Report.

"Report in the matter of Ethiopian Airlines Flight ET 302 Crash – Saad Khalaf M Al-Mutairi," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Expert Report.

"Report in the matter of Ethiopian Airlines Flight ET 302 Crash – Elizabeth Minwuyelet," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Expert Report.

"Report in the matter of Ethiopian Airlines Flight ET 302 Crash – Anne Mukui Musyoki," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Expert Report.

**Other Reports**

*Oral presentations*

Presentation of research findings to staff for Senator Tom Harkin.

Presentation of research findings to staff for Congressman George Miller.

Presentation of research findings to Congressional Black Caucus and Congressional Hispanic Caucus.

Presentation of research findings to senior staff, U.S. Department of Education.

Presentation of research findings to U.S. Secretary of Education, Arne Duncan.

Presentation of research findings to OIRA, Office of Management and Budget.

*Written reports*

"Report on Gainful Employment." Prepared for the Career College Association.

"Comment on the proposed rule regarding Gainful Employment described in the NPRM released by the Department of Education on July 26, 2010." Public comment submitted to U.S. Office of Management and Budget commenting on pending regulation.

**Professional Activities**

Editor, *Journal of Labor Economics*, December 2011 – 2020.

Member, AEA Committee on the Status of Women in the Economics Profession (CSWEP), November 2018 – 2021.

Research Associate, National Bureau of Economic Research. September 2010 – present.

Faculty research fellow, National Bureau of Economic Research, September 2000 – September 2010.

Northwestern University, Faculty Senate Representative, 2022 – present.

Northwestern University, School of Education and Social Policy, Executive Committee, September 2016 – 2022, Executive Committee, co-chair, 2024 – present.

Northwestern University, Institute for Policy Research, Executive Committee, September 2012 – June 2019.

Board Member, Communities in Schools of Chicago, 2017 – present.

Co-Chair, J-PAL State and Local Innovation Initiative. 2015 – 2018.

Faculty Affiliate, Population Research Center, NORC, December 2000 – present.

Associate Editor, *Labour Economics*, 2010 – 2018.

Research Consultant, Federal Reserve Bank of Chicago.

University of Chicago Crime Lab, Faculty Affiliate.

Invited Participant, Young Faculty Leaders Forum, Harvard University.

Referee: *American Economic Review, Quarterly Journal of Economics, Journal of Political Economy, Review of Economic Studies, Journal of Public Economics, Journal of Labor Economics, Review of Economics and Statistics, American Economic Journal: Applied Economics, American Economic Journal: Economic Policy, Journal of Policy Analysis and Management, National Tax Journal, Economics of Education Review, European Economic Review, Journal of Human Resources, Regulation and Governance, Education Next, Education Finance and Policy, British Journal of Industrial Relations, Journal of Law and Economics*.

**Teaching:**

*Northwestern University, School of Education and Social Policy*:  Quantitative Methods II. The Economics of Inequality and Discrimination.

*University of Chicago Booth School of Business*: The Employment Relationship, Microeconomics.