# EXHIBIT K

*Statistical Methods in Medical Research* 2005; **14**: 457–471

# The role of proxy information in missing data analysis

**Rong Huang** Statistics Canada, Ottawa, Ontario, Canada, **Yuanyuan Liang** University of Alberta, Edmonton, Alberta, Canada and **KC Carrière** University of Alberta, Edmonton, Alberta, Canada

This article investigates the role of proxy data in dealing with the common problem of missing data in clinical trials using repeated measures designs. In an effort to avoid the missing data situation, some proxy information can be gathered. The question is how to treat proxy information, that is, is it always better to utilize proxy information when there are missing data? A model for repeated measures data with missing values is considered and a strategy for utilizing proxy information is developed. Then, simulations are used to compare the power of a test using proxy to simply utilizing all available data. It is concluded that using proxy information can be a useful alternative when such information is available. The implications for various clinical designs are also considered and a data collection strategy for efficiently estimating parameters is suggested.

## 1 Introduction

Missing values is a common problem in repeated measurement designs. In many scientific investigations with repeated measures data, complete data sets are unavailable for various reasons.

Three general approaches have been used for dealing with missing data. The first, the traditional approach of using only complete data subsets, has been widely criticized because it produces inconsistent estimators when missing data are not missing completely at random.[1] This shortcoming has led many investigators to develop a second approach: efficient incomplete data analysis methods using all available data.[2,3] Alternatively, in the third approach, pseudo-values can be imputed in place of the missing data to apply a standard data analysis method. An imputation procedure (single or multiply) that treats these values as if they were actual measurements can be used to draw conclusions.[4]

In this article, the authors suggest yet another strategy for dealing with incomplete data. The fact that some proxy information is usually available, and using this information, to avoid missing values is often desirable. For example, in cancer clinical trials, some patients may be too sick to respond but their caregivers are usually on hand to provide pertinent information instead. The issue, then, is how to treat this proxy information. The strategy outlined in this article brings together all three approaches listed previously. That is, a complete data analysis method is used, filling in for missing values while utilizing all available data. What differentiates this approach from other imputation methods is that we make the imputations in a

Address for correspondence: KC Carrière, Department of Mathematical and Statistical Sciences, University of Alberta, Edmonton, Alberta T6G 2G1, Canada. E-mail: kccarrie@ualberta.ca

© 2005 Edward Arnold (Publishers) Ltd      10.1191/0962280205sm411oa

more informed way instead of using impersonal methods such as mean imputation or regression imputation.

It has been shown that there is a high degree of agreement in the responses of study subjects and their proxies, that is, their care providers.[5,6] Most of the related research results to date, however, are limited to situations where incomplete information occurs on covariates only. All studies have reported that in terms of asymptotic bias, even using a poor proxy is better than using only the observable regressors.[7,8] However, when there are multiple unobservable regressors, omitting them may be a better choice.[9] Proxies are preferable in most empirical situations in terms of scalar-valued mean squared error (MSE).[10] However, it has been shown that including the proxy variable may result in nonnegligible bias;[11] moreover, using proxy information indiscriminately may be risky from the viewpoint of MSE.[12] Dhrymes,[13] Ohtani[14] and Trenkler and Stahlecker,[15] outline situations where estimators with proxy data are inferior to those without proxy data, with respect to the MSE-matrix criterion.

The biggest advantage of incorporating proxy information may be that it avoids the missing data problem, so that standard statistical analysis methods can be applied. In addition, this approach can lead to substantial cost savings when the procedure for obtaining actual data is expensive, if not impossible. Assuming that the missing data occur at random, as described by Rubin,[16] the merits of using proxy data in place of missing values in a multivariate repeated measures data setting are represented. Then, the focus is upon some popular designs to evaluate the strategy in terms of estimation efficiency and power. In addition, a specific model for incorporating proxy information to compare the power of the estimators using proxy data to those without proxy data is used. In addition, the conditions under which the estimators utilizing proxy information are nearly as efficient as those using the complete actual data for selected two- and three-period two-treatment repeated measurement designs are specified.

## 2 Model for repeated measures data with proxy

Repeated measures designs where data are measured over $p$ periods from each subject in $s$ groups (treatment sequences) are considered. Let $y_{ijk}(p_{ijk})$ denote the data (their proxy) obtained in period $i$ from subject $j$ in sequence $k$, $i = 1, \ldots, p$, $j = 1, \ldots, N_k$, $k = 1, \ldots, s$. The design structure is given by the matrix $\mathbf{X}_k$, which is the same for all subjects in sequence $k$.

In developing the model for the proxy data, the main concern is that the proxy data may differ from the actual responses in terms of both location and scale of the data. Here, attempt is made to accommodate for this discrepancy of possible bias and heterogeneity from the actual data. At the same time, the commonly employed model for repeated measures data arising out of clinical trials was closely adhered.

Let $\mathbf{z} = (\mathbf{z}_1^T, \ldots, \mathbf{z}_s^T)^T$, with $\mathbf{z}_k = (\mathbf{z}_{1k}^T, \ldots, \mathbf{z}_{N_k k}^T)^T$ and $\mathbf{z}_{jk} = (z_{1jk}, \ldots, z_{pjk})^T$, where $z_{ijk} = y_{ijk}$ if observed from the study subject and $z_{ijk} = p_{ijk}$ if observed from their proxy. Define $\mathbf{M}_{jk}$ to be a diagonal matrix with elements $\delta_{ijk}$, with $\delta_{ijk} = 1$

if $y_{ijk}$ is missing, and 0 otherwise, and $\mathbf{M} = \text{Diag}(\mathbf{M}_{11}, \ldots, \mathbf{M}_{N_s s})$. Then $\delta_{.jk}$ is the number of periods with proxy information for subject $j$ in sequence $k$ and $\delta_{i.k}$ is the number of subjects in sequence $k$ and period $i$ who only have proxy information available.

For some $\mathbf{D}_1$, we have $\mathbf{D} = (\mathbf{D}_1, \mathbf{MD}_1)$ as the design matrix under the following cell means model[2,3]

$$\mathbf{z} = \mathbf{D}\boldsymbol{\omega} + \boldsymbol{\varepsilon} + \mathbf{Me} = (\mathbf{D}_1 \mathbf{MD}_1)\begin{pmatrix} \boldsymbol{\mu} \\ \boldsymbol{\nu} \end{pmatrix} + \boldsymbol{\varepsilon} + \mathbf{Me} \qquad (1)$$

Now the design matrix $\mathbf{X} = (\mathbf{X}_1^T, \ldots, \mathbf{X}_s^T)^T$ relates the responses to $\boldsymbol{\beta} = (m, \boldsymbol{\pi}^T, \boldsymbol{\tau}^T, \boldsymbol{\gamma}^T, \boldsymbol{\lambda}^T)^T$, where $m$ is the overall mean, $\boldsymbol{\pi}$ the period effects, $\boldsymbol{\tau}$ the treatment effects, $\boldsymbol{\gamma}$ the residual treatment effects and $\boldsymbol{\lambda}$ the sequence effects, with $\mathbf{X}_k = (\mathbf{x}_{1k}, \ldots, \mathbf{x}_{pk})^T$ for $\mathbf{x}_{ik} = (x_{ik1}, \ldots, x_{ikq})^T$ with $q$ the length of $\boldsymbol{\beta}$. Possible bias from $\boldsymbol{\beta}$ due to the use of proxy data is measured by $\boldsymbol{\eta} = (m_a, \boldsymbol{\pi}_a^T, \boldsymbol{\tau}_a^T, \boldsymbol{\gamma}_a^T, \boldsymbol{\lambda}_a^T)^T$, which will be a zero vector if there are no biases in the proxies. In general, we have $\boldsymbol{\mu} = \mathbf{X}\boldsymbol{\beta}$ and $\boldsymbol{\nu} = \mathbf{X}\boldsymbol{\eta}$. Here, $\boldsymbol{\varepsilon}$ has a mean of $\mathbf{0}$ with covariance matrix $\mathbf{V}$, where $\mathbf{V} = \mathbf{I}_{[N]} \otimes \boldsymbol{\Sigma}$ for a $p \times p$ covariance matrix $\boldsymbol{\Sigma}$ associated with completely observed subjects. The extra error term $\mathbf{e}$ has a mean of $\mathbf{0}$ with covariance matrix $\mathbf{V}_e$, where $\mathbf{V}_e = \mathbf{I}_{[N]} \otimes \boldsymbol{\Sigma}_e$ for a $p \times p$ covariance matrix $\boldsymbol{\Sigma}_e$ associated with proxy data, $\text{Cov}(\boldsymbol{\varepsilon}, \mathbf{e}) = \mathbf{0}$ and thus, $\text{Cov}(\mathbf{z}_{jk}) = \boldsymbol{\Sigma} + \mathbf{M}_{jk}\boldsymbol{\Sigma}_e\mathbf{M}_{jk}$. Note here that when $\mathbf{e} = \mathbf{0}$, the subjects with complete observations and those with proxy data share the same covariance matrix. Therefore, model (1) serves our purpose. The proxy data are clearly identified from the actual data in the model and any discrepancies between them are adjusted in the analysis.

The parameters of interest are $\boldsymbol{\mu}$ and therefore $\boldsymbol{\beta}$. Note that the estimation of $\boldsymbol{\beta}$ and the covariance matrix of $\hat{\boldsymbol{\beta}}$ depend on the assumed error structure and, therefore, the number and pattern of missing values. It is assumed that at least the first period is completely observed from all subjects and the missing pattern is monotonic. Each of $\mathbf{M}_{jk}$ takes values $\text{Diag}(\mathbf{0}_{[R_l \times R_l]}, \mathbf{I}_{[p-R_l]})$ for $l = 1, \ldots, L$ for missing data occurring at $L$ levels with $1 \leq R_1 < R_2 \cdots < R_L \leq p$. Thus, $N_k^{(l)} = N_k - \delta_{R_{l.k}}$ subjects complete the first $R_l$ periods. Denote $p_l = R_l - R_{l-1}$ as the number of periods in the $l^{\text{th}}$ level with $R_0 = 0$. Carrière[2,3] considered model (1) with $\mathbf{e} = \mathbf{0}$ without using proxies. In the presence of proxy data, relatively straightforward matrix manipulation produces maximum likelihood estimators $\hat{\boldsymbol{\beta}}$ and $\text{Cov}(\hat{\boldsymbol{\beta}})$ under the model (1) as in Carrière.[2,3] refer Huang[17] for details.

For complete data with no proxy observations, $\boldsymbol{\eta} = \mathbf{0}$, $\mathbf{e} = \mathbf{0}$, and therefore, the estimation problem is reduced to the usual MLE $\hat{\boldsymbol{\beta}}^f = (\sum_k N_k \mathbf{X}_k^T \boldsymbol{\Sigma}^{-1} \mathbf{X}_k)^{-1} \sum_k \mathbf{X}_k^T \times \boldsymbol{\Sigma}^{-1} \mathbf{y}_{.k}$, with $\mathbf{y}_{.k} = \sum_j \mathbf{y}_{jk}$, and its covariance matrix $\text{Cov}(\hat{\boldsymbol{\beta}}^f) = (\sum_k N_k \mathbf{X}_k^T \boldsymbol{\Sigma}^{-1} \mathbf{X}_k)^{-1}$, as in Carrière,[2] where the superscript '$f$' denotes that the estimator is based entirely on actual data. For complete subset data analysis denoted with the superscript '$c$,' the estimator $\hat{\boldsymbol{\beta}}^c$ and its covariance matrix $\text{Cov}(\hat{\boldsymbol{\beta}}^c)$, obtained by removing the incomplete pairs of data, are similar in form to $\hat{\boldsymbol{\beta}}^f$ and $\text{Cov}(\hat{\boldsymbol{\beta}}^f)$.

## 3 Inference procedure

In the hypotheses, there are no direct treatment effects ($H_{01}$: $\tau = 0$) and no residual effects ($H_{02}$: $\gamma = 0$). The test statistic considered is of the form

$$t_\theta = \frac{\hat{\theta}}{\sqrt{\text{vâr}(\hat{\theta})}} \qquad (2)$$

where $\text{vâr}(\hat{\theta})$ is the estimated variance for an estimator $\hat{\theta}$, and $\hat{\theta}$ is either $\hat{\tau}$ or $\hat{\gamma}$. Under the assumption of normality, the statistic $t_\theta$ has an approximate $t$ distribution with certain degrees of freedom.

Here, the procedure for the case of $L = 2$ is detailed. As the derivation of the following inferential procedures follows closely along the lines of Carrière,[2,3] the technical details are omitted.

In the absence of proxy data for missing values, Carrière[2,3] and Patel[18] chose the following degrees of freedom for testing $H_{01}$ and $H_{02}$, which were demonstrated to work well in small samples. For compound symmetric covariance structures, the degrees of freedom are $(p-1)(N^{(L)} - s)$ for testing both $\tau$ and $\gamma$. When no pattern can be specified for the covariance matrix, the degrees of freedom for $\tau$ and $\gamma$ were proposed as $N^{(L)} - s$ and $(N^{(L)} + N - 2s - p_1 p_2)/2$, respectively. These degrees of freedom are used in the simulation for the incomplete analysis method, to compare the results with those of the strategy of filling in with proxy data.

When $e = 0$, for the approach utilizing proxy information, The degrees of freedom as $d_1 = (p-1)(N - 2s)$ under the compound symmetric covariance model for both $\tau$ and $\gamma$ are choosen. Note that $d_1$ is the degrees of freedom associated with the sum of squared error used. When the covariance matrix is unknown and no pattern can be specified, the suggestion of others, such as Carrière[3] and Patel,[18] is followed. The degrees of freedom chosen is $d_2 = N - (3s + p_1)/2$, for both $\tau$ and $\gamma$, where $d_2$ is the average of the degrees of freedom associated with the two associated submatrices of the estimated covariance matrix; for detailed derivation of the degrees of freedom refer Huang.[17]

When $e \neq 0$, the extra proxy information has been shown not to contribute to the MLEs for $\hat{\mu}$ in the case where both $\Sigma$ and $\Sigma_e$ are compound symmetric.[17] For this reason, the same degrees of freedom, namely $(p-1)(N^{(L)} - s)$, for both $\tau$ and $\gamma$, as in the incomplete data method are used.[2] When $e \neq 0$ and the covariance form is unspecifiable, the average of the degrees of freedom associated with the three submatrices of the estimated covariance matrix[17] is applied and $d_3 = (2N - 3s - 2p_1)/3$ for both $\tau$ and $\gamma$ is used.

## 4 Simulation study

Comparison is made of the performance of the estimators $\hat{\tau}$ and $\hat{\gamma}$ in the two approaches with or without proxy data, using small samples in some popular two-treatment designs (Table 1). We generate 1000 samples from model (1) with $\beta = 0$ and $\eta = 0.5$ for the two traditional two- and three-period designs Design I (AB/BA) and Design IV (ABB/BAA), with five or 10 subjects in each sequence. When $e \neq 0$, it is necessary to

**Table 1** Definition of Designs

| | |
|---|---|
| Design I | Sequences AB, BA |
| Design II | Sequences AB, BA, AA, BB |
| Design III | Sequences AA, BB |
| Design IV | Sequences ABB, BAA |
| Design V | Sequences ABB, BAA, AAB, BBA |

*Note*: Designs I, II and III are two-period designs, whereas Designs IV and V are three-period designs. We considered dual balanced designs with an equal allocation of subjects to each sequence.

increase the sample size to 10 in each sequence to accommodate the extra parameters. The case where 20% of the data are missing monotonically is considered, but proxy data are available for them.

The covariance matrix $\Sigma$ that is considered in model (1) is

$$\Sigma = \begin{bmatrix} 1 & \rho\sqrt{c_1} & \rho\sqrt{c_1} \\ & c_1 & \rho\sqrt{c_1 c_2} \\ & & c_2 \end{bmatrix}$$

with $\rho = 0.3$ or 0.7, and $(c_1, c_2) = \{(1, 1), (1, 4) \text{ or } (4, 1)\}$. The covariance matrix for proxy data $\Sigma_e$ is set at $c_3\Sigma$, where $c_3 = 4$. For Design I, the last column and row are deleted from $\Sigma$. The empirical sizes and powers of the test against $\theta = 0.5$ are calculated from both approaches. For Design IV, testing against $\theta = 0.25$ was considered.

The inferential procedures outlined in Section 3 appear to be satisfactory in most of the cases. The exception is when the procedure uses an incorrect covariance assumption. In that case, the empirical size is either liberal or conservative and the Type I error is not well maintained. This is more evident in three-period designs, echoing the results obtained by Carrière.[3] Tables 2–4 show where empirical sizes obtained are not close to their nominal level.

Table 2 reports the size and power of the test for $H_{01}$ and $H_{02}$ for Design I with sample size 10, when $\mathbf{e} = 0$ (top portion) and when $\mathbf{e} \neq 0$ (bottom portion) for $\rho = 0.3$. The suggested degrees of freedom appear to work well in all cases. Using proxy information appears to be significantly more powerful in testing direct treatment effects, whereas in other cases, its performance is either similar to or slightly less powerful than the incomplete data method, especially when the proxy and the actual data share a common covariance matrix with $\mathbf{e} = 0$.

When the proxy and actual data do not share a common covariance matrix so that $\mathbf{e} \neq 0$, there is very little difference between the two approaches. Table 2 shows that when $\mathbf{e} \neq 0$, but both covariance matrices have compound symmetry patterns, the extra information provided by proxy data does not add any value. Overall, the two approaches performed similarly when $\mathbf{e} \neq 0$, although the incomplete method was slightly more powerful for testing $\tau$.

In three-period designs, however, there are substantial differences between the two approaches. Table 3 tabulates the corresponding results for Design IV for $\mathbf{e} = 0$, $\rho = 0.3$ and $n = 10$. Using an incorrect covariance assumption did not produce empirical sizes

**Table 2** Empirical sizes and powers for testing $\tau$ or $\gamma$ in Design I when $\rho = 0.3$

| n | e | Test | $c_1$ | Procedure | Type | $\alpha=0.01$ | | $\alpha=0.05$ | | $\alpha=0.1$ | |
|---|---|------|-------|-----------|------|------|-------|------|-------|------|-------|
| | | | | | | Size | Power | Size | Power | Size | Power |
| 10 | 0 | $\tau$ | 1 | prx | sys | 0.007 | 0.158 | 0.053 | 0.467 | 0.089 | 0.631 |
| | | | | | uns | 0.007 | 0.182 | 0.052 | 0.480 | 0.094 | 0.629 |
| | | | | inc | sys | 0.008 | 0.117 | 0.049 | 0.381 | 0.099 | 0.592 |
| | | | | | uns | 0.008 | 0.116 | 0.046 | 0.390 | 0.101 | 0.558 |
| | | | 4 | prx | sys | 0.016 | 0.072 | 0.061 | 0.233 | 0.110 | 0.352 |
| | | | | | uns | 0.014 | 0.065 | 0.052 | 0.213 | 0.112 | 0.322 |
| | | | | inc | sys | 0.009 | 0.042 | 0.051 | 0.194 | 0.108 | 0.318 |
| | | | | | uns | 0.009 | 0.040 | 0.045 | 0.165 | 0.097 | 0.282 |
| | | $\gamma$ | 1 | prx | sys | 0.010 | 0.026 | 0.043 | 0.112 | 0.098 | 0.184 |
| | | | | | uns | 0.010 | 0.030 | 0.048 | 0.106 | 0.105 | 0.185 |
| | | | | inc | sys | 0.011 | 0.023 | 0.041 | 0.096 | 0.086 | 0.180 |
| | | | | | uns | **0.018** | 0.034 | 0.053 | 0.121 | 0.097 | 0.199 |
| | | | 4 | prx | sys | 0.006 | 0.011 | 0.039 | 0.076 | 0.088 | 0.150 |
| | | | | | uns | 0.006 | 0.011 | 0.038 | 0.070 | 0.083 | 0.134 |
| | | | | inc | sys | 0.011 | 0.016 | 0.040 | 0.070 | 0.083 | 0.131 |
| | | | | | uns | 0.010 | 0.021 | 0.051 | 0.080 | 0.094 | 0.146 |
| 20 | $\neq 0$ | $\tau$ | 1 | prx | sys | 0.009 | 0.697 | 0.058 | 0.888 | 0.100 | 0.953 |
| | | | | | uns | 0.009 | 0.647 | 0.056 | 0.877 | 0.100 | 0.943 |
| | | | | inc | sys | 0.009 | 0.697 | 0.058 | 0.888 | 0.100 | 0.953 |
| | | | | | uns | 0.011 | 0.680 | 0.060 | 0.882 | 0.101 | 0.951 |
| | | | 4 | prx | sys | 0.010 | 0.231 | 0.050 | 0.495 | 0.107 | 0.647 |
| | | | | | uns | 0.012 | 0.201 | 0.051 | 0.461 | 0.106 | 0.605 |
| | | | | inc | sys | 0.010 | 0.231 | 0.050 | 0.495 | 0.107 | 0.647 |
| | | | | | uns | 0.010 | 0.205 | 0.043 | 0.470 | 0.095 | 0.619 |
| | | $\gamma$ | 1 | prx | sys | 0.012 | 0.082 | 0.055 | 0.222 | 0.100 | 0.334 |
| | | | | | uns | 0.006 | 0.076 | 0.055 | 0.217 | 0.100 | 0.334 |
| | | | | inc | sys | 0.012 | 0.082 | 0.055 | 0.222 | 0.100 | 0.334 |
| | | | | | uns | 0.010 | 0.087 | 0.060 | 0.215 | 0.100 | 0.336 |
| | | | 4 | prx | sys | 0.009 | 0.037 | 0.054 | 0.141 | 0.107 | 0.240 |
| | | | | | uns | 0.005 | 0.033 | 0.049 | 0.135 | 0.100 | 0.229 |
| | | | | inc | sys | 0.009 | 0.037 | 0.054 | 0.141 | 0.107 | 0.240 |
| | | | | | uns | 0.007 | 0.039 | 0.047 | 0.135 | 0.095 | 0.228 |

*Note*: prx, approach utilizing proxy data; inc, incomplete data procedure (2, 3); sys, compound symmetry pattern of covariance matrix; uns, unstructured covariance pattern. Results based on 1000 simulation are shown.

close to the nominal level. Therefore, the focus is on the procedures derived under the respective covariance patterns as the simulated data. For testing $\tau$, the procedure that uses proxies was both more powerful and more prominent than in the two-period Design I. However, for larger samples (data not shown), the two approaches performed similarly. For testing $\gamma$, the procedure using proxies was also better. The two approaches performed similarly in other cases. In general, the method using proxies appears to be more powerful than the traditional incomplete data analysis strategy, especially when the sample size is small.

When $e \neq 0$, the incomplete analysis method is substantially more powerful for testing both $\tau$ and $\gamma$ (Table 4). The suggested degrees of freedom work well for both $\tau$ and $\gamma$. Although not shown here, when proxy information is used to fill in 50% of the missing data, the proxy approach becomes slightly more powerful than the conventional incomplete analysis strategy (available from the authors).

Case: 1:19-cv-02170 Document #: 2448-11 Filed: 05/17/25 Page 8 of 16 PageID #:...

*Proxy information in missing data analysis* 463

**Table 3** Empirical sizes and powers for testing $\tau$ or $\gamma$ in Design IV when $e=0$, $\rho=0.3$ and $n=10$

| Test | $c_1$ | $c_2$ | Procedure | Type | $\alpha=0.01$ | | $\alpha=0.05$ | | $\alpha=0.01$ | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Size | Power | Size | Power | Size | Power |
| $\tau$ | 1 | 1 | prx | sys | 0.011 | 0.090 | 0.047 | 0.250 | 0.095 | 0.372 |
| | | | | uns | 0.010 | 0.053 | 0.041 | 0.204 | **0.072** | 0.333 |
| | | | inc | sys | 0.012 | 0.069 | 0.049 | 0.237 | 0.096 | 0.371 |
| | | | | uns | 0.005 | 0.034 | 0.040 | 0.155 | **0.073** | 0.287 |
| | 1 | 4 | prx | sys | 0.010 | 0.042 | **0.034** | 0.152 | 0.086 | 0.249 |
| | | | | uns | 0.008 | 0.028 | 0.050 | 0.141 | 0.094 | 0.242 |
| | | | inc | sys | 0.007 | 0.035 | **0.031** | 0.139 | 0.081 | 0.236 |
| | | | | uns | 0.006 | 0.022 | 0.040 | 0.111 | 0.094 | 0.193 |
| | 4 | 1 | prx | sys | 0.004 | 0.030 | **0.023** | 0.136 | **0.066** | 0.227 |
| | | | | uns | 0.006 | 0.050 | 0.054 | 0.171 | 0.118 | 0.281 |
| | | | inc | sys | 0.006 | 0.027 | **0.031** | 0.131 | **0.073** | 0.219 |
| | | | | uns | 0.004 | 0.026 | 0.040 | 0.136 | 0.096 | 0.231 |
| $\gamma$ | 1 | 1 | prx | sys | 0.015 | 0.054 | 0.054 | 0.169 | 0.092 | 0.274 |
| | | | | uns | 0.008 | 0.032 | 0.049 | 0.145 | 0.089 | 0.246 |
| | | | inc | sys | 0.010 | 0.045 | 0.049 | 0.164 | 0.090 | 0.278 |
| | | | | uns | 0.014 | 0.039 | 0.053 | 0.141 | 0.101 | 0.233 |
| | 1 | 4 | prx | sys | **0.032** | 0.056 | **0.110** | 0.149 | **0.175** | 0.231 |
| | | | | uns | 0.011 | 0.016 | 0.061 | 0.089 | 0.119 | 0.144 |
| | | | inc | sys | **0.026** | 0.050 | **0.102** | 0.136 | **0.175** | 0.224 |
| | | | | uns | 0.012 | 0.019 | 0.049 | 0.068 | 0.106 | 0.126 |
| | 4 | 1 | prx | sys | **0.018** | 0.044 | 0.064 | 0.128 | 0.117 | 0.199 |
| | | | | uns | 0.010 | 0.022 | 0.043 | 0.090 | 0.087 | 0.164 |
| | | | inc | sys | **0.018** | 0.039 | 0.062 | 0.130 | **0.123** | 0.208 |
| | | | | uns | 0.010 | 0.028 | 0.057 | 0.089 | 0.107 | 0.159 |

The presentation of the case of $\rho=0.7$ is omitted, as the results are similar to those of $\rho=0.3$. The suggested degrees of freedom work well for both $\tau$ and $\gamma$. A relatively larger bias in proxies with $\eta=1$ and a smaller discrepancy between the covariance matrices for observed data and proxy (i.e., $c_3=2$) are also investigated. Our findings remained unchanged; overall, the procedure using proxy information is slightly more powerful than the conventional incomplete data method when $e=0$. When $e\neq 0$, the proxy method shows its superiority only when the proportion of missing data is relatively large.

To summarize, it is found that the use of proxy data to replace missing values is an excellent alternative to conventional strategies for dealing with missing data problems. The main advantage is that this alternative allows researchers to use standard analysis software. However, one can only enjoy the advantage of the additional proxy information if they are similar in variability to the actual observed data. Also, the benefit occurs mainly in small samples. The distributions of the test statistics, however, must be adjusted as proposed here to reflect the fact that missing values are filled in by proxies and are not the actual data.

## 5 Design considerations

Simulated comparison results for two alternative strategies for handling incomplete data are presented. The use of proxies is generally quite competitive, especially in small

**Table 4** Empirical sizes and powers for testing $\tau$ or $\gamma$ in Design IV when $e \neq 0$, $\rho = 0.3$ and $n = 20$

| Test | $c_1$ | $c_2$ | Procedure | Type | $\alpha = 0.01$ | | $\alpha = 0.05$ | | $\alpha = 0.1$ | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Size | Power | Size | Power | Size | Power |
| $\tau$ | 1 | 1 | prx | sys | 0.013 | 0.285 | 0.048 | 0.533 | 0.095 | 0.673 |
| | | | | uns | 0.006 | 0.178 | 0.041 | 0.471 | 0.092 | 0.616 |
| | | | inc | sys | 0.013 | 0.285 | 0.048 | 0.533 | 0.095 | 0.673 |
| | | | | uns | 0.007 | 0.234 | 0.044 | 0.499 | 0.095 | 0.649 |
| | 1 | 4 | prx | sys | 0.009 | 0.089 | 0.037 | 0.255 | **0.073** | 0.358 |
| | | | | uns | 0.011 | 0.105 | 0.049 | 0.267 | 0.103 | 0.404 |
| | | | inc | sys | 0.009 | 0.089 | 0.037 | 0.255 | **0.073** | 0.358 |
| | | | | uns | 0.014 | 0.122 | 0.055 | 0.291 | 0.109 | 0.423 |
| | 4 | 1 | prx | sys | **0.002** | 0.071 | **0.022** | 0.245 | **0.054** | 0.375 |
| | | | | uns | 0.005 | 0.084 | 0.039 | 0.308 | 0.092 | 0.446 |
| | | | inc | sys | **0.002** | 0.071 | **0.022** | 0.245 | **0.054** | 0.375 |
| | | | | uns | 0.005 | 0.111 | 0.047 | 0.337 | 0.098 | 0.477 |
| $\gamma$ | 1 | 1 | prx | sys | 0.010 | 0.200 | 0.051 | 0.410 | 0.107 | 0.544 |
| | | | | uns | 0.005 | 0.141 | 0.050 | 0.366 | 0.103 | 0.509 |
| | | | inc | sys | 0.010 | 0.200 | 0.051 | 0.410 | 0.107 | 0.544 |
| | | | | uns | 0.006 | 0.173 | 0.058 | 0.397 | 0.110 | 0.529 |
| | 1 | 4 | prx | sys | **0.028** | 0.108 | **0.093** | 0.252 | **0.163** | 0.352 |
| | | | | uns | 0.009 | 0.041 | 0.046 | 0.162 | 0.108 | 0.261 |
| | | | inc | sys | **0.028** | 0.108 | **0.093** | 0.252 | **0.163** | 0.352 |
| | | | | uns | 0.010 | 0.044 | 0.050 | 0.158 | 0.101 | 0.271 |
| | 4 | 1 | prx | sys | **0.021** | 0.106 | **0.082** | 0.238 | **0.146** | 0.344 |
| | | | | uns | 0.005 | 0.046 | 0.042 | 0.160 | 0.098 | 0.269 |
| | | | inc | sys | **0.021** | 0.106 | **0.082** | 0.238 | **0.146** | 0.344 |
| | | | | uns | 0.010 | 0.063 | 0.049 | 0.183 | 0.110 | 0.282 |

samples. Design issues are now considered. Specifically, it is explored that what proportion of proxy data can be introduced to achieve a given efficiency, ultimately for the chosen design to be efficient. The conditions under which the use of proxy data can be nearly as efficient as when all data are observed will be derived. Consider the case to be tested $H_0$: $\mathbf{a}^T\boldsymbol{\beta} = a_0$, where $\mathbf{a}$ is a $q \times 1$ vector containing 0s and 1s and $a_0$ is the value of $\mathbf{a}^T\boldsymbol{\beta}$ specified under the null hypothesis. Then, $\mathbf{a}^T\boldsymbol{\beta}$ is estimated by $\mathbf{a}^T\hat{\boldsymbol{\beta}}$ and its variance by $\mathbf{a}^T\text{Cov}(\hat{\boldsymbol{\beta}})\mathbf{a}$. If all data are actual, these are estimated by $\mathbf{a}^T\hat{\boldsymbol{\beta}}^f$ and $\mathbf{a}^T\hat{\text{Cov}}(\hat{\boldsymbol{\beta}}^f)\mathbf{a}$.

**Definition 1.** *The estimator $\mathbf{a}^T\hat{\boldsymbol{\beta}}$ using proxy data is at least $c \times 100\%$ as efficient as $\mathbf{a}^T\hat{\boldsymbol{\beta}}^f$ if $[\mathbf{a}^T\hat{\text{Cov}}(\hat{\boldsymbol{\beta}}^f)\mathbf{a}]/[\mathbf{a}^T\hat{\text{Cov}}(\hat{\boldsymbol{\beta}})\mathbf{a}] \geq c$, where $c$ is a real number between 0 and 1.*

Definition 1 can be used to specify the conditions for $\delta_{i\cdot k}$, the maximum number of proxies (i.e., missing observations) for period $i$ and sequence $k$ that are permitted to attain $c \times 100\%$ efficiency.

It is difficult to make general statements, but some special cases can be examined in detail. For two-treatment trials, we consider dual-balanced designs as in Carrière and Huang.[19,20] Dual-balanced designs allocate an equal number of subjects to sequence $k$ and its dual $k^*$, where the treatments assigned for sequence $k$ are the opposite of those for sequence $k^*$ for each period.

Next, conditions for $\delta_{i\cdot k}$ for some special designs to produce estimators for $\tau$ that are at least $c \times 100\%$ efficient are obtained. Here, it is assumed that the pattern of missing

data (which were filled in by their proxies) is monotonic and that the data in the first period is complete for all subjects. In addition, to simplify the discussion, the case of a compound symmetry covariance pattern is presented, and it is assumed that the proxy and the actual data are similar in their variability ($e = 0$), because the proxy data are useful only when they behave similarly in distribution. The case of $\delta_{i \cdot k} = N_k$ for any $i > 1$ can be considered as the case of pseudo-repeated measures design where an extra period(s) is created using 100% proxy information from a completely randomized design.

## 5.1 Two-period two-treatment designs

For two-period designs, we consider Designs I, II and III with proxy data. The definition of the designs is shown in Table 1. For example, let $r_1 = \delta_{2.1}/(N/4) = \delta_{2.2}/(N/4)$ and $r_2 = \delta_{2.3}/(N/4) = \delta_{2.4}/(N/4)$ be the proportions of data to be filled in by proxies in the second period of sequences AB, BA, AA and BB, respectively, in the dual-balanced Design II. The conditions for $\delta_{2 \cdot k}$, $k = 1, \ldots, 4$, to produce at least $c \times 100\%$ efficient estimators for $\tau$ for two-period designs are obtained.

**Result 1.** *For Design I and Design III, the estimator for the treatment effect contrast $\tau$ using proxy information in the second period is as efficient as the estimator based on complete actual data, regardless of the fraction of proxy data or the measurement error structure under the model (1).*

Result 1 arises because, in these two-period designs, the estimator for $\tau$ uses only the first period data in the presence of unequal residual effects.[2] Hence, using proxy information to fill in the missing second-period data does not result in any gain or loss in efficiency. Therefore, using proxy information will not help to alleviate the estimation problem of Design I under the unequal residual effect model.[21,22]

**Result 2.** *For Design II, the estimator for the treatment effect contrast $\tau$ using proxy information can be at least $c \times 100\%$ as efficient as the estimator using complete actual data, if the proportions $r_1$ and $r_2$ are chosen such that $r_1 \leq (-b_1 r_2 - b_2)/(r_2 + b_1)$ and $r_2 \leq -b_2/b_1$, where $b_1 = [-2b^2 + 6b - 3 + (b^2 - 4b + 2)c]/[2(1 - b)^2]$ and $b_2 = [(b^2 - 4b + 2)(1 - c)]/(1 - b)^2$, with $b = \rho/(1 + \rho)$ when $\Sigma = \sigma^2[(1 - \rho)\mathbf{I}_{[p]} + \rho \mathbf{1}_{[p]} \mathbf{1}_{[p]}^T]$. The aforementioned terms reduce to $r_1 \leq [4(c - 1) - (2c - 3)r_2]/(2r_2 + 2c - 3)$ and $r_2 \leq 4(c - 1)/(2c - 3)$ when $\Sigma = \sigma_\varepsilon^2 \mathbf{I}_{[p]}$.*

Table 5 (top portion) shows the possible proportions of proxy information, making it possible to generate an estimator nearly as efficient (as the actual data) for $\tau$, for Design II, defined by $c > 0.8$. As expected, efficiency increases as the proxy proportion decreases. For a given efficiency, the number of proxies increases as the within-subject correlation decreases. The proportions of proxy information permitted in sequence AA(BB) increase as those in sequence AB(BA) decrease.

The aforementioned results suggest that more resources should be allocated to collecting actual data in sequences AB(BA), as sequences AA(BB) are less desirable for clinicians.[21] For example, when $\rho = 0$, to obtain a 90% efficient estimator for $\tau$, up to 30% of the data in the second period of the sequences AA(BB) and 6% of the data in the sequences AB(BA) can be collected from proxies. When $\rho = 0.6$, we could have 20% proxy data in the second period of sequences AA(BB) and 12% proxy data in sequences AB(BA), with $< 10\%$ loss of efficiency in estimating $\tau$.

**Table 5**  Proportions of proxy data that generate estimators for $\tau$ with $c \times 100\%$ efficiency

| | | Design II | | | | | |
|---|---|---|---|---|---|---|---|
| $c$ | $r_2{}^a$ | | | $r_1{}^b$ | | | |
| | | $\rho=0.0$ | $\rho=0.2$ | $\rho=0.4$ | $\rho=0.6$ | $\rho=0.8$ | $\rho \to 1$ |
| 0.8 | 0.50 | 0.25 | 0.22 | 0.14 | NA | NA | NA |
| | 0.40 | 0.40 | 0.38 | 0.33 | 0.23 | 0.07 | NA |
| | 0.30 | 0.47 | 0.46 | 0.42 | 0.35 | 0.24 | 0.06 |
| | 0.20 | 0.52 | 0.51 | 0.48 | 0.42 | 0.33 | 0.20 |
| | 0.10 | 0.55 | 0.54 | 0.51 | 0.46 | 0.38 | 0.28 |
| | 0.00 | 0.57 | 0.56 | 0.53 | 0.49 | 0.42 | 0.33 |
| 0.9 | 0.30 | 0.06 | 0.05 | 0.02 | NA | NA | NA |
| | 0.20 | 0.20 | 0.19 | 0.16 | 0.12 | 0.06 | NA |
| | 0.10 | 0.28 | 0.27 | 0.25 | 0.21 | 0.16 | 0.10 |
| | 0.00 | 0.33 | 0.32 | 0.31 | 0.28 | 0.23 | 0.18 |

| | Design IV | | | | | |
|---|---|---|---|---|---|---|
| $c$ | | | $r_1{}^c$ | | | |
| | $\rho=0.0$ | $\rho=0.2$ | $\rho=0.4$ | $\rho=0.6$ | $\rho=0.8$ | $\rho \to 1$ |
| 0.8 | 0.46 | 0.48 | 0.48 | 0.49 | 0.49 | 0.50 |
| 0.9 | 0.26 | 0.27 | 0.29 | 0.29 | 0.30 | 0.30 |

| | | Design V | | | | | |
|---|---|---|---|---|---|---|---|
| $c$ | $r_2{}^d$ | | | $r_1{}^c$ | | | |
| | | $\rho=0.0$ | $\rho=0.2$ | $\rho=0.4$ | $\rho=0.6$ | $\rho=0.8$ | $\rho=1$ |
| 0.8 | 0.50 | 0.68 | 0.43 | 0.23 | 0.05 | NA | NA |
| | 0.40 | 0.75 | 0.54 | 0.38 | 0.25 | 0.15 | 0.06 |
| | 0.30 | 0.80 | 0.63 | 0.49 | 0.39 | 0.31 | 0.25 |
| | 0.20 | 0.85 | 0.70 | 0.58 | 0.50 | 0.43 | 0.38 |
| | 0.10 | 0.89 | 0.75 | 0.65 | 0.58 | 0.52 | 0.48 |
| | 0.00 | 0.92 | 0.80 | 0.71 | 0.64 | 0.59 | 0.56 |
| 0.9 | 0.20 | 0.38 | 0.28 | 0.19 | 0.12 | 0.07 | 0.03 |
| | 0.10 | 0.46 | 0.38 | 0.31 | 0.27 | 0.23 | 0.20 |
| | 0.00 | 0.52 | 0.46 | 0.41 | 0.38 | 0.35 | 0.33 |

[a] $r_2$ is that of AA and BB.
[b] $r_1$ is the proportion of proxy information in the second period of the sequences AB and BA.
[c] $r_1$ is the proportion of proxy information in the third period of the sequences ABB and BAA.
[d] $r_2$ that of AAB and BBA.

## 5.2  Three-period two-treatment designs

For three-period designs, Design IV and Design V are considered, which have been identified as the most robust.[21,22] To simplify the discussion, it is assumed that the missing data occur only in the third (last) period.

For example, let $r_1 = \delta_{3.1}/(N/4) = \delta_{3.2}/(N/4)$ and $r_2 = \delta_{3.3}/(N/4) = \delta_{3.4}/(N/4)$ be the proportions of data filled in by proxy data in the third period of the sequences ABB(BAA) and AAB(BBA), respectively, in Design V. The following results for three-period designs have been obtained.

**Result 3.** *For Design IV, the estimator for the treatment effect contrast $\tau$ using proxy information can be at least $c \times 100\%$ as efficient as the estimator using complete actual data, if the proportion $r_1$ is chosen such that $r_1 \leq [2b^2 - 8b + 6 + 2c(3-b)(b-1)]/[2b^2 - 5b + 5 - c(3-b)]$ when $\Sigma = \sigma^2[(1-\rho)\mathbf{I}_{[p]} + \rho\mathbf{1}_{[p]}\mathbf{1}^T_{[p]}]$, where $b = \rho/(1+2\rho)$. This reduces to $r_1 \leq 6(1-c)/(5-3c)$ when $\Sigma = \sigma^2_\varepsilon \mathbf{I}_{[p]}$.*

For Design IV, Table 5 (middle portion) shows that the proportion of proxy information permitted in the third period decreases with increasing correlation coefficient $\rho$ and increasing $c$. In contrast to the results for two-period designs, the proportion of possible proxy information in the third period is an increasing function of $\rho$. Even with $\sim 50\%$ of the data filled in with proxies in the third period, Design IV can attain 80% efficiency.

**Result 4.** *For Design V, to attain at least $c \times 100\%$ efficiency in estimating $\tau$, the proportions $r_1$ and $r_2$ must be $r_1 \leq (-a_3 - a_2 r_2)/(a_0 r_2 + a_1)$ and $r_2 \leq \min(-a_1/a_0, -a_3/a_2)$, respectively, where $a_0 = -2(2b^4 - 4b^3 + 6b^2 - 4b + 2)$, $a_1 = -2(-2b^4 + 6b^3 - 9b^2 + 10b - 5) - c(b^2 - 8b + 6)$, $a_2 = -2(-2b^4 + 18b^3 - 29b^2 + 18b - 5) - c(b^2 - 8b + 6)(4b^2 - 4b + 1)$ and $a_3 = -2(2b^4 - 20b^3 + 46b^2 - 40b + 12) - c(b^2 - 8b + 6)(-4b^2 + 8b - 4)$ when $\Sigma = \sigma^2[(1-\rho)\mathbf{I}_{[p]} + \rho\mathbf{1}_{[p]}\mathbf{1}^T_{[p]}]$. This reduces to $r_1 \leq [-24(1-c) + (10-6c)r_2]/[4r_2 - (10-6c)]$ and $r_2 \leq 6(1-c)/(5-3c)$ when $\Sigma = \sigma^2_\varepsilon \mathbf{I}_{[p]}$.*

The results shown in Table 5 (bottom portion) for Design V are similar to those for Design II. If sequences ABB and BAA are preferable to sequences AAB and BBA, more resources should be allocated to collecting as much actual data as possible from sequences ABB and BAA.[22] For example, when $\rho = 0$, can 50 and 68% proxy data in the third period of sequences (AAB, BBA) and (ABB and BAA) used, respectively, and 80% efficiency under the assumed model is still maintained.

## 6 Analysis of bronchial asthma data

The bronchial asthma data in Patel[23] utilizes the traditional design with treatment sequences AB and BA, with eight and nine patients, respectively. The baseline measurements in this illustration is ignored. Exploratory data analyses indicated that the data could be fitted using a compound symmetry covariance structure. Without missing data, the test for $\hat{\tau}$ and $\hat{\gamma}$ are to be compared to $t_{15}$, the degrees of freedom computed from $(N - s) = 15$ from the complete actual data.

Next, the missing values are induced by deleting the measurements in the second period from the four subjects in the BA treatment sequence. The analysis based on the complete subset data after omitting both measurements from the four subjects, with missing observations in the second period, are to be compared to $t_{11}$, the degrees of freedom computed from the complete subset of $17 - 4 = 13$ patients. In addition, applying the incomplete analysis method of Carrière,[2] the tests for $\hat{\tau}$ and $\hat{\gamma}$ are to be compared against $t_{11}$, the degrees of freedom computed from $(N^{(2)} - s)$.

Now, applying the approach proposed in this article, first, proxy information for the induced missing data is generated in three different ways: 1) using computer simulation (*proxy_1*, where 0.5 is added to the conditional mean for the second-period data in the

BA group upon generating the normal random values from $N(0, 1)$ as a proxy to the four missing values), 2) choosing values close to their first-period values, taking into account that they tend to be smaller in period 2 than in period 1 (*proxy_2* = {2.5, 1.5, 3.0, 1.0}) and 3) slightly overestimating the missing data (*proxy_3* = {3.0, 2.0, 3.5, 1.25}).

First, the bias and possible variance heterogeneity of the proxy data from the actual responses are examined. The variances of the proxy data sets are a little larger than those of the actual data. However, the small sample size in this data set makes them indistinguishable, and the test of a common variance is not rejected. Consequently, the authors proceed with the assumption that the proxy does not suffer from variance heterogeneity (i.e., $\mathbf{e} = 0$) and the tests are to be compared against $t_{13}$, with the degrees of freedom computed from ($N-2s$), as discussed in Section 4. The results of these analyses for the parameters of interest ($\tau$, $\gamma$) are summarized in Table 6.

Table 6 contains the first three usual analyses results based on the original complete data set ($N = 17$), the complete data subset ($N = 13$) and the incomplete data set ($N = 17$) without discarding incomplete pairs. It also shows the results of ($\hat{\tau}$, $\hat{\gamma}$) based on the three proxy data sets upon adjusting for the bias. Although it was not found that the variances between the actual and proxy data sets are statistically significantly different, the tests on treatment effects are nonetheless affected by the presence of the proxy data. The result is a less sensitive outcome than for nonproxy approaches. The proxy estimates of ($\tau$, $\gamma$) differ from the third decimal points, reflecting the fact that the use of different proxy data sets has been captured in the bias parameters (significant for proxy_1 and proxy_3), as expected. They are also similar in magnitude to those from the incomplete data analysis results. The degrees of freedom are larger for proxy analyses than for those using the incomplete data method but less than those based on the original complete data. This result reflects the fact that the seemingly complete data are filled in with proxy data.

This example seems to illustrate clearly the merits of carefully obtaining proxy data as the authors observed in our simulation study. If it is not administered carefully, consequently generating larger variances, the results could be reversed, especially when the true effect differences of the treatments are not overwhelming. The original bronchial asthma data indicated that the treatment was significant with a *P*-value of

**Table 6** Analysis results of the bronchial asthma data[23]

| Analysis   | df | $\hat{\tau}$ | SE ($\hat{\tau}$) | P-value | $\hat{\gamma}$ | SE ($\hat{\gamma}$) | P-value |
|------------|----|--------|----------|---------|--------|----------|---------|
| Original   | 15 | −0.384 | 0.169    | 0.038   | −0.512 | 0.315    | 0.125   |
| Subset     | 11 | −0.404 | 0.178    | 0.044   | −0.503 | 0.323    | 0.148   |
| Incomplete | 11 | −0.384 | 0.152    | 0.028   | −0.471 | 0.285    | 0.127   |
| Proxy_1    | 13 | −0.384 | 0.171    | 0.043   | −0.469 | 0.327    | 0.176   |
| Proxy_2    | 13 | −0.384 | 0.177    | 0.049   | −0.468 | 0.340    | 0.193   |
| Proxy_3    | 13 | −0.384 | 0.180    | 0.053   | −0.468 | 0.348    | 0.206   |

*Note*: The data used for 'original' analysis were complete actual responses, 'subset' the complete data subset removing incomplete pairs, 'incomplete' all available data by means of the incomplete data method, 'proxy_1' the proxy generated by computer simulation, 'proxy_2' the proxy obtained to be close to the first period values, and 'proxy_3' the proxy obtained overestimating the actual responses. Applying the two-step approach of Grizzle,[24] the insignificant residual effects from the three models using proxies were removed and $t = 2.20$ ($P = 0.046$) was obtained, which was significant at $t_{13,0.025}$ for a two-sided test.

0.038. In this example, however, the application of Grizzle's[24] two-step approach results in the removal of residual effects from the models using proxies (*P*-values were >0.15). The treatment effects are estimated to be $-0.15$ with a standard error of 0.068 for the three proxy analyses. At the 0.05 level of significance of $t_{13}$, the null hypothesis ($P = 0.046$) was rejected, and it was concluded that the treatment effects are significantly different. This conclusion is in accord with the results for the nonproxy methods.

The analysis was done using the program SAS 8 (SAS Institute Inc. Cary, NC 2000), and the program code is available to readers upon request. Although the complete data filled in with proxy information could be analysed by means of any standard statistical software, one should be fully aware of the assumptions used in their approximation procedures. For example, the fact that some data are proxies will not be accounted for by common software, and their approximation methods for the standard errors and the degrees of freedom may not be satisfactory in general; for related discussion refer Carrière.[2]

## 7 Conclusion

The role of proxy information in missing data analyses has been discussed. Proxy information can play a highly significant role in missing data analyses. Such information is available in diverse forms and its quality varies a great deal. For example, unavailable information about one's socio-economic status can be filled in with proxy data on neighbourhood affluence. In a clinical trial context, the patients' caregivers can often provide pertinent information.

The strategy of collecting proxy information in an effort to optimize the data collection process is particularly useful in statistical data analyses. In essence, this approach is similar to the single imputation strategy, where missing data are filled in with proxy values generated by means of various methods.[25] Common software gives the users a choice of the method of imputation. The most popular imputation method may be using the mean of a subgroup whose particular covariate pattern is shared by the subjects who have missing data. The method outlined here, however, is more informative and personal than other imputations because proxy information is obtainable individually for each patient (study subject).

Comparisons with other missing data techniques suggest that estimators utilizing proxy information can be quite competitive and more efficient than those provided by the incomplete analytical methods, if the proxy and the observed data share the same covariance matrix. Proxy information loses its value when the data are highly variable when compared with the actual observed data. Investigators should keep this result in mind while collecting proxy information to incorporate into analysis. Detailed exploratory data analyses must precede a decision to incorporate the proxy information. In addition, one should be cautious in situations where the data are not missing at random. This situation may cause variance heterogeneity between proxy and observed data. The authors are grateful to the referee for pointing out this problem, which shall be pursued in their future research.

It is also pointed out that it is important to adjust appropriately the distribution of the test statistics. The complete data filled in with proxy information can be analysed by

means of any standard software such as SAS PROC MIXED. However, Carrière[2] discussed that its approximation procedure tends to be liberal for unbalanced designs. Our derivation of the approximate degrees of freedom of the test statistics was demonstrated to work well, which was obtained by following the similar arguments of Carrière[2,3] based on the considered model.

It was noted that analysts could also use the multiple imputation strategy by imputing multiple values for each missing value.[25] They could then analyse the multiple imputed data using the inference procedures developed,[25] or alternately they could apply the multilevel modelling.[26] In the latter case, however, one should be cautious about the large sample assumption of the distribution of the tests.[27]

What is learnt in this investigation is rather substantial and significant. Even when over 50% of the data were replaced by proxy information, the efficiency, when compared with the ideal situation of complete actual data, can be over 90%. Analysts can use this proxy method while enjoying all the conveniences that are normally available for studies that have complete data.

In this article, the situations when the data are missing monotonically have been dealt. However, a few intermediate missing values can be recognize. It is suggested that those intermediate values can be imputed with various imputation software programs before proceeding with our approach. Further work in this area could focus on a more efficient estimation of the variance components. Extension of the approach to nonnormal outcomes would be of great importance, which shall be pursued in our future work.

## Acknowledgements

This work was funded by grants from the Natural Sciences and Engineering Research Council of Canada and the Alberta Heritage Foundation for Medical Research.

## References

1 Schafer JL. *Analysis of incomplete multivariate data*. London: Chapman & Hall, 1997.
2 Carrière KC. Incomplete repeated measures data analysis in the presence of treatment effects. *Journal of the American Statistical Association* 1994; **89**: 680–86.
3 Carrière KC. Methods for repeated measures data analysis with missing values. *Journal of Statistical Planning and Inference*, 1999; **77**: 221–36.
4 Rubin DB. *Multiple imputation for nonresponse in surveys*. New York: John Wiley, 1987.
5 Grootendorst P, Feeny D, Furlong W. Does it matter whom and how you ask? An investigation into inter- and intra-rater agreement in the 1996 Ontario Health Survey. *Journal of Clinic Epidemiology*. 1997; **50**: 127–35.
6 Jalukar V, Funk GF, Christensen AJ, Karnell LH, Moran PJ. Health states following head and neck cancer treatment: patient, health-care professional, and public perspectives. *Health and Neck* 1998; **20**: 600–08.
7 McCallum BT. Relative asymptotic bias from errors of omission and measurement. *Econometrica* 1972; **40**: 757–58.
8 Wickens MR. A note on the use of proxy variables. *Econometrica* 1972; **40**: 759–61.
9 Barnow BS. The use of proxy variables when one or two independent variables are measured with error. *The American Statistician* 1976; **30**: 119–21.

10 Aigner DJ. MSE dominance of least squares with errors-of-observation. *Journal of Econometrics* 1974; **2**: 365–72.
11 Maddala GS. *Econometrics*. New York: McGraw-Hill, 1977.
12 Frost PA. Proxy variables and specification bias. *The Review of Economics and Statistics* 1979; **61**: 323–25.
13 Dhrymes PJ. *Introductory econometrics*. New York: Springer, 1978.
14 Ohtani K. On the use of a proxy variable in prediction: an MSE comparison. *The Review of Economics and Statistics* 1981; **63**: 627–29.
15 Trenkler G, Stahlecker P. Dropping variables versus use of proxy variables in linear regression. *Journal of Statistical Planning and Inference* 1996; **50**: 65–75.
16 Rubin DB. Inference and missing data. *Biometrika* 1976; **63**: 581–92.
17 Huang R. Issues with repeated measures data. Unpublished PhD thesis, University of Alberta, 2001.
18 Patel HI. Analysis of incomplete data from a clinical trial with repeated measurements. *Biometrika* 1991; **78**: 609–19.
19 Carrière KC, Huang R. Crossover designs for two-treatment clinical trials. *Journal of Statistical Planning and Inference* 2000; **87**: 125–34.
20 Carrière KC, Huang R. *Traditional paradigms in pharmacoeconomics: consideration for cost-effective designs. In introduction to applied pharmacoeconomics*. McGraw-Hill Medical Publishing Division, 2001; 19–39.
21 Carrière KC, Reinsel GC. Investigation of dual-balanced crossover designs for two treatments. *Biometrics* 1992; **48**: 1157–1164.
22 Carrière KC. Crossover designs for clinical trials. *Statistics in Medicine* 1994; **13**: 1063–69.
23 Patel HI. Use of baseline measurements in the two-period crossover design. *Communications in Statistics-Theory and Methods* 1983; **12**: 2693–712.
24 Grizzle JE. The two-period change-over design and its use in clinical trials. *Biometrics* 1965; **21**: 467–80.
25 Little RJA, Rubin DB. *Statistical analysis with missing data*. New York, John Wiley: 1987.
26 Goldstein H, Woodhouse G. Multilevel models with missing data. *Eleventh International Workshop on Statistical Modelling.* Orvieto, Italy, 1996
27 Yu Lin. Hierarchical data and analytic methods: a simulation study. Unpublished MSc project, Department of Mathematical and Statistical Sciences, University of Alberta. Edmonton. Canada, 2003.