## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| 1 | Jan. 15, 2025 Expert Rebuttal Report of Aaron Dolgoff |
| 2 | Mar. 6, 2019 Letter of Intent from Ascent Capital |
| 3 | Mar. 30, 2019 Letter of Intent from Ascent Capital |
| 4 | Feb. 12, 2025 Aaron Dolgoff Deposition |
| 5 | Excerpts of Feb. 11, 2025 Dr. Oded Shenkar Deposition |
| 6 | Aug. 31, 2021 Letter from Martin Dunford to Nadege Seex |