# EXHIBIT 2

Mr. Phil N Gutsche
Sasema Management Company
1959 – 00502, Nairobi, Kenya

March 6, 2019

**Letter of Intent**

Dear Mr. Gutsche,

We would like to thank you for considering Ascent Capital MGT Africa Ltd ("Ascent" or "Investor") as partners for Tamarind Management Ltd ("Company").

We refer to the information memorandum shared and hereby would like to propose the following.

**1. Valuation**

We propose applying a multiple of 6.0x to the financial year 2018 normalized sustainable earnings before interest, tax, depreciation and amortization ("EBITDA") of the Company to arrive at the enterprise value. To achieve the equity value, the net debt of the Company shall be deducted from the enterprise value. The equity value shall be the basis for calculating the Investor's stake in the Company.

The Investor further proposes a profit share upon exit. This means that the Investor will share a part of its profits from the transaction with the other shareholders (pro rata). This would work as follows: on the exit of the Investor the IRR of the Investor is calculated by including all monies received by the Investor from the Company including interest and dividends (if any) and all proceeds from the sale of the Investor's stake in the Company to a third party (minus transaction costs). Should, based on this calculation, the Investor's IRR exceed 25% p.a. then the Investor shall pay 30% of any amount exceeding the said 25% to the other shareholders pro rata.

**2. Investment**

The Investor shall invest USD 4-5 million into the Company. The Investor assumes that a part of the investment would be used to buy back any brands used in the business which are currently not held by the Company. The Investor's investment shall be applied by the Company as follows:

| | | |
|---|---|---|
| i. | Buy out of brands held by Tamarind Ltd | USD 1.0 million |
| ii. | Debt repayment & creditors relief | USD 1.0 million |
| iii. | Growth Capital for the Company | USD 3.0 million |

Based on the above said the parties shall agree on the investment structure and the post investment shareholding of the Company.

It is further proposed that an Employee Share Ownership Program ("ESOP") is established and that 4% of the shares in the Company is allocated to the ESOP. The purpose of the ESOP is to encourage senior management participation in the financial success of Company. The shares would vest on the exit of the Investor. The ESOP would dilute all the shareholders (including the Investor) pro rata.

The Investor shall be entitled to appoint two members to the Board of the Company. Additionally the Investor shall be entitled to customary minority protection rights under the shareholders agreement to be entered into as set out in Appendix 1.

## 3. Exit

Should, after the second anniversary of the closing date of the investment, an offer that is acceptable to the Investor to acquire a majority equity stake in the Company be received from another party, the Investor may drag along the other shareholders for the sale of all (or some) of the shares in the Company up to a maximum of 75% of the shares in the Company (including the Investor's shares). In this case all shareholders shall allow the buyer to purchase their shares on terms similar to those received by the Investor.

## 4. Conditions Precedent

The conclusion of the transaction will be subject to the completion of a satisfactory due diligence and the signing of necessary agreements by all parties. The conclusion is also subject to verification that the Company owns all the brands under management and that there are no royalty payments due or going forward.

## 5. Timing and next steps

The time schedule going forward shall be as follows, subject to timely availability of Company data and management:

- Commercial due diligence ("CDD") within 4 weeks from signing of a Letter of Intent setting out the key terms of the transaction
- Investment Committee ("IC") approval within one week of completion of the CDD
- Completion of financial, legal and tax DD ("External DD") within 4 weeks of the IC approval
- IC and Fund Board approval within one week of completion of the External DD
- Signing of contracts within 2 weeks of Board approval (it is assumed contracts are negotiated concurrently with the external DD)

CDD will be led by Peter Owaga of Ascent Kenya. A substantial part of the CDD has already been completed.

Financial DD will be conducted by Deloitte Nairobi and tax DD and deal structuring by Viva Africa. Contracts will be drafted and legal DD will be led by Africa Solved. Viva Africa and Africa Solved work on all deals done by the Investor. Deloitte has

worked on half of the financial DDs done by the Investor. This will ensure a timely DD process.

## 6. Confidentiality

All parties agree to maintain confidentiality and not to disclose any details or information on the Company including this transaction to other parties except to advisors and affiliates involved in the transaction.

## 7. Exclusivity

The company and its owners shall not engage in discussions with other investors for purchase of shares in the Company or injection of capital into the Company for a period of 18 weeks from the date of signature of this Letter of Intent.

## 8. Confidentiality

All parties agree to maintain confidentiality and not to disclose any details or information on the Company including this transaction to other parties except to advisors and affiliates involved in the transaction.

## 9. Costs

Each party shall bear its own transaction costs.


Yours sincerely,

Ascent Capital MGT Africa Ltd




_____

Director



I hereby confirm my acceptance of the above terms



_____

Appendix 1 – Reserved Matters

The following matters regarding the Company will require the approval of 60% of all shares in the Company:

i.      The approval of the annual budget;

ii.     The approval of the annual guidelines on supplier-, purchaser- and other third party debt levels;

iii.    Any capital and operating expenditures above the annual approved yearly budget;

iv.     Guarantees;

v.      Disposal of assets above the annual approved yearly budget;

vi.     The commencement or settlement of any litigation or arbitration;

vii.    The appointments or other changes in the management team of the Company including but not limited to the Chief Executive Officer, Managing Director, General Manager, CFO, Finance Manager;

viii.   The salary and bonus scheme or any other incentive scheme of the management team;

ix.     Creation or change of an employee share ownership or share option plan;

x.      Any change of external auditors;

xi.     Any related party transactions;

xii.    Any commercial contract exceeding the dollar equivalent of USD 100,000 not provided for in the approved budget;

xiii.   Any lease or purchase of real estate;

xiv.    Any material change in the scope or nature of the business;

xv.     Approval and change of the dividend policy of the Company;

xvi.    Any increase in share capital or change in capital structure; or declaration and payment of special dividends other than in accordance with dividend policy already approved by the Board;

xvii.   A merger or amalgamation with another company;

xviii.  The creation and dissolution of any affiliate or subsidiary;

xix.    Decision to undertake a Public Offer or list on a stock exchange;

xx.     Liquidation or dissolution of the Company; and

xxi.     Any other action that materially changes the rights, obligations or liabilities of the shareholders of the Company, or would result in the dilution of the equity interest of the shareholders



**ADDENDUM AGREEMENT**

30ᵗʰJanuary 2019

This Addendum Agreement to the *Engagement Letter* signed 10ᵗʰAugust 2018 (Original Engagement Letter) is by and between:

**Tamarind Management limited (TML),** hereafter referred to as "TML" or the "Company",
P.O Box 74493-00200,
Nairobi, Kenya

AND

**Sasema Management Company,** hereafter referred to as "Sasema",
P.O Box 1959-00502,
Nairobi, Kenya

Together referred to as "Parties".

In respect of the Original Engagement Letter, Sasema requests an extension of the Monthly Retainer payment period, that ended in January 2019, to June 2019 which is the expected completion date as per the revised timeline agreed between the Parties. The Monthly Retainer fee remains $3,000 per month payable by the 25ᵗʰ of each month as per the Original Engagement letter.

**For and on behalf of Tamarind Management Limited**

As an authorized signatory,

Director

Name: Jonathan Seex

Date: 31/1/2019

**For and on behalf of Sasema Management Company**

Name:

Date: 24/02/2019

Sasema Management Company
1ˢᵗ Floor, Cara House, Karen Road, P.O. Box 1959-00502, Nairobi, Kenya.