# EXHIBIT 6

Nadege Seex

31st August 2021

Dear Nadege,

Greetings from Nairobi. I trust this finds you well.

I am enclosing a July 2021 balance sheet for Tamarind Management Ltd and minutes of a Directors meeting held yesterday at Peponi Plaza, which are self-explanatory.

The origin of all this comes from a meeting with the CEO of I and M Bank who informed us that his Credit Committee were nervous about our level of bank debt, given our weak balance sheet and the continued poor trading conditions from the ongoing Covid situation.

In essence, the bank are insisting that Tamarind Ltd and Muizz capitalize the loans totalling Kshs 29,730,980 (29.7 million ) in order to strengthen our balance sheet, which basically leaves us no choice but to do so, if we want them to continue supporting TML. The board appreciates that I and M have been very supportive during the pandemic.

Whilst valuing the company using the balance sheet, the bank looks at the shareholder's equity which stands at minus Kshs 57,456,471 ( minus 57.4 million ) . We would value the company balance sheet value based on net assets which is plus Kshs 99,737,826 ( Plus 99.7 million )

In order to issue additional shares the board wanted to establish a fair value all around. The best valuation we can make of the company is to take how much someone is willing to pay. Using the Ascent Capital formula from last year, from which time the company has lost kshs 190 million, the board arrived at a value of Kshs 200 million, which is the same valuation, at which we did the last share issue in June 2020.

Tamarind Ltd and Muizz are willing to capitalize their existing loans to TML.

In order that the other shareholders maintain their same equity percentage, matching contributions will be required from each shareholder, as per Ayub Khalid's mail to you.

Please let me know if you need any further information or questions.

With kind regards

Martin

Seex_000573