**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Weisman |

**DEFENDANT BOEING'S UNOPPOSED MOTION FOR LEAVE TO
FILE UNDER SEAL BOEING'S OMNIBUS RESPONSE TO
*LEWIS* MOTIONS IN LIMINE 1–6 AND 8**

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rules 5.8 and 26.2, and the Amended Protective Order (ECF 794) entered by this Court on May 4, 2020, Defendant Boeing, by and through its attorneys, respectfully moves for leave to file under seal Boeing's Omnibus Response to *Lewis* Motions in Limine 1–6 and 8 and Exhibits 1, 2, and 5 attached thereto, filed concurrently.

1. On May 4, 2020, the Court entered an Amended Protective Order in this matter that covers, among other things, medical information concerning any individual and as set forth in 45 C.F.R. § 160.103 (and 45 C.F.R. § 164.501). ECF 794. 45 C.F.R. § 160.103 defines individually identifiable health information as including information created or received by a health care provider, health plan, employer, or health care clearinghouse that relates to the past, present, or future physical or mental health or condition of an individual.

2. Boeing's Omnibus Response to *Lewis* Motions in Limine 1–6 and 8 contain confidential mental health information about beneficiary Yalena Lopez-Lewis.

1

3. Boeing is concurrently filing redacted public versions of the motion that apply limited redactions to redact only the confidential mental health information about Ms. Lopez-Lewis.

4. Exhibit 1 to Boeing's Omnibus Response to *Lewis* Motions in Limine 1–6 and 8 is notes from Dr. Richard Cockerill's interview with Ms. Lopez-Lewis and contains confidential mental health information about Ms. Lopez-Lewis.

5. Exhibit 2 to Boeing's Omnibus Response to *Lewis* Motions in Limine 1–6 and 8 is excerpts of the deposition of Dr. Cockerill and contains confidential mental health information about Ms. Lopez-Lewis.

6. Exhibit 5 to Boeing's Omnibus Response to *Lewis* Motions in Limine 1–6 and 8 is the expert report of Dr. Cockerill and contains confidential mental health information about Ms. Lopez-Lewis.

7. Placing the motions and exhibits under seal will not prejudice either of the Parties and will serve the interest of justice and equity in this case.

8. Plaintiff has stated that they do not oppose this motion to seal.

9. Pursuant to Local Rule 26.2, concurrently and with this motion to seal, Boeing is provisionally filing (1) Boeing's Omnibus Response to *Lewis* Motions in Limine 1–6 and 8 under seal; (2) Exhibits 1, 2, and 5 to Boeing's Omnibus Response to *Lewis* Motions in Limine 1–6 and 8 under seal; and (3) a public version of the motion and all exhibits, with slipsheets for sealed exhibits.

WHEREFORE, for the foregoing reasons, Boeing respectfully requests that an Order be issued sealing Boeing's Omnibus Response to *Lewis* Motions in Limine 1–6 and 8 and Exhibits 1, 2, and 5 attached thereto.

| | |
|---|---|
| DATED: March 17, 2025 | **THE BOEING COMPANY** |
| | By: /s/ *Dan K. Webb*<br>*One of Its Attorneys* |

Dan K. Webb
dwebb@winston.com
Linda T. Coberly
lcoberly@winston.com
Christopher B. Essig
cessig@winston.com
Julia M. Johnson
jmjohnson@winston.com
Samuel M. Zuidema
szuidema@winston.com
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600

Sandra A. Edwards
sedwards@winston.com
**Winston & Strawn LLP**
101 California Street
35th Floor
San Francisco, CA 94111-5840
Phone: (415) 591-1000

Christopher M. Ledford
CLedford@perkinscoie.com
Mack H. Shultz
MShultz@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Jon R. Buck
JBuck@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Dan K. Webb*
Dan. K. Webb
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600