# INDEX

| Exhibit | Document |
|---|---|
| 1 | Dr. Richard Cockerill Interview Notes with Yalena Lopez-Lewis |
| 2 | Excerpts of Jan. 24, 2025 Dr. Richard Cockerill Deposition |
| 3 | Excerpts of June 4, 2024 Yalena Lopez-Lewis Deposition |
| 4 | Excerpts of July 27, 2023 Rodney Lewis Deposition |
| 5 | July 30, 2024 Dr. Richard Cockerill Report |