# EXHIBIT 3

# In The Matter Of:
# ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH - DAMAGES

_____

# YALENA LOPEZ LEWIS
June 4, 2024

_____

## *TC REPORTING, INC.*
*1 DEERFIELD EAST - 1850*
*QUOGUE, NY.  11959*

YALENA LOPEZ LEWIS - Vol. I

YALENA LOPEZ LEWIS

Page 21

```
 1      A.   Yes.
 2      Q.   Does your mother still live in
 3  Charleston?
 4      A.   She's relocated to Orangeburg,
 5  South Carolina.
 6      Q.   How far is that from Charleston?
 7      A.   About a 35-minute commute.
 8      Q.   Is your father still alive?
 9      A.   My father is still alive.  He
10  resides in New Haven, Connecticut.
11      Q.   Do you have any siblings?
12      A.   I do.  I have three half sisters.
13      Q.   Are they on your father's side,
14  mother's side, or some of each?
15      A.   Mother's side.  Only child on my
16  father's side.
17      Q.   How often do you get to see your
18  mother?
19      A.   We speak in a group chat pretty
20  much daily.  There is a group chat with my
21  sisters, but I have not made it to
22  Orangeburg since my return from South Korea;
23  however, my mom did come to visit me for
24  Thanksgiving in 2023 so --
25      Q.   But you and your sisters and your
```

Page 22

```
 1  mom all have a group chat that's pretty
 2  active?
 3      A.   It is extremely active.
 4      Q.   And where do your sisters live?
 5      A.   So the one that there is a huge age
 6  range, 11-year age gap between myself Sidney
 7  Carroll.  She lives in Atlanta, Georgia and
 8  then there is Jacqueline Carroll.  She lives
 9  in Baltimore, Maryland so I see them at
10  least once a week, and then Shannon Carroll
11  also lives -- she lives in Washington DC.
12      Q.   The two sisters that live in the
13  DC/Maryland area you see them pretty
14  regularly?
15      A.   Yes.  We meet for dinner on
16  Wednesdays at my house.
17      Q.   With both of your sisters who live
18  in the area?
19      A.   Yes.
20      Q.   Do they have children and families
21  as well?
22      A.   No.  The only sister living in
23  Atlanta, Georgia she has a daughter named
24  Ayla who is three years old.
25           THE REPORTER:  Ayla?
```

Page 23

```
 1           THE WITNESS:  A-Y-L-A.
 2  BY MS. JOHNSON:
 3      Q.   Are you in contact with your
 4  father?
 5      A.   I am.  I speak to my father pretty
 6  regularly as well.  I try at least twice a
 7  week to give him a call.
 8      Q.   Do you see him up in Connecticut or
 9  Maryland?
10      A.   I have seen him in New Haven along
11  with my grandmother in August of 2023 and
12  then my father actually just left my home
13  about 2 months ago in Maryland.  He came to
14  visit.
15      Q.   How long was he able to visit for?
16      A.   Just the weekend.
17      Q.   So during your time in the
18  military, have you been like a full-time
19  active duty military employee that whole
20  time?
21      A.   I have been active duty since 2009.
22  I was a reservist from 2004 up until that
23  point so, yes, since joining the United
24  States Army I have been in active duty.
25      Q.   So you have currently been in the
```

Page 24

```
 1  military for 15 years of active duty?
 2      A.   It's about 16 years of active
 3  federal service in terms of retirement, but
 4  I have been in the service this December
 5  will make 20 years as a whole.
 6      Q.   So is that when you can retire with
 7  a pension after 20 years?
 8      A.   March of 2027 is my retirement
 9  eligibility date.
10      Q.   Is your current plan to stay in
11  until March of 2027 then?
12      A.   My plan is to stay in as long as I
13  can, as long as I continue to be successful
14  with promotions and matriculate to the
15  highest rank that I can attain.
16      Q.   I know you're currently doing some
17  additional schooling.  Is that part of your
18  plan to continue attaining higher ranks?
19      A.   Not necessarily part of my plan.
20  That's more for myself.  It's not unrelated
21  to my career path.  So I'm in logistics, and
22  my degree is in communications.
23      Q.   Do you have -- what led you to
24  choose the communications degree then?
25      A.   Working with PR from the Romanucci
```

YALENA LOPEZ LEWIS

Page 25

1  & Blandin firm actually since 2019 is what
2  drove that decision actually.
3      Q.  Do you have plans for how you are
4  going to use that degree either in the
5  military or outside of the military?
6      A.  Some forms of public relations in
7  government, yes.
8      Q.  Public relations in government?
9      A.  Yes.
10     Q.  In addition to your job with the
11 military, do you have any other sources of
12 income like investment properties or
13 anything like that?
14     A.  I have invested in horses and
15 that's about it, in race horses, so I'm a
16 syndicate member and own three race horses
17 along with five other women.
18     Q.  Are these horses that race in thing
19 like Prinkness or the Kentucky Derby?
20     A.  We have raced in Breeders' Cup and
21 Prinkness.
22     Q.  When did you get into horses in
23 that way?
24     A.  I would say 2020ish during COVID.
25     Q.  So do you attend the races where

Page 26

1  your horses participate in?
2      A.  When I have an opportunity, yes.
3      Q.  Have they had any good success?
4      A.  We have had some good successes.
5      Q.  In what way?  Can you tell me?  I
6  don't know much about horse racing, although
7  I did watch the Kentucky Derby this year.
8      A.  One of our popular horses Seven
9  Cents like the coins won a low-grade race at
10 the Kentucky Derby in 2020.
11     Q.  Very interesting.  How did you get
12 into the idea of race horses?  Do you have a
13 background with horses or Equestrianism?
14     A.  Absolutely not.  A good friend of
15 mine her husband was into it and they wanted
16 to start a women's syndicate because women
17 don't really have much of a presence in the
18 industry let alone African-American women so
19 it was an opportunity to have a seat at the
20 table honestly in the industry.
21     Q.  Very interesting.  I'm sure you are
22 extremely busy with your job and school and
23 probably going to tournaments.  Do you have
24 any free time or are there any hobbies or
25 things that you like to pursue in your free

Page 27

1  time?
2      A.  I still enjoy traveling when I have
3  an opportunity whether it's domestic or
4  international and most of my time now if I'm
5  traveling it's just my son and I being able
6  to see -- I have a goal for him to see at
7  least six of the seven continents prior to
8  graduating from high school.
9      Q.  How many has he seen so far?
10     A.  Well, he's lived in two and so
11 after the summer it will be four.
12     Q.  So this year you have a trip
13 planned for the summer?
14     A.  We do.
15     Q.  Which continents are you planning
16 to hit this summer?
17     A.  He will be going to Africa for the
18 first time this summer.
19     Q.  Is he excited about the trip?
20     A.  I think mixed feelings considering
21 the circumstance but yes.
22     Q.  And when you say the circumstance,
23 are you planning to -- can you describe to
24 me what you mean by that?
25     A.  We'll be going to Ghana, but after

Page 28

1  the crash, there has been a lot of
2  hesitation on his part to want to continue
3  to travel and travel to the continent of
4  Africa.
5      Q.  Have you traveled to Africa
6  previously?
7      A.  I did.  At the one year
8  anniversary, I went to the crash site in
9  Ethiopia.
10     Q.  Did anyone travel with you at that
11 time?
12     A.  Yes, Antoine's sister Monica, she
13 is his sister by adoption, and my sister
14 Jacqueline traveled with me as well.
15     Q.  In addition to travel, are there
16 any other hobbies that you do just while you
17 are in Maryland or activities that you do?
18     A.  I golf.
19     Q.  How often are you able to do that?
20     A.  When the weather is good, when the
21 weather is good so --
22     Q.  Is golf -- is the weather in
23 Maryland such that golf is something that
24 can be done year 'round?
25     A.  Absolutely not.  The greens do get

YALENA LOPEZ LEWIS

Page 73

1   aunt.  She's the cool aunt, and she was
2   Antoine's trusted agent if anything, if he
3   needed to confide in somebody, if he needed
4   to, anything, he trusted her, and then in
5   turn I trusted her.
6       Q.  And have you stayed in touch with
7   her?
8       A.  Yes, I'm in more contact with Aunt
9   Bonita probably than anybody else, but again
10  in the last 8 months I have just
11  disconnected as I tried to transition back
12  to the United States from South Korea.
13      Q.  In terms of Antoine's education, he
14  has a degree in business administration?
15      A.  Yes, he does.
16      Q.  Do you know whether he had any
17  other degrees or certifications?
18      A.  Several certifications through the
19  army as a logistician.  He is a demonstrated
20  senior logistician and he was -- he had
21  taken the GRE.  He had looked at a couple of
22  master's programs also in business.  He was
23  planning to work on an MBA, and not even
24  maybe two months before the crash, he had
25  been accepted to an MBA program, but it

Page 74

1   wasn't going to start until the late spring
2   going into summer.  It was going to be a
3   summer session of 2019.
4       Q.  Do you know what program he was
5   accepted in to?
6       A.  I don't remember the institution
7   specifically, but I am able to reference it
8   in writing.
9       Q.  He was planning to do that program
10  while continuing to serve in the army?
11      A.  Yes.
12      Q.  Doing additional schooling now too?
13      A.  Yes.
14      Q.  So prior to when you met Antoine,
15  there was a period of time where he was not
16  in the army like in between two stints?
17      A.  Antoine enlisted in the army in
18  2000 and then he did his initial commitment
19  I believe his contract was 4 years, 4 to
20  6 years was his initial contract, and he
21  just exited honorable discharge as an
22  enlisted service member.  He started a
23  logistics trucking company tapping into his
24  experience in education that he got from the
25  military as an enlisted transporter, and

Page 75

1   then in 2011 I believe he came back in the
2   service.
3           Between 2009 and 2011 he
4   entered back to the service, enlisted again,
5   and in 2011 he applied to the officer
6   candidate program to become an officer in
7   the army on active duty so that's that break
8   in service.
9       Q.  When he was back in the service
10  obviously earning a military salary, did he
11  have any other sources of income that you
12  were aware of?
13      A.  From the time when I met him, no,
14  his primary focus -- at that point he had
15  attained his goal becoming an army officer
16  and that would sustain him in his demands at
17  the time so while we were dating from the
18  period that I knew him, his only career was
19  the army.  He still had his business, but he
20  wasn't as actively engaged because he did
21  have his trucking company and then once he
22  was overseas it's impossible to continue
23  with that.
24      Q.  What happened to his trucking
25  company when he went overseas then?

Page 76

1       A.  No.  He just stopped with the
2   company.
3       Q.  And I think you mentioned earlier
4   that Antoine was financially supportive of
5   you and your son; is that correct?
6       A.  That's correct.
7       Q.  Were there particular things that
8   he was responsible for paying for or did you
9   just commingle your salaries in a joint
10  account?
11      A.  We never commingled our salaries in
12  a joint account.  That's not typical for
13  military families especially military
14  families that have children from outside of
15  a relationship or marriage because we have
16  an obligation to -- we have an obligation to
17  provide to our minor dependent regardless
18  and we actually have to show documentation
19  to the army that we are capable of doing
20  that so it's easiest to keep those things
21  separate for that purpose especially with
22  overseas tour to kind of give you some
23  background in understanding that because I
24  know that is not normal, right, to most, for
25  military that is very normal not to do that.