# EXHIBIT 4

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE NORTHERN DISTRICT OF ILLINOIS
 3   YALENA LOPEZ-LEWIS, as      )
 4   Administrator of the        )
 5   Estate of ANTOINE M.        )
 6   LEWIS, Sr., deceased,       ) No. 1:19-cv-02170
 7         Plaintiff,            ) Judge Jorge L.
 8   vs.                         ) Alonso
 9   THE BOEING COMPANY, an      ) Magistrate Judge M.
10   Illinois Corporation; and   ) Davis Weisman
11   ROSEMOUNT AEROSPACE, INC.,  )
12   a Delaware corporation,     )
13         Defendants.           )
14
15      The VIDEOTAPED deposition of RODNEY LEWIS
16   called for the examination pursuant to Notice and
17   the Rules of Civil Procedure for the United States
18   District Courts, pertaining to the taking of
19   depositions, taken before MARIA MICELI, CSR, at
20   321 North Clark Street, Suite 900, Chicago,
21   Illinois, 60654 on the 27th of July 2023, at the
22   hour of 9:00 a.m.
23   REPORTED BY:   MARIA MICELI, CSR
24   LICENSE NO.:   084-003859
                                                    1
```

```
 1   APPEARANCES:
 2
 3      ROMANUCCI & BLANDIN, by
 4      MR. ANTONIO M. ROMANUCCI
 5      MR. DAVID A. NEIMAN
 6      321 North Clark Street - Suite 900
 7      Chicago, Illinois, 60654
 8      (312) 458-1000
 9      dneiman@rblaw.net
10         On behalf of the Plaintiff;
11
12
13      WINSTON & STRAWN, LLP, by
14      MS. JULIA MANO JOHNSON
15      MR. JACOB ALLEN SEIDEN
16      35 West Wacker Drive - Suite 4100
17      Chicago, Illinois, 60601
18      (312) 558-7243
19      jmjohnson@winston.com
20      jseiden@winston.com
21         On behalf of Boeing.
22
23      ALSO PRESENT: Kelly Woods,
24                    McCorkle Videographer
                                                    2
```

```
 1                 I N D E X
 2   WITNESS                            EXAMINATION
 3   RODNEY LEWIS
 4      By Mr. Romanucci                       5
 5      By Ms. Johnson                        42
 6      By Mr. Romanucci (further)            56
 7
 8
 9
10
11
12
13
14
15             E X H I B I T S
16   NUMBER                           MARKED FOR ID
17            NO EXHIBITS MARKED
18
19
20
21
22
23
24
                                                    3
```

```
 1      THE VIDEOGRAPHER:  My name is Kelly Woods,
 2   Certified Legal Video Specialist with McCorkle
 3   Litigation Services, 200 North LaSalle, Suite 770,
 4   Chicago, Illinois, 60601.
 5      I am the videographer on July 27, 2023, for
 6   the recording of the deposition of Rodney Lewis
 7   being taken at Romanucci & Blandin, Chicago,
 8   Illinois, 60654, at the time of 9:11 a.m. in the
 9   matter of Yelena Lopez Lewis, et al, plaintiff,
10   versus the Boeing Company, et al, defendants,
11   filed in the United States District Court for the
12   Northern District of Illinois, Eastern Division,
13   Case Number 1:19-cv-02170.
14      Will counsel please identify themselves for
15   the record beginning with plaintiff's counsel.
16      MR. ROMANUCCI:  Certainly.  Antonio Romanucci.
17   Attorney for the estate of Antoine Lewis.
18      MR. NEIMAN:  David Neiman, attorney for the
19   estate of Antoine Lewis.
20      MS. JOHNSON:  Julia Johnson of Winston &
21   Strawn for the Boeing Company.  And with me is
22   Jacob Seiden, also with Winston & Strawn.
23      THE VIDEOGRAPHER:  Will the court reporter
24   please identify herself and swear in the witness.
                                                    4
```



**Page 9**

1  Q.  Her last name Lewis, she took it from
2  Antoine, is that correct?
3  A.  Correct.
4  Q.  And going into that marriage when Antoine
5  and Yelena were married, did Yelena bring any
6  children into that marriage?
7  A.  Yes, she had one son. His name was
8  Messiah.
9  Q.  And going back to Antoine, Jr., again,
10 part of what I didn't tell you for the deposition
11 is that you know this is not a memory contest, but
12 give us the best dates and estimates of anything
13 that I ask you.
14 A.  Okay.
15 Q.  So do you know when Antoine, Jr. was
16 born?
17 A.  September 3, 2023.
18 Q.  No, can't be 2023, that's this year.
19 A.  I'm sorry. 2003.
20 Q.  2003, okay, there you go.
21 A.  Thank you.
22 Q.  Prior to Yelena, had Antoine ever been
23 married?
24 A.  No.

**Page 10**

1  Q.  At the time of his death -- and we're
2  going to work backwards now on this, okay?
3  A.  Okay.
4  Q.  At the time of Antoine's death, was he
5  employed?
6  A.  Yes.
7  Q.  By whom?
8  A.  United states Army.
9  Q.  And at the time of his death, do you know
10 whether or not he had a rank?
11 A.  Yes, he was a captain.
12 Q.  And, again, working backwards from March
13 of 2019, how long had he been enlisted in the
14 military prior to March of 2019?
15 A.  He had a situation where he was in the
16 military and he served about three years and then
17 he got out and then he went back. But his total
18 service was about 17 years.
19 Q.  Antoine's birthday was in May, is that
20 correct?
21 A.  Yes, it was.
22 Q.  So on May 9th of 2019, had he survived,
23 he would have been 40, is that correct?
24 A.  That's correct.

**Page 11**

1  Q.  So, again, working backwards from that
2  March date of 2019, it's your testimony that his
3  total time in the military would have been
4  approximately 17 years?
5  A.  Yes.
6  Q.  So other than his time in the military,
7  and let's say after high school, was he a high
8  school graduate?
9  A.  Yes, he was.
10 Q.  From where?
11 A.  From Rich Central High School.
12 Q.  So after high school and before his
13 death, to the best of your knowledge, how many
14 jobs did he have?
15 A.  That's a good question. I know that I
16 owned a trucking company and he had bought a
17 truck, but he had other jobs before he did that.
18 And even after. And then went, with his son
19 coming, he decided to go back into the military.
20 Q.  So between high school and the date of
21 his death, 17 of those years were with the United
22 States military with the Army?
23 A.  Yes.
24 Q.  And he had a period of time where you

**Page 12**

1  just said that he owned a truck. Was he an
2  owner/operator of that truck or was he working
3  with you as an employee?
4  A.  He was an owner/operator.
5  Q.  Very well.
6      And, again, just give us your best
7  approximation; how long was he owner/operator?
8  A.  About a year and a half.
9  Q.  And then for any of that gap, which if my
10 math is close to right is about two years,
11 somewhere in there, do you know what else he did
12 in terms of employment?
13 A.  Not exactly. I know that he was a hard
14 worker and he was considering a business, like
15 selling gym shoes and that type of thing.
16 Q.  I'd like to talk a little bit about
17 Antoine himself. And this is a little bit about
18 what kind of person he was, what kind of son he
19 was to you. If you could help us give -- paint a
20 little bit of a picture of what kind of man, you
21 know, boy and man, he turned into.
22      So in terms of him growing up and, let's
23 say, through high school, tell us what kind of
24 person Rodney -- I'm sorry, Antoine was growing up