**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Civil No. 1:19-cv-02170 <br><br> District Judge: Hon. Jorge L. Alonso <br><br> Magistrate Judge: Hon. M. David Weisman |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL
PLAINTIFFS' RESPONSE TO BOEING'S MOTION IN LIMINE**

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rules 5.8 and 26.2, and the Amended Protective Order (ECF 794) entered by this Court on May 4, 2020, the trial Plaintiffs, by and through their attorneys, respectfully move for leave to file under seal Plaintiffs' Response to Boeing's Motion to Exclude Inadmissible Grief Testimony of Treating Mental Healthcare Providers and Non-Retained Grief Experts and the exhibits attached thereto, filed concurrently.

1. On May 4, 2020, the Court entered an Amended Protective Order in this matter that covers, among other things, medical information concerning any individual and as set forth in 45 C.F.R. § 160.103 (and 45 C.F.R. § 164.501). ECF 794. 45 C.F.R. § 160.103 defines individually identifiable health information as including information created or received by a health care provider, health plan, employer, or health care clearinghouse that relates to the past, present, or future physical or mental health or condition of an individual.

2. Plaintiffs' response contains confidential mental health information about the next of kin of the decedents in the cases set for trial April 7, 2025.

3. Plaintiffs are concurrently filing a redacted public version of the opposition that applies limited redactions to only the confidential mental health information about the beneficiaries. Exhibits to Plaintiffs' response contain confidential mental health information.

4.  Placing the opposition and exhibits under seal will not prejudice either of the Parties and will serve the interest of justice and equity in this case.

5.  Defendant has stated that it does not oppose this motion to seal.

6.  Pursuant to Local Rule 26.2, concurrently and with this motion to seal, Plaintiffs are provisionally filing (1) Plaintiffs' Response to Boeing's Motion to Exclude Inadmissible Grief Testimony of Treating Mental Healthcare Providers and Non-Retained Experts and all exhibits attached thereto under seal, and (2) public versions of the motion and all exhibits, with slipsheets for sealed exhibits.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that an Order be issued sealing Plaintiffs' Response to Boeing's Motion to Exclude Inadmissible Grief Testimony of Treating Mental Healthcare Providers and Non-Retained Experts and all exhibits attached thereto.

DATED March 17, 2025

/s/ *Robert A. Clifford*
Robert A. Clifford
rac@cliffordlaw.com
Kevin P. Durkin
kpd@cliffordlaw.com
Tracy A. Brammeier
tab@cliffordlaw.com
John V. Kalantzis
jvk@cliffordlaw.com
**CLIFFORD LAW OFFICES, P C.**
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090

Frank M. Pitre
fpitre@cpmlegal.com
John P. Thyken
jthyken@cpmlegal.com
Nabilah A. Hossain
nhossain@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200

Burlingame, CA 94010
650-697-0577

Austin Bartlett
austin@bartlettchenlaw.com
**BARTLETT CHEN, LLC**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
312-624-7711

Mark Lindquist
mark@marklindquistlaw.com
**MARK LINDQUIST LAW**
100 S. 9th Street
Tacoma, WA 98402
206-333-0773

Antonio Romanucci
aromanucci@rblaw.net
Stephan D. Blandin
sblandin@rblaw.net
Patrick J. Driscoll
pdriscoll@rblaw.net
Michelle DiSilvestro
mdisilvestro@rblaw.net
Joseph E. Kolar
jkolar@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-253-8808

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 17, 2025, I electronically filed the foregoing Plaintiffs' Unopposed Motion for Leave to File Under Seal Plaintiffs' Response To Boeing's Motion In Limine using the CM/ECF system, which will send notification of such filing to all attorneys of record. I further declare under penalties of perjury that the foregoing is true and correct.

                                        /s/ Robert A. Clifford
                                        Robert A. Clifford
                                        RAC@CliffordLaw.com
                                        CLIFFORD LAW OFFICES, P.C.
                                        120 North LaSalle Street, 36th Floor
                                        Chicago, IL 60602
                                        312-899-9090