IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH**<br><br>This Document Relates To:<br><br>HASSAN HUSSEIN ABDI, as Personal Representative of the heirs of MUCAAD HUSSEIN ABDALLA, deceased, Case No. 1:19-cv-02348<br><br>*Plaintiff*<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>*Defendants,*<br><br>v.<br><br>NISRINE CHAFI, as Special Administrator of the Estate of MUCAAD HUSSEIN ABDALLA, deceased Case No.: 1:19-cv-03677<br><br>*Intervenor.* | Civil No. 1:19-cv-02170<br><br>District Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: Hon. M. David Weisman |

## PLAINTIFFS' JOINT AGREED MOTION FOR BRIEFING SCHEDULE

Plaintiffs, Nisrine Chafi, as Special Administrator of the Estate of Mucaad Hussein Abdalla, deceased (Case No. 1:19-cv-03677) and Hassan Hussein Abdi, as Personal Representative of the heirs of Mucaad Hussein Abdalla, deceased (Case No. 1:19-cv-02348), hereby jointly respectfully request this Court enter an Agreed Order with the following Briefing Schedule:

**PROPOSED DEADLINE DATES**

- Response of Plaintiff, Hassan Hussein Abdi is hereby due on or before **March 27, 2025**
- Reply of Plaintiff, Nisrine Chafi is hereby due on or before **April 2, 2025.**

1. On March 4, 2025, Plaintiff Nisrine Chafi, Special Administrator of the Estate of Abdalla, filed a Motion to Dismiss for Lack of Capacity to Sue, or, in the Alternative, for Summary Judgment (DKT #2430)

2. The Motion is currently set for hearing on Thursday, April 10, 2025, before the Honorable Jorge Alonso.

3. Counsel for Nisrine Chafi and Hassan Hussein Abdi have agreed to the proposed Briefing Deadline Dates.

WHEREFORE, the parties request this Court enter of an Agreed Order setting the following Briefing Deadline Dates: Response of Plaintiff, Hassan Hussein Abdi is hereby due on or before March 27, 2025, and Reply of Plaintiff, Nisrine Chafi is hereby due on or before April 2, 2025.

Dated: March 18, 2025.

Respectfully Submitted,

**PODHURST ORSECK, P.A.**
2525 Ponce de Leon, Suite 500
Coral Gables, FL 33134
(305) 358-2800

/s/ Steven C. Marks
Steven C. Marks
Fla. Bar No. 516414
smarks@podhurst.com
Kristina M. Infante
Fla. Bar. No. 112557
Kinfante@podhurst.com
*Admitted Pro Hac Vice*

Andrew T. Hays
Sarah Buck
**HAYS FIRM LLC**
200 N. LaSalle Street, Suite 2150
Chicago, IL 60601
(312) 626-2537
ahays@haysfirm.com
Atty No.: 46467
*Local Counsel*

**WISNER LAW FIRM, P.C.**
161 N. Clark Street, Suite 1600
Chicago, Illinois 60601
(312) 216-5168

/s/ Floyd A. Wisner
Floyd A. Wisner
Illinois Bar No. 3048713
faw@wisner-law.com

Nomaan K. Husain
**Husain Law + Associates, P.C**.
5916 Winsome Lane, Suite 400
(713) 800-1200
nh@hlalawfirm.com
Texas Bar No. 24000743

**ATTORNEYS FOR PLAINTIFF**,
**HASSAN HUSSEIN ABDI**

**ATTORNEYS FOR PLAINTIFF,**
**NISRINE CHAFI**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 18th of March, 2025 a true and correct copy of the foregoing was served electronically to the attorneys of record.

/s/   Steven C. Marks
Steven C. Marks
Attorney for Plaintiff