# EXHIBIT 6

```
                                                                       1

 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3                                       )  Lead Case No. 19 CV 2170
                                         )
 4    IN RE:  ETHIOPIAN AIRLINES         )  FINAL PRETRIAL
      FLIGHT ET 302 CRASH                )  CONFERENCE
 5                                       )
                                         )  Chicago, Illinois
 6                                       )  Date: June 5, 2023
                                         )  Time: 11:00 a.m.
 7    _____

 8             TRANSCRIPT OF FINAL PRETRIAL CONFERENCE
                              HELD BEFORE
 9                THE HONORABLE JUDGE JORGE L. ALONSO
                     UNITED STATES DISTRICT JUDGE
10    _____

11                       A P P E A R A N C E S

12
      For the Plaintiffs:    Robert A. Clifford, Esq.
13                           Kevin P. Durkin, Esq.
                             Tracy A. Brammeier, Esq.
14                           Yvette C. Loizon, Esq.
                             John V. Kalantzis, Esq.
15                           Clifford Law Offices PC
                             120 North LaSalle Street, Suite 3600
16                           Chicago, Illinois  60602
                             312-899-9090
17
      For Certain            Steven C. Marks, Esq.
18    Plaintiffs:            Ricardo Martinez-Cid
                             Kristina Infante, Esq.
19                           Podhurst Orseck, PA
                             One SE Third Avenue, Suite 2300
20                           Miami, Florida  33131
                             305-358-2800
21
      (Appearances continued on the next page.)
22

23    COURT REPORTER:        Annette M. Montalvo, CSR, RDR, CRR
                             Official Court Reporter
24                           United States Courthouse, Room 1902
                             219 South Dearborn Street
25                           Chicago, Illinois  60604
                             312-818-6683
```

1    And, here, I agree with Boeing that cost of living is
2  an important or likely to be an important consideration in
3  understanding what amount is appropriate or reasonable as
4  compensation.  So I will grant the motion except as to
5  Boeing's caveats about cost of living.  Boeing can make
6  arguments about cost of living and whether an amount is,
7  quote-unquote, generational wealth in a particular country, to
8  the extent that these arguments are limited, to helping the
9  jury understand what amount is appropriate to compensate the
10 beneficiaries for their loss.
11       MR. PITRE:  Your Honor, if I may.  Frank Pitre,
12 Your Honor.
13       If I can just speak to the latter, the cost of living
14 argument.
15       THE COURT:  Sure.
16       MR. PITRE:  The concern that raises with me really
17 appears at the opposition brief that was filed by Boeing,
18 where they say that the jury won't understand the true value
19 of the amounts they hear during the trial as a suggestion for
20 any award of damages.
21       And it goes on in the next paragraph to talk about
22 how in Ethiopia the cost of living for restaurants, groceries,
23 is 50 to 32 percent less.  And, therefore, they conclude that
24 it is a fair argument to be able to say that a jury should be
25 able to understand the true value of damages.  This is, again,