

# Report in the matter of
## *Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis*

## *Case No. 1:19-cv-04964*

**Prepared By:**

Jonathan Guryan, Ph.D.

Date: January 16, 2025



Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                             Charles River Associates

# Table of contents

1.   Introduction ................................................................................................................... 1

2.   Background and Qualifications ..................................................................................... 1

3.   Materials Considered ................................................................................................... 2

4.   Mr. Longnecker's Analysis .......................................................................................... 3

5.   Mr. Johnson's Analysis ............................................................................................... 4

6.   Many of Mr. Longnecker's assumptions overstate Mr. Lewis's potential earnings ............ 5

7.   Mr. Johnson's scenarios 1 and 2 are overstated and unsupported by any analysis ........... 8

8.   Mr. Johnson's estimate of earnings growth is overstated and inconsistent with typical age-earnings profiles ................................................................................................... 9

9.   Mr. Johnson does not account for personal consumption after retirement ....................... 9

10.  Potential Economic Damages Estimate for Mr. Lewis ............................................ 10

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                        Charles River Associates

## 1.    Introduction

At the request of counsel for Boeing, I reviewed the expert reports of Brent Longnecker and Robert W. Johnson in the matter of *Lewis v. The Boeing Company*, No. 1:19-cv-04964 (N.D. Ill.). Specifically, I was asked by counsel to opine on the appropriateness and reliability of Mr. Longnecker's and Mr. Johnson's methodology and calculations. My review of Mr. Longnecker's and Mr. Johnson's damage estimates identified several flaws in their data, assumptions, and methodology that tend to overstate potential economic damages in this case. I was also asked to re-calculate potential economic damages under more appropriate assumptions.

This report sets forth the opinions I will express in this case and the reasons and bases for them. The following sections outline my background and qualifications, the details of my assessment of Mr. Longnecker's and Mr. Johnson's reports, my calculations, and the disclosures required by Court rules.

## 2.    Background and Qualifications

I am a labor economist. I graduated from Princeton University with a B.A. in Economics in 1996, and from the Massachusetts Institute of Technology ("MIT") with a Ph. D. in Economics in 2000. I am currently the Lawyer Taylor Professor of Education and Social Policy in the School of Education and Social Policy at Northwestern University. In addition, I am a Faculty Fellow at the Institute for Policy Research and a member by courtesy of the Economics Department and the Kellogg School of Management at Northwestern University.

From 2010 to 2019, I served as an editor of the Journal of Labor Economics (the leading field journal in labor economics), and I regularly serve as a reviewer for leading academic economic journals such as the American Economic Review, the Quarterly Journal of Economics, the Journal of Political Economy, the Review of Economics and Statistics and the Review of Economic Studies. In my role as editor, I assessed the scientific quality of academic studies, I chose peer reviewers for studies, and based on the advice of these peer reviewers and on my own assessment, I provided editorial guidance to authors and made decisions about whether submitted manuscripts were published.

Throughout my career, I have conducted research on a wide range of topics related to labor economics and the economics of education. As an example, I have researched racial differences in wages and earnings, and the relationship between black-white pay differences and racial prejudice. Additionally, I have studied the effect of court-ordered school desegregation on the high school dropout rates of both black and white students. In my research, I often analyze large datasets using regression analysis and other statistical techniques. My economic research has been published in leading peer-reviewed journals such as the American Economic Review, the Journal of Political Economy, the Quarterly Journal of Economics, Developmental Psychology, the Journal of Educational Psychology, and the Review of Economics and Statistics.

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                   Charles River Associates

I have presented my research findings on pending regulations to the former U.S. Secretary of Education, Arne Duncan, and to a number of his top-level staff, as well as to the Office of Management and Budget and lead congressional staffers for committee chairmen in the U.S. Senate and the U.S. House of Representatives. My research was cited by the U.S. Secretary of Education in the release of a regulation issued by the U.S. Department of Education.

I have taught a Ph.D. level course called "Quantitative Methods" on statistical methods and regression analysis, and an undergraduate level course, called "The Economics of Inequality and Discrimination," both at Northwestern University. In previous years, I have taught graduate-level courses on microeconomics and labor economics at the University of Chicago Booth School of Business. The courses on microeconomics relate to various forms of market competition, the economics of costs, determination of market prices, and consumer and firm behavior.

Since 2010, I have been affiliated with Charles River Associates ("CRA"). As part of this affiliation, I have provided expert reports and trial and deposition testimony in several matters, including both federal and state courts.

I am a Faculty Research Fellow at the National Bureau of Economic Research. In 2009, I was awarded the John T. Dunlop Outstanding Scholar Award, which is given every year for the best research on domestic labor economics by a scholar within 10 years of completing a Ph.D. A copy of my CV, including those matters in which I have provided expert testimony, is attached to this report as Appendix A.[1]

## 3.    Materials Considered

In preparing this report I considered the following documents and data:[2]

- Complaint in the matter of Antoine Lewis, deceased, v. The Boeing Company
- Expert Report of Robert W. Johnson, December 2, 2024, ("Johnson Report")
- Expert Report of Brent Longnecker, November 27, 2024, ("Longnecker Report")
- Expectancy Data, The Dollar Value of a Day: 2020 Dollar Valuation. Shawnee Mission, Kansas, 2021
- Michael R. Ruble, Robert T. Patton, and David M. Nelson. 2019. Patton-Nelson Personal Consumption Tables 2016-2017. Journal of Legal Economics 25(1-2): pp. 75-89
- Answer to Damages Interrogatories
- Amended Answer to Damages Interrogatories Nos. 1, 6, and 7
- Answers to Requests for Production, with Exhibits
- Supplemental Damages Disclosures

---

[1] My billing rate is $675 per hour and the staff working at my direction bill at rates ranging from $305 to $630 per hour. My compensation is not contingent on the outcome of this litigation.

[2] This report is based on the information available to me as of January 16, 2025. Should additional information become available it may be necessary to supplement or amend this report. At trial I may rely upon documents that have been produced or testimony that has been given in this matter. In addition, I may prepare demonstrative exhibits for use at trial.

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                              Charles River Associates

- Rodney Lewis Deposition Transcript
- Antoinette Lewis Deposition Transcript
- Yalena Lopez Lewis Deposition Transcript
- Antoine Lewis, Jr. Deposition Transcript
- Colonel Donald Potoczny Deposition Transcript
- Bonita Estelle Deposition Transcript
- Rodney Lewis, Jr. Deposition Transcript
- USAA Federal Savings Bank Records
- Form 1040 (2015)
- Transcript from Strayer University
- Officer Record Brief

## 4.  Mr. Longnecker's Analysis

Mr. Longnecker presents five different models of potential earnings paths for Mr. Lewis. Longnecker Report at 6–7. Each earnings path is based on different assumptions regarding what jobs Mr. Lewis would be expected to hold, how long he would be expected to hold those jobs, and what he would be expected to earn in each of those jobs. *Id.* In all five models, Mr. Longnecker assumes that Mr. Lewis's earnings would increase by 3.0 percent each year, in addition to any increases from changing jobs. *Id.*

Mr. Longnecker's Models 1 and 2 assume that Mr. Lewis would have remained in the U.S. Army through the end of 2022 earning $88,009 in 2019 with 3.0 percent increases thereafter. *Id.* at 6, 15–16. Starting in 2023, Mr. Longnecker assumes that Mr. Lewis would have retired from the Army and started working as a Logistics Vice President/Director with starting earnings (both salary and incentive compensation) at the 50th percentile. *Id.* at 6. In addition to the assumed career change, Mr. Longnecker assumes that Mr. Lewis's earnings would increase by 3.0 percent per year through retirement at age 65 (Model 1) or age 70 (Model 2). *Id.* at 6, 15–16.

Mr. Longnecker's Model 3 assumes that Mr. Lewis would have remained in the U.S. Army through the end of 2022 earning $88,009 in 2019 with 3.0 percent increases thereafter. *Id.* at 6, 17. Starting in 2023, Mr. Longnecker assumes that Mr. Lewis would have retired from the Army and started working as a Logistics Vice President/Director with starting earnings (both salary and incentive compensation) at the 50th percentile, and then would be promoted in 2032 to Top Logistics Executive with starting earnings (both salary and incentive compensation) at the 50th percentile in that role. *Id.* at 6. In addition to the assumed career changes, Mr. Longnecker assumes that Mr. Lewis's earnings would increase by 3.0 percent per year through retirement at age 65. *Id.* at 6, 17.

Mr. Longnecker's Model 4 assumes that Mr. Lewis would have remained in the U.S. Army through the end of 2022 earning $88,009 in 2019 with 3.0 percent increases thereafter. *Id.* at 6, 18. Starting in 2023, Mr. Longnecker assumes that Mr. Lewis would have retired from the Army and started working as a Logistics Vice President/Director with starting earnings (both salary and incentive compensation) at the 75th percentile, and then would be promoted in

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                          Charles River Associates

2032 to Top Logistics Executive with starting earnings (both salary and incentive compensation) at the 75th percentile in that role. *Id.* at 6. In addition to the assumed career changes, Mr. Longnecker assumes that Mr. Lewis's earnings would increase by 3.0 percent per year through retirement at age 70. *Id.* at 6, 18.

Mr. Longnecker's Model 5 assumes that Mr. Lewis would have remained in the U.S. Army through the end of 2022 earning $88,009 in 2019 with 3.0 percent increases thereafter. *Id.* at 7, 19. Starting in 2023, Mr. Longnecker assumes that Mr. Lewis would have retired from the Army and started working as a Top Logistics Executive with starting earnings (both salary and incentive compensation) at the 50th percentile. *Id.* at 7. In addition to the assumed career change, Mr. Longnecker assumes that Mr. Lewis's earnings would increase by 3.0 percent per year through retirement at age 65. *Id.* at 7, 19.

## 5.    Mr. Johnson's Analysis

Mr. Johnson calculates two categories of economic losses for Mr. Lewis: expected income and household services. Johnson Report at 6–7.[3] Mr. Johnson then adjusts the total of these estimated losses by subtracting an estimate of Mr. Lewis's personal consumption. *Id.*

To estimate expected income losses, Mr. Johnson presents two different scenarios based on Mr. Longnecker's Model 1 and Model 4. *Id.* at 11–12. Mr. Johnson's first scenario (Longnecker Model 1) assumes that Mr. Lewis would have retired from the Army in 2022 and taken a job as a Logistics Vice President/Director earning the median earnings of Logistics Vice President/Directors ($405,271 per year). *Id.* at 11. Mr. Johnson assumes that Mr. Lewis's earnings would increase at a constant rate of 3.0 percent through age 65. *Id.* Mr. Johnson relies on Plaintiff's expert Brent Longnecker to estimate that Mr. Lewis's earnings as a Logistics Vice President/Director, and assumes that Mr. Lewis's earnings would increase by 3.0 percent each year based on Mr. Longnecker's report. *Id.*

Mr. Johnson's second scenario (Longnecker Model 4) assumes that Mr. Lewis would have retired from the Army in 2022 and taken a job as a Logistics Vice President/Director earning the 75th percentile earnings of Logistics Vice President/Directors ($519,178 per year), and then become a Top Logistics Executive in 2032 earning the 75th percentile earnings for Top Logistics Executives ($873,041 per year) through age 65. *Id.* at 11–12. Mr. Johnson relies on Plaintiff's expert Mr. Longnecker to estimate Mr. Lewis's earnings as a Logistics Vice President/Director and a Top Logistics Executive, and assumes that Mr. Lewis's earnings would increase by 3.0 percent each year. *Id.*

Mr. Johnson converts values of expected income losses in each year (under both scenarios) to present value based on current U.S. Treasury (zero coupon strips) yields for each respective year in the future. *Id.* at 11.

---

[3] The Johnson Report did not contain page numbers. Page numbers reference in this Report reference PDF page numbers.

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                          Charles River Associates

To estimate household services losses, Mr. Johnson relies on the 2022 Dollar Value of a Day Study. *Id.* at 12. This study estimates the average amount of time (measured in hours per week) that individuals spend performing various household activities.[4] Mr. Johnson relies on estimates from this study based on married males working full time or retired, if his spouse is working or not, and the age of the youngest child in the house to estimate the amount of time that Mr. Lewis would spend on household activities.[5] Mr. Johnson assumes that the value of Mr. Lewis's household services would increase by 3.96 percent per year for the remainder of Mr. Lewis's life expectancy, less two years.[6] The values of household services losses in each year were converted to present value based on current U.S. Treasury (zero coupon strips) yields for each respective year in the future. *Id.* at 11.

To estimate Mr. Lewis's personal consumption, Mr. Johnson relies on the Patton-Nelson Personal Consumption Tables 2016-2017.[7] Johnson Report at 13. These tables present estimates of the percent of income that is consumed by individuals based on gender, income level, and number of individuals in the household.[8] Mr. Johnson uses the values in Table 3a (Males) for income level $200,000 to estimate Mr. Lewis's personal consumption. Johnson Report at 200–204.

In the sections below I explain why several of these assumptions conflict with standard analysis of labor markets, ignore important facts relating to this case, or are otherwise unfounded.

## 6.   Many of Mr. Longnecker's assumptions overstate Mr. Lewis's potential earnings

As explained above, Mr. Longnecker's earnings estimates rely on several assumptions regarding Mr. Lewis's future work opportunities and earnings. Mr. Longnecker presents five models but does not provide support for which of those models is more or less likely to have occurred. The resulting earnings estimates vary greatly, and the assumptions behind each of the estimates are critical factors in the final earnings estimates. All of Mr. Johnson's estimates for earnings losses rely on Mr. Longnecker's estimates, and therefore Mr. Longnecker's assumptions.

Mr. Longnecker's Models all rely on the assumption that Mr. Lewis would retire from the Army in 2022 and change careers to become either a Logistics Vice President/Director or a Top Logistics Executive. Mr. Longnecker does not provide any explanation or supporting evidence

---

[4] See Johnson Report appendix, Expectancy Data, The Dollar Value of a Day: 2022 Dollar Valuation. Shawnee Mission, Kansas.

[5] The categories of household activities that Mr. Johnson includes are: "Household Production" which includes: Inside Housework, Food Cooking & Clean-up, Pets, Home & Vehicles, Household Management, Shopping, Obtaining Services, and Travel for Household Activity; and "Caring and Helping" which includes: Household Children, Household Adults, Non-Household Members, Travel for Household Members, and Travel for Non-Household Members.

[6] *Id.*

[7] See Michael R. Ruble, Robert T. Patton, and David M. Nelson. 2019. Patton-Nelson Personal Consumption Tables 2016-2017. *Journal of Legal Economics* 25(1-2): pp. 75-89.

[8] *Id.*

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                  Charles River Associates

for his assumption that Mr. Lewis was interested in leaving the Army to pursue a career as a Logistics Vice President/Director or as a Top Logistics Executive. Several individuals testified about Mr. Lewis's career plans prior to his death, but none of those individuals referenced jobs as a Logistics Vice President/Director or Top Logistics Executive. It is unclear from Mr. Longnecker's report how he chose these specific positions for his estimates, and Mr. Longnecker provides no analysis to support these assumptions.

It is also not clear from Mr. Longnecker's report what the titles of Logistics Vice President/Director or a Top Logistics Executive mean, nor what experience, education, or other qualifications would be required for those roles. Mr. Longnecker's report offers no discussion of the job requirements for these positions, and he offers no analysis about whether Mr. Lewis would be qualified or interested in these positions. The earnings that Mr. Longnecker reports for these positions range between about $393,000 (50th percentile for Logistics Vice President/Director) to over $847,000 (75th percentile for Top Logistics Executive). In all of these models, Mr. Longnecker is assuming that Mr. Lewis would have taken a job in 2022 that paid him approximately 450 to 750 percent more than what he was earning at the time of the accident. Mr. Longnecker does not present any analysis to support the assumptions that lead to projected earnings between 450 to 750 percent more than what Mr. Lewis was earning at the time of the accident. Mr. Longnecker's assumptions are also inconsistent with findings of economic studies of the effect of military service on earnings and of transitions from the military to the civilian labor force.[9] These studies show either comparable earnings between military and civilian jobs, or slightly lower earnings for military occupations.

Another issue with Mr. Longnecker's calculations is that the data he relies upon for earnings information may not be representative of typical workers' earnings. Mr. Longnecker relies on two sources for his estimates of base salaries (Economic Research Institute and PayFactors) and two surveys sources for his estimates of the annual- and long-term incentives (PayFactors and WorldatWork) presented in his report.

It is unclear whether the estimates from any of these surveys are representative of the expected earnings that Mr. Lewis would likely have received had he retired from the Army in 2022 and decided to change careers to become a Logistics Vice President/Director. Mr. Longnecker does not report how many data points any of his estimates are based upon, nor does he provide any information related to how reliable his earnings estimates are. Mr. Longnecker describes the Pay Factors data that he relies upon for salary information as being a survey of 600 companies, but Mr. Longnecker does not report how many of those actually have workers with job titles of Logistics Vice President/Director or Top Logistics

9 See e.g., Angrist, Joshua D., "Lifetime Earnings and the Vietnam Era Draft Lottery: Evidence from Social Security Administrative Records", *The American Economic Review*, June 1990, Vol. 80, No. 3, p. 313-336, Angrist, Joshua D., Stacey H. Chen, and Jae Song, "Long-term Consequences of Vietnam-Era Conscription: New Estimates Using Social Security Data", *American Economic Review: Papers & Proceedings*, 2011, 101:3, p. 334-338, Asch, Beth J., David Knapp, and Connor P. Jackson, "Analysis of the Post-Service Earnings, Wealth, and Well-Being of Military Retirees", May 2023, Brown, Christian, and P. Wesley Routon, "Military Service and the Civilian Labor Force: Time- and Income-Based Evidence", *Armed Forces & Society*, 2016, Vol. 42(3), p. 562-584, and Loughran, David S., "Wage Growth in the Civilian Careers of Military Retirees", National Defense Research Institute.

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                    Charles River Associates

Executive. Similarly, Mr. Longnecker describes the WorldatWork data as including 4,085 responses spread across firms from 19 different countries, but Mr. Longnecker does not report how many of the respondent firms actually have workers with job titles of Logistics Vice President/Director or Top Logistics Executive, nor how many of those are firms in the U.S. Mr. Longnecker reports no information about the ERI data, including what sources ERI draws upon or what methods are used to calculate the estimates on which he relies, and it is unclear how many observations are included in any of his calculations. The data sources he cites do not report the extent to which the underlying data are representative of the U.S. labor market, or of the earnings that would be expected of Mr. Lewis transitioning from the Army to the civilian labor force. Mr. Longnecker presents no analysis of the potential bias in the survey data he relies upon, and therefore offers no analysis of the potential bias in his estimates based on those data.

The Bureau Labor of Statistics ("BLS") reports earnings information for workers in various jobs and industries in the U.S.  based on nationally representative data. In 2023, the BLS shows earnings information for Logistics managers (the closest match to the job assumptions from Mr. Longnecker) based on nationally representative data with an average annual earnings of $111,870 (median $99,200). Nationally representative data show lower earnings estimates than the sources relied upon by Mr. Longnecker, and are more consistent with estimates from the literature regarding the earnings transition from the military to the civilian labor force.[10]

In addition, Mr. Longnecker's projected earnings during Mr. Lewis's time in the Army are overstated and contradicted by other materials cited by Mr. Longnecker. Mr. Longnecker's report states that "2019 will comprise the documented base pay for full-time Active Duty Officers in the United States that met the eight years of experience threshold - with the rank of Captain (O3) - $85,446." However, Mr. Longnecker does not actually use $85,446 for 2019, but rather increases that value by 3.0 percent to $88,009. Even if it is correct to apply Mr. Longnecker's assumed 3.0 percent growth rate to future years of earnings, it is incorrect to apply that growth rate to the basic pay amount in 2019. Mr. Longnecker's mistake is compounded each year because he grows the prior year's estimate by 3.0 percent to arrive at his estimate of the next year's earnings.

Further, the Basic Pay tables for 2019 for the U.S. Army cited by Mr. Longnecker report a monthly basic pay amount of $6,916.80 ($83,001.60 annually) for pay grade O-3 with 14 or more years of service. This means that Mr. Longnecker's assumed earnings of $85,446 contradicts the material cited as his source for earnings, even before he inappropriately grows that value by 3.0 percent in 2019. Mr. Longnecker's projected earnings are higher in each year from 2019 through 2022 than the amounts listed in the Army's Basic Pay tables by more than $5,000.

---

[10] See https://www.bls.gov/oes/2023/may/oes113071.htm.

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                    Charles River Associates

### 7.    Mr. Johnson's scenarios 1 and 2 are overstated and unsupported by any analysis

Under both scenario 1 and scenario 2 in his report, Mr. Johnson relies upon Mr. Longnecker's Models 1 and 4 and assumes that Mr. Lewis would take a job as Logistics Vice President/Director in 2022 (scenarios 1 and 2) and then become a Top Logistics Executive in 2032 (scenario 2). Similar to Mr. Longnecker, it is not clear from Mr. Johnson's report what the titles of Logistics Vice President/Director or Top Logistics Executive mean, nor what experience, education, or other qualifications would be required for those roles. Under scenario 1, Mr. Johnson assumes that Mr. Lewis would have earnings at the 50th percentile as a Logistics Vice President/Director. Under scenario 2, Mr. Johnson assumes that Mr. Lewis would have earnings at the 75th percentile as a Logistics Vice President/Director starting in 2022, and then have earnings at the 75th percentile as a Top Logistics Executive starting in 2032. There are several issues with both scenarios that render these estimates unreliable and uninformative.

First, Mr. Johnson's estimates rely on the earnings amounts from Mr. Longnecker's report for the time that Mr. Lewis is projected to remain in the Army. This means that all of Mr. Johnson's estimates suffer from the same issues described above and overstate Mr. Lewis's expected Army earnings each year from 2019 through 2022.

Second, Mr. Johnson's scenarios 1 and 2 both assume that Mr. Lewis would become a Logistics Vice President/Director in 2022 earning either $405,271 per year (50th percentile) or $519,178 per year (75th percentile). Similar to Mr. Longnecker, Mr. Johnson does not provide any explanation or supporting evidence for his assumption that Mr. Lewis was interested in leaving the Army to pursue a career as a Logistics Vice President/Director or as a Top Logistics Executive. Several individuals testified about Mr. Lewis's career plans prior to his death, but none of those individuals referenced jobs as a Logistics Vice President/Director or Top Logistics Executive. It is unclear from Mr. Johnson's or Mr. Longnecker's reports how they chose these specific positions for their estimates, and neither provides any analysis to support these assumptions. Based on Mr. Johnson's methodology, Mr. Lewis's earnings in 2022 were projected to be $96,170 (which are overstated based on Mr. Longnecker's errors). Therefore, as explained above, under both scenario 1 and scenario 2, Mr. Johnson is assuming that Mr. Lewis would have taken a job in 2022 that paid him approximately 450 to 590 percent more than what he was earning at the time of his death. As explained above, these estimates are based on data that is inconsistent with nationally representative data from the BLS. Mr. Johnson provides no analysis regarding whether pay increases of between 450 to 590 percent are typical or would be expected for Mr. Lewis. Also as noted above, the economics literature studying the difference in earnings between the military and civilian labor force reports either comparable earnings between military and civilian jobs, or slightly lower earnings among military occupations.

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                               Charles River Associates

## 8.     Mr. Johnson's estimate of earnings growth is overstated and inconsistent with typical age-earnings profiles

In his estimate of Mr. Lewis's earnings losses under scenarios 1 and 2, Mr. Johnson assumes that Mr. Lewis's earnings would grow at a constant 3.0 percent per year. Mr. Johnson does not explain how he estimated the growth rate of 3.0 percent per year, but it appears he is either relying on the average annual percent change in weekly earnings as reported in the Economic Report of the President, or he is relying on Mr. Longnecker's report. Mr. Longnecker's report states that the assumption of a 3.0 percent growth rate is based on WorldatWork's Salary Budget Survey. Mr. Johnson's assumption implies that Mr. Lewis's earnings would continue to increase at a constant rate of 3.0 percent per year through age 65 (scenario 1) or age 70 (scenario 2). There are at least two problems with this assumption.

The assumption of constant wage growth is inconsistent with the typical earnings path (often called an age-earnings profile) observed for most workers. Decades of economics research documents that, on average, earnings follow a path as workers age that labor economists refer to as the age-earnings profile (see e.g., Mincer, 1974, Murphy and Welch, 1990). Workers' earnings tend to increase early in their career, flatten out in the middle of their working years, and decline somewhat in the final years of working. Workers tend to begin their careers with relatively lower earnings. Early career earnings also tend to exhibit higher than average rates of growth as workers advance in their careers, either by advancing in their current occupation or by finding jobs at different companies. This period of high growth rates typically leads to midcareer earnings with steadier growth rates as workers progress through their prime earning years. Finally, as workers get closer to the end of their careers, earnings growth tends to flatten, and earnings even decline as workers near retirement. Studies indicate that if Mr. Lewis had retired from the Army and entered the civilian labor market, it is unlikely Mr. Lewis's earnings would continue to grow at a constant rate for the remainder of his career.

## 9.     Mr. Johnson does not account for personal consumption after retirement

As described above, Mr. Johnson relies on the Patton-Nelson Personal Consumption Tables 2016-2017 to estimate the percent of income that is consumed by Mr. Lewis while he is working. Presumably, this is to account for the idea that some of Mr. Lewis's income would have been consumed by Mr. Lewis himself and would not have been available for Plaintiffs to use and is therefore, not part of damages. However, if this is true, Mr. Lewis would still be consuming part of his earnings after he is done working in order to live after retirement. Mr. Johnson's calculations do not account for any consumption post-retirement and therefore overstate damages.

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                        Charles River Associates

## 10.    Potential Economic Damages Estimate for Mr. Lewis

At the time of his death Mr. Lewis was 39 years old (date of birth 5/9/1979) and working as an Army Captain in the U.S. Army. Mr. Lewis was married and had one child (age 15 at the time of the accident).

In the previous sections, I explained why several of the assumptions that Mr. Johnson makes in his calculations overstate the potential economic damages for Mr. Lewis. In this section, I present a calculation of damages under assumptions that more closely align with economic theory and the evidence in this case.

In my analysis below, I make several changes to Mr. Johnson's methodology.

I present two different scenarios: (1) assuming that Mr. Lewis would have remained in the military until mandatory retirement age; and (2) assuming that Mr. Lewis would have become a logistics manager in 2022.

For the first scenario, I rely on the Basic Pay tables for the U.S. Army cited by Mr. Longnecker to estimate Mr. Lewis's expected earnings from 2019 through 2024. However, Mr. Lewis's earnings in 2017 were $81,691 and in 2018 were $83,474 based on his tax returns. These amounts are 3.40 and 3.18 percent higher than the amount listed in the Basic Pay tables for pay grade O-3 in 2017 and 2018. The average percent above the Basic Pay tables in these two years was 3.29. Therefore, in each year from 2019 through 2024, I assume that Mr. Lewis's earnings would be 3.29 percent higher than the amount reported in the Basic Pay tables in each year. For years after 2024, I assume that the amounts in the Basic Pay tables would continue to grow at a one percent real growth rate, and that Mr. Lewis's earnings would remain 3.29 percent above the Basic Pay tables through the end of his career.

To account for potential promotions of Mr. Lewis, I rely on Colonel Potoczny's and Mrs. Lewis's testimony that Mr. Lewis would likely have been promoted to Major (pay grade O-4) in 2020, and I adopt that assumption here.[11] For future promotions, I rely on active duty promotion timing based on the Department of Defense Commissioned Officer Promotion Report.[12] In this scenario, I assume that Mr. Lewis would retire from the Army at age 62, which is the mandatory retirement age for officers the U.S. Army.[13] I assume that Mr. Lewis would take a job after retiring from the Army, working three additional years. To estimate Mr. Lewis's earnings from age 63 to 65, I estimate an age-earnings profile (methodology described below) for veterans with a bachelor's degree and I relied on the estimated percent changes from the age-earnings profile to project future earnings growth through age 65.

To present an estimate that is consistent with the job changes that Mr. Longnecker and Mr. Johnson assume, for the second scenario, I estimate Mr. Lewis's expected earnings in the

---

[11] Potoczny deposition, p. 19-22 and Yalena Lopez Lewis deposition, p. 58.

[12] https://www.rand.org/content/dam/rand/www/external/paf/projects/dopma-ropma/DODI-1320-13.pdf

[13] U.S. military code, Ch. 63.

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                    Charles River Associates

Army through 2022 using the same method described above. Starting in 2023, I assume that Mr. Lewis would retire from the Army and begin working as a Logistics Manager. For this scenario, I rely on data from the BLS to estimate the average earnings for logistics managers in the U.S.[14] "Logistics Manager" is the closest job title in the BLS data to the assumptions made by Mr. Longnecker and Mr. Johnson. The BLS does not report earnings by years of experience so I am using the average as an estimate for what Mr. Lewis's earnings could be in his first year working after retiring from the Army.

As I explain above, Mr. Johnson assumes that Mr. Lewis's earnings would grow at a constant rate of 3.0 percent through age 65. This assumption is inconsistent with decades of economic research related to earnings over the course of a career. Therefore, in the estimates below for scenario 2, I correct for this by estimating what economists call an age-earnings profile.[15] An age-earnings profile is an estimate of how earnings change over a career for a typical worker, and accounts for changes that occur due to promotion, changing jobs, annual increases, or any other factor that impacts someone's earnings over a career.

To estimate the age-earnings profile, I use data from the American Community Survey (ACS) from 2019. The ACS is a nationally representative data set that includes, among other things, data related to earnings and ages of individuals in the U.S. Using the methodology described in Murphy and Welch (1990),[16] I estimated the age-earnings profile for the average veteran working as a logistics manager with a bachelor's degree in the U.S. This age-earnings profile estimates the average percent change from year to year for logistics managers with a bachelor's degree in the U.S. at different ages. To estimate the specific earnings paths for Mr. Lewis, I started with Mr. Lewis's earnings in 2023 (described above), and instead of assuming constant growth in earnings, I relied on the estimated percent changes from the age-earnings profile to project future earnings growth through age 65, which accounts for changes that occur due to promotion or any other changes to earnings that could occur throughout his career.

In addition to changes related to growth in earnings over someone's career, as the economy grows, average earnings also tend to grow over time. This average annual growth in earnings over time is not captured by the age-earnings profile. Based on data from the BLS, median real wages in the U.S. increased by about 0.44 percent per year from 2000 – 2019, by about 0.41 percent per year from 2010 – 2019, and by about 1.45 percent per year from 2015 – 2019.[17] Therefore, I adjust my estimates of Mr. Lewis's earnings path to account for the age-earnings profile, but also added an average real wage growth of one percent.

---

[14] See https://www.bls.gov/oes/2023/may/oes113071.htm.

[15] Since scenario 1 assumes Mr. Lewis would remain in the Army for the majority of his career, his earnings would not follow a typical age-earnings profile because the Army has a legally defined pay structure and rules for advancement. Therefore, in scenario 1, I rely upon the Army pay structure and rules for advancement to construct Mr. Lewis's projected earnings through the end of Mr. Lewis's military career.

[16] Murphy, Kevin M., and Finis Welch, "Empirical Age-Earnings Profiles", Journal of Labor Economics, Vol. 8, No. 2 (April 1990), p. 202-229.

[17] Data obtained from the St. Louis Federal Reserve (https://fred.stlouisfed.org/series/LEU0252881600A).

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                                   Charles River Associates

For all earnings calculations, I rely on Mr. Johnson's assumptions regarding benefits as a percent of earnings (20.75 percent while in the military and 10.2 percent while in the civilian labor force).

Finally, to estimate post-retirement consumption in both scenarios I assume that Mr. Lewis's consumption after retirement would be comparable to his consumption in his last year of working. In my calculations below, I include an estimate of his consumption through the end of his life expectancy (age 77).[18]

I rely on Mr. Johnson's general method for calculating household services and personal consumption. However, for household services, I use a one percent real growth rate rather than the 3.96 percent that Mr. Johnson relies upon since the estimate for household services is based on wages of individuals performing similar services. In addition, as explained above the categories of household activities that Mr. Johnson includes are: "Household Production" which includes: Inside Housework, Food Cooking & Clean-up, Pets, Home & Vehicles, Household Management, Shopping, Obtaining Services, and Travel for Household Activity; and "Caring and Helping" which includes: Household Children, Household Adults, Non-Household Members, Travel for Household Members, and Travel for Non-Household Members. The logic for losses related to household services is that Mr. Lewis will not be around to help the others in his household with these activities due to his death. However, as both Mr. Lewis and his wife were in the military, they spent various periods of time not living in the same place.[19] Even so, to be consistent with Mr. Johnson's methodology, I have calculated losses for household services below, implicitly assuming that Mr. Lewis would be living in the same household with his wife and child.

To discount damages to present value, I rely upon the U.S. Treasury Inflation-Protected Securities rate which was 2.324 percent at the time of this report. This is an inflation-adjusted discount rate and my method for discounting is consistent with the method used by the U.S. Office of Management and Budget.[20]

Based on these changes to Mr. Johnson's methodology, Table 1 below presents my estimates of potential damages resulting from the death of Mr. Lewis.

### Table 1 – Potential Economic Losses – Mr. Lewis

| Scenario | Expected Income | Household Services | Personal Consumption | Total |
|---|---|---|---|---|
| Scenario 1 - stays in Army | $3,900,080 | $584,829 | -$722,388 | $3,762,521 |
| Scenario 2 - Logistics Manager | $3,231,174 | $584,829 | -$648,077 | $3,167,926 |

---

[18] Life expectancy comes from https://stacks.cdc.gov/view/cdc/118055.

[19] See Yalena Lopez Lewis deposition.

[20] https://www.whitehouse.gov/wp-content/uploads/2023/11/CircularA-4.pdf

Ethiopian Airlines Flight ET 302 Crash – Antoine Lewis

January 16, 2025                                                    Charles River Associates

# APPENDIX A

**Jonathan Guryan**

Institute for Policy Research
Northwestern University
2040 Sheridan Road
Evanston, IL 60208
773-848-9408
E-mail: j-guryan@northwestern.edu
jguryan@gmail.com

**Employment**

*Northwestern University,* Lawyer Taylor Professor of Education and Social Policy, School of Education and Social Policy, September 2019 – present.

*Northwestern University,* Professor of Human Development and Social Policy, School of Education and Social Policy, September 2017 – 2019.

*Northwestern University*, Associate Professor of Human Development and Social Policy and Economics, School of Education and Social Policy, July 2010 – 2017.

*Northwestern University*, Faculty Fellow, Institute for Policy Research, July 2010 – Present.

*Northwestern University*, Program Coordinator and Director of Graduate Studies, Human Development and Social Policy program, School of Education and Social Policy, September 2016 – 2019.

*Northwestern University*, Member by courtesy, Department of Economics and Kellogg School of Management, July 2010 – Present.

*Education Lab*, University of Chicago Urban Labs, Co-Director and Co-Founder, September 2011 – Present.

*University of Chicago Booth School of Business*, Associate Professor of Economics, July 2004 – 2010.

*Princeton University,* Industrial Relations / Education Research Sections Visiting Fellow, September 2006 – June 2007.

*University of Chicago Booth School of Business*, Assistant Professor of Economics, July 2000 – July 2004.

**Education**

*Massachusetts Institute of Technology*, 1996-2000, Ph. D. in Economics.

*Princeton University*, 1992-1996, A.B. in Economics, *Cum Laude*.

**Journal Articles**

"Randomized Evaluation of a School-Based, Trauma-Informed Group Intervention for Young Women in Chicago," *Science Advances*, 2023, 9(23). (joint with Monica P. Bhatt, Harold A. Pollack, Juan C. Castrejon, Molly Clark, Lucia Delgado-Sanchez, Phoebe Lin, Max Lubell, Cristobal Pinto, Ben Shaver, and Makenzi Sumners).

"Not too late: Improving academic outcomes among adolescents," *American Economic Review*, 2023, 113(3): 738-765. (joint with Jens Ludwig, Monica P. Bhatt, Philip J. Cook, Jonathan M.V. Davis, Kenneth Dodge, George Farkas, Roland Fryer, Jr., Susan Mayer, Harold Pollack, Laurence Steinberg, and Greg Stoddard).

"The Effects of Sexism on American Women: The Roles of Norms vs. Discrimination," *Journal of Human Resources*, 2022, forthcoming (joint with Kerwin Charles and Jessica Pan).

"Sibling Spillovers," *Economic Journal*, January 2021, 131(633): 101-128. (joint with Sandra E. Black, Sanni Breining, David N. Figlio, Krzysztof Karbownik, Helena Skyt Nielsen, Jeffrey Roth and Marianne Simonsen).

"The Effect of Mentoring on School Attendance and Academic Outcomes: A Randomized Evaluation of the Check & Connect Program," *Journal of Policy Analysis and Management*, Summer 2021, 40(3): 841-882. (joint with Sandra Christenson, Ashley Cureton, Ijun Lai, Jens Ludwig, Catherine Schwarz, Emma Shirey, Mary Clair Turner).

"Educational Performance of Children Born Prematurely," *JAMA Pediatrics*, August 2017, published online June 12, 2017, 171(8): 764-770 (joint with Craig F. Garfield, Krzysztof Karbownik, Karna Murthy, Gustave Falciglia, David N. Figlio and Jeffrey Roth).

"Effectiveness of Structured Teacher Adaptations to an Evidence-Based Summer Literacy Program," *Reading Research Quarterly*, October/November/December 2017, published online March 11, 2017, 52(4): 385-388 (joint with James S. Kim, Mary Burkhauser, David M. Quinn, Helen Chen Kingston, and Kirsten Aleman).

"Thinking Fast and Slow? Some Field Experiments to Reduce Crime and Dropout in Chicago," *Quarterly Journal of Economics*, February 2017, 132(1): 1-54 (joint with Sarah B. Heller, Anuj K. Shah, Jens Ludwig, Sendhil Mullainathan and Harold A. Pollack). Lead article.

"Motivation and Incentives in Education: Evidence from a Summer Reading Experiment," *Economics of Education Review*, 2016, 55: 1-20 (joint with James S. Kim and Kyung Park). Lead article.

"Delayed Effects of a Low-Cost and Large-Scale Summer Reading Intervention on Elementary School Children's Reading Comprehension," *Journal of Research on Educational Effectiveness*, October 2016, 9(S1): 1-22 (joint with James S. Kim, Thomas G. White, David M. Quinn, Lauren Capotosto, and Helen Chen Kingston). Lead article.

"Long-term Cognitive and Health Outcomes of School-Aged Children Who Were Born Late-Term vs Full-Term," *JAMA Pediatrics*, August 2016, published online June 6, 2016, 170(8): 758-764 (joint with David N. Figlio, Krzysztof Karbownik and Jeffrey Roth).

"Do Lottery Payments Induce Savings Behavior: Evidence From the Lab," *Journal of Public Economics*, June 2015, 126: 1-24 (joint with Emel Filiz-Ozbay, Kyle Hyndman, Melissa Schettini Kearney, and Erkut Y. Ozbay). Lead article.

"The Effects of Poor Neonatal Health on Children's Cognitive Development," *American Economic Review*, December 2014, 104(12): 3921-3955 (joint with David N. Figlio, Krzysztof Karbownik, and Jeffrey Roth).

"Taste-Based or Statistical Discrimination: The Economics of Discrimination Returns to its Roots," *Economic Journal*, November 2013, 572:F417-F432 (joint with Kerwin Charles).

"Studying Discrimination: Fundamental Challenges and Recent Progress," *Annual Review of Economics*, Volume 3, 2011 (joint with Kerwin Charles).

> Reprinted as chapter 3 in *Law and Economics of Discrimination*, John Donohue III, ed. Edward Elgar Publishing, 2014.

"Is Lottery Gambling Addictive?" *American Economic Journal: Economic Policy* August 2010, 2(3): 90-110 (joint with Melissa S. Kearney).

"The Race Between Education and Technology: A Review Article," *Journal of Human Capital* Summer 2009, 3(2): 177-196.

"The Efficacy of a Voluntary Summer Book Reading Intervention for Low-Income Latino Children from Language Minority Families: A Replication Experiment," *Journal of Educational Psychology* 102(1): 21-31, 2009 (joint with James Kim).

"Peer Effects in the Workplace: Evidence from Random Groupings in Professional Golf Tournaments," *American Economic Journal: Applied Economics,* October 2009, 1(4): 34-68 (joint with Matt Notowidigdo and Kory Kroft).

"Climate Change and Birth Weight," *American Economic Review Papers and Proceedings*, May 2009, 99(2), pp. 211-217 (joint with Olivier Deschenes and Michael Greenstone).

"Prejudice and Wages: An Empirical Assessment of Becker's *The Economics of Discrimination,*" *Journal of Political Economy*, October 2008, 116(5), pp. 773-809 (joint with Kerwin Charles).

> Reprinted as chapter 2 in *Law and Economics of Discrimination*, John Donohue III, ed. Edward Elgar Publishing, 2014.

"Does Teacher Testing Raise Teacher Quality? Evidence from Teacher Certification Requirements," *Economics of Education Review*, October 2008, 27(5), pp. 483-503 (joint with Joshua D. Angrist).

"Parental Education and Parental Time with Children," *Journal of Economic Perspectives*, Summer 2008, 22(3) (joint with Erik Hurst and Melissa S. Kearney).

"Gambling at Lucky Stores: Empirical Evidence from State Lottery Sales," *American Economic Review*, March 2008, 98(1), pp. 458-473 (joint with Melissa S. Kearney).

"Using Technology to Describe Social Networks and Test Mechanisms Underlying Peer Effects in Classrooms," *Developmental Psychology*, March 2008, 44(2) pp. 355-364 (joint with Eric Klopfer, Brian Jacob and Jennifer Groff).

"The Impact of Internet Subsidies in Public Schools," *The Review of Economics and Statistics,* May 2006, 88(2), pp. 336-347, (joint with Austan Goolsbee).

"Desegregation and Black Dropout Rates," *American Economic Review*, September 2004, 94(4), pp. 919-943.

"Teacher Testing, Teacher Education, and Teacher Characteristics," *American Economic Review*, *Papers and Proceedings*, May 2004, 94(2), pp. 241-246. (joint with Joshua D. Angrist).

**Grants**

NICHD (1P01HD076816-01A1): "Remediating Academic and Non-Academic Skill Deficits among Disadvantaged Youth" (Guryan: Core Lead) 2014-2019. $5,893,752

W.T. Grant Foundation (180140): "The Causes of Truancy and Dropout: A Mixed-Methods Experimental Study in the Chicago Public Schools" (Guryan:PI) 2011-2014.

NICHD (1R01HD067500-01): "A Randomized Study to Abate Truancy and Violence in Grades 3-9" (Guryan:PI) 2010-2015.

Institute for Education Sciences, U.S. Department of Education: "Preventing truancy in urban schools through provision of social services by truancy officers: A Goal 3 randomized efficacy trial (Chicago Public Schools)" (Guryan:PI) 2010-2014.

Smith Richardson Foundation: "Reducing Juvenile Delinquency by Building Non-Cognitive Skills: Experimental Evidence" (Guryan:PI) 2010-2012

University of Chicago Energy Initiative: "Health and Economic Costs of Climate Change" (Guryan:PI) 2008-2009.

W.T. Grant Foundation: "Proposal for multi-district randomized control trial of a voluntary summer reading intervention" (James Kim:PI, Guryan:Co-Investigator), 2007-2008.

National Science Foundation: "The Internet, Subsidies, and Public Schools," (Austan Goolsbee:PI, Guryan:Co-Investigator), 2003-2007.

**Working Papers**

"Can Technology Facilitate Scale? Evidence from a Randomized Evaluation of High Dosage Tutoring," *NBER Working Paper*, June 2024 (joint with Monica P. Bhatt, Salman A. Khan, Michael Laforest-Tucker and Bhavya Mishra).

"A Meditation on Multidisciplinarity, in the Context of a School-Based Meditation Intervention," *IPR Working Paper 24-04*, January 2024 (joint with Sarah Collier Villaume, Aurelie Ouss and Emma Adam).

"Consumer Sentiment Toward Asians in the Early Days of the COVID-19 Pandemic," working paper, February 2024 (joint with Kerwin Kofi Charles and Kyung H. Park).

"Not Too Late: Improving Academic Outcomes Among Adolescents," *NBER Working Paper 28531* March 2021 (joint with Jens Ludwig, Monica P. Bhatt, Philip J. Cook, Jonathan M.V. Davis, Kenneth Dodge, George Farkas, Roland G. Fryer Jr., Susan Mayer, Harold Pollack and Laurence Steinberg).

"Scope Challenges to Social Impact," *NBER Working Paper 28406* February 2021 (joint with Monica P. Bhatt, Jens Ludwig, and Anuj Shah).

"The Effect of Mentoring on School Attendance and Academic Outcomes: A Randomized Evaluation of the Check & Connect Program," *NBER Working Paper 27661* August 2020 (joint with Sandra Christenson, Ashley Cureton, Ijun Lai, Jens Ludwig, Catherine Schwarz, Emma Shirey and Mary Clair Turner).

"The Effects of Sexism on American Women: The Roles of Norms vs. Discrimination," *NBER Working Paper 24904*, August 2018 (joint with Kerwin Charles and Jessica Pan).

"The Economics of Scale-Up," *NBER Working Paper 23925*, October 2017 (joint with Jonathan M.V. Davis, Kelly Hallberg, and Jens Ludwig).

"Sibling Spillovers," *NBER Working Paper 23062*, January 2017 (joint with Sandra E. Black, Sanni Breining, David N. Figlio, Krzysztof Karbownik, Helena Skyt Nielsen, Jeffrey Roth and Marianne Simonsen).

"The Effect of Mentoring on School Attendance and Academic Outcomes: A Randomized Evaluation of the Check & Connect Program," *IPR Working Paper 16-18* November 2016 (joint with Sandra Christenson, Amy Claessens, Mimi Engel, Ijun Lai, Jens Ludwig, Ashley Cureton Turner and Mary Clair Turner).

"Discrimination, Culture and Women's Outcomes in the U.S." working paper. July 2016 (joint with Kerwin Charles and Jessica Pan).

"Not Too Late: Improving Academic Outcomes for Disadvantaged Youth," *IPR Working Paper 15-01* February 2015 (joint with Phillip J. Cook, Kenneth Dodge, George Farkas, Roland G. Fryer Jr., Jens Ludwig, Susan Mayer, Harold Pollack and Laurence Steinberg).

"Summer Meltdown? Variation in Children's Noncognitive Skills Between School and Summer Months," unpublished manuscript, August 2016 (joint with Ijun Lai and Ariel Kalil).

"Can a Scaffolded Summer Reading Intervention Reduce Socioeconomic Gaps in Children's Reading Comprehension Ability and Home Book Access? Results from a Randomized Experiment," *IPR Working Paper 15-15* October 2015 (joint with James S. Kim, Lauren Capotosto, David M. Quinn, Helen Chen Kingston, Lisa Foster, and North Cooc).

"Thinking Fast and Slow? Some Field Experiments to Reduce Crime and Dropout in Chicago," *NBER Working Paper 21178*. May 2015. (Joint with Sarah B. Heller, Anuj K. Shah, Jens Ludwig, Sendhil Mullainathan and Harold A. Pollack).

"Motivation and Incentives in Education: Evidence from a Summer Reading Experiment," *NBER Working Paper 20918*. January 2015 (Joint with James S. Kim and Kyung Park).

"Does Reading During the Summer Build Reading Skills? Evidence from a Randomized Experiment in 463 Classrooms," *NBER Working Paper 20689,* November 2014 (Joint with James S. Kim and David M. Quinn).

"Early Life Environment and Racial Inequality in Education and Earnings in the United States," *NBER Working Paper 20539*, October 2014 (joint with Kenneth Y. Chay and Bhash Mazumder).

"The (Surprising) Efficacy of Academic and Behavioral Intervention with Disadvantaged Youth: Results from a Randomized Experiment in Chicago," *NBER Working Paper 19862*, January 2014, (joint with Philip J. Cook, Kenneth Dodge, George Farkas, Roland G. Fryer Jr., Jens Ludwig, Susan Mayer, Harold Pollack and Laurence Steinberg).

"Do Lottery Payments Induce Savings Behavior: Evidence From the Lab," *NBER Working Paper 19130*, June 2013 (joint with Emel Filiz-Ozbay, Kyle Hyndman, Melissa Schettini Kearney, and Erkut Y. Ozbay).

"The Effects of Poor Neonatal Health on Children's Cognitive Development," *NBER Working Paper 18846*, February 2013 (joint with David N. Figlio, Krzysztof Karbownik, and Jeffrey Roth).

"Birth Cohort and the Black-White Achievement Gap: The Roles of Access and Health Soon After Birth," *NBER Working Paper* 15078, June 2009 (joint with Kenneth Y. Chay and Bhash Mazumder).

"Prejudice and the Economics of Discrimination," *NBER Working Paper 13661*, December 2007 (joint with Kerwin Charles).

"Does Money Matter? Regression-Discontinuity Estimates from Education Finance Reform in Massachusetts," *NBER Working Paper 8269,* May 2001.

**Other Publications**

"Overcoming Pandemic-Induced Learning Loss." In *Building a More Resilient US Economy*, edited by Melissa S. Kearney, Justin Schardin, and Luke Pardue. Washington, DC: Aspen Institute, November 2023 (joint with Jens Ludwig).

"America's schoolchildren need an 'Operation Warp Speed'," *The Hill*, October 2023 (joint with Jens Ludwig).

"Studying Properties of the Population: Designing Studies that Mirror Real World Scenarios" (joint with Jonathan M.V. Davis, Kelly Hallberg, and Jens Ludwig). Forthcoming in *The Scale-Up Effect in Early Childhood and Public Policy: Why Interventions Lose Impact at Scale and What We Can Do About It*, Edited by John List, Lauren Supplee, and Dana Suskind. Routledge.

"Decreasing Delinquency, Criminal Behavior, and Recidivism by Intervening on Psychological Factors other than Cognitive Ability: A Review of the Intervention Literature," in Controlling Crime: Strategies and Tradeoffs, Eds. Philip J. Cook, Jens Ludwig and Justin McCrary. University of Chicago Press, 2011. (joint with Patrick L. Hill, Brent W. Roberts, Jeffrey T. Grogger, and Karen Sixkiller.

"Making Savers Winners: An Overview of Prize-Linked Saving Products," in Olivia S. Mitchell and Annamaria Lusardi, eds., Financial Literacy: Implications for Retirement Security and the Financial Marketplace. Oxford, UK: Oxford University Press, 2011, (joint with Melissa S. Kearney, Peter Tufano and Erik Hurst).

"taste-based discrimination", "The New Palgrave Dictionary of Economics", Eds. Steven N. Durlauf and Lawrence E. Blume, Palgrave Macmillan, 2009, The New Palgrave Dictionary of Economics Online, Palgrave Macmillan. 19 February 2010, DOI:10.1057/9780230226203.1906 (joint with Kerwin Charles).

"Trying to Understand the 2008-2009 Recession: Part 1, Perspective and Causes," *Journal of Lutheran Ethics* 9, March 2009.

"Trying to Understand the 2008-2009 Recession: Part 2, Remedies," *Journal of Lutheran Ethics* 9, March 2009.

"World Wide Wonder? Measuring the (non-)Impact of Internet Subsidies in Public Schools," *Education Next*, Winter 2006 (joint with Austan Goolsbee).

"Should We Test Prospective Teachers?" *Perspectives on Work*, Winter 2005.

"How Financial Aid Affects Persistence: Comment," in *College Choices: The Economics of Where to Go, When to Go, and How to Pay for It*, Caroline Hoxby, ed., 2004.

**Awards and Honors**

National Academy of Education, Elected member, 2021-present.

John T. Dunlop Outstanding Scholar Award, awarded by the Labor and Employment Relations Association, 2010.

Centel Foundation/Robert P. Reuss Scholar, Booth School of Business, University of Chicago, 2002-2003.

National Science Foundation, Graduate Research Fellow, 1996-1999.

**Litigation Testimony and Expert Reports**

*Testimony at trial, hearing, and arbitration*

"State of Colorado, ex rel. John W. Suthers, Attorney General, and Julie Mead, Administrator, Uniform Consumer Credit Code, v. Center for Excellence in Higher Education, Inc., et al." District Court, Denver City and County, Colorado. Case no. 2014cv34530. Testimony at preliminary injunction hearing.

"State of Minnesota by its Attorney General, Lori Swanson v. Minnesota School of Business, Inc, et al." State of Minnesota, District Court, County of Hennepin, Fourth Judicial District. Court file no. 27-CV-14-12558. Testimony at trial.

"Kenneth Martin, Aaron Truesdell, and Johnny Tejada, v. F.E. Moran Inc., Fire Protection of Northern Illinois." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 13 C 3526. Testimony at Daubert hearing.

"Kenneth Martin, Aaron Truesdell, and Johnny Tejada, v. F.E. Moran Inc., Fire Protection of Northern Illinois." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 13 C 3526. Testimony at trial.

"State of Colorado, ex rel. John W. Suthers, Attorney General, and Julie Mead, Administrator, Uniform Consumer Credit Code, v. Center for Excellence in Higher Education, Inc., et al." District Court, Denver City and County, Colorado. Case no. 2014cv34530. Testimony at trial.

"Michael Allard v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0003-0905. Testimony at arbitration hearing.

"David Kirk v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0002-4460. Testimony at arbitration hearing.

"Michael Reynaud and Fiona Reynaud v. Ogletree, Deakins, Nash, Smoak & Stewart, P.C.; Technicolor Creative Services USA, Inc." Superior Court of the State of California, County of Los Angeles, Central Branch. Case No. BC632972. Testimony at trial.

"State of Minnesota by its Attorney General, Lori Swanson v. Minnesota School of Business, Inc, et al." State of Minnesota, District Court, County of Hennepin, Fourth Judicial District. Court file no. 27-CV-14-12558. Testimony at trial.

"PECO Pallet, Inc. v. Northwest Pallet Supply Co." U.S. District Court for the Northern District of Illinois Eastern Division. Civil Action No. 1:15-cv-06811. Testimony at trial.

"Whitney Ashby. v. Western Culinary Institute, LTD and Career Education Corporation." American Arbitration Association. Testimony at arbitration hearing.

"Michael Pizzo v. Adtalem Global Education Inc. et al." JAMS Ref. Number: 1340015940. Testimony at arbitration hearing.

"Archibald v. DeVry, et al." JAMS Ref. Number: 1340016080. Testimony at arbitration hearing.

"Tillery v. DeVry Education Group, Inc., et al." JAMS Ref. Number: 1340016095. Testimony at arbitration hearing.

"Caro v. DeVry Education Group, Inc., et al." JAMS Ref. Number: 1340015757. Testimony at arbitration hearing.

"Osborne v. DeVry University, et al." JAMS Ref. Number: 1340017973. Testimony at arbitration hearing.

"Jacobs v. DeVry University, et al." JAMS Ref. Number: 1340017980. Testimony at arbitration hearing.

"Forsythe v. DeVry Education Group, Inc., et al." JAMS Ref. Number: 1340016020. Testimony at arbitration hearing.

"Hrinda v. DeVry University, et al." JAMS Ref No. 1340016074. Testimony at arbitration hearing.

"Perez v. DeVry University, et al." JAMS Ref No. 1340018384. Testimony at arbitration hearing.

"Smith v. DeVry University, et al." JAMS Ref No. 1340018381. Testimony at arbitration hearing.

"Haynes v. DeVry University, et al." JAMS Ref No. 1340017974. Testimony at arbitration.

"Sandra Selden v. Des Moines Area Community College", Iowa District Court for Polk County, Case No. LACL147358. Testimony at trial.

"Lisa Carvalho v. Santander Bank, N.A." U.S. District Court, District of Rhode Island. Case 1:19-cv-00287. Testimony at trial.

"Joyce DeLucca v. Hayfin Capital Management LLC," American Arbitration Association, AAA No. 01-22-0004-0911. Testimony at arbitration hearing.

"Bonnie Magallon, et al. v. Robert Half International, Inc." United States District Court for the District of Oregon, Eugene Division. Case No. 6:13-cv-01478-AA. Testimony at evidentiary hearing.

"Massachusetts Coalition for Immigration Reform, et al. v. U.S. Department of Homeland Security, et al.," United States District Court for the District of Columbia, Case No: 20-cv-3438-TNM. Testimony at trial.

*Deposition testimony*

"Lerman v. Turner, Carter, Kapelke, Kelly and Columbia College Chicago." U.S. District Court, Northern District of Illinois. 1:10-cv-02169. Deposition.

"Haley v. Cohen & Steers Capital Management." U.S. District Court, Northern District of California. 4:10-cv-03856-PJH. Deposition.

"Midwest Fence Corporation v. U.S. Department of Transportation, et al." U.S. District Court, Northern District of Illinois, Eastern Division. Case no. 10-cv-5627. Deposition.

"Jeffrey G. Gerasi v. Gilbane Building Company, Inc., AT&T, Services Inc., and Johnson Controls, Inc." Circuit Court of Cook County, Illinois. Case no. 08 L 7258. Deposition.

"Midwest Fence Corporation v. U.S. Department of Transportation, et al." U.S. District Court, Northern District of Illinois, Eastern Division. Case no. 10-cv-5627. Deposition.

"Beth A. Stokes v. John Deere Seeding Group, a subsidiary of Deere & Company a/k/a John Deere Company; and Jim Gunnison." U.S. District Court for the Central District of Illinois Peoria Division. Case No. 4:12-cv-04054-SLD-JAG. Deposition.

"Thomas E. Perez, Secretary of Labor, United States Department of Labor v. American Future Systems, Inc. d/b/a Progressive Business Publications, a corporation; and Edward Satell, individually and as President of the above referenced corporation." U.S. District Court for the Eastern District of Pennsylvania. Case no. 12-6171. Deposition.

"People of the State of Illinois, v. Alta Colleges, Inc., et al." Circuit Court of Cook County, Illinois County Department, Chancery Division. Case no. 12 CH 01587. Deposition.

"Duane Porter, et al., v. Pipefitters Association Local Union 597, U.A." U.S. District Court for the Northern District of Illinois Eastern Division. Case no. 12-cv-09844. Deposition.

"Randy C. Axelrod, v. Anthem, Inc. and All of its Affiliates, Wellpoint, Inc., and Amgen Inc." Marion Superior Court, County of Marion, State of Indiana. Cause No. 49D03-0710-PL-042057. Deposition.

"Terry Christopher, v. Richard Smykal, Inc. and American Built Systems, Inc." Circuit Court of the 12th Judicial Circuit, Will County, Illinois. No. 11 L 000526. Deposition.

"Jennifer DiPerna v. The Chicago School of Professional Psychology." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 1:14-cv-0057. Deposition.

"Timothy O'Brien, et al., v. Caterpillar Inc." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 14-cv-7229. Deposition.

"Kenneth Martin, Aaron Truesdell, and Johnny Tejada, v. F.E. Moran Inc., Fire Protection of Northern Illinois." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 13 C 3526. Deposition.

"Brenda Koehler, Kelly Parker, Layla Bolten, & Gregory Handloser v. Infosys Technologies Limited, Inc., and Infosys Public Services, Inc." U.S. District Court for the Eastern District of Wisconsin. Civil Action No. 2:13-cv-885. Deposition.

"State of Colorado, ex rel. John W. Suthers, Attorney General, and Julie Mead, Administrator, Uniform Consumer Credit Code, v. Center for Excellence in Higher Education, Inc., et al." District Court, Denver City and County, Colorado. Case no. 2014cv34530. Deposition.

"Michael Reynaud and Fiona Reynaud v. Ogletree, Deakins, Nash Smoak & Stewart, P.C.; Technicolor Creative Services USA, Inc." Superior Court of the State of California, County of Los Angeles, Central Branch. Case No. BC632972. Deposition.

"Jens Boy v. Zimmer, Inc.; Zimmer Dental, Inc. et al" Superior Court of the State of California, County of San Diego. Case No. 37-2016-00002761-CU-DF-CTL. Deposition.

"PECO Pallet, Inc. v. Northwest Pallet Supply Co.", U.S. District Court for the Northern District of Illinois Eastern Division. Civil Action No. 1:15-cv-06811. Deposition.

"Robert Bosch LLC and Bosch Brake Components LLC v. Nucap Industries Inc. and Nucap US Inc.," U.S. District Court for the Northern District of Illinois. Civil Action No. 15-cv-02207. Deposition.

"Brian Chan, et al. v. Big Geyser, Inc., Lewis Hershkowitz, Gerard A. Reda, Lynn Hershkowitz, Steven Hershkowitz, Eric Celt, Ron Genovese, Mike Wodiska, Kayte Mooney, and Dennis Tompkins." U.S. District Court for the Southern District of New York. Case No. 17-cv-6473. Deposition.

"Tillery v. DeVry Education Group, Inc., et al." JAMS Case No. 1340016095. Deposition.

"Monae v. Cook County Sheriff's Office, et al." and "Simpson v. Cook County Sheriff's Office, et al." U.S. District Court for the Northern District of Illinois. Case Nos. 18-cv-0424 and 18-cv-0553. Deposition.

"Zdzislaw Stoch v. John Crane, Inc." Circuit Court of Cook County Illinois. Case No. 2016-L-009400. Deposition.

"Lisa Carvalho v. Santander Bank, N.A." U.S. District Court, District of Rhode Island. Case 1:19-cv-00287. Deposition.

"Nicholas Vichio v. US Foods, Inc." U.S. District Court, Northern District of Illinois. Case No. 18-cv-8063. Deposition.

"Angel Omar Alvarez, et al. v. XPO Logistics Cartage LLC (Consolidated Action) and Victor Cortez Arrellano v. XPO Port Services Inc. (Consolidated Action).", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Deposition.

"Aaron Senne, et al. v. Office of the Commissioner of Baseball, et al." U.S. District Court for the Northern District of California. Case No. 3:14-cv-00608-JCS. Deposition.

"Ultima Services Corporation v. U.S. Department of Agriculture, et al." U.S. District Court, Tennessee Eastern District. Case No. 2:20-cv-00041. Deposition.

"Najera v. John Vianney Johnson, Uber Technologies, Inc., Raiser LLC, Lyft, Inc." Superior Court of the State of California, County of Orange, Central Justice Center. Case Number 30-2018-01006 334-CU-PA-CJC. Deposition.

"Sydney Dillard v. DePaul University." United States District Court for the Northern District of Illinois. Case No. 1:20-cv-7760. Deposition.

"Bonnie Magallon, et al. v. Robert Half International, Inc." United States District Court for the District of Oregon, Eugene Division. Case No. 6:13-cv-01478-AA. Deposition.

"Vernon Keith Robinson v. Des Moines Public Schools," Iowa District Court for Polk County. Case No. LACL136651. Deposition.

"Massachusetts Coalition for Immigration Reform, et al. v. U.S. Department of Homeland Security, et al.," United States District Court for the District of Columbia, Case No: 20-cv-3438-TNM. Deposition

"General Motors LLC, General Motors Company v. Alphons Iacobelli, FCA US LLC, Fiat Chrysler Automobiles, N.V., Jerome Durden," State of Michigan in the Circuit Court for the County of Wayne. Civil Action No. 20-011998-CB. Deposition.

"Ethiopian Airlines Flight ET 302 Crash – Saad Khalaf M Al-Mutairi," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Deposition.

"Ethiopian Airlines Flight ET 302 Crash – Elizabeth Minwuyelet," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Deposition.

"Ethiopian Airlines Flight ET 302 Crash – Anne Mukui Musyoki," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Deposition.

*Written testimony*

"Lerman v. Turner, Carter, Kapelke, Kelly and Columbia College Chicago." U.S. District Court, Northern District of Illinois. 1:10-cv-02169. Expert report.

"Haley v. Cohen & Steers Capital Management." U.S. District Court, Northern District of California. 4:10-cv-03856-PJH. Expert report.

"Haley v. Cohen & Steers Capital Management." U.S. District Court, Northern District of California. 4:10-cv-03856-PJH. Declaration.

"Report in the Matter of McMenimen & Associates, Inc. vs. In-Store Marketing Institute, Inc." U.S. District Court, Eastern District of Wisconsin. 2:11-cv-01095-WEC. Expert report.

"Report in the Matter of Robert G. Blatz v. CubeSmart Trust, et al." Court of Common Pleas for Chester County, Pennsylvania. 2011-08499. Expert report.

"Report in the Matter of Gary Van Poperin, et al. vs. Hewlett-Packard Company, Inc." U.S. District Court, Eastern District of Michigan. 10-cv-11110. Expert Report.

"Report in the Matter of Midwest Fence Corporation v. U.S. Department of Transportation, et al." U.S. District Court, Northern District of Illinois, Eastern Division. Case no. 10-cv-5627. Expert Report.

"Report in the Matter of Jeffrey G. Gerasi v. Gilbane Building Company, Inc., AT&T, Services Inc., and Johnson Controls, Inc." Circuit Court of Cook County, Illinois. Case no. 08 L 7258. Expert Report.

"Report in the matter of Beth A. Stokes v. John Deere Seeding Group, a subsidiary of Deere & Company a/k/a John Deere Company; and Jim Gunnison." U.S. District Court for the Central District of Illinois Peoria Division. Case no. 4:12-cv-04054-SLD-JAG. Expert Report.

"Expert Report in the Matter of Thomas E. Perez, Secretary of Labor, United States Department of Labor v. American Future Systems, Inc. d/b/a Progressive Business Publications, a corporation; and Edward Satell, individually and as President of the above referenced corporation." U.S. District Court for the Eastern District of Pennsylvania. Case no. 12-6171. Expert Report.

"Report in the matter of People of the State of Illinois, v. Alta Colleges, Inc., et al." Circuit Court of Cook County, Illinois County Department, Chancery Division. Case no. 12 CH 01587. Expert Report.

"Report in the matter of State of Colorado, ex rel. John W. Suthers, Attorney General, and Julie Mead, Administrator, Uniform Consumer Credit Code, v. Center for Excellence in Higher Education, Inc., et al." District Court, Denver City and County, Colorado. Case no. 2014cv34530. Expert Report.

"Report in the matter of Joseph Dohl and Patricia Davis, v. Sunrise Mountainview Hospital, Inc., et al." District Court, Clark County, Nevada. Case no. A698672. Expert Report.

"Expert Report of Dr. Jonathan Guryan" in "Duane Porter, et al., v. Pipefitters Association Local Union 597, U.A." U.S. District Court for the Northern District of Illinois Eastern Division. Case no. 12-cv-09844. Expert Report.

"Rebuttal Report in the matter of State of Minnesota by its Attorney General, Lori Swanson v. Minnesota School of Business, Inc, et al." State of Minnesota, District Court, County of Hennepin, Fourth Judicial District. Court file no. 27-CV-14-12558. Expert Report.

"Report in the matter of Terry Christopher, v. Richard Smykal, Inc. and American Built Systems, Inc." Circuit Court of the 12th Judicial Circuit, Will County, Illinois. No. 11 L 000526. Expert Report.

"Report in the matter of Randy C. Axelrod, v. Anthem, Inc. and All of its Affiliates, Wellpoint, Inc., and Amgen Inc." Marion Superior Court, County of Marion, State of Indiana. Cause No. 49D03-0710-PL-042057. Expert Report.

"Report in the matter of Megan and James Gibson v. Prime Healthcare Services, Inc., et al." Second Judicial District Court of the State of Nevada in and for the County of Washoe. Case No. CV14-10580. Expert Report.

"Report in the matter of Kingston Parnell, et al. v. Centennial Hills Hospital Medical Center, et al." District Court Clark County Nevada. Case No. A-14-710329-C.

"Report in the matter of Jennifer DiPerna v. The Chicago School of Professional Psychology." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 1:14-cv-0057. Expert Report.

"Report in the matter of Timothy O'Brien, et al., v. Caterpillar Inc." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 14-cv-7229. Expert Report.

"Report in the matter of Kenneth Martin, Aaron Truesdell, and Johnny Tejada, v. F.E. Moran Inc., Fire Protection of Northern Illinois." U.S. District Court for the Northern District of Illinois, Eastern Division. Case No. 13 C 3526. Expert Report.

"Report in the matter of Cara Williams, et al., v. Wells Fargo Bank, N.A." U.S. District Court for the Southern District of Iowa, Central Division. Case No. 4:15-cv-00038. Expert Report.

"Declaration in the matter of Aaron Senne, et al. v. Office of the Commissioner of Baseball, and unincorporated association d/b/a Major League Baseball." U.S. District Court for the Northern District of California. Case No. 3:14-cv-00608-JCS. Declaration.

"Report in the matter of Brenda Koehler, Kelly Parker, Layla Bolten, & Gregory Handloser v. Infosys Technologies Limited, Inc., and Infosys Public Services, Inc." U.S. District Court for the Eastern District of Wisconsin. Civil Action No. 2:13-cv-885. Expert Report.

"Report in the matter of State of Colorado, ex rel. John W. Suthers, Attorney General, and Julie Mead, Administrator, Uniform Consumer Credit Code, v. Center for Excellence in Higher Education, Inc., et al." District Court, Denver City and County, Colorado. Case number: 2014cv34530. Expert Report.

"Declaration of Jonathan Guryan in Support of Defendant's Opposition to Motion to Certify Class." Nathan Surrett et al. v. Western Culinary Institute, LTD and Career Education Corporation. Circuit Court for the State of Oregon for the County of Multnomah. Case No. 0803-03530.

"Report in the matter of Michael Allard v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0003-0905. Expert Report.

"Report in the matter of David Kirk v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0002-4460. Expert Report.

"Report in the matter of Denise Holtz v. General Mills, Inc." American Arbitration Association. Expert Report.

"Report in the matter of Michael Murray v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0003-2050. Expert Report.

"Report in the matter of James Heflin v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0004-0321. Expert Report.

"Report in the matter of Peggy Maxe v. General Mills, Inc." American Arbitration Association. Case No. 01-17-0005-2225. Expert Report.

"Report in the matter of PECO Pallet, Inc. v. Northwest Pallet Supply Co." U.S. District Court for the Northern District of Illinois Eastern Division. Civil Action No. 1:15-cv-06811. Expert Report.

"Rebuttal Report in the matter of PECO Pallet, Inc. v. Northwest Pallet Supply Co." U.S. District Court for the Northern District of Illinois, Eastern Division. Civil Action No. 1:15-cv-06811. Expert Report.

"Expert report in the matter of Robert Bosch LLC and Bosch Brake Components LLC v. Nucap Industries Inc. and Nucap US Inc." U.S. District Court for the Northern District of Illinois. Civil Action No. 15-cv-02207. Expert Report.

"Expert rebuttal report in the matter of Robert Bosch LLC and Bosch Brake Components LLC v. Nucap Industries Inc. and Nucap US Inc." U.S. District Court for the Northern District of Illinois. Civil Action No. 15-cv-02207. Expert Report.

"Report in the matter of Brian Chan, et al. v. Big Geyser, Inc., Lewis Hershkowitz, Gerard A. Reda, Lynn Hershkowitz, Steven Hershkowitz, Eric Celt, Ron Genovese, Mike Wodiska, Kayte Mooney, and Dennis Tompkins." U.S. District Court for the Southern District of New York. Case No. 17-cv-6473. Expert Report.

"Report in the matter of Darryl Williams and Howard Brooks, et al. v. Jani-King of Philadelphia, Inc., Jani-King, Inc., and Jani-King International, Inc." U.S. District Court for the Eastern District of Pennsylvania. Case No. 09-1738-RBS. Expert Report.

"Report in the matter of Jorge Valencia v. U.S. Bank National Association." U.S. District Court for the Southern District of Iowa, Central Division. Case No. 4:18-cv-00056. Expert Report.

"Expert Affidavit of Dr. Jonathan Guryan." Supreme Court of the State of New York, County of New York. Index No. 159947/2019. Affidavit filed in Tri-City, LLC, Endor Car and Driver, LLC, Lyft, Inc. v. New York City Taxi & Limousine Commission.

"Reply Affidavit of Dr. Jonathan Guryan." Supreme Court of the State of New York, County of New York. Index No. 159947/2019. Affidavit filed in Tri-City, LLC, Endor Car and Driver, LLC, Lyft, Inc. v. New York City Taxi & Limousine Commission.

"Report in the matter of John W. Brennan v. Arthur D. Little, Inc." Superior Court, Commonwealth of Massachusetts. CA No.: 1884-cv-02845. Expert Report.

"Expert Rebuttal Report of Jonathan Guryan, Ph.D." U.S. District Court for the Northern District of Illinois. Case Nos. 18-cv-0424 and 18-cv-0553. Monae v. Cook County Sheriff's Office, et al. and Simpson v. Cook County Sheriff's Office, et al. Expert Report.

"Report in the matter of Omotola Owoeye, v. Adtalem Global Education Inc. et al." JAMS Ref. Number 1340015799. Expert Report.

"Report in the matter of Michael Pizzo, v. Adtalem Global Education Inc. et al." JAMS Ref. Number 1340015940. Expert Report.

"Report in the matter of Zdzislaw Stoch v. John Crane, Inc." Circuit Court of Cook County Illinois. Case No. 2016-L-009400. Expert Report.

"Report in the matters of Angel Omar Alvarez, et al. v. XPO Logistics Cartage LLC (Consolidated Action) and Victor Cortez Arrellano v. XPO Port Services Inc. (Consolidated Action)." Superior Court State of California, County of Los Angeles. Case No. BC655393. Expert Report.

"Report in the matter of Lisa Carvalho v. Santander Bank, N.A." U.S. District Court, District of Rhode Island. Case 1:19-cv-00287. Expert Report.

"Report in the matter of Nicholas Vichio v. US Foods, Inc." U.S. District Court, Northern District of Illinois. Case No. 18-cv-8063. Expert Report.

"Report in the matter of Mitchell Clements v. WP Operations LLC", U.S. District Court, Western District of Wisconsin, Case No. 19-cv-1051-wmc. Expert Report.

"Report in the matter of Jared Mode, et al. v. S-L Distribution Company, LLC, S-L Distribution Company, INC., and S-L Routes, LLC." U.S. District Court, Western District of North Carolina. Case No. 3:18-cv-00150. Expert Report.

"Report in the matter of Sandra Selden v. Des Moines Area Community College", Iowa District Court for Polk County, Case No. LACL147358. Expert Report.

"Declaration of Jonathan Guryan in support of Defendant and Counter-Claimant XPO Logistics Cartage, LLC's opposition to Plaintiffs and Counter-Defendants' special motion to strike counterclaims (Anti-SLAPP)", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Declaration.

"Report in the matters of Angel Omar Alvarez, et al. v. XPO Logistics Cartage LLC (Consolidated Action) and Victor Cortez Arrellano v. XPO Port Services Inc. (Consolidated Action).", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Expert Report.

"Declaration of Jonathan Guryan in support of Defendant and Counter-Claimant XPO Port Services Inc.'s opposition to Plaintiffs and Counter-Defendants' special motion to strike counterclaims (Anti-SLAPP)", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Declaration.

"Rebuttal Report in the matter of Angel Omar Alvarez, et al. v. XPO Logistics Cartage LLC (Consolidated Action)", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Expert Report.

"Supplemental Report in the matter of Angel Omar Alvarez, et al. v. XPO Logistics Cartage LLC (Consolidated Action)", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Expert Report.

"Supplemental Report in the matter of Victor Cortez Arrellano, et al. v. XPO Port Services Inc. (Consolidated Action)", U.S. District Court, Central District of California, Case No. 2:18-cv-08220-RGK-E. Expert Report.

"Report in the matter of Mark Brackey, et al. v. Winnebago Industries, Inc., John Breuklander, and Gary McCarthy." Iowa District Court for Winnebago County. Case No. LACV018026. Expert Report.

"Report in the matter of Klayton Fennell v. Comcast Cable Communications Management, LLC and Comcast Corporation." U.S. District Court, Eastern District of Pennsylvania, Case No. 19-4750. Expert Report.

"Rebuttal Report in the matter of Carzanna Jones and Heynard L. Paz-Chow, on behalf of themselves and all others similarly situated, v. David Uejio, in his official capacity as Acting Director, and Consumer Financial Protection Bureau." U.S. District Court, District of Columbia, Case No. 18-cv-2132-BAH (D.D.C.). Expert Report.

"Report in the matter of Jessica Smith, v. DeVry University, et al." JAMS Ref. Number 1340018381. Expert Report.

"Report in the matter of Gwendolyn Haynes, v. DeVry University, et al." JAMS Ref No. 1340017974." Expert Report.

"Rebuttal Report in the matter of Aaron Senne, et al. v. Office of the Commissioner of Baseball, et al." U.S. District Court for the Northern District of California. Case No. 3:14-cv-00608-JCS. Expert Report.

"Report in the matter of Ultima Services Corporation v. U.S. Department of Agriculture, et al." U.S. District Court, Tennessee Eastern District. Case No. 2:20-cv-00041. Expert Report.

"Report in the matter of Cecil Thomas and John Dean, et al. v. TXX Services, Inc. and Patricia Dougan Hunt." United States District Court, Eastern District of New York. 13 CV 2789. Expert Report.

"Report in the matter of Sydney Dillard v. DePaul University." United States District Court for the Northern District of Illinois. Case No. 1:20-cv-7760. Expert Report.

"Report in the matter of Catherine Rose Jochims v. Hartley-Melvin-Sanborn Community School District," Case No. LAC025330. Expert Report.

"Report in the matter of Van Bawi Ceu, et al. v. Maw Zah, Hyundai Motor Company, et al.," Iowa District Court for Dallas County. Docket No. 2021CP1002816. Expert Report.

"Report in the matter of Najera v. John Vianney Johnson, Uber Technologies, Inc., Raiser LLC, Lyft, Inc." Superior Court of the State of California, County of Orange, Central Justice Center. Case Number 30-2018-01006 334-CU-PA-CJC. Expert Report.

"Supplemental Report in the matter of Mark Brackey, et al. v. Winnebago Industries, Inc., John Breuklander, and Gary McCarthy." Iowa District Court for Winnebago County. Case No. LACV018026. Expert Report.

"Report in the matter of Vernon Keith Robinson v. Des Moines Public Schools," Iowa District Court for Polk County. Case No. LACL136651. Expert Report.

"Report in the matter of *In re DeVry, University,*" Before the Office of Hearings and Appeals, United States Department of Education, Docket No. 22-54-BD. Expert Report.

"Report in the matter of Joyce DeLucca v. Hayfin Capital Management LLC," American Arbitration Association, AAA No. 01-22-0004-0911. Expert Report.

"Report in the matter of Bonnie Magallon, et al. v. Robert Half International, Inc." United States District Court for the District of Oregon, Eugene Division. Case No. 6:13-cv-01478-AA. Expert Report.

"Report in the matter of Massachusetts Coalition for Immigration Reform, et al. v. U.S. Department of Homeland Security, et al.," United States District Court for the District of Columbia, Case No: 20-cv-3438-TNM. Expert Report.

"Declaration of Dr. Jonathan Guryan," State of Minnesota County of Hennepin District Court Fourth Judicial District, in "State of Minnesota, by its Attorney General, Keith Ellison, v. Shipt, Inc.," Court File No. 27-CV-22-15991. Declaration.

"Report in the matter of General Motors LLC, General Motors Company v. Alphons Iacobelli, FCA US LLC, Fiat Chrysler Automobiles, N.V., Jerome Durden," State of Michigan in the Circuit Court for the County of Wayne. Civil Action No. 20-011998-CB. Expert Report.

"Report in the matter of Ethiopian Airlines Flight ET 302 Crash – Saad Khalaf M Al-Mutairi," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Expert Report.

"Report in the matter of Ethiopian Airlines Flight ET 302 Crash – Elizabeth Minwuyelet," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Expert Report.

"Report in the matter of Ethiopian Airlines Flight ET 302 Crash – Anne Mukui Musyoki," United States District Court for the Northern District of Illinois Eastern Division. Case No. 1:19-cv-2170. Expert Report.

**Other Reports**

*Oral presentations*

Presentation of research findings to staff for Senator Tom Harkin.

Presentation of research findings to staff for Congressman George Miller.

Presentation of research findings to Congressional Black Caucus and Congressional Hispanic Caucus.

Presentation of research findings to senior staff, U.S. Department of Education.

Presentation of research findings to U.S. Secretary of Education, Arne Duncan.

Presentation of research findings to OIRA, Office of Management and Budget.

*Written reports*

"Report on Gainful Employment." Prepared for the Career College Association.

"Comment on the proposed rule regarding Gainful Employment described in the NPRM released by the Department of Education on July 26, 2010." Public comment submitted to U.S. Office of Management and Budget commenting on pending regulation.

**Professional Activities**

Editor, *Journal of Labor Economics*, December 2011 – 2020.

Member, AEA Committee on the Status of Women in the Economics Profession (CSWEP), November 2018 – 2021.

Research Associate, National Bureau of Economic Research. September 2010 – present.

Faculty research fellow, National Bureau of Economic Research, September 2000 – September 2010.

Northwestern University, Faculty Senate Representative, 2022 – present.

Northwestern University, School of Education and Social Policy, Executive Committee, September 2016 – 2022, Executive Committee, co-chair, 2024 – present.

Northwestern University, Institute for Policy Research, Executive Committee, September 2012 – June 2019.

Board Member, Communities in Schools of Chicago, 2017 – present.

Co-Chair, J-PAL State and Local Innovation Initiative. 2015 – 2018.

Faculty Affiliate, Population Research Center, NORC, December 2000 – present.

Associate Editor, *Labour Economics*, 2010 – 2018.

Research Consultant, Federal Reserve Bank of Chicago.

University of Chicago Crime Lab, Faculty Affiliate.

Invited Participant, Young Faculty Leaders Forum, Harvard University.

Referee: *American Economic Review, Quarterly Journal of Economics, Journal of Political Economy, Review of Economic Studies, Journal of Public Economics, Journal of Labor Economics, Review of Economics and Statistics, American Economic Journal: Applied Economics, American Economic Journal: Economic Policy, Journal of Policy Analysis and Management, National Tax Journal, Economics of Education Review, European Economic Review, Journal of Human Resources, Regulation and Governance, Education Next, Education Finance and Policy, British Journal of Industrial Relations, Journal of Law and Economics*.

**Teaching:**

*Northwestern University, School of Education and Social Policy*:  Quantitative Methods II. The Economics of Inequality and Discrimination.

*University of Chicago Booth School of Business*: The Employment Relationship, Microeconomics.