

## Amended Expert Report of Brent Longnecker

**Wrongful Death Compensation** – Antoine Lewis

Prepared for: Romanucci & Blandin, LLC

February 13, 2025



PLAINTIFF'S EXHIBIT

**3**

Prepared By:



February 13, 2025

David Nieman | Attorney

Romanucci & Blandin, LLC

810 Seventh Avenue, Suite 4100

New York, NY 10019

**In the matter of:**

*Ethiopian Airlines Flight 302 crash traveling from Addis Ababa, Ethiopia, to Nairobi, Kenya, on March 10, 2019*

I, Brent M. Longnecker ("Mr. Longnecker"), Founder of 1 Reputation, LLC ("1 Reputation"), have been retained as an independent compensation consulting expert for the outside counsel, Romanucci & Blandin, LLC, to opine on reasonable total direct compensation levels for Mr. Antoine Lewis, a United States Army Captain, on a forward going basis given the qualifications and traits of Mr. Lewis. I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, based on the nature and content of the documentation, data, proof, and other evidence for testimony that either party or its experts may present or based on additional discovery or other information provided to me in this matter. My fees for serving as an expert witness are $850.00 per hour.

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

## | Introduction – Brent Longnecker

I, Brent M. Longnecker ("Mr. Longnecker"), Founder and CEO of 1 Reputation, LLC ("1 Reputation"), have been retained as an independent compensation expert to opine on reasonable total compensation levels for Mr. Lewis on a forward-going basis. Utilizing furnished Company and personal client information, exhibits, and relevant media (Exhibits G & H), this report will detail a reasonable level of present value total direct compensation that Mr. Antoine Lewis may have attained in his career had Mr. Lewis survived or avoided the plane crash on March 10, 2019. I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, based on the nature and content of the documentation, data, proof, and other evidence for testimony that either party or its experts may present or based on additional discovery or other information provided to me in this matter.

## | A Summary of the Qualifications of Brent Longnecker

Over the past thirty-seven years, I have owned, worked, managed, advised, published, and presented my opinions regarding compensation and corporate governance. I have served as Consultant, Partner, and/or President, Author, and CEO within the human resources practice of KPMG Peat Marwick, LLP, Deloitte and Touche, LLP, Resources Connection (Resources Advisory Group,) and Longnecker & Associates and engaged in the practice of compensation, benefits, human resources advisory services and corporate governance.

1 Reputation specializes in matters related directly or indirectly to strategic executive and key employee compensation and corporate governance. 1 Reputation is an independent advisory firm that assists clients, boards, committees, and management in making performance-enhancing and justifiable compensation decisions that are in the best interest of shareholders.

I currently hold the title of Co-Founder and CEO of 1 Reputation. I have been designated as an expert on compensation issues in the context of litigation and arbitration on over 130 separate occasions and have never been disqualified. Over my career, I have been primarily engaged in providing compensation advice and consultation for employers, executives, and key employees. Less than 17% of my professional services involve providing expert advice and opinions in litigation and arbitration, representing plaintiffs and defendants. The remaining 85+% of my business has focused on proactive analysis, review, and design of executive, director, and key employee and non-employee advisor/consultant compensation plans.

Over 5,700 organizations have engaged me through my 37+ years to provide solutions and advice relating to a wide range of operational, organizational, strategic, and ethical business issues, primarily surrounding executive, key employee, and board compensation packages. I have advised and consulted with many public, private, and not-for-profit companies about executive and board pay. These have included matters related to reasonable compensation levels, annual incentive plan design, long-term incentive plan design (stock options, restricted stock, performance shares, non-equity cash-based plans, etc.), compensation through mergers and acquisitions, change-in-control, key employee, and executive employment contracts, board of director compensation, among many other specific strategic issues.

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

In addition, I am presently serving on several boards and am Chairman of both the Compensation and Governance Committees of a publicly held company. I have written 18 books, with several focusing on long-term incentives, stock options, and awards. I am a teacher, speaker, author, and past curriculum creator for WorldatWork®[1] ("WAW"), the governing body for compensation and human resources professionals. Additionally, I was a member of WAW's Blue Ribbon Commission on Ethics for Human Resources Professionals. I have also assisted the Department of Justice, the Federal Bureau of Investigation, and the criminal investigative arm of the Internal Revenue Service on select projects. Finally, in 2000, I was selected by the Department of Labor to be a Special Advisory Expert on valuing long-term incentives. My curriculum vitae (Exhibit I) furthers my expertise, appointments, education, books, and articles authored, including articles I have been featured in and my certifications and licenses.

In preparing this report, I reviewed documents provided by Romanucci & Blandin, LLC, and performed additional research that included United States Army and Department of Defense pay structures and several articles referencing Mr. Antoine Lewis and the plane crash. I also relied on published resources, other outside information, and the application of my expertise. My conclusions and opinions are based on my extensive expertise in compensation, human resources, and general business.

## | Introduction

Mr. Lewis was a distinguished individual with a remarkable background in the United States Army and a third-generation soldier in his family. With several years of dedicated service as an officer, Mr. Lewis enhanced his leadership skills and demonstrated unwavering commitment and a strong sense of duty to his country. Mr. Lewis exemplified an entrepreneurial spirit and obtained his undergraduate and graduate degrees as he possessed a remarkable drive to be innovative, which led him to explore different business ventures and opportunities. His dedication to the military, family, and entrepreneurial endeavors made him an inspiring individual to those who knew him.

Based on the review of documents, it is my understanding that on March 10, 2019, Mr. Lewis was involved in a fatal plane crash on Flight 302 with Ethiopian Airlines that resulted in his death. The Boeing 737 Max 8 was carrying 149 passengers and eight crew members when it left Ethiopia's capital at 8:38 a.m. local time, heading for Nairobi, and about six minutes later, crashed in a field near Bishoftu, some 35 miles Southeast of Addis Ababa. This fatal crash was also recorded as the second disaster involving a Max 8 aircraft in less than six months. As a result, Mr. Lewis' opportunity for future roles and associated earning capacity were eliminated.

Utilizing furnished personal client information, exhibits, and outside data sources, this report will detail a reasonable compensation range that Mr. Lewis may have attained in his career had the fatal incident not occurred.

---

[1] WorldatWork® is the world's leading not-for-profit professional association dedicated to knowledge leadership in compensation, benefits, and total rewards. In addition to providing professional affiliation, WorldatWork offers certification (CCP®, CBP™ and GRP®) and education programs, the monthly *Workspan*® magazine, online information resources, surveys, publications, conferences, research, and networking opportunities. Membership in WorldatWork® includes consultants from large consultancies such as William Mercer, Towers Watson, etc.

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# | Methodology and Assumptions

My approach to a study of this nature is based on competitive market data and additional company and personal data, as well as my expertise in the area of compensation, specializing in executive and all key employee compensation. I have observed over the years that value-creating people like Mr. Lewis, in some cases, do not think in traditional terms – often working into their seventies if Mr. Lewis had desired to pursue additional entrepreneurial opportunities outside of the military. That said, I conservatively capped this analysis at the age of 70 for the models presented that had him retiring from the United States Army before the mandatory retirement age and seeking to bestow his knowledge and experience in other industries within the professional world. The 50th and 75th percentile models herein will reflect two standard percentiles. A detailed analysis of these models is explained later in the report. As part of my approach to this study, I reviewed the relevant background information to gain knowledge of Mr. Lewis' prior roles and responsibilities and his career potential and plans.

Upon determination of appropriate comparable market position matches, market compensation data was procured from published survey sources (Exhibit A). The scope of published survey data includes U.S. data for both public and private companies. Utilizing WorldatWork's ("WAW") Salary Budget Survey, all base salary compensation information has been aged to the present value effective date of 2/1/2022 by the 2022 total increase percentage of 3.0%. It is important to note that per the Bureau of Labor Statistics – U.S. Department of Labor (Exhibit H), past economic wage growth has been 3.9%; however, I am purposefully being conservative. Compensation information must have the same effective date to avoid a lag in market comparisons.

# | Total Direct Compensation Analysis

Total Direct Compensation is comprised of base salary, annual incentive awards, and long-term incentives. The benchmark surveys utilized in this analysis can be found in Exhibits B, C, and D, reporting base salary, target annual incentive, and actual long-term incentives. The benchmark data reflects salary market data presented as a present value in United States Dollars (USD).

The scope of the project spans thirty-one years for Mr. Lewis, with the majority of the project focused on future dates; therefore, it is reasonable to focus on a range of competitiveness and reasonableness built around alternative scenarios. I created the scenarios that help best frame a range of reasonable compensation[1] where Mr. Lewis would have retired from the military prior to the mandatory age and sought a different career path where he could utilize what he had learned from his time in the military and apply it to the professional world. For these scenarios created, the retirement ages established for Mr. Lewis were the ages of 65 and 70. The following are descriptions of all the models constructed to best outline a range of reasonable compensation for Mr. Lewis. Complete numeric details of each model can be found in Exhibit F.

---

[1] *ERI's definition of reasonable compensation: Reasonable compensation is a term used by the IRS to define the compensation amount that is a deductible business expense. The issue comes up because stockholder-employees can alter their wages and income distributions to avoid taxes. Under IRC 162 (a), wages are a deductible business expense to the extent wages are reasonable. In an S Corporation, under-payment of wages occurs in order to maximize pass-through income and avoid payment of FICA and Medicare contributions. In a C corporation, wages are maximized, and dividends eliminated or minimized to avoid the double taxation of dividends.*

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# Lost Future Opportunity Analysis

**Model 1** – Model 1 considers Mr. Lewis' base salary specified on the United States Army website regarding Officer pay. For this analysis, 2019 will comprise the documented base pay for full-time Active Duty Officers in the United States that met the eight years of experience threshold - with the rank of Captain (O3) - $85,446. After retiring from the military in 2022, Mr. Lewis is benchmarked as a Logistics Vice President at the 50th percentile in the United States market for future years. This scenario also considers annual and long-term incentives at the 50th percentile. Adjustments in future years presented with a projected salary median increase percentage of 3% through retirement at the age of 65 in 2044. The compensation values are shown in USD, with no adjustments in future years post-retirement. No other compensation was stated.

**Model 2** – Model 2 considers Mr. Lewis' base salary specified on the United States Army website regarding Officer pay. For this analysis, 2019 will comprise the documented base pay for full-time Active Duty Officers in the United States that met the eight years of experience threshold - with the rank of Captain (O3) - $85,446. After retiring from the military in 2022, Mr. Lewis is benchmarked as a Logistics Vice President at the 50th percentile in the United States market for future years. This scenario also considers annual and long-term incentives at the 50th percentile. Adjustments in future years presented with a projected salary median increase percentage of 3% through retirement at the age of 70 in 2049. The compensation values are shown in USD, with no adjustments in future years post-retirement. No other compensation was stated.

**Model 3** – Model 3 considers Mr. Lewis' base salary specified on the United States Army website regarding Officer pay. For this analysis, 2019 will comprise the documented base pay for full-time Active Duty Officers in the United States that met the eight years of experience threshold - with rank of Captain (O3) - $85,446. After retiring from the military in 2022, Mr. Lewis is benchmarked as a Logistics Vice President at the 50th percentile, then promoted to Top Logistics Executive at the 50th percentile in 2032 in the United States market for future years. This scenario also considers an annual and long-term incentive at the 50th percentile. Adjustments in future years presented a projected salary median increase percentage of 3% through retirement at the age of 65 in 2044. The compensation values are shown in USD, with no adjustments in future years post-retirement. No other compensation was stated.

**Model 4** – Model 4 considers Mr. Lewis' base salary along with information specified on the United States Army website regarding Officer pay. For this analysis, 2019 will comprise the documented base pay for full-time Active Duty Officers in the United States that met the eight years of experience threshold - with the rank of Captain (O3) - $85,446. After retiring from the military in 2022, Mr. Lewis is benchmarked as a Logistics Vice President at the 75th percentile, then promoted to Top Logistics Executive in 2032 in the United States market for future years. This scenario also considers annual and long-term incentives at the 75th percentile. Adjustments in future years presented with a projected salary median increase percentage of 3% through retirement at the age of 70 in 2049. The compensation values are shown in USD, with no adjustments in future years post-retirement. No other compensation was stated.

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

**Model 5** – Model 5 considers Mr. Lewis' final base salary along with information specified on the United States Army website regarding Officer pay. For this analysis, 2019 will comprise the documented base pay for full-time Active Duty Officers in the United States that met the eight years of experience threshold - with the rank of Captain (O3) - $85,446. After retiring from the military in 2022, Mr. Lewis is benchmarked as Top Logistics Executive at the 50th percentile in the United States market for future years. This scenario also considers an annual and long-term incentive at the 50th percentile. Adjustments in future years presented with a projected salary median increase percentage of 3% through retirement at the age of 65 in 2044. The compensation values are shown in USD, with no adjustments in future years post-retirement. No other compensation was stated.

## | Evaluating Key Employees: Value Creator vs. Value Maintainer

A key employee who is a "Value Maintainer" is an incumbent who performs near the average of their peers. The compensation of such should be compared to the market's 50th percentile. Value maintainers are required at every level in an organization; these incumbents are individuals whose efforts support and drive the Company's vision, but their work may not result in outstanding results.

A key employee that is a "Value Creator" is one whose leadership and/or expertise creates value for shareholders/stakeholders above the 50th percentile of their peers. This higher level of performance requires market compensation that accounts for the value of a seasoned and successful incumbent that continually exceeds expectations and builds value. Value creators are unique people with the vision and aptitude to help a company by having exceptional talent, drive, and results. Value creators should be compared to at least the market 75th percentile and, in some cases, the 90th percentile compensation. In my experience, if market-leading compensation is not provided to these individuals, they will find ample opportunities to receive increased compensation at competing ventures.

According to WAW's Certification 4 ("C4"), Base Pay Management class, a course that educates on an industry-standard framework for analyzing and evaluating proper methods for determining base salary compensation, the appropriate methodology for determining pay levels within a given job description requires consideration of an individual's career stage and the knowledge the individual possesses using the four-stage framework set out below. My opinion is based directly on this methodology which is verified and relied upon by experts in my field. The methodology categorizes executives and key employees into one of four classes:



Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

The following charts connect an individual's career stage and knowledge to the appropriate percentile range (minimum to maximum) to determine the level of compensation for that individual.





## | Mr. Lewis' Experience, Value Creation, & Potential

My approach to a study of this nature is based on following WorldatWork principles, my 37+ years of experience, competitive market data, provided and researched personal/professional data, and my expertise in the area of compensation, with a specialization in analyzing Reasonable Compensation calculations. Based on the circumstances presented to me in this case, with the documentation studied, I used all the information provided and reviewed to understand better and better account for Mr. Lewis's diverse professional qualities.

The late Army captain, Mr. Lewis, was a remarkable individual whose qualities left an indelible mark on those who knew him. As a leader, he possessed unwavering courage, inspiring others to face challenges with determination and resilience. His commitment to duty and steadfast sense of responsibility made him a reliable and trustworthy figure in the military and his personal communities. His legacy will continue to serve as an enduring inspiration for generations. The proposed transition from the military to the corporate world reflects the embodiment of his leadership qualities, entrepreneurial drive, and adaptability in a civilian setting. With him, he would have brought a wealth of experience in strategic planning, problem-solving, and decision-making, honed during his time in the military. In my opinion, his ability to coordinate and manage complex operations, combined with his strong sense of responsibility, would make him an asset to any organization.

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# | Conclusion

Overall, for Total Direct Compensation, it would be reasonable to assume that within a typical career life focused on Mr. Lewis' commitment to duty, problem-solving abilities, intellect, and leadership, combined with applicable retirement ages of 65 and 70, Mr. Lewis' earning capacity in reasonable probability would have been between $12,383,417.01 and $19,575,416.71, on a professional and executive track. It is my opinion that the more likely scenarios, at the 50th and 75th percentile, would have Mr. Lewis earning between $12 million and $18 million as a value creator. This analysis assumes no direct income beyond the assumed retirement ages of 65 and 70.

**LOST FUTURE OPPORTUNITY ANALYSIS**

| | Total Reasonable Compensation[1] | Benchmark Position(s) | Percentile | Annual Salary Increase[2] | Retirement Age | |
|---|---|---|---|---|---|---|
| Model 1 | $ 12,383,417.01 | Current Officer Position<br>Promoted in 2023 - Logistics Director \| VP | 50th | 3.00% | 65 years old | Earning Capacity with Reasonable Probability |
| Model 2 | $ 16,298,090.75 | Current Officer Position<br>Promoted in 2023 - Logistics Director \| VP | 50th | 3.00% | 70 years old | |
| Model 3 | $ 14,354,823.23 | Current Officer Position<br>Promoted in 2023 - Logistics Director \| VP<br>Promoted in 2032 - Logistics Executive | 50th | 3.00% | 65 years old | |
| Model 4 | $ 18,851,906.43 | Current Officer Position<br>Promoted in 2023 - Logistics Director \| VP<br>Promoted in 2032 - Logistics Executive | 75th | 3.00% | 70 years old | Earning Capacity with Reasonable Probability |
| Model 5 | $ 19,575,416.71 | Current Officer Position<br>Promoted in 2023 - Logistics Executive | 50th | 3.00% | 65 years old | |

[1] Reasonable compensation is defined by Reg. 1.162-7(b)(3) as the amount that would ordinarily be paid for like services by like organizations in like circumstances. Thus, the concept has two prongs: 1) an amount test, focusing on the reasonableness of the total amount paid; and 2) a purpose test, examining the services for which the compensation was paid. Around the world "Reasonable Compensation" is when compensations are both externally competitive & internally equitable. 1Reputation has different models built around the different assumptions.

[2] Annual Salary Increase not included for the year 2023 on all models

Respectfully submitted,

Brent Longnecker | Co-Founder & CEO, Consulting Expert
CAC, CBP, CCC, CCP, GRP, CECP, CLC, CMC, CPPC

1-Reputation, LLC

Brittny Tillman, CCC, CAC, CSC, CMC, CLC | Chief Operating Officer
Caden Conn, CAC, CCC | Consultant

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# EXHIBIT A: Published Survey Sources Utilized

### Economic Research Institute, 2023 ERI Executive Compensation Assessor

Economic Research Institute ("ERI") compiles job competency, cost-of-living, executive compensation, and salary surveys. Annual subscribers use ERI data for compensation and salary planning, expert witness testimony, relocations, disability determinations, board-level presentations, setting branch office salary structures, and determining defensible beginning to experienced salary & bonus levels. ERI is also the resource the IRS utilizes to determine reasonable compensation.

### PayFactors, 2022 Compensation Survey

This report is based on the responses of 600 organizations reporting salary increase data for the U.S., Canada, and select international locations across four employee groups. Data is provided on base pay, actual and target bonus, total cash compensation, expected long-term incentive values, and increases your peers are projecting for 2023.

### WorldatWork: 2022-2023 Salary Budget Survey

In its 48th year and reflecting 4,085 responses, this comprehensive report provides CEOs, Chief Financial Officers, and HR professionals with robust, year-over-year data to design competitive compensation plans that attract and retain high-performing employees. This year's survey includes base salary increases and merit budgets for 19 countries, including in-depth insights into salary budget planning in the United States (U.S.), Canada, India, and the United Kingdom.

### CAP - WorldatWork: Incentive Pay Practices Survey, July 2021

WorldatWork worked in partnership with Compensation Advisory Partners (CAP) for this survey. Both entities are well-respected in the compensation field.

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# EXHIBIT B: Published Base Salary, Benchmark Data

**Published Base Salary Survey Benchmark Data**

| | Survey | Position | Scope Type | Scope Size | Base Salary 50th | Base Salary (Aged)[1] 50th | Base Salary 75th | Base Salary (Aged)[1] 75th |
|---|---|---|---|---|---|---|---|---|
| **Antoine Lewis** Benchmark 1 | ERI: Executive Compensation Assessors | Logistics Vice President | All Industries | $200M Revenue | $ 192,189.00 | $ 197,954.67 | $ 255,906.00 | $ 263,583.18 |
| | | | | $500M Revenue | $ 218,379.00 | $ 224,930.37 | $ 290,779.00 | $ 299,502.37 |
| | Payfactors | Logistics Director | All Industries | $200M - $500M Revenue | $ 161,000.00 | $ 165,830.00 | $ 179,900.00 | $ 185,297.00 |
| | | | | **Average** | $ 190,522.67 | $ 196,238.35 | $ 242,195.00 | $ 249,460.85 |

| | Survey | Position | Scope Type | Scope Size | Base Salary 50th | Base Salary (Aged)[1] 50th | Base Salary 75th | Base Salary (Aged)[1] 75th |
|---|---|---|---|---|---|---|---|---|
| **Antoine Lewis** Benchmark 2 | ERI: Executive Compensation Assessors | Logistics Management Top Executive | All Industries | $200M Revenue | $ 254,700.00 | $ 262,341.00 | $ 339,140.00 | $ 349,314.20 |
| | | | | $500M Revenue | $ 307,044.00 | $ 316,255.32 | $ 408,838.00 | $ 421,103.14 |
| | Payfactors | Logistics Executive | All Industries | $200M - $500M Revenue | $ 248,500.00 | $ 255,955.00 | $ 290,100.00 | $ 298,803.00 |
| | | | | **Average** | $ 270,081.33 | $ 278,183.77 | $ 346,026.00 | $ 356,406.78 |

[1] Aged by 3.0% (WAW reference)

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# EXHIBIT C: Published Annual & Long-Term Incentive Benchmark Data

## Published Annual Incentive Survey Benchmark Data
## Annual Incentive Targets

| Antoine Lewis Benchmark 1 | Survey | Position | Scope Type | Scope Size | Annual Incentive Target (%) 50th | Annual Incentive Target ($) 50th | Annual Incentive Target (%) 75th | Annual Incentive Target ($) 75th |
|---|---|---|---|---|---|---|---|---|
| | Payfactors | Logistics Director | All Industries | $200M - $500M Revenue | 16.7% | $77,300.00 | 24.7% | $96,400.00 |
| | WorldatWork | CAP Limit | 75th Percentile | Other Executives & Officers[1] | 40% | $78,495.34 | 50% | $124,730.43 |
| | | | | Average | 28% | $77,897.67 | 37% | $110,565.21 |

| Antoine Lewis Benchmark 2 | Survey | Position | Scope Type | Scope Size | Annual Incentive Target (%) 50th | Annual Incentive Target ($) 50th | Annual Incentive Target (%) 75th | Annual Incentive Target ($) 75th |
|---|---|---|---|---|---|---|---|---|
| | Payfactors | Logistics Executive | All Industries | $200M - $500M Revenue | 39.9% | $143,900.00 | 46.4% | $183,900.00 |
| | WorldatWork | CAP Limit | 75th Percentile | Other Executives & Officers[1] | 40% | $111,273.51 | 50% | $178,203.39 |
| | | | | Average | 40% | $127,586.75 | 48% | $181,051.70 |

[1] Target AIP Awards in relation to associated Percentiles:
*50th Percentile = 40%*
*75th Percentile = 50%*

## Published Annual Incentive Survey Benchmark Data
## Long-Term Incentives

| Antoine Lewis Benchmark 1 | Survey[1] | Position | Scope Type | Scope Size | Long-Term Incentive ($) 50th | Long-Term Incentive ($) 75th |
|---|---|---|---|---|---|---|
| | Payfactors | Logistics Director | All Industries | $200M - $500M Revenue | $22,800.00 | $38,600.00 |
| | WorldatWork | CAP Limit | CEO Direct Report | Associated Percentiles[2] | $98,119.17 | $249,460.85 |
| | | | | Average | $60,459.59 | $144,030.43 |

| Antoine Lewis Benchmark 2 | Survey[1] | Position | Scope Type | Scope Size | Long-Term Incentive ($) 50th | Long-Term Incentive ($) 75th |
|---|---|---|---|---|---|---|
| | Payfactors | Logistics Executive | All Industries | $200M - $500M Revenue | $88,700.00 | $174,800.00 |
| | WorldatWork | CAP Limit | CEO Direct Report | Associated Percentiles[2] | $208,637.83 | $356,406.78 |
| | | | | Average | $148,668.92 | $265,603.39 |

[1] *Payfactors LTI is Actual / WorldatWork LTI is Target*
[2] *Target LTI Awards in relation to associated Percentiles:*
*50th Percentile = 50%*
*75th Percentile = 100%*

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

## EXHIBIT D: Total Direct Compensation from Published Survey Data

| Logistics Director / Vice President | Scope | Base Salary (Aged) | Annual Incentive Target | Long-Term Incentive | Total Direct Compensation |
|---|---|---|---|---|---|
| 50th Percentile | $200M - $500M Revenue | $ 196,238.35 | $ 77,897.67 | $ 60,459.59 | $334,595.60 |
| 75th Percentile | $200M - $500M Revenue | $ 249,460.85 | $ 110,565.21 | $ 144,030.43 | $504,056.49 |

| Logistics Executive | Scope | Base Salary (Aged) | Annual Incentive Target | Long-Term Incentive | Total Direct Compensation |
|---|---|---|---|---|---|
| 50th Percentile | $200M - $500M Revenue | $ 278,183.77 | $ 127,586.75 | $ 148,668.92 | $554,439.44 |
| 75th Percentile | $200M - $500M Revenue | $ 356,406.78 | $ 181,051.70 | $ 265,603.39 | $803,061.87 |

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# **EXHIBIT E:** United States Army – Active Duty Pay Chart[1]

### FULL-TIME ENLISTED SOLDIER PAY

This table shows the annual base pay for Active Duty (full-time) enlisted Soldiers, and does not include <u>bonuses</u>, allowances, or other <u>benefits</u>. Based on 2023 pay tables.

| Rank | <2 Years Experience | 4 Years Experience | 6 Years Experience | 8 Years Experience |
|---|---|---|---|---|
| Private (E1) | $23,011.20* | $23,011.20 | $23,011.20 | $23,011.20 |
| Private (E2) | $25,790.40 | $25,790.40 | $25,790.40 | $25,790.40 |
| Private First Class (E3) | $27,118.80 | $30,571.20 | $30,571.20 | $30,571.20 |
| Specialist or Corporal (E4) | $30,042.00 | $34,977.60 | $36,471.60 | $36,471.60 |
| Sergeant (E5) | $32,763.60 | $38,390.40 | $41,086.80 | $43,902.00 |
| Staff Sergeant (E6) | $35,766.00 | $42,786.00 | $44,542.80 | $48,506.40 |

*Pay for Private (E1) will be slightly lower for the first four months of service.

[1] *Money & Pay | goarmy.com* *Reference listed in Exhibit H*

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# EXHIBIT F: Lost Future Opportunity Models

## Model 1

| | Base Salary | Target Annual Incentive *50th Percentile* | Long-Term Incentive *50th Percentile* | Total Direct Compensation[5] | Annual Salary Increase[4] | Total Reasonable Compensation[6] (USD) |
|---|---|---|---|---|---|---|
| 2019[1] | $ 85,446.00 | | | | 3.00% | $ 88,009.38 |
| 2020 | $ 88,009.38 | | | | 3.00% | $ 90,649.66 |
| 2021 | $ 90,649.66 | | | | 3.00% | $ 93,369.15 |
| 2022 | $ 93,369.15 | | | | 3.00% | $ 96,170.23 |
| *Retires from the Military / Benchmarked as Logistics Vice President \| Director* | | | | | | |
| 2023[3] | $ 196,238.35 | $ 77,897.67 | $ 60,459.59 | $ 334,595.60 | | $ 334,595.60 |
| 2024 | | | | $ 334,595.60 | 3.00% | $ 344,633.47 |
| 2025 | | | | $ 344,633.47 | 3.00% | $ 354,972.47 |
| 2026 | | | | $ 354,972.47 | 3.00% | $ 365,621.65 |
| 2027 | | | | $ 365,621.65 | 3.00% | $ 376,590.30 |
| 2028 | | | | $ 376,590.30 | 3.00% | $ 387,888.01 |
| 2029 | | | | $ 387,888.01 | 3.00% | $ 399,524.65 |
| 2030 | | | | $ 399,524.65 | 3.00% | $ 411,510.39 |
| 2031 | | | | $ 411,510.39 | 3.00% | $ 423,855.70 |
| 2032 | | | | $ 423,855.70 | 3.00% | $ 436,571.37 |
| 2033 | | | | $ 436,571.37 | 3.00% | $ 449,668.51 |
| 2034 | | | | $ 449,668.51 | 3.00% | $ 463,158.57 |
| 2035 | | | | $ 463,158.57 | 3.00% | $ 477,053.32 |
| 2036 | | | | $ 477,053.32 | 3.00% | $ 491,364.92 |
| 2037 | | | | $ 491,364.92 | 3.00% | $ 506,105.87 |
| 2038 | | | | $ 506,105.87 | 3.00% | $ 521,289.05 |
| 2039 | | | | $ 521,289.05 | 3.00% | $ 536,927.72 |
| 2040 | | | | $ 536,927.72 | 3.00% | $ 553,035.55 |
| 2041 | | | | $ 553,035.55 | 3.00% | $ 569,626.62 |
| 2042 | | | | $ 569,626.62 | 3.00% | $ 586,715.41 |
| 2043 | | | | $ 586,715.41 | 3.00% | $ 604,316.88 |
| 2044 | | | | $ 604,316.88 | 3.00% | $ 622,446.38 |
| | | | | | | **$ 10,585,670.82** |

[1] - *Position Base Salary for full-time Active Duty Officers in the United States that met the eight years of experience threshold with a rank of Captain (O3) in the United State*

[2] - *Born 1979 - 2044 reflects retirement age at 65*

[3] - *Base Salary, Target Annual Incentive & Long-Term Incentive reflects benchmark data for the 50th Percentile*

[4] - *Rate 3.0% based on WAW*

[5] - *Total Direct Compensation (TDC) = Base Salary + Annual Incentive Target + Long-Term Incentive Target*
   *TDC calculated by Base Salary + 50th %tile Annual Incentive Target + 50th %tile Long-Term Incentive*

[6] - *Total Reasonable Compensation = TDC with Annual Salary Increase (no Annual Salary Increase added to year 2023)*

*Reasonable compensation is defined by Reg. 1.162-7(b)(3) as the amount that would ordinarily be paid for like services by like organizations in like circumstances. Thus, the concept has two prongs: 1) an amount test, focusing on the reasonableness of the total amount paid; and 2) a purpose test, examining the services for which the compensation was paid. Around the world "Reasonable Compensation" is when compensations are both externally competitive & internally equitable. 1Reputation has different models built around the different assumptions.*

*\* - Plane crash occurred March 10, 2019*

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# EXHIBIT F: Lost Future Opportunity Models Continued

## Model 2

| | Base Salary | Target Annual Incentive *50th Percentile* | Long-Term Incentive *50th Percentile* | Total Direct Compensation[5] | Annual Salary Increase[4] | Total Reasonable Compensation[6] (USD) |
|---|---|---|---|---|---|---|
| 2019[1] | $ 85,446.00 | | | | 3.00% | $ 88,009.38 |
| 2020[3] | $ 88,009.38 | | | | 3.00% | $ 90,649.66 |
| 2021 | $ 90,649.66 | | | | 3.00% | $ 93,369.15 |
| 2022 | $ 93,369.15 | | | | 3.00% | $ 96,170.23 |
| Retires from the Military / Benchmarked as Logistics Vice President | Director | | | | | |
| 2023[3] | $ 196,238.35 | $ 77,897.67 | $ 60,459.59 | $ 334,595.60 | | $ 334,595.60 |
| 2024 | | | | $ 334,595.60 | 3.00% | $ 344,633.47 |
| 2025 | | | | $ 344,633.47 | 3.00% | $ 354,972.47 |
| 2026 | | | | $ 354,972.47 | 3.00% | $ 365,621.65 |
| 2027 | | | | $ 365,621.65 | 3.00% | $ 376,590.30 |
| 2028 | | | | $ 376,590.30 | 3.00% | $ 387,888.01 |
| 2029 | | | | $ 387,888.01 | 3.00% | $ 399,524.65 |
| 2030 | | | | $ 399,524.65 | 3.00% | $ 411,510.39 |
| 2031 | | | | $ 411,510.39 | 3.00% | $ 423,855.70 |
| 2032 | | | | $ 423,855.70 | 3.00% | $ 436,571.37 |
| 2033 | | | | $ 436,571.37 | 3.00% | $ 449,668.51 |
| 2034 | | | | $ 449,668.51 | 3.00% | $ 463,158.57 |
| 2035 | | | | $ 463,158.57 | 3.00% | $ 477,053.32 |
| 2036 | | | | $ 477,053.32 | 3.00% | $ 491,364.92 |
| 2037 | | | | $ 491,364.92 | 3.00% | $ 506,105.87 |
| 2038 | | | | $ 506,105.87 | 3.00% | $ 521,289.05 |
| 2039 | | | | $ 521,289.05 | 3.00% | $ 536,927.72 |
| 2040 | | | | $ 536,927.72 | 3.00% | $ 553,035.55 |
| 2041 | | | | $ 553,035.55 | 3.00% | $ 569,626.62 |
| 2042 | | | | $ 569,626.62 | 3.00% | $ 586,715.41 |
| 2043 | | | | $ 586,715.41 | 3.00% | $ 604,316.88 |
| 2044 | | | | $ 604,316.88 | 3.00% | $ 622,446.38 |
| 2045 | | | | $ 622,446.38 | 3.00% | $ 641,119.77 |
| 2046 | | | | $ 641,119.77 | 3.00% | $ 660,353.37 |
| 2047 | | | | $ 660,353.37 | 3.00% | $ 680,163.97 |
| 2048 | | | | $ 680,163.97 | 3.00% | $ 700,568.89 |
| 2049 | | | | $ 700,568.89 | 3.00% | $ 721,585.95 |
| | | | | | | $ 13,901,453.40 |

[1] - Position Base Salary for full-time Active Duty Officers in the United States that met the eight years of experience threshold with a rank of Captain (O3) in the United State

[2] - Born 1979 - 2049 reflects retirement age at 70

[3] - Base Salary, Target Annual Incentive & Long-Term Incentive reflects benchmark data for the 50th Percentile

[4] - Rate 3.0% based on WAW

[5] - Total Direct Compensation (TDC) = Base Salary + Annual Incentive Target + Long-Term Incentive Target
   TDC calculated by Base Salary + 50th %tile Annual Incentive Target + 50th %tile Long-Term Incentive

[6] - Total Reasonable Compensation = TDC with Annual Salary Increase (no Annual Salary Increase added to year 2023)

Reasonable compensation is defined by Reg. 1.162-7(b)(3) as the amount that would ordinarily be paid for like services by like organizations in like circumstances. Thus, the concept has two prongs: 1) an amount test, focusing on the reasonableness of the total amount paid; and 2) a purpose test, examining the services for which the compensation was paid.  Around the world "Reasonable Compensation" is when compensations are both externally competitive & internally equitable. 1Reputation has different models built around the different assumptions.

* - Plane crash occurred March 10, 2019

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# EXHIBIT F: Lost Future Opportunity Models Continued

### Model 3

| | Base Salary | Target Annual Incentive *50th Percentile* | Long-Term Incentive *50th Percentile* | Total Direct Compensation[5] | Annual Salary Increase[4] | Total Reasonable Compensation[6] (USD) |
|---|---|---|---|---|---|---|
| 2019[1] | $ 85,446.00 | | | | 3.00% | $ 88,009.38 |
| 2020 | $ 88,009.38 | | | | 3.00% | $ 90,649.66 |
| 2021 | $ 90,649.66 | | | | 3.00% | $ 93,369.15 |
| 2022 | $ 93,369.15 | | | | 3.00% | $ 96,170.23 |
| | *Retires from the Military / Benchmarked as Logistics Vice President | Director* | | | | |
| 2023[3] | $ 278,183.77 | $ 127,586.75 | $ 148,668.92 | $ 334,595.60 | | $ 334,595.60 |
| 2024 | | | | $ 334,595.60 | 3.00% | $ 344,633.47 |
| 2025 | | | | $ 344,633.47 | 3.00% | $ 354,972.47 |
| 2026 | | | | $ 354,972.47 | 3.00% | $ 365,621.65 |
| 2027 | | | | $ 365,621.65 | 3.00% | $ 376,590.30 |
| 2028 | | | | $ 376,590.30 | 3.00% | $ 387,888.01 |
| 2029 | | | | $ 387,888.01 | 3.00% | $ 399,524.65 |
| 2030 | | | | $ 399,524.65 | 3.00% | $ 411,510.39 |
| 2031 | | | | $ 411,510.39 | 3.00% | $ 423,855.70 |
| | *Promoted to Logistics Executive* | | | | | |
| 2032[3] | $ 278,183.77 | $ 127,586.75 | $ 148,668.92 | $ 554,439.44 | 3.00% | $ 571,072.63 |
| 2033 | | | | $ 571,072.63 | 3.00% | $ 588,204.81 |
| 2034 | | | | $ 588,204.81 | 3.00% | $ 605,850.95 |
| 2035 | | | | $ 605,850.95 | 3.00% | $ 624,026.48 |
| 2036 | | | | $ 624,026.48 | 3.00% | $ 642,747.27 |
| 2037 | | | | $ 642,747.27 | 3.00% | $ 662,029.69 |
| 2038 | | | | $ 662,029.69 | 3.00% | $ 681,890.58 |
| 2039 | | | | $ 681,890.58 | 3.00% | $ 702,347.30 |
| 2040 | | | | $ 702,347.30 | 3.00% | $ 723,417.72 |
| 2041 | | | | $ 723,417.72 | 3.00% | $ 745,120.25 |
| 2042 | | | | $ 745,120.25 | 3.00% | $ 767,473.86 |
| 2043 | | | | $ 767,473.86 | 3.00% | $ 790,498.07 |
| 2044 | | | | $ 790,498.07 | 3.00% | $ 814,213.01 |
| | | | | | | $ 12,414,255.07 |

[1] - Position Base Salary for full-time Active Duty Officers in the United States that met the eight years of experience threshold with a rank of Captain (O3) in the United Sta

[2] - Born 1979 - 2044 reflects retirement age at 65

[3] - Base Salary, Target Annual Incentive & Long-Term Incentive reflects benchmark data for the 50th Percentile

[4] - Rate 3.0% based on WAW

[5] - Total Direct Compensation (TDC) = Base Salary + Annual Incentive Target + Long-Term Incentive Target
   TDC calculated by Base Salary + 50th %tile Annual Incentive Target + 50th %tile Long-Term Incentive

[6] - Total Reasonable Compensation = TDC with Annual Salary Increase (no Annual Salary Increase added to year 2023)

Reasonable compensation is defined by Reg. 1.162-7(b)(3) as the amount that would ordinarily be paid for like services by like organizations in like circumstances. Thus, the concept has two prongs: 1) an amount test, focusing on the reasonableness of the total amount paid; and 2) a purpose test, examining the services for which the compensation was paid. Around the world "Reasonable Compensation" is when compensations are both externally competitive & internally equitable. 1Reputation has different models built around the different assumptions.

* - Plane crash occurred March 10, 2019

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# EXHIBIT F: Lost Future Opportunity Models Continued

## Model 4

| | Base Salary | Target Annual Incentive 75th Percentile | Long-Term Incentive 75th Percentile | Total Direct Compensation[5] | Annual Salary Increase[4] | Total Reasonable Compensation[6] (USD) |
|---|---|---|---|---|---|---|
| 2019[1] | $ 85,446.00 | | | | 3.00% | $ 88,009.38 |
| 2020 | $ 88,009.38 | | | | 3.00% | $ 90,649.66 |
| 2021 | $ 90,649.66 | | | | 3.00% | $ 93,369.15 |
| 2022 | $ 93,369.15 | | | | 3.00% | $ 96,170.23 |
| Retires from the Military / Benchmarked as Logistics Vice President \| Director | | | | | | |
| 2023[3] | $ 249,460.85 | $ 110,565.21 | $ 144,030.43 | $ 504,056.49 | | $ 504,056.49 |
| 2024 | | | | $ 504,056.49 | 3.00% | $ 519,178.18 |
| 2025 | | | | $ 519,178.18 | 3.00% | $ 534,753.53 |
| 2026 | | | | $ 534,753.53 | 3.00% | $ 550,796.13 |
| 2027 | | | | $ 550,796.13 | 3.00% | $ 567,320.02 |
| 2028 | | | | $ 567,320.02 | 3.00% | $ 584,339.62 |
| 2029 | | | | $ 584,339.62 | 3.00% | $ 601,869.81 |
| 2030 | | | | $ 601,869.81 | 3.00% | $ 619,925.90 |
| 2031 | | | | $ 619,925.90 | 3.00% | $ 638,523.68 |
| Promoted to Logistics Executive | | | | | | |
| 2032[3] | $ 356,406.78 | $ 181,051.70 | $ 265,603.39 | $ 803,061.87 | 3.00% | $ 827,153.72 |
| 2033 | | | | $ 827,153.72 | 3.00% | $ 851,968.33 |
| 2034 | | | | $ 851,968.33 | 3.00% | $ 877,527.38 |
| 2035 | | | | $ 877,527.38 | 3.00% | $ 903,853.20 |
| 2036 | | | | $ 903,853.20 | 3.00% | $ 930,968.80 |
| 2037 | | | | $ 930,968.80 | 3.00% | $ 958,897.86 |
| 2038 | | | | $ 958,897.86 | 3.00% | $ 987,664.80 |
| 2039 | | | | $ 987,664.80 | 3.00% | $ 1,017,294.74 |
| 2040 | | | | $ 1,017,294.74 | 3.00% | $ 1,047,813.59 |
| 2041 | | | | $ 1,047,813.59 | 3.00% | $ 1,079,247.99 |
| 2042 | | | | $ 1,079,247.99 | 3.00% | $ 1,111,625.43 |
| 2043 | | | | $ 1,111,625.43 | 3.00% | $ 1,144,974.20 |
| 2044 | | | | $ 1,144,974.20 | 3.00% | $ 1,179,323.42 |
| 2045 | | | | $ 1,179,323.42 | 3.00% | $ 1,214,703.13 |
| 2046 | | | | $ 1,214,703.13 | 3.00% | $ 1,251,144.22 |
| 2047 | | | | $ 1,251,144.22 | 3.00% | $ 1,288,678.55 |
| 2048 | | | | $ 1,288,678.55 | 3.00% | $ 1,327,338.90 |
| 2049 | | | | $ 1,327,338.90 | 3.00% | $ 1,367,159.07 |
| 2050 | | | | $ 1,367,159.07 | 3.00% | $ 1,408,173.84 |
| | | | | | | $ 18,135,247.06 |

[1] - Position Base Salary for full-time Active Duty Officers in the United States that met the eight years of experience threshold with a rank of Captain (O3) in the United Sta

[2] - Born 1979 - 2049 reflects retirement age at 70

[3] - Base Salary, Target Annual Incentive & Long-Term Incentive reflects benchmark data for the 75th Percentile

[4] - Rate 3.0% based on WAW

[5] - Total Direct Compensation (TDC) = Base Salary + Annual Incentive Target + Long-Term Incentive Target
    TDC calculated by Base Salary + 75th %tile Annual Incentive Target + 75th %tile Long-Term Incentive

[6] - Total Reasonable Compensation = TDC with Annual Salary Increase (no Annual Salary Increase added to year 2023)

Reasonable compensation is defined by Reg. 1.162-7(b)(3) as the amount that would ordinarily be paid for like services by like organizations in like circumstances. Thus, the concept has two prongs: 1) an amount test, focusing on the reasonableness of the total amount paid; and 2) a purpose test, examining the services for which the compensation was paid. Around the world "Reasonable Compensation" is when compensations are both externally competitive & internally equitable. 1Reputation has different models built around the different assumptions.

* - Plane crash occurred March 10, 2019

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# EXHIBIT F: Lost Future Opportunity Models Continued

## Model 5

| | Base Salary | Target Annual Incentive *50th Percentile* | Long-Term Incentive *50th Percentile* | Total Direct Compensation[5] | Annual Salary Increase[4] | Total Reasonable Compensation[6] (USD) |
|---|---|---|---|---|---|---|
| 2019[1] | $ 85,446.00 | | | | 3.00% | $ 88,009.38 |
| 2020 | $ 88,009.38 | | | | 3.00% | $ 90,649.66 |
| 2021 | $ 90,649.66 | | | | 3.00% | $ 93,369.15 |
| 2022 | $ 93,369.15 | | | | 3.00% | $ 96,170.23 |
| | | | Retires from the Military / Benchmarked as Logistics Executive | | | |
| 2023[3] | $ 278,183.77 | $ 127,586.75 | $ 148,668.92 | $ 554,439.44 | | $ 554,439.44 |
| 2024 | | | | $ 554,439.44 | 3.00% | $ 571,072.63 |
| 2025 | | | | $ 571,072.63 | 3.00% | $ 588,204.81 |
| 2026 | | | | $ 588,204.81 | 3.00% | $ 605,850.95 |
| 2027 | | | | $ 605,850.95 | 3.00% | $ 624,026.48 |
| 2028 | | | | $ 624,026.48 | 3.00% | $ 642,747.27 |
| 2029 | | | | $ 642,747.27 | 3.00% | $ 662,029.69 |
| 2030 | | | | $ 662,029.69 | 3.00% | $ 681,890.58 |
| 2031 | | | | $ 681,890.58 | 3.00% | $ 702,347.30 |
| 2032[3] | | | | $ 702,347.30 | 3.00% | $ 723,417.72 |
| 2033 | | | | $ 723,417.72 | 3.00% | $ 745,120.25 |
| 2034 | | | | $ 745,120.25 | 3.00% | $ 767,473.86 |
| 2035 | | | | $ 767,473.86 | 3.00% | $ 790,498.07 |
| 2036 | | | | $ 790,498.07 | 3.00% | $ 814,213.01 |
| 2037 | | | | $ 814,213.01 | 3.00% | $ 838,639.40 |
| 2038 | | | | $ 838,639.40 | 3.00% | $ 863,798.59 |
| 2039 | | | | $ 863,798.59 | 3.00% | $ 889,712.54 |
| 2040 | | | | $ 889,712.54 | 3.00% | $ 916,403.92 |
| 2041 | | | | $ 916,403.92 | 3.00% | $ 943,896.04 |
| 2042 | | | | $ 943,896.04 | 3.00% | $ 972,212.92 |
| 2043 | | | | $ 972,212.92 | 3.00% | $ 1,001,379.31 |
| 2044 | | | | $ 1,001,379.31 | 3.00% | $ 1,031,420.69 |
| 2045 | | | | $ 1,031,420.69 | 3.00% | $ 1,062,363.31 |
| | | | | | | $ 17,026,965.68 |

[1] - Position Base Salary for full-time Active Duty Officers in the United States that met the eight years of experience threshold with a rank of Captain (O3) in the United Sta

[2] - Born 1979 - 2044 reflects retirement age at 65

[3] - Base Salary, Target Annual Incentive & Long-Term Incentive reflects benchmark data for the 50th Percentile

[4] - Rate 3.0% based on WAW

[5] - Total Direct Compensation (TDC) = Base Salary + Annual Incentive Target + Long-Term Incentive Target
    TDC calculated by Base Salary + 50th %tile Annual Incentive Target + 50th %tile Long-Term Incentive

[6] - Total Reasonable Compensation = TDC with Annual Salary Increase (no Annual Salary Increase added to year 2023)

Reasonable compensation is defined by Reg. 1.162-7(b)(3) as the amount that would ordinarily be paid for like services by like organizations in like circumstances. Thus, the concept has two prongs: 1) an amount test, focusing on the reasonableness of the total amount paid; and 2) a purpose test, examining the services for which the compensation was paid. Around the world "Reasonable Compensation" is when compensations are both externally competitive & internally equitable. 1Reputation has different models built around the different assumptions.

* - Plane crash occurred March 10, 2019

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# **EXHIBIT G**: Case Documents Reviewed

- Antoine Lewis USAA Financial Records
- CC-ANTOINE-LEWIS-16-1651087642-2016 Tax Return-2016 Ret
- CC-ANTOINE-LEWIS-16-1651087642-2017 Tax Return-2017 Ret
- CC-ANTOINE-LEWIS-16-1651087642-2018 Tax Return
- CC-YALENA-LOPEZ-LEWIS-19-1651334224-2019 Ret
- Lewis - 1040A Tax Return
- Lewis - Tax Statements
- 072723RL_Condensed
- 072723AN_Condensed_ex
- Deposition 06.07.2024 (Colonel Donald S. Potoczny)
- Deposition 06.07.2024 (Yalena Lopez-Lewis)
- Deposition 07.27.2023 (Antoinette Lewis)
- Deposition 07.27.2023 (Rodney Lewis)
- 1-29-25 ROUGH DRAFT JOHNSON
- Guryan020625 Deposition
- Lewis v. Boeing - Jonathan Guryan Report

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# EXHIBIT H: Articles Referenced

(n.d.). *Title 10*. OLRC - United States Code.
https://uscode.house.gov/view.xhtml?path=/prelim@title10/subtitleA/part2/chapter63&edition=prelim

(n.d.). *VOLUME 7A: "MILITARY PAY POLICY - ACTIVE DUTY AND RESERVE PAY"*. Department of Defense.
https://comptroller.defense.gov/Portals/45/documents/fmr/Volume_07a.pdf

(n.d.). *Military Compensation*. Department of Defense. https://militarypay.defense.gov/Pay/

(n.d.). *EMPLOYMENT COST INDEX – JUNE 2023*. US Department of Labor - BLS.
https://www.bls.gov/news.release/pdf/eci.pdf

(n.d.). *Army captain killed in Ethiopia plane crash*. Army Times. https://www.armytimes.com/news/your-army/2019/03/12/army-captain-killed-in-ethiopia-plane-crash/

(n.d.). *Military Compensation*. Department of Defense.
https://militarypay.defense.gov/Pay/Retirement.aspx

(n.d.). *Money & Pay*. GoArmy. https://www.goarmy.com/benefits/while-you-serve/money-pay.html

(n.d.). *15 Reasons Why the 65 Retirement Benchmark is Obsolete and Misleading*. MSN Money.
https://www.msn.com/en-us/money/retirement/15-reasons-why-the-65-retirement-benchmark-is-obsolete-and-misleading/ss-AA1eyahc?ocid=msedgdhp&pc=U531&cvid=09450a609ee14c7b8ae3026f7c3cde53&ei=10#image=7

(n.d.). *Antoine Lewis, U.S. Army Captain From Matteson, Killed In Ethiopian Airlines Crash*. CBS News.
https://www.cbsnews.com/chicago/news/antoine-lewis-ethiopian-airlines-crash/#:~:text=Lewis%20was%20on%20vacation%20in%20Africa%2C%20taking%20a,crashed%20near%20Addis%20Ababa%20on%20March%2010%2C%202019.

(n.d.). *Family of Matteson man killed in Ethiopian Airlines Boeing MAX 737 crash files lawsuit*. ABC 7
Chicago. https://abc7chicago.com/antoine-lewis-boeing-max-737/5416274/

(n.d.). *Army captain killed in Ethiopian Airlines Boeing MAX 737 crash memorialized in Matteson*. ABC 7.
https://abc7chicago.com/boeing-plane-crash-matteson-capt-antoine-lewis-memorial/5686780/

(n.d.). *U.S Army Captain killed with 7 Americans during Ethiopian Airlines crash*. Popular Military.
https://popularmilitary.com/u-s-army-captain-killed-with-7-americans-during-ethiopian-airlines-crash/

(n.d.). *Military officials confirm U.S. Army Captain is among those killed in Ethiopian crash*. KWQC.
https://www.kwqc.com/content/news/Military-officials-confirm-US-Army-Captain-is-among-those-killed-in-Ethiopian-crash-507102941.html

(n.d.). *US Army Captain among 157 killed in Ethiopian Airlines crash*. American Military News.
https://americanmilitarynews.com/2019/03/us-army-captain-among-157-killed-in-ethiopian-airlines-crash/

(n.d.). *Ethiopian Airlines crash victims include American serviceman, brothers*. NBC News.
https://www.nbcnews.com/news/us-news/californian-brothers-among-american-victims-who-died-ethiopian-plane-crash-n982021

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

# EXHIBIT H: Articles Referenced Continued

(n.d.). *U.S. Army officer stationed in Ottawa among Ethiopian Airlines crash dead*. CBC News.
https://www.cbc.ca/news/canada/ottawa/american-officer-dead-ethiopia-1.5054861

(n.d.). *US Army captain among eight Americans killed in Ethiopian Airlines crash*. Stripes.
https://www.stripes.com/us-army-captain-among-eight-americans-killed-in-ethiopian-airlines-crash-1.572241

(n.d.). *Military vet, dad-to-be among Americans killed in Ethiopian Airlines crash*. NY Post.
https://nypost.com/2019/03/12/military-vet-dad-to-be-among-americans-killed-in-ethiopian-airlines-crash/

(n.d.). *PICTURED: Chicago Army captain, 40, among eight Americans killed in horrific Ethiopian Airlines plane crash*. Daily Mail Online UK. https://www.dailymail.co.uk/news/article-6798227/Army-captain-eight-Americans-killed-Ethiopian-Airlines-plane-crash.html

(n.d.). *Army captain from Matteson who died in Ethiopian Airlines flight was 'doing what he loved to do,' mother says*. Chicago Tribune. https://www.chicagotribune.com/suburbs/daily-southtown/ct-met-ethiopian-airlines-crash-matteson-soldier-20190312-story.html

(n.d.). *FAA To Order Changes In Boeing 737 Max Jets After Ethiopian Airlines Crash*. NPR.
https://www.npr.org/2019/03/11/702150411/black-box-recorders-found-in-ethiopian-airlines-crash-of-boeing-737-max-8-jet

Privileged and Confidential
Prepared for Romanucci & Blandin, LLC

## **EXHIBIT I**: Mr. Brent Longnecker's Curriculum Vitae

- See Attachment