**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Weisman |

**DEFENDANT BOEING'S UNOPPOSED MOTION FOR LEAVE TO
FILE UNDER SEAL BOEING'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE
INADMISSIBLE GRIEF TESTIMONY OF TREATING MENTAL HEALTHCARE
PROVIDERS AND NON-RETAINED EXPERTS**

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rules 5.8 and 26.2, and the Amended Protective Order (ECF 794) entered by this Court on May 4, 2020, Defendant Boeing, by and through its attorneys, respectfully moves for leave to file under seal Boeing's Reply in Support of Its Motion to Exclude Inadmissible Grief Testimony of Treating Mental Healthcare Providers and Non-Retained Experts, filed concurrently.

1. On May 4, 2020, the Court entered an Amended Protective Order in this matter that covers, among other things, medical information concerning any individual and as set forth in 45 C.F.R. § 160.103 (and 45 C.F.R. § 164.501). ECF 794. 45 C.F.R. § 160.103 defines individually identifiable health information as including information created or received by a health care provider, health plan, employer, or health care clearinghouse that relates to the past, present, or future physical or mental health or condition of an individual.

2. Boeing's Reply in Support of Its Motion to Exclude Inadmissible Grief Testimony of Treating Mental Healthcare Providers and Non-Retained Experts contains confidential mental health information about the beneficiaries.

1

3. Boeing is concurrently filing a redacted public version of the motion that applies limited redactions to only the confidential mental health information about the beneficiaries.

4. Placing the motion under seal will not prejudice either of the Parties and will serve the interests of justice and equity in this case.

5. Plaintiffs have stated that they do not oppose this motion to seal.

6. Pursuant to Local Rule 26.2, concurrently and with this motion to seal, Boeing is provisionally filing (1) Boeing's Reply in Support of Its Motion to Exclude Inadmissible Grief Testimony of Treating Mental Healthcare Providers and Non-Retained Experts under seal and (2) a public redacted version of the motion.

WHEREFORE, for the foregoing reasons, Boeing respectfully requests that an Order be issued sealing Boeing's Reply in Support of Its Motion to Exclude Inadmissible Grief Testimony of Treating Mental Healthcare Providers and Non-Retained Experts.

DATED: March 24, 2025

THE BOEING COMPANY

By: /s/ *Dan K. Webb*
*One of Its Attorneys*

Dan K. Webb
dwebb@winston.com
Linda T. Coberly
lcoberly@winston.com
Christopher B. Essig
cessig@winston.com
Julia M. Johnson
jmjohnson@winston.com
Samuel M. Zuidema
szuidema@winston.com
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600

Sandra A. Edwards

sedwards@winston.com
**Winston & Strawn LLP**
101 California Street
35th Floor
San Francisco, CA 94111-5840
Phone: (415) 591-1000

Christopher M. Ledford
CLedford@perkinscoie.com
Mack H. Shultz
MShultz@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Jon R. Buck
JBuck@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Dan K. Webb*
Dan. K. Webb
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600
