IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge Weisman |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 31, 2025, at 11:00 a.m., or as soon thereafter as counsel may be heard, Boeing will appear before the Honorable Judge Jorge L. Alonso in the United States District Court for the Northern District of Illinois, Courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street in Chicago, Illinois, and present Boeing's Unopposed Motion for Leave to File under Seal Boeing's Reply in Support of Its Motion to Exclude Inadmissible Grief Testimony of Treating Mental Healthcare Providers and Non-Retained Experts, a copy of which is also being served upon counsel for all parties.

DATED: March 24, 2025

THE BOEING COMPANY

By: /s/ *Dan K. Webb*
*One of Its Attorneys*

Dan K. Webb
dwebb@winston.com
Linda T. Coberly
lcoberly@winston.com
Christopher B. Essig
cessig@winston.com
Julia M. Johnson

1

jmjohnson@winston.com
Samuel M. Zuidema
szuidema@winston.com
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600

Sandra A. Edwards
sedwards@winston.com
**Winston & Strawn LLP**
101 California Street
35th Floor
San Francisco, CA 94111-5840
Phone: (415) 591-1000

Christopher M. Ledford
CLedford@perkinscoie.com
Mack H. Shultz
MShultz@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Jon R. Buck
JBuck@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record. I certify under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of March, 2025.

/s/ *Dan K. Webb*
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600