## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| 13 | Excerpts of June 5, 2023 Final Pretrial Conference |