# EXHIBIT 13

```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3                                         ) Lead Case No. 19 CV 2170
                                           )
 4   IN RE:   ETHIOPIAN AIRLINES            ) FINAL PRETRIAL
     FLIGHT ET 302 CRASH                    ) CONFERENCE
 5                                         )
                                           ) Chicago, Illinois
 6                                         ) Date: June 5, 2023
                                           ) Time: 11:00 a.m.
 7   _____

 8           TRANSCRIPT OF FINAL PRETRIAL CONFERENCE
                           HELD BEFORE
 9           THE HONORABLE JUDGE JORGE L. ALONSO
                  UNITED STATES DISTRICT JUDGE
10   _____

11                      A P P E A R A N C E S

12
     For the Plaintiffs:     Robert A. Clifford, Esq.
13                           Kevin P. Durkin, Esq.
                             Tracy A. Brammeier, Esq.
14                           Yvette C. Loizon, Esq.
                             John V. Kalantzis, Esq.
15                           Clifford Law Offices PC
                             120 North LaSalle Street, Suite 3600
16                           Chicago, Illinois  60602
                             312-899-9090
17
     For Certain             Steven C. Marks, Esq.
18   Plaintiffs:             Ricardo Martinez-Cid
                             Kristina Infante, Esq.
19                           Podhurst Orseck, PA
                             One SE Third Avenue, Suite 2300
20                           Miami, Florida  33131
                             305-358-2800
21
     (Appearances continued on the next page.)
22

23   COURT REPORTER:         Annette M. Montalvo, CSR, RDR, CRR
                             Official Court Reporter
24                           United States Courthouse, Room 1902
                             219 South Dearborn Street
25                           Chicago, Illinois  60604
                             312-818-6683
```

1   This motion is going to be granted.  I find that Dr. Null does
2   not reliably establish the basis for his opinion, that the
3   grief of Ms. Cheung, C-h-e-u-n-g, decedent's wife and the
4   mother of the prematurely born child caused her preterm labor.
5   Dr. Null purports to perform a differential diagnosis, meaning
6   assessing all the potential causes and ruling them out one by
7   one.  But, in fact, as Boeing persuasively demonstrates, he
8   does not have sufficient evidence to rule out all the
9   potential causes, and he is therefore unable to do so.  He
10  does not have reliable evidence that a pregnant women's
11  emotional distress is known to cause preterm labor.  There is
12  one study, the Peruvian study that specifically cautions that
13  while it demonstrates an association, quote, it's nature
14  prevents any inference on any causal relationship between
15  experiencing serious life events and preterm labor.
16          Plaintiffs' response focuses on the cases that are
17  cited by Boeing in its *Daubert* motion but not on the facts.
18  Dr. Null simply doesn't have the facts that are necessary.
19  And because I find that causation opinion should be excluded,
20  it follows that opinions about the effects of the premature
21  birth on the child Selina are not relevant.  So they will also
22  be excluded.
23          I'll also exclude the opinion about the psychological
24  effects on Ms. Cheung of her child's stay in the neonatal
25  intensive care unit, as I find that it is beyond Dr. Null's

1  area of professional expertise.  And while it may grow out of
2  Dr. Null's experience, it is not something that the jury needs
3  expert testimony on.  I believe that everyone can understand
4  that it would be stressful to have a child in the NICU.  So,
5  ultimately, it's not helpful to the trier of fact, and there
6  is a danger of misleading a jury by giving this testimony the
7  gloss of expertise, *Victory Records, Inc. v. Virgin Records*,
8  2011 WL 382743, Northern District case from 2011, when, in
9  fact, the testimony does not really grow out of any true
10 expertise.
11             So the *Daubert* motion is granted as to Dr. Null.
12             Next is the *Daubert* motion to exclude
13 nonbeneficiary --
14             MR. CLIFFORD:  Your Honor, not to interrupt you, but
15 may I ask as a point of information on the Dr. Null rulings.
16             THE COURT:  Sure.  Yes.
17             MR. CLIFFORD:  So I'm visualizing Ms. Cheung on the
18 witness stand.  I take it she's not prohibited from describing
19 what occurred to her on the day of the crash and that she was
20 taken to -- from church, to the hospital, where she was
21 immediately admitted and went into preterm labor, and her
22 child was, in fact, admitted for a couple months' duration.
23             THE COURT:  She is not.  She is not.
24             What say the defense on that?
25             MS. COBERLY:  We agree, Your Honor.  We have not