## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| 14 | Dr. Shenkar's computer code |