# EXHIBIT 14

In [1]:
```python
import numpy as np
import pandas as pd
```

# real wage using 2009 June as 100 from KNBS (Kenya National Bureau of Statistics)

I choose 2011 to 2020 because it's a new economic cycle. This is the real wage adjusted for inflation

In [2]:
```python
initial_wage_2011 = 87.1    # Wage in 2011
final_wage_2020 = 94.19     # Wage in 2020
years = 2020 - 2011

# Calculate the annual growth rate
wage_growth_rate_general = ((final_wage_2020 / initial_wage_2011) ** (1 / years)) - 1
```

Similarly, based on Republic of Kenya, Economic Survey (annual until ES 2013); in book "Growth and Poverty in Sub-Saharan Africa", it lists the real wage growth rate from 1994 to 2010; I believe Kenya cannot always have such quick growth period. I do a weighted average on 20% vs 80%.

In [3]:
```python
# List of Real Average Earnings Growth (%) from 1994 to 2010
real_average_earnings_growth = [
    8.3, 19.8, 11.7, 8.5, 11.2, 8.0, 4.7, 8.7, 12.7, -2.7,
    9.9, 2.4, 1.3, 4.5, -10.2, -4.7, -0.4
]

# Calculate the average of Real Average Earnings Growth
wage_growth_rate_fast_development = sum(real_average_earnings_growth) / len(real_average_earni
```
In [4]:
```python
# Weighted average calculation
weighted_average_growth = (0.2 * wage_growth_rate_fast_development / 100) + (0.8 * wage_growth
weighted_average_growth_percentage = weighted_average_growth * 100  # Convert to percentage fo
```

# Possibility 1: this person is in Kenya and discount at Kenya interest rate so we use Kenya annual interest rate from 1994 to 2020

In [5]:
```python
interest_rates = [
    13.6, 13.6, 17.59, 16.72, 18.4, 9.55, 8.1, 5.49, 4.13, 2.43,
    5.08, 5.14, 5.16, 5.3, 5.97, 4.56, 5.63, 11.57, 8.64, 8.37,
    9.19, 8.69, 7.67, 8.29, 7.51, 6.97
]

# Calculate the average interest rate
average_interest_rate = sum(interest_rates) / len(interest_rates)
```

In [6]:

```
average_interest_rate
```

Out[6]:

```
8.590384615384613
```

In [7]:

```python
# Define known data with the updated start year of 1995
initial_salary = 202800  # USD, in 2019
start_year = 1995
end_years = [73.5, 77.5, 80]  # End ages (years from birth)
dob = 1973
initial_wage_growth_rate = weighted_average_growth_percentage/100 # Weighted average of wage g
base_discount_rate = average_interest_rate/100  # discount rate from interest rate
initial_wage_growth_rate = initial_wage_growth_rate * 2  # Gini multiplier for high-income ind

# Define a function to calculate discount rate adjusted by development every 10 years from 202
def discount_rate_adjusted(year, start_adjustment_year=2024, base_rate=base_discount_rate, red
    if year < start_adjustment_year:
        return base_rate  # No adjustment before 2024
    periods = (year - start_adjustment_year) // 10  # Number of 10-year intervals since 2024
    return max(0, base_rate - periods * reduction)  # Ensure the rate does not go below 0

# Function to compute PV of lifetime earnings with a fixed discount rate (before 2024)
def present_value_fixed_rate(initial_salary, start_year, end_year, wage_growth_rate, discount_
    pv = 0
    salary = initial_salary
    for year in range(start_year, end_year + 1):
        salary *= (1 + wage_growth_rate)  # Grow salary each year
        pv += salary / ((1 + discount_rate) ** (year - start_year))  # Discount to present val
    return pv

# Function to compute PV of lifetime earnings with time-varying discount rate (from 2024 onwar
def present_value_with_adjusted_rate(initial_salary, start_year, end_year, wage_growth_rate):
    pv = 0
    salary = initial_salary
    for year in range(start_year, end_year + 1):
        salary *= (1 + wage_growth_rate)  # Grow salary each year
        adjusted_discount_rate = discount_rate_adjusted(year)  # Get adjusted discount rate fo
        pv += salary / ((1 + adjusted_discount_rate) ** (year - start_year))  # Discount to pr
    return pv  # Apply Gini index as a multiplier for high-income adjustment

# Calculate PV of earnings from 1995 to 2023 with a fixed discount rate of 8.59%
pv_1995_to_2023 = present_value_fixed_rate(initial_salary, start_year, 2023, initial_wage_grow

# Calculate PV of earnings from 2024 onwards with the adjusted discount rate
pv_values_post_2024 = [present_value_with_adjusted_rate(initial_salary, 2024, int(end_year), i
                      for end_year in [dob + age for age in end_years]]

# Combine PVs for total lifetime earnings
lifetime_earnings = [pv_1995_to_2023 + pv_post_2024 for pv_post_2024 in pv_values_post_2024]
rounded_lifetime_earnings = [round(num, 2) for num in lifetime_earnings]
```

In [8]:

```python
data = {
    "working_until_age": end_years,
```

```python
        "value_in_2024_lifetime_earnings_kenya_discount": rounded_lifetime_earnings
    }

    lifetime_earnings_kenya_discount_df = pd.DataFrame(data)
```
In [9]:
```python
lifetime_earnings_kenya_discount_df
```
Out[9]:

|   | working_until_age | value_in_2024_lifetime_earnings_kenya_discount |
|---|---|---|
| 0 | 73.5 | 6617197.33 |
| 1 | 77.5 | 6990815.06 |
| 2 | 80.0 | 7240281.32 |

In [10]:
```python
# Function to calculate total lifetime earnings without applying present value (no discounting
def total_earnings_without_pv(initial_salary, start_year, end_year, wage_growth_rate):
    total_earnings = 0
    salary = initial_salary
    for year in range(start_year, end_year + 1):
        salary *= (1 + wage_growth_rate)  # Grow salary each year
        total_earnings += salary  # Sum up earnings without discounting
    return total_earnings

# Calculate total earnings without PV for each ending age scenario
lifetime_earnings_without_pv_values = [total_earnings_without_pv(initial_salary, start_year, 
                                        for end_year in [dob + age for age in end_years]]

rounded_lifetime_earnings_without_pv_values = [round(num, 2) for num in lifetime_earnings_with
```
In [11]:
```python
data2 = {
    "working_until_age": end_years,
    "lifetime_earnings_without_adjusted_pv": rounded_lifetime_earnings_without_pv_values
}

lifetime_earnings_nonpv_df = pd.DataFrame(data2)
```
In [12]:
```python
lifetime_earnings_nonpv_df
```
Out[12]:

|   | working_until_age | lifetime_earnings_without_adjusted_pv |
|---|---|---|
| 0 | 73.5 | 30898339.30 |
| 1 | 77.5 | 36483473.98 |
| 2 | 80.0 | 41222891.54 |

## Possibility 2: This is person always earn in USD so the discount rate will follow the US interest rate. As US has a stable financial system, the long run interest rate is stable. By the latest FOMC Projection in Sep, the median netural interest rate is 2.9%.

In [13]:
```python
# Updating the discount rate to use the US longer-term interest rate of 2.9%
us_long_term_discount_rate = 2.9 / 100  # Convert percentage to decimal
```

```python
# Define function to compute PV of lifetime earnings with a fixed 2.9% discount rate (no adjus
def present_value_with_fixed_us_rate(initial_salary, start_year, end_year, wage_growth_rate, d
    pv = 0
    salary = initial_salary
    for year in range(start_year, end_year + 1):
        salary *= (1 + wage_growth_rate)  # Grow salary each year
        pv += salary / ((1 + discount_rate) ** (year - start_year))  # Discount to present val
    return pv

# Recalculate PV of earnings from 1995 to each end age with a constant US discount rate of 2.9
lifetime_earnings_us_rate_no_adjustment = [
    present_value_with_fixed_us_rate(initial_salary, start_year, int(end_year), initial_wage_g
    for end_year in [dob + age for age in end_years]
]

# Round the results for clarity
rounded_lifetime_earnings_us_rate_no_adjustment = [round(num, 2) for num in lifetime_earnings_
```

In [14]:

```python
data3 = {
    "working_until_age": end_years,
    "value_in_2024_lifetime_earnings_us_discount": rounded_lifetime_earnings_us_rate_no_adjust
}

lifetime_earnings_us_discount_df = pd.DataFrame(data3)
```

In [15]:

```python
lifetime_earnings_us_discount_df
```

Out[15]:

|   | working_until_age | value_in_2024_lifetime_earnings_us_discount |
|---|---|---|
| 0 | 73.5 | 13061552.26 |
| 1 | 77.5 | 14270712.38 |
| 2 | 80.0 | 15199409.39 |