IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso |

## JOINT STATUS REPORT

On October 16, 2023, the Court granted in part Boeing's motion to exclude evidence pertaining to liability and punitive damages. *See* ECFs 1596, 1732. Boeing's practice since then has been to file a new motion before each trial setting identifying anticipated trial testimony, based on depositions, that Boeing believed was contrary to the Court's ruling and requesting that the Court confirm the applicability of its prior ruling to that testimony. *See* ECFs 1793, 1861, 2282. Plaintiffs' position has been that "this issue is best addressed in the context of deposition designations." ECF 2299.

Boeing has also previously moved to exclude anticipated trial testimony about non-beneficiaries' mental suffering and lost financial support (*see* ECFs 1729, 1864) and raised the concern that the deposition designation and objection process could prove inadequate in resolving disputes in cases where more witnesses were expected to testify at trial live. Oct. 16, 2023 Hr'g Tr. at 40:4–7. The Court has denied those motions without prejudice on the basis that while there was no real dispute as to the law, the parties are expected to "prepare their witnesses accordingly" and could identify and raise any specific disputes in the context of deposition designations and objections. *Id*. at 42:19–43:5.

The parties have conferred on this issue and, in the interest of reducing motion practice, have agreed to address any specific disputes about trial testimony relating to liability and punitive damages in the context of deposition designations and objections, in the same way that the parties are addressing any disputes over testimony about non-beneficiary mental suffering and lost financial support. Boeing is not waiving any objections to this trial testimony by departing from its prior practice of filing a new motion. Plaintiffs understand that the Court's prior rulings govern this issue moving forward and will prepare their witnesses to avoid any unintentional violations of the Court's rulings with respect to these matters.

Dated: March 26, 2025

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Robert A. Clifford | Dan K. Webb |
| *rac@cliffordlaw.com* | dwebb@winston.com |
| Kevin P. Durkin | Linda T. Coberly |
| *kpd@cliffordlaw.com* | lcoberly@winston.com |
| Tracy A. Brammeier | Christopher B. Essig |
| *tab@cliffordlaw.com* | cessig@winston.com |
| John V. Kalantzis | Julia M. Johnson |
| *jvk@cliffordlaw.com* | jmjohnson@winston.com |
| CLIFFORD LAW OFFICES, P C. | **Winston & Strawn LLP** |
| 120 N. LaSalle Street | 35 West Wacker Drive |
| 36th Floor | Chicago, Illinois 60601-9703 |
| Chicago, Illinois 60602 | Phone: (312) 558-5600 |
| (312) 899-9090 | |
| **Attorneys for Plaintiffs** | Sandra A. Edwards |
| | sedwards@winston.com |
| | **Winston & Strawn LLP** |
| | 101 California Street |
| | 35th Floor |
| | San Francisco, CA 94111-5840 |
| | Phone: (415) 591-1000 |
| | |
| | Christopher M. Ledford |
| | CLedford@perkinscoie.com |
| | Mack H. Shultz |
| | MShultz@perkinscoie.com |
| | **Perkins Coie LLP** |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, Washington 98101-3099 |
| | Phone: (206) 359-8000 |
| | Fax: (206) 359-9000 |
| | |
| | Jon R. Buck |
| | JBuck@perkinscoie.com |
| | **Perkins Coie LLP** |
| | 131 S. Dearborn, Suite 1700 |
| | Chicago, Illinois 60603-5559 |
| | Phone: (312) 324-8400 |
| | Fax: (312) 324-9400 |
| | **Attorneys for The Boeing Company** |