## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| 9 | Excerpts of Jan. 30, 2025 Dr. Tonya Phillips Deposition |