**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Helena Yonatan Zerihun, et al.
                       Plaintiff,

v.                                          Case No.: 1:19–cv–02170
                                                  Honorable Jorge L. Alonso

Boeing Co., The, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Pretrial conference held. The Court makes the following ruling on the parties' motions: [2396] is denied as moot; [2397] is denied as moot; [2398] is denied as moot; [2399] is granted; [2400] is denied as moot; [2401] is denied as moot; [2402] is granted; [2403] is granted; [2407] is denied; [2410] is denied; [2411] is denied ; [2412] is granted; [2413] is denied; [2414] is denied; [2415] is denied; [2416] is denied; [2417] is granted; [2418] is denied; [2419] is granted; [2420] is granted; [2426] is denied ; [2427] is denied; [2463] is withdrawn; [2498] is granted. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.