| PTO Exchange Schedule | | |
|---|---|---|
| **Event** | **Initial Date/Exchange** | **Response/Objections** |
| Deadline to complete fact witness depositions | February 14, 2025 | |
| Deadline to complete case specific expert depositions | February 14, 2025 | |
| Parties exchange Deposition Designations (Item 2(f)) | Plaintiffs to provide designations by January 17, 2025 for depositions taken by that date<br><br>For all depositions taken after January 17, 2025, Plaintiffs shall provide designations within 3 business days of receipt of the final transcript | Boeing shall make designations and objections by February 7, 2025 for all designations received on or before January 17, 2025.<br><br>For all depositions taken after January 17, 2025, Boeing shall provide designations/objections by February 7 so long as Plaintiffs' initial designations were sent on or before January 31, 2025. For all designations sent after January 31, 2025, Boeing shall designate/object within 5 business days of receiving the initial designations<br><br>Plaintiffs to make any cross designations by February 21, 2025 for all Boeing designations received on or before February 7, 2025.<br><br>For all Boeing designations received after February 7, 2025, Plaintiffs shall designate/object within 2 business days of receipt of Boeing's designations and objections.<br><br>***Parties reserve right to play testimony designated by either side*** |
| Parties exchange Exhibit/Demonstrative Lists (Item 2(c)) (not including powerpoints that simply summarize evidence/testimony) | February 7, 2025 (exhibits & demonstratives) | February 18, 2025 (exhibits & demonstratives) |
| Plaintiffs provide Draft PTO Shell, Statement of Uncontested Facts (Item 2(a)), Description of the Case for Jury (Item 2(b)) | February 6, 2025 (Plaintiffs) | February 13, 2025 (Boeing) |
| Parties exchange Proposed Jury Instructions, Verdict Forms, and Special | February 7, 2025 | By February 14, 2025 (Parties M&C re agreed or contested aspects of Jury Instructions, Verdict Forms, and Special Interrogatories) |



| | | |
|---|---|---|
| Interrogatories (Item(h)(ii)) | | |
| Parties exchange Witness Lists (Item 2(d)) and Statements/Stipulations Regarding Expert Qualifications (Item 2(e)) | February 18, 2025 | February 25, 2025 (Parties exchange objections to Witness Lists/Statements of Expert Qualifications (if any)) |
| Parties provide the following for Inclusion in the PTO:<br>• Itemized Statement of Damages (Item 2(g))<br>• ~~Trial Brief (Item 2(h)(i))~~<br>• Voir Dire Questions (Item 2(h)(iii)<br>• Statement that discovery is complete (Item 2(i))<br>• Motions in Limine (Item 2(j))<br>• Statement of Contested Issues of Law and Fact (Item 2(k))<br>• Waivers of any abandoned claim or defense (Item 2(1)) | February 24, 2025 | Note: struck the trial brief since Judge Alonso did not require one for the March/June/November 2023 PTO |
| Final PTO Submitted | March 3, 2025 | N/A |
| Parties file Motions in Limine (including *Daubert* motions) | March 3, 2025 | Exchange Motions in Limine by February 26, 2025<br>M&C re Motions in Limine: by March 3, 2025<br>Responses due March 17, 2025<br>Replies to Daubert motions due March 24, 2025 |