**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Helena Yonatan Zerihun, et al.
                               Plaintiff,

v.                                            Case No.: 1:19–cv–02170
                                                   Honorable Jorge L. Alonso

Boeing Co., The, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Jury trial previously set for 4/3/25 is vacated as the parties report they have reached tentative resolutions in the cases scheduled for trial. Status hearing held and continued to 5/7/25 at 9:00 a.m. Defendant Boeing's Motion for summary judgment on economic damages in Lewis [2506] and Plaintiff Lewis' Motion to strike Boeing's motion for summary judgment on economic damages in Lewis [2510] are denied as moot. Motion hearing date of 4/8/25 is stricken. Pretrial conference set for 6/11/25 at 10:00 a.m. The parties are directed to file a joint status report by 5/2/25. The parties are directed to submit a proposed order regarding mediation. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.