```
 1                    IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   IN RE:  ETHIOPIAN AIRLINES        ) Lead Case No. 19 CV 2170
     FLIGHT ET 302 CRASH               )
 4                                      )
                                        )
 5                                      ) Chicago, Illinois
                                        ) April 7, 2025
 6                                      ) 8:55 a.m.

 7
                    TRANSCRIPT OF PROCEEDINGS - STATUS HEARING
 8                   BEFORE THE HONORABLE JORGE L. ALONSO

 9
     APPEARANCES:
10
     For Plaintiffs:          CLIFFORD LAW OFFICES, P.C.
11                            BY: MR. ROBERT A. CLIFFORD
                                  MR. KEVIN P. DURKIN
12                                MR. JOHN V. KALANTZIS
                                  MS. TRACY A. BRAMMEIER
13                            120 North LaSalle Street, Suite 3600
                              Chicago, Illinois 60602
14

15   For Plaintiff           ROMANUCCI & BLANDIN, LLC
     Estate of Lewis:        BY: MR. ANTONIO M. ROMANUCCI
16                                MR. PATRICK J. DRISCOLL (via phone)
                                  MS. MICHELLE DiSILVESTRO (via phone)
17                            321 North Clark Street, Suite 900
                              Chicago, Illinois 60654
18

19   For Plaintiff           MARK LINDQUIST LAW
     Estate of Belanger:     BY:  MR. MARK LINDQUIST
20                            100 South 9th Street
                              Tacoma, Washington 98402
21
                              BARTLETT CHEN, LLC
22                            BY:  MR. AUSTIN BARTLETT
                              77 West Wacker Drive, Suite 4500
23                            Chicago, Illinois 60601

24

25
```

```
1    APPEARANCES (Cont'd):

2    For Certain              KLINE & SPECTER, PC
     Plaintiffs:              BY:  MS. ELIZABETH CRAWFORD (via phone)
3                             1525 Locust Street
                              Philadelphia, Pennsylvania 19102
4

5    For Defendant:           WINSTON & STRAWN LLP
                              BY: MR. DAN WEBB
6                                 MS. SANDRA EDWARDS
                              35 West Wacker Drive
7                             Chicago, Illinois 60601

8

     Court Reporter:          ANGIE PHIPPS, RMR, CRR, FCRR
9                             Official Court Reporter
                              219 S. Dearborn Street, Room 1902
10                            Chicago, Illinois 60604
                              312.818.6683
11                            angela_adessophipps@ilnd.uscourts.gov

12

13

14

15

16

17

18

19

20

21

22                                  *  *  *

23                     PROCEEDINGS REPORTED BY STENOTYPE
            TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
24

25
```

1          (Proceedings heard in open court:)

2                THE CLERK:  All rise.

3                THE COURT:  Thank you.  Be seated, please.

4                THE CLERK:  United States District Court for the

5     Northern District of Illinois is now in session.  The Honorable

6     Jorge Alonso presiding.

7                Case 19 CV 2170.  In re:  Ethiopian Airlines.

8                THE COURT:  All right.  Good morning.  We are here in

9     court.  Let's have the attorneys identify themselves for the

10    record.  Mr. Clifford.

11               MR. CLIFFORD:  Yes.  Thank you, Your Honor.  Good

12    morning.

13               Robert Clifford on behalf of the plaintiffs, along

14    with Tracy Brammeier, of Clifford Law, Kevin Durkin of Clifford

15    Law, John Kalantzis of Clifford Law, Mr. Antonio Romanucci of

16    Romanucci & Blandin, Mr. Austin Bartlett, and Mr. Mark

17    Lindquist on behalf of the Estate of Belanger, Mr. Romanucci

18    here on behalf of the Estate of Lewis, and we're all together.

19               THE COURT:  Mr. Webb.

20               MR. WEBB:  Yes, Your Honor.  On behalf of Boeing, from

21    Winston & Strawn, Dan Webb and Sandra Edwards at counsel table.

22    I don't know if anyone else is on the line.

23               THE COURT:  All right.  Any other counsel present for

24    the defense?

25          (No response.)

1            All right.  We're set for trial today --

2            MR. CLIFFORD:  Your Honor, may I add -- not to

3    interrupt -- there might have been some counsel for plaintiff

4    on the line.  I'm not aware of that, but I think the

5    possibility exists.

6            THE COURT:  All right.  Any other counsels that want

7    their name on the record?

8            MR. DRISCOLL:  Your Honor, if I may, Michelle

9    DiSilvestro and Patrick Driscoll from Romanucci & Blandin.

10           MS. CRAWFORD:  And Elizabeth Crawford here from the

11   law firm of Kline & Specter.

12           THE COURT:  Ms. Crawford is present as well.

13           We were set for trial today.  The parties were kind

14   enough to notify me last night that the two remaining cases,

15   the Belanger case and the Lewis case, the parties had reached a

16   settlement.

17           So I'm going to vacate the jury trial.  I'm also going

18   to deny the two motions that are pending on the Lewis case.  I

19   believe they're noticed for tomorrow.  They are both denied as

20   moot.  I've got computer issues, so I don't have the numbers,

21   but they're both going to be denied as moot.

22           A couple of issues that I would like to bring up

23   regarding the next round while these issues are still fresh.

24           Question number 52 on the questionnaire asks the

25   venire whether they know any of the plaintiffs, anyone

1    affiliated with Boeing, or any of the lawyers here or their

2    firms.  I'm going to ask the parties to revisit that question

3    or part of that question because when the venire is filling out

4    this questionnaire, they will have not met the lawyers yet,

5    okay?

6           And a related issue, the parties submitted the

7    preliminary instructions, which are based on Illinois, and a

8    section of the preliminary instructions dealt with the jury

9    asking questions.  So I am not going to invite the jury to ask

10   questions.  I won't tell them they can't, but I'm not going to

11   invite them to ask questions.  If someone feels they have an

12   interest in that, they can file a motion; but, otherwise, I'd

13   ask you to revisit for the next round the preliminary

14   instructions to remove multiple paragraphs that address the

15   process by which the jury can ask questions.

16          Any strong feelings about that right now?

17          MR. DURKIN:  No, Judge.  I have one question, Judge,

18   if you don't mind.  Kevin Durkin.

19          You say you normally don't give preliminary

20   instructions.  Did I catch --

21          THE COURT:  No.  I do.  That was a misunderstanding.

22   I thought that counsel was talking about instructing the jury

23   before closing arguments and then again after closing.

24          MR. DURKIN:  I misunderstood, Your Honor.

25          THE COURT:  Of course, I give preliminary

1     instructions, yeah.

2           All right.  I don't know how productive we can be

3     today.  I will set a pretrial conference date for the next

4     trial, the Njoroge trial.

5           MR. CLIFFORD:  Can we be heard on that?

6           THE COURT:  Sure.

7           MR. CLIFFORD:  With your permission, Judge, throughout

8     the weekend, we, of course, spent a lot of time with one

9     another.  And with this setting, we got as far and to the point

10    where we exchanged decks on opening statements.

11          And a number of observations for the Court from the

12    plaintiffs' perspective.

13          We think that the Court -- we would ask you to

14    consider -- and this would be after a meet and confer with

15    Boeing, but it's the plaintiffs' view that the pretrial order

16    needs to be adjusted because the mechanics of addressing what

17    will be objections to the opening presentations are such that,

18    if we had not resolved last night as we did at 10:00, we would

19    be here this morning not only dealing with the juror

20    questionnaires, but then asking you to resolve some pretty

21    meaty questions that are going to come up with regard to the

22    opening statement PowerPoint decks, and couple that with

23    ultimately reconciling any deposition designation disputes.

24          And the point being that we think there's just too

25    much baked in to dump on the Court the morning of trial and

1     that there's got to be a better way.

2          And what we would at least float with you is the idea

3     of the next pretrial conference being the week of June 14. The

4     next trial setting is July 14. Thereafter, you had

5     November 3 -- and I'll get to that in a moment.

6          But we think that, if you met with us the week of

7     June 14 -- I'm throwing that out; I haven't discussed that with

8     counsel yet -- that would give Your Honor an opportunity, now

9     that we know their deck isn't going to change a lot -- right?

10     The next setting is for one case only. But the core of what

11     both sides are likely to want to say during opening isn't going

12     to change all that substantially.

13          So we can talk about these things, and Your Honor can

14     give us direction. Maybe even you want to have us call out --

15     you know, now we've been doing it for so many years. We all

16     have a record from the transcripts of -- we have a "dos and

17     don'ts" list we try to keep.

18          So there are topics that you've addressed before that,

19     we think, it would be beneficial to the Court, certainly to us,

20     to review those things in the context of these decks.

21          So we're asking, first, that you would consider an

22     earlier pretrial conference a couple weeks in advance of the

23     actual trial. That will give us an opportunity to then do a

24     better job at what we need to do.

25          So that's part one.

1    Part two is, if you take the next July setting aside,

2    the cases for November that are set for November 3, there's no

3    plan for -- like, if we had gone to trial with Dieci and

4    Belanger and Lewis and Seex didn't settle, there's no plan in

5    place for what you would have done.

6    I know you had been thinking about this because you

7    kind of mused about it at one time, you know, what are you

8    going to do with Lewis and Seex if they had not settled, you

9    know, when are they in the cue of things.

10   So what the plaintiffs are here to advocate today is

11   that you order mediation in the remaining cases, all of them,

12   and you order it to occur before June 14th, so that when we

13   come to you in June, we will have had an opportunity to work

14   with Judge O'Connell on all these remaining cases to see where

15   we're at, and that might help inform us about how to deal with

16   the rest of the cases come November.

17   And we really don't think it's -- we don't think it's

18   best to wait until we're here next time for the next setting to

19   start talking more concretely about November.  Maybe some cases

20   could have been resolved.

21   And I know Ms. Crawford is on the line today.  I'm

22   told that she's here to ask that the Stumo case be included in

23   the November settings.  We don't know that that's -- we think

24   there are some issues there with instructions and the like, but

25   that's a whole other thing.  But the point being, if we're

1    going to try to clean it all up and tie our shoes and get it

2    done, we're asking that you consider getting us together with

3    you in the middle of June so that we can get more substantive

4    on all these remaining issues of the day.

5              THE COURT:  Right.  Of course, the earlier pretrial

6    conference date means that we can't compress what I've got to

7    consider ahead of the pretrial conference.  Right?  We have

8    been in a situation where the parties are really pushing the

9    Court in terms of how much time I've got to consider the meaty

10   motions that are filed, so it's going to push all that up.

11             MR. CLIFFORD:  We're trying to give you more time.

12             THE COURT:  Right, which means less time for you guys.

13             MR. CLIFFORD:  See, that's the whole beauty of it.  At

14   this juncture, okay?  Like the issues that we saw over the last

15   weekend have been kind of a recurrence from what we see now in

16   November.  There are some new and different issues, no doubt

17   about it.

18             THE COURT:  Sure.

19             MR. CLIFFORD:  Especially when we both exchanged these

20   opening statement decks last night, a lot of issues flowed from

21   that.

22             THE COURT:  Right.  No doubt you will come up with

23   some issues.  I'm speaking to both sides here.  There will be

24   issues that continue to come up and recurring issues.

25             MR. WEBB:  Let me try to address part one and part

1    two, I think, Mr. Clifford just set forth.

2           Part one is that he wants to move up the pretrial

3    conference, and that's because the parties exchanged opening

4    statement slides, and we haven't really had what I would call a

5    meaningful meet and confer.  There are objections on both

6    sides.  They were going to be presented to Your Honor over the

7    next day or so.  That's a given.  So we haven't even had a

8    meaningful meet and confer.

9           We do have some objections to their slides, and they

10   have some objections to ours, although I face that in every

11   major commercial case I've ever tried.  There's nothing

12   terribly unusual about that or astounding.

13          I'm also willing to have more meet and confers on the

14   opening statement exhibits.  I think having more discussions

15   about that would be good for the parties.

16          But whether that means that you need to move up -- the

17   way you're doing your pretrial conferences, which is shortly

18   before the trial, gives us a chance to file all the motions,

19   get everything in front of you for a chance for you to have

20   time to review it and then you come to the bench as you did

21   last week on Wednesday, and in my judgment very efficiently

22   went through everything and resolved things.

23          So moving the pretrial conference up until mid-June or

24   sometime really doesn't make any sense to me.  On the other

25   hand, I am very willing to spend time -- we are very willing to

1    spend time with the plaintiffs in working through the -- this

2    is the first time that opening statement slides have been

3    disclosed.

4           There are many questions that came up yesterday in the

5    heat of trial preparation, which I view as a good thing because

6    now we have time to talk about those opening statement issues.

7           At some point, we may bring those to you before the

8    final pretrial conference, but whether it should be June 4th or

9    whatever, I don't think we need to set a date yet.  I think the

10   parties should agree to meet and confer on opening statement

11   and work through those.

12          And there may be more than one meet and confer.

13   There's a lot going on in those -- I'm not going to bore you

14   with it now.  There's a lot going on there.

15          And then we'll decide when to try to notice up

16   something in front of you, if that's okay with you, to resolve

17   opening statement slides before you get down to the final

18   pretrial conference.  I'm okay with that, but I don't think we

19   need to set a date today.  That's number one.

20          Number two, Mr. Clifford acts like we're having a

21   November 3rd trial, and he's forgotten that I've told you on

22   two different occasions we've had hearings and I've explained

23   that I have already set a November 3rd trial involving the

24   coach of Northwestern, Mr. Fitzgerald.

25          It has gotten a lot of attention.  That case is

1    scheduled to go to trial.  It's a huge issue whether he'll ever

2    coach again in the Big Ten.  It's not a small issue.  I think

3    it's up this week in front of the Chief Judge of the Circuit

4    Court of Cook County.

5            So right now, if something changes on that trial date,

6    I promised you -- I told you I would come and tell you, but

7    nothing has changed on that trial date.  That trial date is

8    still set.  It's a big deal.  That trial has been set for quite

9    some time; and if it goes to trial, then I will be on trial on

10   November 3rd.

11           But I still promise you I will -- and I'll go to

12   Mr. Clifford too and tell him if anything changes on that

13   trial, but that's the status of November 3rd as of right now.

14           So that's my response to those two issues.

15           MR. CLIFFORD:  If I may, Your Honor, the idea of there

16   being something wrong with giving you more time to address some

17   of these issues, like starting on June 14 as opposed to

18   crunching them on you right after the 4th of July issues, makes

19   zero sense to me, and that's why we're bringing it up in that

20   regard.

21           And, as I say, the idea of the parties being forced to

22   come to you a bit earlier, we think, gives the Court ample

23   time.  There are going to be a couple of meaty issues you might

24   even want briefing on.

25           Secondly, with all due respect to the coach, okay?

1    These families -- 157 people lost their lives.  The remaining

2    cases are families who have been waiting -- by then, it will be

3    six and a half years.  I don't know when this case was set for

4    the coach; and with all due respect, we don't care.  That's for

5    you to decide.

6         We're not deferring to the coach at Northwestern.  Let

7    them wait their turn.  These families have been waiting all

8    this time.  And for him to say, okay, oh, because of this coach

9    who may never coach again, well, we have people who have never

10    said goodbye to their loved ones and think about that every

11    day, and they won't be saying goodbye to their loved ones on

12    November 3rd.  We don't even know when that case was set, not

13    that that really matters, either.

14         Let Boeing get another lawyer, with all due respect to

15    my pal Dan Webb.  These families are here and would like a

16    resolution of their case, and they shouldn't be put off

17    because -- he doesn't even say, "By the way, Judge, I've got

18    this monster case set for this coach from Northwestern, and

19    it's going to interfere with the November trial setting.  I

20    think I'll be done by the 10th.  How about we talk about the

21    11th?"  They're not even talking about that.  They want to kick

22    it to the next year, the seventh year, and that's not right,

23    Judge.

24         MR. WEBB:  Your Honor, every time I hear Mr. Clifford

25    give his little speech, he does the same thing every time.

1  He's forgetting -- maybe he's got amnesia -- that this has been

2  discussed on two occasions.

3          MR. CLIFFORD:  Yes, by you.

4          MR. WEBB:  Let me finish.

5          That's a preexisting trial that's been set for some

6  time.  I can come in and give you the exact history on it,

7  okay?  And I think there's a hearing this week on it, and I'm

8  happy to give everyone an update on it.

9          But I just raise it today, as I have in the past,

10  because I don't think it can be ignored, or maybe Mr. -- some

11  day we should just try a case without Mr. Clifford and his

12  clients here.  I mean, look, that's a silly --

13          MR. CLIFFORD:  If I got hit by a bus this morning and

14  died, the case would have gone to trial tomorrow morning.  I

15  assure you of that.

16          MR. WEBB:  In any event, I think we're getting off on

17  a -- I'd respectfully ask for the chance to update the Court on

18  the November 3rd trial after events occur this week, and I'll

19  do so.

20          But I've raised it on prior occasions, and I'll keep

21  the Court completely -- and Mr. Clifford -- completely up to

22  speed on that issue.

23          THE COURT:  Okay.  We are still -- what is it --

24  seven months out on that issue.  Mr. Webb, if you could

25  communicate to the judge on the coach's case that we are keen

1   to reserve a trial date beginning November 3rd, to see if

2   there's some flexibility there, because we're seven months out,

3   I would appreciate it.

4           I'm not sure how we settled on that date.  It seems

5   like not kicking it another couple of weeks or three weeks

6   might have been counterproductive, but that's the week that

7   I've identified.  If you could communicate that, because it's

8   early, respectfully, to the judge.  And based on the logistics

9   here, I assume that some plans have begun to be made here in

10  terms of travel, et cetera.

11          MR. CLIFFORD:  Precisely.  We've got visa issues, all

12  that.

13          THE COURT:  And this next round of trial will

14  include much -- is much more of an international feel to it,

15  correct?

16          MR. CLIFFORD:  Yes, sir.  Your Honor, may I ask a

17  related question to that, too --

18          THE COURT:  Yes.

19          MR. CLIFFORD:  -- and give you some time to speak to

20  it, again, kind of analogous to what I described a moment ago

21  if the two cases had not settled.

22          So we've got -- is it, Tracy, six cases, eight?  How

23  many cases?

24          MS. BRAMMEIER:  There are six cases that have accepted

25  the stipulation.

1    MR. CLIFFORD:  Six cases, not including Stumo, Babu,

2  and the family with the ten.  Okay?  So you put those aside for

3  a moment.  So if there are six cases, including, for an

4  example, Mr. Marks' client, and then now they want to talk

5  about those trials, what happens if those cases don't settle?

6  What follows in terms of the Court's thinking?

7    The families are asking us to bring that up with you,

8  which is one of the reasons why I said order the mediation so

9  that at least we can start seeing where we're at on these

10  things.

11    THE COURT:  Right.  Well, in this case -- right?  Had

12  Dieci gone, had Belanger gone -- I forget the order -- yes.

13  Had Belanger and Dieci gone --

14    MR. CLIFFORD:  Right.

15    THE COURT:  -- out of fairness, Lewis and Seex, had

16  they not settled, would have been on the next trial, and they

17  would have been the lead cases.

18    MR. CLIFFORD:  Right.  So they would have been the

19  first in November, if it is November.

20    THE COURT:  Right.

21    MR. CLIFFORD:  But then what happens to those other

22  cases after that?  We're asking you to --

23    THE COURT:  They move up.  Right, Mr. Webb?

24    MR. CLIFFORD:  No, no, in terms of timing.  Like, is

25  it December?  Is it January?  Do you see what I'm saying?

1      THE COURT:  It would be the next setting, right?

2   After Njoroge.

3      MR. CLIFFORD:  Well, the next setting after Njoroge

4   is -- well, here.  As far as we --

5      THE COURT:  But that didn't happen.  They all did

6   settle, so I'm hoping that we are on track to get to every

7   single case except for the cases that we cannot set.

8   Ms. Crawford says we can set Stumo.  We have the two cases that

9   may or may not be one case.

10      MR. CLIFFORD:  Judge, I'm --

11      THE COURT:  We have the Babu case, which cannot

12   be set.

13      MR. CLIFFORD:  Judge, forgive me.  I'm not being clear

14   enough.  We have six cases in November that, as far as we

15   understand it, those are the set cases.

16      MR. WEBB:  I don't think that's right.  I don't think

17   that's correct.

18      MR. CLIFFORD:  Not Stumo, not -- well, this is why

19   we're talking about it.

20      As far as the plaintiffs and the PEC believe, you have

21   six cases that are set for November 3 that do not include Babu

22   and Stumo and the case of the ten that could be two different

23   cases.  And that includes Ghazi, Nasrudin Mohammed --

24      THE COURT:  I see five.

25      MR. CLIFFORD:  Ndivo.

1          Tracy, is it five or six?

2          THE COURT:  Ms. Brammeier, I see five.  I see

3    Abdulkadir.  I see Garg, Ghazi, Ndivo -- sorry, Ms. Court

4    reporter -- and Ryan.

5          MS. BRAMMEIER:  Right.  And then there's a case -- I

6    believe it's Abdalla -- which is currently the subject of a

7    dispute between Mr. Wisner and the Podhurst firm.

8          THE COURT:  Right.  So that would add Abdalla and

9    Chafi.

10         MS. BRAMMEIER:  Chafi.  Yes.  I'm sorry.

11         THE COURT:  So that would be six.

12         MS. BRAMMEIER:  That would be six cases that have

13   accepted the stipulation that we believe would be up for the

14   November 3rd trial setting.

15         And then in addition to those six cases, we have the

16   Stumo case and the Babu case.  And then, finally, we have the

17   case for the Vaidya-Dixit family, which has not been set.

18         THE COURT:  Right.

19         MR. CLIFFORD:  And as far as the plaintiffs are

20   concerned, those five or six cases, whichever it is, because I

21   know you're doing motion practice on the 6th, those five cases

22   are the cases for November 3 and -- and I think we're about to

23   be told that that's not what Boeing thinks, and so we are --

24         THE COURT:  Putting aside the date issue.

25         MR. CLIFFORD:  Yes.  Putting aside the date issue --

1          THE COURT:  Right.

2          MR. CLIFFORD:  -- those are the cases.  I don't see

3   how it could be otherwise.

4          MR. WEBB:  All I said is there has not been any of

5   those cases set for trial right now for November 3rd.

6          THE COURT:  Correct.

7          MR. WEBB:  And there's a huge issue on November 3rd

8   which I've told you I'm going to come back and report to

9   you on.

10          THE COURT:  Right.

11          MR. WEBB:  We're not going to debate -- we're not

12   disagreeing with having cases set for trial for another trial,

13   and if, by the way --

14          MR. CLIFFORD:  In what calendar year?

15          MR. WEBB:  On November 3rd.

16          MR. CLIFFORD:  Right.

17          MR. WEBB:  If I deal effectively with the Fitzgerald

18   case, but that's ongoing right now.

19          THE COURT:  Forgetting about the date, right.

20          MR. WEBB:  But whatever the date is, I'm not

21   disagreeing that there's a lineup of cases that could be set

22   down for trial.  I think it's five or six cases.  Julia Johnson

23   is not here, and I don't have them in front of me.  But I

24   believe there are five or six cases that would be set or

25   considered to be set for the four cases that -- you normally

1    set four cases for trial with two cases and two backups, is

2    what we had been doing.

3              THE COURT:  Didn't we begin by setting six?

4              MS. BRAMMEIER:  In the very first trial, we had eight.

5    After that, the following three trials, each had six.  This

6    case just now, of course, had four.

7              THE COURT:  The case became five because there was an

8    early settlement.

9              MS. BRAMMEIER:  Exactly.  And so I think the

10   plaintiffs have been operating on the assumption that, because

11   there are six cases remaining that have accepted the

12   stipulation, those six cases would be the ones that are set for

13   November 3rd.  I think we're now hearing Boeing has not been

14   operating on that same assumption.

15             MR. CLIFFORD:  And if Boeing doesn't operate on that

16   assumption, they should come and tell you about that because

17   these families are entitled to have these things over, Judge.

18             THE COURT:  All right.  Mr. Webb, you were saying?

19             MR. WEBB:  What I was just saying is that I -- I don't

20   object to a lineup of cases.  I do believe -- I've got to go

21   back and look at the transcript.  I think there was an argument

22   in front of you some time ago where there was basically an

23   agreement that it's going to be very hard for a jury to

24   consider three cases in the same trial, that it's just going to

25   be -- just getting ready for this last trial, the complexities

1    of trying two of these cases together is great, okay?

2         So I have thought that -- whatever way you want to set

3    these six cases, we're not going to argue with you.  Okay?  But

4    I don't -- I think we will be objecting to having three cases

5    go to trial at one time.  How that gets sorted out --

6         MR. CLIFFORD:  We're not advocating that.  We're not

7    pushing that.

8         THE COURT:  2, 2, 2.

9         MR. CLIFFORD:  We're not advocating that.

10        MR. WEBB:  So how you set down the remaining --

11        THE COURT:  1A, 1B, 1C; 2A, 2B, 2C.

12        MR. CLIFFORD:  Yes.

13        MR. WEBB:  That's fine, Your Honor.  There's no issue

14   about that.

15        THE COURT:  So the issue remains, six plus one.  Six

16   plus Stumo, and Ms. Crawford is here, and she's willing to

17   set two.

18        Mr. Webb, what about Mr. Clifford's suggestion that I

19   order mediation?  Again, we're in year six, and I am

20   comfortable in knowing that whoever wanted to mediate the case,

21   whoever wanted to settle the case, has had ample opportunity to

22   do that.  I'm not sure what my order would add, but,

23   absolutely, if the parties are asking for a push in that

24   regard --

25        MR. WEBB:  I would ask you to enter that -- by the

1    way, let me say two things about that.  I would, one, ask you

2    to enter the order.  And, number two, without going into

3    details, everyone here in this courtroom right now would tell

4    you hats off to Judge O'Connell for an enormous amount of

5    effort over this last weekend.

6            Without going into any details, the reason we're

7    standing here this morning without a trial, I give enormous

8    credit to Judge O'Connell as well as to the parties, who did

9    work together very hard over the weekend to see what could be

10   done.

11           And so having Judge O'Connell mediate cases is a good

12   thing, and the sooner -- teeing those cases up for mediation is

13   a good thing.

14           MR. CLIFFORD:  And I completely -- the one time this

15   morning, I agree with Mr. Webb.

16           THE COURT:  All right.  Let's see if the parties can

17   agree to language.  I've entered the order, but it may be a

18   different order.  I've entered two orders in the past --

19           MR. CLIFFORD:  Right.

20           THE COURT:  -- along those lines.  But I would ask the

21   parties to confer, draft, submit to the proposed order box, and

22   I will enter the order.

23           MR. CLIFFORD:  Yes, sir.

24           MR. WEBB:  Yes, Your Honor.

25           THE COURT:  Pretrial conference date earlier rather

1    than later.  Again, the parties are telling me that we've got

2    closer to trial than ever before and that, therefore, the

3    parties have made progress that's going to streamline the

4    process, at least, between the parties going forward.

5         The parties are going to continue to confer regarding,

6    for example, the slides and the presentation at opening

7    statement.  So I'd ask the parties to continue to do that.

8         To Mr. Webb's point, that's a process that's just

9    beginning.  But Mr. Clifford is right; anything we can resolve

10   before the date of jury selection, obviously, is a good thing.

11        And, again, because we got closer -- or the parties

12   got closer to the case actually going, some progress was made

13   in that regard.

14        So anything that could be done to get things off, to

15   get things resolved before the morning of jury selection,

16   that's a good thing; and that, to me, means deposition

17   designations, disputes involving exhibits, and disputes

18   regarding this opening presentation.  So the more that's

19   resolved ahead of the morning of, the better, right?

20        MR. CLIFFORD:  Yes, sir.

21        MR. WEBB:  I agree with that.  And my speculation, or

22   projection, is that, because of the preparation that went into

23   this last trial, those three things you mentioned, which are

24   objections to exhibits, deposition designations, and opening

25   statement slides, could possibly be productive to set up

1    multiple hearings with Your Honor after we've done all our meet

2    and confers and then have everything teed up, probably file

3    briefs with Your Honor.  But then you're focused on those

4    issues before we get to the final pretrial conference.  It's

5    fine with me.  I don't have any objection to that.  And so

6    that's a good thing, and I think the parties can work to make

7    that happen.

8         THE COURT:  And it likely means two pretrial

9    conferences, which is not a bad thing.

10        The downside is, the earlier I turn to these issues,

11   the less efficient I'm being because then I'm dealing with

12   cases that may or may not go to trial.

13        MR. CLIFFORD:  Right.

14        THE COURT:  So if we have six cases set for trial,

15   last minute resolution means that I'm only actually addressing

16   issues that are relevant, that have not been mooted out.

17        MS. BRAMMEIER:  Except, of course, for this July.  It

18   is the case --

19        THE COURT:  One case.

20        MS. BRAMMEIER:  Correct.  So it's a little bit of a

21   different situation.

22        THE COURT:  Right.  That's true.

23        MR. CLIFFORD:  For this one case, it might be more

24   about the deck than anything.

25        THE COURT:  Okay.  I've got to figure out what the

1    "deck" means.

2            MS. BRAMMEIER:  PowerPoint.

3            MR. CLIFFORD:  That's for PowerPoint, deck.

4            THE COURT:  All right.  Okay.  The deck.

5            MR. CLIFFORD:  We all learned that.  I taught that to

6    Mr. Webb this weekend.

7            THE COURT:  All right.  So I will pick that date.

8    I've made those couple of observations regarding the

9    questionnaire, regarding the preliminary instructions.

10           Yes, I commend the parties for working together,

11   working hard.  I commend Judge O'Connell for his hard work,

12   including weekend work, and I will put the parties to work, not

13   only on the next trial, but also on trying to figure out what

14   makes sense going forward with the remaining cases.

15           We are close to setting all of the trials, except for

16   the Dixit family case for trial.  And with the ordered

17   mediation, hopefully we can get a couple of cases resolved that

18   don't have to be set for trial so that we can set everything

19   for trial.

20           Right now, the case that appears to be ineligible for

21   trial setting is the Babu case.  I'm going to hold off on that

22   case, see what the Seventh Circuit says about the order that

23   was entered regarding appointment of the guardian.

24           I'm aware of Judge O'Connell's recommendations.

25           Any preference between the parties as to the two

1   candidates, Judge Budzinski and Judge Hogan?

2          MR. CLIFFORD:  Judge Hogan and Judge Budzinski, they

3   both have deep experience with these very complex issues.

4          THE COURT:  I agree.

5          MR. WEBB:  We agree with that, as far as those two.

6          THE COURT:  Okay.  So no objection, if we get there,

7   to it being Judge Budzinski, if we get there?

8          MR. CLIFFORD:  No, no objection whatsoever.  Frankly,

9   given what has been said, I want to hesitate to be the one to

10  say a name.  You've seen some of the writings to which I

11  strongly object but --

12         THE COURT:  Right.

13         MR. CLIFFORD:  But I'll be quiet.

14         THE COURT:  Okay.  All right.  So, again, I will hold

15  off on that while the issue is being considered by the

16  Seventh Circuit, and I'll hold off on -- obviously, I've got

17  motions pending on this Abdalla and Chafi case, 3677 and 2348,

18  that may be fully briefed now or close to being fully briefed.

19         And, Ms. Crawford, anything today on the Stumo case,

20  anyone from Kline & Specter?

21         MS. CRAWFORD:  Yes, Your Honor.  I just wanted to

22  advise the Court that, you know, it's our position that the

23  Stumo case, the case can be lifted because Your Honor had

24  already ruled as to Boeing's motion to not contest liability,

25  and we do not plan to file an amended complaint.

1          THE COURT:  Okay.  So we will do our best to set

2   everyone who wants to be set for trial for trial.  We will talk

3   about, again, that date.

4          I'm going to set a pretrial conference date.  I'm not

5   sure that Mr. Clifford's suggestion works.  I've got a couple

6   of graduations coming up.

7          All right, Counsels.  How is June 11th for pretrial

8   conference on the Njoroge case and status on all of the other

9   cases.  And I direct the parties to file a joint status report,

10  a separate joint status report, not dealing with the Njoroge

11  case, dealing with the next round and settlement and trial

12  setting for the next round.

13         MR. CLIFFORD:  We will make the 11th work.  Yes, sir.

14         MR. WEBB:  Yes, Your Honor, for the 11th.

15         THE COURT:  Okay.  And that's two months out.  Do we

16  come back in 30 days?

17         MR. WEBB:  That's fine.

18         MR. CLIFFORD:  That will be great.

19         THE COURT:  All right.  So June 11th is the pretrial

20  conference date as well as the status hearing for all of the

21  cases, but I will set a court date in about 30 days for status,

22  direct the parties to file a joint status report, and the

23  parties should not be shy about pointing out that that can be

24  reset if it will not be productive.

25         MR. CLIFFORD:  Okay.

1          THE CLERK:  The next status hearing will be Wednesday,

2     May 7th at 9:00 a.m., and then the pretrial conference will be

3     Wednesday, June 11th at 10:00 a.m.

4          MR. CLIFFORD:  May 7th was at 9:00 a.m.?

5          THE CLERK:  Yes.

6          MR. WEBB:  That's for status?

7          THE COURT:  Yes.  Let's get a pretrial conference a

8     couple of days before that date -- I'm sorry -- a joint status

9     report at least three days before the May 7th date.  And I'll

10    await the submission of the order regarding mediation as to the

11    remaining cases.

12         Also, the length of the Njoroge trial, I do have a

13    vacation on July 25th, and the trial is slated for July 14th.

14    As the parties have alluded to, it is one trial.  Obviously,

15    complicated, but one case.

16         MS. BRAMMEIER:  I think we had set aside one week for

17    that trial.

18         MR. WEBB:  We set what?

19         MR. DURKIN:  Judge, it might be -- because you're

20    going to have the same common experts, I'm just thinking that

21    flexibility of one day may -- we're going to have the same four

22    experts we'd have at a two-week trial, and they'll have the

23    same one.  It might take six days.  Do you want us to confer

24    with you on that at the next status conference?  I'm just

25    thinking I can't see how we get all that done in five days.

1          THE COURT:  Right.  But that gives me plenty of time.

2          MR. DURKIN:  Okay, Judge.

3          MS. BRAMMEIER:  Judge, for the June 11th final

4    pretrial conference, when would you want the pretrial order for

5    that?  One week ahead of time or --

6          THE COURT:  The parties have worked well in the past

7    in terms of suggesting deadlines.  I think that's the way we've

8    proceeded in the past --

9          MS. BRAMMEIER:  Right.

10         THE COURT:  -- because there's so much on the plate.

11   The parties, again, have worked very well at suggesting those

12   deadlines.  I'd ask the parties to, again, confer and submit a

13   proposal.

14         MR. WEBB:  That's fine.

15         MS. BRAMMEIER:  Okay .

16         MR. WEBB:  That's fine.

17         THE COURT:  All right.  Anything else today,

18   Mr. Clifford?

19         MR. CLIFFORD:  I don't think so, sir.

20         THE COURT:  Mr. Webb, anything else today?

21         MR. WEBB:  No, Your Honor.

22         THE COURT:  Okay.  All right.  Thank you.  The next

23   court date is the May court date at 9:00, May 7th.

24         MR. CLIFFORD:  May 7th.

25         MR. WEBB:  May 7th.

1          THE COURT:  Thank you.

2          MR. CLIFFORD:  Thank you, sir.

3          MR. WEBB:  Thank you, Your Honor.

4          THE COURT:  One more thing, I'd like to return all

5    those boxes.

6       (Remote phone interruption involving unrelated case.)

7       (Discussion off the record.)

8          THE COURT:  Mr. Webb, have we done this in the past,

9    Mr. Clifford, where I return the many, many boxes?

10         MR. CLIFFORD:  You have, and Jennifer and someone from

11   Winston, they work out the shredding, and they'll put it in her

12   hands, and we'll take care of it.

13         THE COURT:  All right.  So I'll bring it back into the

14   courtroom?

15         MR. CLIFFORD:  Yes, sir.

16         MR. WEBB:  Yes.

17         THE COURT:  Thank you.

18         MR. CLIFFORD:  Thank you, Judge.

19         MR. WEBB:  Thank you, Your Honor.

20         (Concluded at 9:34 a.m.)

21                            *  *  *  *  *

22   I certify that the foregoing is a correct transcript of the
     record of proceedings in the above-entitled matter.
23
     _/s/ ANGIE PHIPPS_____          April 7, 2025
24   ANGIE PHIPPS, RMR, CRR, FCRR
     Official Court Reporter
25

MR.
CLIFFORD:
[53]
MR.
DURKIN:
[3]    5/17
5/24 28/19
MR. WEBB:
[30]
21/11
MS.
BRAMMEIER:
[12]
15/24 18/5
18/10
18/12 20/4
20/9 24/17
24/20 25/2
28/16 29/3
29/15
MS.
CRAWFORD:
[1]    26/21
THE CLERK:
[4]    3/2
3/4 28/1
28/5
THE COURT:
[68]

/
/s [1]
30/23

1
100 [1]
1/20
10:00 [2]
6/18 28/3
10th [1]
13/20
11th [7]
13/21 27/7
27/13
27/14
27/19 28/3
29/3
120 [1]
1/13
14 [4]    7/3
7/4 7/7
12/17
14th [2]
8/12 28/13
1525 [1]

2/3
157 [1]
13/1
19 [2]    1/3
3/7
1902 [1]
2/9
19102 [1]
2/3
1A [1]
21/11
1B [1]
21/11
1C [1]
21/11

2
2025 [2]
1/5 30/23
2170 [2]
1/3 3/7
219 [1]
2/9
2348 [1]
26/17
25th [1]
28/13
2A [1]
21/11
2B [1]
21/11
2C [1]
21/11

3
30 [2]
27/16
27/21
302 [1]
1/3
312.818.668
3 [1]    2/10
321 [1]
1/17
35 [1]    2/6
3600 [1]
1/13
3677 [1]
26/17
3rd [12]
11/21
11/23
12/10
12/13
13/12

14/18 15/1
18/14 19/5
19/7 19/15
20/13

4
4500 [1]
1/22
4th [2]
11/8 12/18

5
52 [1]
4/24

6
60601 [2]
1/23 2/7
60602 [1]
1/13
60604 [1]
2/10
60654 [1]
1/17
6th [1]
18/21

7
77 [1]
1/22
7th [6]
28/2 28/4
28/9 29/23
29/24
29/25

8
8:55 [1]
1/6

9
900 [1]
1/17
98402 [1]
1/20
9:00 [3]
28/2 28/4
29/23
9:34 [1]
30/20
9th [1]
1/20

A
a.m [5]
1/6 28/2
28/3 28/4
30/20
Abdalla [3]
18/6 18/8
26/17
Abdulkadir
[1]    18/3
about [28]
above [1]
30/22
above-entit
led [1]
30/22
absolutely
[1]    21/23
accepted
[3]    15/24
18/13
20/11
acts [1]
11/20
actual [1]
7/23
actually
[2]    23/12
24/15
add [3]
4/2 18/8
21/22
addition
[1]    18/15
address [3]
5/14 9/25
12/16
addressed
[1]    7/18
addressing
[2]    6/16
24/15
adessohipp
s [1]    2/11
adjusted
[1]    6/16
advance [1]
7/22
advise [1]
26/22
advocate
[1]    8/10
advocating
[2]    21/6
21/9
affiliated
[1]    5/1
after [9]

5/23 6/14
12/18
14/18
16/22 17/2
17/3 20/5
24/1
again [11]
5/23 12/2
13/9 15/20
21/19 23/1
23/11
26/14 27/3
29/11
29/12
ago [2]
15/20
20/22
agree [6]
11/10
22/15
22/17
23/21 26/4
26/5
agreement
[1]    20/23
ahead [3]
9/7 23/19
29/5
AIDED [1]
2/23
AIRLINES
[2]    1/3
3/7
all [39]
alluded [1]
28/14
along [2]
3/13 22/20
ALONSO [2]
1/8 3/6
already [2]
11/23
26/24
also [4]
4/17 10/13
25/13
28/12
although
[1]    10/10
am [3]    5/9
10/25
21/19
amended [1]
26/25
amnesia [1]
14/1

amount [1]
22/4
ample [2]
12/22
21/21
analogous
[1]    15/20
angela [1]
2/11
ANGIE [3]
2/8 30/23
30/24
another [4]
6/9 13/14
15/5 19/12
ANTONIO [2]
1/15 3/15
any [12]
3/23 4/6
4/25 5/1
5/16 6/23
10/24
14/16 19/4
22/6 24/5
25/25
anyone [3]
3/22 4/25
26/20
anything
[7]    12/12
23/9 23/14
24/24
26/19
29/17
29/20
APPEARANCES
[2]    1/9
2/1
appears [1]
25/20
appointment
[1]    25/23
appreciate
[1]    15/3
April [2]
1/5 30/23
are [45]
argue [1]
21/3
argument
[1]    20/21
arguments
[1]    5/23
as [29]
aside [5]

**A**

aside...
  [5]  8/1
  16/2 18/24
  18/25
  28/16
ask [14]
  5/2 5/9
  5/11 5/13
  5/15 6/13
  8/22 14/17
  15/16
  21/25 22/1
  22/20 23/7
  29/12
asking [7]
  5/9 6/20
  7/21 9/2
  16/7 16/22
  21/23
asks [1]
  4/24
assume [1]
  15/9
assumption
  [3]  20/10
  20/14
  20/16
assure [1]
  14/15
astounding
  [1]  10/12
attention
  [1]  11/25
attorneys
  [1]  3/9
AUSTIN [2]
  1/22 3/16
await [1]
  28/10
aware [2]
  4/4 25/24

**B**

Babu [5]
  16/1 17/11
  17/21
  18/16
  25/21
back [4]
  19/8 20/21
  27/16
  30/13
backups [1]
  20/1

based [1]
  24/9
baked [1]
  6/25
BARTLETT
  [3]  1/21
  1/22 3/16
based [2]
  5/7 15/8
basically
  [1]  20/22
be [59]
be set [1]
  17/12
beauty [1]
  9/13
became [1]
  20/7
because
  [20]
been [23]
before [13]
  1/8 5/23
  7/18 8/12
  10/18 11/7
  11/17 23/2
  23/10
  23/15 24/4
  28/8 28/9
begin [1]
  20/3
beginning
  [2]  15/1
  23/9
begun [1]
  15/9
behalf [4]
  3/13 3/17
  3/18 3/20
being [10]
  6/24 7/3
  8/25 12/16
  12/21
  17/13
  24/11 26/7
  26/15
  26/18
Belanger
  [6]  1/19
  3/17 4/15
  8/4 16/12
  16/13
believe [6]
  4/19
  17/20 18/6

18/13
19/24
20/20
bench [1]
  10/20
beneficial
  [1]  7/19
best [2]
  8/18 27/1
better [3]
  7/1 7/24
  23/19
between [3]
  18/7 23/4
  25/25
big [2]
  12/2 12/8
bit [2]
  12/22
  24/20
BLANDIN [3]
  1/15 3/16
  4/9
Boeing [7]
  3/20 5/1
  6/15 13/14
  18/23
  20/13
  20/15
Boeing's
  [1]  26/24
bore [1]
  11/13
both [7]
  4/19 4/21
  7/11 9/19
  9/23 10/5
  26/3
box [1]
  22/21
boxes [2]
  30/5 30/9
BRAMMEIER
  [4]  1/12
  3/14 18/2
  29/9
briefed [2]
  26/18
  26/18
briefing
  [1]  12/24
briefs [1]
  24/3
bring [4]
  4/22 11/7

bringing
  [1]  12/19
Budzinski
  [3]  26/1
  26/2 26/7
bus [1]
  14/13

**C**

calendar
  [1]  19/14
call [2]
  7/14 10/4
came [1]
  11/4
can [18]
can't [3]
  5/10 9/6
  28/25
candidates
  [1]  26/1
cannot [2]
  17/7 17/11
care [2]
  13/4 30/12
case [46]
cases [52]
catch [1]
  5/20
Certain [1]
  2/2
certainly
  [1]  7/19
certify [1]
  30/22
cetera [1]
  15/10
Chafi [3]
  18/9 18/10
  26/17
chance [3]
  10/18
  10/19
  14/17
change [2]
  7/9 7/12
changed [1]
  12/7
changes [2]
  12/5
  12/12
CHEN [1]
  1/21
Chicago [6]
  1/5 1/13

12/19
Chief [1]
  12/3
Circuit [3]
  12/3
  25/22
  26/16
Clark [1]
  1/17
clean [1]
  9/1
clear [1]
  17/13
client [1]
  16/4
clients [1]
  14/12
CLIFFORD
  [16]
Clifford's
  [2]  21/18
  27/5
close [2]
  25/15
  26/18
closer [3]
  23/2 23/11
  23/12
closing [2]
  5/23 5/23
coach [8]
  11/24 12/2
  12/25 13/4
  13/6 13/8
  13/9 13/18
coach's [1]
  14/25
come [12]
  6/21 8/13
  8/16 9/22
  9/24 10/20
  12/6 12/22
  14/6 19/8
  27/16
comfortable
  [1]  21/20
coming [1]
  27/6
commend [2]
  25/10
  25/11
commercial
  [1]  10/11

common [1]
  28/20
communicate
  [2]  14/25
  15/7
complaint
  [1]  26/25
completely
  [3]  14/21
  14/21
  22/14
complex [1]
  26/3
complexitie
s [1]
  20/25
complicated
  [1]  28/15
compress
  [1]  9/6
computer
  [2]  2/23
  4/20
COMPUTER-AI
DED [1]
  2/23
concerned
  [1]  18/20
Concluded
  [1]  30/20
concretely
  [1]  8/19
confer [9]
  6/14 10/5
  10/8 11/10
  11/12
  22/21 23/5
  28/23
  29/12
conference
  [18]
conferences
  [2]  10/17
  24/9
confers [2]
  10/13
  24/2
consider
  [6]  6/14
  7/21 9/2
  9/7 9/9
  20/24
considered
  [2]  19/25
  26/15

**C**

Cont'd [1]
  2/1
contest [1]
  26/24
context [1]
  7/20
continue
  [3]   9/24
  23/5 23/7
Cook [1]
  12/4
Cook County
  [1]   12/4
core [1]
  7/10
correct [5]
  15/15
  17/17 19/6
  24/20
  30/22
could [9]
  8/20 14/24
  15/7 17/22
  19/3 19/21
  22/9 23/14
  23/25
counsel [5]
  3/21 3/23
  4/3 5/22
  7/8
counsels
  [2]   4/6
  27/7
counterprod
uctive [1]
  15/6
County [1]
  12/4
couple [9]
  4/22 6/22
  7/22 12/23
  15/5 25/8
  25/17 27/5
  28/8
course [5]
  5/25 6/8
  9/5 20/6
  24/17
court [21]
Court's [1]
  16/6
courtroom
  [2]   22/3
  30/14

CRASH [1]
  1/3
CRAWFORD
  [8]   2/2
  4/10 4/10
  4/12 8/21
  17/8 21/16
  26/19
credit [1]
  22/8
CRR [2]
  2/8 30/24
crunching
  [1]   12/18
cue [1]
  8/9
currently
  [1]   18/6
CV [2]   1/3
  3/7

**D**

DAN [3]
  2/5 3/21
  13/15
date [24]
day [5]
  9/4 10/7
  13/11
  14/11
  28/21
days [6]
  27/16
  27/21 28/8
  28/9 28/23
  28/25
deadlines
  [2]   29/7
  29/12
deal [3]
  8/15 12/8
  19/17
dealing [4]
  6/19
  24/11
  27/10
  27/11
dealt [1]
  5/8
Dearborn
  [1]   2/9
debate [1]
  19/11
December
  [1]   16/25

decide [2]
  11/15 13/5
deck [5]
  7/9 24/24
  25/1 25/3
  25/4
decks [4]
  6/10 6/22
  7/20 9/20
deep [1]
  26/3
Defendant
  [1]   2/5
defense [1]
  3/24
deferring
  [1]   13/6
denied [2]
  4/19 4/21
deny [1]
  4/18
deposition
  [3]   6/23
  23/16
  23/24
described
  [1]   15/20
designation
  [1]   6/23
designation
s [2]
  23/17
  23/24
details [2]
  22/3 22/6
did [5]
  5/20 6/18
  10/20 17/5
  22/8
didn't [3]
  8/4 17/5
  20/3
Dieci [3]
  8/3 16/12
  16/13
died [1]
  14/14
different
  [5]   9/16
  11/22
  17/22
  22/18
  24/21
direct [2]
  27/9 27/22

direction
  [1]   7/14
disagreeing
  [2]   19/12
  19/21
disclosed
  [1]   11/3
discussed
  [2]   7/7
  14/2
Discussion
  [1]   30/7
discussions
  [1]   10/14
DiSILVESTRO
  [2]   1/16
  4/9
dispute [1]
  18/7
disputes
  [3]   6/23
  23/17
  23/17
DISTRICT
  [4]   1/1
  1/1 3/4
  3/5
DIVISION
  [1]   1/2
Dixit [2]
  18/17
  25/16
do [16]
does [1]
  13/25
doesn't [3]
  10/24
  13/17
  20/15
doing [4]
  7/15 10/17
  18/21 20/2
don't [24]
don'ts [1]
  7/17
done [8]
  8/5 9/2
  13/20
  22/10
  23/14 24/1
  28/25 30/8
dos [1]
  7/16
doubt [2]
  9/16 9/22

down [3]
  [1]   7/14
  11/17
  19/22
  21/10
downside
  [1]   24/10
draft [1]
  22/21
DRISCOLL
  [3]   1/16
  4/8 4/9
Drive [2]
  1/22 2/6
due [3]
  12/25 13/4
  13/14
dump [1]
  6/25
during [1]
  7/11
DURKIN [4]
  1/11 3/14
  5/18 29/2

**E**

each [1]
  20/5
earlier [5]
  7/22 9/5
  12/22
  22/25
  24/10
early [2]
  15/8 20/8
EASTERN [1]
  1/2
EDWARDS [2]
  2/6 3/21
effectively
  [1]   19/17
efficient
  [1]   24/11
efficiently
  [1]   10/21
effort [1]
  22/5
eight [2]
  15/22 20/4
either [1]
  13/13
ELIZABETH
  [2]   2/2
  4/10
else [3]
  3/22 29/17

enormous
  [2]   22/4
  22/7
enough [2]
  4/14 17/14
enter [3]
  21/25 22/2
  22/22
entered [3]
  22/17
  22/18
  25/23
entitled
  [2]   20/17
  30/22
Especially
  [1]   9/19
Estate [4]
  1/15 1/19
  3/17 3/18
et al [1]   1/3
  15/10
ETHIOPIAN
  [2]   1/3
  3/7
even [6]
  7/14 10/7
  12/24
  13/12
  13/17
  13/21
event [1]
  14/16
events [1]
  14/18
ever [3]
  10/11 12/1
  23/2
every [5]
  10/10
  13/10
  13/24
  13/25 17/6
everyone
  [3]   14/8
  22/3 27/2
everything
  [4]   10/19
  10/22 24/2
  25/18
exact [1]
  14/6
Exactly [1]
  20/9

**E**

example [2]
   16/4 23/6
except [3]
   17/7 24/17
   25/15
exchanged
   [3]   6/10
   9/19 10/3
exhibits
   [3]   10/14
   23/17
   23/24
exists [1]
   4/5
experience
   [1]   26/3
experts [2]
   28/20
   28/22
explained
   [1]   11/22

**F**

face [1]
   10/10
fairness
   [1]   16/15
families
   [6]   13/1
   13/2 13/7
   13/15 16/7
   20/17
family [3]
   16/2 18/17
   25/16
far [6]
   6/9 17/4
   17/14
   17/20
   18/19 26/5
FCRR [2]
   2/8 30/24
feel [1]
   15/14
feelings
   [1]   5/16
feels [1]
   5/11
figure [2]
   24/25
   25/13
file [6]
   5/12 10/18
   24/2 26/25

filed [1]
   9/10
filling [1]
   5/3
final [4]
   11/8 11/17
   24/4 29/3
finally [1]
   18/16
fine [5]
   21/13 24/5
   27/17
   29/14
   29/16
finish [1]
   14/4
firm [2]
   4/11 18/7
firms [1]
   5/2
first [4]
   7/21 11/2
   16/19 20/4
Fitzgerald
   [2]   11/24
   19/17
five [9]
   17/24 18/1
   18/2 18/20
   18/21
   19/22
   19/24 20/7
   28/25
five days
   [1]   28/25
flexibility
   [2]   15/2
   28/21
FLIGHT [1]
   1/3
float [1]
   7/2
flowed [1]
   9/20
focused [1]
   24/3
following
   [1]   20/5
follows [1]
   16/6
forced [1]
   12/21
foregoing
   [1]   30/22

forget [1]
   16/12
forgetting
   [2]   14/1
   19/19
forgive [1]
   17/13
forgotten
   [1]   11/21
forth [1]
   10/1
forward [2]
   23/4
   25/14
four [4]
   19/25 20/1
   20/6 28/21
Frankly [1]
   26/8
fresh [1]
   4/23
front [5]
   10/19
   11/16 12/3
   19/23
   20/22
fully [2]
   26/18
   26/18

**G**

Garg [1]
   18/3
get [15]
   7/5 9/1
   9/3 10/19
   11/17
   13/14 17/6
   23/14
   23/15 24/4
   25/17 26/6
   26/7 28/7
   28/25
gets [1]
   21/5
getting [3]
   9/2 14/16
   20/25
Ghazi [2]
   17/23 18/3
give [11]
   5/19 5/25
   7/8 7/14
   7/23 9/11
   13/25 14/6

filed [1]
   22/7
given [2]
   10/7 26/9
gives [3]
   10/18
   12/22 29/1
giving [1]
   12/16
go [5]
   12/1 12/11
   20/20 21/5
   24/12
goes [1]
   12/9
going [34]
gone [5]
   8/3 14/14
   16/12
   16/12
   16/13
good [9]
   3/8 3/11
   10/15 11/5
   22/11
   22/13
   23/10
   23/16 24/6
goodbye [2]
   13/10
   13/11
got [17]
gotten [1]
   11/25
graduations
   [1]   27/6
great [5]
   21/1 27/18
guardian
   [1]   25/23
guys [1]
   9/12

**H**

had [22]
half [1]
   13/3
hand [1]
   10/25
hands [1]
   30/12
happen [2]
   17/5 24/7
happens [2]
   16/5

happy [1]
   14/8
hard [4]
   20/23 22/9
   25/11
   25/11
has [9]
   11/25 12/7
   12/8 14/1
   18/17 19/4
   20/13
   21/21 26/9
hats [1]
   22/4
have [62]
haven't [3]
   7/7 10/4
   10/7
having [5]
   10/14
   11/20
   19/12 21/4
   22/11
he [3]
   10/2 13/17
   13/25
he'll [1]
   12/1
he's [3]
   11/21 14/1
   14/1
hear [1]
   13/24
heard [2]
   3/1 6/5
hearing [5]
   1/7 14/7
   20/13
   27/20 28/1
hearings
   [2]   11/22
   24/1
heat [1]
   11/5
help [1]
   8/15
her [1]
   30/11
here [18]
hesitate
   [1]   26/9
him [2]
   12/12 13/8
his [3]

14/11
   25/11
history [1]
   14/6
hit [1]
   14/13
Hogan [2]
   26/1 26/2
hold [3]
   25/21
   26/14
   26/16
Honor [21]
HONORABLE
   [2]   1/8
   3/5
hopefully
   [1]   25/17
hoping [1]
   17/6
how [11]
   6/2 8/15
   9/9 13/20
   15/4 15/22
   19/3 21/5
   21/10 27/7
   28/25
huge [2]
   12/1 19/7

**I**

I'd [5]
   5/12 14/17
   23/7 29/12
   30/4
I'll [9]
   7/5 12/11
   13/20
   14/18
   14/20
   26/13
   26/16 28/9
   30/13
I'm [31]
I've [17]
idea [3]
   7/2 12/15
   12/21
identified
   [1]   15/7
identify
   [1]   3/9
ignored [1]
   14/10

ILLINOIS [9]   1/1
 1/5 1/13
 1/17 1/23
 2/7 2/10
 3/5 5/7
ilnd.uscour
ts.gov [1]
 2/11
include [2]
 15/14
 17/21
include
 much [1]
 15/14
included
 [1]   8/22
includes
 [1]   17/23
including
 [3]   16/1
 16/3 25/12
ineligible
 [1]   25/20
inform [1]
 8/15
instructing
 [1]   5/22
instruction
s [7]   5/7
 5/8 5/14
 5/20 6/1
 8/24 25/9
interest
 [1]   5/12
interfere
 [1]   13/19
internation
al [1]
 15/14
interrupt
 [1]   4/3
interruptio
n [1]   30/6
invite [2]
 5/9 5/11
involving
 [3]   11/23
 23/17 30/6
is [50]
isn't [2]
 7/9 7/11
issue [11]
 5/6 12/1

14/24
18/24
18/25 19/7
21/13
21/15
26/15
issues [21]

it [50]
it's [17]

J

January [1]
 16/25
Jennifer
 [1]   30/10
job [1]
 7/24
JOHN [2]
 1/12 3/15
Johnson [1]
 19/22
joint [4]
 27/9 27/10
 27/22 28/8
JORGE [2]
 1/8 3/6
judge [26]
Judge
 Budzinski
 [1]   26/1
judgment
 [1]   10/21
Julia [1]
 19/22
July [6]
 7/4 8/1
 12/18
 24/17
 28/13
 28/13
juncture
 [1]   9/14
June [12]
 7/3 7/7
 8/12 8/13
 9/3 10/23
 11/8 12/17
 27/7 27/19
 28/3 29/3
June 14 [1]
 7/7
juror [1]
 6/19

jury [8]
 4/17 5/8
 5/9 5/15
 5/22 20/23
 23/10
 23/15
just [12]
 6/24 10/1
 14/9 14/11
 20/6 20/19
 20/24
 20/25 23/8
 26/21
 28/20
 28/24

K

KALANTZIS
 [2]   1/12
 3/15
keen [1]
 14/25
keep [2]
 7/17 14/20
KEVIN [3]
 1/11 3/14
 5/18
kick [1]
 13/21
kicking [1]
 15/5
kind [4]
 4/13 8/7
 9/15 15/20
KLINE [3]
 2/2 4/11
 26/20
know [14]
 3/22 4/25
 6/2 7/9
 7/15 8/6
 8/7 8/9
 8/21 8/23
 13/3 13/12
 18/21
 26/22
knowing [1]
 21/20

L

language
 [1]   22/17
LaSalle [1]
 1/13
last [9]

9/14 9/20
10/21
20/25 22/5
23/23
24/15
later [1]
 23/1
law [6]
 1/10 1/19
 3/14 3/15
 3/15 4/11
lawyer [1]
 13/14
lawyers [2]
 5/1 5/4
lead [2]
 1/3 16/17
learned [1]
 25/5
least [4]
 7/2 16/9
 23/4 28/9
length [1]
 28/12
less [2]
 9/12 24/11
let [5]
 9/25 13/6
 13/14 14/4
 22/1
Let's [3]
 3/9 22/16
 28/7
Lewis [7]
 1/15 3/18
 4/15 4/18
 8/4 8/8
 16/15
liability
 [1]   26/24
lifted [1]
 26/23
like [10]
 4/22 8/3
 8/24 9/14
 11/20
 12/17
 13/15 15/5
 16/24 30/4
likely [2]
 7/11 24/8
LINDQUIST
 [3]   1/19
 1/19 3/17

line [3]
 3/22 4/4
 8/21
lines [1]
 22/20
lineup [2]
 19/21
 20/20
list [1]
 7/17
little [2]
 13/25
 24/20
lives [1]
 13/1
LLC [2]
 1/15 1/21
LLP [1]
 2/5
Locust [1]
 2/3
logistics
 [1]   15/8
look [2]
 14/12
 20/21
lost [1]
 13/1
lot [6]
 6/8 7/9
 9/20 11/13
 11/14
 11/25
loved [2]
 13/10
 13/11

M

made [4]
 15/9 23/3
 23/12 25/8
major [1]
 10/11
make [3]
 10/24 24/6
 27/13
makes [2]
 12/18
 25/14
many [5]
 7/15 11/4
 15/23 30/9
 30/9
MARK [3]
 1/19 1/19

Marks' [1]
 16/4
matter [1]
 30/22
matters [1]
 13/13
may [21]
maybe [4]
 7/14 8/19
 14/1 14/10
me [12]
 4/14 9/25
 10/24
 12/19 14/4
 17/13
 19/23 22/1
 23/1 23/16
 24/5 29/1
mean [1]
 14/12
meaningful
 [2]   10/5
 10/8
means [7]
 9/6 9/12
 10/16
 23/16 24/8
 24/15 25/1
meaty [3]
 6/21 9/9
 12/23
mechanics
 [1]   6/16
mediate [2]
 21/20
 22/11
mediation
 [6]   8/11
 16/8 21/19
 22/12
 25/17
 28/10
meet [7]
 6/14 10/5
 10/8 10/13
 11/10
 11/12 24/1
mentioned
 [1]   23/23
met [2]
 5/4 7/6
MICHELLE
 [2]   1/16
 4/8

**M**

mid [1]
  10/23
mid-June
  [1]   10/23
middle [1]
  9/3
might [7]
  4/3 8/15
  12/23 15/6
  24/23
  28/19
  28/23
mind [1]
  5/18
minute [1]
  24/15
misundersta
nding [1]
  5/21
misundersto
od [1]
  5/24
Mohammed
  [1]   17/23
moment [3]
  7/5 15/20
  16/3
monster [1]
  13/18
months [3]
  14/24 15/2
  27/15
moot [2]
  4/20 4/21
mooted [1]
  24/16
more [11]
  8/19 9/3
  9/11 10/13
  10/14
  11/12
  12/16
  15/14
  23/18
  24/23 30/4
morning
  [10]   3/8
  3/12 6/19
  6/25 14/13
  14/14 22/7
  22/15
  23/15
  23/19
motion [3]

26/24
motions [4]
  4/18 9/10
  10/18
  26/17
move [3]
  10/2 10/16
  16/23
moving [1]
  10/23
MR [20]
Mr. [20]
Mr.
  Clifford
  [9]   3/10
  10/1 11/20
  12/12
  13/24
  14/11
  14/21 23/9
  29/18
Mr.
  Clifford's
  [2]   21/18
  27/5
Mr. Webb
  [8]   3/19
  14/24
  20/18
  21/18
  22/15 25/6
  29/20 30/8
Mr. Webb's
  [1]   23/8
MS [10]
  1/12 1/16
  2/2 2/6
  4/10 4/12
  8/21 21/16
  26/19 29/9
Ms. [3]
  17/8 18/2
  18/3
Ms.
  Brammeier
  [1]   18/2
Ms. Court
  [1]   18/3
Ms.
  Crawford
  [1]   17/8
much [5]
  6/25 9/9
  15/14

**N**

name [2]
  4/7 26/10
Nasrudin
  [1]   17/23
Ndivo [2]
  17/25 18/3
need [4]
  7/24 10/16
  11/9 11/19
needs [1]
  6/16
never [2]
  13/9 13/9
new [1]
  9/16
next [21]
night [3]
  4/14 6/18
  9/20
Njoroge [6]
  6/4 17/2
  17/3 27/8
  27/10
  28/12
no [15]
  1/3 3/25
  5/17 5/21
  8/2 8/4
  9/16 9/22
  16/24
  16/24
  21/13 26/6
  26/8 26/8
  29/21
normally
  [2]   5/19
  19/25
North [2]
  1/13 1/17
NORTHERN
  [2]   1/1

Northwester
n [3]
  11/24 13/6
  13/18
not [47]
nothing [2]
  10/11
  12/7
notice [1]
  11/15
noticed [1]
  4/19
notify [1]
  4/14
November
  [25]
November 3
  [1]   7/5
now [17]
number [5]
  4/24 6/11
  11/19
  11/20 22/2
numbers [1]
  4/20

**O**

O'Connell
  [5]   8/14
  22/4 22/8
  22/11
  25/11
O'Connell's
  [1]   25/24
object [2]
  20/20
  26/11
objecting
  [1]   21/4
objection
  [3]   24/5
  26/6 26/8
objections
  [5]   6/17
  10/5 10/9
  10/10
  23/24
observation
s [2]   6/11
  25/8
obviously
  [3]   23/10
  26/16
  28/14

occasions
  [3]   11/22
  14/2 14/20
occur [2]
  8/12 14/18
off [8]
  13/16
  14/16 22/4
  23/14
  25/21
  26/15
  26/16 30/7
OFFICES [1]
  1/10
Official
  [2]   2/9
  30/24
oh [1]
  13/8
okay [21]
one [25]
ones [3]
  13/10
  13/11
  20/12
ongoing [1]
  19/18
only [4]
  6/19 7/10
  24/15
  25/13
open [1]
  3/1
opening
  [14]   6/10
  6/17 6/22
  7/11 9/20
  10/3 10/14
  11/2 11/6
  11/10
  11/17 23/6
  23/18
  23/24
operate [1]
  20/15
operating
  [2]   20/10
  20/14
opportunity
  [4]   7/8
  7/23 8/13
  21/21
opposed [1]
  12/17
order [15]

6/15   8/11
  8/12 16/8
  16/12
  21/19
  21/22 22/2
  22/17
  22/18
  22/21
  22/22
  25/22
  28/10 29/4
ordered [1]
  25/16
orders [1]
  22/18
other [6]
  3/23 4/6
  8/25 10/24
  16/21 27/8
otherwise
  [2]   5/12
  19/3
our [4]
  9/1 24/1
  26/22 27/1
ours [1]
  10/10
out [13]
  5/3 7/7
  7/14 14/24
  15/2 16/15
  21/5 24/16
  24/25
  25/13
  27/15
  27/23
  30/11
over [5]
  9/14 10/6
  20/17 22/5
  22/9

**P**

P.C [1]
  1/10
pal [1]
  13/15
paragraphs
  [1]   5/14
part [6]
  5/3 7/25
  8/1 9/25
  9/25 10/2
parties
  [30]

**P**

past [5]
  14/9 22/18
  29/6 29/8
  30/8
PATRICK [2]
  1/16 4/9
PC [1]   2/2
PEC [1]
  17/20
pending [2]
  4/18
  26/17
Pennsylvani
a [1]   2/3
people [2]
  13/1 13/9
permission
  [1]   6/7
perspective
  [1]   6/12
Philadelphi
a [1]   2/3
PHIPPS [3]
  2/8 30/23
  30/24
phone [4]
  1/16 1/16
  2/2 30/6
pick [1]
  25/7
place [1]
  8/5
plaintiff
  [3]   1/15
  1/19 4/3
plaintiffs
  [9]   1/10
  2/2 3/13
  4/25 8/10
  11/1 17/20
  18/19
  20/10
plaintiffs'
  [2]   6/12
  6/15
plan [3]
  8/3 8/4
  26/25
plans [1]
  15/9
plate [1]
  29/10
please [1]
  3/3

plenty [1]
  29/1
plus [2]
  21/15
  21/16
Podhurst
  [1]   18/7
point [5]
  6/9 6/24
  8/25 11/7
  23/8
pointing
  [1]   27/23
position
  [1]   26/22
possibility
  [1]   4/5
possibly
  [1]   23/25
PowerPoint
  [3]   6/22
  25/2 25/3
practice
  [1]   18/21
Precisely
  [1]   15/11
preexisting
  [1]   14/5
preference
  [1]   25/25
preliminary
  [6]   5/7
  5/8 5/13
  5/19 5/25
  25/9
preparation
  [2]   11/5
  23/22
present [2]
  3/23 4/12
presentatio
n [2]   23/6
  23/18
presentatio
ns [1]
  6/17
presented
  [1]   10/6
presiding
  [1]   3/6
pretrial
  [21]
pretty [1]
  6/20
prior [1]

14/20
  probably
  [1]   24/2
proceeded
  [1]   29/8
proceedings
  [4]   1/7
  2/23 3/1
  30/22
process [3]
  5/15 23/4
  23/8
PRODUCED
  [1]   2/23
productive
  [3]   6/2
  23/25
  27/24
progress
  [2]   23/3
  23/12
projection
  [1]   23/22
promise [1]
  12/11
promised
  [1]   12/6
proposal
  [1]   29/13
proposed
  [1]   22/21
push [2]
  9/10 21/23
pushing [2]
  9/8 21/7
put [4]
  13/16 16/2
  25/12
  30/11
Putting [2]
  18/24
  18/25

**Q**

question
  [5]   4/24
  5/2 5/3
  5/17 15/17
questionnai
re [3]
  4/24 5/4
  25/9
questionnai
res [1]
  6/20

questions [2]
  [6]   5/9
  5/10 5/11
  5/15 6/21
  11/4
quiet [1]
  26/13
quite [1]
  12/8

**R**

raise [1]
  14/9
raised [1]
  14/20
rather [1]
  22/25
re [2]   1/3
  3/7
reached [1]
  4/15
ready [1]
  20/25
really [5]
  8/17 9/8
  10/4 10/24
  13/13
reason [1]
  22/6
reasons [1]
  16/8
recommendat
ions [1]
  25/24
reconciling
  [1]   6/23
record [5]
  3/10 4/7
  7/16 30/7
  30/22
recurrence
  [1]   9/15
recurring
  [1]   9/24
regard [4]
  6/21 12/20
  21/24
  23/13
regarding
  [7]   4/23
  23/5 23/18
  25/8 25/9
  25/23
  28/10
related [2]
  5/6 15/17

relevant [2]
  [6]   24/16
remaining
  [9]   4/14
  8/11 8/14
  9/4 13/1
  20/11
  21/10
  25/14
  28/11
remains [1]
  21/15
Remote [1]
  30/6
remove [1]
  5/14
report [5]
  19/8 27/9
  27/10
  27/22 28/9
REPORTED
  [1]   2/23
reporter
  [4]   2/8
  2/9 18/4
  30/24
reserve [1]
  15/1
reset [1]
  27/24
resolution
  [2]   13/16
  24/15
resolve [3]
  6/20
  11/16 23/9
resolved
  [6]   6/18
  8/20 10/22
  23/15
  23/19
  25/17
respect [3]
  12/25
  13/4 13/14
respectfull
y [2]
  14/17 15/8
response
  [2]   3/25
  12/14
rest [1]
  8/16
return [2]
  30/4 30/9

review [2]
  7/20 10/20
revisit [2]
  5/2 5/13
right [52]
rise [1]
  3/2
RMR [2]
  2/8 30/24
ROBERT [2]
  1/11 3/13
ROMANUCCI
  [6]   1/15
  1/15 3/15
  3/16 3/17
  4/9
Room [1]
  2/9
round [5]
  4/23 5/13
  15/13
  27/11
  27/12
ruled [1]
  26/24
Ryan [1]
  18/4

**S**

said [4]
  13/10 16/8
  19/4 26/9
same [6]
  13/25
  20/14
  20/24
  28/20
  28/21
  28/23
SANDRA [2]
  2/6 3/21
saw [1]
  9/14
say [7]
  5/19 7/11
  12/21 13/8
  13/17 22/1
  26/10
saying [4]
  13/11
  16/25
  20/18
  20/19
says [2]
  17/8 25/22

scheduled
[1]  12/1
seated [1]
  3/3
Secondly
[1]  12/25
section [1]
  5/8
see [14]
  8/14 9/13
  9/15 15/1
  16/25
  17/24 18/2
  18/2 18/3
  19/2 22/9
  22/16
  25/22
  28/25
seeing [1]
  16/9
seems [1]
  15/4
seen [1]
  26/10
Seex [3]
  8/4 8/8
  16/15
selection
[2]  23/10
  23/15
sense [3]
  10/24
  12/19
  25/14
separate
[1]  27/10
session [1]
  3/5
set [40]
set two [1]
  21/17
setting
[13]  6/9
  7/4 7/10
  8/1 8/18
  13/19 17/1
  17/3 18/14
  20/3 25/15
  25/21
  27/12
settings
[1]  8/23
settle [4]
  8/4 16/5

1766 21/21
settled [4]
  8/8 15/4
  15/21
  16/16
settlement
[3]  4/16
  20/8 27/11
seven [2]
  14/24 15/2
seven
  months [1]
  14/24
seventh [3]
  13/22
  25/22
  26/16
Seventh
  Circuit
[1]  26/16
she's [2]
  8/22 21/16
shoes [1]
  9/1
shortly [1]
  10/17
should [5]
  11/8 11/10
  14/11
  20/16
  27/23
shouldn't
[1]  13/16
shredding
[1]  30/11
shy [1]
  27/23
sides [3]
  7/11 9/23
  10/6
silly [1]
  14/12
single [1]
  17/7
sir [7]
  15/16
  22/23
  23/20
  27/13
  29/19 30/2
  30/15
situation
[2]  9/8
  24/21
six [24]

slated [1]
  28/13
slides [6]
  10/4 10/9
  11/2 11/17
  23/6 23/25
small [1]
  12/2
so [47]
so it's [1]
  9/10
some [19]
someone [2]
  5/11
  30/10
something
[3]  11/16
  12/5 12/16
sometime
[1]  10/24
sooner [1]
  22/12
sorry [3]
  18/3 18/10
  28/8
sorted [1]
  21/5
South [1]
  1/20
speak [1]
  15/19
speaking
[1]  9/23
SPECTER [3]
  2/2 4/11
  26/20
speculation
[1]  23/21
speech [1]
  13/25
speed [1]
  14/22
spend [2]
  10/25 11/1
spent [1]
  6/8
standing
[1]  22/7
start [2]
  8/19 16/9
starting
[1]  12/17
statement
[10]  6/22
  9/20 10/4

10/14 11/2
28/13
11/6 11/10
11/17 23/7
23/25
statements
[1]  6/10
STATES [2]
  1/1 3/4
status [12]
  1/7 12/13
  27/8 27/9
  27/10
  27/20
  27/21
  27/22 28/1
  28/6 28/8
  28/24
STENOTYPE
[1]  2/23
still [4]
  4/23 12/8
  12/11
  14/23
stipulation
[3]  15/25
  18/13
  20/12
STRAWN [2]
  2/5 3/21
streamline
[1]  23/3
Street [5]
  1/13 1/17
  1/20 2/3
  2/9
strong [1]
  5/16
strongly
[1]  26/11
strongly
  object [1]
  26/11
Stumo [9]
  8/22 16/1
  17/8 17/18
  17/22
  18/16
  21/16
  26/19
  26/23
subject [1]
  18/6
submission
[1]  28/10
submit [2]

22/21
29/12
submitted
[1]  5/6
substantial
ly [1]
  7/12
substantive
[1]  9/3
such [1]
  6/17
suggesting
[2]  29/7
  29/11
suggestion
[2]  21/18
  27/5
Suite [3]
  1/13 1/17
  1/22
sure [5]
  6/6 9/18
  15/4 21/22
  27/5

T

table [1]
  3/21
Tacoma [1]
  1/20
take [3]
  8/1 28/23
  30/12
talk [5]
  7/13 11/6
  13/20 16/4
  27/2
talking [4]
  5/22 8/19
  13/21
  17/19
taught [1]
  25/5
teed [1]
  24/2
teeing [1]
  22/12
tell [5]
  5/10 12/6
  12/12
  20/16 22/3
telling [1]
  23/1
ten [3]
  12/2 16/2

17/22
terms [5]
  9/9 15/10
  16/6 16/24
  29/7
terribly
[1]  10/12
than [4]
  11/12 23/1
  23/2 24/24
Thank [9]
  3/3 3/11
  29/22 30/1
  30/2 30/3
  30/17
  30/18
  30/19
that [166]
that's [36]

their [9]
  4/7 5/1
  7/9 10/9
  13/1 13/7
  13/10
  13/11
  13/16
them [6]
  5/10 5/11
  8/11 12/18
  13/7 19/23
themselves
[1]  3/9
then [16]
there [23]
there's
[14]  6/24
  7/1 8/2
  8/4 10/11
  11/13
  11/14 14/7
  15/2 18/5
  19/7 19/21
  21/13
  29/10
Thereafter
[1]  7/4
therefore
[1]  23/2
these [17]
they [22]
they'll [2]
  28/22
  30/11
they're [3]
  4/19 4/21

**T**

they're...
 [1]   13/21
thing [10]
 8/25 11/5
 13/25
 22/12
 22/13
 23/10
 23/16 24/6
 24/9 30/4
things [10]
 7/13 7/20
 8/9 10/22
 16/10
 20/17 22/1
 23/14
 23/15
 23/23
think [32]
thinking
 [4]   8/6
 16/6 28/20
 28/25
thinks [1]
 18/23
this [33]
those [25]
thought [2]
 5/22 21/2
three [6]
 15/5 20/5
 20/24 21/4
 23/23 28/9
through [3]
 10/22
 11/1 11/11
throughout
 [1]   6/7
throwing
 [1]   7/7
tie [1]
 9/1
time [24]
timing [1]
 16/24
today [10]
 4/1 4/13
 6/3 8/10
 8/21 11/19
 14/9 26/19
 29/17
 29/20
together
 [5]   3/18

9/3 21/1
22/9 25/10
told [5]
 8/22 11/21
 12/6 18/23
 19/8
tomorrow
 [2]   4/19
 14/14
too [3]
 6/24 12/12
 15/17
topics [1]
 7/18
track [1]
 17/6
TRACY [4]
 1/12 3/14
 15/22 18/1
transcript
 [4]   1/7
 2/23 20/21
 30/22
TRANSCRIPTI
ON [1]
 2/23
transcripts
 [1]   7/16
travel [1]
 15/10
trial [56]
trials [3]
 16/5 20/5
 25/15
tried [1]
 10/11
true [1]
 24/22
try [5]
 7/17 9/1
 9/25 11/15
 14/11
trying [3]
 9/11 21/1
 25/13
turn [2]
 13/7 24/10
two [23]
two-week
 [1]   28/22

**U**

ultimately
 [1]   6/23
understand
 [1]   17/15

UNITED [2]
 1/1 3/4
unrelated
 [1]   30/6
until [2]
 8/18 10/23
unusual [1]
 10/12
up [21]
update [2]
 14/8 14/17
us [10]
 7/6 7/14
 7/14 7/19
 7/23 8/15
 9/2 10/18
 16/7 28/23
USING [1]
 2/23

**V**

vacate [1]
 4/17
vacation
 [1]   28/13
Vaidya [1]
 18/17
Vaidya-Dixi
t [1]
 18/17
venire [2]
 4/25 5/3
very [8]
 10/21
 10/25
 10/25 20/4
 20/23 22/9
 26/3 29/11
via [3]
 1/16 1/16
 2/2
view [2]
 6/15 11/5
visa [1]
 15/11

**W**

Wacker [2]
 1/22 2/6
wait [2]
 8/18 13/7
waiting [2]
 13/2 13/7
want [10]
 4/6 7/11

7/14 13/24
13/21 16/4
21/2 26/9
28/23 29/4
wanted [3]
 21/20
 21/21
 26/21
wants [2]
 10/2 27/2
was [11]
 5/21 5/22
 13/3 13/12
 20/7 20/19
 20/21
 20/22
 23/12
 25/23 28/4
Washington
 [1]   1/20
way [7]
 7/1 10/17
 13/17
 19/13 21/2
 22/1 29/7
we [89]
we'd [1]
 28/22
we'll [2]
 11/15
 30/12
we're [27]
we've [7]
 7/15 11/22
 15/11
 15/22 23/1
 24/1 29/7
WEBB [12]
 2/5 3/19
 3/21 13/15
 14/24
 16/23
 20/18
 21/18
 22/15 25/6
 29/20 30/8
Webb's [1]
 23/8
Wednesday
 [3]   10/21
 28/1 28/3
week [10]
 7/3 7/6
 10/21 12/3
 14/7 14/18
who [5]

7/17 13/24
28/22 29/5
weekend [2]
 6/8 9/15
 22/5 22/9
 25/6 25/12
weeks [3]
 7/22 15/5
 15/5
well [10]
 4/12 13/9
 16/11 17/3
 17/4 17/18
 22/8 27/20
 29/6 29/11
went [2]
 10/22
 23/22
were [4]
 4/13 4/13
 10/6 20/18
West [2]
 1/22 2/6
what [28]
whatever
 [3]   11/9
 19/20 21/2
whatsoever
 [1]   26/8
when [8]
 5/3 8/9
 8/12 9/19
 11/15 13/3
 13/12 29/4
where [6]
 6/10 8/14
 9/8 16/9
 20/22 30/9
whether [4]
 4/25
 10/16 11/8
 12/1
which [13]
 5/7 5/15
 9/12 10/17
 11/5 16/8
 17/11 18/6
 18/17 19/8
 23/23 24/9
 26/10
whichever
 [1]   18/20
while [2]
 4/23 26/15
who [5]

13/2 13/9
13/9 22/8
27/2
whoever [2]
 21/20
 21/21
whole [2]
 8/25 9/13
why [3]
 12/19 16/8
 17/18
will [24]
willing [4]
 10/13
 10/25
 10/25
 21/16
WINSTON [3]
 2/5 3/21
 30/11
Wisner [1]
 18/7
without [4]
 14/11
 22/2 22/6
 22/7
won't [2]
 5/10 13/11
work [9]
 8/13 11/11
 22/9 24/6
 25/11
 25/12
 25/12
 27/13
 30/11
worked [2]
 29/6 29/11
working [3]
 11/1
 25/10
 25/11
works [1]
 27/5
would [31]
writings
 [1]   26/10
wrong [1]
 12/16

**Y**

yeah [1]
 6/1
year [4]
 13/22

**Y**

**year... [3]**
 13/22
 19/14
 21/19
**years [2]**
 7/15 13/3
**yes [20]**
**yesterday**
 **[1]** 11/4
**yet [3]**
 5/4 7/8
 11/9
**you [85]**
**you on [1]**
 19/9
**you're [4]**
 10/17
 18/21 24/3
 28/19
**you've [2]**
 7/18 26/10
**your [23]**
**Your Honor**
 **[10]** 4/8
 5/24 7/8
 7/13 10/6
 12/15
 15/16 24/1
 24/3 26/23

**Z**

**zero [1]**
 12/19