IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso |

### JOINT STATUS REPORT

The parties are working to complete expert discovery by July 30, 2025. The next trial in this consolidated matter is July 14, 2025, with another trial set for November 3, 2025 (although due to a conflict with Boeing's counsel on that date, that trial may be reset). *See* Dkt. 2530.

Based on prior disputes that have arisen among the parties during pretrial preparations, Plaintiffs anticipate there may be ongoing disputes related to discovery issues as the remaining cases continue toward trial. Additionally, Plaintiffs anticipate there may be procedural issues related to acquisition of visas for certain witnesses slated for the November trial. Therefore, Plaintiffs request the Court continue the status hearing scheduled for April 24, 2025 to the week of May 26, 2025, with the parties to report whether any issues have arisen requiring the Court's attention.

Boeing does not anticipate that any disputes that may arise during pretrial preparations would properly be considered discovery disputes. Rather, Boeing anticipates that any such disputes would be decided by Judge Alonso in the course of his pretrial rulings. Boeing also notes that it has consented to all of Plaintiffs' prior motions relating to visas for their trial witnesses. Boeing does not object to Plaintiffs' request that the April 24, 2025 status hearing be reset for the week of May 26, 2025.

Dated: April 21, 2025

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Robert A. Clifford | Dan K. Webb |
| *rac@cliffordlaw.com* | *dwebb@winston.com* |
| Kevin P. Durkin | Linda T. Coberly |
| *kpd@cliffordlaw.com* | *lcoberly@winston.com* |
| Tracy A. Brammeier | Christopher B. Essig |
| *tab@cliffordlaw.com* | *cessig@winston.com* |
| John V. Kalantzis | Julia M. Johnson |

| | |
|---|---|
| *jvk@cliffordlaw.com* <br> CLIFFORD LAW OFFICES, P C. <br> 120 N. LaSalle Street <br> 36th Floor <br> Chicago, Illinois 60602 <br> (312) 899-9090 <br> **Attorneys for Plaintiffs** | jmjohnson@winston.com <br> **Winston & Strawn LLP** <br> 35 West Wacker Drive <br> Chicago, Illinois 60601-9703 <br> Phone: (312) 558-5600 <br><br> Sandra A. Edwards <br> sedwards@winston.com <br> **Winston & Strawn LLP** <br> 101 California Street <br> 35th Floor <br> San Francisco, CA 94111-5840 <br> Phone: (415) 591-1000 <br><br> Christopher M. Ledford <br> CLedford@perkinscoie.com <br> Mack H. Shultz <br> MShultz@perkinscoie.com <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, Washington 98101-3099 <br> Phone: (206) 359-8000 <br> Fax: (206) 359-9000 <br><br> Jon R. Buck <br> JBuck@perkinscoie.com <br> **Perkins Coie LLP** <br> 131 S. Dearborn, Suite 1700 <br> Chicago, Illinois 60603-5559 <br> Phone: (312) 324-8400 <br> Fax: (312) 324-9400 <br> **Attorneys for The Boeing Company** |