# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Helena Yonatan Zerihun, et al.
                        Plaintiff,

v.                                                      Case No.: 1:19–cv–02170
                                                                Honorable Jorge L. Alonso

Boeing Co., The, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Plaintiffs' Agreed motion to reset final pretrial conference [2528] is granted. The pretrial conference previously set for 6/11/25 is stricken and reset to 6/18/25 at 1:00 p.m. Defendant Boeing's Motion to continue the November 2025 trial date [2526] is denied as moot. A back–up jury trial date is set for 12/8/25 at 9:00 a.m. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.