**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso |

**JOINT STATUS REPORT**

The Court previously inquired regarding the status of two cases which were reported settled but remain pending on the docket. The PEC reports as follows:

- Hodede/Matsliah, 19-cv-5971: Counsel for the plaintiff in this case has informed the PEC they are working to resolve a lien asserted in this matter and accordingly are not in a position to submit an order of dismissal.

- Yakob/Alemayehu, 19-cv-3965: Counsel for the plaintiff in this case has informed the PEC it submitted a motion to dismiss this action [ECF 688] and is working with the Court to complete any additional steps required to dismiss this action.

The parties have no other issues to bring to the attention of the Court and request the Court strike the status conference set for May 7, 2025.

Dated: May 2, 2025

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Robert A. Clifford | Dan K. Webb |
| *rac@cliffordlaw.com* | dwebb@winston.com |
| Kevin P. Durkin | Linda T. Coberly |
| *kpd@cliffordlaw.com* | lcoberly@winston.com |
| Tracy A. Brammeier | Christopher B. Essig |
| *tab@cliffordlaw.com* | cessig@winston.com |
| John V. Kalantzis | Julia M. Johnson |
| *jvk@cliffordlaw.com* | jmjohnson@winston.com |
| CLIFFORD LAW OFFICES, P.C. | **Winston & Strawn LLP** |
| 120 N. LaSalle Street | 35 West Wacker Drive |
| 36th Floor | Chicago, Illinois 60601-9703 |
| Chicago, Illinois 60602 | Phone: (312) 558-5600 |
| (312) 899-9090 | |
| | Sandra A. Edwards |

1

| | |
|---|---|
| **Attorneys for Plaintiffs** | sedwards@winston.com<br>**Winston & Strawn LLP**<br>101 California Street<br>35th Floor<br>San Francisco, CA 94111-5840<br>Phone: (415) 591-1000<br><br>Christopher M. Ledford<br>CLedford@perkinscoie.com<br>Mack H. Shultz<br>MShultz@perkinscoie.com<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Phone: (206) 359-8000<br>Fax: (206) 359-9000<br><br>Jon R. Buck<br>JBuck@perkinscoie.com<br>**Perkins Coie LLP**<br>131 S. Dearborn, Suite 1700<br>Chicago, Illinois 60603-5559<br>Phone: (312) 324-8400<br>Fax: (312) 324-9400<br>**Attorneys for The Boeing Company** |