IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) |
| YALENA LOPEZ-LEWIS, as Administrator of the Estate of ANTOINE M. LEWIS SR., deceased, | Honorable Jorge L. Alonso |
| | Magistrate Judge M. David Weisman |
| *This filing relates to: 19-cv-04964* | |

**AGREED MOTION TO APPROVE SETTLEMENT OF CLAIMS
AND DISMISS ALL CLAIMS – LEWIS**

Plaintiff, YALENA LOPEZ-LEWIS, as Administrator of the Estate of ANTOINE M. LEWIS SR., deceased, by her undersigned attorneys, respectfully moves this Court to approve the settlement of claims for the beneficiaries and dismiss all claims against Defendant, The Boeing Company, and in support thereof states as follows:

1. Plaintiff's husband, Antoine M. Lewis Sr., deceased, was a passenger on board a certain Boeing 737 Max 8 aircraft, registration ET-AVJ ("the Accident Aircraft") being operated by Ethiopian Airlines as Flight ET302 from Addis Ababa, Ethiopia to Nairobi, Kenya on March 10, 2019 ("the Accident Flight"). The Accident Flight crashed in Ethiopia shortly after takeoff, killing all 157 persons on board the Accident Aircraft, including Plaintiff's Decedent.

2. This matter is a wrongful death and survival action arising from the death of Plaintiff's Decedent.

3. Plaintiff filed a complaint alleging negligence, strict product liability, and other claims against Defendant, and subsequently adopted the Master Complaint filed in the Lead Case in this consolidated matter.

1

4. Plaintiff alleges, among other things, that Defendant Boeing designed, manufactured, assembled, and sold the Accident Aircraft, and the Accident Aircraft was defective and negligently designed, manufactured, and/or assembled, resulting in the crash of the Accident Aircraft.

5. Plaintiff further alleges as a direct and proximate result of the alleged defective condition and negligent design, manufacture, and assembly of the Accident Aircraft, Plaintiff and other heirs of Decedent suffered loss of household services, loss of care, comfort, companionship, guidance, and society and mental anguish, sorrow and grief, as well as various other damages as a result of the death of Plaintiff's Decedent.

6. Defendant Boeing agrees and stipulates, for purposes of this consolidated litigation only, that it is liable to Plaintiff and Plaintiff's Decedent's next of kin for all compensatory damages resulting from the death of Plaintiff's Decedent. (Dkt. #1217-1).

7. Plaintiff's Decedent was thirty-nine (39) years old at the time of the Accident Flight, and a resident of the United States. Decedent is survived by his wife, Yalena Lopez Lewis, and now adult child, Antoine Lewis, Jr.

8. Counsel for Plaintiff and counsel for Boeing engaged in a mediation before retired Cook County Circuit Court Chief Judge Donald O'Connell. The parties have agreed to settle the Plaintiff's claims (including claims on behalf of Decedent's estate and surviving beneficiaries) against Defendant.

9. As a condition of the settlement, the parties have agreed to keep the amount of the settlement confidential. The terms of the settlement and allocation of proceeds are provided to the Court as **Exhibit 1**, filed under seal.

10. In connection with the mediation of these claims and in the course of negotiating this settlement, Plaintiff's counsel considered the strength of Plaintiff's claims against Defendant, Defendant's asserted defenses and various other relevant factors.

11. Plaintiff's counsel has extensive experience in the representation of families of victims of international aviation accidents and specializes in aviation ligation. Plaintiff's counsel believes the settlement amount is fair and reasonable under all the above-stated considerations.

12. The mediator, retired Chief Judge O'Connell, also has a great deal of experience as a judge and mediator in aviation matters, and believes this settlement to be fair and reasonable for all parties.

13. Plaintiff's counsel has fully explained all the above facts to Plaintiff and all beneficiaries, and Plaintiff and all beneficiaries agree that the settlement amount is fair and reasonable. Plaintiff seeks the Court's approval of this settlement.

14. Plaintiff's counsel conferred with counsel for Defendant Boeing, and counsel for Defendant stated Boeing agrees with the relief requested herein.

WHEREFORE, Plaintiff prays that this Court enter an Order:

A. Finding the undersigned attorneys at Romanucci & Blandin, LLC, Hart McLaughlin & Eldridge, Clifford Law Offices, P.C., and the Kryder Law Group are competent attorneys representing the interests of the beneficiaries;

B. Approving on behalf of the beneficiaries the settlement of the claims of Plaintiff against Defendant resulting from the death of decedent ANTOINE M. LEWIS, SR. aboard Flight ET302 (including Plaintiff's claims on behalf of Decedent's estate and all surviving beneficiaries);

C. Approving the allocation and distribution as submitted in Plaintiff's Exhibit 1 filed under seal;

D. Dismissing Plaintiff's claims with prejudice and without costs against any party; and

E. Providing Plaintiff with such other relief as this Court may deem just.

Dated: July 9, 2025

Respectfully submitted,

 /s/ Antonio M. Romanucci
Antonio M. Romanucci (ARDC No. 6190290)
Patrick J. Driscoll (ARDC No. 6345878)
Michelle R. DiSilvestro (ARDC No. 6338900)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 438-1004
aromanucci@rblaw.net
pdriscoll@rblaw.net
mdisilvestro@rblaw.net

Robert A. Clifford (ARDC No. 0461849)
Kevin P. Durkin (ARDC No. 3127906)
Tracy A. Brammeier (ARDC No. 6317792)
John V. Kalantzis (ARDC No. 6283187)
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 3600
Chicago, IL 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

Steven A. Hart
John S. Marrese
**HART MCLAUGHLIN & ELDRIDGE**
1 S. Dearborn St., Unit 1400
Chicago, IL 60603
Tel: (312) 955-0545
Fax: (312) 971-9243
shart@hmelegal.com
jmarrese@hmelegal.com

Andrew Kryder
**THE KRYDER LAW GROUP**
134 N. LaSalle Street, Suite 1515
Chicago, IL 60602
Tel: (312) 223-1700

Fax: (312) 377-1771
kryderlaw@gmail.com

***Counsel for Plaintiff***