IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) |
| YALENA LOPEZ-LEWIS, as Administrator of the Estate of ANTOINE M. LEWIS SR., deceased, | Honorable Jorge L. Alonso |
| | Magistrate Judge M. David Weisman |
| *This filing relates to: 19-cv-04964* | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT ONE OF PLAINTIFF'S AGREED MOTION TO APPROVE SETTLEMENT OF CLAIMS AND DISMISS ALL CLAIMS UNDER SEAL – LEWIS

Plaintiff, YALENA LOPEZ-LEWIS, as Administrator of the Estate of ANTOINE M. LEWIS SR., deceased, by her undersigned attorneys, respectfully moves this Court to file Exhibit One of Plaintiff's Agreed Motion to Approve Settlement of Claims and Dismiss All Claims under seal, and in support thereof states as follows:

1. The details of the settlement, including the amounts, are strictly confidential and must not be disclosed to the public.

2. Exhibit 1 to Plaintiff's agreed motion includes the confidential settlement amount and information as to the allocation of settlement funds.

3. Placing Exhibit 1 under seal is agreed upon by all parties.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that an Order be issued sealing Plaintiff's Exhibit One of Plaintiff's Agreed Motion to Approve Settlement of Claims and Dismiss All Claims.

DATED: July 9, 2025                    Respectfully submitted,

                                        /s/ Antonio M. Romanucci

1

Antonio M. Romanucci (ARDC No. 6190290)
Patrick J. Driscoll (ARDC No. 6345878)
Michelle R. DiSilvestro (ARDC No. 6338900)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 438-1004
aromanucci@rblaw.net
pdriscoll@rblaw.net
mdisilvestro@rblaw.net

Robert A. Clifford (ARDC No. 0461849)
Kevin P. Durkin (ARDC No. 3127906)
Tracy A. Brammeier (ARDC No. 6317792)
John V. Kalantzis (ARDC No. 6283187)
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 3600
Chicago, IL 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

Steven A. Hart
John S. Marrese
**HART MCLAUGHLIN & ELDRIDGE**
1 S. Dearborn St., Unit 1400
Chicago, IL 60603
Tel: (312) 955-0545
Fax: (312) 971-9243
shart@hmelegal.com
jmarrese@hmelegal.com

Andrew Kryder
**THE KRYDER LAW GROUP**
134 N. LaSalle Street, Suite 1515
Chicago, IL 60602
Tel: (312) 223-1700
Fax: (312) 377-1771
kryderlaw@gmail.com

*Counsel for Plaintiff*