IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH**<br><br>This Document Relates To:<br>YALENA LOPEZ-LEWIS, as Administrator of the Estate of ANTOINE M. LEWIS Sr., deceased,<br><br>Case No.: 1:19-cv-4964 | Civil No. 1:19-cv-02170<br><br>District Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: Hon. M. David Weisman |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on July 15, 2025, at 9:30 a.m., or as soon thereafter as counsel may be heard, Boeing will appear before the Honorable Judge Jorge L. Alonso in the United States District Court for the Northern District of Illinois, Courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street in Chicago, Illinois, and present Plaintiff's agreed Motion to Approve Settlement of All Claims AND Plaintiff's unopposed Motion for Leave to File Exhibit One of Plaintiff's Agreed Motion to Approve Settlement of All Claims Under Seal, a copy of which is also being served upon counsel for all parties.

Dated: July 9, 2025                                        /s/ *Antonio M. Romanucci*

Andrew Kryder
**THE KRYDER LAW GROUP**
134 N. LaSalle Street, Suite 1515
Chicago, IL 60602
Tel: (312) 223-1700
Fax: (312) 377-1771
kryderlaw@gmail.com

Antonio M. Romanucci
Patrick J. Driscoll
Michelle R. DiSilvestro
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 438-1004

| | |
|---|---|
| Steven A. Hart<br>John S. Marrese<br>**HART MCLAUGHLIN & ELDRIDGE**<br>1 S. Dearborn St., Unit 1400<br>Tel: (312) 955-0545<br>shart@hmelegal.com<br>jmarrese@hmelegal.com | aromanucci@rblaw.net<br>pdriscoll@rblaw.net<br>mdisilvestro@rblaw.net |

*Attorneys for Plaintiff*