## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Helena Yonatan Zerihun, et al.

                     Plaintiff,

v.                                 Case No.: 1:19–cv–02170

                                 Honorable Jorge L. Alonso

Boeing Co., The, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Pretrial conference held. The parties informed the Court that they have reached a settlement on the case set for trial. Jury trial previously set for 7/14/25 is stricken. Status hearing set for 7/16/25 at 2:00 p.m. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.