```
 1                IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   IN RE:  ETHIOPIAN AIRLINES       ) Lead Case No. 19 CV 2170
     FLIGHT ET 302 CRASH              )
 4                                    )
                                      )
                                      ) Chicago, Illinois
 5                                    ) July 11, 2025
                                      ) 2:00 p.m.
 6
         TRANSCRIPT OF PROCEEDINGS - FINAL PRETRIAL CONFERENCE
 7                 BEFORE THE HONORABLE JORGE L. ALONSO

 8   APPEARANCES:

 9   For Plaintiff:          CLIFFORD LAW OFFICES, P.C.
                             BY: MR. ROBERT A. CLIFFORD
10                               MR. KEVIN P. DURKIN
                                 MR. JOHN V. KALANTZIS
11                               MS. TRACY A. BRAMMEIER
                             120 North LaSalle Street, Suite 3600
12                           Chicago, Illinois 60602

13   For Defendant:          WINSTON & STRAWN LLP
                             BY:  MR. DAN K. WEBB
14                                MS. JULIA JOHNSON
                                  MR. CHRISTOPHER ESSIG
15                                MR. SAMUEL M. ZUIDEMA
                                  MR. BRIAN NISBET
16                           35 West Wacker Drive
                             Chicago, Illinois 60601
17
     For Defendant:          PERKINS COIE
18                           BY:  MR. CHRISTOPHER LEDFORD (Via Phone)
                             1120 Northwest Couch Street, 10th Floor
19                           Portland, Oregon 97209-4128

20   ALSO PRESENT:           MR. PAUL NJOROGE, PLAINTIFF

21   Court Reporter:         ANGIE PHIPPS, RMR, CRR, FCRR
                             Official Court Reporter
22                           219 South Dearborn Street, Room 1902
                             Chicago, Illinois 60604
23                           (312) 818-6683

24                               * * *

25              PROCEEDINGS REPORTED BY STENOTYPE
         TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
```

1    (Proceedings heard in open court:)
2        THE CLERK:  All rise.
3        THE COURT:  Thank you.  Please be seated.
4        THE CLERK:  United States District Court for the
5    Northern District of Illinois is now in session.  The Honorable
6    Jorge Alonso presiding.
7        Case 19 CV 2170, In Re:  Ethiopian Airlines.
8        THE COURT:  Good afternoon.  Let's have the attorneys
9    identify themselves for the record.
10       Mr. Clifford.
11       MR. CLIFFORD:  Thank you, Your Honor.  Good afternoon
12   to you.  Robert Clifford, Tracy Brammeier, Kevin Durkin, and
13   John Kalantzis, counsel from Clifford Law, joined by the
14   plaintiff in this action, Mr. Paul Njoroge, sir.  Thank you.
15       THE COURT:  All right.  Welcome.
16       And for the defense.
17       MR. WEBB:  Your Honor, for Boeing, Dan Webb present in
18   the courtroom and Chris Essig, Julia Johnson, Sam Zuidema,
19   Brian Nisbet.  And I believe Chris Ledford may be on the phone
20   from Perkins.
21       MR. LEDFORD:  Good afternoon.  This is Chris Ledford
22   on the phone.
23       THE COURT:  All right.  Mr. Ledford is on the phone.
24       And we are back.  We set a pretrial conference,
25   part two, if you will.  We're set for trial on Monday.  The

1 hope was that we could resolve some issues ahead of trial,
2 particularly that we could settle some issues so that Tuesday
3 morning we could go right into opening statements without
4 tackling other issues.
5       Mr. Clifford, anything changed?
6       MR. CLIFFORD: Yes, sir. May we approach the bench,
7 please.
8       THE COURT: Yes.
9       MR. CLIFFORD: So, Your Honor, for the last, since we
10 were last with you, how many days that has been, both sides
11 have been tirelessly working 20 hours a day getting ready for
12 the trial. A lot of intense meet-and-confers, a lot of work,
13 effort, energy has gone into it. There were very limited
14 discussions about resolution, but those that did take place
15 were done in good faith and with the parties trying their best
16 to represent their clients.
17       Literally within the last 30 minutes, Judge O'Connell
18 made a mediator's recommendation to the parties that, I'm
19 pleased to inform you, he has just advised that both parties
20 have accepted his recommendation, and this case is settled.
21       MR. WEBB: And we would have notified you earlier, but
22 literally it happened two minutes ago, when we got the notice
23 from Judge O'Connell. Otherwise, we wouldn't have you sitting
24 here working today.
25       THE COURT: That's okay. I appreciate it. What do

1 the parties suggest?
2     MR. CLIFFORD: Well, we need to talk about November.
3 Certainly, if you want us to come in on Monday, Tuesday next
4 week or something like that to discuss that, we can.
5     THE COURT: Seems to me if you had more time; not
6 Monday, right?
7     MR. CLIFFORD: Yeah, Monday would be -- we wouldn't
8 mind having Monday off.
9     THE COURT: Okay.
10     MR. WEBB: Can I just raise an issue?
11     MR. CLIFFORD: Yeah.
12     MR. WEBB: It's up to Your Honor. Whatever your
13 schedule is. But we saw you had another matter set for 3:00
14 today. So in other words, we are still going to have to -- the
15 objections to the opening statement slides, we could resolve
16 those in 45 minutes. That's going to come up again. That, for
17 certain, is going to come up again, and we could -- it's up to
18 you. If you don't want to --
19     THE COURT: Well, that is the one thing that I haven't
20 seen, right? So we would be more productive if I access to
21 that.
22     MR. CLIFFORD: The only problem with that is,
23 depending upon a number of variables, but depending upon what
24 case gets tried in November.
25     THE COURT: Of course.

1  MR. CLIFFORD: I was going to make the opening
2  statement. My team, with me as largely the principal author
3  did the slides. If I'm not the lead case or that doesn't work
4  out that way, then Mr. Webb and Boeing are going to be dealing
5  with an entirely different person making slides, such as
6  Mr. Steve Marks or Mr. Specter or something. So I hate to do
7  that.
8  And also, I think it's a correct statement -- and
9  Ms. Brammeier and Mr. Essig could speak to this directly.
10 There are only a few slides now in which today at this time are
11 in dispute on the plaintiff's side. There are some on the
12 defense side.
13 MR. WEBB: But those that are in dispute -- there's a
14 verdict form issue, just so you know this -- cuts across the
15 opening statements. It cuts across the whole case. I think in
16 20 minutes we could argue the verdict -- there's a verdict form
17 issue that's going to be applicable to every case, and it's up
18 to you. But if you want to argue the verdict form issue
19 because it relates to, I'm going to say, 10 or 12 slides right
20 now, and both ours and theirs. And that could be argued, if
21 you want, in a short period of time, one way or the other.
22 THE COURT: Okay. So all I have on the verdict forms
23 are the proposed verdict forms, right? I've got the defense
24 proposed and the plaintiff's proposed.
25 MS. BRAMMEIER: Judge, if I can.

1               THE COURT:  Ms. Brammeier.

2               MS. BRAMMEIER:  Any verdict form issues cannot be

3      resolved without the counsel for the case that's actually going

4      to be on trial present and able to represent their client's

5      position.  So with respect to Mr. Webb -- I'm sorry -- I don't

6      think we can resolve verdict form issues today and, therefore,

7      cannot resolve the accompanying opening slide issues, if those

8      opening slides were even to be used in a future trial, whether

9      by Clifford Law Offices or another law firm.

10              MR. WEBB:  Well, unless you're representing the -- all

11     the other plaintiff lawyers are not going to use your verdict

12     form.  Is that your position?

13              MR. CLIFFORD:  No, no, that's not my position.  No,

14     no, no, no, no.  We do not directly represent those parties,

15     and they have their -- I believe, for an example, when one

16     trial was up involving Ms. Crawford, as an example, my memory

17     is that she did not intend to call all four plaintiff experts.

18     I didn't see her verdict forms, but I think that they would

19     be -- could be theoretically slightly different.

20              MS. BRAMMEIER:  And I think whether they theoretically

21     would or wouldn't is a kind of a nonissue at this moment

22     because Ms. Crawford isn't here to tell us that.

23              MR. CLIFFORD:  And, Judge, I just don't think that

24     it's fair of Boeing to have the counsel for Mr. Njoroge.  I

25     stand here in that capacity, obviously, as well as the PEC.

1               THE COURT:  PEC.
2               MR. CLIFFORD:  I mean, look, we will do whatever you
3    want.  I think a lot has to do with the wrongful death claim,
4    the survival claim, and the number of line items; but, as Ms.
5    Brammeier says, that could vary depending upon how counsel for
6    the parties try the case.
7               THE COURT:  Okay.  All right.  So it's becoming
8    difficult to identify something that we can resolve, but I
9    think we can resolve the objections to exhibits, especially the
10   exhibits that relate to all cases or cross-cases.  Perhaps we
11   can take that up.
12              MR. WEBB:  We can do that.
13              THE COURT:  I have little doubt that, given more time,
14   the parties would continue to come to agreement, but I'll ask
15   the parties to do that, particularly look at those exhibits to
16   see if the parties can resolve, see what's being withdrawn,
17   what's actually being introduced.  And I will deal with those
18   objections, at least, if nothing else.  If the parties want to
19   submit the decks just so that I can begin to become aware of
20   what some of these issues are, but you don't have to.
21              MR. CLIFFORD:  We could do that.
22              THE COURT:  Like you said, fully half of the cases
23   that remain are not Clifford cases, right?
24              MS. BRAMMEIER:  About half of them.
25              MR. CLIFFORD:  About half.

1       THE COURT: Okay. Let me see which day next week is
2   lightest.
3       MR. CLIFFORD: You got that lingo down. The deck, you
4   called it a deck.
5       THE COURT: Deck, yes, I'm learning. I never heard of
6   it a couple of months ago.
7       How about Wednesday, the 16th, July 16th, at 2:00?
8       MR. WEBB: That's fine.
9       MR. CLIFFORD: Yes, sir. Yes.
10      THE COURT: All right. I will vacate the trial. I'll
11  deny as moot the remaining cases, and I'll set the case over
12  for status on all things, including the next round of setting.
13      Any news on your trial, Mr. Webb?
14      MR. WEBB: Other than it's going to trial. There's
15  nothing changed. There's been no change at all, other than --
16      THE COURT: We already dealt with that in terms of
17  scheduling, or we're still in conflict?
18      MR. WEBB: No. We built into your schedule two
19  different trial dates so that, if mine did change, which
20  there's still three months left to go before that trial goes,
21  we were going to notify you. I'm just giving you an update
22  right now. That case has not settled, and I don't see it
23  settling. But as evidenced by this morning and right now,
24  things change.
25      And so I've always committed to Your Honor the moment

1  I find that that case has been resolved, I'm notifying the
2  Court.  And that will then solidify the next trial date before
3  Your Honor because you gave a November date and a December
4  date.
5        MR. CLIFFORD:  Correct.
6        MR. WEBB:  And you're holding those, waiting to hear
7  whether anything changes, and I've been keeping Mr. Clifford up
8  to speed also.
9        THE COURT:  Okay.  All right.  We will see everyone
10 Wednesday at 2:00 o'clock, July 16th.
11       MR. CLIFFORD:  We will submit to you those decks to
12 look at.  You'll find them interesting.
13       THE COURT:  I will.
14       MR. WEBB:  Thank you.
15       THE COURT:  Thank you.  Have a good weekend.
16 Thank you.  Court is in recess until 3:00.
17    (Concluded at 2:14 p.m.)
18                           * * * * *
19    I certify that the foregoing is a correct transcript of the
20 final pretrial conference in the above-entitled matter.
21
22 */s/ ANGIE PHIPPS*                              *July 15, 2025*
   ANGIE PHIPPS, RMR, CRR, FCRR
23 Official Court Reporter
24
25

| | | | | | |
|---|---|---|---|---|---|
| MR. CLIFFORD: [16] | 2:00 [3] 1/5 8/7 9/10 | 4/20 accompanying [1] 6/7 | are [11] argue [2] 5/16 5/18 | 6/17 called [1] 8/4 | 2/24 9/20 confers [1] 3/12 |
| MR. LEDFORD: [1] 2/21 | 2:14 [1] 9/17 | across [2] 5/14 5/15 | argued [1] 5/20 | can [10] cannot [2] 6/2 6/7 | conflict [1] 8/17 continue |
| MR. WEBB: [12] | **3** | action [1] 2/14 | as [8] ask [1] | capacity [1] 6/25 | [1] 7/14 correct [3] |
| MS. BRAMMEIER: [4] 5/25 6/2 6/20 7/24 | 30 [1] 3/17 302 [1] 1/3 312 [1] 1/23 | actually [2] 6/3 7/17 advised [1] 3/19 afternoon | 7/14 attorneys [1] 2/8 author [1] 5/2 | case [12] cases [5] certain [1] 4/17 Certainly | 5/8 9/5 9/19 Couch [1] 1/18 could [11] |
| THE CLERK: [2] 2/2 2/4 | 35 [1] 1/16 3600 [1] | [3] 2/8 2/11 2/21 again [2] | aware [1] 7/19 **B** | [1] 4/3 certify [1] 9/19 | counsel [4] 2/13 6/3 6/24 7/5 |
| THE COURT: [22] | 1/11 3:00 [2] 4/13 9/16 | 4/16 4/17 ago [2] 3/22 8/6 | back [1] 2/24 be [12] | change [3] 8/15 8/19 8/24 | couple [1] 8/6 course [1] 4/25 |
| **/** /s [1] 9/22 | **4** 4128 [1] 1/19 | agreement [1] 7/14 ahead [1] 3/1 | because [3] 5/19 6/22 9/3 become [1] | changed [2] 3/5 8/15 changes [1] 9/7 | court [9] courtroom [1] 2/18 |
| **1** 10 [1] 5/19 | 45 [1] 4/16 **6** | AIDED [1] 1/25 AIRLINES [2] 1/3 | 7/19 becoming [1] 7/7 | Chicago [4] 1/4 1/12 1/16 1/22 | CRASH [1] 1/3 Crawford [2] 6/16 |
| 10th [1] 1/18 11 [1] 1/5 1120 [1] 1/18 | 60601 [1] 1/16 60602 [1] 1/12 60604 [1] | 2/7 all [12] ALONSO [2] 1/7 2/6 already [1] | been [5] before [3] 1/7 8/20 9/2 begin [1] | Chris [3] 2/18 2/19 2/21 CHRISTOPHER [2] 1/14 | 6/22 cross [1] 7/10 cross-cases [1] 7/10 |
| 12 [1] 5/19 120 [1] 1/11 | 1/22 6683 [1] 1/23 | 8/16 also [3] 1/20 5/8 | 7/19 being [2] 7/16 7/17 | 1/18 claim [2] 7/3 7/4 | CRR [2] 1/21 9/22 cuts [2] |
| 15 [1] 9/22 16th [3] 8/7 8/7 9/10 | **8** 818-6683 [1] 1/23 | 9/8 always [1] 8/25 ANGIE [3] | believe [2] 2/19 6/15 bench [1] 3/6 | client's [1] 6/4 clients [1] 3/16 | 5/14 5/15 CV [2] 1/3 2/7 |
| 19 [2] 1/3 2/7 1902 [1] | **9** 97209-4128 [1] 1/19 | 1/21 9/22 9/22 another [2] 4/13 6/9 | best [1] 3/15 Boeing [3] 2/17 5/4 | CLIFFORD [10] COIE [1] 1/17 | **D** DAN [2] 1/13 2/17 |
| 1/22 **2** | **A** able [1] | Any [2] 6/2 8/13 anything | 6/24 both [3] 3/10 3/19 | come [4] 4/3 4/16 4/17 7/14 | date [3] 9/2 9/3 9/4 |
| 20 [2] 3/11 5/16 2025 [2] | 6/4 about [5] above [1] | [2] 3/5 9/7 APPEARANCES [1] 1/8 | 5/20 BRAMMEIER [5] BRIAN [2] | committed [1] 8/25 COMPUTER [1] 1/25 | dates [1] 8/19 day [2] 3/11 8/1 |
| 1/5 9/22 2170 [2] 1/3 2/7 | 9/20 above-entit led [1] 9/20 | applicable [1] 5/17 appreciate | 1/15 2/19 built [1] 8/18 | COMPUTER-AI DED [1] 1/25 Concluded | days [1] 3/10 deal [1] 7/17 |
| 219 [1] 1/22 | accepted [1] 3/20 access [1] | [1] 3/25 approach [1] 3/6 | **C** call [1] | [1] 9/17 conference [3] 1/6 | dealing [1] 5/4 |

**D**

dealt [1]
  8/16
Dearborn
  [1]    1/22
death [1]
  7/3
December
  [1]    9/3
deck [3]
  8/3 8/4
  8/5
decks [2]
  7/19 9/11
Defendant
  [2]    1/13
  1/17
defense [3]
  2/16 5/12
  5/23
deny [1]
  8/11
depending
  [3]    4/23
  4/23 7/5
did [4]
  3/14 5/3
  6/17 8/19
didn't [1]
  6/18
different
  [3]    5/5
  6/19 8/19
difficult
  [1]    7/8
directly
  [2]    5/9
  6/14
discuss [1]
  4/4
discussions
  [1]    3/14
dispute [2]
  5/11 5/13
DISTRICT
  [4]    1/1
  1/1 2/4
  2/5
DIVISION
  [1]    1/2
do [8]
doesn't [1]
  5/3
don't [5]
done [1]
  3/15
doubt [1]
  7/13
down [1]
  8/3
Drive [1]
  1/16
DURKIN [2]
  1/10 2/12

**E**

earlier [1]
  3/21
EASTERN [1]
  1/2
effort [1]
  3/13
else [1]
  7/18
energy [1]
  3/13
entirely
  [1]    5/5
entitled
  [1]    9/20
especially
  [1]    7/9
ESSIG [3]
  1/14 2/18
  5/9
ET [1]    1/3
ETHIOPIAN
  [2]    1/3
  2/7
even [1]
  6/8
every [1]
  5/17
everyone
  [1]    9/9
evidenced
  [1]    8/23
example [2]
  6/15 6/16
exhibits
  [3]    7/9
  7/10 7/15
experts [1]
  6/17

**F**

fair [1]
  6/24
faith [1]
  3/15
FCRR [2]
  1/21 9/22
few [1]
  5/10
final [2]
  1/6 9/20
find [2]
  9/1 9/12
fine [1]
  8/8
firm [1]
  6/9
FLIGHT [1]
  1/3
Floor [1]
  1/18
foregoing
  [1]    9/19
form [6]
forms [3]
  5/22 5/23
  6/18
four [1]
  6/17
fully [1]
  7/22
future [1]
  6/8

**G**

gave [1]
  9/3
gets [1]
  4/24
getting [1]
  3/11
given [1]
  7/13
giving [1]
  8/21
go [2]    3/3
  8/20
goes [1]
  8/20
going [11]
gone [1]
  3/13
good [5]
got [3]
  3/22 5/23
  8/3

**H**

had [2]
  4/5 4/13
half [3]
  7/22 7/24
  7/25
happened
  [1]    3/22
has [6]
hate [1]
  5/6
have [12]
haven't [1]
  4/19
having [1]
  4/8
he [1]
  3/19
hear [1]
  9/6
heard [2]
  2/1 8/5
her [1]
  6/18
here [3]
  3/24 6/22
  6/25
his [1]
  3/20
holding [1]
  9/6
Honor [6]
HONORABLE
  [2]    1/7
  2/5
hope [1]
  3/1
hours [1]
  3/11
how [3]
  3/10 7/5
  8/7

**I**

I'll [3]
  7/14 8/10
  8/11
I'm [7]
I've [3]
  5/23 8/25
  9/7
identify
  [2]    2/9
  7/8
ILLINOIS
  [6]
including
  [1]    8/12
inform [1]
  3/19
intend [1]
  6/17
intense [1]
  3/12
interesting
  [1]    9/12
introduced
  [1]    7/17
involving
  [1]    6/16
is [14]
isn't [1]
  6/22
issue [4]
  4/10 5/14
  5/17 5/18
issues [7]
it [8]
it's [7]
items [1]
  7/4

**J**

JOHN [2]
  1/10 2/13
JOHNSON [2]
  1/14 2/18
joined [1]
  2/13
JORGE [2]
  1/7 2/6
Judge [4]
  3/17 3/23
  5/25 6/23
JULIA [2]
  1/14 2/18
July [4]
  1/5 8/7
  9/10 9/22
just [6]

**K**

KALANTZIS
  [2]    1/10
  2/13
keeping [1]
  9/7
KEVIN [2]
  1/10 2/12
kind [1]
  6/21
know [1]
  5/14

**L**

L.65944
largely [1]
  5/2
LaSalle [1]
  1/11
last [3]
  3/9 3/10
  3/17
law [4]
  1/9 2/13
  6/9 6/9
lawyers [1]
  6/11
lead [2]
  1/3 5/3
learning
  [1]    8/5
least [1]
  7/18
LEDFORD [4]
  1/18 2/19
  2/21 2/23
left [1]
  8/20
Let [1]
  8/1
Let's [1]
  2/8
lightest
  [1]    8/2
like [2]
  4/4 7/22
limited [1]
  3/13
line [1]
  7/4
lingo [1]
  8/3
literally
  [2]    3/17
  3/22
little [1]
  7/13
LLP [1]
  1/13
look [3]
  7/2 7/15
  9/12
lot [3]
  3/12 3/12
  7/3

**M**

made [1]
  3/18

**M**
make [1]
 5/1
making [1]
 5/5
many [1]
 3/10
Marks [1]
 5/6
matter [2]
 4/13 9/20
may [2]
 2/19 3/6
me [3]   4/5
 5/2 8/1
mean [1]
 7/2
mediator's
 [1]   3/18
meet [1]
 3/12
memory [1]
 6/16
mind [1]
 4/8
mine [1]
 8/19
minutes [4]
 3/17 3/22
 4/16 5/16
moment [2]
 6/21 8/25
Monday [5]
months [2]
 8/6 8/20
moot [1]
 8/11
more [3]
 4/5 4/20
 7/13
morning [2]
 3/3 8/23
MR [17]
Mr. [5]
Mr. Essig
 [1]   5/9
Mr. Steve
 [1]   5/6
Mr. Webb
 [3]   5/4
 6/5 8/13
MS [6]
Ms. [1]
 5/9
Ms.
Brammeier
 [1]   5/9

my [3]   5/2
 6/13 6/16

**N**
need [1]
 4/2
never [1]
 8/5
news [1]
 8/13
next [4]
 4/3 8/1
 8/12 9/2
NISBET [2]
 1/15 2/19
NJOROGE [3]
 1/20 2/14
 6/24
no [10]
nonissue
 [1]   6/21
North [1]
 1/11
NORTHERN
 [2]   1/1
 2/5
Northwest
 [1]   1/18
not [8]
nothing [2]
 7/18 8/15
notice [1]
 3/22
notified
 [1]   3/21
notify [1]
 8/21
notifying
 [1]   9/1
November
 [3]   4/2
 4/24 9/3
now [5]
number [2]
 4/23 7/4

**O**
o'clock [1]
 9/10
O'Connell
 [2]   3/17
 3/23
objections
 [3]   4/15
 7/9 7/18

obviously
 [1]   6/25
off [1]
 4/8
OFFICES [2]
 1/9 6/9
Official
 [2]   1/21
 9/23
okay [6]
one [3]
 4/19 5/21
 6/15
only [2]
 4/22 5/10
open [1]
 2/1
opening [6]

Oregon [1]
 1/19
other [6]
Otherwise
 [1]   3/23
ours [1]
 5/20
out [1]
 5/4
over [1]
 8/11

**P**
P.C [1]
 1/9
p.m [2]
 1/5 9/17
part [1]
 2/25
part two
 [1]   2/25
particularl
y [2]   3/2
 7/15
parties
 [10]
PAUL [2]
 1/20 2/14
PEC [2]
 6/25 7/1
Perhaps [1]
 7/10
period [1]
 5/21
PERKINS [2]
 1/17 2/20

person [1]
 5/5
PHIPPS [3]
 1/21 9/22
 9/22
phone [4]
 1/18 2/19
 2/22 2/23
place [1]
 3/14
plaintiff
 [5]
plaintiff's
 [2]   5/11
 5/24
please [2]
 2/3 3/7
pleased [1]
 3/19
Portland
 [1]   1/19
position
 [3]   6/5
 6/12 6/13
present [3]
 1/20 2/17
 6/4
presiding
 [1]   2/6
pretrial
 [3]   1/6
 2/24 9/20
principal
 [1]   5/2
problem [1]
 4/22
PROCEEDINGS
 [3]   1/6
 1/25 2/1
PRODUCED
 [1]   1/25
productive
 [1]   4/20
proposed
 [3]   5/23
 5/24 5/24

**R**
raise [1]
 4/10
RE [2]   1/3
 2/7
ready [1]
 3/11
recess [1]

9/16
recommendat
ion [2]
 3/18 3/20
record [1]
 2/9
relate [1]
 7/10
relates [1]
 5/19
remain [1]
 7/23
remaining
 [1]   8/11
REPORTED
 [1]   1/25
Reporter
 [3]   1/21
 1/21 9/23
represent
 [3]   3/16
 6/4 6/14
representin
g [1]   6/10
resolution
 [1]   3/14
resolve [7]

resolved
 [2]   6/3
 9/1
respect [1]
 6/5
right [13]
rise [1]
 2/2
RMR [2]
 1/21 9/22
ROBERT [2]
 1/9 2/12
Room [1]
 1/22
round [1]
 8/12

**S**
said [1]
 7/22
Sam [1]
 2/18
SAMUEL [1]
 1/15
saw [1]
 4/13
say [1]

5/19
says [1]
 7/5
schedule
 [2]   4/13
 8/18
scheduling
 [1]   8/17
seated [1]
 2/3
see [6]
Seems [1]
 4/5
seen [1]
 4/20
session [1]
 2/5
set [4]
 2/24 2/25
 4/13 8/11
setting [1]
 8/12
settle [1]
 3/2
settled [2]
 3/20 8/22
settling
 [1]   8/23
she [1]
 6/17
short [1]
 5/21
side [2]
 5/11 5/12
sides [1]
 3/10
since [1]
 3/9
sir [3]
 2/14 3/6
 8/9
sitting [1]
 3/23
slide [1]
 6/7
slides [6]
slightly
 [1]   6/19
so [12]
solidify
 [1]   9/2
some [4]
 3/1 3/2
 5/11 7/20
something
 [3]   4/4

**S**

something... [2] 5/6 7/8
sorry [1] 6/5
South [1] 1/22
speak [1] 5/9
Specter [1] 5/6
speed [1] 9/8
stand [1] 6/25
statement [3] 4/15 5/2 5/8
statements [2] 3/3 5/15
STATES [2] 1/1 2/4
status [1] 8/12
STENOTYPE [1] 1/25
Steve [1] 5/6
still [3] 4/14 8/17 8/20
STRAWN [1] 1/13
Street [3] 1/11 1/18 1/22
submit [2] 7/19 9/11
such [1] 5/5
suggest [1] 4/1
Suite [1] 1/11
survival [1] 7/4

**T**

tackling [1] 3/4
take [2] 3/14 7/11
talk [1] 4/2
team [1] 5/2
tell [1] 6/22
terms [1] 8/16
than [2] 8/14 8/15
Thank [6]
Thank you [1] 9/16
that [44]
that's [6]
their [4] 3/15 3/16 6/4 6/15
theirs [1] 5/20
them [2] 7/24 9/12
themselves [1] 2/9
then [2] 5/4 9/2
theoretically [2] 6/19 6/20
There [3] 3/13 5/10 5/11
there's [5]
therefore [1] 6/6
these [1] 7/20
they [3] 6/15 6/18 6/20
thing [1] 4/19
things [2] 8/12 8/24
think [8]
this [8]
those [9]
three [1] 8/20
time [4] 4/5 5/10 5/21 7/13
tirelessly [1] 3/11
today [4]

3/24 4/14 5/10 6/6
TRACY [2] 1/11 2/12
transcript [3] 1/6 1/25 9/19
TRANSCRIPTION [1] 1/25
trial [12]
tried [1] 4/24
try [1] 7/6
trying [1] 3/15
Tuesday [2] 3/2 4/3
two [3] 2/25 3/22 8/18

**U**

UNITED [2] 1/1 2/4
unless [1] 6/10
until [1] 9/16
up [8]
update [1] 8/21
upon [3] 4/23 4/23 7/5
us [2] 4/3 6/22
use [1] 6/11
used [1] 6/8
USING [1] 1/25

**V**

vacate [1] 8/10
variables [1] 4/23
vary [1] 7/5
verdict [10]
very [1]

3/13
Via [1] 1/18

**W**

Wacker [1] 1/16
waiting [1] 9/6
want [6]
was [3] 3/1 5/1 6/16
way [2] 5/4 5/21
we [32]
we're [2] 2/25 8/17
WEBB [5]
Wednesday [2] 8/7 9/10
week [2] 4/4 8/1
weekend [1] 9/15
Welcome [1] 2/15
well [4] 4/2 4/19 6/10 6/25
were [5]
West [1] 1/16
what [3] 3/25 4/23 7/20
what's [2] 7/16 7/17
whatever [2] 4/12 7/2
when [2] 3/22 6/15
whether [3] 6/8 6/20 9/7
which [3] 5/10 8/1 8/19
whole [1] 5/15
will [8]
WINSTON [1] 1/13

withdrawn [1] 7/16
within [1] 3/17
without [2] 3/3 6/3
words [1] 4/14
work [2] 3/12 5/3
working [2] 3/11 3/24
would [6]
wouldn't [3] 3/23 4/7 6/21
wrongful [1] 7/3

**Y**

Yeah [2] 4/7 4/11
yes [5]
you [30]
You'll [1] 9/12
you're [2] 6/10 9/6
your [11]
Your Honor [5]

**Z**

ZUIDEMA [2] 1/15 2/18