# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Helena Yonatan Zerihun, et al.
                              Plaintiff,

v.                                                        Case No.: 1:19–cv–02170
                                                           Honorable Jorge L. Alonso

Boeing Co., The, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. Jury trial previously set for 12/8/25 is stricken. Jury trial remains set for 11/3/25. Pretrial conference set for 10/29/25 at 10:30 a.m. Jury trial set for 1/12/26 at 9:00 a.m. for the Vaidya Plaintiffs. Jury trial set for 5/4/26 at 9:00 a.m. for the Stumo Plaintiffs. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.