**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH <br><br> This Document Relates To: **FATUMA SAID,** as Administrator of the Estate of **NASRUDIN MOHAMMED**, deceased, <br><br><br> Original Case No.: 1:19-cv-08287 | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge M. David Weisman |

**AGREED MOTION FOR ORDER REGARDING ISSUANCE OF U.S. VISAS**

Plaintiff, through her respective counsel, requests that this Court enter the attached Order regarding the Issuance of U.S. Visas in this matter and, in support, states as follows:

1. Plaintiff's case is currently pending before this Honorable Court. She is a citizen of Kenya and is currently a dual UK-Kenyan resident.

2. This Court has set a trial date of November 3, 2025.

3. On February 4, 2025, this Court entered an Agreed Order for use in the applications of Plaintiff and certain named witnesses for U.S. visas.

4. This matter has been specifically set as a backup case for the November 3, 2025 trials. As such, this Plaintiff needs to appear and testify before the Court, as the widow of the decedent.

5. Plaintiff is in need of the appropriate U.S. visa which will allow her to enter the U.S, both for preparation and to attend the trial themselves.

6. Given the length of time needed to complete the required paperwork and processes mandated by the U.S. Department of State, Plaintiff needs to begin the visa process without delay.

7. This Honorable Court has issued a standing order to expeditiously and efficiently address facilitating travel for plaintiffs and their witnesses [Dkt. 1444].

1

8.    This Honorable Court has also previously issued an Agreed Order, for use in plaintiffs' visa interviews and applications [Dkt. 1448].

9.    Defendant has no objection to the issuance of the attached Agreed Order.

WHEREFORE, Plaintiff respectfully requests that the Court issue the attached Agreed Order regarding the Issuance of U.S. Visas.

Dated: September 9, 2025

/s/Robert A. Clifford
Robert A. Clifford
rac@cliffordlaw.com
Kevin P. Durkin
kpd@cliffordlaw.com
Tracy A. Brammeier
tab@cliffordlaw.com
John V. Kalantzis
jvk@cliffordlaw.com
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically filed the foregoing Agreed Motion for Order Regarding Issuance of U.S. Visas with the Court using the CM/ ECF system, which will send notification of such filing to all attorneys of record.

/s/ Robert A. Clifford
Robert A. Clifford
RAC@CliffordLaw.com
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, 36th Floor
Chicago, IL 60602
312-899-9090