**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Helena Yonatan Zerihun, et al.
                        Plaintiff,

v.                                                       Case No.: 1:19–cv–02170
                                                              Honorable Jorge L. Alonso

Boeing Co., The, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

      MINUTE entry before the Honorable M. David Weisman: Agreed motions for order regarding issuance of U.S. Visas [2651] and [2653] are granted. Parties shall send proposed agreed order to Proposed_Orders_Weisman@ilnd.uscourts.gov for review and entry. Motion hearing set for 9/18/25 is stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.