IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH**<br><br>This Document Relates To: NDIVO FREDRICK MUSAU and BEATRICE KAMANTHE KIMUYU, Individually and as Co-Personal Representatives of the Estate of MERCY NGAMI NDIVO, deceased, Original Case No.: 1:19-cv-5563<br><br>This Document Relates To: AMEEN QAID GHAZI AL-AHEUM, as Personal Representative of the Estate of ABDULJALIL QAID GHAZI HUSSEIN, Deceased Case No.: 1:19-cv-06718 | Civil No. 1:19-cv-02170<br><br>District Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: Hon. M. David Weisman |

## NOTICE OF MOTION

TO:   ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on the 29th day of October 2025 at 9:30 AM or as soon thereafter as counsel may be heard, the parties will appear before the Honorable Judge Jorge L. Alonso in courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street in Chicago, Illinois, and present **PLAINTIFF'S MOTION TO PERMIT LIVE VIDEO TESTIMONY OF ROBERT JOHNSON.**

Dated:  October 23, 2025

                **PLAINTIFFS**

                /s/ Robert A. Clifford
                Robert A. Clifford
                rac@cliffordlaw.com
                Kevin P. Durkin
                kpd@cliffordlaw.com
                Tracy A. Brammeier
                tab@cliffordlaw.com

John V. Kalantzis
jvk@cliffordlaw.com
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025, I electronically filed the foregoing Notice of Motion using the CM/ ECF system, which will send notification of such filing to all attorneys of record.

/s/ Robert A. Clifford
Robert A. Clifford
RAC@CliffordLaw.com
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, 36th Floor
Chicago, IL 60602
312-899-9090