IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | ) Lead Case No. 19-cv-2170 ) |
| JOSHUA MWAZO BABU and EMILY CHELANGAT BABU, Individually and as Co-Personal Representatives of the Estate of JARED BABU MWAZO, deceased. | ) ) ) ) ) ) ) |
| *Plaintiffs*, | ) Sub-Case No.: 19-cv-05562 ) ) ) Jury Trial Demanded ) ) Amount Demanded: |
| v. | ) ) ) District Judge: Hon. Judge Jorge L. Alonso |
| THE BOEING COMPANY, a Delaware Corporation | ) ) ) |
| *Defendant* | ) |

## NOTICE OF MOTION

To all counsel of record:

PLEASE TAKE NOTICE that on October 29, 2025 at 09:30 am, I shall appear before the Honorable Jorge L. Alonso remotely or in Courtroom Number 1903 at 219 S. Dearborn Street, Chicago, IL 60604, and present the following motion, which was previously served upon you:

1. Motion to Strike Sealed Document [2696] And For Other Relief [2706].

1

Respectfully Submitted

/s/ Eric Onyango
Eric Onyango
Prime Legal, LLC
222 North Columbus Drive #1507
Chicago, IL 60601
312-315-8568
Counsel for Joshua and Emily Babu , Individually and as Co-Personal Representatives of the Estate of JARED BABU MWAZO, deceased.