# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge Weisman |

## ORDER TO BRING IN TRIAL MATERIALS

ORDERED that staff of the law firm Winston & Strawn, Clifford Law, and their vendors, including Impact, Aquipt, Comet, and Erik Thorsnes, are authorized to bring equipment and supplies into the courthouse for use at trial in the matter captioned above on October 31, 2025 and during the duration of trial: tech tables, printer, monitors, cables, power strips, HDMI switcher, mackie speaker, adapter, office supplies, and water.

FURTHER ORDERED that staff and attorneys of Winston & Strawn, Clifford Law, and their vendors are allowed to bring into the courthouse food and drinks during the duration of trial. The trial begins on October 31, 2025 and is expected to conclude by November 14, 2025, if not earlier.

**SO ORDERED.**

Dated: October 31, 2025,

　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jorge L. Alonso
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge