IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | ) ) ) | Lead Case No. 19-cv-2170 |
| JOSHUA MWAZO BABU and EMILY CHELANGAT BABU, Individually and as Co-Personal Representatives of the Estate of JARED BABU MWAZO, deceased. | ) ) ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) ) | Sub-Case No.: 19-cv-05562 |
| | ) ) | Jury Trial Demanded |
| v. | ) ) ) | Amount Demanded: |
| THE BOEING COMPANY, a Delaware Corporation, et. al., | ) ) ) ) | District Judge: Hon. Judge Jorge L. Alonso |
| *Defendants* | ) | |

## MOTION FOR ORDER CORRECTING DOCKET ENTRY [R. 2644]

Plaintiffs Joshua Mwazo Babu and Emily Chelangat Babu, individually and as co-personal representatives of the Estate of Jared Babu Mwazo, deceased ("Plaintiffs" or "Movants"), through the undersigned counsel, respectfully move this Honorable Court, pursuant to its inherent powers and Rule 60(a) of the Federal Rules of Civil Procedure, for an order correcting the minute order that was entered on August 27, 2025 for August 26, 2025 proceedings (Doc. 2644). In support of this motion, Plaintiffs state as follows:

1. On August 26, 2025, the Court granted Mr. Bruce Stein's motion for leave to appear Pro Hac Vice, filed as Doc. [2643]. (Ex. 1 at 4). The minute order entered on August 27, 2025 does not reflect this decision. See Doc. 2644 ("Status hearing held. Jury trial previously set for 12/8/25

1

is stricken. Jury trial remains set for 11/3/25. Pretrial conference set for 10/29/25 at 10:30 a.m. Jury trial set for 1/12/26 at 9:00 a.m. for the Vaidya Plaintiffs. Jury trial set for 5/4/26 at 9:00 a.m. for the Stumo Plaintiffs.")

2. This has led to some confusion, as some counsel of record have not served Mr. Fein with case-related communications.

3. Rule 60(a) of the Federal Rules of Civil Procedure provides in relevant part that: "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice."

4. In this case, as demonstrated by the attached transcript, the minute order entered on August 27, 2025 contains "a clerical mistake or a mistake arising from oversight or omission."

5. For these reasons, Plaintiffs respectfully request the Court to enter an order directing the Clerk of Court to reflect on the docket that Mr. Bruce Stein's motion for leave to appear Pro Hac Vice, filed as Doc. [2643], was granted on August 26, 2025.

**WHEREFORE**, Plaintiffs Joshua Mwazo Babu and Emily Chelangat Babu, individually and as co-personal representatives of the Estate of Jared Babu Mwazo, respectfully request this Court to enter an order directing the Clerk of Court to make an entry on the docket reflecting that Mr. Bruce Stein's motion for leave to appear Pro Hac Vice, filed as Doc. [2643], was granted on August 26, 2025 and for all other relief that is appropriate under the circumstances.

Respectfully Submitted

/s/ Eric Onyango
Eric Onyango
Prime Legal, LLC
222 North Columbus Drive #1507
Chicago, IL 60601
312-315-8568
Counsel for Plaintiffs Joshua Mwazo Babu and Emily Chelangat Babu, individually and as co-personal representatives of the Estate of Jared Babu Mwazo, deceased

**CERTIFICATE OF SERVICE**

I, Eric Onyango, an attorney, certify that on November 3, 2025, I caused a copy of this document to be filed using the Court's electronic filing system, which will cause service upon all counsel of record.

/s/ Eric Onyango
Counsel for Plaintiffs Joshua Mwazo Babu and Emily Chelangat Babu, individually and as co-personal representatives of the Estate of Jared Babu Mwazo, deceased