UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Helena Yonatan Zerihun, et al.
                                   Plaintiff,

v.                                                            Case No.: 1:19–cv–02170
                                                                Honorable Jorge L. Alonso

Boeing Co., The, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiffs Joshua Mwazo Babu and Emily Chelangat Babu, individually and as co−personal representatives of the Estate of Jared Babu Mwazo, deceased's Motion for order correcting docket entry [R. 2644] [2715] is granted. Plaintiffs' Attorney Bruce Stein's Motion for leave to appear Pro Hac Vice [2643] was granted on 8/26/25. Motion hearing date of 11/6/25 is stricken. Defendant's Motion for leave to appear pro hac vice [2717] is granted. Attorney Rand Brothers is given leave to file an appearance on behalf of Defendant The Boeing Company. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.