# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: Ethiopian Airlines Flight ET 302 Crash

Case Number: 1:19-cv-02170

An appearance is hereby filed by the undersigned as attorney for:

Defendant The Boeing Company

Attorney name (type or print): Rand Brothers

Firm: Winston & Strawn LLP

Street address: 1901 L St. NW

City/State/Zip: Washington, DC 20036

Bar ID Number: 1002852
(See item 3 in instructions)

Telephone Number: (202) 282-5000

Email Address: RBrothers@winston.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you a member of the court's general bar? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| Are you appearing *pro hac vice*? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 6, 2025

Attorney signature: S/ Rand Brothers
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023