**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Helena Yonatan Zerihun, et al.
                                    Plaintiff,

v.                                                           Case No.: 1:19–cv–02170
                                                                     Honorable Jorge L. Alonso

Boeing Co., The, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 10, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Jury trial held and evidence entered. Jury trial continued to 11/10/25 at 9:00 a.m. For the reasons stated on the record, Defendant Boeing's Motion to preclude Plaintiff from questioning Boeing's expert Dr. Rawson Wood about the exclusion of his testimony in other cases [2728] is withdrawn. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.