**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>This filing relates to: 1:19-cv-05079 | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Weisman |

## JOINT MOTION FOR ENTRY OF JUDGMENT ON THE VERDICT

Plaintiff Gunit Garg, as Special Administrator for the Estate of Shikha Garg, ("Plaintiff") and Defendant The Boeing Company ("Boeing") (collectively, "the Parties"), by and through their undersigned counsel, and pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, hereby move this Court to enter judgment on the verdict in favor of Plaintiff Gunit Garg and against Boeing, including damages as determined by the jury and prejudgment interest as agreed by the parties. In support of this motion, the parties state as follows:

1. On November 12, 2025, a jury verdict was returned in favor of Plaintiff in the amount of $28,450,000. *See* ECF 2734, 2735.

2. The Parties separately agreed that Boeing will pay $7,397,000 in prejudgment interest.

3. The Parties agreed that each party will bear their own attorneys' fees and costs.

4. Thus, the Parties have reached agreement that the total amount due to Plaintiff is $35,847,000, consisting of $28,450,000 in compensatory damages and $7,397,000 in prejudgment interest.

WHEREFORE, the Parties respectfully request that this Court enter judgment on the verdict in favor of Plaintiff and against Boeing in the total amount of $35,847,000.

1

| | |
|---|---|
| DATED December 15, 2025 | **THE BOEING COMPANY**<br><br>By: /s/ *Dan K. Webb*<br>*One of Its Attorneys*<br><br>Dan K. Webb<br>dwebb@winston.com<br>Linda T. Coberly<br>lcoberly@winston.com<br>Christopher B. Essig<br>cessig@winston.com<br>Julia M. Johnson<br>jmjohnson@winston.com<br>Samuel M. Zuidema<br>szuidema@winston.com<br>**Winston & Strawn LLP**<br>300 N. LaSalle Dr.<br>Chicago, Illinois 60654-3406<br>Phone: (312) 558-5600<br><br>Sandra A. Edwards<br>sedwards@winston.com<br>**Winston & Strawn LLP**<br>101 California Street<br>35th Floor<br>San Francisco, CA 94111-5840<br>Phone: (415) 591-1000<br><br>Christopher M. Ledford<br>CLedford@perkinscoie.com<br>Mack H. Shultz<br>MShultz@perkinscoie.com<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Phone: (206) 359-8000<br>Fax: (206) 359-9000<br><br>Jon R. Buck<br>JBuck@perkinscoie.com<br>**Perkins Coie LLP**<br>131 S. Dearborn, Suite 1700<br>Chicago, Illinois 60603-5559<br>Phone: (312) 324-8400<br>Fax: (312) 324-9400 |

/s/ *Elizabeth Crawford*
Shanin Specter
Elizabeth Crawford
KLINE & SPECTER P.C.
*Counsel for the Estate of Shikha Garg*

/s/ *Joseph A. Power*
Joseph A. Power, Jr.
Jonathan Thomas
POWER ROGERS LLP
*Local Counsel for the Estate of Shikha Garg*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                                                    /s/ *Dan K. Webb*
                                                                                    **WINSTON & STRAWN LLP**
                                                                                    300 N. LaSalle Dr.
                                                                                    Chicago, Illinois 60654-3406
                                                                                    Phone: (312) 558-5600