**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) |
| | Honorable Jorge L. Alonso |
| This filing relates to: 1:19-cv-05079 | Magistrate Judge Weisman |

**ORDER**

This case is before the Court on Plaintiff Gunit Garg's ("Plaintiff") and Defendant The Boeing Company's ("Boeing") Joint Motion for Entry of Judgment on the Verdict. Having reviewed that Motion and the Court being fully advised of its premises, IT IS HEREBY ORDERED that the Motion is GRANTED. Boeing shall pay Plaintiff $35,847,000, consisting of $28,450,000 in compensatory damages and $7,397,000 in prejudgment interest.

**SO ORDERED.**

Dated: December 15, 2025

The Hon. Jorge L. Alonso
United States District Judge