IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| AMEEN QAID GHAZI AL-AHEUM, as Personal Representative and Administrator of the Estate of ABDUL JALIL QAID GHAZI HUSSEIN, deceased, | *This Filing Relates to: Case No. 19-cv-6718* |
| Plaintiff, | |
| v. | |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AEROSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation, | |
| Defendants. | |

**AGREED MOTION TO APPROVE THE SETTLEMENT OF CLAIMS AND DISMISS OF ALL CLAIMS**

Plaintiff, AMEEN QAID GHAZI AL-AHEUM, as Personal Representative and Administrator of the Estate of ABDUL JALIL QAID GHAZI HUSSEIN, deceased, (the "Decedent"), and on behalf of all Surviving Beneficiaries, by their undersigned attorneys, respectfully move this Court to approve the settlement of claims for the beneficiaries and dismiss all claims against Defendant, The Boeing Company, and in support thereof states as follows:

## FACTS

1. Plaintiff's Decedent was a passenger on board a certain Boeing 737 Max 8 aircraft, registration ET-AVJ ("the Accident Aircraft"), being operated by Ethiopian Airlines as Flight ET302 from Addis Ababa, Ethiopia to Nairobi, Kenya on March 10, 2019 ("the Accident Flight"). The Accident Flight crashed in Ethiopia shortly after takeoff, killing all 157 persons on board the Accident Aircraft, including the Plaintiff's Decedent.

2. This matter is a wrongful death and survival action arising from the death of the Plaintiff's Decedent filed by Plaintiff on behalf of the Decedent's Estate, surviving heirs, and next of kin, including the Decedent's wife, children, and mother.

3. Plaintiff's Decedent was 38 years old at the time of the Accident Flight, and a resident of Kenya. The Decedent is survived by his wife, children, and mother.

## PLAINTIFF'S ALLEGATIONS

4. Plaintiff filed a complaint alleging negligence, strict product liability, and other claims against Defendant, and subsequently adopted the Master Complaint filed in the Lead Case in this consolidated matter.

5. Plaintiff alleges, among other things, that Defendant Boeing designed, manufactured, assembled, and sold the Accident Aircraft, and that the Accident Aircraft was defective and negligently designed, manufactured, and/or assembled, resulting in the crash of the Accident Aircraft.

6. Plaintiff further allege as a direct and proximate result of the alleged defective condition and negligent design, manufacture, and assembly of the Accident Aircraft, Plaintiff and other heirs of Decedent suffered loss of household services, loss of care, comfort, companionship,

guidance, and society and mental anguish, sorrow, and grief, as well as various other damages as a result of the death of Plaintiff's Decedent.

7. Defendant Boeing agrees and stipulates, for purposes of this consolidated litigation only, that it is liable to Plaintiff and Plaintiff's Decedent's next of kin for all compensatory damages resulting from the death of Plaintiff's Decedent. (Dkt. #1217-1).

## SETTLEMENT AGREEMENT

8. Counsel for Plaintiff and counsel for Boeing engaged in a mediation before retired Cook County Circuit Court Chief Judge Donald O'Connell. The parties have agreed to settle the claims of Plaintiff (including claims on behalf of Decedent's estate and surviving beneficiaries) against Defendant.

9. As a condition of the settlement, the parties have agreed to keep the amount of the settlement confidential. The terms of the settlement and allocation of proceeds are provided to the Court as Exhibit 1, filed under seal.

10. In connection with the mediation of these claims and in the course of negotiating this settlement, Plaintiff's counsel considered the strength of Plaintiff's claims against the Defendant, Defendant's asserted defenses, and various other relevant factors.

11. Plaintiff's counsel has extensive experience in the representation of families of victims of international aviation accidents and specializes in aviation litigation. Plaintiff's counsel believes the settlement amount is fair and reasonable under all the above-stated considerations.

12. The mediator, retired Chief Judge O'Connell, also has a great deal of experience as a judge and mediator in aviation matters and believes this settlement to be fair and reasonable for all parties.

13. Plaintiff's counsel has fully explained all the above facts to Plaintiff, and Plaintiff agrees that the settlement amount is fair and reasonable. Plaintiff seeks the Court's approval of this settlement.

14. Plaintiff's counsel conferred with counsel for Defendant Boeing, and counsel for Defendant stated Boeing agrees with the relief requested herein.

WHEREFORE, Plaintiff prays that this Court enter an Order:

A. Finding the undersigned attorneys at Clifford Law Offices, P.C., and Cotchett, Pitre & McCarthy, LLP, are competent attorneys representing the interests of the beneficiaries;

B. Approving on behalf of the beneficiaries the settlement of the claims of Plaintiff against Defendant resulting from the death of decedent, ABDUL JALIL QAID GHAZI HUSSEIN, aboard Flight ET302 (including Plaintiff's claims on behalf of Decedent's estate and all surviving beneficiaries);

C. Dismissing Plaintiff's claims with prejudice and without costs against any party; and

D. Providing Plaintiff with such other relief as this Court may deem just.

Dated: January 19, 2026

                          s/ Robert A. Clifford
                          Robert A. Clifford (ARDC No. 0461849)
                          Kevin P. Durkin (ARDC No. 3127906)
                          Tracy A. Brammeier (ARDC No. 6317792)
                          John V. Kalantzis (ARDC No. 6283187)
                          **CLIFFORD LAW OFFICES**
                          120 North LaSalle Street
                          Suite 3600
                          Chicago, IL 60602
                          Tel: (312) 899-9090

Fax: (312) 251-1160
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

Frank M. Pitre
John P. Thyken
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
fpitre@cpmlegal.com
jthyken@cpmlegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2026, I electronically filed the foregoing Agreed Motion to approve Settlement of Claims and Dismiss All Claims with the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

 

s/ Robert A. Clifford
Robert A. Clifford (ARDC No. 0461849)
**CLIFFORD LAW OFFICES**
120 North LaSalle Street,
Suite 3600
Chicago, IL 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
rac@cliffordlaw.com