**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) Honorable Jorge L. Alonso Magistrate Judge Weisman |

**JOINT STATUS REPORT**

Per the Court's instruction [ECF 2863], the following is a status report relating to the **Babu** matter, 19-cv-05562.

**Mwazo, Jared Babu** (19-cv-05562):

***Position of Joshua Mwazo Babu and Emily Chelangat Babu, as co-personal representatives of the Estate of Jared Babu Mwazo, deceased:***

1. The Babus' case remains stayed in the district court with several motions pending to wit:
   a. Motion to remove and discharge the GAL (Doc. 2858);
   b. Motion to disqualify counsel for the GAL (Doc. 2856)
   c. Motion of relief from PEC Leadership Order (Doc.2855);
   d. Motion for leave to amend the notice adopting the master complaint. (Doc. 2854).

2. Only one of the motions has been fully briefed (motion to disqualify counsel, Doc. 2856). The Babus anticipate that they will file two other motions in the coming days before the District Judge, including one terminating referral to the magistrate judge on GAL-related issues, since the district court has addressed those issues the referral notwithstanding.

3. On February 23, 2026, the District Judge cancelled a status hearing on the case (and motion presentment date), and no hearing is currently scheduled. (Doc. 2860). On May 14, 2026, the District Court entered an order requiring a joint status report by May 20, 2026. (Doc. 2927).

4. In addition, there is a pending related case for declaratory judgment against the GAL, in which she has dodged service of process, and a motion for alternate service is pending there. See 26-cv-01235, Doc. 7, 20. That case is assigned to Magistrate Judge Gilbert, and it seeks a declaratory judgment that it is the Babus, and only the Babus and their counsel, who have the exclusive authority to litigate the pending claims in this consolidated case. Although the case was reassigned to the Honorable Jorge L. Alonso for all further proceedings pursuant to Rule 13 of the

1

Internal Operating Procedures on May 7, 2026, the Babus intend to file a motion to recuse and for reassignment shortly within the coming days.

5.   The Babus oppose the request by the GAL to lift the stay on the case, as that same request is pending before the District Judge [in addition to several other issues detailed in the last status report filed in the district court [R. 2857] and would be premature and inappropriate to be addressed by the Magistrate Judge, much less the District Judge, before their lawsuit for declaratory judgment is decided on the merits on a final judgment. See Doc. 2847 at 2 ("Counsel for GAL respectfully requests this Court lifts the stay that was previously entered in this matter"). The Babus object to and do not agree to any and all proposed requests by the GAL and her counsel in this status report as their motions to disqualify the GAL's counsel and to discharge and remove her are pending before the district court as is their lawsuit for declaratory judgment to affirm their authority to exclusively litigate the pending claims.

6.   The Babus agree with Boeing that fact and expert discovery deadlines cannot and should not be set at this time given all the pending issues before the District Judge as well as their declaratory judgment lawsuit, and the fact that the case is still in the pleading stage. As Boeing has expressed, the Babus also do not believe that there is anything that requires the Court's attention on May 20, 2026. The Babus further agree with Boeing's correct observation that Judge Alonso has not set a trial date for this case and it would be premature to do so.

***Position of Elizabeth Budzinski, as guardian ad litem for E.C.B., a minor:***

1.   On February 6, 2026 a Joint Status Report was filed soley relating to the pending issues in the ***Babu*** matter [ECF 2857].

2.   The fully briefed  matters pending before District Court Judge Alonso for ruling are:

   - Motion To Disqualify GAL's Counsel [ECF 2843]; and
   - Motion to Disqualify counsel for GAL and entire law firm (Power Rogers, LLP) [ECF 2858].

3.   On February 3, 2026, Joshua Mwazo Babu and Emily Chelangat Babu filed a Complaint for Declaratory Judgment against Elizabeth Budzinski as guardian *ad litem* for E.C.B. under case: 1:26-cv-01235 [ECF Doc. 1].  On May 7, 2026, the case was reassigned to the Honorable Jorge L. Alonso for all further proceedings pursuant to Rule 13 of the Internal Operating Procedures.  1:26-cv-01235 [ECF Doc. 27].

4.   Counsel for GAL respectfully requests this Court lift the stay that was previously entered in this matter. [Doc. 2051]     Counsel for GAL respectfully believes an Order from the

2

Court expressly authorizing Power Rogers, LLP as counsel for GAL to proceed with discovery and the litigation on behalf of the minor would clarify the authority this Court granted the GAL as her counsel for all involved which will facilitate counsel for the GAL, counsel for the Babus, and counsel for Boeing proceeding with discovery and preparing the matter for trial.

5. To date, no damages depositions have proceeded in this case. Power Rogers, LLP., counsel for Elizabeth Budzinski, as guardian *ad litem* for E.C.B, who signed the stipulation as ordered by the court has not proceeded with damages depositions in light of the pending motions.

6. Attorneys for Elizabeth Budzinski, as guardian *ad litem* for E.C.B. request the Court set a date for trial of this case in December of 2026. If this Court were to set a trial date in December 2026, Plaintiff would request a fact discovery completion deadline of August 1, 2026. Plaintiff will be prepared to proceed with expert discovery and proposes the following schedule:

   a. Plaintiff's expert disclosure due on September 1, 2026
   b. Boeing's expert disclosures due on October 1, 2026
   c. Expert depositions to be completed November 15, 2026

**Position of Boeing:**

In light of the Babus' various motions pending in the District Court and the overall posture of the Babu case, Boeing does not believe that fact and expert discovery deadlines can be set at this time. Boeing also notes that Judge Alonso has not set a trial date for this case and it would be premature to do so. Boeing therefore does not believe that there is anything that requires the Court's attention on May 20, 2026.

**Report of Plaintiffs' Executive Committee:**

The PEC takes no position on these matters. For the Court's convenience, it notes the most recent discussion regarding a stay on discovery occurred at the conference held before Judge Alonso on February 10, 2026. (*See* 2/10/26 Hr'g Tr. at 9:17-10:11).

Dated: May 15, 2026

/s/ Larry R. Rogers Jr.                          /s/ *Dan K. Webb*
Joseph A. Power, Jr.                             Dan K. Webb
Larry R. Rogers, Jr.                             dwebb@winston.com
POWER ROGERS, L.L.P.                             Linda T. Coberly
70 W. Madison Street, 55th Floor                 lcoberly@winston.com

3

Chicago, IL 60602
(312) 236-9381

**Counsel for Elizabeth Budzinski, as guardian *ad litem* for E.C.B., a minor**

/s/ Eric Onyango

Eric Onyango
Prime Legal, LLC
222 North Columbus Drive #1507
Chicago, IL 60601
312-315-8568

/s/ Bruce Fein
Bruce Fein
Law Offices of Bruce Fein
300 New Jersey Avenue, N.W., Suite 368
Washington, D.C. 20001
Phone: 202-465-8728

**Counsel for Plaintiffs Joshua Mwazo Babu and Emily Chelangat Babu, individually and as co-personal representatives of the Estate of Jared Babu Mwazo, deceased**

s/Tracy A. Brammeier
Robert A. Clifford
*rac@cliffordlaw.com*
Kevin P. Durkin
*kpd@cliffordlaw.com*
Tracy A. Brammeier
*tab@cliffordlaw.com*
John V. Kalantzis
*jvk@cliffordlaw.com*
CLIFFORD LAW OFFICES, P C.
120 N. LaSalle Street
36th Floor
Chicago, Illinois 60602
(312) 899-9090

Christopher B. Essig
cessig@winston.com
Julia M. Johnson
jmjohnson@winston.com
**Winston & Strawn LLP**
300 N. LaSalle Dr.
Chicago, Illinois 60654
Phone: (312) 558-5600

Sandra A. Edwards
sedwards@winston.com
**Winston & Strawn LLP**
101 California Street
35th Floor
San Francisco, CA 94111-5840
Phone: (415) 591-1000

Jon R. Buck
JBuck@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

**Counsel for The Boeing Company**

**On behalf of the Plaintiffs' Executive Committee**

Case: 1:19-cv-02170 Document #: 2928 Filed: 05/15/26 Page 5 of 6 PageID #:78273

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that on **15 May 2026,** I filed   *JOINT STATUS REPORT*   by E File electronic system with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division.

<u>/s/ Larry R. Rogers Jr.</u>

Joseph A. Power, Jr.
Larry R. Rogers, Jr.
POWER ROGERS, L.L.P.
70 W. Madison Street, 55th Floor
Chicago, IL 60602
(312) 236-9381