**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) |
| | Honorable Jorge L. Alonso |
| This filing relates to: 1:19-cv-02281 | Magistrate Judge Weisman |

## JOINT MOTION FOR ENTRY OF JUDGMENT ON THE VERDICT AND PREJUDGMENT INTEREST

Plaintiffs Michael Stumo and Nadia Milleron, as personal representatives of the Estate of Samya Stumo, ("Plaintiffs") and Defendant The Boeing Company ("Boeing") (collectively, "the Parties"), by and through their undersigned counsel, and pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, hereby move this Court to enter judgment on the verdict in favor of Plaintiffs and against Boeing, including damages as determined by the jury and prejudgment interest in accordance with Section 2-1303(c) of the Illinois Code of Civil Procedure, 735 ILCS 5/2-1303(c). In support of this motion, the parties state as follows:

1.      On May 13, 2026, a jury verdict was returned in favor of Plaintiffs in the amount of $49,500,000. *See* ECF 2927.

2.      Prejudgment interest of $14,459,431.23 (6% annum for 1777 days) would amend the verdict to the total amount awarded to Plaintiffs as $63,959,424.21 in accordance with 735 ILCS 5/2-1303(c).

3.      The Parties agreed that each party will bear their own attorneys' fees and costs.

4.      Thus, the total amount of judgment to the Plaintiffs is $63,959,424.21, including $49,500,000 in compensatory damages and $14,459,431.23 in prejudgment interest.

WHEREFORE, the Parties respectfully request that this Court enter judgment on the verdict in favor of Plaintiff and against Boeing in the total amount of $63,959,424.21.

DATED May 15, 2026

Respectfully submitted,

**PLAINTIFFS**

_s/ Shanin Specter_
Shanin Specter
Elizabeth Crawford
KLINE & SPECTER P.C.
_Lead counsel for Michael Stumo and Nadia Milleron, as Personal Representatives of the Estate of Samya Stumo, deceased_

_/s/ Joseph A. Power_
Joseph A. Power, Jr.
James Power
POWER RODGERS LLP
_Local counsel for Plaintiffs_

**THE BOEING COMPANY**

By: _/s/ Dan K. Webb_
_One of Its Attorneys_

Dan K. Webb
dwebb@winston.com
Linda T. Coberly
lcoberly@winston.com
Christopher B. Essig
cessig@winston.com
Julia M. Johnson
jmjohnson@winston.com
Samuel M. Zuidema
szuidema@winston.com
**Winston & Strawn LLP**
300 N. LaSalle Dr.
Chicago, Illinois 60654-3406
Phone: (312) 558-5600

Sandra A. Edwards
sedwards@winston.com
**Winston & Strawn LLP**
101 California Street

2

35th Floor
San Francisco, CA 94111-5840
Phone: (415) 591-1000

Christopher M. Ledford
CLedford@perkinscoie.com
Mack H. Shultz
MShultz@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Jon R. Buck
JBuck@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*s/ Shanin Specter*
Shanin Specter
Elizabeth Crawford
KLINE & SPECTER P.C.
*Lead counsel for Michael Stumo and Nadia Milleron, as Personal Representatives of the Estate of Samya Stumo, deceased*
