**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br><br>This Document Relates To: NAOISE NEE CONNOLLY, *as Special Administrator of the Estate of MICHEÁL RYAN, deceased*<br><br>Case No.: 1:19-cv-03540 | Civil No.       1:19-cv-02170<br><br>District Judge:    Hon. Jorge L. Alonso<br><br>Magistrate Judge:   Hon. M. David Weisman |

**AGREED ORDER REGARDING PLAINTIFF'S TRAVEL INTO THE UNITED STATES**

This matter having come before the Court at the Pretrial Conference held on July 29, 2026, upon Plaintiff's request for an Order Regarding Plaintiff's Travel into the United States, the Court being fully advised in the premises, and Defendant having no objection to the relief requested,

**IT IS HEREBY ORDERED:**

1.      Plaintiff **Naoise nee Connolly**, as Special Administrator of the Estate of Micheál Ryan, is a party in the above-captioned action, which is currently pending before this Court and is scheduled for trial commencing on **August 3, 2026**.

2.      Plaintiff is a citizen and resident of Ireland and intends to travel to the United States in connection with these legal proceedings. Plaintiff  will be accompanied by her two minor children and her mother-in-law, **Christine Ryan**.

3.      The Court recognizes that Plaintiff's presence in the United States is necessary for purposes of attending and participating in the trial of this matter.

4.      This Order is entered solely to facilitate Plaintiff's travel and admission into the United States in connection with these judicial proceedings. It is intended to verify that Plaintiff's travel is related to active litigation pending before this Court.

IT IS SO ORDERED.

Dated: July 29, 2026

_____
HON. JORGE L. ALONSO
United States District Judge