**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br><br>This Document Relates To: NAOISE NEE CONNOLLY, as Special Administrator of the Estate of MICHEÁL RYAN, deceased<br><br>Case No.: 1:19-cv-03540 | Civil No.          1:19-cv-02170<br><br>District Judge:    Hon. Jorge L. Alonso<br><br>Magistrate Judge:   Hon. M. David Weisman |

AGREED ORDER REGARDING THE TRAVEL OF PLAINTIFF'S INTERNATIONAL
WITNESSES INTO THE UNITED STATES

This matter having come before the Court at the Pretrial Conference held on July 29, 2026, upon Plaintiff's request for an Order facilitating the travel of Plaintiff's international trial witnesses into the United States, the Court being otherwise fully advised in the premises, and Defendant having no objection to the relief requested,

IT IS HEREBY ORDERED:

1.      Plaintiff Naoise nee Connolly, as Special Administrator of the Estate of Micheál Ryan, is a party in the above-captioned action, which is currently pending before this Court and is scheduled for a two-week trial commencing on August 3, 2026.

2. Plaintiff intends to present testimony at trial from the following witnesses, all of whom reside outside the United States and are expected to travel internationally to testify in these proceedings:

- o Siobhan Sile Brassil (Citizen of Ireland), traveling from Ireland;
- o Mari Turashvili, ((Citizen of Ireland), traveling from Ireland;
- o Stephen John Cahill (Citizen of Ireland), traveling from Rome, Italy;
- o Andrew Robert Jackson ( Citizen of United Kingdom), traveling from Barbados; and
- o Fergus Gleeson ((Citizen of Ireland), traveling from Ireland.

3. The Court recognizes that the presence of these witnesses in the United States is necessary for purposes of attending and testifying at the trial of this matter.

4. This Order is entered solely to facilitate the travel and admission of the above-named witnesses into the United States in connection with these judicial proceedings.

5. This Order may be presented to United States Customs and Border Protection, United States consular officials, airlines, or any other governmental authority as verification that the above-named individuals are traveling to the United States for the limited purpose of serving as witnesses in this pending federal litigation.

IT IS SO ORDERED.

Dated: July 29, 2026

_____
HON. JORGE L. ALONSO
United States District Judge