Helena Yonatan Zerihun, et al.

Plaintiff,

v.                                                                Case No.: 1:19–cv–02170
                                                                Honorable Jorge L. Alonso

Boeing Co., The, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Jury trial held and evidence entered. Jury deliberates and returns a verdict. The jury finds the total amount of damages suffered by Plaintiff is $29,000,000. Enter verdict form. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.