**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>This filing relates to: 1:19-cv-03540 | Lead Case: 1:19-cv-02170 (Consolidated)<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Weisman |

**JOINT MOTION FOR ENTRY OF JUDGMENT ON THE VERDICT AND PREJUDGMENT INTEREST**

Plaintiff, NAOISE NEE CONNOLLY, *as Special Administrator of the Estate of MICHEAL RYAN, deceased,* ("Plaintiff") and Defendant The Boeing Company ("Boeing") (collectively, "the Parties"), by and through their undersigned counsel, and pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, hereby move this Court to enter judgment on the verdict in favor of Plaintiff and against Boeing, including damages as determined by the jury and prejudgment interest in accordance with Section 2-1303(c) of the Illinois Code of Civil Procedure, 735 ILCS 5/2-1303(c). In support of this motion, the parties state as follows:

1. On August 12, 2026, a jury verdict was returned in favor of Plaintiffs in the amount of $29,000,000. *See* ECF 3008.

2. Prejudgment interest of $8,700,000, calculated at 6% per annum over 1,777 days, subject to the five-year limitation set forth in 735 ILCS 5/2-1303(c), would amend the verdict to a total award of $37,700,000 in favor of Plaintiffs.

3. The Parties agreed that each party will bear their own attorneys' fees and costs.

4. Thus, the total amount of judgment to the Plaintiffs is $37,700,000, including $29,000,000 in compensatory damages and $8,700,00 in prejudgment interest.

WHEREFORE, the Parties respectfully request that this Court enter judgment on the verdict in favor of Plaintiff and against Boeing in the total amount of $37,700,000.

DATED: August 24, 2026

Respectfully submitted,

**PLAINTIFF**

*s/ Steven C. Marks*
Steven C. Marks
Kristina Infante
PODHURST ORSECK, P.A.
2525 Ponce de Leon Blvd.
Suite 700
Coral Gables, FL 33134
*Counsel for Naoise Nee Connolly as Special Administrator of the Estate of Micheal Ryan, deceased*

ATTORNEYS FOR THE PLAINTIFF
ADMITTED PRO HAC VICE

-and-

Andrew T. Hays
Atty. #46467
ahays@haysfirm.com
HAYS FIRM, LLC
2020 N. LaSalle Street, Suite 2150
Chicago, IL 60601
(312) 626-2537

**THE BOEING COMPANY**

By: /s/ *Dan K. Webb*
*One of Its Attorneys*
Phone: (312) 558-5600
Dan K. Webb
Dan.webb@winstontaylor.com
Linda T. Coberly
Linda.coberly@winstontaylor.com
Christopher B. Essig
Christopher.essig@winstontaylor.com

Julia M. Johnson
Julia.johnson@winstontaylor.com
Samuel M. Zuidema
Sam.zuidema@winstontaylor.com
**Winston Taylor LLP**
300 N. LaSalle Dr.
Chicago, Illinois 60654
Phone: (312) 558-5600

Sandra A. Edwards
sedwards@winston.com
**Winston & Taylor LLP**
101 California Street
35th Floor
San Francisco, CA 94111-5840
Phone: (415) 591-1000

Jon R. Buck
JBuck@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*s/ Steven C. Marks*
Steven C. Marks
Kristina Infante
PODHURST ORSECK, P.A.
*Counsel for Naoise Nee Connolly*
*as Special Administrator of the Estate of*
*Micheal Ryan, deceased*